AO 442 (Rev. 01/09) Arrest Warrant

11360783

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM4:51
RECEIVED NOV 30 '21

| United States of America | ) |
| v. | ) **Case: 1:21-cr-00699** |
| JOLY GERMINE, | ) **Assigned to: Judge Bates, Johh D.** |
| also known as Yonyon, | ) **Assign Date: 11/30/2021** |
|  | ) **Description: INDICTMENT (B)** |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JOLY GERMINE, also known as Yonyon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Violate the Export Control Reform Act, 50 U.S.C. § 4819, and to Defraud the United States);
50 U.S.C. § 4819 (Export Control Reform Act);
18 U.S.C. §§ 554(a), 2 (Smuggling, Aiding and Abetting, Causing an Act to be Done).

Robin M. Meriweather
2021.11.30 15:30:23
-05'00'

Date:  11/30/2021
*Issuing officer's signature*

City and state:  Washington, D.C.          United States Magistrate Judge Robin M. Meriweather
*Printed name and title*

**Return**

This warrant was received on *(date)* 11-30-21, and the person was arrested on *(date)* 05-04-22
at *(city and state)* WASHINGTON DC.

Date: 05-04-22

*Arresting officer's signature*

COREY WILLIAMS DCO
*Printed name and title*