THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 1:21-cr-00699-JDB |
| | : |
| JOLY GERMINE, et. al., | : |
|    Defendant. | : |

**DEFENDANT JOLY GERMINE'S MOTION
FOR GOVERNMENT TO PROVIDE NOTICE OF EXPERT WITNESSES**

COMES NOW defendant Joly Germine, by and through his undersigned counsel, and hereby respectfully moves this Court for the entry of an Order directing the government to provide notice of its intent to call expert witnesses as soon as possible, but in no event no less than two weeks before trial and, at the same time any expert is so designated, to produce the following to the defendant:

1.    Experts & Resumes:   The curriculum vitae of any and all experts the government intends to call at trial and/or at a pre-trial motions' hearing as to any defense pre-trial motion, including any and all books, treatises, or other papers written by the expert which is relevant to his/her testimony.

2.    Experts Records & Summaries:   Production of any and all reports of any examinations or tests is requested pursuant to Fed. Rule Crim. P. 16. In addition, it is requested that the government disclose a written summary of the testimony the government intends to use under Fed. Rule Evid. 702, 703 or 705. As required by Fed. Rule Crim. P. 16(a)(1)(G), the summaries must describe the witnesses' opinions, the basis and reasons therefore, and the witnesses' qualifications.

-2-

WHEREFORE, for the foregoing reasons and such other reasons that may appear just and proper, defendant Joly Germine respectfully moves this Court for the entry of an Order directing the government the government to provide notice of its intent to call expert witnesses and as soon as possible and in no event no less than two weeks before trial, at the same time any expert is so designated, to produce the herein requested materials.

Respectfully submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
North Bethesda, Maryland 208524
Tel. No. (301) 984-8005
Fax No. (301) 984-8008
CellPhone (301 807-3847
aorenberg@orenberglaw.com


_____-s-_____
Elita C. Amato
2111 Wilson Blvd.
Suite 8th Floor
Arlington, VA 22201
(703) -522-5900
Fax: (703) 997-7775
amato.law@comcast.net

Counsel for Joly Germine

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2023 I electronically filed the foregoing Motion for Government to Provide Notice of Expert Witnesses, and a proposed Order, with the Clerk of the Court. Participants in the case who are registered CM/ECF users will be served by the District Court's CM/ECF.

_____

Allen H. Orenberg