**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-699 (JDB)** |
| **v.** : | |
| : | |
| **JOLY GERMINE, et. al.** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Upon consideration of the Government's Motion to Allow Certain Civilian Witnesses to testify Using Pseudonyms Instead of Given Names, and response thereto, and the entire record in this case, it is this hereby

ORDERED, that the Government's Motion to Allow Certain Civilian Witnesses to testify Using Pseudonyms Instead of Given Names is GRANTED; it is further

ORDERED, that the witnesses identified by the government as W-1, W-2, W-3, and W-4 are permitted to testify using pseudonyms instead of their real names; and it is further

ORDERED, that the defendants not publicly disclose the identities of W-1, W-2, W-3, and W-4.

Dated: January____, 2024

                                                                                           THE HONORABLE JOHN D. BATES
                                                                                           U.S. DISTRICT COURT JUDGE