# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JOLY GERMINE,**<br><br>Defendant. | Criminal Action No. 21-699 (JDB) |

## ORDER

Upon consideration of defendant's repeated refusal to attend court proceedings in this case, defendant is hereby advised that trial will continue on Monday, January 22, 2024, and the Court may proceed without him shall he fail to appear.

**SO ORDERED.**

/s/<br>JOHN D. BATES<br>United States District Judge

Dated: January 19, 2024