THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00699-JDB |
| | : | |
| **JOLY GERMINE, et. al.,** | : | |
|     **Defendant.** | : | |

**DEFENDANT JOLY GERMINE'S RESPONSE
TO THE COURT'S ORDER RE ESTIMATED APPLICATION OF
<u>THE UNITED STATES SENTENCING GUIDELINES</u>**

    Comes Now Defendant, Joly Germine, by and through counsel, and respectfully responds to the Court's Order issued on January 30, 2024, requesting the parties to promptly provide the Court with an estimated United States Sentencing Guidelines analysis, in light of the defendant's intention to plead guilty to the Second Superseding Indictment. [73] Counsel provides herein a professional opinion as to the application of the U.S.S.G., intend to argue for these guidelines at a sentencing hearing and, furthermore, reserves the right to amend the analysis herein. Mr. Germine is appraised of this professional opinion, as well as the government's estimated application of the U.S. Sentencing Guidelines. [155]

| | | |
|---|---|---|
| Count 1: | Conspiracy to Violate the Export Reform Act | |
| | 2M5.1 & 2X1.1(a) | 26 |
| Count 2: | Conspiracy to Smuggle and Defraud the U.S. | |
| | 2M5.1 & 2X1.1(a) | 26 |
| Counts 3-17: | Violation of the Export Control Reform Act | |
| | 2M5.1 | 26 |

Counts 18-20: Smuggling

    2M5.2      26

Counts 21-34: Money Laundering (Promotion)

    2S1.1(a)      26

Counts 35-48: Money Laundering (Proceeds)

    2S1.1(a)      8

    Value of laundered funds ($30,000.00)      +6

    (b)(1) Offense including firearms      +6

All Offenses (Counts) are grouped pursuant to 3D1.2

Role in the offense (Organizer/Leader)   3B1.1(b)      +3

Final Total Offense Level (without acceptance of responsibility)   29

Final Total Offense Level (with acceptance of responsibility, -2)   27

Criminal History Category I

Offense Level 29, Criminal History Category I      (87-108 months)

Offense Level 27, Criminal History Category I      (70-87 months)

Supervised Release Term: 3 years

Special Assessment: $4,800.00

Fine Range: $20,000.00 to $200,000.00

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com


_____-*s*-_____
Elita C. Amato, #442797
2111 Wilson Blvd.
Suite 8th Floor
Arlington, VA 22201
(703) -522-5900
Fax: (703) 997-7775
amato.law@comcast.net

Counsel for Joly Germine

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2024, I electronically filed the foregoing Defendant Joly Germine's Response to the Court's Order re Estimated Application of the United States Sentencing Guidelines with the Clerk of the Court. Participants in the case who are registered CM/ECF users will be served by the District Court's CM/ECF.

_____
Allen H. Orenberg