```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


    UNITED STATES OF AMERICA,        .
                                     .
                Plaintiff,           .  CR No. 21-0699-01 (JDB)
                                     .
         v.                          .
                                     .  Washington, D.C.
    JOLY GERMINE,                    .  Thursday, January 18, 2024
                                     .  9:43 a.m.
                Defendant.           .
    . . . . . . . . . . . . . . .    .  Pages 1 through 117


                          A.M. SESSION
                   TRANSCRIPT OF BENCH TRIAL
              BEFORE THE HONORABLE JOHN D. BATES
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:            KAREN P. SEIFERT, AUSA
                               KIMBERLY L. PASCHALL, AUSA
                               U.S. Attorney's Office
                               601 D Street NW
                               Washington, DC 20530

                               BEAUDRE D. BARNES, ESQ.
                               U.S. Department of Justice
                               950 Pennsylvania Avenue NW
                               Washington, DC 20530

For Defendant:                 ALLEN H. ORENBERG, ESQ.
                               The Orenberg Law Firm, PC
                               12505 Park Potomac Avenue
                               6th Floor
                               Potomac, MD 20854

                               ELITA AMATO, ESQ.
                               2111 Wilson Boulevard
                               Suite 8th Floor
                               Arlington, VA 22201

Court Reporter:                BRYAN A. WAYNE, RPR, CRR
                               U.S. Courthouse, Room 4704-A
                               333 Constitution Avenue NW
                               Washington, DC 20001

C  O  N  T  E  N  T  S

Government Opening Statement ........................... 5

Defense Opening Statement ............................. 28

*  *  *

TESTIMONY

RYAN BONURA:          Direct Examination................. 35
                     Cross-Examination.................. 75
                     Redirect Examination............... 78
                     Recross-Examination................ 79

KERLINE MATHIEU:     Direct Examination................. 80
                     Cross-Examination.................. 82
                     Redirect Examination............... 87

TIMOTHY AUGUSTYNIAK:  Direct Examination................. 89
                     Cross-Examination.................. 93

*  *  *

EXHIBITS RECEIVED

Government Exhibit Nos. 971, 972, 973 ................... 40
Government Exhibit No. 1 ............................... 43
Government Exhibit No. 3 ............................... 44
Government Exhibit No. 900 ............................. 48
Government Exhibit Nos. 900.C, 900.T ................... 49
Government Exhibit No. 900.1 ........................... 49
Government Exhibit Nos. 201, 201.A .................... 54
Government Exhibit No. 2 ............................... 56
Government Exhibit Nos. 700, 700.C, 701, 701.C .......... 57
Government Exhibit Nos. 702 ............................ 57
Government Exhibit No. 1000 ............................ 60
Government Exhibit Nos. 501, 501.C .................... 63
Government Exhibit Nos. 502.1, 502.2, 502.C ............ 65
Government Exhibit No. 6 ............................... 67
Government Exhibit No. 4 ............................... 68
Government Exhibit No. 5 ............................... 69

*  *  *

P R O C E E D I N G S

THE DEPUTY CLERK:  Good morning, Your Honor.  We're on the record in criminal case 21-699, United States of America versus Joly Germine.  We have Ms. Vophsie Cantave as the interpreter who has been sworn in for the record.  Starting with government counsel, may you please approach the podium and state your appearance for the record.

MS. SEIFERT:  Good morning, Your Honor.  Karen Seifert for the United States.  With me at counsel table is AUSA Kimberly Paschall and AUSA Beau Barnes.

THE COURT:  Good morning, Mr. Barnes, Ms. Paschall, and Ms. Seifert.

MR. ORENBERG:  Good morning, Your Honor.  Allen Orenberg on behalf of Mr. Germine.

MS. AMATO:  Good morning, Your Honor.  Elita Amato, also on behalf of Mr. Germine, and I apologize if I was a little late today.

THE COURT:  I wasn't aware of it except for your apology.

(Laughter.)

MS. AMATO:  Perfect.  I just wanted to cover all bases.

THE COURT:  Good morning, Ms. Amato and Mr. Orenberg.

All right.  Do we have anything preliminarily we need to discuss before we launch into the opening statements?

MS. PASCHALL:  A brief matter, Your Honor.  If we could

1    approach with defense counsel about an issue that arose last

2    night.  Should be quite quick, but we would like to have it

3    under seal.

4         THE COURT:  Come on up.  Or we can do it by the

5    telephone.  Might be easier if you come up this time.

6         (Sealed Bench Conference.)

███████████████████████████████████

████████████████████████

(End of bench conference.)

THE COURT:  All right.  Any other preliminary matters?

MS. SEIFERT:  Not from the government.

MR. ORENBERG:  No thank you, Your Honor.

THE COURT:  All right.  You're welcome.  And that means that we will launch into the openings.  Just give me a preview of how long we expect the openings to take.

MS. SEIFERT:  For the government, Your Honor, still within the time frame, probably a bit shorter, 30 to 40 minutes I would anticipate.

THE COURT:  And for the defense, Ms. Amato?

MS. AMATO:  Your Honor, not more than 10 minutes.

THE COURT:  Okay.  Ms. Seifert.

MS. SEIFERT:  May the clerk display the screen for me?

(Clerk complies.)

GOVERNMENT OPENING STATEMENT

MS. SEIFERT:  May it please the Court.

"They will catch you."  Those were the words of defendant, Joly Germine, to his girlfriend, Eliande Tunis, when she sent him pictures of barrels of weapons that she was trying to smuggle from the United States to Haiti.  Ms. Tunis sent the following images: a blue barrel with firearms wrapped in plastic bags and stuffed inside; another picture of that

1    barrel, now with clothing items and food, trying to cover up

2    the contents of the barrel; and a third picture of three

3    different barrels with firearms inside, shipping-ready for

4    Haiti.

5        In response to receiving these images, Mr. Germine said,

6    "I swear they will catch you in a picture like this.  I keep

7    telling you they will catch you.  Remember I told you they

8    will catch you in a picture like this.  They will catch you."

9        He sent that message on October 19, 2021.  And, in fact,

10   the FBI did catch Ms. Tunis approximately five days later at

11   the airport, where they obtained her cellular phone and they

12   obtained these images and other messages from Mr. Germine

13   describing the criminal scheme about which we're here today.

14       In May of 2022, Mr. Germine was transferred to the United

15   States to face these charges, charges that all relate to his

16   illegal scheme to export weapons from the United States to

17   Haiti, to smuggle those weapons over the border, and to

18   launder his gang's funds from Haiti into the United States for

19   that purpose.

20       These charges arise from the business operations of this

21   gang.  400 Mawozo is a criminal gang in Haiti which, as I'm

22   sure Your Honor is aware, has a difficult security situation.

23   Gangs control large swaths of areas of the country and they

24   need weapons to control the civilian population and the

25   borders of their territory.  And here's how the gang's

business operated:

First, the gang committed hostage takings for ransom in Haiti.  Second, the gang generated money, and they transferred that money to the United States so that that money could be used for further activity in furtherance of the gang.  With that money in the United States, members of the gang in the U.S. purchased weapons illegally and then smuggled those weapons from the United States to Haiti, where the weapons went to the gang, armed the gang, and allowed the gang to continue its cycle of -- this cycle of business operations over again, more hostage takings, more ransom, more money.

Let's take a step back.  Of course, Your Honor is aware Haiti is an island southeast of Florida on the island of Hispaniola, the western half of the island that it shares with the Dominican Republic.

In 2021, 400 Mawozo was operating in the area outside of Port-au-Prince generally marked by this circle.  400 Mawozo in Creole is "kat san mawozo," which translates to "400 simple men."  The gang in 2021 included numerous individuals that you'll hear about in the course of this case.  These individuals had different roles within this business operation.

The defendant, Mr. Germine, he was one of the founding members of the gang and a leader of the gang.  By 2021 he was in jail in Haiti.  But jail in Haiti was not like jail here in

1    the United States.  He had access to multiple unmonitored

2    cellular phones.  And his role, his role was to direct from

3    jail the operations of the gang, and that included how much

4    ransom to charge for these kidnappings, when to send the money

5    to the United States, and what guns should be purchased.

6        Lanmo Sanjou.  Now, that's a nickname that this man

7    adopted, and in Creole it translates to unpredictable death.

8    Sanjou's role in this operation was the chief leader on the

9    street.  He directed the gang members about the kidnappings

10   and he personally conducted those ransom negotiations and

11   received money for the ransom that was paid.

12       Santia Jean.  This woman is the girlfriend of the

13   defendant's younger brother.  She operated as an accountant

14   for the gang.  That was her role in the business operations.

15   She received money from Sanjou and at the defendant's

16   direction transferred that money to individuals in the

17   United States.

18       Of course, 400 Mawozo, as the Court is aware, had

19   operations here in the United States.  Eliande Tunis was the

20   defendant's girlfriend.  She lived in Miami and she traveled

21   regularly back and forth to Haiti.  Defendant Tunis told

22   people she wanted to have the defendant's child and she

23   visited him when she went to Haiti.  Her role was to receive

24   money in the United States, to send money back and forth, to

25   supervise straw purchasers, straw purchasers chosen by the

1    defendant in purchasing guns, and to smuggle those guns to

2    Haiti.

3        There are two straw purchasers you'll hear about in the

4    course of this trial.  Walder St. Louis.  He lived in Miami,

5    and he was one of the straw purchasers who responded to

6    Ms. Tunis and Defendant Germine's insistence that he buy

7    weapons for them.  And Jocelyn Dor, a resident of Orlando,

8    also a straw purchaser, recruited to purchase weapons.

9        Now, I mentioned jail in Haiti is not like jail in the

10   United States.  Defendant Germine had status at the jail.

11   Here's a video of Defendant Germine -- brief indulgence,

12   Your Honor.

13       Here's a video of Defendant Germine on his birthday in

14   October 2021.

15       (Video played.)

16   Defendant Germine is wearing Fendi clothing, purchased

17   by Ms. Tunis in America and brought down to him in Haiti,

18   thousands of dollars worth of designer gear, still with the

19   tags on, drinking drinks, having a smoke and partying.

20   Additionally in jail Mr. Germine had access to multiple

21   unmonitored cell phones, cell phones he used to communicate

22   with the gang and with Ms. Tunis.

23       Between June 11, 2021, and October 21, 2021, Germine and

24   Tunis exchanged 3,415 messages, which included texts, audio

25   messages, and pictures.  In that same time period, they spent

1     over 32 hours on the phone together, unmonitored.

2         Now, returning to the gang's operation.  The gang's

3     operation had four main illegal parts that we'll discuss

4     today: the kidnapping for ransom of U.S. persons; secondly,

5     the transferring of money that's the proceeds of those

6     kidnappings; thirdly, the buying of guns with that money;

7     and fourth, the smuggling of guns to the United States.

8         Let's start with the hostage takings.  Now, 400 Mawozo was

9     committing hostage takings of U.S. persons at gunpoint and

10    holding them for ransom.  During this trial you'll hear about

11    four different hostage takings.  From June 24 to July 10 two

12    U.S. citizens were held and $25,000 was eventually paid for

13    their release by their son.

14        From August 5 to August 13 one U.S. citizen, who we'll

15    hear from, was held, and she had $50,000 paid in cash by her

16    associates in Haiti for her release.  From August 17 to

17    September 2, one U.S. citizen who was doing business in Haiti

18    was captured and held.  And on October 16 of 2021 to December

19    18, 2021, 17 Christian missionaries, 16 of whom were U.S.

20    citizens, were held by the gang.

21        Now, during these kidnappings, Lanmo Sanjou was certainly

22    in charge.  To one victim he stated:  "I am Lanmo Sanjou.

23    Look me in the eyes.  I am the one that is holding you."

24        He personally conducted those ransom negotiations and

25    the money that was sent to the gang was controlled by him.

1    And this was how the gang was making its money, an influx of

2    cash from sources outside of Haiti.  $50,000 in U.S. dollars

3    was a large amount compared to what the gang could receive

4    from holding hostage local Haitians, who are fairly poor and

5    didn't have that kind of money.

6        Now, Germine, even though he's in jail, participates in the

7    kidnapping operations and consults with Sanjou.  Here's some

8    examples of messages that Mr. Germine sent Ms. Tunis about

9    kidnappings.  On October 14, 2021, he sent an audio message

10    saying, "The guy we found in his car, babe, we automatically

11    kidnapped him.  This guy is full of cash.  We held him hostage

12    right away.  He said not to kill him, he has lots of money at

13    home, he has plenty of money at home, so we just need to go

14    get his money at his house.  We already cashed in."  Not "you"

15    already cashed in, Lanmo Sanjou.  "We."  We the gang.  The

16    gang that he is the leader of.

17        On October 18, 2021, a few days after the missionaries

18    were kidnapped, he sends a message to Ms. Tunis when they're

19    talking about the missionaries' kidnapping, saying:  "I asked

20    Lanmo about their location.  I was told it was Mon Kabrit.

21    That's where Lanmo told me they have a house.  That's what he

22    said to me."

23        And in fact, during the kidnapping, Lanmo Sanjou and the

24    defendant were regularly communicating with each other.  As an

25    example, these are phone calls between Germine and Sanjou on

1    the date that the missionaries were kidnapped.  You can see

2    ten different phone calls, including three phone calls

3    throughout the day of longer than four minutes in duration.

4        Part 2.  The money.  So what does 400 Mawozo do with the

5    money that it makes out of these U.S. person kidnappings?

6    Well, they send it to the United States, at least part of it

7    to the United States, to purchase firearms, and they send that

8    money at the defendant's direction.

9        In his own words to the FBI after he was arrested, the

10    defendant said, "Whenever we have to buy guns, Lanmo would

11    come up with the money.  I'll give the money to Santia, and

12    Santia will give the money to Tise."  Tise is what the

13    defendant often calls Ms. Tunis in their messages to each

14    other.  "Lanmo had given Santia money directly, Lanmo, I would

15    ask Lanmo to give the money to someone else and that someone

16    else would give the money to Santia, and Santia would give it

17    to Tise."

18        The messages between Tunis and the defendant and others

19    show that the defendant was in fact directing these money

20    transfers.  And between March and October of 2021, the gang

21    transferred $37,500 of its money to the United States:  21

22    different money transfers; two different money transfer

23    services used, Western Union and MoneyGram; and three

24    different senders, Santia Jean, who we talked about, as well

25    as her sister and one of her friends.

Four different people in the United States received this money: Ms. Tunis, one of her friends, Mr. Dor, and Mr. St. Louis.  Additionally, Santia Jean moved the money around in ways to avoid detection, specifically breaking the payments up into smaller pieces, using different money services to send money on the same day, all to avoid detection.

The defendant himself directed these payments by Santia Jean.  For instance, on October 5 Ms. Tunis said to him, "Pa, I owe Jocelyn $2,000, besides the tax off $15,000.  We owe him about 3,000.  He bought some of the things for 2,000 and some others for 1,800."

Then she says, "Tomorrow morning, Santia will send it in her name for him.  I don't have anything to give him."

His response:  "Okay, baby.  How much does she has to send him because I will take the other one, which was on the suitcase as well," referring to another firearm.

Then, messages around the same time between Ms. Tunis and Santia Jean show the defendant's control over these payments.  Now, Ms. Jean and Ms. Tunis refer to the defendant as Deco.  And defendant is called Deco by Ms. Tunis in some of the messages.  So the next day after those messages you just saw, on October 6, Ms. Tunis tells Ms. Jean, "Today is the day that Jocelyn needs the money.  I already sent the voice message to Deco:  No problem."

Santia Jean responds four minutes later.  "You told me to send 2,500.  2,500 and then I need to send 1,100.  They don't let me send 1,100 because Western Union called me a few hours ago.  If they'd called me while I was home, I would have already told Deco about it.  They called me saying they need information from me.  This money that I'm sending, as I'm sending money to people abroad, where did I get it, like what business am I earning this money?  I called Deco so I could ask Deco what to do and what not."

So Santia Jean, when she gets in trouble from Western Union, or inquiries from Western Union, what's this money coming from, her first thing to do is to call the defendant and figure out what to do.

15 minutes later she replies, "I already talked to Deco, and Deco told me that I can leave the money in Titit's hands." He instructs her to give the money to someone else.

After these messages, payments do occur to Mr. Dor, payments that are directed by the defendant.  Money is sent to Mr. Dor on October 4 and 5 from Ms. Tunis.  Then on October 6 Santia Jean sends the $1,000, not the full 1,100 that she was just referring to.  And then later, on October 11 and 14, Santia Jean sends Eliande Tunis 2,500.  And then she uses her sister three days later to send $2,000 to Eliande Tunis.

Now, the defendant additionally was keeping track of the money he was sending to America.  These messages between

1    Santia Jean and Eliande Tunis describe the same, same
2    transaction we were just discussing on October 6.  Santia Jean
3    says, "They don't allow me to send one thousand one hundred.
4    I'll send one thousand."  We saw that payment just a minute
5    ago.

6        And in response, Ms. Tunis says, "Okay.  You can send the
7    rest to Deco."  The rest.  You can send the hundred dollars
8    left over to Deco.

9        Then, less than an hour later, Ms. Tunis sends Mr. Germine
10   a message:  "Yeah, honey.  I see that.  I checked a few
11   minutes ago and saw that she sent a receipt to me.  She told
12   me they wouldn't let him" -- I think it's her -- "send $1,100.
13   She could only send a thousand dollars.  I told her it's okay,
14   no problem.  When you do your control with her, remember that
15   it is $1,000."

16       "When you do your control with her."  When he does his
17   control with Santia Jean about the money, write it down to be
18   exact, because Defendant Tunis wants to make sure he knows
19   there's still $100 left over.

20       The guns.  The gang used the guns they had to commit
21   crimes.  One of the U.S. kidnapping victims will tell you they
22   used shotguns, M30s, AR-15s and AK-47s when he was kidnapped.
23   Germine and Tunis discuss those guns at length, the types of
24   guns, the cost of the guns, what kind of bullets to buy.  And
25   Germine himself is directing those purchases.

1      Germine picks the straw purchasers.  On September 17, 2021,

2      he sends this message to Eliande Tunis, showing the concealed

3      carry permit for Jocelyn Dor, who then was recruited to be a

4      straw purchaser.

5          You'll also hear from Walder St. Louis, and he will tell

6      you that in late 2020, Ms. Tunis arrived at his home and told

7      him that she was sent by the defendant.  Ms. Tunis said the

8      king has sent her, and that she needed his help, and he

9      eventually agreed to be a straw purchaser as well.

10         Germine himself is picking the guns and ordering the guns.

11     These messages from September 15 between Mr. Germine and

12     Ms. Tunis, he says, "The M249 is that weapon.  This is the gun

13     that he told me to try to sneak into the country.  This gun

14     fires 162 bullets.  This weapon.  If the police knows that I

15     have this gun, I swear to God, they will never come in to this

16     territory."  This territory.  The gang's territory.  Because

17     he is the gang's leader.

18         On September 15 of 2021, in response, Ms. Tunis says, "Wow!

19     Does he know I'm doing these things for you?  Does he know who

20     I am?"

21         Mr. Germine responds, "I'm telling you to order them.  You

22     need to order them.  Once you tell the guy at the company

23     about it, he can order everything.  Don't you see that I sent

24     you the part?  I sent you along with the name.  I'm telling

25     you."  He's commanding the guns to be ordered.

1     And he's directing which guns.  On October 5 he sent these

2  messages to Ms. Tunis:  "Babe, I was supposed to tell Jocelyn

3  the gun I told you to buy, the M14 and you couldn't find it,

4  the gun he put in the bag on the stacks of the bag at the

5  store, he says it's similar to the M14.  I would buy this one

6  too.  But like I told you, we would buy it.  Tomorrow will be

7  Wednesday.  This one fires as many bullets as the M14."

8     And then another message on the same day:  "Baby, while

9  Walder is there, tell Walder to buy everything.  Go ahead and

10  send him messages for me.  I only had Jocelyn buy things for

11  us.  Jocelyn bought six things in one in two days.  He got in

12  and out with all of his things, man, in two days.  Walder has

13  the same license as him."  He's talking about that concealed

14  carry license.  "If Walder does not do something for me, it's

15  because he doesn't want to.  Tell him it is I who sent the

16  message.  Walder can just go in and get the things for me."

17     Based on these directions from the defendant, the straw

18  purchasers did in fact purchase guns.  One gun that was of

19  particular interest to the defendant was the 50 caliber rifle.

20  On October 4, 2021, Jocelyn Dor goes into a firearm store in

21  Florida and films this weapon, sends this film to Ms. Tunis.

22     (Video played.)

23     Then on the same day he sends Ms. Tunis this YouTube video.

24     (Video played.)

25     These messages were sent by Mr. Dor on October 5 to

1    Ms. Tunis.  On the very next day Mr. Germine and Ms. Tunis

2    have this conversation:  "So he will get the big one

3    tomorrow."

4        A few days later, when the defendant is talking about this

5    gun, he says, "I should buy 3 guns like this.  They are big

6    guns, baby, big guns.  That's something I can use to do a lot

7    of bad things.  When you are on a motorcycle with your gun on

8    you, man, you can wipe out a whole area completely.  These are

9    big guns.  You only need bullets to wipe out the whole

10   country."  And that gun was purchased by Jocelyn Dor.

11       This gun, Your Honor, which is so heavy, it is a weapon

12   of war.  It is a combat weapon.  And that is exactly how the

13   defendant intended it to be used.

14       You'll hear from an ATF agent who will testify to you that

15   all of the weapons that were purchased were these style of

16   combat rifles, things that could be used to control swaths of

17   territory.  This particular weapon is meant to take out an

18   engine block of a car at a distance.

19       So under this scheme, and at the direction of the

20   defendant, these straw purchasers, Ms. Tunis, Mr. Dor, and

21   Mr. St. Louis, purchased weapons in the United States.

22   Ms. Tunis purchased several weapons that were accounted for

23   and seized by the FBI and several that were not seized.

24       Now, as Your Honor is I'm sure aware, when you buy a

25   firearm in the United States, you have to fill out a firearm

1    transaction record, standard form issued by the Bureau of

2    Alcohol, Tobacco, Firearms and Explosives.  And the ATF agent

3    will testify to you about the various warnings on each of

4    these forms.  So for instance, the form says any person who

5    exports a firearm without proper authorization from the

6    Department of Commerce or the Department of State as

7    applicable is subject to a fine of not more than a million

8    dollars and up to 20 years imprisonment.

9        In box 21 of this form, in 21A.  The question is:  Are you

10   the actual transferee or buyer of the firearm listed on this

11   form?  Warning:  You are not the actual transferee or buyer

12   if you are acquiring the firearm on behalf of another person.

13   If you are not the transferee or buyer, the licensee, meaning

14   the person selling you this firearm, cannot transfer the

15   firearm to you.

16       Ms. Tunis, every time she filled out this form, Mr. Dor,

17   every time he filled out this form, Mr. St. Louis, every time

18   he filled out this form, checked yes, I am the buyer.  But of

19   course none of them were.  They all intended for these weapons

20   to be transferred to the defendant and his gang.

21       At the bottom of the form it says, I understand by

22   answering yes to that very question, 21A, if I'm not the

23   actual transferee or buyer, it is a crime punishable as a

24   felony under federal law.  And Ms. Tunis signed this form and

25   dated it.  She signed every single one for every purchase she

1    made.

2        Mr. St. Louis also purchased weapons, some of which are

3    accounted for and some of which are not.  He filled out the

4    same form in the same manner.  And in fact he'll tell you that

5    Ms. Tunis assisted him in filling out the form because he

6    can't read English.  He'll also tell you that when he went to

7    buy those weapons, Ms. Tunis brought the money and Mr. Germine

8    was often on the phone.

9        Mr. Dor as well went in and filled out these forms.  The

10   firearms that have been tied to him have all been seized by

11   the FBI.  The forms had all those same warnings, and he signed

12   every single one of them in the same way.

13       And you'll also hear from the agent, the ATF agent, that

14   these firearms, the ones purchased by all the defendants,

15   these long firearm guns, they're not personal weapons.

16   They're not for hunting.  They're meant for combat.  That's

17   the use for them.

18       The smuggling, part 4.  Ms. Tunis had to get the guns to

19   Haiti.  She went and collected them from the two straw

20   purchasers.  Now, Haiti is obviously an island so it relies

21   on shipments for many of its goods.  There's a large group

22   of Haitians living in Florida, and they often arrange for

23   shipments by sea.

24       You're going to hear from one of the Florida shippers

25   who interacted with Ms. Tunis.  He did a lot of shipping for

1    Haitian people in Florida, and he will tell you that he
2    shipped for her five or six times.  He contacted her and
3    picked up barrels from her house, blue barrels just like the
4    ones in this picture, and he put them on a container that was
5    bound -- on a ship that was bound for Haiti.  Her phone
6    records show that she contacted him at least on three
7    occasions repeatedly in 2021.  May, July, and October of 2021.
8        Defendant knew about the smuggling.  In June of 2021,
9    remember, she contacted the shipper in May, and then in June
10   of 2021 here are these messages.  June 21.  Defendant says:
11   "The president was just talking about bullets and guns.  About
12   people who are importing guns and bullets.  Things will be
13   hard for the gangs.  They'll find no bullets, no nothing.
14   That he's working with the Americans and he got everything
15   together to have control over bullets and guns.  He said these
16   things.  Like I have no control over my house."
17       In response, what does Ms. Tunis say?  "Babe, what that
18   guy said worries me.  Let's not think negatively.  Today is
19   Monday.  I think I called them on Friday.  I'll call them.
20   Because they told me the things arrived in Haiti.  He said,
21   yes, that things have arrived in Haiti.  The things are at
22   customs.  They are at customs."
23       There's already a shipment there in June of 2021.  This
24   message on June 21, it's three days before that first set of
25   victims that you'll hear about was kidnapped by the gang.

1          In October of 2021 is when Ms. Tunis sent those messages
2     with respect to those blue barrels that you saw at the
3     beginning.  Ms. Tunis sent the message and then she says,
4     "Wait a minute, baby.  The guy's coming to pick things up."
5     The guy is the shipper you'll hear from.
6          In response, that's when defendant sends his message:
7     "I swear they'll catch you with a picture like this."
8          And in response she says, "The stuff is heavy.  He complained
9     and said wow.  I said it's sacks of rice.  Rice is heavy.  He
10    said, rice is heavy?  Gatorade is heavy stuff.  He hasn't
11    complained about the one I prepared today, but the other two
12    drums, a lot of trouble."
13         Defendant knew full well what Ms. Tunis was doing, smuggling
14    those weapons to Haiti.  And some of those weapons did make it
15    to Haiti.  This is a video that Lanmo Sanjou sent to Ms. Tunis.
16    It was made in September of 2021 at 400 Mawozo's base in Haiti.
17    I've cut it down to four different clips.  I'd like you to just
18    watch as Mr. Sanjou goes around his base and sees the different
19    people who work for him.
20         Mr. Sanjou says his name to the camera.  In the next clip he
21    gets up, starts walking around, you'll see the different
22    soldiers.  He's carrying a firearm in his right hand.
23         (Video played.)
24         All of these soldiers at the gang's base, they're all
25    carrying the same style and types of firearms that the defendant

1  ordered.

2  With the weapons supply in place, the gang continued its

3  perpetual cycle, buying the weapons, causing crimes that created

4  money for them, sending that money to the U.S., buying more

5  weapons, and so on, committing more crimes.  It would have

6  continued like that if not for the investigation by the FBI.

7  On October 16, 2021, 17 Christian missionaries including

8  children were taken hostage at gunpoint by 400 Mawozo.  Lanmo

9  Sanjou publicly went out and claimed responsibility for the gang

10  and he stated that a million dollars was the ransom payment, a

11  million dollars per person.  He demanded $17 million for those

12  hostages.  And that was a big media story, a big media story in

13  Haiti and a big media story here in the United States.

14  The FBI was watching and investigating that crime.  A few

15  days later, Lanmo Sanjou went on social media and made this

16  video.  The words he says in this clip translate to:  "Lightning

17  strikes me, if I don't get what I need, you see these Americans,

18  I would rather kill them; as I was coming here, I left a big

19  weapon pointed toward each of their heads."

20  Now, the FBI started focusing intently on the gang's leaders,

21  on Mr. Sanjou, and on the defendant.  They reviewed his call

22  logs of his phone in jail, and they saw regular communications

23  with a number in Florida, a number they later determined

24  belonged to Ms. Tunis.  She was actually in Haiti at this time

25  and they noted that she was coming back through the Fort

1    Lauderdale airport, obtained a search warrant for her phone and

2    stopped her.  On execution of that warrant, they found thousands

3    of messages between these co-conspirators describing this

4    scheme, showing the defendant's involvement in this kidnapping

5    for money for guns scheme.  You've only seen a small fraction

6    today.

7    Once Ms. Tunis realized she was discovered, she told that

8    shipper, that local shipper, to return the items she'd already

9    dropped off, to return those three barrels.  He already had them

10    on the container.  She said bring them back.  And he did drop

11    them off at her sister's house.  She told Mr. Dor and Mr. St.

12    Louis, go get the guns that you bought.  And she retrieves her

13    guns.  And eventually the FBI searched Ms. Tunis's house,

14    Mr. St. Louis's house, and a storage unit owned by Mr. Dor and

15    recovered many of the weapons in the conspiracy.

16    Here are all the weapons that were seized by the FBI in late

17    October of 2021, which we will introduce as evidence in this

18    case.

19    And here's a list of the firearms that the ATF has been able

20    to track back to the defendants.  You'll see there are several

21    noted in gray, which have not been accounted for by law

22    enforcement.  The ATF agent will also tell you that tracking

23    weapons is actually quite hard.  There's no centralized

24    database.  They basically have to go store to store to try to

25    find purchases, and there are numerous ways to buy weapons that

1    are not tracked by stores.  And so this list is not necessarily

2    even a complete list of firearms in the conspiracy.  It's only

3    what they were able to account and track.

4        At this trial you'll hear numerous pieces of evidence and

5    witnesses, phone records, WhatsApp messages, financial records

6    showing the money transfers, witnesses to the conspiracy,

7    photographs of the guns, gun forms showing the straw purchases,

8    the firearms that were seized, the defendant's own statements,

9    and the law enforcement agents who collected the evidence and

10   investigated the case.  The government will rely on all of these

11   theories of liability, that defendant committed the act, that he

12   was in a conspiracy, that defendant willfully caused acts to be

13   done on his behalf, and that the defendant aided and abetted

14   others in the conspiracy.

15       The charges mirror those business operations of the gang.

16   The gun charges are found in Counts 1 and 3 through 17 and in

17   Count 2.  The smuggling charges in Counts 2 and 18 through 20,

18   and the money charges in Counts 21 through 34 and 35 through 48.

19       I'd like to take a moment to focus on the money charges.

20   There are two types of money laundering charged in the

21   indictment.  First, promotional money laundering.  And the same

22   set of facts go to both offenses.  Promotional money laundering

23   alleges that between September 2 and October 14, 2021, the

24   defendant Mr. Germine directed Santia Jean to send that money to

25   Ms. Tunis and others via Western Union and MoneyGram.  Then,

with the money, the guns were purchased on September 28 through October 16 of 2021 by the straw purchasers, Tunis, Dor and St. Louis, guns the defendant directed them to purchase.

And the smuggling.  That on October 19, 2021, Ms. Tunis dropped off the barrels of guns for shipment already, had them picked up for shipment from Florida to Haiti.

The proceeds money laundering is the same facts but with one additional set of facts at the beginning.  First, the hostage takings.  On July 10 and August 13, 2021, U.S. citizens were released after being held by the gang after paying $25,000 worth of ransom on July 10 and $50,000 worth of ransom on August 13. That ransom money was paid to Lanmo Sanjou.

Approximately two weeks after the ransom -- two and a half weeks after the ransom money was paid, Germine gets money from Sanjou for Santia to send to Tunis and others via Western Union and MoneyGram.  And then the guns are purchased and then the smuggling.

That gang's money, of course, as Your Honor's instructions state, there's no tracing of the money that's required.  Where illegal proceeds are commingled with other legal funds, all the money is tainted, and as long as the money is transferred with the proceeds underlying the unlawful activity generally, there's no need to identify the date and specific place of the offense. And the government isn't going to trace specifically, nor could the government, based on the way that this money was being

1  handled.

2      The gang made -- you're going to hear evidence the gang made

3  income from a couple of different ways.  Taxes, or sort of -- I

4  use that word in quotes because taxes are the way that the gang

5  charged local people, made them pay them.  Haitian hostages who

6  were kidnapped and usually paid in Haitian gourdes.  And the

7  kidnapping of U.S. and foreign hostages.

8      Now, there's a lot more money in that pile because those

9  hostages had sources outside of Haiti that were able to pay much

10  larger ransoms.  So those ransom payments for U.S. and foreign

11  hostages are much more lucrative for the gang.  Those ransom

12  payments all end with Lanmo Sanjou.  He's the intake valve for

13  the ransom.  And where does he get that money that he's sending?

14  Well, Mr. Germine's statement says, "When we have to buy guns,

15  Lanmo comes up with the money."  He comes up with the money.

16  He's not getting it at the bake sale, Your Honor.

17      He says, I would ask Lanmo to give the money.  And then, by

18  his own words, the defendant says , "And then I give the money

19  to Santia and Santia sends the money to Tunis."

20      Defendant Germine directed the dirty proceeds from one crime,

21  the U.S. citizen hostage takings for ransom, into another crime,

22  the smuggling of weapons from the United States to Haiti.  And

23  in this way the business operations of the gang

24  self-perpetuated.  Defendant Germine was present and involved at

25  every step of the way in the business operations of this gang.

1      And why shouldn't he be?  After all, he's the king of kings.

2      He's the gang leader.  And at the close of the evidence,

3      Your Honor, we will ask you to hold him accountable for all of

4      this conduct and return the only verdict that is consistent with

5      the evidence: guilty on all charges.

6           THE COURT:  Thank you, Ms. Seifert.

7        Ms. Amato.

8                   DEFENSE OPENING STATEMENT

9           MS. AMATO:  Back in 2021, Joly Germine was living in

10     Haiti.  He had always lived in Haiti.  He never resided in the

11     United States.  He never even came to the United States to

12     visit until he was arrested.  He was born and raised in Haiti.

13     We expect the evidence to show that he was raised by a

14     nurturing family in Haiti, family members including an aunt,

15     an uncle, and several cousins.

16          When he was old enough, he inherited land.  He was given

17     and he received a lot of land throughout Haiti.  And on that

18     land, because he had received and had so much land, he was

19     able to grow vegetation and he was able to invite farmers to

20     come and work the land and grow corn and beets and beans and

21     other types of vegetables and crops.  And that is what

22     Mr. Germine was involved in.  That is where the monies that he

23     had were coming from.

24          And as time went on, he looked for other businesses to

25     start and to invest in, including a clothing business.  He

also realized that goods coming from the United States could be sold for a profit in Haiti.

Now, you will hear that back in 2021 Haiti was a very poor country. It's still a very poor country, but I want to focus on the years of the charges in this case. So back in 2021, Haiti was not a country that could provide services and goods like we have in this country. Mr. Germine, because of the land that he owned, he was able to give back to his countrymen by providing land for farmers to work on and to have work.

Haiti is also a very small country. As you heard already, it is on an island. It shares the island with the country of the Dominican Republic. It's on the island called Hispaniola. Haiti is on the west coast, D.R. is on the east coast. In Haiti they speak French and Creole, and in the D.R. they speak Spanish.

Back in 2021 Mr. Germine had a lot of relatives who still resided on the island in Haiti although he also had relatives, including his parents, who lived in the United States.

As the island was small, as Mr. Germine had lived all his life on the island, and as he had a lot of land in various parts of Haiti, he knew people throughout Haiti, including people in the capital, Port-au-Prince. And in 2021 he knew people in this gang called 400 Mawozo. Many of these individuals, or some of these individuals in 400 Mawozo were relatives of his.

1        Now, 400 Mawozo, as we heard, comes from a word, it's a

2   word in Creole which means simpletons, inexperienced men and

3   even idiots.  It was started by a small group of young kids.

4   And again, in the years 2021 and 2022, Mr. Germine knew people

5   again because he had relatives, he had cousins who were

6   members.  So his communication and his contact with these

7   individuals was based on those relationships.

8        Around 2015 Mr. Germine ended up in jail in Haiti, and he

9   remained in jail, incarcerated in a jail in Haiti until May of

10  2022, when law enforcement in the United States received

11  custody of him based on the charges in this case.

12       So up until the time of -- well, I should say back in 2021,

13  again the time in question for this case, Mr. Germine was

14  locked up.  He was incarcerated.  He was behind bars.  He had

15  limited access to people outside.  He himself of course could

16  not leave the jail.  His actions were limited.  He was under

17  surveillance.  And the evidence will show that he was not in

18  control of the 400 Mawozo.

19       He knew people who were in the leadership, but he did not

20  control their actions.  And he certainly did not control the

21  actions of people who were buying guns 700 miles away in Miami

22  and in Florida.  Excuse me.  So -- and I just wanted to show,

23  I know Your Honor already saw a map and is probably fully

24  aware of what this area looks like, but just to give a bit of

25  perspective, we have Florida, we have Miami here, and we have

1    Haiti on the west side of the island of Hispaniola about 700

2    .321miles away from Miami.

3        During this trial, Your Honor, there will be things

4    obviously that are in dispute, which is one of the reasons why

5    we are here in court today in this trial, and there are other

6    things that will not be in dispute.  There will be some

7    stipulations that the parties have entered into.  There will

8    be other aspects of the trial that we will not dispute, and

9    therefore, with some of the witnesses that take the stand, we

10    will not be asking questions.  And during our closing

11    statement we will also further clarify what is in dispute and

12    what may not be in dispute.

13        We anticipate that the government, as we saw in their

14    opening, will be providing various forms of evidence in this

15    case.  And one of those forms will be for them to rely on the

16    testimony of witnesses.  And we would of course, Your Honor,

17    ask the Court, as any juror and factfinder would, to listen to

18    not only what the witnesses say and testify to but also what

19    they do not say, and also of course consider their

20    credibility.

21        One of the witnesses in particular that we ask Your Honor

22    to consider and question the credibility of is a witness we

23    believe the government will call, a Walder St. Louis.  He will

24    come in and he will point the finger at Mr. Germine, he will

25    testify against Mr. Germine.  He is a witness who entered into

a cooperation plea agreement with the government.  He may have

actually done that before Your Honor.

    But the evidence will show, Your Honor, that he is not a

witness to be believed, that he is not credible, that he is

not trusted.  He is a witness who does come in to testify with

hopes of receiving a benefit for his testimony.  Again, that's

part of his plea agreement in which he's agreed to cooperate,

testify against Mr. Germine on behalf of the government, and

he is hoping that by doing so that he will receive a benefit

from the prosecution, namely, at the time of his sentencing

that the prosecution will come and ask the Court to sentence

him to less jail time than he otherwise would receive.

    The evidence will also show that Mr. Walder seeks another

benefit from the prosecution, and that is that at this point,

having pled guilty to the charges in his case, that he is

deportable, and he has been living in the United States since

he was about 17 or 18 years old, so he's been in the

United States for many years.  Obviously, he doesn't want to

return back and be deported to Haiti.  And so we anticipate

the evidence to show that he is hoping that the prosecution

will help him in some form when he has to deal with

immigration on his deportation, so that he can remain in the

United States.

    Again, Your Honor, we ask the Court to consider what

evidence that the government has, what they provide and what

1    they don't have because it does not exist.  There will be no

2    records in Mr. Germine's handwriting of any logs of any guns

3    purchased.  There will be no logs of any gun purchase in his

4    handwriting.  There will be no bank records showing that

5    Mr. Germine himself received any ransom monies from the

6    kidnapping.

7        In this case you will learn that Haiti was a country that

8    goods from other countries that were brought in by just

9    regular citizens, from the U.S. or other countries, was

10   brought in and it was a way of making -- it was big business,

11   basically, in Haiti, for citizens in Haiti to bring back and

12   also to send goods into Haiti to sell.  And some of the goods

13   that people would bring in would include clothing, beauty

14   products, foods that were not grown or produced in Haiti, and

15   other commodities, and that these commodities -- and that this

16   thing was a way for people to make money and it had nothing to

17   do with gang business.

18       Now, Your Honor had provided us some preliminary draft

19   instructions yesterday, and I'd like to highlight one of the

20   instructions that the Court had provided to us.

21       THE COURT:  You understand those are preliminary draft

22   instructions that were being prepared for a jury trial.

23   They're not final in any sense.

24       MS. AMATO:  I understand.  But I want to highlight

25   one instruction, if I may, Your Honor.  And that is the

1    instruction that begins with the words, "I want to caution

2    you, however, that a person's mere association with a member

3    of a conspiracy does not make that person a member of the

4    conspiracy even when that association is coupled with

5    knowledge that a conspiracy is taking place."

6        Further down in the instructions it goes on that "a person

7    may know or be friendly with a conspirator without being a

8    conspirator himself."  And I highlight that instruction

9    because that instruction comes into play in this case.

10        As I've already mentioned, Mr. Germine knew many people

11    in Haiti, including people connected to the 400 Mawozo, and

12    therefore, Your Honor, as the evidence goes through, if you

13    determine that he is in contact and speaking or associated

14    with individuals who are involved in the charges in this case,

15    that that mere association is not enough, and that the

16    government has to provide more than just mere association

17    between Mr. Germine and these other individuals.

18        And on behalf of the defense, I submit to you that after

19    you hear all the evidence in this case, that you will find

20    that the government cannot meet their burden of proof, and

21    that proof of course is beyond a reasonable doubt, and at the

22    end of the trial either myself or Mr. Orenberg will come back

23    before Your Honor and ask Your Honor to find Mr. Germine not

24    guilty.

25        THE COURT:  Thank you, Ms. Amato.

1              MS. AMATO:  Thank you.

2              THE COURT:  All right.  I think we can begin the

3     evidence and take our break in about a half an hour.  Would

4     that make sense?

5              MS. SEIFERT:  That's fine, Your Honor.  Would the Court

6     like us to remove the firearm which is not going to be needed

7     for the first witness?

8              THE COURT:  You don't have to leave that there the

9     whole time.

10             MS. SEIFERT:  I do not, right?  Okay.  If you could

11    just give us a brief pass, we'll take it out.

12         (Firearm removed.)

13             MS. SEIFERT:  United States calls Special Agent Ryan

14    Bonura.

15          RYAN BONURA, WITNESS FOR THE GOVERNMENT, SWORN

16                        DIRECT EXAMINATION

17    BY MS. SEIFERT:

18    Q.   All right.  Special Agent Bonura, can you introduce

19    yourself to the Court and spell your name for the record?

20    A.   Yes, ma'am.  My name is Ryan Bonura, R-Y-A-N,

21    B-O-N-U-R-A.  I'm a special agent with the FBI.

22    Q.   How long have you worked for the FBI?

23    A.   I've been with the FBI since 2012.

24    Q.   And before that what was your job?

25    A.   I was a police officer in South Brunswick, New Jersey.

1    Q.   What type of officer were you, patrol?

2    A.   I was assigned to patrol.

3    Q.   Did you finish school?

4    A.   Yes, I did.

5    Q.   How far did you go in school?

6    A.   I received a postgraduate degree in education.

7    Q.   And what made you want to join the FBI?

8    A.   As a police officer, I was looking for a little -- more

9    of a challenge, looking to serve my country in a different

10   way.

11   Q.   When you joined the FBI in 2012 where were you assigned?

12   A.   I was initially assigned to the Las Vegas field office,

13   where I worked international terrorism.  I was assigned to the

14   Joint Terrorism Task Force.

15   Q.   How many years were you stationed in Vegas?

16   A.   I was in Las Vegas for about four years.

17   Q.   Where did you go after that?

18   A.   I was assigned to the Miami Field Office.

19   Q.   What was your first assignment in Miami?

20   A.   Also counterterrorism.  I was assigned to work terrorist

21   use of the internet.

22   Q.   How many years were you on that position?

23   A.   Approximately two years.

24   Q.   And then where were you assigned in Miami?

25   A.   I was assigned to my current squad C5, which is

1    international violent crime.

2    Q.   Now, the C5 squad, by my math you've been there since

3    2018.  Is that right?

4    A.   Yes, ma'am.

5    Q.   You said international violent crime.  What types of

6    cases does the C5 squad do?

7    A.   We work violent crime against U.S. citizens in Central,

8    South America and the Caribbean.

9    Q.   And does the FBI in some way divide up the world with

10   respect to crimes that happen against U.S. persons abroad?

11   A.   Yes.  So the Miami Field Office is assigned to that

12   location, Central, South America and the Caribbean.  We have

13   three other field offices that divide up the rest of the world

14   that address those matters against U.S. citizens.

15   Q.   So the C5 squad handles all the cases against U.S.

16   persons coming in from that area?

17   A.   For violent crime, yes.

18   Q.   For violent crime.  Okay.  And as part of your violent

19   crime duties on C5, have you been the agent investigating

20   hostage takings of U.S. persons for ransom overseas?

21   A.   Yes, I have.

22   Q.   What about hostage takings in Haiti?

23   A.   Yes.  I have been a case agent on those matters as well.

24   Q.   Can you estimate for the Court the number of hostage

25   takings that your squad has investigated during the time

1    period that you've been there?

2    A.    Since 2021 we have worked over 125 hostage takings out of

3    Haiti.

4    Q.    And what about you as a case agent?  Have you had cases

5    assigned to you as the lead agent?

6    A.    Yes, I have.

7    Q.    Approximately how many cases were you the lead agent for?

8    A.    12 specifically out of Haiti.

9    Q.    Now, have you been to Haiti as part of your work?

10    A.    Yes, I have.

11    Q.    How many times?

12    A.    At least five different occasions.

13    Q.    Can you describe where you go when you're in Haiti as a

14    law enforcement officer?

15    A.    So U.S. government personnel, and to include law

16    enforcement, when we travel to Haiti we're mostly restricted

17    to the housing compound in the U.S. Embassy grounds.

18    Q.    Where is the U.S. Embassy located?

19    A.    It's in Tabarre, Port-au-Prince.

20    Q.    So that's outside of Port-au-Prince?

21    A.    It's a section of Port-au-Prince.

22    Q.    Now, have you ever traveled outside of the embassy?

23    A.    Yes, I have.

24    Q.    And what types of areas have you traveled to?

25    A.    Different areas, such as Petionville, areas up along the

1    coast, different compounds up in Titanyen.

2    Q.    How would you describe the areas of Haiti out -- let's

3    call them the suburbs, if you will, of Port-au-Prince, the

4    areas outside the central Port-au-Prince area?

5    A.    They can be rural.

6    Q.    And based on your experience being in Haiti, how would

7    you describe the housing and the various buildings in Haiti

8    around those areas?

9    A.    The infrastructure is poor.  Oftentimes residents are

10   living in squalor.

11   Q.    Now, I'd like to show you, just to the witness, please,

12   Government's Exhibit 971.  972.

13         Can you see those on your screen?

14   A.    Yes, ma'am.

15   Q.    972.  And 973.

16         Are you familiar with these maps?

17   A.    Yes, I am.

18   Q.    And what do the maps depict?

19   A.    It depicts Haiti on the island of Hispaniola.  Haiti is

20   located to the west of the Dominican Republic, and this most

21   recent map is focusing on Port-au-Prince, Haiti's capital.

22   Q.    Do these maps fairly and accurately depict the areas

23   they're depicting, Haiti and Port-au-Prince?

24   A.    Yes, they do.

25         MS. SEIFERT:  Move to introduce 971, 972 and 973.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 971, 972, 973 are

3    admitted.

4                              (Government Exhibit Nos. 971, 972,

5                              973 received into evidence.)

6    BY MS. SEIFERT:

7    Q.   So let's publish 971, please.

8          So this is the map of Haiti, the whole island.  And

9    if you could go to 973, where we have the zoom-in of

10   Port-au-Prince, could you show us on this map where the

11   embassy is located approximately?

12   A.   The embassy is located in this area.

13   Q.   Okay.  Now, you mentioned that there were a lot -- a fair

14   amount of cases of Haitian kidnappings of U.S. citizens for

15   ransom since 2021 that your squad has investigated.  Was there

16   anything that happened in 2021 that changed the volume of

17   cases that the squad brought in?

18   A.   Yes.  In July 7, 2021, the president of Haiti, Jovenel

19   Moïse, was assassinated.

20   Q.   And how did Mr. Moise's assassination change the nature

21   of your work?

22   A.   It led to great instability in the country itself, and

23   the gangs ended up taking over control of a large portion of

24   territory.

25   Q.   And in terms of when you say control of territory, what

1    do you mean by that phrase?  What do you mean by gangs

2    controlling territory?

3    A.    So gangs in Haiti would seize control of various

4    locations through extortion, robbery, various violent acts,

5    hostage taking, in order to develop money, and ultimately

6    they would establish their own small mini forms of government.

7    Q.    Now, one of the gangs that your squad was tracking in

8    2021 was 400 Mawozo.  Is that correct?

9    A.    Yes, it is.

10   Q.    Do you know what the name means?

11   A.    I believe it refers to 400 simpletons.

12   Q.    On this map, Government's 973, can you show the Court

13   the area that 400 Mawozo was operating in based on your

14   investigation?

15   A.    Generally speaking, it would be in that location.

16        MS. SEIFERT:  And, Your Honor, the witness has marked

17   on the map a circle around the area of the intersection of the

18   road with the 3 and the road with the 8.

19   BY MS. SEIFERT:

20   Q.    And generally what did you know about 400 Mawozo in the

21   course of your investigation?

22   A.    400 Mawozo was responsible for kidnapping or hostage

23   taking for ransom of U.S. citizens.

24   Q.    And when you were investigating those hostage takings,

25   were you aware of any weapons that the gang was using?

1    A.    Yes, I was.

2    Q.    And what types of weapons were you investigating?

3    A.    Various styles of weapons, rifles, handguns.

4    Q.    Now, the area that you circled includes a road, this road

5    that has an 8 on it.  If you take that road all the way off

6    the map, so to the east, where does that road go?

7    A.    That road should go close to the border of the Dominican

8    Republic.

9    Q.    And how, if any, did that road impact 400 Mawozo's

10    territory, or travelers on that road impact the territory

11    based on your investigation?

12    A.    They controlled most of that road if not all of that

13    road.

14    Q.    Now, in the course of your investigation, did you

15    identify leaders of 400 Mawozo?

16    A.    Yes, I did.

17    Q.    And we can take down the exhibit, please.

18         Do you know an individual identified by the name Joly

19    Germine?

20    A.    Yes, I do.

21    Q.    Do you see him present in the courtroom today?

22    A.    I do.

23    Q.    Could you point him out for the Court and identify a

24    piece of clothing that he's wearing?

25    A.    Yes, ma'am.  He's seated at the table behind you, over

1    your left shoulder, and he is wearing a black suit jacket.

2    Q.   How do you know Mr. Germine?

3    A.   I've met him before.

4    Q.   And I'm showing you -- just to the witness, please --

5    Government's Exhibit 1.

6         Do you recognize the photo that's Government's Exhibit 1?

7    A.   Yes, I do.

8    Q.   And what does the photo depict?

9    A.   Mr. Joly Germine.

10   Q.   Does it fairly and accurately depict Mr. Germine in 2021

11   and 2022 when you knew him?

12   A.   Yes, it does.

13        MS. SEIFERT:  Move to introduce Government Exhibit 1.

14        MR. ORENBERG:  No objection.

15        THE COURT:  Without objection, Government's Exhibit 1

16   is admitted.

17                          (Government Exhibit No. 1

18                           received into evidence.)

19   BY MS. SEIFERT:

20   Q.   If I could have, please, Government's Exhibit 3.

21        Agent Bonura, do you recognize the person displayed

22   in Government's Exhibit 3?

23   A.   Yes, I do.

24   Q.   How do you recognize that person?

25   A.   That individual is identified as Lanmo Sanjou.  He self-

1    identified in a social media post.

2    Q.   Based on your investigation, why was the person in this

3    photo important to your investigation?

4    A.   He was another leader of the 400 Mawozo gang.

5    Q.   And does Government's Exhibit 3 fairly and accurately

6    depict Mr. Sanjou during the time period you were

7    investigating the gang in 2021?

8    A.   Yes, it does.

9         MS. SEIFERT:  Move to admit Government's 3.

10         MR. ORENBERG:  No objection.

11         THE COURT:  Without objection, Government's 3 is

12    admitted.

13                        (Government Exhibit No. 3

14                         received into evidence.)

15    BY MS. SEIFERT:

16    Q.   Now, as part of your investigations, was your squad

17    looking at kidnappings that happened in the summer and fall

18    of 2021?

19    A.   Yes, we were.

20    Q.   Okay.  You can take down Government's 3, please.

21         If you could just briefly describe for the Court, big

22    picture, what were the kidnappings that the gang was believed

23    to have committed during that time frame?

24    A.   So in June of 2021, we suspected that 400 Mawozo was

25    responsible for the kidnapping of two -- an American couple.

1    In August of 2021 two separate citizens were -- excuse me --

2    were taken separately, two U.S. citizens.  One was a former

3    member of the U.S. military and the other was a South Florida

4    woman.  And then in October of 2021 we were investigating the

5    hostage taking of 17 missionaries.

6         MS. AMATO:  Your Honor, I understand the Court had

7    already made rulings relative to the introduction of evidence

8    regarding the kidnappings, but we would continue for the

9    record to object.

10         THE COURT:  So noted.

11         MS. AMATO:  Thank you.

12    BY MS. SEIFERT:

13    Q.    Agent Bonura, were you one of the lead agents on the

14    kidnapping of the missionaries and the investigation coming

15    out of that?

16    A.    Yes, I was.

17    Q.    And what was your role?

18    A.    I was one of the case agents.

19    Q.    And where were you located during the investigation?

20    A.    I spent time in South Florida in the Miami Field Office

21    as well as Haiti.

22    Q.    How did the FBI respond to the kidnapping of the

23    missionaries in a way that might have been different from

24    these other kidnappings that you described?

25    A.    So this was significantly different for us.  The amount

1    of U.S. citizens taken at once, 16 being a large amount,

2    unusual compared to the others, particularly this kidnapping,

3    there were five children, one being as young as an

4    eight-month-old baby.  So our approach was different.  We sent

5    members of the C5 squad, my squad, down to Haiti immediately.

6    Other members of our squad, we stood up a command post,

7    including myself.

8        We had pretty much an all-hands-on-deck approach.

9    We collaborated with FBI headquarters entities, so we were

10   bringing resources down to South Florida to assist us.

11       MS. SEIFERT:  Now, if I could have shown to the witness

12   Government's Exhibit 900.

13     Brief indulgence, Your Honor.

14       MS. AMATO:  Your Honor, it's hard to see from my angle,

15   but there's a board up here with some images and I'm not sure

16   if it's being used by this witness -- oh, okay.  Thank you.

17       MR. ORENBERG:  Your Honor, at this moment, so the

18   record is clean and clear on this, we are asking for a rule on

19   witnesses.

20       THE COURT:  All right.  I'll impose a rule on

21   witnesses, and the rule on witnesses as I impose it is that

22   the witnesses have to be out of the courtroom but they also

23   cannot receive information with respect to what happens in

24   the courtroom.

25       MS. SEIFERT:  I don't see any witnesses for the

1    government in the courtroom, Your Honor.

2         THE COURT:  All right.  Good.

3    BY MS. SEIFERT:

4    Q.   Okay.

5         THE COURT:  Of course, the case agent is excluded if

6    there's one case agent that you're going to be relying on.

7         MS. SEIFERT:  We have him here.  And after he's done

8    testifying I will ask the Court's permission that he be

9    allowed to join counsel.

10        THE COURT:  And that one case agent may.  You may not

11   change case agents along the way.

12        MS. SEIFERT:  We won't.  It will just be Agent Bonura.

13        THE COURT:  Thank you.

14   BY MS. SEIFERT:

15   Q.   Okay.  If we could just display Government's Exhibit 900

16   to the witness, please.

17        Agent Bonura, are you familiar with this video?

18   A.   Yes, I am.

19   Q.   Why was this video relevant to your investigation?

20   A.   This video was posted on YouTube a short time after the

21   16 U.S. missionaries were kidnapped.

22   Q.   In the course of your investigation did you have the

23   video and the statements of the individual in the video

24   translated?

25   A.   Yes, we did.

1    Q.   And I'm going to at this time -- excuse me -- let me

2    first ask, does Government's Exhibit 900 fairly and accurately

3    depict the video that was relevant to the kidnapping of the

4    missionaries?

5    A.   Yes, ma'am, it does.

6         MS. SEIFERT:  We'll move to admit 900.

7         MR. ORENBERG:  No objection.

8         THE COURT:  Without objection, Government 900 is

9    admitted.

10                        (Government Exhibit No. 900

11                        received into evidence.)

12        MS. SEIFERT:  Then we have Government's 900.T, which

13   is the translation, and a certification of that translation is

14   available at 900.C.  The government would move to admit the

15   translation and the certification.

16        THE COURT:  What number is this?

17        MS. SEIFERT:  This is 900.T for translation.

18        THE COURT:  Got it.

19        MS. SEIFERT:  And 900.C, which is the certification of

20   the translation by the translator, which we would also move to

21   admit at this time.

22        MR. ORENBERG:  No objection.

23        THE COURT:  That's 900.C and 900.T.  They will be

24   admitted as well.

25

 1                              (Government Exhibit Nos. 900.C,

 2                              900.T received into evidence.)

 3    BY MS. SEIFERT:

 4    Q.    In preparation for your testimony today, Agent Bonura,

 5    did you together with me prepare a summary which is a snippet

 6    of that video that is most relevant to your investigation?

 7    A.    Yes, I did.

 8    Q.    Okay.  And if I could have displayed 900.1.

 9          This is an addition, Your Honor, to the exhibit list.

10    It might not be on your list.

11          Agent Bonura, is this the summary that just has that one

12    clip we discussed?

13    A.    Yes.

14    Q.    Does it fairly and accurately summarize the portion of

15    the video that was relevant to your investigation?

16    A.    It does.

17          MS. SEIFERT:  Your Honor, again, 900.1 we just made

18    last night, it's not yet on your list.  We would move to admit

19    it as a summary.  It's just a small clip of that video.

20          THE COURT:  Has this been provided to --

21          MS. SEIFERT:  It has, yes.

22          MR. ORENBERG:  Yes, Your Honor.  No objection.

23          THE COURT:  Without objection, 900.1 is admitted.

24                              (Government Exhibit No. 900.1

25                              received into evidence.)

1    BY MS. SEIFERT:

2    Q.    If we could please play -- publish and play -- we need to

3    turn on the sound, please.  And before we play, the individual

4    in the center of the video in the navy suit, do you recognize

5    that individual?

6    A.    I do.

7    Q.    And who is that?

8    A.    It's Lanmo Sanjou.

9    Q.    And approximately what time was this video made?

10   A.    On or about October 18th, 19th, of 2021.

11   Q.    You said this was a video that was posted on social media?

12   A.    I believe it was YouTube.  Yes, ma'am.

13   Q.    Okay.  If you could play, please.

14        (Video played.)

15        MS. AMATO:  Your Honor, for our client's sake, we would

16   ask that they play it --

17        THE COURT:  Say that again?

18        MS. AMATO:  For our client's sake, we ask that they

19   play the video so our client can hear the video.

20        MS. SEIFERT:  Happy to play it again.  There seems to

21   be a problem with the cord where there's no sound, it's only

22   video that's coming out.  But we can -- I see your clerk is

23   doing an excellent job providing us a microphone.  Thank you.

24   BY MS. SEIFERT:

25   Q.    While we're waiting for that, Agent Bonura, can you

1    please read for the Court and the record the portion that was

2    translated that relates to what Lanmo Sanjou was saying in

3    this video?

4    A.    Yes.  He says, "Lightning strikes me, if I don't get what

5    I need, you see these Americans, I would rather kill them; as

6    I was coming here I left a big weapon pointed toward each of

7    their heads."

8    Q.    At the time in which the FBI became aware of this video,

9    had Mr. Sanjou already made a ransom demand with respect to

10    the missionaries?

11    A.    Yes, he did.

12    Q.    What was that demand?

13    A.    $1 million for each hostage.

14    Q.    And then once this video was posted, how if any way did

15    the FBI then respond?

16    A.    We focused our efforts on the 400 Mawozo gang, its

17    members, its leadership, and any association or connection

18    they may have had to the United States.

19    Q.    And we can now play again the video.

20          (Video played.)

21          We can take down the exhibit, please.

22          You said you focused -- the FBI focused its efforts on

23    investigating the leaders of 400 Mawozo.  What was one of the

24    leaders that you focused on?  Or rather who was one of the

25    leaders?

```
1    A.    Mr. Germine.

2    Q.    And what specifically did you do with respect to

3    Mr. Germine's connections with the United States?

4    A.    We obtained cell phone records for his telephone.

5    Q.    Now, where was Mr. Germine living in October of 2021?

6    A.    He was incarcerated in Haiti.

7    Q.    And you said he had a cell phone in jail?

8    A.    Yes, he did.

9    Q.    The cell phone records that you obtained, what types of

10   records were they?

11   A.    They were toll records.

12   Q.    When you say toll records, are those like the same as

13   call data records that have all the calls on them?

14   A.    Yes, they do.

15   Q.    What did the records show that was relevant to your

16   investigation?

17   A.    Those records showed that Mr. Germine was in contact with

18   an individual in South Florida.

19   Q.    And the particular phone number for the individual in

20   South Florida, why did that phone number stand out to you in

21   any way?

22   A.    There was frequent communication.

23   Q.    Did you obtain phone record information from the cell

24   phone provider for that number?

25   A.    Yes, we did.
```

1  Q.   And I'd like to have shown to the witness, please,

2  Government's Exhibit 201.

3       THE COURT:  Actually, if you think this will take a

4  second, we can take our morning break.

5       MS. SEIFERT:  We're having a little bit of a slow

6  computer day, Your Honor.  I appreciate that.  We'll have it

7  ready when we come back.

8       THE COURT:  Let's take our morning break.  We'll resume

9  at 11:17.

10       MS. SEIFERT:  Thank you.

11     (Recess from 11:04 a.m. to 11:24 a.m.)

12       THE COURT:  All right.  By the way, I may take a moment

13  when we get to the lunch break where I hear from defense

14  counsel ex parte on a Rule 17 matter.  And I would have to

15  clear the courtroom so that I would hear from them on a

16  question or two that I have.

17       MS. SEIFERT:  That's fine, Your Honor.

18  BY MS. SEIFERT:

19  Q.   Agent Bonura, when we broke, you had mentioned that there

20  was a specific phone number that the FBI was tracking that had

21  a lot of phone calls with Defendant Germine's jail cell phone.

22  A.   Correct.

23       MS. SEIFERT:  And specifically, I would ask the Court

24  at this time to introduce Government's 201 and 201.A.

25  Government's 201 are records from the provider for cell phone

1      number 609-470-3447.  And 201.A is the business record

2      certification of the provider certifying those records.

3              MR. ORENBERG:  No objection.

4              THE COURT:  Without objection, 201 and 201.A are

5      admitted.

6                                (Government Exhibit Nos. 201, 201.A

7                                received into evidence.)

8      BY MS. SEIFERT:

9      Q.   This is one of the records contained in the file folder

10     that is 201, which was provided by the provider, T-Mobile, and

11     on my screen -- is it published, please?

12             THE DEPUTY CLERK:  Yes.

13             THE COURT:  And any time I admit something, I'm also

14     saying "and it may be published."

15             MS. SEIFERT:  Okay.  Thank you for that clarification.

16     BY MS. SEIFERT:

17     Q.   And this is the document, the Microsoft Excel document

18     that starts with the word "sub_Amdocs."  And then it has the

19     cell phone number in the title.  And again, it's an Excel

20     spreadsheet and we're on the first tab that says 1.Erick,

21     E-R-I-C-K, Alic, A-L-I-C.

22          Are you familiar with this record, Agent?

23     A.   Yes, I am.

24     Q.   Is this the subscriber record for the phone number of

25     interest?

1    A.   Yes, it is.

2    Q.   And if you look down at line -- it's right at line 32

3    of the spreadsheet, do you see the cell phone number, the

4    subscriber cell phone number?

5    A.   Yes, I do.

6    Q.   Could you read that for the record, please?

7    A.   Yes.  That's 609-470-3447.

8    Q.   Thank you.  And who's the subscriber listed according

9    to T-Mobile?

10   A.   Erick Alice.

11   Q.   And did you later determine who had this phone number,

12   the phone bearing this phone number on their person?

13   A.   Yes, we did.

14   Q.   Who was that?

15   A.   It was Mr. Alice's wife, Ms. Eliande Tunis.

16   Q.   And I'm asking -- we can take this one down, please.  And

17   if I could have shown to the witness Government's Exhibit 2.

18   Do you recognize the individual depicted in Government's 2?

19   A.   Yes, I do.

20   Q.   Who is this person?

21   A.   Eliande Tunis.

22   Q.   Does this photo fairly and accurately depict how she

23   looked in 2021?

24   A.   Yes, it does.

25   Q.   How did you know Ms. Tunis?

1    A.    I met with Ms. Tunis on several occasions.

2          MS. SEIFERT:  Your Honor, move to admit Government's

3    Exhibit 2.

4          MR. ORENBERG:  No objection.

5          THE COURT:  Government 2 is admitted.

6                        (Government Exhibit No. 2

7                         received into evidence.)

8    BY MS. SEIFERT:

9    Q.    How did you determine that the phone number we've been

10    talking about, the one ending in 3447, was associated with

11    Ms. Tunis?

12    A.    We obtained travel records for Ms. Tunis.

13    Q.    Okay.  Tell me more about that.

14    A.    So the travel records indicated that Ms. Tunis had

15    traveled frequently to Port-au-Prince, Haiti, returning to

16    South Florida throughout 2021.

17    Q.    Okay.  And I would ask at this time to introduce

18    Government's Exhibits 700 and 700.C, which are records of

19    American Airlines with respect to Ms. Tunis, and 701 and

20    701.C, which are records of JetBlue with respect to Ms. Tunis.

21    And there are certifications from each of the businesses.

22          MR. ORENBERG:  Is she moving to admit?

23          MS. SEIFERT:  Yes.

24          THE COURT:  I don't think she has yet.  This is 700,

25    700.C, 701, and 701.C?

 1              MS. SEIFERT:  Yes.  Move to admit.

 2              THE COURT:  Without objection, all four are admitted.

 3                               (Government Exhibit Nos. 700, 700.C,

 4                               701, 701.C received into evidence.)

 5      BY MS. SEIFERT:

 6      Q.   And prior to your testimony today, Agent Bonura, did you

 7      create a summary of these records for the Court's ease?

 8      A.   Yes, I did.

 9      Q.   Is that summary in Government's 702?  Could you display

10      that, please, to the witness?

11      A.   Yes, it is.

12      Q.   Does this summary fairly and accurately summarize the

13      information in Government's 700 and 701?

14      A.   It does.

15              MS. SEIFERT:  Your Honor, move to admit 702, the

16      summary of the two prior exhibits.

17              MR. ORENBERG:  No objection.

18              THE COURT:  Without objection, 702 is admitted.

19                               (Government Exhibit Nos. 702

20                               received into evidence.)

21      BY MS. SEIFERT:

22      Q.   Based on these records, can you go through for the Court

23      the trips that Ms. Tunis took from Fort Lauderdale or the

24      Miami area to Haiti?

25      A.   Yeah.  She took multiple round-trip flights to

1    Port-au-Prince beginning in February 22, 2022 [sic].

2         Would you like me to read through all of them?

3    Q.   You could maybe group them together for the Court so the

4    Court can see the round trips?

5    A.   She returned on that occasion in March 2020.  She then

6    flew from Fort Lauderdale to Port-au-Prince again in July of

7    2020, returning to Fort Lauderdale in August.

8         Again, in December 2020 she departed Miami to

9    Port-au-Prince, returning in January 2021.  In April of 2021

10   she departed Fort Lauderdale area to Port-au-Prince, returning

11   back to South Florida in May of 2021.

12        Again in July 2021, she left Fort Lauderdale to

13   Port-au-Prince and returned in August of 2021.  And lastly,

14   in October 21, 2021, Ms. Tunis departed Fort Lauderdale to

15   Port-au-Prince and returned to Fort Lauderdale on October 25,

16   2021.

17   Q.   What investigation did you do prior to Ms. Tunis's return

18   to the Fort Lauderdale area on October 25 of 2021?

19   A.   We applied for a search warrant for Ms. Tunis's cell phone.

20   Q.   Was that the same phone number you've been discussing

21   ending in 3447?

22   A.   Yes, it is.

23   Q.   And when Ms. Tunis -- did she return on October 25?

24   A.   She did.

25   Q.   Tell me what happened.

1    A.    So FBI agents approached her, including myself approached

2    her at the airport upon her return, and we executed that

3    search warrant on her cell phone.

4    Q.    And how many cell phones did Ms. Tunis have on her on

5    October 25 of 2021?

6    A.    She had two.

7    Q.    So you had a search warrant for one phone.  What about

8    the other phone?

9    A.    Ms. Tunis gave us consent to search that phone.

10   Q.    Okay.  And I'm going to ask, because of the cord, if

11   Ms. Paschall can approach the witness with what is

12   Government's Exhibit 1000.

13            THE COURT:  Yes.

14   BY MS. SEIFERT:

15   Q.    Could you open the envelope, please, and see what's

16   inside, which also has a sticker of Government's 1000?

17   A.    Yes.

18   Q.    Have you reviewed this evidence before coming on the

19   stand today?

20   A.    Yes, I have.

21   Q.    Do you recognize the cell phone number that's contained

22   in the folder and that has the sticker Government's 1000?

23   A.    Yes, I do.

24   Q.    What phone is this?

25   A.    This is the phone belonging to Ms. Tunis.

1    Q.   Is this the same phone on which the FBI executed a search

2    warrant?

3    A.   Yes, it is.

4         MS. SEIFERT:   Your Honor, move to admit Government's

5    1000.

6         MR. ORENBERG:   No objection.

7         THE COURT:   Without objection, Government's 1000 is

8    admitted.

9                        (Government Exhibit No. 1000

10                         received into evidence.)

11   BY MS. SEIFERT:

12   Q.   Now, what about the other phone?  You said Ms. Tunis

13   consented to its search.  And then what happened?

14   A.   We returned that phone to her the following day.

15   Q.   And when you say "we," who's "we"?

16   A.   The FBI, myself and another agent.

17   Q.   Now, when you obtained the phone, could you just very

18   briefly for the Court describe the process of actually getting

19   evidence off the phone?

20   A.   So in this particular instance we had a CART agent, who

21   is an agent that deals with this type of matter, and we

22   basically download the contents of that phone onto a hard

23   drive or something that provides us with a readable report

24   that we can view its contents.

25   Q.   And did the CART agent do that with respect to both

1    Government's 1000 and the second cell phone Ms. Tunis had?

2    A.    Yes, they did.

3    Q.    And I just want to focus on the phone that's in front of

4    you, Government's 1000.  If I could have displayed for the

5    witness Government's Exhibit 100.

6         Oh.  It's a very large exhibit.

7         (Government conferring.)

8         Got it.  Slight change of plans.

9         Agent, when we prepared for your testimony did you review

10    Government's Exhibit 100, which is the cell phone extraction

11    report for Government's 1000?

12    A.    Yes.

13    Q.    And have you reviewed generally the contents of that

14    report?

15    A.    Yes, I have.

16    Q.    Okay.  And we're going to admit that report with the

17    agent who extracted it, but subject to that admission, I'd

18    like you to just again summarize for the Court the information

19    that was on the phone that was relevant to how you developed

20    your investigation thereafter.

21         So let's start with photos.  Were there any photos of

22    relevance that you found on the phone?

23    A.    Yes, there were.  There were multiple photos of firearms

24    and barrels, drums.  Some of those photos also depicted those

25    firearms that were inside of those barrels.  Some photos

1    depicted the firearms that appeared to be wrapped in plastic.

2    Other photographs depicted the barrels containing cellophane,

3    the upper portion of the barrels, and they appeared as if they

4    were being prepared to be shipped or stored.

5    Q.   Okay.  And what about the communications on the phone?

6    Did the phone show that Ms. Tunis was communicating with any

7    individuals, let's start with outside the United States?

8    A.   Yes, it did.  It showed that she was communicating with

9    the phone number known to belong to Mr. Germine and Lanmo

10    Sanjou.

11    Q.   And how, based on your review, was Ms. Tunis

12    accomplishing those communications?  What messaging

13    application or text messaging or phone applications was she

14    using?

15    A.   She was specifically using WhatsApp.

16    Q.   Were there any other numbers of interest on the phone?

17    A.   Yes, there was.  There was another number, 3589 I believe

18    it was, where she was communicating with -- and that belonged

19    to an individual in Haiti.

20    Q.   Okay.  So if I could read the phone number that ends in

21    3589, you can confirm whether that's correct, is it

22    509-487-43589?  Is that the phone number you're talking about?

23    A.   That's correct.

24    Q.   Did you later determine the name of the individual who

25    was using that phone number?

1    A.   Yes, we did.  That phone belonged to Santia Jean.

2         MS. SEIFERT:  Now, if I could admit at this time

3    Government's Exhibit 501 and 501.C, which are business records

4    of MoneyGram, along with the certification of MoneyGram.

5         MR. ORENBERG:  I'm sorry.  Are you moving to admit or

6    just introduce?

7         MS. SEIFERT:  Yes.  Move to admit.

8         MR. ORENBERG:  I have no objection.

9         THE COURT:  This is to 501 and 501.C?

10        MS. SEIFERT:  That's correct, Your Honor.

11        THE COURT:  Without objection, they'll be admitted.

12                          (Government Exhibit Nos. 501,

13                          501.C received into evidence.)

14   BY MS. SEIFERT:

15   Q.   Now, 501 is an Excel spreadsheet titled "501

16   (MoneyGram)."  It has five tabs of the spreadsheet.  And if we

17   could go, please, Mr. Casillas, to the tab on the far right,

18   which says 2112 U.S. 9385.  If you could please highlight

19   line -- Mr. Casillas, lines 34 and 35.  And if we could zoom

20   in a little bit for everyone's eyes.

21        Agent Bonura, what is the name of the sender on these

22   business records from MoneyGram in column I?

23   A.   Santia Jean.

24   Q.   So the first name is Santia and in column J is the last

25   name?

1     A.    Correct.

2     Q.    Now, Ms. Jean.  If you could scroll over a little bit

3     to the right on these columns, Mr. Casillas?

4           And do you see column R, Agent?

5     A.    Yes, I do.

6     Q.    And at the top, the business record says sender phone

7     number?

8     A.    Yes.

9     Q.    Do you see the phone number that's listed for Ms. Jean

10    in that column on those two lines, 34 and 35?

11    A.    Yes, I do.

12    Q.    Could you read that for the Court?

13    A.    487-43589.

14    Q.    What's the area country code for Haiti?

15    A.    HT.

16    Q.    Oh, sorry.  What's the three-digit country code, the number?

17    A.    509.

18    Q.    So the 509 plus the numbers we just had read right there,

19    is that the same phone number that you were interested in in

20    Ms. Tunis's phone?

21    A.    Yes, it is.

22    Q.    And if we could go to column U on this spreadsheet.

23    I don't want to disclose this personal information on the

24    record, but does this spreadsheet contain in column U what

25    is stated as the sender's date of birth?

1    A.   It does.

2    Q.   What about the next two columns, V and W?  What

3    information is stored in the spreadsheet in the business

4    records in those columns?

5    A.   It appears that it's the individual's identification,

6    which was in this case a passport.

7    Q.   And is there a passport number in the records?

8    A.   There is.

9    Q.   So fair to say that MoneyGram is collecting that

10   information into its system when these individuals are using

11   the service?

12   A.   Yes, it is.

13        MS. SEIFERT:  Okay.  Now, if we could please admit

14   502.1, 502.2, and 502.C.

15        MR. ORENBERG:  No objection.

16        THE COURT:  So that's 502.1, 502.2, and 502.C.

17        MS. SEIFERT:  That's correct, Your Honor.  These are

18   business records.

19        THE COURT:  All three of those are admitted.  But

20   you're not moving 502 in?

21        MS. SEIFERT:  So 502 is just 502.1 and 502.2.

22   Apologies, Your Honor, if that was not clear on my part.

23        THE COURT:  Okay.

24                          (Government Exhibit Nos. 502.1,

25                           502.2, 502.C received into evidence.)

1    BY MS. SEIFERT:

2    Q.   So these are business records of Western Union.  And if

3    we could open 502.1.  Okay.  And are you familiar with these

4    records, Agent?

5    A.   Yes, I am.

6    Q.   If we could go now to -- 502.1 for the record is again a

7    spreadsheet with multiple tabs on the bottom.  And I'm going

8    to ask Mr. Casillas to go to the tab that's the fourth one in

9    that says "Santia Jean payee match."  This one.  Thank you.

10   And if you could highlight the first line of this record.  Oh,

11   sorry.  Apologies.  Undo.  Okay.  The second line, line 2.

12        Now, this is another transfer from Western Union, and

13   Agent, in column D who is the individual who transferred the

14   money through Western Union?

15   A.   It identifies Santia Jean.

16   Q.   And the sender's phone number?

17   A.   The same phone number.  509 --

18   Q.   I'm sorry.  That's not the same phone number.  Could we

19   just go down a little bit over to the -- apologies -- L.

20   Column L.  And what is the -- it says SID number.  That ID

21   number that starts in TB, is that the same passport number we

22   saw in the other record?

23   A.   Yes, it is.

24   Q.   Okay.  Thank you.

25        Now, if I could have shown to the witness Government's

1    Exhibit 6.

2        Do you recognize the individual depicted in Government

3    Exhibit 6?

4    A.   Yes, I do.

5    Q.   How do you recognize this person?

6    A.   This image was found in Ms. Tunis's phone.

7    Q.   Was it found in the communications with that same phone

8    number we've been discussing, the one ending in 3589?

9    A.   Yes, it was.

10   Q.   And based on your review of the communications between

11   that phone number and Ms. Tunis, who did you determine that

12   this person was?

13   A.   It was Ms. Santia Jean.

14       MS. SEIFERT:  Your Honor, move to admit Government's

15   Exhibit 6.

16       MR. ORENBERG:  No objection.

17       THE COURT:  Without objection, Government Exhibit 6 is

18   admitted.

19                              (Government Exhibit No. 6

20                               received into evidence.)

21   BY MS. SEIFERT:

22   Q.   Now, when you reviewed Ms. Tunis's cell phone, did you

23   also identify communications she was having with persons in

24   the United States about those photos you described, the photos

25   of the firearms and the barrels?

1    A.    Yes, I did.

2    Q.    Can you tell the Court which individuals you identified?

3    A.    We identified Mr. Walder St. Louis and Mr. Jocelyn Dor.

4    Q.    I'm asking to be shown to the witness Government's

5    Exhibit 4, please.

6          Do you recognize this individual?

7    A.    I do.

8    Q.    And who is it?

9    A.    This is Walder St. Louis.

10   Q.    How do you know Mr. St. Louis?

11   A.    I've met Mr. St. Louis.

12          MS. SEIFERT:  Move to admit Government's Exhibit 4.

13          MR. ORENBERG:  No objection.

14          THE COURT:  Without objection, Government's 4 is

15   admitted.

16                              (Government Exhibit No. 4

17                                received into evidence.)

18   BY MS. SEIFERT:

19   Q.    And if I could have shown to the witness, please,

20   Government's Exhibit 5.

21          Do you recognize the individual in Government 5?

22   A.    I do.

23   Q.    And how do you recognize him?

24   A.    This individual -- this is a profile picture of Mr. Dor

25   in his communications with Ms. Tunis.

1    Q.   Okay.  And does this photo fairly and accurately depict

2    the profile picture found in Ms. Tunis's cell phone?

3    A.   Yes, it does.

4        MS. SEIFERT:  Your Honor, move to admit Government's

5    Exhibit 5.

6        MR. ORENBERG:  No objection.

7        THE COURT:  Without objection, Government's 5 is

8    admitted.

9                      (Government Exhibit No. 5

10                       received into evidence.)

11    BY MS. SEIFERT:

12    Q.   If I could have pulled up, please, 502.1.  And if we

13    could please unhighlight line 1.  And now highlight for the

14    agent line 6.

15        Okay.  And on line 6 we see a payment from the sender in

16    column D of Santia Jean, and in column B it says the amount

17    is 2,500.  If we could please scroll over to the right, to the

18    payee name, which is column W.  Who is the payee of this

19    payment?

20    A.   It's Jocelyn Dor.

21    Q.   Do you see in column Y, what is displayed in column Y?

22    A.   It's a phone number.

23    Q.   And could you read that for the record?

24    A.   It's 407-668-5243.

25    Q.   And is that the same phone number that you found Mr. Dor

1    communicating with on Ms. Tunis's phone?

2    A.   Yes, it was.

3    Q.   Okay.  Thank you.  You can take the record down.

4         Now, in general, what were the types of ways that

5    Ms. Tunis was communicating with either the individuals

6    in Haiti or the individuals you've just described in the

7    United States?

8    A.   Ms. Tunis was using text messages, photographs, voice

9    notes, phone calls, using also the WhatsApp platform and

10   traditional text messages as well.

11   Q.   Could you explain to the Court what WhatsApp is?

12   I'm sure the Court knows, but just for the record.

13        THE COURT:  I have children.

14      (Laughter.)

15        THE COURT:  And grandchildren.

16        THE WITNESS:  WhatsApp is a communication application

17   that you can download to your smartphone.  Basically an

18   alternate form of messaging.  You can send text messages,

19   voice notes, phone calls, send photographs.

20   BY MS. SEIFERT:

21   Q.   And you said voice notes.  Can you describe what that

22   means?

23   A.   Voice notes are just a recorded message that are sent

24   via the application.

25   Q.   Based on your experience in this case and other cases

1    you've investigated, as well as being in Haiti yourself, is

2    there a reason why voice notes are often used in Haiti?

3    A.   There is.  The cell service is very poor and cell towers

4    are often not functioning properly because they're

5    generated -- or they're operated off of a generator.  At times

6    there's a fuel shortage so they're unreliable.  So they use

7    voice notes which rely more on a wi-fi or internet-based

8    system.

9    Q.   Okay.  And just clarifying, you mentioned WhatsApp, you

10   mentioned text messages, and you also mentioned -- were there

11   any calls that you saw between any of these parties?

12   A.   There were phone calls, yes.

13   Q.   What about any iPhone messages?

14   A.   There were also iPhone messages.

15   Q.   Okay.  You mentioned that when you looked at Ms. Tunis's

16   phone, you saw pictures of firearms.  What did you do when you

17   discovered those photos?

18   A.   So after we reviewed those photos on her cell phone, we

19   made contact with the ATF, our partners at the ATF, and they

20   were able to provide us with documents, receipts, that

21   indicated Ms. Tunis, Mr. Dor, and Mr. St. Louis had all

22   purchased firearms from approximately March 2021 up until the

23   present time.

24   Q.   And separately, did you make any determinations about --

25   we just looked at the Western Union and the MoneyGram

1    records -- about financing?  What records did you obtain or

2    investigation did you do with respect to financing?

3    A.   So we focused on obtaining records, wire transfer records

4    from Haiti into the United States.  And it appeared that

5    Santia Jean was sending money from Haiti to Ms. Tunis,

6    Mr. Dor, and Mr. St. Louis.

7    Q.   When you reviewed the records, did you notice whether

8    Ms. Jean -- the ones that have been admitted, so 501 and 502,

9    did you make any note of Ms. Jean sending money to anyone else

10   of interest?

11   A.   Yes.  She also sent money to Mr. Germine's mother, Jolita

12   Jus, and her husband, Mr. Jean Fenel.

13   Q.   How did you identify those individuals as the parents of

14   Mr. Germine?

15   A.   They disclosed that to me when I met them in person.

16   Q.   What about bank records with respect to transfers of

17   money within the United States?  Did you do any investigation

18   there?

19   A.   Yes, we did.  Reviewing again Ms. Tunis's phone, we

20   identified that perhaps there was other methods of

21   transferring money, identified perhaps a Zelle account, and

22   we obtained those records and any bank accounts that were

23   associated with those transactions.

24   Q.   And specifically did you obtain bank records for

25   Ms. Tunis, Mr. Dor, and Mr. St. Louis?

1    A.   Yes, we did.

2    Q.   Were you able to correlate anything about the timing of

3    money transfers with the paperwork the ATF had provided?

4    A.   Yes.  It appeared that those transactions, those wire

5    transfers corresponded to the purchase of those firearms from

6    about March 2021 up until that present time.

7    Q.   Based on all of that information, what if anything did

8    you do to conduct any more searches?

9    A.   So we conducted searches on multiple locations based

10   on all that information.

11   Q.   What searches did you conduct?

12   A.   So search warrants were issued for Mr. Dor's residence

13   in Orlando, Florida.  Another one on Ms. Tunis's house in

14   Pompano, Florida, as well as Mr. St. Louis's residence in

15   Miami, Florida.

16   Q.   What about Mr. St. Louis's car?

17   A.    Mr. St. Louis's car, he provided us with consent to

18   search that car.  So we did so.

19   Q.   Did he also provide consent to search the home?

20   A.   Yes, he did.

21   Q.   And through those different search warrants -- let's put

22   Mr. Dor aside.  Through Ms. Tunis and Mr. St. Louis's premises

23   warrants, did the FBI recover anything of interest to your

24   investigation?

25   A.   Yes, we did.  We recovered multiple firearms and cash.

1   Q.   And let's go back to Mr. Dor.  That premises warrant for

2   Mr. Dor's home in Orlando, did you recover -- the FBI recover

3   anything relevant to your investigation?

4   A.   At that time, no.

5   Q.   And at some point later was an additional search

6   conducted with respect to something that Mr. Dor had rented?

7   A.   Yes.  Mr. Dor had rented a storage unit in the Orlando

8   area, and we conducted a search on that unit which revealed

9   multiple firearms.

10  Q.   Now, based on all the information you've described for

11  the Court, what if any arrests did you make?

12  A.   We made multiple arrests.  On or about October 30, 2021,

13  we arrested Ms. Tunis.  On October 31 we arrested

14  Mr. St. Louis.  On November 11, 2021, we took Mr. Jocelyn Dor

15  into custody.  And then on May 3, 2022, we were able to take

16  Mr. Germine into custody.

17  Q.   And where was Mr. Germine when the FBI exercised custody

18  over him?

19  A.   Mr. Germine was still incarcerated in Haiti.  So the

20  Haitian government transferred custody of him to the U.S.

21  government via the FBI.

22       MS. SEIFERT:  No further questions, Your Honor.

23       THE COURT:  Mr. Orenberg.

24       MR. ORENBERG:  Court's indulgence.

25       THE COURT:  Certainly.

1          (Defense conferring.)

2               MR. ORENBERG:  Thank you, Your Honor.

3                         CROSS-EXAMINATION

4     BY MR. ORENBERG:

5     Q.    Good morning, Agent.

6     A.    Good morning, sir.

7     Q.    You indicated that as part of your responsibilities as

8     part of the task force, I think you called it the C5 unit?

9     A.    Yes, sir.

10    Q.    -- out of Miami, that -- I think this would have been in

11    mid to late summer of 2021, there was a noticeable I guess

12    increase in violent activity in the country of Haiti.

13    A.    Yes, sir.

14    Q.    Okay.  And then in October of 2021 there was an event,

15    a significant event, the kidnapping of 16 U.S. citizens

16    including children.

17    A.    That's correct.

18    Q.    Okay.  And at that time I guess it became an all-hands-

19    on-deck situation, which included you, I guess, going to or

20    temporarily relocating to Haiti for purposes of the

21    investigation of the kidnapping of the 16 missionaries.

22    A.    That's correct.

23    Q.    And Ms. Seifert showed you a video of Mr. Sanjou.

24    Is that correct?

25    A.    Yes.

1   Q.   You would agree with me that he was the focus of your

2   investigation.

3   A.   He was one of our focuses.

4   Q.   Initially, he was the focus of your investigation.

5   A.   I would say he was one of our focuses, yes, initially.

6   Q.   And you testified, I think the language you used was you

7   focused on Mr. Germine, who is here in the courtroom today?

8   A.   We focused on the gang's leaders, sir.

9   Q.   Okay.  And you would agree with me that you conducted a

10  thorough investigation of Mr. Germine.

11  A.   I would agree with you that we conducted an investigation

12  of the gang's leaders.

13  Q.   And that would include investigating his background.

14  A.   To some extent, yes.

15  Q.   Well, his family history?

16  A.   To some extent, yes, sir.

17  Q.   And you would agree with me that you discovered that

18  Mr. Germine was born in Haiti?

19  A.   Yes.

20  Q.   And that he had family in Haiti?

21  A.   Correct.

22  Q.   And that he actually owned land in Haiti.

23       MS. SEIFERT:  Objection, Your Honor.  Relevance and

24  also outside of the scope of his testimony, and additionally

25  calls for --

1          THE COURT:  You need to use the microphone so the court
2    reporter can hear you.
3          MS. SEIFERT:  My apologies.  It's outside of the scope,
4    calls for hearsay answer, relevance.  Thank you.
5          THE COURT:  I'm going to allow this examination on this
6    subject matter.  You may proceed.  It's overruled.
7          MR. ORENBERG:  Thank you, Your Honor.
8    BY MR. ORENBERG:
9    Q.   You would agree with me that you discovered that he owned
10   land in Haiti.
11   A.   I don't know that I knew that specifically, sir, no.
12   Q.   You would agree with me that he operated a business of
13   buying and selling commodities other than contraband, other
14   than weapons or any sort of contraband?
15   A.   No.  I did not have knowledge of that, sir.
16   Q.   And you would agree with me that Mr. Germine -- you came
17   to know that he had been locked up in Haiti since 2015.
18   A.   Correct.
19   Q.   And you came to learn that during I guess the seven --
20   excuse me, six years or so that he was locked up in Haiti,
21   that he had not been released or furloughed.
22   A.   I don't know that, sir.  No.
23   Q.   Did you have an opportunity to examine the prison records
24   from the Prison Nationale in Haiti?
25   A.   Personally I did not, no.

1    Q.   But members of your team did?

2    A.   I cannot speak for members of my team, sir.

3    Q.   But you would agree with me that so far as you know he

4    was continuously detained in Haiti since sometime in 2015?

5    A.   That's my understanding.

6    Q.   Okay.  And --

7            MR. ORENBERG:  Court's indulgence.

8            THE COURT:  Certainly.

9         (Defense conferring.)

10           MR. ORENBERG:  Nothing further, Your Honor.

11           THE COURT:  Anything, Ms. Seifert?

12           MS. SEIFERT:  Just very briefly.

13                      REDIRECT EXAMINATION

14   BY MS. SEIFERT:

15   Q.   You said the missionaries were kidnapped on October 16

16   of 2021.  Is that right?

17   A.   That's correct.

18   Q.   How soon did you find those cell phone records of

19   interest that identified Ms. Tunis as a contact of

20   Mr. Germine?

21   A.   Very soon.  Within days.

22   Q.   So fair to say that within days Mr. Germine was your

23   focus?

24   A.   Yes.

25   Q.   And I just want to clarify, do you have any information

1    about whether Mr. Germine owned land?

2    A.    Specifically I do not.

3    Q.    Or was in any other kind of business dealings?

4    A.    Perhaps.  Not to my knowledge.

5         MS. SEIFERT:  Thank you.

6         MR. ORENBERG:  Brief, based on her...

7         THE COURT:  Well, we don't usually do that.  I'll

8    indulge you with a question or two.  And this will be a test

9    for whether I indulge you in the future.

10        MR. ORENBERG:  Well, then I may back up if we need to

11   test the Court again.  I apologize, Your Honor.

12                      RECROSS-EXAMINATION

13   BY MR. ORENBERG:

14   Q.    Initially, the focus of the investigation was Sanjou?

15        MS. SEIFERT:  Objection.  Asked and answered on cross

16   originally.

17        THE COURT:  You may answer the question.

18        THE WITNESS:  Sir, I can't tell you specifically what

19   order our focus was, but we were focused on the gang's

20   leaders, and the gang's leaders were Mr. Sanjou and

21   Mr. Germine.

22        MR. ORENBERG:  Okay.  Nothing further, Your Honor.

23        THE COURT:  Thank you, Special Agent.  You may step

24   down.  (Witness steps down.)

25      Next witness, please.

1          MS. PASCHALL:  Thank you, Your Honor.  The government

2     calls Kerline Mathieu.

3          MS. SEIFERT:  And just confirming, Your Honor, that

4     Agent Bonura can join us at counsel table, please.

5          THE COURT:  Yes.  He may.

6          MS. SEIFERT:  Thank you.

7        KERLINE MATHIEU, WITNESS FOR THE GOVERNMENT, SWORN

8                       DIRECT EXAMINATION

9     BY MS. PASCHALL:

10    Q.   Ms. Mathieu, could you please state your name for the

11    record.

12    A.   Kerline Mathieu.

13    Q.   Ms. Mathieu, are you a resident of the United States?

14    A.   Yes.

15    Q.   In October of 2021, who were you in a relationship with?

16    A.   Shedner Germine.

17    Q.   Where was Shedner Germine living in October of 2021?

18    A.   He was in jail at the time.

19    Q.   On October 21, 2021, did you make a phone call on behalf

20    of Mr. Shedner Germine?

21    A.   Yes.

22    Q.   Who did you call for Mr. Germine?

23    A.   I called after his cousin, Mr. Joly Germine.

24    Q.   And how did you get the phone number to make that phone

25    call?

1    A.    It was given to me by my ex-boyfriend at the time,

2    Shedner Germine.

3    Q.    Mr. Shedner Germine?

4    A.    Yes.

5    Q.    When you called the phone number that was provided to you

6    by Mr. Shedner Germine, did that phone call connect?

7    A.    Yes.

8    Q.    Did you stay on the line to listen to part of that phone

9    call?

10   A.    Yes.

11   Q.    Were the two individuals speaking to one another after

12   you used that phone number?

13   A.    Yes.

14   Q.    A few days after you made that phone call, did you then

15   speak with agents from the FBI?

16   A.    Yes.

17   Q.    Did they ask you about which phone number you used to

18   call Mr. Joly Germine?

19   A.    Yes.

20   Q.    Did you provide them with that phone number?

21   A.    Yes.

22   Q.    As you sit here today in 2024, do you recall exactly what

23   that phone number was?

24   A.    No.

25   Q.    And why is that?

1    A.   It wasn't a number that I knew, and I didn't have it in

2    my head.  It was just given to me to make the call.

3    Q.   But when you were on that phone call on October 21, 2021,

4    did you believe the voice on the other end of the line to be

5    Mr. Joly Germine?

6    A.   Yes.

7         MS. PASCHALL:  Thank you, Your Honor.  No further

8    questions.

9         THE COURT:  Ms. Amato.

10        MS. AMATO:  Thank you.

11                    CROSS-EXAMINATION

12   BY MS. AMATO:

13   Q.   Good morning, Ms. Mathieu.

14   A.   Good morning.

15   Q.   So when you say that you made this phone call on behalf

16   of your boyfriend and that you believed the person on the

17   other line was Joly Germine, had you ever met Joly Germine?

18   A.   Never.

19   Q.   Never.  Okay.  So you'd never met him in person?

20   A.   No.

21   Q.   Not in the United States or Haiti.

22   A.   No.

23   Q.   And the phone number had been given to you by your

24   boyfriend.  Correct?

25   A.   Yes.

1    Q.   And you were in the United States at the time.  Correct?

2    A.   Yes.

3    Q.   And your boyfriend was incarcerated in a jail in the

4    United States as well.

5    A.   Yes.

6    Q.   And you knew the phone calls were being recorded.

7    Correct?

8    A.   Yes.

9    Q.   And your boyfriend did as well.  Correct?

10   A.   Yes.

11   Q.   All right.  And at the end of the conversation with

12   whomever was called, that individual, when he hung up, you and

13   your boyfriend continued to speak on the phone.  Correct?

14   A.   I think so.

15   Q.   Okay.  When was the last time that -- well, has this

16   phone call been played to you, the recording?

17   A.   No.

18   Q.   Okay.  So you have not heard the recording of that phone

19   call since that call was made.

20   A.   No.

21   Q.   And so initially this call began by your boyfriend

22   calling you.  Correct?

23   A.   Correct.

24   Q.   All right.  And then your boyfriend asking you to make a

25   phone call.

1    A.    Correct.

2    Q.    And so there was a three-way call occurring?

3    A.    Correct.

4    Q.    And you were aware that you were not supposed to be

5    making three-way calls.  Correct?

6    A.    I didn't know.

7    Q.    You did not know.  So was this something that you

8    constantly did then for your boyfriend?

9    A.    Yes.

10   Q.    Okay.  And your boyfriend was in jail for what?

11         MS. PASCHALL:  Objection.  Relevance as to why the

12   boyfriend was in jail.

13         THE COURT:  Sustained.

14   BY MS. AMATO:

15   Q.    All right.  Now, you said you stayed on the line and

16   you listened to the phone call.  Correct?

17   A.    Correct.

18   Q.    And that was -- but you didn't partake of the

19   conversation between your boyfriend and the other individual?

20   A.    No.

21   Q.    You did not engage with the other person on the --

22   A.    I did not.

23   Q.    All right.  And so it was only after the other individual

24   hung up that then you spoke with your boyfriend?

25   A.    Yes.

1    Q.    Did you make any other phone calls for him on that

2    call -- three-way calls?

3    A.    Yes.

4    Q.    And was that before or after this particular conversation

5    that the prosecution is interested in?

6    A.    You said -- I'm sorry.  Can you rephrase?

7    Q.    You said that you made another three-way call on the

8    same -- while you were speaking to your boyfriend during this

9    conversation.

10   A.    I can't remember.

11   Q.    All right.  Now, you said it was a few days after this

12   phone call that agents came to speak with you.

13   A.    Correct.

14   Q.    And they did not play the phone call to you.

15   A.    No.

16   Q.    So they asked you for -- did they ask to look at your

17   phone --

18   A.    No.

19   Q.    -- that you used?  No?

20   A.    I don't remember.  I'm sorry.

21   Q.    Do you recall how it was that you provided them the phone

22   numbers?

23   A.    Yes.

24   Q.    And how was that?

25   A.    They -- I was aware that I made the call and they asked

1      me if I was able to provide the number.  And I did.

2      Q.   So then you looked at your phone.

3      A.   Yes.

4      Q.   Did they look at your phone while you were looking at

5      your phone?

6      A.   No.

7      Q.   So you looked at your phone.  Did you give them other

8      phone numbers as well?

9      A.   I -- I can't remember.

10     Q.   All right.  And so when you say you believed at the end

11     of the direct examination that the voice was Joly Germine,

12     again, you're just assuming.  Correct?

13          MS. PASCHALL:  Objection.

14          THE COURT:  Overruled.  You may answer.

15          THE WITNESS:  He said his name.

16     BY MS. AMATO:

17     Q.   Who said his name?

18     A.   My ex at the time said the defendant's name.

19     Q.   So you're saying that your ex-husband told you the name

20     of the person he was speaking with on the phone?

21     A.   He wanted me -- he was specific on who he was calling.

22     Q.   And so you were relying on what he was telling you.

23     A.   Correct.

24     Q.   Okay.  But beyond that, you had no personal knowledge as

25     to who that person may or may --

1    A.    No.

2            MS. AMATO:  Okay.  Thank you.  No further questions.

3            THE COURT:  Ms. Paschall?

4                        REDIRECT EXAMINATION

5    BY MS. PASCHALL:

6    Q.    Ms. Mathieu, you said that you listened to part of that

7    conversation.  Correct?

8    A.    Correct.

9    Q.    Without telling us exactly what was said, what were the

10   topics that were discussed?

11           MS. AMATO:  Objection.  Well, first of all, it goes

12   beyond the scope.  I didn't talk about the contents.

13           THE COURT:  It does go beyond the scope.  This is not

14   something that was covered either in the direct or the

15   cross-examination.

16           MS. PASCHALL:  I think this goes to the witness's, what

17   the defense called assumption as to who was on the other end

18   of the line.

19           MS. AMATO:  Your Honor, I don't know where they're

20   going with this.  I still object.

21           MS. PASCHALL:  I believe on cross-examination they have

22   attacked this witness's ability --

23           THE COURT:  I understand the positions.  I'll allow

24   this specific question, but not much more.

25           MS. PASCHALL:  Let me perhaps rephrase.

1    BY MS. PASCHALL:

2    Q.   When you were listening to the call, did it appear that

3    your ex-boyfriend knew the person who answered the phone?

4    A.   Correct.

5    Q.   And did they then have a friendly conversation?

6    A.   Yes.

7    Q.   And did it appear that that was the person that your

8    boyfriend had intended to talk to?

9    A.   Correct.

10   Q.   The FBI came to talk to you only a few days after that

11   phone call was made.  Is that correct?

12   A.   Correct.

13   Q.   So when Ms. Amato asked you how you were able to provide

14   that phone number, would it have been in your phone at the

15   time?

16   A.   Yes, it was.

17   Q.   Is it in your phone any longer?

18   A.   No.

19   Q.   Why not?

20   A.   I don't see the point of still having it.

21           MS. PASCHALL:  Thank you, Your Honor.

22           THE COURT:  All right.  Thank you very much for coming.

23           THE WITNESS:  Thank you.

24           THE COURT:  You may step down, and you're all done.

25       (Witness steps down.)

1          THE COURT:  And the next witness, please, for the

2     government.

3          MS. PASCHALL:  Thank you, Your Honor.  The government

4     calls Special Agent Timothy Augustyniak.

5       TIMOTHY AUGUSTYNIAK, WITNESS FOR THE GOVERNMENT, SWORN

6          MS. PASCHALL:  Your Honor, I'm going to take a brief

7     indulgence to show defense counsel the markings I have made to

8     the exhibit I will show this witness.

9          THE COURT:  Please.

10       (Counsel conferring.)

11                      DIRECT EXAMINATION

12     BY MS. PASCHALL:

13     Q.   Good afternoon, Agent.  Could you please state and spell

14     your full name for the record.

15     A.   Yes, ma'am.  First name Timothy, last name Augustyniak,

16     A-U-G-U-S-T-Y-N-I-A-K.

17     Q.   Where do you work?

18     A.   The FBI, Miami.

19     Q.   How long have you been with the FBI?

20     A.   Just over eight years.

21     Q.   Have you been in Miami that entire time or have you been

22     assigned to other field offices?

23     A.   Miami.

24     Q.   And what is your current role with the FBI in Miami?

25     A.   I work on a child exploitation and human trafficking task

1   force.

2   Q.   In October of 2021, what were you working on at the FBI

3   in Miami?

4   A.   I worked on the international violent crimes squad.

5   Q.   Specifically in October 2021 what was the focus of the

6   squad you were working with?

7   A.   I was working an international kidnapping of 17

8   missionaries in Haiti.

9   Q.   As a part of that investigation, did you call an

10  individual who -- or did you interview rather an individual

11  who was the girlfriend of Mr. Shedner Germine?

12  A.   I did.

13  Q.   And after that interview, did you record the

14  recollections from that interview in what we call a 302?

15  A.   Yes, ma'am.

16  Q.   What is a 302?

17  A.   That's a report of an interview.

18  Q.   During that interview with the girlfriend of Mr. Shedner

19  Germine, did she provide to the FBI a phone number?

20  A.   Yes, she did.

21  Q.   And did you record that phone number in your 302?

22  A.   Yes, ma'am.

23       MS. PASCHALL:  Your Honor, may I approach the witness

24  with what I have shown to defense counsel and will mark for

25  identification purposes only Government's Exhibit 990.

```
1              THE COURT:  9 what?

2              MS. PASCHALL:  90.  Nine, nine, zero.

3              THE COURT:  You may approach.

4              MS. AMATO:  Excuse me, Your Honor.  Object at this

5    point.  There's been no foundation that there's a need to show

6    this document to this witness at this point.

7              THE COURT:  She's asking for you to lay a foundation

8    with a preliminary question.

9    BY MS. PASCHALL:

10   Q.   Do you understand off the top of your head what phone

11   number was provided to you in October 2021 by Shedner

12   Germine's girlfriend?

13   A.   I do not recall the exact phone number.

14   Q.   Would reviewing your 302 refresh your recollection as to

15   what number you recorded as being given to the FBI by Shedner

16   Germine's girlfriend?

17   A.   Yes, ma'am.

18             MS. PASCHALL:  At this time, Your Honor, may I

19   approach?

20             THE COURT:  You may approach.

21   BY MS. PASCHALL:

22   Q.   Special Agent, I've handed you Government's Exhibit 990,

23   which we're just marking for identification purposes.  Is this

24   the 302 we discussed that you authored after the interview

25   with Shedner Germine's girlfriend?
```

1    A.   Yes, it is.

2    Q.   I would ask that you look at the second paragraph of

3    Government's Exhibit 990.  Do you see there the phone number

4    that Shedner Germine's girlfriend provided to the FBI?

5    A.   Yes, ma'am.

6    Q.   Could you please read that number into the record?

7    A.   Sure.  It's 509-3792-5752.

8    Q.   Thank you.

9         MS. PASCHALL:  No further questions.

10        THE COURT:  Ms. Amato.

11        MS. AMATO:  No questions, Your Honor.

12        MS. PASCHALL:  I apologize, Your Honor.  I actually did

13   have -- is it all right?  One short question and then of

14   course Ms. Amato can...

15        THE COURT:  We'll see how short it is.  Go ahead.

16   BY MS. PASCHALL:

17   Q.   Agent Augustyniak, do you recall the date of that

18   interview?

19   A.   Yes, I do.

20        THE COURT:  Well, do you recall it or do you need the

21   302?

22        THE WITNESS:  Sorry.  I was going to reference the 302.

23   I do not recall it just offhand.

24   BY MS. PASCHALL:

25   Q.   Would reviewing Government's Exhibit 990 help refresh

1    your recollection as to the date of that interview?

2    A.   Yes, ma'am, it would.

3    Q.   Please go ahead and look at Exhibit 990 and when you're

4    finished, if you would turn it over and look back up at me.

5         (Witness complies.)

6         Is your recollection refreshed as to the date of the

7    interview with Shedner Germine's girlfriend?

8    A.   Yes, it is.

9    Q.   What is the date?

10   A.   October 22, 2021.

11        MS. PASCHALL:  Thank you, Your Honor, for the

12   indulgence.

13        THE COURT:  And Ms. Amato, any questions now?

14        MS. AMATO:  Yes, briefly.

15                    CROSS-EXAMINATION

16   BY MS. AMATO:

17   Q.   Are you, as you sit here today, aware whether that phone

18   call that you were asked about, and that you sought from the

19   other individual, whether that phone number had been called

20   besides this one time?

21        MS. PASCHALL:  Objection.  Both outside of the direct

22   and foundation for this witness.

23        THE COURT:  I'm not sure it's outside the direct, but

24   I don't understand the question.

25        MS. AMATO:  Yeah, and I'm --

1          THE COURT:  What's the question specifically?

2          MS. AMATO:  Right.

3     BY MS. AMATO:

4     Q.   So the specific question is, you sought to obtain the

5     phone number, a specific phone number that you've been asked

6     about today.  Correct?

7     A.   Yes.

8     Q.   And you went to the individual that you believe that had

9     dialed that number.  Correct?

10    A.   Yes.

11    Q.   And are you aware whether that phone number had been

12    called by that particular individual more than one time?

13    A.   I don't recall off the top of my head.

14         MS. AMATO:  Okay.  Thank you.

15         THE COURT:  Anything on redirect?

16         MS. PASCHALL:  No, Your Honor.  Thank you.

17         THE COURT:  All right.  Special Agent, you may step

18    down.  That may be your shortest examination ever.

19       (Witness steps down.)

20         THE COURT:  We can squeeze in the beginning of another

21    witness.

22         MS. PASCHALL:  I actually would request, Your Honor,

23    that we maybe take the break now.  The next witness is

24    bringing in those very large exhibits that have been provided

25    to counsel and the Court.  We want to make sure we have

1    evidentiary copies available for you.

2         THE COURT:  Okay.

3         MS. PASCHALL:  So if your court would indulge us, we'd

4    like to take the break now.

5         THE COURT:  I'll indulge it, and that would mean that

6    probably plan on starting again at 1:30?

7         MS. PASCHALL:  That's fine, Your Honor.

8         THE COURT:  Is that enough time for whatever you need

9    to do?

10        MS. PASCHALL:  Yes.

11        THE COURT:  Okay.  And I'd like to talk to defense

12   counsel, which would mean if everyone could leave the

13   courtroom for just -- this'll only take at most five minutes,

14   so you can hang around outside and be able to come back in.

15       (Excused parties exit.)

16       (Sealed ex parte conference.)

17   ████████████████████████████████████████

18   ████████████████████████████████████████████

19   ████████████████████████████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████████████████

22   ██████████████████████████████████████████████

23   ██████████████████████████████████

24       ████████████████████████████████████████

25   ████████████████████████████████████████████













18          THE COURT:  So we'll see you -- what did I say, 1:30?

19  Okay.  Thank you.

20      (Lunch recess taken at 12:31 p.m.)

21

22

23

24

25

* * * * * *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*/s/ Bryan A. Wayne*
Bryan A. Wayne

## $

**$1,000** [2] - 14:20, 15:15
**$1,100** [1] - 15:12
**$100** [1] - 15:19
**$15,000** [1] - 13:10
**$17** [1] - 23:11
**$2,000** [2] - 13:10, 14:23
**$25,000** [2] - 10:12, 26:10
**$37,500** [1] - 12:21
**$50,000** [3] - 10:15, 11:2, 26:11

## /

**/s** [1] - 102:9

## 1

**1** [10] - 1:9, 2:16, 25:16, 43:5, 43:6, 43:13, 43:15, 43:17, 51:13, 69:13
**1,100** [3] - 14:2, 14:3, 14:20
**1,800** [1] - 13:12
**1.Erick** [1] - 54:20
**10** [4] - 5:14, 10:11, 26:9, 26:11
**100** [2] - 61:5, 61:10
**1000** [10] - 2:20, 59:12, 59:16, 59:22, 60:5, 60:7, 60:9, 61:1, 61:4, 61:11
**11** [4] - 1:7, 9:23, 14:21, 74:14
**11:04** [1] - 53:11
**11:17** [1] - 53:9
**11:24** [1] - 53:11
**12** [1] - 38:8
**125** [1] - 38:2
**12505** [1] - 1:19
**127** [1] - 1:7
**12:31** [1] - 101:20
**13** [3] - 10:14, 26:9, 26:11
**14** [3] - 11:9, 14:21, 25:23
**15** [3] - 14:14, 16:11, 16:18
**16** [9] - 10:18, 10:19, 23:7, 26:2, 46:1, 47:21, 75:15, 75:21, 78:15
**162** [1] - 16:14

**17** [9] - 10:16, 10:19, 16:1, 23:7, 25:16, 32:17, 45:5, 53:14, 90:7
**18** [5] - 1:6, 10:19, 11:17, 25:17, 32:17
**18th** [1] - 50:10
**19** [2] - 6:9, 26:4
**19th** [1] - 50:10
**1:30** [2] - 95:6, 101:18

## 2

**2** [12] - 2:19, 10:17, 12:4, 25:17, 25:23, 55:17, 55:18, 56:3, 56:5, 56:6, 66:11
**2,000** [1] - 13:12
**2,500** [4] - 14:2, 14:22, 69:17
**20** [2] - 19:8, 25:17
**20001** [1] - 1:25
**201** [7] - 2:18, 53:2, 53:24, 53:25, 54:4, 54:6, 54:10
**201.A** [5] - 2:18, 53:24, 54:1, 54:4, 54:6
**2012** [2] - 35:23, 36:11
**2015** [3] - 30:8, 77:17, 78:4
**2018** [1] - 37:3
**2020** [4] - 16:6, 58:5, 58:7, 58:8
**2021** [74] - 6:9, 7:16, 7:19, 7:24, 9:14, 9:23, 10:18, 10:19, 11:9, 11:17, 12:20, 16:1, 16:18, 17:20, 21:7, 21:8, 21:10, 21:23, 22:1, 22:16, 23:7, 24:17, 25:23, 26:2, 26:4, 26:9, 28:9, 29:3, 29:5, 29:16, 29:22, 30:4, 30:12, 38:2, 40:15, 40:16, 40:18, 41:8, 43:10, 44:7, 44:18, 44:24, 45:1, 45:4, 50:10, 52:5, 55:23, 56:16, 58:9, 58:11, 58:12, 58:13, 58:14, 58:16, 58:18, 59:5, 71:22, 73:6, 74:12, 74:14, 75:11, 75:14, 78:16, 80:15, 80:17, 80:19, 82:3, 90:2, 90:5, 91:11, 93:10
**2022** [6] - 6:14, 30:4, 30:10, 43:11, 58:1,

74:15
**2024** [2] - 1:6, 81:22
**20530** [1] - 1:15, 1:17
**20854** [1] - 1:20
**21** [9] - 9:23, 12:21, 19:9, 21:10, 21:24, 25:18, 58:14, 80:19, 82:3
**21-0699-01** [1] - 1:4
**21-699** [1] - 3:3
**2111** [1] - 1:22
**2112** [1] - 63:18
**21A** [2] - 19:9, 19:22
**22** [2] - 58:1, 93:10
**22201** [1] - 1:23
**24** [1] - 10:11
**25** [4] - 58:15, 58:18, 58:23, 59:5
**28** [2] - 2:4, 26:1

## 3

**3** [12] - 2:16, 18:5, 25:16, 41:18, 43:20, 43:22, 44:5, 44:9, 44:11, 44:13, 44:20, 72:8
**3,000** [1] - 13:11
**3,415** [1] - 9:24
**30** [2] - 5:11, 74:12
**302** [7] - 90:14, 90:16, 90:21, 91:14, 91:24, 92:21, 92:22
**31** [1] - 74:13
**32** [2] - 10:1, 55:2
**321miles** [1] - 31:2
**333** [1] - 1:25
**34** [3] - 25:18, 63:19, 64:10
**3447** [2] - 56:10, 58:21
**35** [4] - 2:7, 25:18, 63:19, 64:10
**3589** [3] - 62:17, 62:21, 67:8

## 4

**4** [8] - 2:22, 14:19, 17:20, 20:18, 68:5, 68:12, 68:14, 68:16
**40** [2] - 2:15, 5:11
**400** [25] - 6:21, 7:16, 7:17, 7:18, 8:18, 10:8, 12:4, 22:16, 23:8, 29:23, 29:24, 30:1, 30:18, 34:11, 41:8, 41:11, 41:13, 41:20, 41:22, 42:9,

42:15, 44:4, 44:24, 51:16, 51:23
**407-668-5243** [1] - 69:24
**43** [1] - 2:16
**44** [1] - 2:16
**4704-A** [1] - 1:24
**48** [2] - 2:17, 25:18
**487-43589** [1] - 64:13
**49** [2] - 2:17, 2:18

## 5

**5** [12] - 2:3, 2:23, 10:14, 13:9, 14:19, 17:1, 17:25, 68:20, 68:21, 69:5, 69:7, 69:9
**50** [1] - 17:19
**501** [7] - 2:21, 63:3, 63:9, 63:12, 63:15, 72:8
**501.C** [4] - 2:21, 63:3, 63:9, 63:13
**502** [3] - 65:20, 65:21, 72:8
**502.1** [8] - 2:21, 65:14, 65:16, 65:21, 65:24, 66:3, 66:6, 69:12
**502.2** [5] - 2:21, 65:14, 65:16, 65:21, 65:25
**502.C** [4] - 2:21, 65:14, 65:16, 65:25
**509** [3] - 64:17, 64:18, 66:17
**509-3792-5752** [1] - 92:7
**509-487-43589** [1] - 62:22
**54** [1] - 2:18
**56** [1] - 2:19
**57** [2] - 2:19, 2:20

## 6

**6** [11] - 2:22, 13:23, 14:19, 15:2, 67:1, 67:3, 67:15, 67:17, 67:19, 69:14, 69:15
**60** [1] - 2:20
**601** [1] - 1:14
**609-470-3447** [2] - 54:1, 55:7
**63** [1] - 2:21
**65** [1] - 2:21
**67** [1] - 2:22
**68** [1] - 2:22
**69** [1] - 2:23

**6th** [1] - 1:20

## 7

**7** [1] - 40:18
**700** [7] - 2:19, 30:21, 31:1, 56:18, 56:24, 57:3, 57:13
**700.C** [4] - 2:19, 56:18, 56:25, 57:3
**701** [5] - 2:19, 56:19, 56:25, 57:4, 57:13
**701.C** [4] - 2:19, 56:20, 56:25, 57:4
**702** [5] - 2:20, 57:9, 57:15, 57:18, 57:19
**75** [1] - 2:7
**78** [1] - 2:8
**79** [1] - 2:8

## 8

**8** [2] - 41:18, 42:5
**80** [1] - 2:9
**82** [1] - 2:10
**87** [1] - 2:10
**89** [1] - 2:11
**8th** [1] - 1:22

## 9

**9** [1] - 91:1
**90** [1] - 91:2
**900** [7] - 2:17, 46:12, 47:15, 48:2, 48:6, 48:8, 48:10
**900.1** [5] - 2:18, 49:8, 49:17, 49:23, 49:24
**900.C** [5] - 2:17, 48:14, 48:19, 48:23, 49:1
**900.T** [5] - 2:17, 48:12, 48:17, 48:23, 49:2
**93** [1] - 2:12
**9385** [1] - 63:18
**950** [1] - 1:17
**971** [6] - 2:15, 39:12, 39:25, 40:2, 40:4, 40:7
**972** [6] - 2:15, 39:12, 39:15, 39:25, 40:2, 40:4
**973** [7] - 2:15, 39:15, 39:25, 40:2, 40:5, 40:9, 41:12
**990** [5] - 90:25, 91:22, 92:3, 92:25, 93:3
**9:43** [1] - 1:6

# A

**A-L-I-C** [1] - 54:21
**A-U-G-U-S-T-Y-N-I-A-K** [1] - 89:16
**a.m** [3] - 1:6, 53:11
**abetted** [1] - 25:13
**ability** [1] - 87:22
**able** [12] - 24:19, 25:3, 27:9, 28:19, 29:8, 71:20, 73:2, 74:15, 86:1, 88:13, 95:14
**above-entitled** [1] - 102:5
**abroad** [2] - 14:7, 37:10
**access** [3] - 8:1, 9:20, 30:15
**accomplishing** [1] - 62:12
**according** [1] - 55:8
**account** [2] - 25:3, 72:21
**accountable** [1] - 28:3
**accountant** [1] - 8:13
**accounted** [3] - 18:22, 20:3, 24:21
**accounts** [1] - 72:22
**accurately** [8] - 39:22, 43:10, 44:5, 48:2, 49:14, 55:22, 57:12, 69:1
**acquiring** [1] - 19:12
**act** [1] - 25:11
**actions** [3] - 30:16, 30:20, 30:21
**activity** [3] - 7:5, 26:22, 75:12
**acts** [2] - 25:12, 41:4
**actual** [3] - 19:10, 19:11, 19:23
**addition** [1] - 49:9
**additional** [2] - 26:8, 74:5
**additionally** [4] - 9:20, 13:3, 14:24, 76:24
**address** [1] - 37:14
**admission** [1] - 61:17
**admit** [19] - 44:9, 48:6, 48:14, 48:21, 49:18, 54:13, 56:2, 56:22, 57:1, 57:15, 60:4, 61:16, 63:2, 63:5, 63:7, 65:13, 67:14, 68:12, 69:4
**admitted** [17] - 40:3, 43:16, 44:12, 48:9, 48:24, 49:23, 54:5, 56:5, 57:2, 57:18,

60:8, 63:11, 65:19, 67:18, 68:15, 69:8, 72:8
**adopted** [1] - 8:7
**afternoon** [1] - 89:13
**Agent** [23] - 35:13, 35:18, 43:21, 45:13, 47:12, 47:17, 49:4, 49:11, 50:25, 53:19, 54:22, 57:6, 63:21, 64:4, 66:4, 66:13, 75:5, 79:23, 80:4, 89:4, 89:13, 91:22, 94:17
**agent** [22] - 18:14, 19:2, 20:13, 24:22, 35:21, 37:19, 37:23, 38:4, 38:5, 38:7, 47:5, 47:6, 47:10, 60:16, 60:20, 60:21, 60:25, 61:9, 61:17, 69:14, 92:17
**agents** [7] - 25:9, 45:13, 45:18, 47:11, 59:1, 81:15, 85:12
**ago** [3] - 14:4, 15:5, 15:11
**agree** [8] - 76:1, 76:9, 76:11, 76:17, 77:9, 77:12, 77:16, 78:3
**agreed** [2] - 16:9, 32:7
**agreement** [2] - 32:1, 32:7
**ahead** [3] - 17:9, 92:15, 93:3
**aided** [1] - 25:13
**Airlines** [1] - 56:19
**airport** [3] - 6:11, 24:1, 59:2
**AK-47s** [1] - 15:22
**Alcohol** [1] - 19:2
**Alic** [1] - 54:21
**Alice** [1] - 55:10
**Alice's** [1] - 55:15
**all-hands** [1] - 75:18
**all-hands-on-deck** [1] - 46:8
**alleges** [1] - 25:23
**Allen** [1] - 3:13
**ALLEN** [1] - 1:18
**allow** [3] - 15:3, 77:5, 87:23
**allowed** [2] - 7:9, 47:9
**alternate** [1] - 70:18
**Amato** [10] - 3:15, 3:22, 5:13, 28:7, 34:25, 82:9, 88:13, 92:10, 92:14, 93:13
**AMATO** [27] - 1:21, 3:15, 3:21, 5:14,

28:9, 33:24, 35:1, 45:6, 45:11, 46:14, 50:15, 50:18, 82:10, 82:12, 84:14, 86:16, 87:2, 87:11, 87:19, 91:4, 92:11, 93:14, 93:16, 93:25, 94:2, 94:3, 94:14
**America** [5] - 3:3, 9:17, 14:25, 37:8, 37:12
**AMERICA** [1] - 1:3
**American** [2] - 44:25, 56:19
**Americans** [3] - 21:14, 23:17, 51:5
**amount** [5] - 11:3, 40:14, 45:25, 46:1, 69:16
**angle** [1] - 46:14
**answer** [4] - 77:4, 79:17, 86:14
**answered** [2] - 79:15, 88:3
**answering** [1] - 19:22
**anticipate** [3] - 5:12, 31:13, 32:19
**apologies** [4] - 65:22, 66:11, 66:19, 77:3
**apologize** [3] - 3:16, 79:11, 92:12
**apology** [1] - 3:19
**appear** [2] - 88:2, 88:7
**appearance** [1] - 3:7
**APPEARANCES** [1] - 1:12
**appeared** [4] - 62:1, 62:3, 72:4, 73:4
**applicable** [1] - 19:7
**application** [3] - 62:13, 70:16, 70:24
**applications** [1] - 62:13
**applied** [1] - 58:19
**appreciate** [1] - 53:6
**approach** [9] - 3:6, 4:1, 46:4, 46:8, 59:11, 90:23, 91:3, 91:19, 91:20
**approached** [2] - 59:1
**April** [1] - 58:9
**AR-15s** [1] - 15:22
**area** [14] - 7:16, 18:8, 30:24, 37:16, 39:4, 40:12, 41:13, 41:17, 42:4, 57:24, 58:10, 58:18, 64:14, 74:8
**areas** [6] - 6:23, 38:24, 38:25, 39:2, 39:4, 39:8, 39:22

**arise** [1] - 6:20
**Arlington** [1] - 1:23
**armed** [1] - 7:9
**arose** [1] - 4:1
**arrange** [1] - 20:22
**arrested** [4] - 12:9, 28:12, 74:13
**arrests** [2] - 74:11, 74:12
**arrived** [3] - 16:6, 21:20, 21:21
**aside** [1] - 73:22
**aspects** [1] - 31:8
**assassinated** [1] - 40:19
**assassination** [1] - 40:20
**assigned** [11] - 36:2, 36:11, 36:12, 36:13, 36:18, 36:20, 36:24, 36:25, 37:11, 38:5, 89:22
**assignment** [1] - 36:19
**assist** [1] - 46:10
**assisted** [1] - 20:5
**associated** [3] - 34:13, 56:10, 72:23
**associates** [1] - 10:16
**association** [5] - 34:2, 34:4, 34:15, 34:16, 51:17
**assuming** [1] - 86:12
**assumption** [1] - 87:17
**ATF** [8] - 18:14, 19:2, 20:13, 24:19, 24:22, 71:19, 73:3
**attacked** [1] - 87:22
**Attorney's** [1] - 1:14
**au** [17] - 7:17, 29:22, 38:19, 38:20, 38:21, 39:3, 39:4, 39:21, 39:23, 40:10, 56:15, 58:1, 58:6, 58:9, 58:10, 58:13, 58:15
**audio** [2] - 9:24, 11:9
**August** [8] - 10:14, 10:16, 26:9, 26:11, 45:1, 58:7, 58:13
**AUGUSTYNIAK** [2] - 2:11, 89:5
**Augustyniak** [3] - 89:4, 89:15, 92:17
**aunt** [1] - 28:14
**AUSA** [4] - 1:13, 1:13, 3:9, 3:10
**authored** [1] - 91:24
**authorization** [1] - 19:5

**automatically** [1] - 11:10
**available** [2] - 48:14, 95:1
**Avenue** [3] - 1:17, 1:19, 1:25
**avoid** [2] - 13:4, 13:6
**aware** [12] - 3:18, 6:22, 7:12, 8:18, 18:24, 30:24, 41:25, 51:8, 84:4, 85:25, 93:17, 94:11

# B

**B-O-N-U-R-A** [1] - 35:21
**babe** [3] - 11:10, 17:2, 21:17
**baby** [5] - 13:15, 17:8, 18:6, 22:4, 46:4
**background** [1] - 76:13
**bad** [1] - 18:7
**bag** [2] - 17:4
**bags** [1] - 5:25
**bake** [1] - 27:16
**bank** [4] - 33:4, 72:16, 72:22, 72:24
**BARNES** [1] - 1:16
**Barnes** [2] - 3:10, 3:11
**barrel** [3] - 5:24, 6:1, 6:2
**barrels** [12] - 5:22, 6:3, 21:3, 22:2, 24:9, 26:5, 61:24, 61:25, 62:2, 62:3, 67:25
**bars** [1] - 30:14
**base** [3] - 22:16, 22:18, 22:24
**based** [17] - 17:17, 26:25, 30:7, 30:11, 39:6, 41:13, 42:11, 44:2, 57:22, 62:11, 67:10, 70:25, 71:7, 73:7, 73:9, 74:10, 79:6
**bases** [1] - 3:21
**BATES** [1] - 1:10
**beans** [1] - 28:20
**bearing** [1] - 55:12
**Beau** [1] - 3:10
**BEAUDRE** [1] - 1:16
**beauty** [1] - 33:13
**became** [2] - 51:8, 75:18
**beets** [1] - 28:20
**BEFORE** [1] - 1:10
**began** [1] - 83:21

**begin** [1] - 35:2
**beginning** [4] - 22:3, 26:8, 58:1, 94:20
**begins** [1] - 34:1
**behalf** [8] - 3:14, 3:16, 19:12, 25:13, 32:8, 34:18, 80:19, 82:15
**behind** [2] - 30:14, 42:25
**belong** [1] - 62:9
**belonged** [3] - 23:24, 62:18, 63:1
**belonging** [1] - 59:25
**BENCH** [1] - 1:9
**Bench** [1] - 4:6
**bench** [1] - 5:3
**benefit** [3] - 32:6, 32:9, 32:14
**between** [13] - 9:23, 11:25, 12:18, 12:20, 13:18, 14:25, 16:11, 24:3, 25:23, 34:17, 67:10, 71:11, 84:19
**beyond** [4] - 34:21, 86:24, 87:12, 87:13
**big** [11] - 18:2, 18:5, 18:6, 18:9, 23:12, 23:13, 23:18, 33:10, 44:21, 51:6
**birth** [1] - 64:25
**birthday** [1] - 9:13
**bit** [6] - 5:11, 30:24, 53:5, 63:20, 64:2, 66:19
**black** [1] - 43:1
**block** [1] - 18:18
**blue** [3] - 5:24, 21:3, 22:2
**board** [1] - 46:15
**BONURA** [2] - 2:7, 35:15
**Bonura** [14] - 35:14, 35:18, 35:20, 43:21, 45:13, 47:12, 47:17, 49:4, 49:11, 50:25, 53:19, 57:6, 63:21, 80:4
**border** [2] - 6:17, 42:7
**borders** [1] - 6:25
**born** [2] - 28:12, 76:18
**bottom** [2] - 19:21, 66:7
**bought** [3] - 13:11, 17:11, 24:12
**Boulevard** [1] - 1:22
**bound** [2] - 21:5
**box** [1] - 19:9
**boyfriend** [16] - 81:1, 82:16, 82:24, 83:3, 83:9, 83:13, 83:21,

83:24, 84:8, 84:10, 84:12, 84:19, 84:24, 85:8, 88:3, 88:8
**break** [4] - 35:3, 53:4, 53:8, 53:13, 94:23, 95:4
**breaking** [1] - 13:4
**brief** [6] - 3:25, 9:11, 35:11, 46:13, 79:6, 89:6
**briefly** [4] - 44:21, 60:18, 78:12, 93:14
**bring** [3] - 24:10, 33:11, 33:13
**bringing** [2] - 46:10, 94:24
**broke** [1] - 53:19
**brother** [1] - 8:13
**brought** [5] - 9:17, 20:7, 33:8, 33:10, 40:17
**Brunswick** [1] - 35:25
**Bryan** [2] - 102:9, 102:9
**BRYAN** [2] - 1:24, 102:3
**buildings** [1] - 39:7
**bullets** [8] - 15:24, 16:14, 17:7, 18:9, 21:11, 21:12, 21:13, 21:15
**burden** [1] - 34:20
**Bureau** [1] - 19:1
**business** [22] - 6:20, 7:1, 7:10, 7:21, 8:14, 10:17, 14:8, 25:15, 27:23, 27:25, 28:25, 33:10, 33:17, 54:1, 63:3, 63:22, 64:6, 65:3, 65:18, 66:2, 77:12, 79:3
**businesses** [2] - 28:24, 56:21
**buy** [13] - 9:6, 12:10, 15:24, 17:3, 17:5, 17:6, 17:9, 17:10, 18:5, 18:24, 20:7, 24:25, 27:14
**buyer** [5] - 19:10, 19:11, 19:13, 19:18, 19:23
**buying** [5] - 10:6, 23:3, 23:4, 30:21, 77:13
**BY** [42] - 35:17, 40:6, 41:19, 43:19, 44:15, 45:12, 47:3, 47:14, 49:3, 50:1, 50:24, 53:18, 54:8, 54:16, 56:8, 57:5, 57:21,

59:14, 60:11, 63:14, 66:1, 67:21, 68:18, 69:11, 70:20, 75:4, 77:8, 78:14, 79:13, 80:9, 82:12, 84:14, 86:16, 87:5, 88:1, 89:12, 91:9, 91:21, 92:16, 92:24, 93:16, 94:3

# C

**C5** [7] - 36:25, 37:2, 37:6, 37:15, 37:19, 46:5, 75:8
**caliber** [1] - 17:19
**camera** [1] - 22:20
**can..** [1] - 92:14
**cannot** [4] - 19:14, 34:20, 46:23, 78:2
**Cantave** [1] - 3:4
**capital** [2] - 29:22, 39:21
**captured** [1] - 10:18
**car** [5] - 11:10, 18:18, 73:16, 73:17, 73:18
**Caribbean** [2] - 37:8, 37:12
**carry** [2] - 16:3, 17:14
**carrying** [2] - 22:22, 22:25
**CART** [2] - 60:20, 60:25
**case** [22] - 3:3, 7:20, 24:18, 25:10, 29:5, 30:11, 30:13, 31:15, 32:15, 33:7, 34:9, 34:14, 34:19, 37:23, 38:4, 45:18, 47:5, 47:6, 47:10, 47:11, 65:6, 70:25
**cases** [7] - 37:6, 37:15, 38:4, 38:7, 40:14, 40:17, 70:25
**cash** [4] - 10:15, 11:2, 11:11, 73:25
**cashed** [2] - 11:14, 11:15
**Casillas** [4] - 63:17, 63:19, 64:3, 66:8
**catch** [7] - 5:20, 6:6, 6:7, 6:8, 6:10, 22:7
**caused** [1] - 25:12
**causing** [1] - 23:3
**caution** [1] - 34:1
**cell** [23] - 9:21, 52:4, 52:7, 52:9, 52:23, 53:21, 53:25, 54:19, 55:3, 55:4, 58:19,

59:3, 59:4, 59:21, 61:1, 61:10, 67:22, 69:2, 71:3, 71:18, 78:18
**cellophane** [1] - 62:2
**cellular** [2] - 6:11, 8:2
**center** [1] - 50:4
**central** [1] - 39:4
**Central** [2] - 37:7, 37:12
**centralized** [1] - 24:23
**certainly** [4] - 10:21, 30:20, 74:25, 78:8
**CERTIFICATE** [1] - 102:2
**certification** [5] - 48:13, 48:15, 48:19, 54:2, 63:4
**certifications** [1] - 56:21
**certify** [1] - 102:3
**certifying** [1] - 54:2
**challenge** [1] - 36:9
**change** [3] - 40:20, 47:11, 61:8
**changed** [1] - 40:16
**charge** [2] - 8:4, 10:22
**charged** [2] - 25:20, 27:5
**charges** [13] - 6:15, 6:20, 25:15, 25:16, 25:17, 25:18, 25:19, 28:5, 29:5, 30:11, 32:15, 34:14
**checked** [2] - 15:10, 19:18
**chief** [1] - 8:8
**child** [2] - 8:22, 89:25
**children** [4] - 23:8, 46:3, 70:13, 75:16
**chosen** [1] - 8:25
**Christian** [2] - 10:19, 23:7
**circle** [2] - 7:17, 41:17
**circled** [1] - 42:4
**citizen** [3] - 10:14, 10:17, 27:21
**citizens** [13] - 10:12, 10:20, 26:9, 33:9, 33:11, 37:7, 37:14, 40:14, 41:23, 45:1, 45:2, 46:1, 75:15
**civilian** [1] - 6:24
**claimed** [1] - 23:9
**clarification** [1] - 54:15
**clarify** [2] - 31:11, 78:25
**clarifying** [1] - 71:9
**clean** [1] - 46:18

**clear** [3] - 46:18, 53:15, 65:22
**CLERK** [2] - 3:2, 54:12
**clerk** [3] - 5:16, 5:17, 50:22
**client** [1] - 50:19
**client's** [2] - 50:15, 50:18
**clip** [4] - 22:20, 23:16, 49:12, 49:19
**clips** [1] - 22:17
**close** [2] - 28:2, 42:7
**closing** [1] - 31:10
**clothing** [5] - 6:1, 9:16, 28:25, 33:13, 42:24
**co** [1] - 24:3
**co-conspirators** [1] - 24:3
**coast** [3] - 29:13, 39:1
**code** [2] - 64:14, 64:16
**collaborated** [1] - 46:9
**collected** [2] - 20:19, 25:9
**collecting** [1] - 65:9
**COLUMBIA** [1] - 1:1
**column** [13] - 63:22, 63:24, 64:4, 64:10, 64:22, 64:24, 66:13, 66:20, 69:16, 69:18, 69:21
**columns** [3] - 64:3, 65:2, 65:4
**combat** [3] - 18:12, 18:16, 20:16
**coming** [12] - 14:12, 22:4, 23:18, 23:25, 28:23, 29:1, 37:16, 45:14, 50:22, 51:6, 59:18, 88:22
**command** [1] - 46:6
**commanding** [1] - 16:25
**Commerce** [1] - 19:6
**commingled** [1] - 26:20
**commit** [1] - 15:20
**committed** [3] - 7:2, 25:11, 44:23
**committing** [2] - 10:9, 23:5
**commodities** [3] - 33:15, 77:13
**communicate** [1] - 9:21
**communicating** [6] - 11:24, 62:6, 62:8, 62:18, 70:1, 70:5
**communication** [3] - 30:6, 52:22, 70:16

**communications** [7] - 23:22, 62:5, 62:12, 67:7, 67:10, 67:23, 68:25
**company** [1] - 16:22
**compared** [2] - 11:3, 46:2
**complained** [2] - 22:8, 22:11
**complete** [1] - 25:2
**completely** [1] - 18:8
**complies** [2] - 5:17, 93:5
**compound** [1] - 38:17
**compounds** [1] - 39:1
**computer** [1] - 53:6
**concealed** [2] - 16:2, 17:13
**conduct** [3] - 28:4, 73:8, 73:11
**conducted** [7] - 8:10, 10:24, 73:9, 74:6, 74:8, 76:9, 76:11
**Conference** [1] - 4:6
**conference** [2] - 5:3, 95:16
**conferring** [4] - 61:7, 75:1, 78:9, 89:10
**confirm** [1] - 62:21
**confirming** [1] - 80:3
**connect** [1] - 81:6
**connected** [1] - 34:11
**connection** [1] - 51:17
**connections** [1] - 52:3
**consent** [3] - 59:9, 73:17, 73:19
**consented** [1] - 60:13
**consider** [3] - 31:19, 31:22, 32:24
**consistent** [1] - 28:4
**conspiracy** [8] - 24:15, 25:2, 25:6, 25:12, 25:14, 34:3, 34:4, 34:5
**conspirator** [2] - 34:7, 34:8
**conspirators** [1] - 24:3
**constantly** [1] - 84:8
**Constitution** [1] - 1:25
**consults** [1] - 11:7
**contact** [5] - 30:6, 34:13, 52:17, 71:19, 78:19
**contacted** [3] - 21:2, 21:6, 21:9
**contain** [1] - 64:24
**contained** [2] - 54:9, 59:21
**container** [2] - 21:4, 24:10
**containing** [1] - 62:2
**contents** [5] - 6:2, 60:22, 60:24, 61:13, 87:12
**continue** [2] - 7:10, 45:8
**continued** [1] - 23:2, 23:6, 83:13
**continuously** [1] - 78:4
**contraband** [2] - 77:13, 77:14
**control** [15] - 6:23, 6:24, 13:19, 15:14, 15:16, 15:17, 18:16, 21:15, 21:16, 30:18, 30:20, 40:23, 40:25, 41:3
**controlled** [2] - 10:25, 42:12
**controlling** [1] - 41:2
**conversation** [7] - 18:2, 83:11, 84:19, 85:4, 85:9, 87:7, 88:5
**cooperate** [1] - 32:7
**cooperation** [1] - 32:1
**copies** [1] - 95:1
**cord** [2] - 50:21, 59:10
**corn** [1] - 28:20
**correct** [34] - 41:8, 53:22, 62:21, 62:23, 63:10, 64:1, 65:17, 75:17, 75:22, 75:24, 77:18, 78:17, 82:24, 83:1, 83:7, 83:9, 83:13, 83:22, 83:23, 84:1, 84:3, 84:5, 84:16, 84:17, 86:12, 86:23, 87:7, 87:8, 88:4, 88:11, 88:12, 94:6, 94:9, 102:4
**Correct** [3] - 76:21, 85:13, 88:9
**correlate** [1] - 73:2
**corresponded** [1] - 73:5
**cost** [1] - 15:24
**counsel** [11] - 3:6, 3:9, 4:1, 47:9, 53:14, 80:4, 89:7, 89:10, 90:24, 94:25, 95:12
**Count** [1] - 25:17
**counterterrorism** [1] - 36:20
**countries** [2] - 33:8, 33:9
**country** [15] - 6:23, 16:13, 18:10, 29:4,
29:6, 29:7, 29:10, 29:11, 33:7, 36:9, 40:22, 64:14, 64:16, 75:12
**countrymen** [1] - 29:8
**Counts** [3] - 25:16, 25:17, 25:18
**couple** [1] - 27:3, 44:25
**coupled** [1] - 34:4
**course** [15] - 7:12, 7:20, 8:18, 9:4, 19:19, 26:18, 30:15, 31:16, 31:19, 34:21, 41:21, 42:14, 47:5, 47:22, 92:14
**court** [3] - 31:5, 77:1, 95:3
**Court** [29] - 1:24, 5:19, 8:18, 31:17, 32:11, 32:24, 33:20, 35:5, 35:19, 37:24, 41:12, 42:23, 44:21, 45:6, 51:1, 53:23, 57:22, 58:3, 58:4, 60:18, 61:18, 64:12, 68:2, 70:11, 70:12, 74:11, 79:11, 94:25, 102:3
**COURT** [89] - 1:1, 3:11, 3:18, 3:22, 4:4, 5:4, 5:7, 5:13, 5:15, 28:6, 33:21, 34:25, 35:2, 35:8, 40:2, 43:15, 44:11, 45:10, 46:20, 47:2, 47:5, 47:10, 47:13, 48:8, 48:16, 48:18, 48:23, 49:20, 49:23, 50:17, 53:3, 53:8, 53:12, 54:4, 54:13, 56:5, 56:24, 57:2, 57:18, 59:13, 60:7, 63:9, 63:11, 65:16, 65:19, 65:23, 67:17, 68:14, 69:7, 70:13, 70:15, 74:23, 74:25, 77:1, 77:5, 78:8, 78:11, 79:7, 79:17, 79:23, 80:5, 82:9, 84:13, 86:14, 87:3, 87:13, 87:23, 88:22, 88:24, 89:1, 89:9, 91:1, 91:3, 91:7, 91:20, 92:10, 92:15, 92:20, 93:13, 93:23, 94:1, 94:15, 94:17, 94:20, 95:2, 95:5, 95:8, 95:11, 101:18
**Court's** [2] - 47:8, 57:7
**court's** [2] - 74:24,
78:7
**Courthouse** [1] - 1:24
**courtroom** [7] - 42:21, 46:22, 46:24, 47:1, 53:15, 76:7, 95:13
**cousin** [1] - 80:23
**cousins** [2] - 28:15, 30:5
**cover** [2] - 3:21, 6:1
**covered** [1] - 87:14
**CR** [1] - 1:4
**create** [1] - 57:7
**created** [1] - 23:3
**credibility** [2] - 31:20, 31:22
**credible** [1] - 32:4
**Creole** [4] - 7:18, 8:7, 29:14, 30:2
**crime** [10] - 19:23, 23:14, 27:20, 27:21, 37:1, 37:5, 37:7, 37:17, 37:18, 37:19
**crimes** [5] - 15:21, 23:3, 23:5, 37:10, 90:4
**criminal** [3] - 3:3, 6:13, 6:21
**crops** [1] - 28:21
**cross** [2] - 79:15, 87:15, 87:21
**Cross** [3] - 2:7, 2:10, 2:12
**CROSS** [3] - 75:3, 82:11, 93:15
**cross-examination** [2] - 87:15, 87:21
**CROSS-EXAMINATION** [3] - 75:3, 82:11, 93:15
**Cross-Examination..**
**...............** [3] - 2:7, 2:10, 2:12
**CRR** [1] - 1:24
**current** [2] - 36:25, 89:24
**custody** [5] - 30:11, 74:15, 74:16, 74:17, 74:20
**customs** [2] - 21:22
**cut** [1] - 22:17
**cycle** [3] - 7:10, 23:3

**D**

**D.C** [1] - 1:5
**D.R** [2] - 29:13, 29:14
**data** [1] - 52:13
**database** [1] - 24:24
**date** [7] - 12:1, 26:23,
64:25, 92:17, 93:1, 93:6, 93:9
**dated** [1] - 19:25
**DAY** [1] - 1:9
**days** [13] - 6:10, 11:17, 14:23, 17:11, 17:12, 18:4, 21:24, 23:15, 78:21, 78:22, 81:14, 85:11, 88:10
**DC** [3] - 1:15, 1:17, 1:25
**deal** [1] - 32:21
**dealings** [1] - 79:3
**deals** [1] - 60:21
**death** [1] - 8:7
**December** [2] - 10:18, 58:8
**deck** [2] - 46:8, 75:19
**Deco** [10] - 13:20, 13:21, 13:25, 14:5, 14:8, 14:9, 14:14, 14:15, 15:7, 15:8
**Defendant** [12] - 1:7, 1:18, 8:21, 9:6, 9:10, 9:11, 9:13, 9:16, 15:18, 27:20, 27:24, 53:21
**defendant** [33] - 5:20, 7:23, 9:1, 11:24, 12:10, 12:13, 12:18, 12:19, 13:8, 13:20, 13:21, 14:12, 14:18, 14:24, 16:7, 17:17, 17:19, 18:4, 18:13, 18:20, 19:20, 21:8, 21:10, 22:6, 22:13, 22:25, 23:21, 25:11, 25:12, 25:13, 25:24, 26:3, 27:18
**defendant's** [9] - 8:13, 8:15, 8:20, 8:22, 12:8, 13:19, 24:4, 25:8, 86:18
**defendants** [2] - 20:14, 24:20
**DEFENSE** [1] - 28:8
**Defense** [1] - 2:4
**defense** [10] - 4:1, 5:13, 34:18, 53:13, 75:1, 78:9, 87:17, 89:7, 90:24, 95:11
**degree** [1] - 36:6
**demand** [2] - 51:9, 51:12
**demanded** [1] - 23:11
**departed** [3] - 58:8, 58:10, 58:14
**Department** [3] - 1:16, 19:6
**depict** [8] - 39:18,

39:22, 43:8, 43:10,
44:6, 48:3, 55:22,
69:1
**depicted** [5] - 55:18,
61:24, 62:1, 62:2,
67:2
**depicting** [1] - 39:23
**depicts** [1] - 39:19
**deportable** [1] - 32:16
**deportation** [1] -
32:22
**deported** [1] - 32:19
**DEPUTY** [2] - 3:2,
54:12
**describe** [7] - 15:1,
38:13, 39:2, 39:7,
44:21, 60:18, 70:21
**described** [4] - 45:24,
67:24, 70:6, 74:10
**describing** [2] - 6:13,
24:3
**designer** [1] - 9:18
**detained** [1] - 78:4
**detection** [2] - 13:4,
13:7
**determinations** [1] -
71:24
**determine** [5] - 34:13,
55:11, 56:9, 62:24,
67:11
**determined** [1] - 23:23
**develop** [1] - 41:5
**developed** [1] - 61:19
**dialed** [1] - 94:9
**different** [21] - 6:3,
7:21, 10:11, 12:2,
12:22, 12:24, 13:1,
13:5, 22:17, 22:18,
22:21, 27:3, 36:9,
38:12, 38:25, 39:1,
45:23, 45:25, 46:4,
73:21
**difficult** [1] - 6:22
**digit** [1] - 64:16
**direct** [5] - 8:2, 86:11,
87:14, 93:21, 93:23
**Direct** [3] - 2:7, 2:9,
2:11
**DIRECT** [3] - 35:16,
80:8, 89:11
**directed** [6] - 8:9,
13:8, 14:18, 25:24,
26:3, 27:20
**directing** [3] - 12:19,
15:25, 17:1
**direction** [3] - 8:16,
12:8, 18:19
**directions** [1] - 17:17
**directly** [1] - 12:14
**dirty** [1] - 27:20

**disclose** [1] - 64:23
**disclosed** [1] - 72:15
**discovered** [4] - 24:7,
71:17, 76:17, 77:9
**discuss** [3] - 3:24,
10:3, 15:23
**discussed** [3] - 49:12,
87:10, 91:24
**discussing** [3] - 15:2,
58:20, 67:8
**display** [3] - 5:16,
47:15, 57:9
**displayed** [4] - 43:21,
49:8, 61:4, 69:21
**dispute** [5] - 31:4,
31:6, 31:8, 31:11,
31:12
**distance** [1] - 18:18
**DISTRICT** [3] - 1:1,
1:1, 1:10
**divide** [2] - 37:9, 37:13
**document** [3] - 54:17,
91:6
**documents** [1] - 71:20
**dollars** [7] - 9:18,
11:2, 15:7, 15:13,
19:8, 23:10, 23:11
**Dominican** [4] - 7:15,
29:12, 39:20, 42:7
**done** [4] - 25:13, 32:2,
47:7, 88:24
**Dor** [26] - 9:7, 13:2,
14:17, 14:19, 16:3,
17:20, 17:25, 18:10,
18:20, 19:16, 20:9,
24:11, 24:14, 26:2,
68:3, 68:24, 69:20,
69:25, 71:21, 72:6,
72:25, 73:22, 74:1,
74:6, 74:7, 74:14
**Dor's** [2] - 73:12, 74:2
**doubt** [1] - 34:21
**down** [19] - 9:17,
15:17, 22:17, 34:6,
42:17, 44:20, 46:5,
46:10, 51:21, 55:2,
55:16, 66:19, 70:3,
79:24, 88:24, 88:25,
94:18, 94:19
**download** [2] - 60:22,
70:17
**draft** [2] - 33:18, 33:21
**drinking** [1] - 9:19
**drinks** [1] - 9:19
**drive** [1] - 60:23
**drop** [1] - 24:10
**dropped** [2] - 24:9,
26:5
**drums** [2] - 22:12,
61:24

**duration** [1] - 12:3
**during** [12] - 10:10,
10:21, 11:23, 31:3,
31:10, 37:25, 44:6,
44:23, 45:19, 77:19,
85:8, 90:18
**duties** [1] - 37:19

# E

**earning** [1] - 14:8
**ease** [1] - 57:7
**easier** [1] - 4:5
**east** [2] - 29:13, 42:6
**education** [1] - 36:6
**efforts** [2] - 51:16,
51:22
**eight** [2] - 46:4, 89:20
**eight-month-old** [1] -
46:4
**either** [3] - 34:22,
70:5, 87:14
**Eliande** [8] - 5:21,
8:19, 14:22, 14:23,
15:1, 16:2, 55:15,
55:21
**ELITA** [1] - 1:21
**Elita** [1] - 3:15
**Embassy** [2] - 38:17,
38:18
**embassy** [2] - 38:22,
40:11, 40:12
**end** [6] - 27:12, 34:22,
82:4, 83:11, 86:10,
87:17
**End** [1] - 5:3
**ended** [2] - 30:8,
40:23
**ending** [3] - 56:10,
58:21, 67:8
**ends** [1] - 62:20
**enforcement** [5] -
24:22, 25:9, 30:10,
38:14, 38:16
**engage** [1] - 84:21
**engine** [1] - 18:18
**English** [1] - 20:6
**entered** [2] - 31:7,
31:25
**entire** [1] - 89:21
**entities** [1] - 46:9
**entitled** [1] - 102:5
**envelope** [1] - 59:15
**ERICK** [1] - 54:21
**Erick** [1] - 55:10
**ESQ** [3] - 1:16, 1:18,
1:21
**establish** [1] - 41:6
**estimate** [1] - 37:24

**event** [2] - 75:14,
75:15
**eventually** [3] - 10:12,
16:9, 24:13
**evidence** [35] - 24:17,
25:4, 25:9, 27:2,
28:2, 28:5, 28:13,
30:17, 31:14, 32:3,
32:13, 32:20, 32:25,
34:12, 34:19, 35:3,
40:5, 43:18, 44:14,
45:7, 48:11, 49:2,
49:25, 54:7, 56:7,
57:4, 57:20, 59:18,
60:10, 60:19, 63:13,
65:25, 67:20, 68:17,
69:10
**evidentiary** [1] - 95:1
**ex** [6] - 53:14, 81:1,
86:18, 86:19, 88:3,
95:16
**ex-boyfriend** [2] -
81:1, 88:3
**ex-husband** [1] -
86:19
**exact** [2] - 15:18,
91:13
**exactly** [3] - 18:12,
81:22, 87:9
**examination** [5] -
77:5, 86:11, 87:15,
87:21, 94:18
**EXAMINATION** [9] -
35:16, 75:3, 78:13,
79:12, 80:8, 82:11,
87:4, 89:11, 93:15
**Examination............
.** [2] - 2:8, 2:10
**Examination............
..** [1] - 2:8
**Examination............
...** [3] - 2:7, 2:9, 2:11
**Examination............
....** [3] - 2:7, 2:10,
2:12
**examine** [1] - 77:23
**example** [1] - 11:25
**examples** [1] - 11:8
**Excel** [3] - 54:17,
54:19, 63:15
**excellent** [1] - 50:23
**except** [1] - 3:18
**exchanged** [1] - 9:24
**excluded** [1] - 47:5
**excuse** [5] - 30:22,
45:1, 48:1, 77:20,
91:4
**excused** [1] - 95:15
**executed** [2] - 59:2,
60:1

**execution** [1] - 24:2
**exercised** [1] - 74:17
**exhibit** [5] - 42:17,
49:9, 51:21, 61:6,
89:8
**Exhibit** [63] - 2:15,
2:16, 2:16, 2:17,
2:17, 2:18, 2:18,
2:19, 2:19, 2:20,
2:20, 2:21, 2:21,
2:22, 2:22, 2:23,
39:12, 40:4, 43:5,
43:6, 43:13, 43:15,
43:17, 43:20, 43:22,
44:5, 44:13, 46:12,
47:15, 48:2, 48:10,
49:1, 49:24, 53:2,
54:6, 55:17, 56:3,
56:6, 57:3, 57:19,
59:12, 60:9, 61:5,
61:10, 63:3, 63:12,
65:24, 67:1, 67:3,
67:15, 67:17, 67:19,
68:5, 68:12, 68:16,
68:20, 69:5, 69:9,
90:25, 91:22, 92:3,
92:25, 93:3
**EXHIBITS** [1] - 2:14
**Exhibits** [1] - 56:18
**exhibits** [2] - 57:16,
94:24
**exist** [1] - 33:1
**exit** [1] - 95:15
**expect** [2] - 5:9, 28:13
**experience** [2] - 39:6,
70:25
**explain** [1] - 70:11
**exploitation** [1] -
89:25
**Explosives** [1] - 19:2
**export** [1] - 6:16
**exports** [1] - 19:5
**extent** [2] - 76:14,
76:16
**extortion** [1] - 41:4
**extracted** [1] - 61:17
**extraction** [1] - 61:10
**eyes** [2] - 10:23, 63:20

# F

**face** [1] - 6:15
**fact** [5] - 6:9, 11:23,
12:19, 17:18, 20:4
**factfinder** [1] - 31:17
**facts** [3] - 25:22, 26:7,
26:8
**fair** [3] - 40:13, 65:9,
78:22

**fairly** [9] - 11:4, 39:22, 43:10, 44:5, 48:2, 49:14, 55:22, 57:12, 69:1
**fall** [1] - 44:17
**familiar** [4] - 39:16, 47:17, 54:22, 66:3
**family** [4] - 28:14, 76:15, 76:20
**far** [3] - 36:5, 63:17, 78:3
**farmers** [2] - 28:19, 29:9
**FBI** [37] - 6:10, 12:9, 18:23, 20:11, 23:6, 23:14, 23:20, 24:13, 24:16, 35:21, 35:22, 35:23, 36:7, 36:11, 37:9, 45:22, 46:9, 51:8, 51:15, 51:22, 53:20, 59:1, 60:1, 60:16, 73:23, 74:2, 74:17, 74:21, 81:15, 88:10, 89:18, 89:19, 89:24, 90:2, 90:19, 91:15, 92:4
**February** [1] - 58:1
**federal** [1] - 19:24
**felony** [1] - 19:24
**Fendi** [1] - 9:16
**Fenel** [1] - 72:12
**few** [8] - 11:17, 14:3, 15:10, 18:4, 23:14, 81:14, 85:11, 88:10
**fi** [1] - 71:7
**field** [3] - 36:12, 37:13, 89:22
**Field** [3] - 36:18, 37:11, 45:20
**figure** [1] - 14:13
**file** [1] - 54:9
**fill** [1] - 18:25
**filled** [5] - 19:16, 19:17, 19:18, 20:3, 20:9
**filling** [1] - 20:5
**film** [1] - 17:21
**films** [1] - 17:21
**final** [1] - 33:23
**financial** [1] - 25:5
**financing** [2] - 72:1, 72:2
**fine** [4] - 19:7, 35:5, 53:17, 95:7
**finger** [1] - 31:24
**finish** [1] - 36:3
**finished** [1] - 93:4
**firearm** [13] - 13:17, 17:20, 18:25, 19:5, 19:10, 19:12, 19:14,

19:15, 20:15, 22:22, 35:6, 35:12
**Firearms** [1] - 19:2
**firearms** [18] - 5:24, 6:3, 12:7, 20:10, 20:14, 22:25, 24:19, 25:2, 25:8, 61:23, 61:25, 62:1, 67:25, 71:16, 71:22, 73:5, 73:25, 74:9
**fires** [2] - 16:14, 17:7
**Firm** [1] - 1:19
**first** [13] - 7:2, 14:12, 21:24, 25:21, 26:8, 35:7, 36:19, 48:2, 54:20, 63:24, 66:10, 87:11, 89:15
**five** [6] - 6:10, 21:2, 38:12, 46:3, 63:16, 95:13
**flew** [1] - 58:6
**flights** [1] - 57:25
**Floor** [2] - 1:20, 1:22
**Florida** [19] - 7:13, 17:21, 20:22, 20:24, 21:1, 23:23, 26:6, 30:22, 30:25, 45:3, 45:20, 46:10, 52:18, 52:20, 56:16, 58:11, 73:13, 73:14, 73:15
**focus** [9] - 25:19, 29:4, 61:3, 76:1, 76:4, 78:23, 79:14, 79:19, 90:5
**focused** [8] - 51:16, 51:22, 51:24, 72:3, 76:7, 76:8, 79:19
**focuses** [2] - 76:3, 76:5
**focusing** [2] - 23:20, 39:21
**folder** [2] - 54:9, 59:22
**following** [2] - 5:24, 60:14
**food** [1] - 6:1
**foods** [1] - 33:14
**FOR** [4] - 1:1, 35:15, 80:7, 89:5
**Force** [1] - 36:14
**force** [2] - 75:8, 90:1
**foregoing** [1] - 102:4
**foreign** [2] - 27:7, 27:10
**form** [13] - 19:1, 19:4, 19:9, 19:11, 19:16, 19:17, 19:18, 19:21, 19:24, 20:4, 20:5, 32:21, 70:18
**former** [1] - 45:2
**forms** [7] - 19:4, 20:9,

20:11, 25:7, 31:14, 31:15, 41:6
**Fort** [3] - 23:25, 57:23, 58:6, 58:7, 58:10, 58:12, 58:14, 58:15, 58:18
**forth** [2] - 8:21, 8:24
**foundation** [3] - 91:5, 91:7, 93:22
**founding** [1] - 7:23
**four** [8] - 10:3, 10:11, 12:3, 13:1, 14:1, 22:17, 36:16, 57:2
**fourth** [2] - 10:7, 66:8
**fraction** [1] - 24:5
**frame** [2] - 5:11, 44:23
**French** [1] - 29:14
**frequent** [1] - 52:22
**frequently** [1] - 56:15
**Friday** [1] - 21:19
**friendly** [2] - 34:7, 88:5
**friends** [2] - 12:25, 13:2
**front** [1] - 61:3
**fuel** [1] - 71:6
**full** [4] - 11:11, 14:20, 22:13, 89:14
**fully** [1] - 30:23
**functioning** [1] - 71:4
**funds** [2] - 6:18, 26:20
**furloughed** [1] - 77:21
**furtherance** [1] - 7:5
**future** [1] - 79:9

## G

**gang** [44] - 6:21, 7:2, 7:3, 7:5, 7:6, 7:9, 7:19, 7:24, 8:3, 8:9, 8:14, 9:22, 10:20, 10:25, 11:1, 11:3, 11:15, 11:16, 12:20, 15:20, 19:20, 21:25, 23:2, 23:9, 25:15, 26:10, 27:2, 27:4, 27:11, 27:23, 27:25, 28:2, 29:23, 33:17, 41:25, 44:4, 44:7, 44:22, 51:16
**gang's** [13] - 6:18, 6:25, 10:2, 16:16, 16:17, 22:24, 23:20, 26:18, 76:8, 76:12, 79:19, 79:20
**gangs** [6] - 6:23, 21:13, 40:23, 41:1, 41:3, 41:7
**Gatorade** [1] - 22:10

**gear** [1] - 9:18
**general** [1] - 70:4
**generally** [5] - 7:17, 26:22, 41:15, 41:20, 61:13
**generated** [2] - 7:3, 71:5
**generator** [1] - 71:5
**Germine** [80] - 3:4, 3:14, 3:16, 5:21, 6:5, 6:12, 6:14, 7:23, 9:10, 9:11, 9:13, 9:16, 9:20, 9:23, 11:6, 11:8, 11:25, 15:9, 15:23, 15:25, 16:1, 16:10, 16:11, 16:21, 18:1, 20:7, 25:24, 26:14, 27:20, 27:24, 28:9, 28:22, 29:7, 29:16, 29:19, 30:4, 30:8, 30:13, 31:24, 31:25, 32:8, 33:5, 34:10, 34:17, 34:23, 42:19, 43:2, 43:9, 43:10, 52:1, 52:5, 52:17, 62:9, 72:14, 74:16, 74:17, 74:19, 76:7, 76:10, 76:18, 77:16, 78:20, 78:22, 79:1, 79:21, 80:16, 80:17, 80:20, 80:22, 80:23, 81:2, 81:3, 81:6, 81:18, 82:5, 82:17, 86:11, 90:11, 90:19
**GERMINE** [1] - 1:6
**Germine's** [11] - 9:6, 27:14, 33:2, 52:3, 53:21, 72:11, 91:12, 91:16, 91:25, 92:4, 93:7
**girlfriend** [10] - 5:21, 8:12, 8:20, 90:11, 90:18, 91:12, 91:16, 91:25, 92:4, 93:7
**given** [6] - 12:14, 28:16, 81:1, 82:2, 82:23, 91:15
**God** [1] - 16:15
**goods** [6] - 20:21, 29:1, 29:6, 33:8, 33:12
**gourdes** [1] - 27:6
**Government** [40] - 1:13, 2:3, 2:15, 2:16, 2:16, 2:17, 2:17, 2:18, 2:18, 2:19, 2:19, 2:20, 2:20, 2:21, 2:21, 2:22, 2:22, 2:23, 40:4,

43:13, 43:17, 44:13, 48:8, 48:10, 49:1, 49:24, 54:6, 56:5, 56:6, 57:3, 57:19, 60:9, 63:12, 65:24, 67:2, 67:17, 67:19, 68:16, 68:21, 69:9
**government** [23] - 3:6, 5:5, 5:10, 25:10, 26:24, 26:25, 31:13, 31:23, 32:1, 32:8, 32:25, 34:16, 34:20, 38:15, 41:6, 47:1, 48:14, 61:7, 74:20, 74:21, 80:1, 89:2, 89:3
**GOVERNMENT** [4] - 5:18, 35:15, 80:7, 89:5
**Government's** [47] - 39:12, 41:12, 43:5, 43:6, 43:15, 43:20, 43:22, 44:5, 44:9, 44:11, 44:20, 46:12, 47:15, 48:2, 48:12, 53:2, 53:24, 53:25, 55:17, 55:18, 56:2, 56:18, 57:9, 57:13, 59:12, 59:16, 59:22, 60:4, 60:7, 61:1, 61:4, 61:5, 61:10, 61:11, 63:3, 66:25, 67:14, 68:4, 68:12, 68:14, 68:20, 69:4, 69:7, 90:25, 91:22, 92:3, 92:25
**grandchildren** [1] - 70:15
**gray** [1] - 24:21
**great** [1] - 40:22
**grounds** [1] - 38:17
**group** [3] - 20:21, 30:3, 58:3
**grow** [2] - 28:19, 28:20
**grown** [1] - 33:14
**guess** [4] - 75:11, 75:18, 75:19, 77:19
**guilty** [3] - 28:5, 32:15, 34:24
**gun** [13] - 16:12, 16:13, 16:15, 17:3, 17:4, 17:18, 18:5, 18:7, 18:10, 18:11, 25:7, 25:16, 33:3
**gunpoint** [2] - 10:9, 23:8
**guns** [36] - 8:5, 9:1, 10:6, 10:7, 12:10, 15:20, 15:23, 15:24,

16:10, 16:25, 17:1, 17:18, 18:5, 18:6, 18:9, 20:15, 20:18, 21:11, 21:12, 21:15, 24:5, 24:12, 24:13, 25:7, 26:1, 26:3, 26:5, 26:16, 27:14, 30:21, 33:2
**guy** [5] - 11:10, 11:11, 16:22, 21:18, 22:5

**H**

**Haiti** [95] - 5:23, 6:4, 6:17, 6:18, 6:21, 7:3, 7:8, 7:13, 7:25, 8:21, 8:23, 9:2, 9:9, 9:17, 10:16, 10:17, 11:2, 20:19, 20:20, 21:5, 21:20, 21:21, 22:14, 22:15, 22:16, 23:13, 23:24, 26:6, 27:9, 27:22, 28:10, 28:12, 28:14, 28:17, 29:2, 29:3, 29:6, 29:10, 29:13, 29:14, 29:17, 29:21, 30:8, 30:9, 31:1, 32:19, 33:7, 33:11, 33:12, 33:14, 34:11, 37:22, 38:3, 38:8, 38:9, 38:13, 38:16, 39:2, 39:6, 39:7, 39:19, 39:23, 40:8, 40:18, 41:3, 45:21, 46:5, 52:6, 56:15, 57:24, 62:19, 64:14, 70:6, 71:1, 71:2, 72:4, 72:5, 74:19, 75:12, 75:20, 76:18, 76:20, 76:22, 77:10, 77:17, 77:20, 77:24, 78:4, 82:21, 90:8
**Haiti's** [1] - 39:21
**Haitian** [5] - 21:1, 27:5, 27:6, 40:14, 74:20
**Haitians** [2] - 11:4, 20:22
**half** [3] - 7:14, 26:13, 35:3
**hand** [1] - 22:22
**handed** [1] - 91:22
**handguns** [1] - 42:3
**handled** [1] - 27:1
**handles** [1] - 37:15
**hands** [3] - 14:15, 46:8, 75:18
**handwriting** [2] - 33:2, 33:4

**hang** [1] - 95:14
**happy** [1] - 50:20
**hard** [4] - 21:13, 24:23, 46:14, 60:22
**head** [3] - 82:2, 91:10, 94:13
**headquarters** [1] - 46:9
**heads** [2] - 23:19, 51:7
**hear** [18] - 7:20, 9:3, 10:10, 10:15, 16:5, 18:14, 20:13, 20:24, 21:25, 22:5, 25:4, 27:2, 29:3, 34:19, 50:19, 53:13, 53:15, 77:2
**heard** [3] - 29:10, 30:1, 83:18
**hearsay** [1] - 77:4
**heavy** [5] - 18:11, 22:8, 22:9, 22:10
**held** [6] - 10:12, 10:15, 10:18, 10:20, 11:11, 26:10
**help** [3] - 16:8, 32:21, 92:25
**her..** [1] - 79:6
**highlight** [6] - 33:19, 33:24, 34:8, 63:18, 66:10, 69:13
**himself** [6] - 13:8, 15:25, 16:10, 30:15, 33:5, 34:8
**Hispaniola** [4] - 7:14, 29:12, 31:1, 39:19
**history** [1] - 76:15
**hold** [1] - 28:3
**holding** [3] - 10:10, 10:23, 11:4
**home** [6] - 11:13, 14:4, 16:6, 73:19, 74:2
**honey** [1] - 15:10
**Honor** [71] - 3:2, 3:8, 3:13, 3:15, 3:25, 5:6, 5:10, 5:14, 6:22, 7:12, 9:12, 18:11, 18:24, 27:16, 28:3, 30:23, 31:3, 31:16, 31:21, 32:2, 32:3, 32:24, 33:18, 33:25, 34:12, 34:23, 35:5, 41:16, 45:6, 46:13, 46:14, 46:17, 47:1, 49:9, 49:17, 49:22, 50:15, 53:6, 53:17, 56:2, 57:15, 60:4, 63:10, 65:17, 65:22, 67:14, 69:4, 74:22, 75:2, 76:23, 77:7,

78:10, 79:11, 79:22, 80:1, 80:3, 82:7, 87:19, 88:21, 89:3, 89:6, 90:23, 91:4, 91:18, 92:11, 92:12, 93:11, 94:16, 94:22, 95:7
**Honor's** [1] - 26:18
**HONORABLE** [1] - 1:10
**hopes** [1] - 32:6
**hoping** [2] - 32:9, 32:20
**hostage** [19] - 7:2, 7:11, 10:8, 10:9, 10:11, 11:4, 11:11, 23:8, 26:8, 27:21, 37:20, 37:22, 37:24, 38:2, 41:5, 41:22, 41:24, 45:5, 51:13
**hostages** [5] - 23:12, 27:5, 27:7, 27:9, 27:11
**hour** [2] - 15:9, 35:3
**hours** [2] - 10:1, 14:3
**house** [8] - 11:14, 11:21, 21:3, 21:16, 24:11, 24:13, 24:14, 73:13
**housing** [2] - 38:17, 39:7
**HT** [1] - 64:15
**human** [1] - 89:25
**hundred** [2] - 15:3, 15:7
**hung** [2] - 83:12, 84:24
**hunting** [1] - 20:16
**husband** [2] - 72:12, 86:19

**I**

**ID** [1] - 66:20
**identification** [3] - 65:5, 90:25, 91:23
**identified** [8] - 42:18, 43:25, 44:1, 68:2, 68:3, 72:20, 72:21, 78:19
**identifies** [1] - 66:15
**identify** [5] - 26:23, 42:15, 42:23, 67:23, 72:13
**idiots** [1] - 30:3
**illegal** [3] - 6:16, 10:3, 26:20
**illegally** [1] - 7:7
**image** [1] - 67:6

**images** [4] - 5:24, 6:5, 6:12, 46:15
**immediately** [1] - 46:5
**immigration** [1] - 32:22
**impact** [2] - 42:9, 42:10
**important** [1] - 44:3
**importing** [1] - 21:12
**impose** [2] - 46:20, 46:21
**imprisonment** [1] - 19:8
**incarcerated** [5] - 30:9, 30:14, 52:6, 74:19, 83:3
**include** [3] - 33:13, 38:15, 76:13
**included** [4] - 7:19, 8:3, 9:24, 75:19
**includes** [1] - 42:4
**including** [10] - 12:2, 23:7, 28:14, 28:25, 29:18, 29:21, 34:11, 46:7, 59:1, 75:16
**income** [1] - 27:3
**increase** [1] - 75:12
**indicated** [3] - 56:14, 71:21, 75:7
**indictment** [1] - 25:21
**individual** [23] - 42:18, 43:25, 47:23, 50:3, 50:5, 52:18, 52:19, 55:18, 62:19, 62:24, 66:13, 67:2, 68:6, 68:21, 68:24, 83:12, 84:19, 84:23, 90:10, 93:19, 94:8, 94:12
**individual's** [1] - 65:5
**individuals** [15] - 7:19, 7:21, 8:16, 29:24, 30:7, 34:14, 34:17, 62:7, 65:10, 68:2, 70:5, 70:6, 72:13, 81:11
**indulge** [4] - 79:8, 79:9, 95:3, 95:5
**indulgence** [6] - 9:11, 46:13, 74:24, 78:7, 89:7, 93:12
**inexperienced** [1] - 30:2
**influx** [1] - 11:1
**information** [12] - 14:6, 46:23, 52:23, 57:13, 61:18, 64:23, 65:3, 65:10, 73:7, 73:10, 74:10, 78:25
**infrastructure** [1] - 39:9

**inherited** [1] - 28:16
**inquiries** [1] - 14:11
**inside** [4] - 5:25, 6:3, 59:16, 61:25
**insistence** [1] - 9:6
**instability** [1] - 40:22
**instance** [3] - 13:9, 19:4, 60:20
**instruction** [4] - 33:25, 34:1, 34:8, 34:9
**instructions** [5] - 26:18, 33:19, 33:20, 33:22, 34:6
**instructs** [1] - 14:16
**intake** [1] - 27:12
**intended** [3] - 18:13, 19:19, 88:8
**intently** [1] - 23:20
**interacted** [1] - 20:25
**interest** [6] - 17:19, 54:25, 62:16, 72:10, 72:23, 78:19
**interested** [2] - 64:19, 85:5
**international** [5] - 36:13, 37:1, 37:5, 90:4, 90:7
**internet** [2] - 36:21, 71:7
**internet-based** [1] - 71:7
**interpreter** [1] - 3:5
**intersection** [1] - 41:17
**interview** [9] - 90:10, 90:13, 90:14, 90:17, 90:18, 91:24, 92:18, 93:1, 93:7
**introduce** [7] - 24:17, 35:18, 39:25, 43:13, 53:24, 56:17, 63:6
**introduction** [1] - 45:7
**invest** [1] - 28:25
**investigated** [4] - 25:10, 37:25, 40:15, 71:1
**investigating** [8] - 23:14, 37:19, 41:24, 42:2, 44:7, 45:4, 51:23, 76:13
**investigation** [27] - 23:6, 41:14, 41:21, 42:11, 42:14, 44:2, 44:3, 45:14, 45:19, 47:19, 47:22, 49:6, 49:15, 52:16, 58:17, 61:20, 72:2, 72:17, 73:24, 74:3, 75:21, 76:2, 76:4, 76:10,

76:11, 79:14, 90:9
**investigations** [1] - 44:16
**invite** [1] - 28:19
**involved** [3] - 27:24, 28:22, 34:14
**involvement** [1] - 24:4
**iPhone** [2] - 71:13, 71:14
**island** [13] - 7:13, 7:14, 20:20, 29:11, 29:12, 29:17, 29:19, 29:20, 31:1, 39:19, 40:8
**issue** [1] - 4:1
**issued** [2] - 19:1, 73:12
**items** [2] - 6:1, 24:8
**itself** [1] - 40:22

**J**

**jacket** [1] - 43:1
**jail** [21] - 7:25, 8:3, 9:9, 9:10, 9:20, 11:6, 23:22, 30:8, 30:9, 30:16, 32:12, 52:7, 53:21, 80:18, 83:3, 84:10, 84:12
**January** [2] - 1:6, 58:9
**JDB** [1] - 1:4
**Jean** [27] - 8:12, 12:24, 13:3, 13:9, 13:19, 13:20, 13:23, 14:1, 14:10, 14:20, 14:22, 15:1, 15:2, 15:17, 25:24, 63:1, 63:23, 64:2, 64:9, 66:9, 66:15, 67:13, 69:16, 72:5, 72:8, 72:9, 72:12
**Jersey** [1] - 35:25
**JetBlue** [1] - 56:20
**job** [2] - 35:24, 50:23
**Jocelyn** [12] - 9:7, 13:10, 13:24, 16:3, 17:2, 17:10, 17:11, 17:20, 18:10, 68:3, 69:20, 74:14
**JOHN** [1] - 1:10
**join** [3] - 36:7, 47:9, 80:4
**joined** [1] - 36:11
**Joint** [1] - 36:14
**Jolita** [1] - 72:11
**Joly** [11] - 3:4, 5:21, 28:9, 42:18, 43:9, 80:23, 81:18, 82:5, 82:17, 86:11

**JOLY** [1] - 1:6
**Jovenel** [1] - 40:18
**JUDGE** [1] - 1:10
**July** [7] - 10:11, 21:7, 26:9, 26:11, 40:18, 58:6, 58:12
**June** [8] - 9:23, 10:11, 21:8, 21:9, 21:10, 21:23, 21:24, 44:24
**juror** [1] - 31:17
**jury** [1] - 33:22
**Jus** [1] - 72:12
**Justice** [1] - 1:16

**K**

**Kabrit** [1] - 11:20
**Karen** [1] - 3:8
**KAREN** [1] - 1:13
**kat** [1] - 7:18
**keep** [1] - 6:6
**keeping** [1] - 14:24
**KERLINE** [2] - 2:9, 80:7
**Kerline** [2] - 80:2, 80:12
**kidnapped** [8] - 11:11, 11:18, 12:1, 15:22, 21:25, 27:6, 47:21, 78:15
**kidnapping** [17] - 10:4, 11:7, 11:19, 11:23, 15:21, 24:4, 27:7, 33:6, 41:22, 44:25, 45:14, 45:22, 46:2, 48:3, 75:15, 75:21, 90:7
**kidnappings** [11] - 8:4, 8:9, 10:6, 10:21, 11:9, 12:5, 40:14, 44:17, 44:22, 45:8, 45:24
**kids** [1] - 30:3
**kill** [3] - 11:12, 23:18, 51:5
**KIMBERLY** [1] - 1:13
**Kimberly** [1] - 3:10
**kind** [3] - 11:5, 15:24, 79:3
**king** [2] - 16:8, 28:1
**kings** [1] - 28:1
**knowledge** [4] - 34:5, 77:15, 79:4, 86:24
**known** [1] - 62:9
**knows** [3] - 15:18, 16:14, 70:12

**L**

**land** [11] - 28:16, 28:17, 28:18, 28:20, 29:8, 29:9, 29:20, 76:22, 77:10, 79:1
**language** [1] - 76:6
**Lanmo** [22] - 8:6, 10:21, 10:22, 11:15, 11:20, 11:21, 11:23, 12:10, 12:14, 12:15, 22:15, 23:8, 23:15, 26:12, 27:12, 27:15, 27:17, 43:25, 50:8, 51:2, 62:9
**large** [7] - 6:23, 11:3, 20:21, 40:23, 46:1, 61:6, 94:24
**larger** [1] - 27:10
**Las** [2] - 36:12, 36:16
**last** [5] - 4:1, 49:18, 63:24, 83:15, 89:15
**lastly** [1] - 58:13
**late** [4] - 3:17, 16:6, 24:16, 75:11
**Lauderdale** [9] - 24:1, 57:23, 58:6, 58:7, 58:10, 58:12, 58:14, 58:15, 58:18
**Laughter** [2] - 3:20, 70:14
**launch** [2] - 3:24, 5:8
**launder** [1] - 6:18
**laundering** [4] - 25:20, 25:21, 25:22, 26:7
**law** [6] - 19:24, 24:21, 25:9, 30:10, 38:14, 38:15
**Law** [1] - 1:19
**lay** [1] - 91:7
**lead** [3] - 38:5, 38:7, 45:13
**leader** [6] - 7:24, 8:8, 11:16, 16:17, 28:2, 44:4
**leaders** [9] - 23:20, 42:15, 51:23, 51:24, 51:25, 76:8, 76:12, 79:20
**leadership** [2] - 30:19, 51:17
**learn** [2] - 33:7, 77:19
**least** [3] - 12:6, 21:6, 38:12
**leave** [4] - 14:15, 30:16, 35:8, 95:12
**led** [1] - 40:22
**left** [6] - 15:8, 15:19, 23:18, 43:1, 51:6,

58:12
**legal** [1] - 26:20
**length** [1] - 15:23
**less** [2] - 15:9, 32:12
**liability** [1] - 25:11
**license** [2] - 17:13, 17:14
**licensee** [1] - 19:13
**life** [1] - 29:20
**lightning** [1] - 23:16
**Lightning** [1] - 51:4
**limited** [2] - 30:15, 30:16
**line** [14] - 55:2, 63:19, 66:10, 66:11, 69:13, 69:14, 69:15, 81:8, 82:4, 82:17, 84:15, 87:18
**lines** [2] - 63:19, 64:10
**list** [6] - 24:19, 25:1, 25:2, 49:9, 49:10, 49:18
**listed** [3] - 19:10, 55:8, 64:9
**listen** [2] - 31:17, 81:8
**listened** [2] - 84:16, 87:6
**listening** [1] - 88:2
**lived** [5] - 8:20, 9:4, 28:10, 29:18, 29:19
**living** [6] - 20:22, 28:9, 32:16, 39:10, 52:5, 80:17
**local** [3] - 11:4, 24:8, 27:5
**located** [5] - 38:18, 39:20, 40:11, 40:12, 45:19
**location** [3] - 11:20, 37:12, 41:15
**locations** [2] - 41:4, 73:9
**locked** [3] - 30:14, 77:17, 77:20
**logs** [3] - 23:22, 33:2, 33:3
**look** [7] - 10:23, 55:2, 85:16, 86:4, 92:2, 93:3, 93:4
**looked** [6] - 28:24, 55:23, 71:15, 71:25, 86:2, 86:7
**looking** [4] - 36:8, 36:9, 44:17, 86:4
**looks** [1] - 30:24
**Louis** [7] - 9:4, 13:3, 16:5, 18:21, 19:17, 20:2, 24:12, 26:3, 31:23, 68:3, 68:9, 68:10, 68:11, 71:21,

72:6, 72:25, 74:14
**Louis's** [5] - 24:14, 73:14, 73:16, 73:17, 73:22
**lucrative** [1] - 27:11
**lunch** [2] - 53:13, 101:20

**M**

**M14** [3] - 17:3, 17:5, 17:7
**M249** [1] - 16:12
**M30s** [1] - 15:22
**ma'am** [12] - 35:20, 37:4, 39:14, 42:25, 48:5, 50:12, 89:15, 90:15, 90:22, 91:17, 92:5, 93:2
**main** [1] - 10:3
**man** [3] - 8:6, 17:12, 18:8
**manner** [1] - 20:4
**map** [7] - 30:23, 39:21, 40:8, 40:10, 41:12, 41:17, 42:6
**maps** [3] - 39:16, 39:18, 39:22
**March** [4] - 12:20, 58:5, 71:22, 73:6
**mark** [1] - 90:24
**marked** [2] - 7:17, 41:16
**marking** [1] - 91:23
**markings** [1] - 89:7
**match** [1] - 66:9
**math** [1] - 37:2
**Mathieu** [6] - 80:2, 80:10, 80:12, 80:13, 82:13, 87:6
**MATHIEU** [2] - 2:9, 80:7
**matter** [5] - 3:25, 53:14, 60:21, 77:6, 102:5
**matters** [3] - 5:4, 37:14, 37:23
**Mawozo** [21] - 6:21, 7:16, 7:17, 8:18, 10:8, 12:4, 23:8, 29:23, 29:24, 30:1, 30:18, 34:11, 41:8, 41:13, 41:20, 41:22, 42:15, 44:4, 44:24, 51:16, 51:23
**mawozo** [1] - 7:18
**Mawozo's** [2] - 22:16, 42:9
**MD** [1] - 1:20

**mean** [4] - 41:1, 95:5, 95:12
**meaning** [1] - 19:13
**means** [4] - 5:7, 30:2, 41:10, 70:22
**meant** [2] - 18:17, 20:16
**media** [6] - 23:12, 23:13, 23:15, 44:1, 50:11
**meet** [1] - 34:20
**member** [3] - 34:2, 34:3, 45:3
**members** [10] - 7:6, 7:24, 8:9, 28:14, 30:6, 46:5, 46:6, 51:17, 78:1, 78:2
**men** [2] - 7:19, 30:2
**mentioned** [8] - 9:9, 34:10, 40:13, 53:19, 71:9, 71:10, 71:15
**mere** [3] - 34:2, 34:15, 34:16
**message** [12] - 6:9, 11:9, 11:18, 13:24, 15:10, 16:2, 17:8, 17:16, 21:24, 22:3, 22:6, 70:23
**messages** [25] - 6:12, 9:24, 9:25, 11:8, 12:13, 12:18, 13:18, 13:22, 14:17, 14:25, 16:11, 17:2, 17:10, 17:25, 21:10, 22:1, 24:3, 25:5, 70:8, 70:10, 70:18, 71:10, 71:13, 71:14
**messaging** [3] - 62:12, 62:13, 70:18
**met** [6] - 43:3, 56:1, 68:11, 72:15, 82:17, 82:19
**methods** [1] - 72:20
**Miami** [19] - 8:20, 9:4, 30:21, 30:25, 31:2, 36:18, 36:19, 36:24, 37:11, 45:20, 57:24, 58:8, 73:15, 75:10, 89:18, 89:21, 89:23, 89:24, 90:3
**microphone** [2] - 50:23, 77:1
**Microsoft** [1] - 54:17
**mid** [1] - 75:11
**might** [3] - 4:5, 45:23, 49:10
**miles** [1] - 30:21
**military** [1] - 45:3
**million** [5] - 19:7, 23:10, 23:11, 51:13

**mini** [1] - 41:6
**minute** [2] - 15:4, 22:4
**minutes** [7] - 5:12, 5:14, 12:3, 14:1, 14:14, 15:11, 95:13
**mirror** [1] - 25:15
**missionaries** [13] - 10:19, 11:17, 12:1, 23:7, 45:5, 45:14, 45:23, 47:21, 48:4, 51:10, 75:21, 78:15, 90:8
**missionaries'** [1] - 11:19
**Mobile** [2] - 54:10, 55:9
**moise's** [1] - 40:20
**moment** [3] - 25:19, 46:17, 53:12
**Mon** [1] - 11:20
**Monday** [1] - 21:19
**money** [83] - 7:3, 7:4, 7:6, 7:11, 8:4, 8:11, 8:15, 8:16, 8:24, 10:5, 10:6, 10:25, 11:1, 11:5, 11:12, 11:13, 11:14, 12:4, 12:5, 12:8, 12:11, 12:12, 12:14, 12:15, 12:16, 12:19, 12:21, 12:22, 13:2, 13:3, 13:5, 13:6, 13:24, 14:6, 14:7, 14:8, 14:11, 14:15, 14:16, 14:18, 14:25, 15:17, 20:7, 23:4, 24:5, 25:6, 25:18, 25:19, 25:20, 25:21, 25:22, 25:24, 26:1, 26:7, 26:12, 26:14, 26:18, 26:19, 26:21, 26:25, 27:8, 27:13, 27:15, 27:17, 27:18, 27:19, 33:16, 41:5, 66:14, 72:5, 72:9, 72:11, 72:17, 72:21, 73:3
**MoneyGram** [8] - 12:23, 25:25, 26:16, 63:4, 63:22, 65:9, 71:25
**MoneyGram)** [1] - 63:16
**monies** [2] - 28:22, 33:5
**month** [1] - 46:4
**morning** [13] - 3:2, 3:8, 3:11, 3:13, 3:15, 3:22, 13:13, 53:4, 53:8, 75:5, 75:6, 82:13, 82:14

**most** [4] - 39:20, 42:12, 49:6, 95:13
**mostly** [1] - 38:16
**mother** [1] - 72:11
**motorcycle** [1] - 18:7
**move** [15] - 39:25, 43:13, 44:9, 48:6, 48:14, 48:20, 49:18, 56:2, 57:1, 57:15, 60:4, 63:7, 67:14, 68:12, 69:4
**moved** [1] - 13:3
**moving** [3] - 56:22, 63:5, 65:20
**Moïse** [1] - 40:19
**MR** [31] - 3:13, 5:6, 40:1, 43:14, 44:10, 46:17, 48:7, 48:22, 49:22, 54:3, 56:4, 56:22, 57:17, 60:6, 63:5, 63:8, 65:15, 67:16, 68:13, 69:6, 74:24, 75:2, 75:4, 77:7, 77:8, 78:7, 78:10, 79:6, 79:10, 79:13, 79:22
**MS** [133] - 3:8, 3:15, 3:21, 3:25, 5:5, 5:10, 5:14, 5:16, 5:19, 28:9, 33:24, 35:1, 35:5, 35:10, 35:13, 35:17, 39:25, 40:6, 41:16, 41:19, 43:13, 43:19, 44:9, 44:15, 45:6, 45:11, 45:12, 46:11, 46:14, 46:25, 47:3, 47:7, 47:12, 47:14, 48:6, 48:12, 48:17, 48:19, 49:3, 49:17, 49:21, 50:1, 50:15, 50:18, 50:20, 50:24, 53:5, 53:10, 53:17, 53:18, 53:23, 54:8, 54:15, 54:16, 56:2, 56:8, 56:23, 57:1, 57:5, 57:15, 57:21, 59:14, 60:4, 60:11, 63:2, 63:7, 63:10, 63:14, 65:13, 65:17, 65:21, 66:1, 67:14, 67:21, 68:12, 68:18, 69:4, 69:11, 70:20, 74:22, 76:23, 77:3, 78:12, 78:14, 79:5, 79:15, 80:1, 80:3, 80:6, 80:9, 82:7, 82:10, 82:12, 84:11, 84:14, 86:13, 86:16, 87:2, 87:5, 87:11, 87:16, 87:19,

87:21, 87:25, 88:1, 88:21, 89:3, 89:6, 89:12, 90:23, 91:2, 91:4, 91:9, 91:18, 91:21, 92:9, 92:11, 92:12, 92:16, 92:24, 93:11, 93:14, 93:16, 93:21, 93:25, 94:2, 94:3, 94:14, 94:16, 94:22, 95:3, 95:7, 95:10
**multiple** [9] - 8:1, 9:20, 57:25, 61:23, 66:7, 73:9, 73:25, 74:9, 74:12

## N

**name** [20] - 13:14, 16:24, 22:20, 35:19, 35:20, 41:10, 42:18, 62:24, 63:21, 63:24, 63:25, 69:18, 80:10, 86:15, 86:17, 86:18, 86:19, 89:14, 89:15
**namely** [1] - 32:10
**Nationale** [1] - 77:24
**nature** [1] - 40:20
**navy** [1] - 50:4
**necessarily** [1] - 25:1
**need** [16] - 3:23, 6:24, 11:13, 14:2, 14:5, 16:22, 18:9, 23:17, 26:23, 50:2, 51:5, 77:1, 79:10, 91:5, 92:20, 95:8
**needed** [2] - 16:8, 35:6
**needs** [1] - 13:24
**negatively** [1] - 21:18
**negotiations** [2] - 8:10, 10:24
**never** [6] - 16:15, 28:10, 28:11, 82:18, 82:19
**New** [1] - 35:25
**next** [7] - 13:22, 18:1, 22:20, 65:2, 79:25, 89:1, 94:23
**nickname** [1] - 8:6
**night** [2] - 4:2, 49:18
**nine** [2] - 91:2
**none** [1] - 19:19
**Nos** [14] - 2:15, 2:17, 2:18, 2:19, 2:20, 2:21, 2:21, 40:4, 49:1, 54:6, 57:3, 57:19, 63:12, 65:24
**note** [1] - 72:9

**noted** [3] - 23:25, 24:21, 45:10
**notes** [6] - 70:9, 70:19, 70:21, 70:23, 71:2, 71:7
**nothing** [4] - 21:13, 33:16, 78:10, 79:22
**notice** [1] - 72:7
**noticeable** [1] - 75:11
**November** [1] - 74:14
**number** [60] - 23:23, 37:24, 48:16, 52:19, 52:20, 52:24, 53:20, 54:1, 54:19, 54:24, 55:3, 55:4, 55:11, 55:12, 56:9, 58:20, 59:21, 62:9, 62:17, 62:20, 62:22, 62:25, 64:7, 64:9, 64:16, 64:19, 65:7, 66:16, 66:17, 66:18, 66:20, 66:21, 67:8, 67:11, 69:22, 69:25, 80:24, 81:5, 81:12, 81:17, 81:20, 81:23, 82:1, 82:23, 86:1, 88:14, 90:19, 90:21, 91:11, 91:13, 91:15, 92:3, 92:6, 93:19, 94:5, 94:9, 94:11
**numbers** [4] - 62:16, 64:18, 85:22, 86:8
**numerous** [3] - 7:19, 24:25, 25:4
**nurturing** [1] - 28:14
**NW** [3] - 1:14, 1:17, 1:25

## O

**object** [3] - 45:9, 87:20, 91:4
**objection** [34] - 40:1, 40:2, 43:14, 43:15, 44:10, 44:11, 48:7, 48:8, 48:22, 49:22, 49:23, 54:3, 54:4, 56:4, 57:2, 57:17, 57:18, 60:6, 60:7, 63:8, 63:11, 65:15, 67:16, 67:17, 68:13, 68:14, 69:6, 69:7, 76:23, 79:15, 84:11, 86:13, 87:11, 93:21
**obtain** [4] - 52:23, 72:1, 72:24, 94:4
**obtained** [8] - 6:11, 6:12, 24:1, 52:4, 52:9, 56:12, 60:17, 72:22

**obtaining** [1] - 72:3
**obviously** [3] - 20:20, 31:4, 32:18
**occasion** [1] - 58:5
**occasions** [3] - 21:7, 38:12, 56:1
**occur** [1] - 14:17
**occurring** [1] - 84:2
**October** [43] - 6:9, 9:14, 9:23, 10:18, 11:9, 11:17, 12:20, 13:9, 13:23, 14:19, 14:21, 15:2, 17:1, 17:20, 17:25, 21:7, 22:1, 23:7, 24:17, 25:23, 26:2, 26:4, 45:4, 50:10, 52:5, 58:14, 58:15, 58:18, 58:23, 59:5, 74:12, 74:13, 75:14, 78:15, 80:15, 80:17, 80:19, 82:3, 90:2, 90:5, 91:11, 93:10
**OF** [3] - 1:1, 1:3, 1:9
**offense** [1] - 26:23
**offenses** [1] - 25:22
**offhand** [1] - 92:23
**office** [1] - 36:12
**Office** [4] - 1:14, 36:18, 37:11, 45:20
**officer** [4] - 35:25, 36:1, 36:8, 38:14
**offices** [2] - 37:13, 89:22
**Official** [1] - 102:3
**often** [5] - 12:13, 20:8, 20:22, 71:2, 71:4
**oftentimes** [1] - 39:9
**old** [3] - 28:16, 32:17, 46:4
**on-deck** [1] - 75:19
**once** [4] - 16:22, 24:7, 46:1, 51:14
**one** [53] - 7:23, 9:5, 10:14, 10:17, 10:22, 10:23, 12:25, 13:2, 13:16, 15:3, 15:4, 15:21, 17:5, 17:7, 17:11, 17:18, 18:2, 19:25, 20:12, 20:24, 22:11, 26:7, 27:20, 31:4, 31:15, 31:21, 33:19, 33:25, 41:7, 45:2, 45:13, 45:18, 46:3, 47:6, 47:10, 49:11, 51:23, 51:24, 54:9, 55:16, 56:10, 59:7, 66:8, 66:9, 67:8, 73:13, 76:3, 76:5, 81:11, 92:13,

93:20, 94:12
**ones** [3] - 20:14, 21:4, 72:8
**open** [2] - 59:15, 66:3
**opening** [2] - 3:24, 31:14
**Opening** [2] - 2:3, 2:4
**OPENING** [2] - 5:18, 28:8
**openings** [2] - 5:8, 5:9
**operated** [2] - 7:1, 8:13, 71:5, 77:12
**operating** [2] - 7:16, 41:13
**operation** [4] - 7:22, 8:8, 10:2, 10:3
**operations** [9] - 6:20, 7:10, 8:3, 8:14, 8:19, 11:7, 25:15, 27:23, 27:25
**opportunity** [1] - 77:23
**order** [5] - 16:21, 16:22, 16:23, 41:5, 79:19
**ordered** [2] - 16:25, 23:1
**ordering** [1] - 16:10
**ORENBERG** [32] - 1:18, 3:13, 5:6, 40:1, 43:14, 44:10, 46:17, 48:7, 48:22, 49:22, 54:3, 56:4, 56:22, 57:17, 60:6, 63:5, 63:8, 65:15, 67:16, 68:13, 69:6, 74:24, 75:2, 75:4, 77:7, 77:8, 78:7, 78:10, 79:6, 79:10, 79:13, 79:22
**Orenberg** [5] - 1:19, 3:14, 3:22, 34:22, 74:23
**originally** [1] - 79:16
**Orlando** [4] - 9:7, 73:13, 74:2, 74:7
**otherwise** [1] - 32:12
**outside** [13] - 7:16, 11:2, 27:9, 30:15, 38:20, 38:22, 39:4, 62:7, 76:24, 77:3, 93:21, 93:23, 95:14
**overruled** [2] - 77:6, 86:14
**overseas** [1] - 37:20
**owe** [2] - 13:10, 13:11
**own** [4] - 12:9, 25:8, 27:18, 41:6
**owned** [5] - 24:14, 29:8, 76:22, 77:9,

79:1

# P

**p.m** [1] - 101:20
**Pages** [1] - 1:7
**pages** [1] - 102:4
**paid** [6] - 8:11, 10:12, 10:15, 26:12, 26:14, 27:6
**paperwork** [1] - 73:3
**paragraph** [1] - 92:2
**parents** [2] - 29:18, 72:13
**Park** [1] - 1:19
**part** [14] - 12:4, 12:6, 16:24, 20:18, 32:7, 37:18, 38:9, 44:16, 65:22, 75:7, 75:8, 81:8, 87:6, 90:9
**partake** [1] - 84:18
**parte** [2] - 53:14, 95:16
**participates** [1] - 11:6
**particular** [7] - 17:19, 18:17, 31:21, 52:19, 60:20, 85:4, 94:12
**particularly** [1] - 46:2
**parties** [3] - 31:7, 71:11, 95:15
**partners** [1] - 71:19
**parts** [2] - 10:3, 29:21
**partying** [1] - 9:19
**Paschall** [4] - 3:10, 3:11, 59:11, 87:3
**PASCHALL** [32] - 1:13, 3:25, 80:1, 80:9, 82:7, 84:11, 86:13, 87:5, 87:16, 87:21, 87:25, 88:1, 88:21, 89:3, 89:6, 89:12, 90:23, 91:2, 91:9, 91:18, 91:21, 92:9, 92:12, 92:16, 92:24, 93:11, 93:21, 94:16, 94:22, 95:3, 95:7, 95:10
**pass** [1] - 35:11
**passport** [3] - 65:6, 65:7, 66:21
**patrol** [2] - 36:1, 36:2
**pay** [2] - 27:5, 27:9
**payee** [3] - 66:9, 69:18
**paying** [1] - 26:10
**payment** [4] - 15:4, 23:10, 69:15, 69:19
**payments** [7] - 13:5, 13:8, 13:19, 14:17, 14:18, 27:10, 27:12

**PC** [1] - 1:19
**Pennsylvania** [1] - 1:17
**people** [18] - 8:22, 13:1, 14:7, 21:1, 21:12, 22:19, 27:5, 29:21, 29:22, 29:23, 30:4, 30:15, 30:19, 30:21, 33:13, 33:16, 34:10, 34:11
**per** [1] - 23:11
**perfect** [1] - 3:21
**perhaps** [4] - 72:20, 72:21, 79:4, 87:25
**period** [3] - 9:25, 38:1, 44:6
**permission** [1] - 47:8
**permit** [1] - 16:3
**perpetual** [1] - 23:3
**perpetuated** [1] - 27:24
**person** [22] - 12:5, 19:4, 19:12, 19:14, 23:11, 34:3, 34:6, 43:21, 43:24, 44:2, 55:12, 55:20, 67:5, 67:12, 72:15, 82:16, 82:19, 84:21, 86:20, 86:25, 88:3, 88:7
**person's** [1] - 34:2
**personal** [3] - 20:15, 64:23, 86:24
**personally** [3] - 8:10, 10:24, 77:25
**personnel** [1] - 38:15
**persons** [6] - 10:4, 10:9, 37:10, 37:16, 37:20, 67:23
**perspective** [1] - 30:25
**Petionville** [1] - 38:25
**phone** [126] - 6:11, 10:1, 11:25, 12:2, 20:8, 21:5, 23:22, 24:1, 25:5, 52:4, 52:7, 52:9, 52:19, 52:20, 52:23, 52:24, 53:20, 53:21, 53:25, 54:19, 54:24, 55:3, 55:4, 55:11, 55:12, 56:9, 58:19, 58:20, 59:3, 59:7, 59:8, 59:9, 59:21, 59:24, 59:25, 60:1, 60:12, 60:14, 60:17, 60:19, 60:22, 61:1, 61:3, 61:10, 61:19, 61:22, 62:5, 62:6, 62:9, 62:13, 62:16, 62:20, 62:22, 62:25, 63:1,

64:6, 64:9, 64:19, 64:20, 66:16, 66:17, 66:18, 67:6, 67:7, 67:11, 67:22, 69:2, 69:22, 69:25, 70:1, 70:9, 70:19, 71:12, 71:16, 71:18, 72:19, 78:18, 80:19, 80:24, 81:5, 81:6, 81:8, 81:12, 81:14, 81:17, 81:20, 81:23, 82:3, 82:15, 82:23, 83:6, 83:13, 83:16, 83:18, 83:25, 84:16, 85:1, 85:12, 85:14, 85:17, 85:21, 86:2, 86:4, 86:5, 86:7, 86:8, 86:20, 88:3, 88:11, 88:14, 88:17, 90:19, 90:21, 91:10, 91:13, 92:3, 93:17, 93:19, 94:5, 94:11
**phones** [4] - 8:2, 9:21, 59:4
**photo** [5] - 43:6, 43:8, 44:3, 55:22, 69:1
**photographs** [4] - 25:7, 62:2, 70:8, 70:19
**photos** [9] - 61:21, 61:23, 61:24, 61:25, 67:24, 71:17, 71:18
**phrase** [1] - 41:1
**pick** [1] - 22:4
**picked** [2] - 21:3, 26:6
**picking** [1] - 16:10
**picks** [1] - 16:1
**picture** [9] - 5:25, 6:2, 6:6, 6:8, 21:4, 22:7, 44:22, 68:24, 69:2
**pictures** [3] - 5:22, 9:25, 71:16
**piece** [1] - 42:24
**pieces** [2] - 13:5, 25:4
**pile** [1] - 27:8
**place** [3] - 23:2, 26:23, 34:5
**Plaintiff** [1] - 1:4
**plan** [1] - 95:6
**plans** [1] - 61:8
**plastic** [2] - 5:25, 62:1
**platform** [1] - 70:9
**play** [10] - 34:9, 50:2, 50:3, 50:13, 50:16, 50:19, 50:20, 51:19, 85:14
**played** [7] - 9:15, 17:22, 17:24, 22:23, 50:14, 51:20, 83:16
**plea** [2] - 32:1, 32:7

**pled** [1] - 32:15
**plenty** [1] - 11:13
**plus** [1] - 64:18
**podium** [1] - 3:6
**point** [7] - 31:24, 32:14, 42:23, 74:5, 88:20, 91:5, 91:6
**pointed** [2] - 23:19, 51:6
**police** [3] - 16:14, 35:25, 36:8
**Pompano** [1] - 73:14
**poor** [5] - 11:4, 29:3, 29:4, 39:9, 71:3
**population** [1] - 6:24
**Port** [17] - 7:17, 29:22, 38:19, 38:20, 38:21, 39:3, 39:4, 39:21, 39:23, 40:10, 56:15, 58:1, 58:6, 58:9, 58:10, 58:13, 58:15
**Port-au-Prince** [17] - 7:17, 29:22, 38:19, 38:20, 38:21, 39:3, 39:4, 39:21, 39:23, 40:10, 56:15, 58:1, 58:6, 58:9, 58:10, 58:13, 58:15
**portion** [4] - 40:23, 49:14, 51:1, 62:3
**position** [1] - 36:22
**positions** [1] - 87:23
**post** [2] - 44:1, 46:6
**posted** [3] - 47:20, 50:11, 51:14
**postgraduate** [1] - 36:6
**Potomac** [2] - 1:19, 1:20
**preliminarily** [1] - 3:23
**preliminary** [4] - 5:4, 33:18, 33:21, 91:8
**premises** [2] - 73:22, 74:1
**preparation** [1] - 49:4
**prepare** [1] - 49:5
**prepared** [4] - 22:11, 33:22, 61:9, 62:4
**present** [4] - 27:24, 42:21, 71:23, 73:6
**president** [2] - 21:11, 40:18
**pretty** [1] - 46:8
**preview** [1] - 5:8
**Prince** [17] - 7:17, 29:22, 38:19, 38:20, 38:21, 39:3, 39:4, 39:21, 39:23, 40:10, 56:15, 58:1, 58:6, 58:9, 58:10, 58:13,

58:15
**prison** [1] - 77:23
**Prison** [1] - 77:24
**problem** [3] - 13:25, 15:14, 50:21
**proceed** [1] - 77:6
**proceedings** [1] - 102:5
**proceeds** [5] - 10:5, 26:7, 26:20, 26:22, 27:20
**process** [1] - 60:18
**produced** [1] - 33:14
**products** [1] - 33:14
**profile** [2] - 68:24, 69:2
**profit** [1] - 29:2
**promotional** [2] - 25:21, 25:22
**proof** [2] - 34:20, 34:21
**proper** [1] - 19:5
**properly** [1] - 71:4
**prosecution** [5] - 32:10, 32:11, 32:14, 32:20, 85:5
**provide** [7] - 29:6, 32:25, 34:16, 71:20, 73:19, 81:20, 86:1, 88:13, 90:19
**provided** [11] - 33:18, 33:20, 49:20, 54:10, 73:3, 73:17, 81:5, 85:21, 91:11, 92:4, 94:24
**provider** [4] - 52:24, 53:25, 54:2, 54:10
**provides** [1] - 60:23
**providing** [3] - 29:9, 31:14, 50:23
**publicly** [1] - 23:9
**publish** [2] - 40:7, 50:2
**published** [2] - 54:11, 54:14
**pulled** [1] - 69:12
**punishable** [1] - 19:23
**purchase** [7] - 9:8, 12:7, 17:18, 19:25, 26:3, 33:3, 73:5
**purchased** [13] - 7:7, 8:5, 9:16, 18:10, 18:15, 18:21, 18:22, 20:2, 20:14, 26:1, 26:16, 33:3, 71:22
**purchaser** [2] - 9:8, 16:4, 16:9
**purchasers** [9] - 8:25, 9:3, 9:5, 16:1, 17:18, 18:20, 20:20, 26:2

**purchases** [3] - 15:25, 24:25, 25:7
**purchasing** [1] - 9:1
**purpose** [1] - 6:19
**purposes** [3] - 75:20, 90:25, 91:23
**put** [3] - 17:4, 21:4, 73:21

## Q

**questions** [7] - 31:10, 74:22, 82:8, 87:2, 92:9, 92:11, 93:13
**quick** [1] - 4:2
**quite** [2] - 4:2, 24:23
**quotes** [1] - 27:4

## R

**raised** [2] - 28:12, 28:13
**ransom** [23] - 7:2, 7:11, 8:4, 8:10, 8:11, 10:4, 10:10, 10:24, 23:10, 26:11, 26:12, 26:13, 26:14, 27:10, 27:11, 27:13, 27:21, 33:5, 37:20, 40:15, 41:23, 51:9
**ransoms** [1] - 27:10
**rather** [4] - 23:18, 51:5, 51:24, 90:10
**read** [9] - 20:6, 51:1, 55:6, 58:2, 62:20, 64:12, 64:18, 69:23, 92:6
**readable** [1] - 60:23
**ready** [2] - 6:3, 53:7
**realized** [2] - 24:7, 29:1
**reason** [1] - 71:2
**reasonable** [1] - 34:21
**reasons** [1] - 31:4
**receipt** [1] - 15:11
**receipts** [1] - 71:20
**receive** [5] - 8:23, 11:3, 32:9, 32:12, 46:23
**received** [24] - 8:11, 8:15, 13:1, 28:17, 28:18, 30:10, 33:5, 36:6, 40:5, 43:18, 44:14, 48:11, 49:2, 49:25, 54:7, 56:7, 57:4, 57:20, 60:10, 63:13, 65:25, 67:20, 68:17, 69:10
**RECEIVED** [1] - 2:14

**receiving** [2] - 6:5, 32:6
**recent** [1] - 39:21
**recess** [1] - 101:20
**Recess** [1] - 53:11
**recognize** [14] - 43:6, 43:21, 43:24, 50:4, 55:18, 59:21, 67:2, 67:5, 68:6, 68:21, 68:23
**recollection** [3] - 91:14, 93:1, 93:6
**recollections** [1] - 90:14
**record** [27] - 3:3, 3:5, 3:7, 19:1, 35:19, 45:9, 46:18, 51:1, 52:23, 54:1, 54:22, 54:24, 55:6, 64:6, 64:24, 66:6, 66:10, 66:22, 69:23, 70:3, 70:12, 80:11, 89:14, 90:13, 90:21, 92:6, 102:5
**recorded** [3] - 70:23, 83:6, 91:15
**recording** [2] - 83:16, 83:18
**records** [39] - 21:6, 25:5, 33:2, 33:4, 52:4, 52:9, 52:10, 52:11, 52:12, 52:13, 52:15, 52:17, 53:25, 54:2, 54:9, 56:12, 56:14, 56:18, 56:20, 57:7, 57:22, 63:3, 63:22, 65:4, 65:7, 65:18, 66:2, 66:4, 72:1, 72:3, 72:7, 72:16, 72:22, 72:24, 77:23, 78:18
**recover** [3] - 73:23, 74:2
**recovered** [2] - 24:15, 73:25
**RECROSS** [1] - 79:12
**Recross** [1] - 2:8
**RECROSS-EXAMINATION** [1] - 79:12
**Recross-Examination............ .....** [1] - 2:8
**recruited** [2] - 9:8, 16:3
**Redirect** [2] - 2:8, 2:10
**redirect** [1] - 94:15
**REDIRECT** [2] - 78:13, 87:4
**refer** [1] - 13:20

**reference** [1] - 92:22
**referring** [2] - 13:17, 14:21
**refers** [1] - 41:11
**refresh** [2] - 91:14, 92:25
**refreshed** [1] - 93:6
**regarding** [1] - 45:8
**regular** [2] - 23:22, 33:9
**regularly** [2] - 8:21, 11:24
**relate** [1] - 6:15
**relates** [1] - 51:2
**relationship** [1] - 80:15
**relationships** [1] - 30:7
**relative** [1] - 45:7
**relatives** [4] - 29:16, 29:17, 29:25, 30:5
**release** [2] - 10:13, 10:16
**released** [2] - 26:10, 77:21
**relevance** [4] - 61:22, 76:23, 77:4, 84:11
**relevant** [7] - 47:19, 48:3, 49:6, 49:15, 52:15, 61:19, 74:3
**relies** [1] - 20:20
**relocating** [1] - 75:20
**rely** [3] - 25:10, 31:15, 71:7
**relying** [2] - 47:6, 86:22
**remain** [1] - 32:22
**remained** [1] - 30:9
**remember** [6] - 6:7, 15:14, 21:9, 85:10, 85:20, 86:9
**remove** [1] - 35:6
**removed** [1] - 35:12
**rented** [2] - 74:6, 74:7
**repeatedly** [1] - 21:7
**rephrase** [2] - 85:6, 87:25
**replies** [1] - 14:14
**report** [5] - 60:23, 61:11, 61:14, 61:16, 90:17
**reporter** [1] - 77:2
**Reporter** [2] - 1:24, 102:3
**Republic** [4] - 7:15, 29:12, 39:20, 42:8
**request** [1] - 94:22
**required** [1] - 26:19
**resided** [2] - 28:10, 29:17

**residence** [2] - 73:12, 73:14
**resident** [2] - 9:7, 80:13
**residents** [1] - 39:9
**resources** [1] - 46:10
**respect** [11] - 22:2, 37:10, 46:23, 51:9, 52:2, 56:19, 56:20, 60:25, 72:2, 72:16, 74:6
**respond** [2] - 45:22, 51:15
**responded** [1] - 9:5
**responds** [2] - 14:1, 16:21
**response** [7] - 6:5, 13:15, 15:6, 16:18, 21:17, 22:6, 22:8
**responsibilities** [1] - 75:7
**responsibility** [1] - 23:9
**responsible** [2] - 41:22, 44:25
**rest** [3] - 15:7, 37:13
**restricted** [1] - 38:16
**resume** [1] - 53:8
**retrieves** [1] - 24:12
**return** [7] - 24:8, 24:9, 28:4, 32:19, 58:17, 58:23, 59:2
**returned** [4] - 58:5, 58:13, 58:15, 60:14
**returning** [5] - 10:2, 56:15, 58:7, 58:9, 58:10
**revealed** [1] - 74:8
**review** [3] - 61:9, 62:11, 67:10
**reviewed** [6] - 23:21, 59:18, 61:13, 67:22, 71:18, 72:7
**reviewing** [3] - 72:19, 91:14, 92:25
**rice** [3] - 22:9, 22:10
**rifle** [1] - 17:19
**rifles** [2] - 18:16, 42:3
**road** [11] - 41:18, 42:4, 42:5, 42:6, 42:7, 42:9, 42:10, 42:12, 42:13
**robbery** [1] - 41:4
**role** [7] - 8:2, 8:8, 8:14, 8:23, 45:17, 89:24
**roles** [1] - 7:21
**Room** [1] - 1:24
**round** [2] - 57:25, 58:4
**round-trip** [1] - 57:25

**RPR** [1] - 1:24
**Rule** [1] - 53:14
**rule** [3] - 46:18, 46:20, 46:21
**rulings** [1] - 45:7
**rural** [1] - 39:5
**RYAN** [3] - 2:7, 35:15, 35:20
**Ryan** [2] - 35:13, 35:20

## S

**sacks** [1] - 22:9
**sake** [2] - 50:15, 50:18
**sale** [1] - 27:16
**san** [1] - 7:18
**Sanjou** [26] - 8:6, 8:15, 10:21, 10:22, 11:7, 11:15, 11:23, 11:25, 22:15, 22:18, 22:20, 23:9, 23:15, 23:21, 26:12, 26:15, 27:12, 43:25, 44:6, 50:8, 51:2, 51:9, 62:10, 75:23, 79:14, 79:20
**sanjou's** [1] - 8:8
**Santia** [29] - 12:11, 12:12, 12:14, 12:16, 12:24, 13:3, 13:8, 13:13, 13:19, 14:1, 14:10, 14:20, 14:22, 15:1, 15:2, 15:17, 25:24, 26:15, 27:19, 63:1, 63:23, 63:24, 66:9, 66:15, 67:13, 69:16, 72:5
**santia** [1] - 8:12
**saw** [10] - 13:22, 15:4, 15:11, 22:2, 23:22, 30:23, 31:13, 66:22, 71:11, 71:16
**scheme** [5] - 6:13, 6:16, 18:19, 24:4, 24:5
**school** [2] - 36:3, 36:5
**scope** [4] - 76:24, 77:3, 87:12, 87:13
**screen** [3] - 5:16, 39:13, 54:11
**scroll** [2] - 64:2, 69:17
**sea** [1] - 20:23
**seal** [1] - 4:3
**sealed** [1] - 95:16
**Sealed** [1] - 4:6
**search** [24] - 24:1, 58:19, 59:3, 59:7, 59:9, 60:1, 60:13, 73:12, 73:18, 73:19,

73:21, 74:5, 74:8
**searched** [1] - 24:13
**searches** [3] - 73:8, 73:9, 73:11
**seated** [1] - 42:25
**second** [5] - 7:3, 53:4, 61:1, 66:11, 92:2
**secondly** [1] - 10:4
**section** [1] - 38:21
**security** [1] - 6:22
**see** [23] - 12:1, 15:10, 16:23, 22:21, 23:17, 24:20, 39:13, 42:21, 46:14, 46:25, 50:22, 51:5, 55:3, 58:4, 59:15, 64:4, 64:9, 69:15, 69:21, 88:20, 92:3, 92:15, 101:18
**seeks** [1] - 32:13
**sees** [1] - 22:18
**SEIFERT** [77] - 1:13, 3:8, 5:5, 5:10, 5:16, 5:19, 35:5, 35:10, 35:13, 35:17, 39:25, 40:6, 41:16, 41:19, 43:13, 43:19, 44:9, 44:15, 45:12, 46:11, 46:25, 47:3, 47:7, 47:12, 47:14, 48:6, 48:12, 48:17, 48:19, 49:3, 49:17, 49:21, 50:1, 50:20, 50:24, 53:5, 53:10, 53:17, 53:18, 53:23, 54:8, 54:15, 54:16, 56:2, 56:8, 56:23, 57:1, 57:5, 57:15, 57:21, 59:14, 60:4, 60:11, 63:2, 63:7, 63:10, 63:14, 65:13, 65:17, 65:21, 66:1, 67:14, 67:21, 68:12, 68:18, 69:4, 69:11, 70:20, 74:22, 76:23, 77:3, 78:12, 78:14, 79:5, 79:15, 80:3, 80:6
**Seifert** [6] - 3:8, 3:12, 5:15, 28:6, 75:23, 78:11
**seize** [1] - 41:3
**seized** [5] - 18:23, 20:10, 24:16, 25:8
**self** [2] - 27:24, 43:25
**self-perpetuated** [1] - 27:24
**sell** [1] - 33:12
**selling** [2] - 19:14, 77:13
**send** [23] - 8:4, 8:24, 12:6, 12:7, 13:6,

13:13, 13:16, 14:2, 14:3, 14:23, 15:3, 15:4, 15:6, 15:7, 15:12, 15:13, 17:10, 25:24, 26:15, 33:12, 70:18, 70:19
**sender** [3] - 63:21, 64:6, 69:15
**sender's** [2] - 64:25, 66:16
**senders** [1] - 12:24
**sending** [7] - 14:6, 14:7, 14:25, 23:4, 27:13, 72:5, 72:9
**sends** [9] - 11:18, 14:20, 14:22, 15:9, 16:2, 17:21, 17:23, 22:6, 27:19
**sense** [2] - 33:23, 35:4
**sent** [22] - 5:21, 5:23, 6:9, 10:25, 11:8, 11:9, 13:24, 14:18, 15:11, 16:7, 16:8, 16:23, 16:24, 17:1, 17:15, 17:25, 22:1, 22:3, 22:15, 46:4, 70:23, 72:11
**sentence** [1] - 32:11
**sentencing** [1] - 32:10
**separate** [1] - 45:1
**separately** [2] - 45:2, 71:24
**September** [7] - 10:17, 16:1, 16:11, 16:18, 22:16, 25:23, 26:1
**serve** [1] - 36:9
**service** [2] - 65:11, 71:3
**services** [3] - 12:23, 13:6, 29:6
**set** [3] - 21:24, 25:22, 26:8
**seven** [1] - 77:19
**several** [5] - 18:22, 18:23, 24:20, 28:15, 56:1
**shares** [2] - 7:14, 29:11
**Shedner** [12] - 80:16, 80:17, 80:20, 81:2, 81:3, 90:11, 90:18, 91:11, 91:15, 91:25, 92:4, 93:7
**shedner** [1] - 81:6
**ship** [1] - 21:5
**shipment** [3] - 21:23, 26:5, 26:6
**shipments** [2] - 20:21, 20:23
**shipped** [2] - 21:2,

62:4
**shipper** [4] - 21:9, 22:5, 24:8
**shippers** [1] - 20:24
**shipping** [2] - 6:3, 20:25
**shipping-ready** [1] - 6:3
**short** [3] - 47:20, 92:13, 92:15
**shortage** [1] - 71:6
**shorter** [1] - 5:11
**shortest** [1] - 94:18
**shotguns** [1] - 15:22
**shoulder** [1] - 43:1
**show** [17] - 12:19, 13:19, 21:6, 28:13, 30:17, 30:22, 32:3, 32:13, 32:20, 39:11, 40:10, 41:12, 52:15, 62:6, 89:7, 89:8, 91:5
**showed** [3] - 52:17, 62:8, 75:23
**showing** [6] - 16:2, 24:4, 25:6, 25:7, 33:4, 43:4
**shown** [7] - 46:11, 53:1, 55:17, 66:25, 68:4, 68:19, 90:24
**sic]** [1] - 58:1
**SID** [1] - 66:20
**side** [1] - 31:1
**signed** [3] - 19:24, 19:25, 20:11
**significant** [1] - 75:15
**significantly** [1] - 45:25
**similar** [1] - 17:5
**simple** [1] - 7:18
**simpletons** [2] - 30:2, 41:11
**single** [2] - 19:25, 20:12
**sister** [2] - 12:25, 14:23
**sister's** [1] - 24:11
**sit** [2] - 81:22, 93:17
**situation** [2] - 6:22, 75:19
**six** [3] - 17:11, 21:2, 77:20
**slight** [1] - 61:8
**slow** [1] - 53:5
**small** [6] - 24:5, 29:10, 29:19, 30:3, 41:6, 49:19
**smaller** [1] - 13:5
**smartphone** [1] - 70:17

**smoke** [1] - 9:19
**smuggle** [3] - 5:23,
6:17, 9:1
**smuggled** [1] - 7:7
**smuggling** [8] - 10:7,
20:18, 21:8, 22:13,
25:17, 26:4, 26:17,
27:22
**sneak** [1] - 16:13
**snippet** [1] - 49:5
**social** [3] - 23:15,
44:1, 50:11
**sold** [1] - 29:2
**soldiers** [2] - 22:22,
22:24
**someone** [3] - 12:15,
14:16
**sometime** [1] - 78:4
**son** [1] - 10:13
**soon** [2] - 78:18,
78:21
**sorry** [7] - 63:5, 64:16,
66:11, 66:18, 85:6,
85:20, 92:22
**sort** [2] - 27:3, 77:14
**sought** [2] - 93:18,
94:4
**sound** [2] - 50:3,
50:21
**sources** [2] - 11:2,
27:9
**South** [10] - 35:25,
37:8, 37:12, 45:3,
45:20, 46:10, 52:18,
52:20, 56:16, 58:11
**southeast** [1] - 7:13
**Spanish** [1] - 29:15
**speaking** [5] - 34:13,
41:15, 81:11, 85:8,
86:20
**Special** [3] - 35:13,
79:23, 89:4
**special** [4] - 35:18,
35:21, 91:22, 94:17
**specific** [6] - 26:23,
53:20, 86:21, 87:24,
94:4, 94:5
**specifically** [12] -
13:4, 26:24, 38:8,
52:2, 53:23, 62:15,
72:24, 77:11, 79:2,
79:18, 90:5, 94:1
**spell** [2] - 35:19, 89:13
**spent** [2] - 9:25, 45:20
**spreadsheet** [8] -
54:20, 55:3, 63:15,
63:16, 64:22, 64:24,
65:3, 66:7
**squad** [14] - 36:25,
37:2, 37:6, 37:15,

37:25, 40:15, 40:17,
41:7, 44:16, 46:5,
46:6, 90:4, 90:6
**squalor** [1] - 39:10
**squeeze** [1] - 94:20
**St** [22] - 9:4, 13:3,
16:5, 18:21, 19:17,
20:2, 24:11, 24:14,
26:2, 31:23, 68:3,
68:9, 68:10, 68:11,
71:21, 72:6, 72:25,
73:14, 73:16, 73:17,
73:22, 74:14
**stacks** [1] - 17:4
**stand** [3] - 31:9,
52:20, 59:19
**standard** [1] - 19:1
**start** [4] - 10:8, 28:25,
61:21, 62:7
**started** [2] - 23:20,
30:3
**starting** [2] - 3:5, 95:6
**starts** [3] - 22:21,
54:18, 66:21
**State** [1] - 19:6
**state** [4] - 3:7, 26:19,
80:10, 89:13
**statement** [2] - 27:14,
31:11
**STATEMENT** [2] -
5:18, 28:8
**Statement** [2] - 2:3,
2:4
**statements** [3] - 3:24,
25:8, 47:23
**States** [44] - 3:3, 3:9,
5:23, 6:15, 6:16,
6:18, 7:4, 7:6, 7:8,
8:1, 8:5, 8:17, 8:19,
8:24, 9:10, 10:7,
12:6, 12:7, 12:21,
13:1, 18:21, 18:25,
23:13, 27:22, 28:11,
29:1, 29:18, 30:10,
32:16, 32:18, 32:23,
35:13, 51:18, 52:3,
62:7, 67:24, 70:7,
72:4, 72:17, 80:13,
82:21, 83:1, 83:4
**STATES** [3] - 1:1, 1:3,
1:10
**stationed** [1] - 36:15
**status** [1] - 9:10
**stay** [1] - 81:8
**stayed** [1] - 84:15
**step** [5] - 7:12, 27:25,
79:23, 88:24, 94:17
**steps** [3] - 79:24,
88:25, 94:19
**sticker** [1] - 59:16,

59:22
**still** [8] - 5:10, 9:18,
15:19, 29:4, 29:16,
74:19, 87:20, 88:20
**stipulations** [1] - 31:7
**stood** [1] - 46:6
**stopped** [1] - 24:2
**storage** [2] - 24:14,
74:7
**store** [4] - 17:5, 17:20,
24:24
**stored** [2] - 62:4, 65:3
**stores** [1] - 25:1
**story** [3] - 23:12,
23:13
**straw** [13] - 8:25, 9:3,
9:5, 9:8, 16:1, 16:4,
16:9, 17:17, 18:20,
20:19, 25:7, 26:2
**street** [1] - 8:9
**Street** [1] - 1:14
**strikes** [2] - 23:17,
51:4
**stuff** [2] - 22:8, 22:10
**stuffed** [1] - 5:25
**style** [2] - 18:15, 22:25
**styles** [1] - 42:3
**sub_Amdocs** [1] -
54:18
**subject** [3] - 19:7,
61:17, 77:6
**submit** [1] - 34:18
**subscriber** [3] - 54:24,
55:4, 55:8
**suburbs** [1] - 39:3
**suit** [2] - 43:1, 50:4
**suitcase** [1] - 13:17
**Suite** [1] - 1:22
**summarize** [2] -
49:14, 57:12, 61:18
**summary** [7] - 49:5,
49:11, 49:19, 57:7,
57:9, 57:12, 57:16
**summer** [2] - 44:17,
75:11
**supervise** [1] - 8:25
**supply** [1] - 23:2
**supposed** [2] - 17:2,
84:4
**surveillance** [1] -
30:17
**suspected** [1] - 44:24
**sustained** [1] - 84:13
**swaths** [2] - 6:23,
18:16
**swear** [3] - 6:6, 16:15,
22:7
**SWORN** [3] - 35:15,
80:7, 89:5
**sworn** [1] - 3:5

**system** [2] - 65:10,
71:8

## T

**T-Mobile** [2] - 54:10,
55:9
**tab** [3] - 54:20, 63:17,
66:8
**Tabarre** [1] - 38:19
**table** [3] - 3:9, 42:25,
80:4
**tabs** [2] - 63:16, 66:7
**tags** [1] - 9:19
**tainted** [1] - 26:21
**takings** [12] - 7:2,
7:11, 10:8, 10:9,
10:11, 26:9, 27:21,
37:20, 37:22, 37:25,
38:2, 41:24
**task** [2] - 75:8, 89:25
**Task** [1] - 36:14
**tax** [1] - 13:10
**taxes** [2] - 27:3, 27:4
**TB** [1] - 66:21
**team** [2] - 78:1, 78:2
**telephone** [2] - 4:5,
52:4
**temporarily** [1] - 75:20
**ten** [1] - 12:2
**terms** [1] - 40:25
**territory** [10] - 6:25,
16:16, 18:17, 40:24,
40:25, 41:2, 42:10
**terrorism** [1] - 36:13
**Terrorism** [1] - 36:14
**terrorist** [1] - 36:20
**test** [2] - 79:8, 79:11
**testified** [1] - 76:6
**testify** [6] - 18:14,
19:3, 31:18, 31:25,
32:5, 32:8
**testifying** [1] - 47:8
**TESTIMONY** [1] - 2:6
**testimony** [6] - 31:16,
32:6, 49:4, 57:6,
61:9, 76:24
**text** [5] - 62:13, 70:8,
70:10, 70:18, 71:10
**texts** [1] - 9:24
**THE** [100] - 1:1, 1:10,
3:2, 3:11, 3:18, 3:22,
4:4, 5:4, 5:7, 5:13,
5:15, 28:6, 33:21,
34:25, 35:2, 35:8,
35:15, 40:2, 43:15,
44:11, 45:10, 46:20,
47:2, 47:5, 47:10,
47:13, 48:8, 48:16,

48:18, 48:23, 49:20,
49:23, 50:17, 53:3,
53:8, 53:12, 54:4,
54:12, 54:13, 56:5,
56:24, 57:2, 57:18,
59:13, 60:7, 63:9,
63:11, 65:16, 65:19,
65:23, 67:17, 68:14,
69:7, 70:13, 70:15,
70:16, 74:23, 74:25,
77:1, 77:5, 78:8,
78:11, 79:7, 79:17,
79:18, 79:23, 80:5,
80:7, 82:9, 84:13,
86:14, 86:15, 87:3,
87:13, 87:23, 88:22,
88:23, 88:24, 89:1,
89:5, 89:9, 91:1,
91:3, 91:7, 91:20,
92:10, 92:15, 92:20,
92:22, 93:13, 93:23,
94:1, 94:15, 94:17,
94:20, 95:2, 95:5,
95:8, 95:11, 101:18
**theories** [1] - 25:11
**thereafter** [1] - 61:20
**therefore** [2] - 31:9,
34:12
**third** [1] - 6:2
**thirdly** [1] - 10:6
**this'll** [1] - 95:13
**thorough** [1] - 76:10
**thousand** [3] - 15:3,
15:4, 15:13
**thousands** [2] - 9:18,
24:2
**three** [14] - 6:2, 12:2,
12:23, 14:23, 21:6,
21:24, 24:9, 37:13,
64:16, 65:19, 84:2,
84:5, 85:2, 85:7
**three-digit** [1] - 64:16
**three-way** [4] - 84:2,
84:5, 85:2, 85:7
**throughout** [4] - 12:3,
28:17, 29:21, 56:16
**Thursday** [1] - 1:6
**tied** [1] - 20:10
**timing** [1] - 73:2
**TIMOTHY** [2] - 2:11,
89:5
**Timothy** [2] - 89:4,
89:15
**Tise** [3] - 12:12, 12:17
**Titanyen** [1] - 39:1
**Titit's** [1] - 14:15
**title** [1] - 54:19
**titled** [1] - 63:15
**Tobacco** [1] - 19:2
**today** [15] - 3:17, 6:13,

10:4, 21:18, 22:11, 24:6, 31:5, 42:21, 49:4, 57:6, 59:19, 76:7, 81:22, 93:17, 94:6
**Today** [1] - 13:23
**together** [4] - 10:1, 21:15, 49:5, 58:3
**toll** [2] - 52:11, 52:12
**tomorrow** [2] - 17:6, 18:3
**Tomorrow** [1] - 13:13
**took** [3] - 57:23, 57:25, 74:14
**top** [3] - 64:6, 91:10, 94:13
**topics** [1] - 87:10
**toward** [2] - 23:19, 51:6
**towers** [1] - 71:3
**trace** [1] - 26:24
**tracing** [2] - 26:19
**track** [3] - 14:24, 24:20, 25:3
**tracked** [1] - 25:1
**tracking** [3] - 24:22, 41:7, 53:20
**traditional** [1] - 70:10
**trafficking** [1] - 89:25
**transaction** [2] - 15:2, 19:1
**transactions** [2] - 72:23, 73:4
**transcript** [1] - 102:4
**TRANSCRIPT** [1] - 1:9
**transfer** [4] - 12:22, 19:14, 66:12, 72:3
**transferee** [4] - 19:10, 19:11, 19:13, 19:23
**transferred** [8] - 6:14, 7:3, 8:16, 12:21, 19:20, 26:21, 66:13, 74:20
**transferring** [2] - 10:5, 72:21
**transfers** [6] - 12:20, 12:22, 25:6, 72:16, 73:3, 73:5
**translate** [1] - 23:16
**translated** [2] - 47:24, 51:2
**translates** [2] - 7:18, 8:7
**translation** [5] - 48:13, 48:15, 48:17, 48:20
**translator** [1] - 48:20
**travel** [3] - 38:16, 56:12, 56:14
**traveled** [4] - 8:20, 38:22, 38:24, 56:15

**travelers** [1] - 42:10
**trial** [8] - 9:4, 10:10, 25:4, 31:3, 31:5, 31:8, 33:22, 34:22
**TRIAL** [1] - 1:9
**trip** [1] - 57:25
**trips** [2] - 57:23, 58:4
**trouble** [2] - 14:10, 22:12
**trusted** [1] - 32:5
**try** [2] - 16:13, 24:24
**trying** [2] - 5:22, 6:1
**Tunis** [86] - 5:21, 5:23, 6:10, 8:19, 8:21, 9:6, 9:17, 9:22, 9:24, 11:8, 11:18, 12:13, 12:18, 13:2, 13:9, 13:18, 13:20, 13:21, 13:23, 14:19, 14:22, 14:23, 15:1, 15:6, 15:9, 15:18, 15:23, 16:2, 16:6, 16:7, 16:12, 16:18, 17:2, 17:21, 17:23, 18:1, 18:20, 18:22, 19:16, 19:24, 20:5, 20:7, 20:18, 20:25, 21:17, 22:1, 22:3, 22:13, 22:15, 23:24, 24:7, 25:25, 26:2, 26:4, 26:15, 27:19, 55:15, 55:21, 55:25, 56:1, 56:11, 56:12, 56:14, 56:19, 56:20, 57:23, 58:14, 58:23, 59:4, 59:9, 59:25, 60:12, 61:1, 62:6, 62:11, 67:11, 68:25, 70:5, 70:8, 71:21, 72:5, 72:25, 73:22, 74:13, 78:19
**Tunis's** [11] - 24:13, 58:17, 58:19, 64:20, 67:6, 67:22, 69:2, 70:1, 71:15, 72:19, 73:13
**turn** [2] - 50:3, 93:4
**two** [21] - 9:3, 10:11, 12:22, 17:11, 17:12, 20:19, 22:11, 25:20, 26:13, 36:23, 44:25, 45:1, 45:2, 53:16, 57:16, 59:6, 64:10, 65:2, 79:8, 81:11
**type** [2] - 36:1, 60:21
**types** [9] - 15:23, 22:25, 25:20, 28:21, 37:5, 38:24, 42:2, 52:9, 70:4

**U**

**U.S** [36] - 1:14, 1:16, 1:24, 7:7, 10:4, 10:9, 10:12, 10:14, 10:17, 10:19, 11:2, 12:5, 15:21, 23:4, 26:9, 27:7, 27:10, 27:21, 33:9, 37:7, 37:10, 37:14, 37:15, 37:20, 38:15, 38:17, 38:18, 40:14, 41:23, 45:2, 45:3, 46:1, 47:21, 63:18, 74:20, 75:15
**ultimately** [1] - 41:5
**uncle** [1] - 28:15
**under** [4] - 4:3, 18:19, 19:24, 30:16
**underlying** [1] - 26:22
**undo** [1] - 66:11
**unhighlight** [1] - 69:13
**Union** [10] - 12:23, 14:3, 14:11, 25:25, 26:15, 66:2, 66:12, 66:14, 71:25
**unit** [4] - 24:14, 74:7, 74:8, 75:8
**United** [44] - 3:3, 3:9, 5:23, 6:14, 6:16, 6:18, 7:4, 7:6, 7:8, 8:1, 8:5, 8:17, 8:19, 8:24, 9:10, 10:7, 12:6, 12:7, 12:21, 13:1, 18:21, 18:25, 23:13, 27:22, 28:11, 29:1, 29:18, 30:10, 32:16, 32:18, 32:23, 35:13, 51:18, 52:3, 62:7, 67:24, 70:7, 72:4, 72:17, 80:13, 82:21, 83:1, 83:4
**UNITED** [3] - 1:1, 1:3, 1:10
**unlawful** [1] - 26:22
**unmonitored** [3] - 8:1, 9:21, 10:1
**unpredictable** [1] - 8:7
**unreliable** [1] - 71:6
**unusual** [1] - 46:2
**up** [31] - 4:4, 4:5, 6:1, 12:11, 13:5, 19:8, 21:3, 22:4, 22:21, 26:6, 27:15, 30:8, 30:12, 30:14, 37:9, 37:13, 38:25, 39:1, 40:23, 46:6, 46:15, 69:12, 71:22, 73:6,

77:17, 77:20, 79:10, 83:12, 84:24, 93:4
**upper** [1] - 62:3
**uses** [1] - 14:22

**V**

**VA** [1] - 1:23
**valve** [1] - 27:12
**various** [7] - 19:3, 29:20, 31:14, 39:7, 41:3, 41:4, 42:3
**Vegas** [3] - 36:12, 36:15, 36:16
**vegetables** [1] - 28:21
**vegetation** [1] - 28:19
**verdict** [1] - 28:4
**versus** [1] - 3:4
**via** [4] - 25:25, 26:15, 70:24, 74:21
**victim** [1] - 10:22
**victims** [2] - 15:21, 21:25
**video** [25] - 9:11, 9:13, 17:23, 22:15, 23:16, 47:17, 47:19, 47:20, 47:23, 48:3, 49:6, 49:15, 49:19, 50:4, 50:9, 50:11, 50:19, 50:22, 51:3, 51:8, 51:14, 51:19, 75:23
**Video** [6] - 9:15, 17:22, 17:24, 22:23, 50:14, 51:20
**view** [1] - 60:24
**violent** [9] - 37:1, 37:5, 37:7, 37:17, 37:18, 41:4, 75:12, 90:4
**visit** [1] - 28:12
**visited** [1] - 8:23
**voice** [9] - 13:24, 70:8, 70:19, 70:21, 70:23, 71:2, 71:7, 82:4, 86:11
**volume** [1] - 40:16
**Vophsie** [1] - 3:4

**W**

**Wait** [1] - 22:4
**waiting** [1] - 50:25
**Walder** [11] - 9:4, 16:5, 17:9, 17:12, 17:14, 17:16, 31:23, 32:13, 68:3, 68:9
**walking** [1] - 22:21
**wants** [1] - 15:18
**war** [1] - 18:12

**warning** [1] - 19:11
**warnings** [2] - 19:3, 20:11
**warrant** [7] - 24:1, 24:2, 58:19, 59:3, 59:7, 60:2, 74:1
**warrants** [3] - 73:12, 73:21, 73:23
**Washington** [4] - 1:5, 1:15, 1:17, 1:25
**watch** [1] - 22:18
**watching** [1] - 23:14
**Wayne** [2] - 102:9, 102:9
**WAYNE** [2] - 1:24, 102:3
**ways** [4] - 13:4, 24:25, 27:3, 70:4
**weapon** [8] - 16:12, 16:14, 17:21, 18:11, 18:12, 18:17, 23:19, 51:6
**weapons** [30] - 5:22, 6:16, 6:17, 6:24, 7:7, 7:8, 9:7, 9:8, 18:15, 18:21, 18:22, 19:19, 20:2, 20:7, 20:15, 22:14, 23:2, 23:3, 23:5, 24:15, 24:16, 24:23, 24:25, 27:22, 41:25, 42:2, 42:3, 77:14
**wearing** [3] - 9:16, 42:24, 43:1
**Wednesday** [1] - 17:7
**weeks** [2] - 26:13, 26:14
**welcome** [1] - 5:7
**west** [3] - 29:13, 31:1, 39:20
**Western** [10] - 12:23, 14:3, 14:10, 14:11, 25:25, 26:15, 66:2, 66:12, 66:14, 71:25
**western** [1] - 7:14
**WhatsApp** [6] - 25:5, 62:15, 70:9, 70:11, 70:16, 71:9
**whole** [4] - 18:8, 18:9, 35:9, 40:8
**wi** [1] - 71:7
**wi-fi** [1] - 71:7
**wife** [1] - 55:15
**willfully** [1] - 25:12
**Wilson** [1] - 1:22
**wipe** [2] - 18:8, 18:9
**wire** [2] - 72:3, 73:4
**witness** [27] - 31:22, 31:25, 32:4, 32:5, 35:7, 39:11, 41:16,

43:4, 46:11, 46:16, 47:16, 53:1, 55:17, 57:10, 59:11, 61:5, 66:25, 68:4, 68:19, 79:25, 89:1, 89:8, 90:23, 91:6, 93:22, 94:21, 94:23

**Witness** [4] - 79:24, 88:25, 93:5, 94:19

**WITNESS** [8] - 35:15, 70:16, 79:18, 80:7, 86:15, 88:23, 89:5, 92:22

**witness's** [2] - 87:16, 87:22

**witnesses** [11] - 25:5, 25:6, 31:9, 31:16, 31:18, 31:21, 46:19, 46:21, 46:22, 46:25

**woman** [2] - 8:12, 45:4

**word** [4] - 27:4, 30:1, 30:2, 54:18

**words** [5] - 5:20, 12:9, 23:16, 27:18, 34:1

**world** [2] - 37:9, 37:13

**worries** [1] - 21:18

**worth** [3] - 9:18, 26:10, 26:11

**wow** [2] - 16:18, 22:9

**wrapped** [2] - 5:24, 62:1

**write** [1] - 15:17

## Y

**years** [11] - 19:8, 29:5, 30:4, 32:17, 32:18, 36:15, 36:16, 36:22, 36:23, 77:20, 89:20

**yesterday** [1] - 33:19

**young** [2] - 30:3, 46:3

**younger** [1] - 8:13

**yourself** [2] - 35:19, 71:1

**YouTube** [3] - 17:23, 47:20, 50:12

## Z

**Zelle** [1] - 72:21

**zero** [1] - 91:2

**zoom** [2] - 40:9, 63:19

**zoom-in** [1] - 40:9