1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,
                                    CR No. 21-0699-01 (JBD)
4
        vs.                         Washington, D.C.
5                                   January 18, 2024
    JOLY GERMINE,                   1:33 p.m.
6
              Defendant.            Pages 118 through 278
7   _____

8
                         **P.M. SESSION**
9                **TRANSCRIPT OF THE BENCH TRIAL**
             **BEFORE THE HONORABLE JOHN D. BATES**
10                **UNITED STATES DISTRICT JUDGE**

11

12   APPEARANCES:

13   For the Government:

14           KAREN P. SEIFERT, AUSA
             KIMBERLY L. PASCHALL, AUSA
15           U.S. Attorney's Office
             601 D Street NW
16           Washington, DC 20530

17           BEAUDRE D. BARNES, ESQ
             U.S. Department of Justice
18           950 Pennsylvania Avenue NW
             Washington, DC 20530
19
     For the Defendant:
20
             ALLEN HOWARD ORENBERG, ESQ.
21           The Orenberg Law Firm, PC
             12505 Park Potomac Avenue
22           6th Floor
             Potomac, MD 20854
23

24

25

119

```
1   (APPEARANCES CONTINUED:)

2
            ALITA AMATO, ESQ.
3           2111 Wilson Boulevard
            Suite 8th Floor
4           Arlington, VA 22201

5
    Court Reporter:
6
            Stacy Johns, RPR
7           Official Court Reporter

8           Proceedings recorded by mechanical stenography,
            transcript produced by computer-aided transcription
9
```

                          INDEX

GOVERNMENT WITNESSES                                    PAGE

SPECIAL AGENT ROBERT HERBSTER

    Direct Examination By Ms. Paschall                  132

SOPHIA CALIDONNA

    Direct Examination By Ms. Paschall                  157


                         EXHIBITS

GOVERNMENT EXHIBITS                                    ADMIT

100                                                     136

101                                                     141

101A                                                    142

101T                                                    172

102                                                     143

102A                                                    144

102T                                                    174

INDEX (continued)

| GOVERNMENT EXHIBITS | ADMIT |
|---|---|
| 103 | 145 |
| 103A | 146 |
| 104 | 147 |
| 104A | 148 |
| 104T | 178 |
| 105 | 150 |
| 105T | 179 |
| 106 | 151 |
| 106A | 152 |
| 110 | 137 |
| 110.02, 111 | 155 |
| 120 | 139 |
| 121 | 156 |
| 140 | 194 |
| 202, 202A | 160 |
| 203 | 162 |
| 203A | 162 |
| 204 | 164 |
| 205 | 165 |
| 206 | 167 |
| 207, 209 | 169 |
| 208 | 168 |

Herbster - DIRECT

| | |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | THE COURT:  All right.  We're ready for the next |
| 3 | witness, please.  I keep forgetting.  I can't see from this |
| 4 | monitor.  The next witness. |
| 5 | MS. PASCHALL:  Your Honor, the Government calls |
| 6 | Special Agent Robert Herbster. |
| 7 | SPECIAL AGENT ROBERT HERBSTER, |
| 8 | having been first duly sworn on oath, was examined and |
| 9 | testified as follows: |
| 10 | THE COURT:  Good afternoon, Special Agent Herbster. |
| 11 | THE WITNESS:  Good afternoon, Your Honor. |
| 12 | THE COURT:  Ms. Paschall. |
| 13 | DIRECT EXAMINATION |
| 14 | BY MS. PASCHALL: |
| 15 | Q.  Good afternoon, Special Agent Herbster.  Can you please |
| 16 | state and spell your full name for the record? |
| 17 | A.  Good afternoon.  Robert, R-O-B-E-R-T, Herbster, |
| 18 | H-E-R-B-S-T-E-R. |
| 19 | Q.  Where do you work? |
| 20 | A.  For the Federal Bureau of Investigation. |
| 21 | Q.  How long have you been with the Federal Bureau of |
| 22 | Investigation? |
| 23 | A.  Twenty-one years. |
| 24 | Q.  What is your current duty assignment with the FBI? |
| 25 | A.  I'm assigned to the Miami field office as a supervisory |

Herbster - DIRECT

1  special agent over our computer forensics group.

2  Q.  As a supervisory special agent over that specific unit,

3  what are your duties and responsibilities?

4  A.  I oversee our team of digital forensics examiners who are

5  responsible for the seizure, examination and processing of

6  digital evidence.

7  Q.  In the course of your duties as a supervisory special

8  agent, on October 25th of 2021, did you assist a criminal squad

9  by going to the Fort Lauderdale airport?

10  A.  Yes.

11  Q.  Can you explain to the Judge what you did there?

12  A.  Yes.  At that time -- I am also a certified digital

13  forensic examiner for the FBI.  At that time, I was not the

14  supervisor yet.  I was acting in the capacity as a digital

15  forensic examiner.  I was requested to accompany a squad of

16  agents to the airport for the seizure of cell phones.

17        MS. PASCHALL:  I'm going to ask Mr. Barnes to approach

18  the witness with what we have previously admitted as

19  Government's Exhibit 1000.

20  BY MS. PASCHALL:

21  Q.  Special Agent Herbster, we've handed to you Government's

22  Exhibit 1000.  Do you recognize this?

23  A.  I do.

24  Q.  What is Government's Exhibit 1000?

25  A.  It's a cell phone, an Apple iPhone.

Herbster - DIRECT

1   Q.   On October 25th of 2021, did you take possession of that

2   cell phone for the purpose of making a digital extraction of

3   the contents?

4   A.   I did.

5   Q.   Could you explain to the Judge exactly what did you do with

6   Government's Exhibit 1000?

7   A.   I used forensic software to obtain what's called a logical

8   copy or a logical extraction of the device, which means I was

9   able to obtain the data that the user has access to on the

10  device, such as the phone call logs, text messages, photos,

11  videos, things of that nature.  Also, I believe we were able to

12  obtain WhatsApp messages.

13  Q.   Is that the same or different than what we could call a

14  full file system extraction?

15  A.   It's different.

16  Q.   How?

17  A.   A full file system extraction can be obtained by using

18  tools that are commercially available to Government and law

19  enforcement agencies.  One of them is called GrayKey is the

20  device made by a company called Grayshift.  And what it does is

21  it essentially bypasses the security features on the phone to

22  allow us to obtain access to the entirety of the storage device

23  on the phone.  So we're able to obtain all the files from the

24  phone, not just the ones that the manufacture wants us to be

25  able to access.

Herbster - DIRECT

1    Q.  So a couple days later on November 1st and 2nd of 2021, did

2    you do a second extraction from Government's Exhibit 1000?

3    A.  I did.

4    Q.  And was that a GrayKey full-file system full extraction

5    you've just been explaining to the Judge?

6    A.  Yes.

7    Q.  This morning, at great pains, did you put both of those

8    extractions on a hard drive as an evidentiary copy for the

9    Judge of Government's Exhibit 100?

10   A.  I did.

11   Q.  I am going to hand you --

12   A.  Thank you.

13   Q.  -- the hard drive that contains Government's Exhibit 100.

14   Do you see your signature on that hard drive?

15   A.  I do.

16   Q.  Do you believe that to be the hard drive that you have

17   placed evidentiary copies of those two extractions from phone

18   Government's Exhibit 1000?

19   A.  Yes, it is.

20          MS. PASCHALL:  At this time, Your Honor, the

21   Government would move the admission of Government's

22   Exhibit 100.

23          MR. ORENBERG:  No objection.

24          THE COURT:  Without objection, Government's

25   Exhibit 100 is admitted.

1       (Government Exhibit 100 received in evidence.)

2   BY MS. PASCHALL:

3   Q.   When you were at the airport on October 25th, 2021, did you

4   also do one of those logical extractions on a different cell

5   phone?

6   A.   I did.

7   Q.   Can you explain to the Judge what happened there?

8   A.   My understanding is during the interview a second cell

9   phone was determined to be in possession of the person being

10  interviewed.  The agents conducting the interview obtained

11  consent for the individual for us to search the phone.  They

12  then provided me with the phone and the consent form and I did

13  a logical extraction of a Samsung cell phone.

14  Q.   And once again, this morning were you able to put that

15  extraction of that Samsung cell phone on the hard drive that

16  you have there in front of you?

17  A.   Yes, I was.

18  Q.   And is that going to be Government's Exhibit 110?

19  A.   Yes.

20  Q.   Is that extraction that you have in Government's

21  Exhibit 110 the same extraction of data or the report of same

22  extraction of data that you extracted from that Samsung cell

23  phone at the airport on October 25, 2021?

24  A.   My apologies.  The report that is on this device was

25  actually obtained the following day.  The individual allowed us

Herbster - DIRECT

1   to maintain custody of the device in order for us to get a more

2   thorough extraction, the full-file system extraction from the

3   Samsung device.  In fact that is the extraction that is on this

4   hard drive.

5   Q.  Thank you for that clarification.  That was extracted the

6   next day, October 26, 2021?

7   A.  Yes.

8           MS. PASCHALL:  At this time, Your Honor, the

9   Government would move the admission of Government's

10  Exhibit 110.

11          MR. ORENBERG:  No objection.

12          THE COURT:  Without objection, Government's

13  Exhibit 110 is admitted.

14      (Government Exhibit 110 received in evidence.)

15  BY MS. PASCHALL:

16  Q.  Do you know what happened to the physical Samsung cell

17  phone after you finished performing that extraction on

18  October 26th of 2021?

19  A.  I returned it to the requesting agent, who I believe

20  returned it to the owner.

21  Q.  And I would ask Mr. Barnes to bring up what is Government's

22  Exhibit 1001, 1001.

23      Special Agent, we've handed you Government's Exhibit 1001.

24  What have we handed you?

25  A.  It's another Apple iPhone.

Herbster - DIRECT

1  Q.  Later in the investigation were you given Government's

2  Exhibit 1001 to similarly perform an extraction of its

3  contents?

4  A.  Yes, I was.

5  Q.  Did you, in fact, perform an extraction of those contents?

6  A.  I did.

7  Q.  And are those contents on the hard drive that we've been

8  discussing as Exhibit 120?

9  A.  Yes, they are.

10  Q.  Is the copy that is on the hard drive that you have that's

11  Government's Exhibit 120 the same report that was extracted

12  from the iPhone that is Government's Exhibit 1001?

13  A.  Yes, it is.

14      MS. PASCHALL:  At this time, Your Honor, the

15  Government would move the admission of Government's

16  Exhibit 120.

17      THE COURT:  What about 1001?

18      MS. PASCHALL:  I don't think this agent has the

19  foundation to lay that.  That will come in through another

20  agent.  Thank you, Your Honor.

21      THE COURT:  All right.  120 is admitted -- I'm sorry,

22  was there any objection?

23      MR. ORENBERG:  Sorry, what's the description of 120

24  again, please?

25  BY MS. PASCHALL:

Herbster - DIRECT

1  Q.  Special Agent, could you please describe what type of phone

2  is in Government's Exhibit 1001 that then is the report for

3  Government's Exhibit 120?

4  A.  It's an Apple iPhone 7 that was provided to me at some

5  point after the initial searches at the airport.  It was

6  approximately a week later.  I believe it was November 1st of

7  2021 when I received that device.

8         THE COURT:  And then 120 is --

9         MS. PASCHALL:  Does that help?

10        MR. ORENBERG:  Thank you for the clarification.  No

11  objection.

12        THE COURT:  120 is admitted.

13     (Government Exhibit 120 received in evidence.)

14  BY MS. PASCHALL:

15  Q.  Now, when you generate the reports from the extractions of

16  those cell phones, how big are those data files?

17  A.  It depends on the phone itself and the amount of storage

18  that the phone is capable of holding.  Usually it's stored in

19  gigabytes, which is -- these phones were anywhere from 10 to

20  almost 50 gigabytes of storage.

21  Q.  Fair to say it's not particularly easy for a regular

22  computer user to manipulate those very large extractions?

23  A.  It's a lot of data, yes.

24  Q.  So in preparation for this trial today, did you assist me

25  and assist the Court by extracting specific conversations from

1    each of those exhibits, so that we could present them to the

2    Court?

3    A.  I did.

4          MS. PASCHALL:  Could we please pull up Government's

5    Exhibit 101 and 101A.

6          THE COURT:  101 and what?

7          MS. PASCHALL:  101A.

8          THE COURT:  Thank you.

9          MS. PASCHALL:  And we can stop right there.

10   BY MS. PASCHALL:

11   Q.  Special Agent, do you see Government's Exhibit 101 on the

12   screen in front of you?

13   A.  I do.

14   Q.  What is Government's Exhibit 101?

15   A.  It is a report of a WhatsApp conversation that was

16   extracted from the original device -- excuse me, from the

17   original report.

18   Q.  I'm going to circle a portion on the very first page of

19   Government's Exhibit 101.  Can you please read to the Court

20   what I have circled there?

21   A.  Yes.

22          THE COURT:  This isn't in evidence yet.  If I had a

23   jury, I would not let him read it before it's in evidence.

24          MS. PASCHALL:  Fair enough, Your Honor.

25   BY MS. PASCHALL:

Herbster - DIRECT

1    Q.  Let me go back.  Is Government's Exhibit 101 a portion of

2    the report in Government's Exhibit 100 that you generated as

3    evidence to assist the Court?

4    A.  Yes.

5          MS. PASCHALL:  At this time we would move the

6    admission of Government's Exhibit 101.

7          MR. ORENBERG:  No objection.

8          THE COURT:  Without objection, 101 is admitted.

9      (Government Exhibit 101 received in evidence.)

10   BY MS. PASCHALL:

11   Q.  Now, if you could please look at the portion of Page 1 that

12   I have circled.  Can you please tell the Court what is written

13   there.

14   A.  Yes.  The portion you've highlighted identified the

15   participants of this WhatsApp conversation and identifies

16   WhatsApp account 50931579101 with a name of Joly, J-O-L-Y,

17   space, with a capital M.  Some emojis after.  I can't determine

18   what they are.

19     The second participant was WhatsApp account number

20   16094703447, with the user name of Eliande, E-L-I-A-N-D-E,

21   space, Tunis, T-U-N-I-S, and in parentheses it says "owner."

22   Q.  In the parentheses owner, what does that mean as part of

23   this report?

24   A.  It means that she was the owner of the device from which

25   this conversation was extracted.

Herbster - DIRECT

1          MS. PASCHALL:  Could we please pull up Government's
2    Exhibit 101A.
3    BY MS. PASCHALL:
4    Q.  Special Agent, can you see 101A on the screen in front of
5    you?
6    A.  I can.
7    Q.  What is 101A?
8    A.  It is also a partial extraction from the original report of
9    a WhatsApp conversation between the same two participants.
10   Q.  So what is the difference between Government's Exhibit 101
11   and 101A?
12   A.  101 was extracted from the original report that was
13   obtained at the airport from the logical extraction.  And the
14   second exhibit, 101A, was extracted from the same device
15   approximately a week later with a full-file system extraction.
16   Q.  And does Government's Exhibit 101A appear to be a fair and
17   accurate representation of the conversation that you pulled
18   from that second report extracted on November 1st and 2nd of
19   2021?
20   A.  Yes, it does.
21          MS. PASCHALL:  At this time, Your Honor, the
22   Government would move the admission of 101A.
23          MR. ORENBERG:  No objection.
24          THE COURT:  Without objection, 101A is admitted.
25       (Government Exhibit 101A received in evidence.)

Herbster - DIRECT

1          MS. PASCHALL:  Could we please pull up Government's

2    Exhibit 102 and 102A.

3    BY MS. PASCHALL:

4    Q.  Special Agent, can you see Government's Exhibit 102 on the

5    screen in front of you?

6    A.  I can.

7    Q.  What is Government's Exhibit 102?

8    A.  It's also a WhatsApp conversation of a partial extraction

9    of a conversation from the original report.

10   Q.  And does Government's 102 fairly and accurately represent

11   what you extracted for our evidence today from Government's

12   Exhibit 100?

13   A.  Yes.

14          MS. PASCHALL:  At this time, Your Honor, we'd move the

15   admission of Government's Exhibit 102.

16          MR. ORENBERG:  No objection.

17          THE COURT:  Without objection, 102 is admitted.

18      (Government Exhibit 102 received in evidence.)

19          MS. PASCHALL:  Can we look at 102A, please.

20          THE WITNESS:  Yes, I can.

21   BY MS. PASCHALL:

22   Q.  Special Agent, can you see Government's Exhibit 102A?

23   A.  I can.

24   Q.  What is Government's Exhibit 102A?

25   A.  It is an export of a WhatsApp conversation from the second

1    extraction from the iPhone, which showed the same conversation.

2    Q.  Same conversation as what we saw in Government's

3    Exhibit 102?

4    A.  Yes.

5    Q.  Simply extracted one week later on November 1st and 2nd?

6    A.  Correct.

7    Q.  Is this a fair and accurate representation of the

8    conversation that you pulled from that extraction, Government's

9    Exhibit 100?

10   A.  Yes, it is.

11          MS. PASCHALL:  At this time, Your Honor, the

12   Government would move the admission of Government's

13   Exhibit 102A.

14          MR. ORENBERG:  No objection.

15          THE COURT:  Without objection, 102A is in.

16      (Government Exhibit 102A received in evidence.)

17   BY MS. PASCHALL:

18   Q.  Before we move on to the next exhibit, I'm going to once

19   again circle a portion of Page 1 of Government's Exhibit 102A.

20   Can you please explain to the Court what we see there.

21   A.  Yes.  You've highlighted the portion that shows the

22   participants of this WhatsApp conversation.

23   Q.  Who are the participants of the WhatsApp conversation?

24   A.  It's between WhatsApp account 14076685243, with the user

25   name of capital JOS, and the device owner, 16094703447, with

1    the same name, Eliande Tunis.

2              MS. PASCHALL:  Could we please pull up Government's

3    Exhibit 103.

4    BY MS. PASCHALL:

5    Q.  Special Agent, can you see Government's Exhibit 103 on the

6    screen in front of you?

7    A.  I can.

8    Q.  What is Government's Exhibit 103?

9    A.  Again, it's a WhatsApp conversation that was extracted from

10   the original report.

11   Q.  Is that the original report from the October 25th

12   extraction of the phone?

13   A.  Yes.

14   Q.  Does Government's Exhibit 103 appear to be a fair and

15   accurate representation of the conversation you extracted from

16   Government's Exhibit 100?

17   A.  It is.

18             MS. PASCHALL:  At this time, we'd move the admission

19   of Government's Exhibit 100.

20             MR. ORENBERG:  No objection.

21             THE COURT:  Without objection, 103 is admitted.

22      (Government Exhibit 103 received in evidence.)

23   BY MS. PASCHALL:

24   Q.  Before we move on, I've circled a portion of Government's

25   Exhibit 103 on the first page there.  Can you explain to the

Herbster - DIRECT

1    Judge what we see there?

2    A.  Again, that identifies the participants of this WhatsApp

3    conversation between WhatsApp account 19547095735, with the

4    user name capital KUZ, space, Walder, capital W-A-L-D-E-R, and

5    the same account, the device owner, Eliande Tunis.

6         MS. PASCHALL:  Can we please pull up Government's

7    Exhibit 103A.

8    BY MS. PASCHALL:

9    Q.  Special Agent, can you see Government's Exhibit 103A on the

10   screen in front of you?

11   A.  I can.

12   Q.  What is Government's Exhibit 103A?

13   A.  It's an export of the WhatsApp conversation from the second

14   extraction that was done around November 1st, 2021.

15   Q.  And is Government's Exhibit 103A a fair and accurate

16   representation of the conversation that you exported from

17   Government's Exhibit 100?

18   A.  Yes, it is.

19        MS. PASCHALL:  At this time, Your Honor, we'd move the

20   admission of Government's Exhibit 103A.

21        MR. ORENBERG:  No objection.

22        THE COURT:  Without objection, 103A is admitted.

23     (Government Exhibit 103A received in evidence.)

24   BY MS. PASCHALL:

25   Q.  I'm circling in the center of the screen, again.  Does this

1    appear to be the same participants that we just listed from

2    Government's Exhibit 103?

3    A.  Yes, it is.

4          MS. PASCHALL:  Could we please pull up Government's

5    Exhibit 104.

6    BY MS. PASCHALL:

7    Q.  Special Agent, can you see Government's Exhibit 104 on your

8    screen?

9    A.  I can.

10   Q.  What is Government's Exhibit 104?

11   A.  It's an export of a WhatsApp conversation.  Again, from the

12   original extraction of the device done at the airport on

13   October 25th.

14   Q.  Does Government's Exhibit 104 appear to be a fair and

15   accurate representation of the conversation you exported from

16   the original extraction of Government's Exhibit 100?

17   A.  Yes, it does.

18         MS. PASCHALL:  At this time, Your Honor, the

19   Government would move the admission of Government's

20   Exhibit 104.

21         MR. ORENBERG:  No objection.

22         THE COURT:  Without objection, 104 is admitted.

23      (Government Exhibit 104 received in evidence.)

24   BY MS. PASCHALL:

25   Q.  And, Special Agent, I'm circling, once again, on the first

1    page of the document here, the participants.  Could you please

2    tell the Judge who participated in the conversation extracted

3    in Government's Exhibit 104?

4    A.  Yes.  It's a WhatsApp conversation between participants

5    with WhatsApp account 5094874358.  And the device owner,

6    Eliande Tunis.

7            MS. PASCHALL:  Can we please pull up Government's

8    Exhibit 104A.

9    BY MS. PASCHALL:

10   Q.  Special Agent, can you see Government's Exhibit 104A on the

11   screen in front of you?

12   A.  I can.

13   Q.  What is Government's Exhibit 104A?

14   A.  It's an export of a WhatsApp conversation from the second

15   extraction of the device on November 1st.

16   Q.  Does Government's Exhibit 104A appear to be a fair and

17   accurate representation of the exported conversation that you

18   took from Government's Exhibit 100 on the second extraction in

19   November?

20   A.  Yes.

21           MS. PASCHALL:  At this time, Your Honor, the

22   Government would move the admission of 104A.

23           MR. ORENBERG:  No objection.

24           THE COURT:  Without objection, 104A is admitted.

25      (Government Exhibit 104A received in evidence.)

Herbster - DIRECT

```
1   BY MS. PASCHALL:
2   Q.  I'm circling once again the participants on Page 1 of
3   Government's Exhibit 104A.  Special Agent, does this appear to
4   be the same participants who are listed in Government's
5   Exhibit 104?
6   A.  Yes.
7           MS. PASCHALL:  Can we please pull up Government's
8   Exhibit 105.
9   BY MS. PASCHALL:
10  Q.  Special Agent, can you see Government's Exhibit 105 on the
11  screen in front of you?
12  A.  Yes, I can.
13  Q.  What is Government's Exhibit 105?
14  A.  It's an export of a WhatsApp conversation from the original
15  extraction of Exhibit 100.
16  Q.  Does Government's Exhibit 105 appear to be a fair and
17  accurate representation of the conversation you exported from
18  Government's Exhibit 100, the original report done in October
19  of 2021?
20  A.  Yes.
21          MS. PASCHALL:  At this time, Your Honor, the
22  Government would move the admission of Government's
23  Exhibit 105.
24          MR. ORENBERG:  No objection.
25          THE COURT:  Without objection, 105 is admitted.
```

Herbster - DIRECT

1        (Government Exhibit 105 received in evidence.)

2    BY MS. PASCHALL:

3    Q.  Special Agent, I'm once again circling about halfway down

4    the first page of Government's Exhibit 105.  Can you tell the

5    Judge what you see there?

6    A.  Yes.  Again, it's the participants of the WhatsApp

7    conversation between WhatsApp account 50934552871 and the

8    device owner, Eliande Tunis.

9    Q.  I did not ask you to export anything as Government's

10   Exhibit 105.  So we'll move on to pull up Government's

11   Exhibit 106.

12       Special Agent, do you see Government's Exhibit 106 in front

13   of you?

14   A.  I do.

15   Q.  What is Government's Exhibit 106?

16   A.  It's an export of a WhatsApp conversation from the initial

17   extraction done of evidence Exhibit 100.

18   Q.  And is Government's Exhibit 106 a fair and accurate

19   representation of the conversation that you exported from

20   Government's Exhibit 100, the first extraction in October?

21   A.  Yes.

22            MS. PASCHALL:  At this time, Your Honor, the

23   Government moves the admission of Government's Exhibit 106.

24            MR. ORENBERG:  No objection.

25            THE COURT:  Without objection, 106 is admitted.

Herbster - DIRECT

1              (Government Exhibit 106 received in evidence.)

2       BY MS. PASCHALL:

3       Q.   Special Agent, I have circled partway down Page 1 of

4       Government's Exhibit 106, the participants.  Could you please

5       tell the Judge who the participants are in Government's

6       Exhibit 106.

7       A.   That's a WhatsApp conversation between account 50943777977,

8       with the user name capital BOS, and the device owner, Eliande

9       Tunis.

10              MS. PASCHALL:  Could we please pull up Government's

11      Exhibit 106A.

12      BY MS. PASCHALL:

13      Q.   Special Agent, can you see Government's Exhibit 106A on the

14      screen in front of you?

15      A.   Yes, I can.

16      Q.   What is Government's Exhibit 106A?

17      A.   It's an export of the same chat from the second extraction,

18      done approximately a week later.

19      Q.   And does Government's Exhibit 106A appear to be a fair and

20      accurate representation of what you exported as this

21      conversation from Government's Exhibit 100, the second

22      extraction done in November?

23      A.   Yes, it does.

24              MS. PASCHALL:  At this time, Your Honor, we'd move the

25      admission of Government's Exhibit 106A.

Herbster - DIRECT

1           MR. ORENBERG:  No objection.

2           THE COURT:  Without objection, 106A is admitted.

3      (Government Exhibit 106A received in evidence.)

4  BY MS. PASCHALL:

5  Q.  Now, before we move on, this one looks a little bit

6  different than the others.  So I'm going to circle the first

7  blue message that we see on Page 1 of Government's

8  Exhibit 106A.  Can you see what I've circled there?

9  A.  I can.

10 Q.  Can you see who that message is from?

11 A.  Yes.  It identifies WhatsApp account 50943777977.

12 Q.  And does that appear to be the same account that was the

13 participant with the phone owner in the conversation in

14 Government's Exhibit 106?

15 A.  Yes, it does.

16 Q.  Now, when we look here at what is circled on Page 1 in that

17 blue box, what do we see?

18 A.  It shows a portion of this conversation that had been

19 deleted.

20 Q.  How do you know it's been deleted?

21 A.  There's a little red "X" with a circle, right above the

22 word "from" in the text box.  And also, the term "scrambled" at

23 the top is a term that Cellebrite puts onto items that it

24 recovers from a database that has been flagged as deleted.

25 Q.  So would it be fair to say that in all of the extracted

Herbster - DIRECT

1   conversations that we've looked at up until now, if we were to

2   see that little "X" or the word "scrambled," that means that

3   that portion of the conversation has been deleted by the phone

4   owner?

5   A.  That's typically what that means, yes.

6           MS. PASCHALL:  Could we please pull up Government's

7   Exhibit 110.02.

8           THE COURT:  I'm sorry, 110 what?

9           MS. PASCHALL:  .02.

10  BY MS. PASCHALL:

11  Q.  Special Agent, can you see Government's Exhibit 110.02 on

12  the screen in front of you?

13  A.  Yes, I can.

14  Q.  What is Government's Exhibit 110.02?

15  A.  It's an export of all of the contacts on the -- I

16  apologize, I can't recall off the top of my head which device

17  this was extracted from.

18  Q.  If we were to look at what I have circled in Government's

19  Exhibit 110.02 under contact number 1, do you see what is

20  labeled as account?

21  A.  Yes.

22  Q.  Can you please read the number associated with that?

23  A.  50949111767.

24  Q.  Does that refresh your recollection as to which phone this

25  contact sheet was extracted from?

Herbster - DIRECT

1    A.   Yes.  I believe it was from the original iPhone 11.

2             MR. ORENBERG:  He believes?

3    BY MS. PASCHALL:

4    Q.   Yeah --

5             THE COURT:  I think she's going to examine him a

6    little further.

7             MS. PASCHALL:  Yeah.

8             Are you able to pull up Exhibit 110.

9             Actually, can you pull up Government's Exhibit 111.

10            THE COURT:  So we're not doing 110?  We're back to

11   111?

12            MS. PASCHALL:  Yes.

13   BY MS. PASCHALL:

14   Q.   Special Agent, can you see Government's Exhibit 111 on the

15   screen in front of you?

16   A.   Yes, I can.

17   Q.   And I'm going to circle a portion of Government's

18   Exhibit 111 -- it's on Page 1 -- that says "source file."  Do

19   you see that portion?

20   A.   I do.

21   Q.   What is that?

22   A.   That indicates where the -- what the source of the report

23   is based off of, which extraction.

24   Q.   And so based on what you see under "source file" here, are

25   you able to say what Government's Exhibit 111 was extracted

Herbster - DIRECT

1    from?

2    A.  Yes.  It was from the Samsung cell phone.

3    Q.  Does that refresh your recollection as to what Government's

4    Exhibit 110.02 was extracted from?

5    A.  Yes, it does.

6    Q.  What is that?

7    A.  Also the Samsung device.

8    Q.  At this point, Government's Exhibit 110.02 and Government's

9    Exhibit 111, are they both fair and accurate representations of

10   reports that you exported from the Samsung device that we have

11   as Government's Exhibit 110 in this case?

12   A.  Yes.

13          MS. PASCHALL:  At this time, Your Honor, the

14   Government would move the admission of Government's

15   Exhibit 110.02 and Exhibit 111.

16          MR. ORENBERG:  No objection.

17          THE COURT:  Without objection, 110.02 and 111 are

18   admitted.

19      (Government Exhibits 110.02, 111 received in evidence.)

20          MS. PASCHALL:  And could we finally pull up

21   Government's Exhibit 121.

22   BY MS. PASCHALL:

23   Q.  Special Agent, can you see Government's Exhibit 121 on the

24   screen in front of you?

25   A.  Yes, I can.

Herbster - DIRECT

1   Q.  What is Government's Exhibit 121?

2   A.  It's an export of a WhatsApp conversation.

3   Q.  Is this Government's Exhibit 121 an extracted conversation

4   that I asked you to extract from Government's Exhibit 120?

5   A.  Yes, it is.

6   Q.  And does it appear to be a fair and accurate representation

7   of that report that you extracted from Government's

8   Exhibit 120?

9   A.  Yes, it is.

10          MS. PASCHALL:  At this time, Your Honor, the

11  Government would move the admission of Government's

12  Exhibit 121.

13          MR. ORENBERG:  No objection.

14          THE COURT:  Without objection, 121 is admitted.

15      (Government Exhibit 121 received in evidence.)

16  Q.  Thank you, Special Agent.  Those are all of my questions.

17          MS. PASCHALL:  I'll pass the witness.

18          THE WITNESS:  Thank you.

19          MR. ORENBERG:  Your Honor, I have no questions for

20  this witness.

21          THE COURT:  Thank you very much.  We appreciate it,

22  Special Agent Herbster.

23          Next witness, please.

24          MS. PASCHALL:  Your Honor, at this time the Government

25  calls FBI intelligence analyst Sophia Calidonna.

Calidonna - DIRECT

```
 1                      SOPHIA CALIDONNA,
 2   having been first duly sworn on oath, was examined and
 3   testified as follows:
 4             THE COURT:  Good afternoon, Ms. Calidonna.
 5             Ms. Paschall.
 6             MS. PASCHALL:  Thank you, Your Honor.
 7                      DIRECT EXAMINATION
 8   BY MS. PASCHALL:
 9   Q.  Good afternoon.  Could you please state and spell your full
10   name for the record.
11   A.  Yes.  My name is Sophia Calidonna, S-O-P-H-I-A,
12   C-A-L-I-D-O-N-N-A.
13   Q.  Where do you work?
14   A.  I work for the FBI at the FBI Miami division.
15   Q.  How long have you worked for the FBI?
16   A.  I worked for the FBI for about six years.
17   Q.  What is your position with the FBI?
18   A.  I am an intelligence analyst.
19   Q.  What are your duties and responsibilities as an
20   intelligence analyst for the FBI?
21   A.  As an intelligence analyst for the FBI, I predominantly
22   work on identifying FBI subjects and building out their
23   criminal associate networks.
24   Q.  And in October of 2021, what squad were you supporting as
25   an analyst?
```

Calidonna - DIRECT

1   A.   I was supporting the international violent crime squad out

2   of the FBI main office.

3   Q.   During October of 2021, was that squad specifically

4   focusing on one investigation in particular?

5   A.   Yes.  They were focusing on the investigation into the 17

6   missionaries, 16 of who were U.S. citizens, who were kidnapped

7   in Haiti by the 400 Mawozo gang.

8   Q.   What was your role as part of that investigation?

9   A.   As an intelligence analyst working that investigation, my

10  role was to conduct a significant amount of phone call analysis

11  into building out the gang and its network.  I also was tasked

12  with reviewing digital media obtained through legal process by

13  the FBI.

14  Q.   And some of the media that was obtained through legal

15  process, did that include what we call, call detail records?

16  A.   Yes.

17          MS. PASCHALL:  Could we please pull up Government's

18  Exhibits 201 and 201A.

19          THE COURT:  These are in evidence?

20          MS. PASCHALL:  Yes, Your Honor.

21  BY MS. PASCHALL:

22  Q.   Ms. Calidonna, are you able to see Government's

23  Exhibit 201A on the screen in front of you?

24  A.   Yes.

25          MS. PASCHALL:  Could we pull up the spreadsheet that

Calidonna - DIRECT

1    is Government's Exhibit 201 from the first folder.

2    BY MS. PASCHALL:

3    Q.  Can you see on the screen in front of you Government's

4    Exhibit 201, the spreadsheet that is titled "sub M docs" and

5    then a phone number?

6    A.  Yes.

7    Q.  Did you work with this Exhibit 201, that is already in

8    evidence, as a part of your investigation into the kidnapping

9    of the 17 Christian missionaries?

10   A.  I did.

11   Q.  Can you explain to the Court, what did you do with this

12   information?

13   A.  What I did with this information was essentially looked at

14   the spreadsheet, saw which phone numbers were calling and

15   receiving calls, and then conducted an analysis based off of

16   that information.

17   Q.  Did you have other call detail records to compare to

18   Government's Exhibit 201?

19   A.  I did.

20       MS. PASCHALL:  Could we please pull up Government's

21   Exhibit 202 and 202A.

22   BY MS. PASCHALL:

23   Q.  Ms. Calidonna, can you see Government's Exhibit 202 on the

24   screen in front of you?

25   A.  Yes.

Calidonna - DIRECT

1    Q.   What is Government's Exhibit 202?

2    A.   This is a T-Mobile call detail record.

3    Q.   And is this a T-Mobile call detail record that was obtained

4    by the FBI during the investigation into the 17 Christian

5    missionary kidnapping?

6    A.   It is.

7    Q.   Does this appear to be a fair and accurate copy of the

8    records that you reviewed in your analysis?

9    A.   Yes.

10            MS. PASCHALL:  At this time, Your Honor, the

11   Government would move the admission of 202 and 202A.

12            MR. ORENBERG:  No objection.

13            THE COURT:  Without objection, 202 and 202A are

14   admitted.

15       (Government Exhibits 202, 202A received in evidence.)

16   BY MS. PASCHALL:

17   Q.   Now, Ms. Calidonna, I'm going to circle a portion of

18   Government's Exhibit 202 on the first slide of the spreadsheet

19   there.  Do you see what I've circled?

20   A.   Yes.  It appears to say "subscriber name, Walder Louis."

21   Q.   Did the name "Walder Louis" mean anything to you as a part

22   of this investigation?

23   A.   Yes.

24   Q.   What did it mean?

25   A.   Walder Louis was a name that appeared in a cell phone that

Calidonna - DIRECT

1    I conducted a review of as a frequent contact of the user of

2    that specific phone.

3    Q.  And was that phone that you were discussing taken off of

4    the subject Eliande Tunis when she was at the airport?

5    A.  Yes, it was.

6         MS. PASCHALL:  Can we look now a little bit further

7    down -- sorry, Mr. Cassillas.  Now I've messed it up.

8         THE COURT:  It's a moving target.

9         MS. PASCHALL:  It is a moving target.

10   BY MS. PASCHALL:

11   Q.  At the number that I have circled in the middle there,

12   starting with the number 9, do you see that?

13   A.  Yes.

14   Q.  Is that the phone number that's associated with these

15   records that are in Government's Exhibit 202?

16   A.  Yes.

17   Q.  Could you please read that phone number for the Court?

18   A.  The phone number is (954)709-5735.

19        MS. PASCHALL:  Could we please pull up Government's

20   Exhibit 203 and 203A.

21   BY MS. PASCHALL:

22   Q.  Ms. Calidonna, do you see Government's Exhibit 203 on the

23   screen in front of you?

24   A.  Yes.

25   Q.  What is Government's Exhibit 203?

Calidonna - DIRECT

1    A.  This is another CDR from T-Mobile.

2    Q.  Is this a fair and accurate representation of a CDR that

3    the FBI obtained through legal process as a part of the

4    investigation into the 17 Christian missionary kidnapping?

5    A.  Yes.

6         MS. PASCHALL:  At this time, Your Honor, the

7    Government would move the admission of Government's

8    Exhibit 203.

9         MR. ORENBERG:  No objection.

10        THE COURT:  Without objection, Government's 203 is

11   admitted.

12      (Government Exhibit 203 received in evidence.)

13        MS. PASCHALL:  Could we pull up 203A.

14   BY MS. PASCHALL:

15   Q.  Ms. Calidonna, do you see Government's Exhibit 203A on the

16   screen in front of you?

17   A.  Yes.

18   Q.  Is that a certification of the records that we see in

19   Government's Exhibit 203?

20   A.  Yes.

21        MS. PASCHALL:  Your Honor, at this time we move the

22   admission of Government's Exhibit 203A.

23        MR. ORENBERG:  No objection.

24        THE COURT:  Without objection, 203A is admitted.

25      (Government Exhibit 203A received in evidence.)

Calidonna - DIRECT

1          MS. PASCHALL:  Let's go back to Government's

2    Exhibit 203A, that spreadsheet.  I'm going to try to make a

3    better circle this time.

4    BY MS. PASCHALL:

5    Q.  Ms. Calidonna, I've circled on Government's Exhibit 203 a

6    portion about halfway down the first spreadsheet there.  Do you

7    see the number that I have circled that begins with the

8    number 4?

9    A.  Yes.

10   Q.  What is that number?

11   A.  It is (407)668-5243.

12   Q.  Is that the phone number that is associated with the

13   records in Government's Exhibit 203 and 203A?

14   A.  Yes.

15   Q.  I'm going to clear that circle and make another circle

16   around the portion that says "MSISDN name."  Do you see that?

17   A.  I do.

18   Q.  What is the name that is listed on these records?

19   A.  The name is Jocelyn Dor.

20          MS. PASCHALL:  Could we please pull up Government's

21   Exhibit 204.

22   BY MS. PASCHALL:

23   Q.  Now, in the course of the investigation, did the FBI also

24   request and receive cell phone records from providers of

25   telecom companies in Haiti?

Calidonna - DIRECT

1   A.  Yes.

2          MS. PASCHALL:  Could we please pull up Government's

3   Exhibit 204.

4   BY MS. PASCHALL:

5   Q.  Do you see Government's Exhibit 204 on the screen in front

6   of you?

7   A.  Yes.

8   Q.  What is Government's Exhibit 204?

9   A.  Government's Exhibit 204 is another call detail record.

10  This time, although being from T-Mobile, it's from Digicel,

11  which is a Haitian cell service provider.

12  Q.  And does this Government's Exhibit 204 appear to be a fair

13  and accurate representation of records that you received during

14  the investigation from the Haitian cell company Digicel?

15  A.  Yes.

16         MS. PASCHALL:  At this time, Your Honor, Government

17  would move the admission of Government's Exhibit 204.

18         MR. ORENBERG:  No objection.

19         THE COURT:  Without objection, 204 is admitted.

20     (Government Exhibit 204 received in evidence.)

21  BY MS. PASCHALL:

22  Q.  Ms. Calidonna, I have circled what is in column A of

23  Government's Exhibit 204.  What is listed in column A?

24  A.  Column A is the phone number (509)48-74-3589.

25  Q.  And is that the Haitian cell phone number that corresponds

Calidonna - DIRECT

1   with the records in Government's Exhibit 204?

2   A.  Yes.

3          MS. PASCHALL:  Could we please pull up Government's

4   Exhibit 205.

5   BY MS. PASCHALL:

6   Q.  Ms. Calidonna, can you see Government's Exhibit 205 on the

7   screen in front of you?

8   A.  Yes.

9   Q.  What is Government's Exhibit 205?

10  A.  This is a call detail record from the Haitian cell service

11  provider Digicel.

12  Q.  Does this appear to be a fair and accurate representation

13  of the records that the FBI received from Digicel during the

14  investigation of the 17 Christian missionary kidnapping?

15  A.  Yes.

16         MS. PASCHALL:  At this time, Your Honor, the

17  Government would move the admission of Government's

18  Exhibit 205.

19         MR. ORENBERG:  No objection.

20         THE COURT:  Without objection, 205 is admitted.

21     (Government Exhibit 205 received in evidence.)

22  BY MS. PASCHALL:

23  Q.  Again, Ms. Calidonna, I have circled on Government's

24  Exhibit 205 column A.  What is the phone number that is listed

25  in column A?

Calidonna - DIRECT

1    A.   (509)49-11-1767.

2    Q.   Is that phone number the phone number that is associated

3    with the call detail records from the Haitian cell phone

4    company that we see in Government's Exhibit 205?

5    A.   Yes.

6         MS. PASCHALL:  Can we please pull up Government's

7    Exhibit 206.

8    BY MS. PASCHALL:

9    Q.   Ms. Calidonna, can you see Government's Exhibit 206 on the

10   screen in front of you?

11   A.   Yes.

12   Q.   What is Government's Exhibit 206?

13   A.   This is another call detail record from the Haitian cell

14   service provider Digicel.

15        MS. PASCHALL:  Hold on one second.  The Court's brief

16   indulgence.

17        THE COURT:  Certainly.

18        MS. PASCHALL:  Your Honor, I think I can move things

19   along a little bit faster here by putting in the certification

20   of the records from Digicel and then listing them, if that

21   would be permissible.

22        THE COURT:  Okay.

23        MS. PASCHALL:  Let's do it that way.

24        THE COURT:  So we're going to leave 206 hanging, or do

25   you want to close out 206?

Calidonna - DIRECT

1          MS. PASCHALL:  Did I not move its admission?  I will

2     move the admission of Government's Exhibit 206.

3          MR. ORENBERG:  No objection.

4          THE COURT:  Without objection, 206 is admitted.

5     (Government Exhibit 206 received in evidence.)

6          MS. PASCHALL:  Thank you, Your Honor.

7          Could we please pull up Government's Exhibit 208.

8     BY MS. PASCHALL:

9     Q.  Ms. Calidonna, do you see on the screen in front of you

10    Government's Exhibit 208?

11    A.  I do.

12    Q.  What is Government's Exhibit 208?

13    A.  This is a certification record from the business Digicel.

14    Q.  And in the middle of this, do you see several phone

15    numbers?

16    A.  I do.

17    Q.  Does this record from Digicel appear to be a fair and

18    accurate representation of the certification from the Haitian

19    cell phone company Digicel that was received by the FBI in this

20    investigation?

21    A.  Yes.

22         MS. PASCHALL:  Your Honor, at this time, we would move

23    the admission of Government's Exhibit 208.

24         MR. ORENBERG:  No objection.

25         THE COURT:  Without objection, 208 is admitted.

Calidonna - DIRECT

1        (Government Exhibit 208 received in evidence.)

2   BY MS. PASCHALL:

3   Q.  So before we move on from Exhibit 208, I just want to

4   highlight some specific numbers here for you and match them up

5   with some of our spreadsheets.  Okay?

6        All right.  So let's look first at the third line on

7   Government's Exhibit 208.  Is this the phone number that we

8   have already discussed that's in Government's Exhibit 204?

9            THE WITNESS:  Yes.

10  BY MS. PASCHALL:

11  Q.  And now let's look at Line Number 2.  Is this the phone

12  number that we've already discussed in Government's

13  Exhibit 205?

14  A.  Yes.

15  Q.  Let's look at the very last line.  Is this the phone number

16  that we've discussed that the records of Government's 206?

17  A.  Yes.

18  Q.  I've poorly drawn an arrow around the number that is six

19  down on the chart.  Can you please read that phone number?

20           THE COURT:  Five down on the chart.

21           MS. PASCHALL:  Five.  Thank you, Your Honor.

22           THE WITNESS:  (509)34-55-2871.

23  BY MS. PASCHALL:

24  Q.  And did the FBI also receive records for that phone number

25  from Digicel?

Calidonna - DIRECT

1    A.  Yes.

2    Q.  And is that Government's Exhibit 207?

3    A.  Yes.

4    Q.  And then the very first phone number on the list from

5    Digicel, what phone number is that?

6    A.  This is phone number (509)37-92-5752.

7    Q.  Did the FBI receive records from that phone number?

8    A.  Yes.

9    Q.  Are those in Government's Exhibit 209?

10   A.  Yes.

11        MS. PASCHALL:  At this time, Your Honor, the

12   Government would move the admission of all of those that have

13   not been admitted, which I believe is going to just be

14   spreadsheets 207 and 209.

15        MR. ORENBERG:  No objection.

16        THE COURT:  Without objection, 207 and 209 are

17   admitted.

18     (Government Exhibit 207, 209 received in evidence.)

19   BY MS. PASCHALL:

20   Q.  You mentioned that you also reviewed a cell phone in the

21   course of this investigation; is that correct?

22   A.  Yes.

23        MS. PASCHALL:  I have a note from my colleague, Your

24   Honor, that I should confirm did I move in Government's

25   Exhibit 204?

Calidonna - DIRECT

1          THE COURT:  204 is in evidence.

2          MS. PASCHALL:  Thank you.

3   BY MS. PASCHALL:

4   Q.  In the course of reviewing that cell phone extraction,

5   which is already in evidence as Government's Exhibit 100, what

6   did you review?

7   A.  In the course of reviewing the cell phone, I reviewed text

8   messages on the phone.  I reviewed WhatsApp messages on the

9   phone.  I reviewed voicemails on the phone.  I reviewed photos

10  and videos.

11  Q.  Now, when looking at that cell phone, were many of those

12  text messages, WhatsApp messages and audio messages in Haitian

13  Creole?

14  A.  Yes.

15  Q.  Did you then provide translators with pertinent messages

16  that we needed translated back into English?

17  A.  I did.  I worked very closely with the Haitian Creole

18  translators to get the messages translated.

19          MS. PASCHALL:  Could we please pull up Government's

20  Exhibit 101T.

21  BY MS. PASCHALL:

22  Q.  Ms. Calidonna, I've put up on the screen Government's

23  Exhibit 101T.  Do you recognize this?

24  A.  I do.

25  Q.  And what is depicted in Government's Exhibit 101T?

Calidonna - DIRECT

1  A.  This appears to be the -- a translated message that was

2  translated from Haitian Creole on Eliande Tunis' phone to

3  English.

4  Q.  And did you collect the specific messages that were sent

5  out for translation in Government's Exhibit 101T?

6  A.  Yes.

7  Q.  Does this appear to be a fair and accurate compilation of

8  the messages from Eliande Tunis' cell phone that involved phone

9  number 9101?

10 A.  Yes.

11       MS. PASCHALL:  At this time, Your Honor, we'd move the

12 admission of Government's Exhibit 101T.

13       MR. ORENBERG:  Objection, Your Honor.  This witness

14 may have been involved in the administrative efforts to get

15 these records translated --

16       THE INTREPRETER:  Use the microphone, please.

17       MR. ORENBERG:  Your Honor, objection.  This witness

18 may have been involved with the administrative efforts to get

19 this particular information translated, but she did not do the

20 translations herself.

21       MS. PASCHALL:  And Your Honor, we do have the

22 translators on our exhibit list, who will be able to come in --

23       THE COURT:  On your witness list or exhibit list?

24       MS. PASCHALL:  On your witness list.  Thank you.  Who

25 will be able to come in and authenticate these translations.

1    This witness helped compile all of those into these exhibits.

2             THE COURT:  Do you still object?

3             MR. ORENBERG:  For the record.

4             THE COURT:  For the record it's noted.  You just said

5    something that you couldn't get the witness to say, in terms of

6    what her conduct was with respect to this exhibit.

7             And why don't you do that and then I'll rule on the

8    admissibility.

9             MS. PASCHALL:  Will do.

10   BY MS. PASCHALL:

11   Q.  Ms. Calidonna, you don't speak Haitian Creole, do you?

12   A.  No, I do not.

13   Q.  In the course of the investigation, did you do the

14   translations that are in 101T or did you help select the

15   messages that were ultimately translated in Government's

16   Exhibit 101T?

17   A.  I helped select the messages that were ultimately

18   translated to English from Haitian Creole.

19            THE COURT:  The objection is overruled and 101T is

20   admitted.

21       (Government Exhibit 101T received in evidence.)

22            MS. PASCHALL:  Could we please pull up Government's

23   Exhibit 102T.

24            MR. ORENBERG:  I'm sorry, what number?

25            MS. PASCHALL:  102T.

Calidonna - DIRECT

1           MR. ORENBERG:  Thank you.

2           MS. PASCHALL:  Ms. Duncan, can you assist us in moving

3   to my computer.

4           THE COURT:  I don't see it there either.

5           MS. PASCHALL:  102T?

6           THE COURT:  Yeah.

7           MS. PASCHALL:  I do.

8           COURTROOM DEPUTY:  You can plug it in to yours.

9           Do you want it at the table or at the podium?

10          MS. PASCHALL:  This table.

11          COURTROOM DEPUTY:  Okay.

12  BY MS. PASCHALL:

13  Q.  Ms. Calidonna, are you able to see Government's

14  Exhibit 102T on the screen in front of you?

15  A.  Yes.

16  Q.  What is Government's Exhibit 102T?

17  A.  This appears to be the PDF depicting the messages that were

18  selected for translation in English and in Creole.

19          MS. PASCHALL:  And still for identification.

20  BY MS. PASCHALL:

21  Q.  Who are the participants in the conversations that are

22  translated in Government's Exhibit 102T?

23  A.  The participants are JOS 14076685243 and Eliande Tunis

24  16094703447.

25  Q.  And did you assist the language translators by providing

Calidonna - DIRECT

1   specific messages to be translated from English into Haitian

2   Creole?

3   A.  Yes.

4   Q.  And is that what is contained in Government's Exhibit 102T?

5   A.  Yes.

6        MS. PASCHALL:  At this time, Your Honor, the

7   Government would move the admission of Government's

8   Exhibit 102T.

9        MR. ORENBERG:  Same objection as before.

10       THE COURT:  The objection is noted.  I guess what I'll

11   actually do with 102T and -- what was the previous one --

12       MS. PASCHALL:  101T.

13       THE COURT:  -- 101T -- is admit them conditionally to

14   having -- you've said you can have the translator appear.

15       MS. PASCHALL:  Correct.

16       THE COURT:  So I'll admit them conditionally.

17       MS. PASCHALL:  Thank you, Your Honor.

18    (Government Exhibit 102T received in evidence.)

19       MS. PASCHALL:  Your Honor, my colleague has asked what

20   I think is a helpful question that I would like to clarify for

21   the record.  Is the defense objecting to all of the

22   translations or just specific ones?

23       MR. ORENBERG:  Yes.

24       MS. PASCHALL:  All of them?

25       MR. ORENBERG:  All of them, yes.

Calidonna - DIRECT

1           MS. PASCHALL:  Okay.

2           Mr. Cassillas, could we please pull up Government's

3    Exhibit 103T.

4    BY MS. PASCHALL:

5    Q.  Ms. Calidonna, do you see Government's Exhibit 103T on the

6    screen in front of you?

7    A.  Yes.

8    Q.  What is Government's Exhibit 103T?

9    A.  103T is a PDF document containing translations from English

10   to Creole.

11   Q.  And are the messages in 103T those that you helped select

12   between the phone that you analyzed as belonging to Ms. Eliande

13   Tunis in Government's Exhibit 100 and the phone number ending

14   in 5735?

15   A.  Yes.

16   Q.  And is Government's Exhibit 103T a fair and accurate

17   representation of the translations that you selected between

18   those two participants?

19   A.  Yes.

20           MS. PASCHALL:  At this time, Your Honor, we move the

21   admission of Government's Exhibit 103T, conditionally subject

22   to authentication by the translators.

23           THE COURT:  The same continuing objection?

24           MR. ORENBERG:  Yes, same continuing objection as to

25   101T and 202T.

Calidonna - DIRECT

1          THE COURT:  I'll, again, admit it conditionally.  I'll

2    note that the exhibit actually doesn't identify the second

3    participant.

4          MS. PASCHALL:  Thank you, Your Honor.  I will circle

5    the file name that is on the first page of Government's

6    Exhibit 103T.

7    BY MS. PASCHALL:

8    Q.  Do you see that file name there?

9    A.  I do.

10   Q.  What is the file name?

11   A.  "Walder 1."

12   Q.  So based on the files that were given to the translators,

13   are you able to say who the participants were in this exhibit?

14   A.  Yes.  I reviewed the pertinent chat fields and then

15   exported them by name.  So this PDF is a depiction of all the

16   relevant chats between Eliande Tunis and Walder St. Louis.

17   Q.  And the number that I read earlier ending in 5735, is that

18   what we discussed as a part of the CDRs in Government's

19   Exhibit 202?

20   A.  Yes.

21   Q.  That we noted belonged to Walder Louis?

22   A.  Yes.

23          THE COURT:  For your information, I was actually

24   focusing on "participant unidentified female," not on the

25   Walder participant.

Calidonna - DIRECT

1          MS. PASCHALL:  I think that's --

2          THE COURT:  The document itself does not indicate who

3   the other participant in addition to Walder 1 is.

4          MS. PASCHALL:  I think we're going to get there down

5   the line.  Thank you, Your Honor.

6          Could we please move on to Government's Exhibit 104T.

7   BY MS. PASCHALL:

8   Q.  Ms. Calidonna, can you see Government's Exhibit 104T on the

9   screen in front of you?

10  A.  Yes.

11  Q.  What is Government's Exhibit 104T?

12  A.  It is a PDF document containing translations between two

13  participants.

14  Q.  Just for identification purposes, I'm circling on Page 1 of

15  Government's Exhibit 104T.  Who are the participants in

16  Government's Exhibit 104T?

17  A.  Manmi, phone number (509)48-74-3589 and a phone number

18  1(609)470-3447.

19  Q.  And that second phone number, Government's 3447, is that

20  the same phone number that we've identified in the call detail

21  records in Government's Exhibit 201 as coming back to Erick

22  Alic?

23  A.  Yes.

24          MS. PASCHALL:  At this time, Your Honor, we would move

25  the admission of Government's Exhibit 104T.

Calidonna - DIRECT

```
 1              THE COURT:  Subject to the same objection, it is
 2    conditionally admitted.
 3         (Government Exhibit 104T received in evidence.)
 4              MS. PASCHALL:  Thank you, Your Honor.
 5              And can we pull up Government's Exhibit 105T.
 6    BY MS. PASCHALL:
 7    Q.  Ms. Calidonna, can you see Government's Exhibit 105T on the
 8    screen in front of you?
 9    A.  Yes.
10    Q.  What is Government's Exhibit 105T?
11    A.  This is a PDF translation of messages between the phone
12    number ending in 3447 and the phone number ending in 2871.
13    Q.  Do you know that because of the exhibit name on
14    Government's Exhibit 105T?
15    A.  Yes.  The name is "Santia."
16    Q.  Do you know that because you chose these chats and helped
17    name the exhibits in order to have the translators translate
18    them from Haitian Creole into English?
19    A.  Yes.
20    Q.  Does this appear to be a fair and accurate representation
21    of the chats that you selected and their translations?
22    A.  Yes.
23              MS. PASCHALL:  At this time, Your Honor, the
24    Government would move the admission of 105T.
25              MR. ORENBERG:  Same objection.
```

Calidonna - DIRECT

1          THE COURT:  Subject to the same objection, it's

2    conditionally admitted.

3       (Government Exhibit 105T received in evidence.)

4          MS. PASCHALL:  Thank you, Your Honor.

5    BY MS. PASCHALL:

6    Q.  Now, to assist -- well, let's do one more thing first.

7       Did you also review photographs from the phone extraction

8    Government's Exhibit 100?

9    A.  I did.

10         MS. PASCHALL:  Could we please pull up Government's

11   Exhibit 108.1 and 108.2.

12   BY MS. PASCHALL:

13   Q.  Ms. Calidonna, we've pulled up on the screen here

14   Government's Exhibit 108.01.  Do you recognize this?

15   A.  Yes.

16   Q.  Is this one of those photographs that you extracted from

17   Government's Exhibit 100?

18   A.  Yes.

19   Q.  In preparation for your testimony, did you actually extract

20   103 photographs representing Exhibits 108.01 through 108.103?

21   A.  Yes, I did.

22         MS. PASCHALL:  Rather than pulling each of those up

23   individually, Your Honor, I would ask that they be moved in

24   bulk as Government's Exhibit 108.01 through 108.103.

25         THE COURT:  Mr. Orenberg, she's moving the admission

Calidonna - DIRECT

1  of 103 exhibits.

2         MR. ORENBERG:  Your Honor, I'm going to object for the

3  record.  I think that there has to be more than just a blanket

4  assertion that all of these are coming in together at one time.

5  I know we'll get maybe to arguments on relevance and so forth

6  of the evidence later on, but at this point in time, it seems

7  to me that just moving in a hundred -- what was it 13 exhibits

8  all at once --

9         THE COURT:  Only 103.

10        MR. ORENBERG:  103, excuse me.  All at once is not

11 proper.

12        THE COURT:  Well, it is a little unusual.  The witness

13 hasn't even looked at them here in court.  You haven't shown

14 them to her.  On the other hand, we're talking about an hour to

15 do that.

16        MS. PASCHALL:  And Your Honor, I believe we're going

17 to go over a summary exhibit that will show some of these

18 photographs.  So if defense would prefer, we can move them in

19 seriatim as we go through that summary PowerPoint.  I was just

20 hoping we could move them all in now.  But if he wants them to

21 be moved in individually as we discuss them, of course we can

22 go through them and lay foundation.

23        THE COURT:  Are you expecting to discuss all 103?

24        MS. PASCHALL:  Most of them, Your Honor.

25        THE COURT:  But maybe not all?

1          MS. PASCHALL:  Perhaps not all, yes.

2          THE COURT:  You'd wind up not admitting some that way,

3    though?

4          MS. PASCHALL:  Correct.  And I believe even our

5    exhibit list today now has some of them listed as blanks

6    because we do not plan to discuss them.

7          MR. ORENBERG:  I'll accept the Government's proposal

8    to do it that way if the Court will.

9          THE COURT:  Okay.  We'll do it that way.  So they

10   won't be admitted at the moment.

11         MS. PASCHALL:  Okay.  I think we're going to have a

12   similar question as to an objection about the next portion.  So

13   I will ask her some questions and we may be in a similar spot.

14   BY MS. PASCHALL:

15   Q.  Ms. Calidonna, to assist the Court, did you create a

16   summary exhibit, Government's Exhibit 140?

17   A.  Yes.

18   Q.  Can we pull up --

19         THE COURT:  140?

20         MS. PASCHALL:  140.

21         THE COURT:  Sorry.

22         MS. PASCHALL:  Actually, I have Government's

23   Exhibit 140.  Ms. Duncan, can we now move to my -- thank you.

24   BY MS. PASCHALL:

25   Q.  Ms. Calidonna, do you see on the screen in front of you

Calidonna - DIRECT

1    Government's Exhibit 140?

2    A.  Yes.

3    Q.  I'll go to the first slide there, so that you can see.  Did

4    you create Government's Exhibit 140 to assist the Court in

5    understanding all of the photographs and messages that we've

6    been discussing that were extracted from the phones in this

7    case?

8    A.  I did.

9    Q.  And with Government's exhibits that have already been

10   admitted, 101, 102, 103, 104, 105 and 106, did you make smaller

11   subportions that captured just brief portions of the

12   conversations between that cell phone in Government's

13   Exhibit 100 and other participants?

14   A.  I did.

15          MS. PASCHALL:  Your Honor, I'm going to anticipate the

16   objection that they do not want to move in all of the subparts

17   at one time of Government's Exhibit 101, 102, 103, 104 and 105.

18   So again, I can move them in seriatim as we go through the

19   PowerPoint, if that's what defense would prefer.  We would move

20   their admission now, since the larger documents are already in

21   evidence.

22          THE COURT:  This document that's on the screen now,

23   which I take it is Page 2 of -- what is it?

24          MS. PASCHALL:  This is the summary PowerPoint

25   Government's Exhibit 140.  And it will contain --

Calidonna - DIRECT

1           THE COURT:  Is it the first page of a PowerPoint?

2           MS. PASCHALL:  Yes.

3           THE COURT:  Okay.  Except for the cover page that you

4    showed her a moment ago.

5           MS. PASCHALL:  Precisely.

6           THE COURT:  So this is something created by you?

7           THE WITNESS:  Yes, Your Honor.

8           THE COURT:  Mr. Orenberg?

9           MR. ORENBERG:  Again, Your Honor, I think --

10          THE COURT:  I guess a couple more questions.  How long

11   is this?  How many pages of PowerPoint is it?

12          MS. PASCHALL:  It's not short, Your Honor.  It is

13   about 200 slides.

14          THE COURT:  200 pages.  Are each of the pages similar

15   to this page?

16          MS. PASCHALL:  Not necessarily, Your Honor.  Some of

17   the pages will be photographs.  Some will be conversations.

18   Some will be contact cards of individuals in the phone.

19          THE COURT:  Let's just focus on this page.

20          MS. PASCHALL:  Okay.  We can go through it seriatim,

21   Your Honor.

22          THE COURT:  I just want to focus on this page so I

23   understand what we're dealing with.

24          MS. PASCHALL:  Sure.

25          THE COURT:  On this page, I take it that we have a

Calidonna - DIRECT

1  photograph and then information.  Where did the information

2  come from?

3          THE WITNESS:  This information was derived, solely on

4  this page, from the cell phone that I reviewed belonging to

5  Eliande Tunis.

6          THE COURT:  I mean, you could be asking these

7  questions.

8          But the phone number indicated is the phone number

9  from which this was extracted?

10         THE WITNESS:  So the phone number listed up top is the

11 phone number belonging to, as you'll see in the first bullet,

12 Joly M, which is saved in her phone.

13         MS. PASCHALL:  I can ask a few more questions if that

14 would be helpful, Your Honor.

15         THE COURT:  Ultimately, you want me to understand what

16 this is.  Someone's going to have to explain a little bit more

17 what it is.

18         MS. PASCHALL:  Absolutely, Your Honor.

19 BY MS. PASCHALL:

20 Q.  Ms. Calidonna, how much information is in the extraction of

21 the cell phone that is Government's Exhibit 100?

22 A.  It is a very large phone.  There are hundreds of text

23 message threads, of which -- specifically with regards to this

24 phone number here, 9101, there are approximately 3,415 messages

25 that Eliande Tunis exchanged with Joly M.

Calidonna - DIRECT

1    Q.  So the beginning of this PowerPoint that has the slide we

2    see in Government's Exhibit Number 2, is this to assist the

3    Court in understanding who those communications are between and

4    the following slides of the PowerPoint?

5    A.  Yes.

6    Q.  And do we also identify other individuals in the

7    PowerPoint -- other individuals in the PowerPoint who

8    communicate with Eliande Tunis in that extraction, Government's

9    Exhibit 100?

10   A.  Yes.

11   Q.  Do the first several slides go through those individuals

12   and who they are and their identifying phone numbers and

13   accounts?

14   A.  Yes.  The first flew slides will essentially be just

15   introducing the phone numbers that Eliande Tunis communicates

16   with and how exactly I attributed that phone number to be

17   belonging to a specific individual.

18   Q.  And then do we have subsequent slides, including the

19   conversations and messages, sent between those phone numbers

20   and Eliande Tunis from Government's Exhibit 100?

21   A.  Yes.

22        MS. PASCHALL:  So, Your Honor, at this time, we would

23   move the admission of Government's Exhibit 140 under federal

24   Rule 1006 as a summary chart.

25        MR. ORENBERG:  Your Honor, I'm still objecting.  I'm

Calidonna - DIRECT

1    not confident that this is a summary chart within the confines

2    or the parameters --

3            THE COURT:  You're not confident that it is?

4            MR. ORENBERG:  Yeah.  I see the Court --

5            THE COURT:  Are you arguing that it isn't?

6            MR. ORENBERG:  The problem is what we have here is a

7    qualified FBI agent -- I'm not disputing that -- who's putting

8    her own imprimatur, if you will, on the evidence that she has

9    reviewed and collected.

10           Again, it's subject to cross-examination, of course.

11           THE COURT:  I'm assuming that, since it's being moved

12   for admission under 1006, that you have to read the language of

13   the rule, made the originals or duplicates available for

14   examination or copying, or both, by the parties at a reasonable

15   time.  In other words, everything that's included in this

16   summary is something that you've made available through

17   discovery to the defense.

18           MS. PASCHALL:  Correct, Your Honor.

19           THE COURT:  I'm going to allow the summary --

20           MR. ORENBERG:  Sorry, Your Honor.  I'm getting my

21   book.

22           THE COURT:  Anything further you wanted to say?

23           MS. PASCHALL:  Just two things, Your Honor.

24   Government's Exhibit 140, I can ask the witness which exhibit

25   this came from.  The defense has had the original for quite

Calidonna - DIRECT

1   some time.  We also did provide a copy of Government's

2   Exhibit 140, the longer version that was meant for the earlier

3   trial, consistent with Your Honor's deadline for exhibits.

4          So they have had both the original from which these

5   items were extracted and Government's Exhibit 140 in its longer

6   format previously.

7          THE COURT:  Did you have something further,

8   Mr. Orenberg?

9          MR. ORENBERG:  No, Your Honor.  She's correct.  The

10  summary was provided to us late last week in compliance with

11  the Court's deadlines and so forth and so on.  But again, I

12  think there has to be something more.  I know she's begun to

13  lay a foundation for this agent to, if you will, authenticate

14  this PowerPoint.  But it seems to me that to just blanketly

15  introduce hundreds of pages, as they seek to do at this point

16  in time through this PowerPoint, is unfair to our client.

17         MS. PASCHALL:  Your Honor, just for the record, as you

18  can see in slide number 2, we do have the exhibit number that

19  corresponds with what is in the slide.  That is going to be

20  true of each page.

21         THE COURT:  Wait.  Go back to that page.  You have the

22  exhibit number for the photograph.  But that's not an exhibit

23  number for all the information that's on here.

24         MS. PASCHALL:  And she'll be able to testify as to

25  where that information was generated --

Calidonna - DIRECT

1          THE COURT:  I don't think they're objecting to the

2     photograph part on this page.

3          MS. PASCHALL:  Just to be clear.  And you will see

4     that throughout Government's Exhibit 140, that we do go back to

5     each underlying exhibit that was provided.  Again, in

6     accordance with the Court's deadline.

7          I am more than happy on each slide to go through and

8     authenticate which exhibit is on which slide and move them in

9     that way one at a time.  But I also believe that, consistent

10    with federal Rule 1006, that the summary exhibit itself is an

11    appropriate exhibit for admission.

12         If we need to go through it in its entirety before

13    defense is comfortable having it admitted, we're happy to do

14    that, as long as we are able to proceed with presenting the

15    information therein.

16         THE COURT:  I'll make one observation.

17         MS. PASCHALL:  Yes.

18         THE COURT:  And that is the focus of 1006 is, as it

19    says, to enable evidence to come in that cannot otherwise be

20    conveniently examined in court.  Normally, when one thinks of a

21    summary chart or calculation, you're thinking of something

22    that's manageable to deal with.  But this in and of itself, the

23    summary is over 200 slides long, correct?

24         MS. PASCHALL:  Yes, Your Honor.  And I believe that

25    the testimony, both of this witness and the prior witness, is

1  that the extraction in Government's Exhibit 1000 is gigabytes

2  of information.  So we have tried our best to summarize what is

3  relevant.  And even after Ms. Tunis pled guilty last night, we

4  excised some slides from this in order to give the Court the

5  best evidence that the Government has for this case.

6         THE COURT:  My observation is this.  If this were done

7  as 200 separate pages, each page of which is a summary, because

8  it's drawn from various materials, I think we'd have no

9  problem.  And I don't think the fact that it's compiled

10 together is problematic, so long as it winds up being discussed

11 to some extent during the course of the trial, so that there's

12 an explanation that is fair for me to assess whether it is a

13 compilation summary, whatever we want to call it, that is

14 fairly drawn from even a more voluminous mass of evidence than

15 the 200 pages this PowerPoint represents.

16        Having said that, I will go ahead and admit it,

17 subject to the examination with respect to specific aspects of

18 it convincing me of its fairness as a summary.  Now, I don't

19 mean fully its accuracy.  That's a subject for

20 cross-examination as to particular pages of it.  But just in

21 terms of its fairness and reliability with respect to what the

22 witness here has done in putting it together.

23        MS. PASCHALL:  One additional point, just to clarify

24 how Your Honor would like to proceed.

25        I move to admit all of the 108 series that is the

Calidonna - DIRECT

1    photographs.  I've also noted the subparts to each of the

2    conversations.  101 has 52 subparts.  102 has, I believe, 25

3    subparts.

4              THE COURT:  We have not moved those into evidence yet.

5              MS. PASCHALL:  No, Your Honor, we have not.  And I

6    think that was based on the objection.  My understanding of the

7    objection is they don't want them moved in in bulk.  They are

8    provided here --

9              THE COURT:  You're interrupting?

10             MR. ORENBERG:  No, I'm not.  Sorry.

11             THE COURT:  Okay.

12             MR. ORENBERG:  Just stretching.

13             MS. PASCHALL:  They're provided here in the

14   PowerPoint.  I can have Mr. Cassillas pull up each exhibit,

15   admit, and then discuss the slide on the PowerPoint.  However,

16   the purpose of the PowerPoint was to not have to do that.

17             THE COURT:  Right.

18             MS. PASCHALL:  So if Your Honor would feel --

19             THE COURT:  I'm on board with that purpose.  I just

20   want to make sure that it's fair --

21             MS. PASCHALL:  Right.

22             THE COURT:  -- to the other side and that it's

23   legitimate in accuracy in terms of my admitting it.  The

24   purpose is fine.  I'm on board with it.

25             MS. PASCHALL:  Okay.  So I think I will soldier on.

1    And if they have any objections, we are more than happy to pull

2    up the underlying exhibits that are in Government's

3    Exhibit 140.  Also, for Your Honor, as needed.  And we'll just

4    plow ahead, if that's all right.

5              THE COURT:  Go ahead and plow ahead.  My observation

6    now will be educated further by Ms. Amato, who I will give the

7    liberty of having two lawyers speak when one witness is on the

8    stand, which I don't normally give the liberty for.  But go

9    ahead.

10             MS. AMATO:  Thank you.

11             So I want clarification that 140 is a PowerPoint

12   pertaining to data from the phone.  Okay.  Because I'm seeing

13   pages, at least in the copy that I'm looking at, let's say

14   Page 13, for example, which seems to have Western Union and

15   MoneyGram information.  So unless that's coming from the phone

16   as well, I don't think it's -- this PowerPoint, then, is just

17   based on phone data.

18             MS. PASCHALL:  Again, Your Honor, we have each exhibit

19   listed on each page.  We will be more than happy to go back and

20   reference.  I believe these exhibits are from --

21             THE COURT:  That's their point.  Their point isn't

22   whether this has an underlying exhibit basis for it.  It's

23   whether it's accurate to say that 140 is just information drawn

24   from --

25             MS. PASCHALL:  I see.

Calidonna - DIRECT

1          THE COURT:  -- Ms. Tunis' phone.

2          MS. PASCHALL:  I see.  I think --

3          THE COURT:  I can't remember, quite frankly, whether

4   the representation has been that it's just information drawn

5   from Ms. Tunis' phone.

6          MS. PASCHALL:  I think it will become clear as we go

7   through it.  Now, if they object now, I believe all of these

8   things are going to be in evidence or are coming into evidence.

9          Some of the other items of evidence that were obtained

10  have, of course, informed Ms. Calidonna's information, and I

11  think it's appropriate for us to use those for that purpose.

12  So --

13         THE COURT:  What's your suggestion for how we proceed?

14  You'd like to have 140 admitted?

15         MS. PASCHALL:  I would.

16         THE COURT:  And your objection to 140 is?

17         MS. AMATO:  Well, Your Honor, just to add one more

18  thing to throw this in.  The Government has been --

19         THE COURT:  Get closer to the microphone for the court

20  reporter.

21         MS. AMATO:  The Government has been providing us

22  updated exhibits.  My 140 does not have the exhibits listed as

23  theirs does, which says Exhibit 502, 501.  So I thought I had

24  downloaded yesterday all of their updated exhibits, but

25  apparently -- and Mr. Orenberg doesn't have it either.

1          So it seems that the exhibit that I have for 140 is

2    slightly different than what we're looking at here because I

3    don't have the exhibit numbers indicating where this material

4    is coming from.

5          MS. PASCHALL:  So we did provide updated versions of

6    these PowerPoints, given the fact that Ms. Tunis had pled

7    guilty, and also anticipating the objection that has, in fact,

8    arisen.  Ms. Calidonna, at great pains, last night went through

9    the exhibit list to note the exhibits on each page of the

10   PowerPoint slide.

11         Now, if they need more time to review that, that is

12   understandable, but the content should be the same.  It is only

13   slimmed down for the presentation for this one defendant and

14   now includes these additional numbers to assist the Court and

15   to assist counsel in finding where these slides were derived.

16         THE COURT:  All right.  Make sure that they have the

17   updated, if they don't already have the updated, with the

18   exhibit numbers listed on them.

19         With respect to this version that has the exhibit

20   numbers listed on them, I'm going to go ahead and -- we don't

21   have a jury.  So I have a little more latitude here in terms of

22   how I do this.

23         I'm going to go ahead and admit it.  It will be, to

24   some extent, conditional.  Because I've got to make an

25   assessment at some point as to whether I think, based on this

1  witness's testimony or anyone else's testimony with respect to

2  this exhibit, whether it is an accurate summary of the

3  underlying evidence.  I'll reserve making -- drawing that

4  conclusion.  But I'll allow it in conditionally and allow you

5  to proceed using this exhibit.

6       MS. PASCHALL:  Thank you, Your Honor.

7    (Government Exhibit 140 received in evidence.)

8  BY MS. PASCHALL:

9  Q.  Okay.  Let's start on slide 2 of Government's Exhibit 140.

10  What is depicted on slide 2 of Government's Exhibit 140?

11  A.  This is essentially a -- the way that I found it best to

12  show that the phone number depicted here, ending in 9101, did,

13  in fact, belong to Mr. Germine.  It shows the contact saved in

14  Ms. Tunis' phone was as Joly M.  And there is another way in

15  which I attributed this phone number ending in 9101 to Germine,

16  which was an article that he referenced in their text messages.

17  Q.  So speaking as to the first contacts, I'll move to slide

18  number 3 which has Government's Exhibit 100.04 on it.

19       THE COURT:  Which page is this of the PowerPoint?

20       MS. PASCHALL:  Slide 3 of the PowerPoint.

21       THE COURT:  Thank you.

22  BY MS. PASCHALL:

23  Q.  Containing Government's Exhibit 100.04.  What is

24  Government's Exhibit 100.04.

25  A.  This is a WhatsApp contact card depicting a phone number

Calidonna - DIRECT

1   ending in 9101.  The contact card name is Joly M, with a kiss

2   face and a heart emoji.

3   Q.  And was this contact card something that you found in

4   Government's Exhibit 100 as a portion of the extraction of the

5   phone taken off of Ms. Eliande Tunis?

6   A.  Yes.

7          MS. PASCHALL:  At this point, Your Honor, we would

8   move the admission of Government's Exhibit 100.04.

9          MR. ORENBERG:  I guess, subject to the Court's --

10         THE COURT:  All right.  This isn't Exhibit 100.04.  It

11  is something created from Exhibit 100.04, correct?

12         MS. PASCHALL:  It is, Your Honor.

13         THE COURT:  100.04 is a subpart of this page.

14         MS. PASCHALL:  It is, Your Honor.  And that is why the

15  Government had endeavored to move all of those things into

16  evidence before we got to Government's Exhibit 140.  I'm happy

17  to go through them in that manner.

18         Again, all of those things are relevant to the

19  Government's case.  But, given the slimmed-down nature of the

20  presentation, both for Your Honor and for this one defendant, I

21  did not want to spend the time to go through every individual

22  exhibit, unless it was something that is relevant that we're

23  going to see in Government's Exhibit 140.

24         Now, we can go through and authenticate all of the

25  individual subparts.  I'm happy to do that.

Calidonna - DIRECT

1          THE COURT:  Again, I applaud the effort.  And I want

2     to go along with it, but I want to be fair.

3          MS. PASCHALL:  Yes.

4          THE COURT:  Go back to slide 2.

5          I take it, Ms. Calidonna, that you've drawn some

6     conclusions from reviewing exhibits beyond Exhibit 001, which

7     is the photograph.  You've drawn some conclusions that are set

8     out here from reviewing a vast body of exhibits.

9          THE WITNESS:  Correct.

10          THE COURT:  So in this PowerPoint, there's not just

11     restatements or inclusions of exhibits; there are conclusions

12     that this witness has drawn from reviewing those exhibits; is

13     that correct?

14          MS. PASCHALL:  I would not characterize them as

15     conclusions, so much as recitation of what she has found.

16     She's an analyst.  So in that sense, it is analysis.  But I

17     think it is all tied back to things that are exhibits.  She is

18     not qualified as an expert to give any conclusions.

19          THE COURT:  These are all, more or less, facts that

20     she's setting out that she's found in the review of the

21     exhibits.

22          MS. PASCHALL:  That's correct.

23          THE COURT:  Is it -- assuming that's an accurate

24     description -- I'm asking you now, not the witness, does the

25     entirety of Exhibit 140, the PowerPoint, follow that track and

Calidonna - DIRECT

1    only contain the restatement of facts that she's drawn from the

2    body of exhibits or documents that she reviewed and not draw

3    any conclusions?

4         MS. PASCHALL:  So I think slide 2 is a good example of

5    a portion of analysis.  So if we look under the nicknames, for

6    instance, she has summarized how many times the nickname "Deko"

7    is used.

8         THE COURT:  That, again, is factual.

9         MS. PASCHALL:  Correct.

10        THE COURT:  She's setting forth a summary, an

11   analytical method of adding up the number of times that that

12   nickname occurred.

13        MS. PASCHALL:  Correct, Your Honor.  So what I believe

14   the evidence is going to show is what facts she used in her

15   analysis, and that is what is going to be laid out here.  To

16   the extent that that is a conclusion, I'm not certain.

17        THE COURT:  I'm not going to call it a conclusion.  I

18   think you're right not to call it a conclusion.  So I correct

19   what I'm calling it.

20        But I want to make sure that I understand whether

21   there are conclusions set out in this PowerPoint or whether

22   everything falls, instead, into the category of just being an

23   analytical representation of facts that she has summarized in

24   the PowerPoint.

25        MS. PASCHALL:  With the exception of some slides that

Calidonna - DIRECT

 1   will say something to the effect of "hostage taking,

 2   relationships," things that go into different buckets to help

 3   direct Your Honor, yes, I think every slide is going to be

 4   either drawn from an exhibit or a factual analysis by this

 5   witness.

 6          THE COURT:  All right.  That's where we are.  I've

 7   made my tentative conclusion as to how we can proceed.

 8          MS. PASCHALL:  Thank you.

 9          THE COURT:  Ms. Amato.

10          MS. AMATO:  Your Honor, I'd like to present the Omegan

11   (ph.) argument that, as to this page, there is a conclusion

12   that's being --

13          THE COURT:  I'm sorry --

14          MS. AMATO:  There is a conclusion, excuse me.  As to

15   this page, I submit that there is a conclusion with the

16   heading.  We have a conclusion that this number that's listed

17   on here, the (509)31-57-9101, that belongs to an individual by

18   the name of Joly Germine AKA Yonyon AKA Deko AKA Paa.

19          I believe she had to make her own analysis and

20   decisions and conclusions to determine that one person -- that

21   this is all one person, the same person.  And so, therefore, it

22   is not just a summary analysis of data, but she is making

23   conclusions here as to who the data applies to.

24          THE COURT:  So we'll proceed in the way I said, but

25   first thing tomorrow, if there's any further discussion with

1    respect to this exhibit, we can do that.  Everyone will have a

2    chance, that way, to look at it a little further, including

3    myself, and decide whether I think there are any problems under

4    1006 or whether some further examination of this witness is

5    necessary before I can remove the conditional aspect of the

6    admission.

7              MS. PASCHALL:  May I briefly respond to the argument?

8              THE COURT:  You may.

9              MS. PASCHALL:  I think that goes to the weight of the

10   evidence, not the admissibility, Your Honor.  I think Your

11   Honor has to make the determination whether the facts that we

12   present support the fact that this is, in fact, Mr. Germine.

13   This witness is going to talk about those facts and the

14   analysis underlying them, but it is ultimately Your Honor's

15   decision of what weight you give that evidence, not whether it

16   is purely admissible at this point in time.

17             THE COURT:  I think there's some force to that.  But I

18   do believe in a 1006 analysis, it's important to know and be

19   able to take into account the basis for conclusions that are

20   being drawn.  And with 200 pages, it's not easy to do that

21   because you're not referring me to all 200 pages, and I don't

22   want you to because that's going to take a lot of time right

23   now.

24             So we're going to proceed in the way that I just said.

25             MS. PASCHALL:  Thank you, Your Honor.

Calidonna - DIRECT

1    BY MS. PASCHALL:

2    Q.  Ms. Calidonna, can you see slide number 3 of Government's

3    Exhibit 140, which refers to Government's Exhibit 100.04?

4    A.  Yes.

5    Q.  And this is the contact card that you mentioned that you

6    relied on for the information that is in slide number 2 of

7    Government's Exhibit 140?

8    A.  Yes.

9    Q.  Let's move ahead to slide number 4.  What do you see in

10   slide number 4?

11   A.  So this slide essentially depicts WhatsApp messages that

12   occurred on October 18th of 2021, between Eliande Tunis and

13   Mr. Germine.  You'll see below that there are two different

14   blocks.  And this is how I organized the entire PowerPoint.

15       On the left there are blue messages, and on the right there

16   are the English translations of messages.  However, the first

17   one does appear to be an image.

18   Q.  And in the lower right-hand corner you've placed

19   Exhibit 101.41.  Is that because the content on slide number 4

20   is found in Government's Exhibit 101.41?

21   A.  Yes.

22   Q.  Now, what is the content of Government's Exhibit 101.41?

23   A.  The first is a message that Mr. Germine sends to Eliande

24   Tunis.  If you'll go to the next slide, you'll see a bigger

25   version of that photo.

Calidonna - DIRECT

1   Q.  What is slide number 5?  What is that photo?

2   A.  This is a screenshot that Mr. Germine sent Eliande Tunis.

3   You'll see that the first paragraph depicts a yellow underlined

4   highlight stating Joly, quote, Yonyon Germine.

5   Q.  So now, if we go back to slide number 4, which contains

6   Government's Exhibit 101.41, what is the second part of this

7   chart?

8   A.  After sending the photograph, Mr. Germine sent an audio

9   message, which is depicted by that orange traffic cone.  The

10  audio message reads:  After reading it, come explain what it

11  says.  All right?  Or call me while reading it to explain to

12  me, so I know what these thieves say about me.  I can see that

13  they mention my name.  They mention my real name.  These

14  thieves, man.

15  Q.  So I'm circling the blue box off to the left on slide

16  number 4.  I believe you just described this, but what does

17  that traffic cone mean?

18  A.  The traffic cone simply means that the message contained is

19  an audio message compared to a text message where you just see

20  the actual words.

21  Q.  And the name that is at the pop of the blue box, what does

22  that indicate?

23  A.  That indicates that this was sent to Eliande Tunis by Joly

24  M.

25  Q.  The person that is Joly M in her contact card that we

Calidonna - DIRECT

1    looked at earlier?

2    A.   Yes.

3    Q.   And does this also depict the date of the message on the

4    bottom right portion of the blue box?

5    A.   Yes.  It depicts the date and the time.

6    Q.   So does what is depicted in Government's Exhibit 140, slide

7    4, which is supported by Government's Exhibit 101.41, part of

8    what you have listed here on slide 2 of Government's Exhibit 40

9    as to why you believe the phone number ending in 910, in fact,

10   belongs to Joly Germine?

11   A.   Yes.

12   Q.   Now, in reviewing the translations of the chats with this

13   phone number, 9101, you have placed on slide number 2 some

14   nicknames.  Can you please explain to the Court what that

15   means?

16   A.   Yes.  While I was reviewing the translations, I found that

17   there were multiple names used to -- in the text messages

18   between Eliande Tunis and Mr. Germine, in which Ms. Tunis would

19   refer to Mr. Germine as Deko and  Paa.

20   Q.   And how many times did you list -- or did you find, rather,

21   that she referred to contacts ending 9101 as Deko between

22   August of 2021 and September 24 of 2021?

23   A.   For Deko, I found that that nickname was used to refer to

24   Mr. Germine approximately 45 times.

25   Q.   And how many times was the nickname Paa used between

Calidonna - DIRECT

1    June 11th of 2021 and October 21 of 2021.

2    A.  Approximately 372 times.

3        THE COURT:  Can I ask a question out of curiosity?

4    You've represented the number of times that the nickname Deko,

5    D-E-K-O, was used and the nickname Paa, P-A-A, was used.  But

6    at the top of the slide you indicate two other nicknames.  One

7    is Deco spelled with a "C" and the other is Yonyon.  Why did

8    you set out these two and not all four?

9        THE WITNESS:  I found that, first and foremost, Deko

10   and Paa were the most frequently used.

11       THE COURT:  Deko with a "K."

12       THE WITNESS:  So when the translators provided their

13   translations to me, they would spell out Deko or Deco

14   phonetically.  So sometimes it would be spelled with a "C" and

15   sometimes it would be spelled with a "K."  This is because they

16   were listening to the audio messages and then writing it out

17   with either a "C" or a "K."

18       THE COURT:  Does that mean when you say nicknames,

19   Deko with a "K," it could be with a "C" as well?

20       THE WITNESS:  Yes.

21       THE COURT:  But Yonyon, you did not do an analysis?

22       THE WITNESS:  No.  I did not find that Ms. Tunis

23   frequently referred to Mr. Germine as Yonyon.  In fact,

24   Mr. Germine did refer to himself as Yonyon in that article that

25   we just saw.

Calidonna - DIRECT

1   BY MS. PASCHALL:

2   Q.  So on slide number 5 of Government's Exhibit 40, is that

3   where you have noted that Mr. Germine sent a screenshot of a

4   message that includes that nickname, Yonyon, with his full

5   name, Joly Germine?

6   A.  Yes.

7   Q.  I've moved on to slide number 6.  What is depicted in slide

8   number 6?

9   A.  Slide number 6 is another contact card that was found in

10  Eliande Tunis' phone.  This is a phone number that ends in 2263

11  and the contact card is saved as the name Paa.

12  Q.  Now, in the course of creating Government's Exhibit 140,

13  did you include many messages from this particular contact card

14  in this slide?

15  A.  No.  I did not include many messages from this specific

16  number, as the bulk of the messages between Ms. Tunis were from

17  the number that I was just describing.

18  Q.  Slide number 7 of Government's Exhibit 140 has another

19  phone number.  How did you see this phone number in your

20  investigation?

21  A.  Ms. Tunis had two phones.  She had an iPhone 11 and a

22  Samsung Galaxy.  I reviewed both the iPhone 11 and the Samsung

23  Galaxy.  I found that in the Samsung Galaxy, this phone number

24  ending in 5752 was saved in the phone as "Paa."

25          THE COURT:  We need to take an afternoon break.

Calidonna - DIRECT

```
 1              MS. PASCHALL:  Yes, now is a good time.

 2              THE COURT:  You tell me when would be a good time.  If

 3    you only have two more minutes with this witness, I'll let you

 4    finish up.

 5              MS. PASCHALL:  Unfortunately not, Your Honor.  Now is

 6    fine.

 7              THE COURT:  All right.  Let's take a break and we'll

 8    resume at 3:30.

 9         (A recess was taken at 3:17 PM)

10              THE COURT:  All right.  Two additional matters.  One,

11    I'm going to have to talk to defense counsel at the conclusion

12    of the evidence today about another aspect of Rule 17.  Two,

13    there is a weather threat, shall we say.  And the problem is

14    going to be the Marshalls bringing the defendant, because

15    there'll be a limitation on who is to be brought when there is

16    a delayed opening or more.

17              So I need to have you think about this, so we can

18    decide by the end of the day here, just how we're going to deal

19    with the uncertainty of proceeding tomorrow.  So I wanted to

20    run that through your minds while we're continuing with events

21    today.

22              MS. PASCHALL:  We had anticipated that, Your Honor.

23    Happy to address.  We had some witnesses who were going to be

24    coming in from out of town who we have moved to next week on

25    the assumption that -- one of our witness's flights already got
```

Calidonna - DIRECT

1    cancelled.

2           So we would be able to continue with Ms. Calidonna

3    tomorrow, as I assume we're not going to finish with her.  And

4    we also have one local, D.C. area witness that we would be able

5    to bring.  Those are the only people we had planned to have

6    tomorrow.

7           I think we are moving at a clip, this witness aside.

8    And so we're still on track, I think, to finish in our two-week

9    time frame, even if those are the only two that we address

10   tomorrow.  If we don't get to have court tomorrow, we'll just

11   move everyone to Monday and then continue on from there.  But

12   we asked out-of-town witnesses not to travel until the weekend,

13   anticipating potential delays.

14          THE COURT:  Given the weather reports, I think it's

15   more likely that we'll have a delay than a cancellation.  And

16   we'll talk about it further at the end of the day.

17          MS. PASCHALL:  Okay.

18          THE COURT:  Ms. Calidonna, I'll remind you you're

19   still under other.

20          Please proceed, Ms. Paschall.

21          MS. PASCHALL:  Ms. Duncan, I'm not seeing my computer

22   on the screen.

23          Thank you.

24   BY MS. PASCHALL:

25   Q.  Ms. Calidonna, when we left off, I believe we were on slide

Calidonna - DIRECT

1   number 8 of Government's Exhibit 140.  What is depicted in

2   slide number 8?

3   A.  So this depicts the phone number (609)470-3447.  This is

4   the phone number belonging to Eliande Tunis, which is the phone

5   number that I reviewed throughout my research.

6   Q.  And is this the phone number that appears in the T-Mobile

7   subscriber information for Government's Exhibit 201?

8   A.  Yes.

9   Q.  The second line that you have there that has Apple ID, is

10  that information that you gleaned from the extraction of this

11  phone in Government's Exhibit 100?

12  A.  Yes.

13  Q.  Tell us what that means.

14  A.  When I reviewed this phone, I found that the phone itself

15  had been logged into the iCloud account in the email address of

16  EliandeTunis@iCloud.com.

17  Q.  And the third bullet that discusses the WhatsApp account,

18  is that information that you also gleaned from the extraction

19  in Government's Exhibit 100?

20  A.  Yes.  While reviewing the film, I found that there was a

21  WhatsApp account that was Eliande Tunis with the user name

22  16094703447@S.WhatsApp.net, and the WhatsApp photo is also

23  depicted here in this slide.

24  Q.  And is that Government's Exhibit 100.09 also drawn from the

25  extraction of Government's Exhibit 100?

Calidonna - DIRECT

1    A.  Yes.

2    Q.  On slide 9, what do we see here?

3    A.  This is a slide that depicts information about phone number

4    (509)49-11-1767, which was the phone number that was Eliande

5    Tunis' second phone, which was that Samsung Galaxy.

6    Q.  Is that what is in evidence as Government's Exhibit 110?

7    A.  Yes.

8         THE COURT:  Is this summary -- this slide in your

9    summary that is Exhibit 140, the purpose of this particular

10   slide is simply to attribute the phone number ending in 1767 to

11   Ms. Tunis?

12        THE WITNESS:  Exactly.

13        THE COURT:  Then what's indicated is the support and a

14   greater body of evidence for your reaching that analytical

15   conclusion?

16        THE WITNESS:  Yes, Your Honor.

17   BY MS. PASCHALL:

18   Q.  So in reviewing what is in evidence as Government's

19   Exhibit 110, can you describe what you have listed here in

20   bullet number 2?

21   A.  Yes.  I found that the Samsung Galaxy with phone number

22   ending in 1767 was logged in to two WhatsApp accounts.  The

23   first in the name of Eliande Tunis, associated with the 1767

24   phone number, and a separate WhatsApp business account.  The

25   name on this WhatsApp business account was BB.  The same phone

1    number was used to set up this WhatsApp business account and

2    the photo marked as Exhibit 100.10 was the photograph that was

3    the WhatsApp profile picture for the phone number.

4    Q.  And everything from slide number 9 is drawn from that

5    extraction of the phone in Government's Exhibit 110?

6    A.  Yes.

7    Q.  Moving on to slide number 10.  Tell us about the phone

8    number that is listed on slide number 10.

9    A.  The phone number here is (509)43-77-7977.  I found that

10   Eliande Tunis had engaged in WhatsApp messages with this phone

11   number.  And throughout the WhatsApp messages there were

12   multiple selfie-style and traditional photographs sent by this

13   number to Eliande Tunis.

14   Q.  And is that information that you gleaned from reviewing the

15   extraction in Government's Exhibit 100, the iPhone account?

16   A.  Yes.

17        THE COURT:  In the messages that sent the photographs,

18   is there something that indicates it's a photograph of himself?

19        THE WITNESS:  So the bulk of the messages are in

20   Haitian Creole.  However, in terms of words written, like "This

21   is a photograph of me," there was nothing that I found in the

22   thread that was in English to depict that.

23        THE COURT:  So you reached that conclusion based on

24   what?  The number of times it happened?

25        THE WITNESS:  Yes.  The amount of photographs that

1    were sent of this individual, the same man, being sent to

2    Ms. Tunis.

3    BY MS. PASCHALL:

4    Q.  Was there also -- let's see if we have it here.  I think it

5    will be there.  Was there also a video on Ms. Tunis' phone of

6    the individual depicted in Government's Exhibit 003?

7    A.  Yes.  I found in Ms. Tunis' videos a video depicting this

8    man, the same man that had been sending multiple photographs to

9    her.

10   Q.  And in that video, did he actually say the name Lamo

11   Sanjou?

12           MS. PASCHALL:  We'll get to that down the line, Your

13   Honor.

14   BY MS. PASCHALL:

15   Q.  I've pulled up slide 11 of Government's Exhibit 108.  Can

16   you please tell us what is depicted in slide 11?

17   A.  These are contact cards depicting how Eliande Tunis had

18   this phone number saved in her phone.  On the left, you'll see

19   one contact card that is saved as -- in the name Gran Mun (ph.)

20   and on the right, you'll see that the contact was saved in the

21   name Boss.

22   Q.  Are both of those exhibits, Exhibit 100.08 and 100.07,

23   created from your review of Government's Exhibit 100, which is

24   already in evidence?

25   A.  Yes.

Calidonna - DIRECT

1  Q.  Moving to slide number 12.  Please let us know what is

2  depicted in slide number 12.

3  A.  Slide number 12 reflects a phone number (509)48-74-3589.

4  This is another phone number that Eliande Tunis was in

5  significant conversations with.

6  Q.  And how did you use the information available to you to

7  identify that the phone number ending in 3589 belongs to Santia

8  Jean?

9  A.  While I was helping with the investigation of this case, I

10  did review MoneyGram and Western Union records.  And I found

11  that this phone number did appear in those Western Union and

12  MoneyGram records.

13  Q.  Move to slide 13, which has depictions from what is already

14  in evidence as Government's Exhibit 502.1 and 501.  Are these

15  the records that helped inform the information that you have on

16  slide number 12?

17  A.  Yes.  This is a small section of those records that helped

18  me inform my decision.

19  Q.  And is that because in 502.1 and in 501 we see the same

20  phone number ending in 3589 and the name Santia Jean?

21  A.  Yes.  You'll see the phone number ending in 3589 alongside

22  the name Santia Jean.

23  Q.  Move to slide 14.  What is this depicting?

24  A.  This depicts the contact cards saved in Eliande Tunis'

25  phone.  On the left, you'll see the native contact card, which

1  was saved as Manmi for the phone number ending in 3589.  On the

2  right, you'll see the WhatsApp contact card in Eliande Tunis'

3  phone, which reads the name Cynthia for the phone number ending

4  in 3589.

5  Q.  So the information that is on slide 14, is this from

6  information you gleaned from Government's Exhibit 100, already

7  in evidence?

8  A.  Yes.

9  Q.  We moved on to slide 15.  Can you please explain the

10  information in slide 15?

11  A.  This is another phone number, ending in 2871, that I found

12  Eliande Tunis communicated with.

13  Q.  And in the slide we have attributed that also to Santia

14  Jean.  What information in the phone did you use to make that

15  analysis?

16  A.  Well, I deemed that Eliande Tunis was talking to Santia

17  Jean on two different phone numbers, the 3589 phone number and

18  this phone number 2871 right here.  There was a series of text

19  messages with the 3589 number that indicated that 2871 number

20  was another phone number that was utilized by Santia Jean.

21  Q.  Looking at slide 16, does that depict the conversation that

22  you are referencing between those two phone numbers, 3589 and

23  the conversation with 2871?

24  A.  Yes.

25  Q.  So please go through for the Judge, what do we see on the

Calidonna - DIRECT

1   left-hand side of the screen?

2   A.  So on the left side of the screen, you'll see a

3   conversation between Eliande Tunis and Santia Jean.  Santia

4   Jean is utilizing the phone number ending in 3589 here.  You'll

5   see that Santia Jean is the one messaging in blue.  She says:

6   I sent you the transfer.  To which Eliande Tunis, who is

7   depicted in green, says:  Send the picture of the receipt,

8   Sandal (ph.).  Manmi, Santia Jean, responds:  I sent it to you

9   on WhatsApp on my name.  2,500, okay?

10  Q.  And then the messages that are displayed on the right-hand

11  side of slide 16, can you please explain that?

12  A.  Yes.  So on the right side of the screen, these are

13  WhatsApp messages.  You'll see that the phone number ending in

14  2871 sent Ms. Tunis a photograph of a Western Union receipt.

15  Q.  I'm circling a part of that Western Union receipt that is

16  depicted on slide 16.  Can you see the name of that Western

17  Union receipt in that photograph?

18  A.  Yes.  The name reads Santia Jean.

19  Q.  And did that inform your understanding of whether this

20  phone number ending in 2871 was, in fact, Santia Jean?

21  A.  Yes, it did.

22  Q.  The information that's depicted on slide 16 that's in

23  Government's Exhibit 104.11 and 104.5, are those both

24  information extracted from what is already in evidence as

25  Government's Exhibit 100?

Calidonna - DIRECT

1    A.  Yes.

2    Q.  Tell us about what we can now see on slide 17.

3    A.  Slide 17 corresponds with the previous slide, 16.  It shows

4    that same image that Santia Jean sent of the Western Union

5    receipt.  This is just the Western Union record that reflects

6    that same transaction.

7    Q.  And this record comes from Government's Exhibit 502.1

8    that's already in evidence; is that correct?

9    A.  Yes.

10   Q.  And it lists the sender of this control number as Santia

11   Jean; is that correct?

12   A.  Yes.

13   Q.  Going back to slide 16, that's the same control number that

14   we see in the image that was sent from phone number 2871; is

15   that correct?

16   A.  Yes.

17   Q.  Did this Western Union record inform your analysis that

18   2871 also belongs to Santia Jean?

19   A.  It did.

20   Q.  Move on to slide 18.  Please tell us what is on slide 18.

21   A.  This is a slide that depicts phone number 1(407)668-5243.

22   This phone number belongs to Jocelyn Dor.  Jocelyn Dor was

23   another individual who Eliande Tunis was in significant contact

24   with after I reviewed her iPhone.

25   Q.  As depicted on this slide, did you also review what's

Calidonna - DIRECT

1    already in evidence as Government's Exhibit 203 to make the
2    determination that this phone number, ending 5243, also
3    belonged to Jocelyn Dor?
4    A.  Yes.
5    Q.  Tell us about the MoneyGram payment that is referenced here
6    on September 29th of 2021.
7    A.  I found that on September 29th of 2021, Jocelyn Dor
8    received a MoneyGram payment.  When he received the MoneyGram
9    payment he was required to state a phone number, in which he
10   declared that as (407)668-5243.
11   Q.  And is that what is depicted on slide 19 with its basis in
12   Government's Exhibit 501?
13   A.  Yes.
14   Q.  Now, moved on to slide 20.  Can you explain this slide?
15   A.  This is the contact card for Jocelyn Dor as it appeared in
16   Eliande Tunis' phone.  You can see where it says "name."  The
17   name reads "JOS."
18   Q.  And this is based in Government's Exhibit 100.02.  Is this
19   exhibit created from your review of the extraction of what is
20   already in evidence as Government's Exhibit 100?
21   A.  Yes.
22   Q.  Moved on to slide 21 of Government's Exhibit 140.  Can you
23   explain what's on slide 21?
24   A.  Yes.  This depicts the phone number 1(954)709-5735, which
25   Eliande Tunis was in significant conversation with on her

Calidonna - DIRECT

```
 1    iPhone.
 2    Q.  And you determined that this number belonged to Walder
 3    St. Louis.  Can you explain how you made that determination?
 4    A.  Yes, I reviewed T-Mobile subscriber records.  I found that
 5    the subscriber of this phone number was Walder Louis.
 6    Q.  And in the course of the investigation, did the FBI also
 7    obtain records from Apple for Mr. Walder St. Louis?
 8    A.  Yes.  And the Apple ID attributed to this phone number was
 9    WalderStLouis24@gmail.com.
10    Q.  I moved on to slide 22.  Can you please tell us what is in
11    slide number 22?
12    A.  This is the contact card in Eliande Tunis' phone for that
13    phone number.  It is saved in the name Kuz Walder.
14    Q.  And this slide has that this is from Exhibit 100.03.  Is
15    that exhibit derived from your review of Government's
16    Exhibit 100 that's already in evidence?
17    A.  Yes.
18    Q.  Now, in reviewing these phones and subsequent messages and
19    translations, looking at slide number 24, can you tell us
20    approximately how many messages were exchanged between Eliande
21    Tunis and the numbers you've identified as Joly Germine?
22    A.  Yes.  Between June 11th and October 21st of 2021, I found
23    that there were approximately 3,415 messages exchanged between
24    Ms. Tunis and Mr. Germine.  Now, of these 3,415, the bulk of
25    them were audio messages or text messages.  This also includes
```

1  photos and videos.

2  Q.  So on slide 25, we have a depiction of a portion of

3  Government's Exhibit 101.52.  What is depicted on slide 25?

4  A.  This is a message that Mr. Germine sent to Eliande Tunis on

5  June 21st of 2021.  The English translation reads:  Now, I'm --

6  there's something I'll do when you come that's not a game.

7  You're out of bullets now.  You're empty, babe.  I swear to

8  God.  I'm king now.  I'm the king of kings.  You're out of

9  bullets.  Out of bullets.

10      On -- sorry.

11  Q.  We've now moved on to slide number 26 -- actually, before

12  we move from slide 25, is that message something that you

13  reviewed as a portion of the extraction from Government's

14  Exhibit 100 that's already in evidence?

15  A.  Yes.

16  Q.  Moving to slide 26, which contains a portion of

17  Government's Exhibit 101.07.  What is depicted on slide 26?

18  A.  On September 12th, 2021, Eliande Tunis sent a message to

19  Mr. Germine reading:  No matter what you do, I love you.

20  Q.  And is this a message that you reviewed from the extraction

21  from Government's Exhibit 100 that's already in evidence?

22  A.  Yes.

23  Q.  Now, moved on to slide 27 that has Government's

24  Exhibit 101.24.  What is depicted in this slide?

25  A.  This shows a message that Eliande Tunis sent Mr. Germine on

Calidonna - DIRECT

1    September 28th of 2021.  It reads:  Bonne nuit, my love.  Heart

2    eyes.  May God protect you.  Kiss emoji, heart emoji.

3    Q.  Now, did you also, in reviewing the extraction in

4    Government's Exhibit 100, find some still-shot photographs

5    depicting what appeared to be FaceTime conversations between

6    these two phone numbers?

7    A.  Yes.

8    Q.  So slide number 28, which contains Government's

9    Exhibit 108.40, what is this?

10   A.  This appears to be a screenshot of a FaceTime depicting,

11   largely, Ms. Tunis' face.

12   Q.  I'm going to circle what is in the lower right-hand corner.

13   Ms. Calidonna, are you familiar with FaceTime, how it appears

14   on your cell phone screen when you FaceTime somebody?

15   A.  Yes.  If you are somebody that is initiating the FaceTime,

16   you will be the small, little image in the corner and the

17   person who you are FaceTiming with will take up the bulk of the

18   screen.

19   Q.  You have here off to the left of slide 28 some information.

20   What information is that?

21   A.  This is just a simple poll of the metadata that was

22   associated with this photograph.  There are a lot of lines, but

23   what I predominantly looked at was the created date, which here

24   reads October 2nd of 2021.

25   Q.  And is that information that you pulled from your review of

Calidonna - DIRECT

1   the extraction that is Government's Exhibit 100, already in

2   evidence?

3   A.  Yes.

4   Q.  Let's move on to slide 29.  Is this also -- well, describe

5   what's on slide number 29, please.

6   A.  This is also a screenshot of a FaceTime.

7   Q.  This is derived from Government's Exhibit 108.  Do we see,

8   once again, the same sort of setup that we saw in the previous

9   slide, slide number 28?

10  A.  Yes.

11  Q.  And I have now circled off to the right the metadata.  Can

12  you please tell us which metadata is associated with

13  Government's Exhibit 108.06?

14  A.  The metadata shows September 10th, 2021.

15  Q.  And is what's depicted here in Government's Exhibit 108.06

16  information that you gleaned from your review of Government's

17  Exhibit 100, already in evidence?

18  A.  Yes.

19  Q.  We've now got up slide number 30.  Can you please explain

20  slide number 30?

21  A.  This is also a screenshot of a FaceTime.  You'll see a

22  small, dark box in the top-left corner.  And then you'll see

23  the larger image blowing up most of the screen.

24  Q.  This is part of the Government's Exhibit 108.02.  Do you,

25  once again, have the metadata for that image off to the

1   right-hand side of the slide?

2   A.  Yes.  This shows the image was created August 6, 2021.

3   Q.  I now have up slide 31 from Government's Exhibit 140.  What

4   is this?

5   A.  This is another screenshot from a FaceTime.  You can see

6   that it says "Joly M."  Then the words "connecting."  It shows

7   that this was created on October 11, 2021, in the metadata.

8   Q.  This is gleaned from Government's Exhibit 108.76.  Is this

9   also information that you found in your review of Government's

10  Exhibit 100, already in evidence?

11  A.  Yes.

12  Q.  I've now pulled up on the screen Government's Exhibit 140,

13  slide number 32.  This is depicting Exhibit 104.03.  What do we

14  see here?

15  A.  These are two messages exchanged on August 27th between

16  Eliande Tunis and Santia Jean.  You'll see in green, Eliande

17  Tunis says:  My tummy is hurting.

18      In response, Santia Jean says:  Deko got you pregnant.

19  Q.  And is Government's Exhibit 104.03 extracted from your

20  review of Government's Exhibit 100, already in evidence?

21  A.  Yes.

22  Q.  I'm circling a small part of the green message on slide 32.

23  Do you see what I've circled in the bottom corner there?

24  A.  Yes.  It is a red "X."

25  Q.  Let's pivot in the phone.  In your review of Government's

Calidonna - DIRECT

1  Exhibit 100 and creation of the subexhibits, did you find

2  communications between Ms. Eliande Tunis and the phone number

3  we have attributed to Joly Germine regarding hostage takings

4  that were occurring in Haiti?

5  A.  I did.

6  Q.  Let's look at slide 34 of Government's Exhibit 140.  This

7  depicts Government's Exhibit 101.38.  What do we see on slide

8  34?

9  A.  These are messages exchanged between Eliande Tunis and

10  Mr. Germine on October 14th of 2021.  Mr. Germine states:  The

11  guy we found with this car, babe, we found $600,000 on him.

12  There's only 400 left to make it $1 million.  We found him with

13  this money.  We automatically kidnapped him.  He is the

14  director of OAVCT.  OAVCT is a big government company.  This

15  guy is full of cash.  He has an official car.  His car is

16  tinted with flashing lights.  He has a microphone.  He drives a

17  police car.  He has over $600,000 on him.  So you already know.

18  We held him hostage right away.  He said not to kill him.  He

19  has lots of money at home.  He has plenty of money at home.  So

20  we just need to go get money at his house.  This is what he

21  told us.  We already cashed in.  Be cool, slick head.

22  Q.  And the remaining messages on that page, who are those

23  from?

24  A.  The main messages are from Eliande Tunis.

25  Q.  Could you please read the translation of the first message

Calidonna - DIRECT

1    from 11:52:03 a.m.?

2    A.  She says:  Wow, what a thief, man.  The money has been

3    made.  For a man to have that much money on his person?  Well,

4    you're going to ask him twice, twice as much as the amount you

5    found on his person.  Nice work, thief.  You're a real Mafia.

6    You will not stop being a thief.

7    Q.  What is the translation of the message that was sent at

8    11:59:22 a.m.?

9    A.  She says:  Well, Paa, make her/him give you your 400,000

10   U.S. dollars after the 2 million in Haitian currency.

11   Q.  The final message on this slide that was sent at

12   12:55:42 p.m.?

13   A.  Eliande Tunis says:  I'm not a thief.  I'm the wife of a

14   gang leader.

15   Q.  What is depicted in Government's Exhibit 101.38 on slide 34

16   here, was this information that you gleaned from your review of

17   the extraction of Government's Exhibit 100, already in

18   evidence?

19   A.  Yes.

20   Q.  Now, moving on to slide 35, which depicts Government's

21   Exhibit 101.02.  What is depicted on slide 35?

22   A.  These are messages exchanged between Eliande Tunis and

23   Mr. Germine on June 18th of 2021.

24   Q.  And the first message, who is the sender of the first

25   message?

1    A.  Eliande Tunis sends the message:  The part in the first

2    video.  Like I heard Gaspiay (ph.) say, get out motherfucker,

3    something like that.  Is this Gaspiay talking?  Where was the

4    video recorded?  No, I don't understand it.

5    Q.  And the message that follows at 3:12:14 p.m., who is the

6    sender of that message?

7    A.  Mr. Germine.

8    Q.  What is the message?

9    A.  He says:  This happened at his house.  They took him there

10   with his boxers on.  We are in his house right now.  We

11   recorded the video.  The video started when we were in his

12   house.  Did you see the part where they were dragging him?

13   Yes, they're dragging him to the car.  We'll put him in the

14   car.  We're going to eat his dick.

15   Q.  And then the corresponding message at 3:48:36 p.m., what is

16   the portion of that message here?

17   A.  Eliande Tunis says:  Didn't you take his gun?  I know he's

18   got one.

19   Q.  And the information that is in Exhibit 101.02 here on

20   slide 35, is that information that you gleaned from your review

21   of Government's Exhibit 100, already in evidence?

22   A.  Yes.

23   Q.  Now, moving on to slide 36, which depicts a portion of

24   Government's Exhibit 101.06.  Who is the first person to send

25   the message on August 14th, 2021, at 9:34:31 p.m.?

Calidonna - DIRECT

1    A.  Eliande Tunis.

2    Q.  And what does it say?

3    A.  Eliande Tunis says:  Deko, you remember my friend who lives

4    in Croix-des-Bouquets?  Well, she informed me today that they

5    kidnapped her brother.  Her little brother Johnny.  I said, oh,

6    wow.  I didn't tell her anything.  You understand?  But, baby,

7    she is crying and has no consolation.  I'm now asking you if,

8    not for them, for me, did you guys go to work today?  If the

9    litter brother is, if the little brother is -- you understand?

10   It's you guys who do things.  Deko, do you have someone of that

11   profile inside?

12   Q.  And what is the next message sent on August 14th, 2021, at

13   9:51:23 p.m.?

14   A.  Mr. Germine responds:  We will talk later.

15   Q.  And the next message from the following day, August 15th,

16   2021, at 12:39:40 p.m., who sent that message?

17   A.  Eliande Tunis.

18   Q.  What is the text that is displayed here of that message?

19   A.  Deko, I was just talking to Marie Josue (ph.)  She says,

20   thanks, thanks, thanks.  Thanks to you.  A thousand thanks.

21   Q.  And the information on this slide from Government's

22   Exhibit 101.06, is that information that you gleaned from the

23   extraction of Government's Exhibit 100 that's already in

24   evidence?

25   A.  Yes.

1    Q.  I've pulled up on the screen slide 37 that contains

2    information from Government's Exhibit 101.01.  Who is the

3    sender of the first message on this screen, June 14th, 2021, at

4    9:23:59 p.m.?

5    A.  Eliande Tunis.

6    Q.  And what does it say?

7    A.  Oh, you had work today, friend?  Didn't you have to work

8    today?  You know.  That's what it is.  Hum.  Oof, you've got

9    balls for real.  You always find something when you go out

10   there.  God knows the misery of the poor.  God knows you need

11   it.  We are in need.  We need the things.  Look at the gold.

12   It's a good fit.  Very classic.  Tell me, friend, is it a nine

13   or a 40?

14   Q.  And who responded to that message on June 14th, 2021, at

15   9:31:56 p.m.?

16   A.  Mr. Germine responded:  Yo, dog, we had to handle another

17   job.  We happened to find it.  Then we took care of it.  You

18   already know that we do it on the spot.  This is the motto, do

19   it on the spot.  That is how the backup is named.

20   Q.  And that slide that contains Government's Exhibit 101.01,

21   is that information that was gleaned from your review of

22   Government's Exhibit 100, already in evidence?

23   A.  Yes.

24   Q.  On slide 38, which contains a portion of Government's

25   Exhibit 101.48, what is depicted on slide 38?

Calidonna - DIRECT

1    A.  The first slide is an image that Mr. Germine sends to

2    Eliande Tunis.

3    Q.  And we'll come back to slide 38.  But to go ahead one tick

4    to slide 39, what do we see here?

5    A.  We see here a screenshot reading:  Kidnapping in Haiti.

6    Q.  And then is the rest in not English?

7    A.  Yes.  The rest is in Haitian Creole.

8    Q.  So going backing to slide 38, what is the response to that

9    image that is sent at 3:59:01 p.m.?

10   A.  Ms. Tunis says:  Wesley told me the plans you have for

11   later today.  Attack them hard and then block the road close to

12   the police station, baby.

13   Q.  And who responds at 4:01:17 p.m. on October 18th?

14   A.  Mr. Germine.  He responds:  Can you see what's written

15   here, babe?  The kidnappers in Haiti.  The United States

16   prepared to negotiate the release of seven mercenaries abducted

17   by the gangs of 400 Mawozo.

18   Q.  And what is the next message that's at 4:01:38 p.m.?

19   A.  Mr. Germine says:  We'll hold a meeting today because you

20   know there was a strike today.  Tomorrow morning from 4:00 a.m.

21   bullets will start firing.  From 4:00 a.m. I'd like to hit the

22   patrol while we're firing.  At 4:00 in the morning, I'll tell

23   T. Wilson to block all the streets, block everything, hide all

24   motorcycle keys, hide everything.

25   Q.  And the final message on slide 38 that's sent at

1  7:39:36 p.m., who is the sender of that message?

2  A.  Mr. Germine.  He states:  Call me while reading it to me so

3  I know what these thieves say about me.  I can see that they

4  mention my name.  They mention my real name.  These thieves,

5  man.

6  Q.  Before we leave slide 38, depicting a portion of

7  Government's Exhibit 101.48, is that information gleaned from

8  the extraction that is already in evidence as Government's

9  Exhibit 100?

10  A.  Yes.

11  Q.  Moving on to slide 40 of Government's Exhibit 140, this is

12  information gleaned from Exhibit 101.49.  What is this slide

13  depicting?

14  A.  This slide is depicting messages exchanged on October 18th,

15  2021.  Eliande starts by saying:  Can you see where they say

16  that when this group kidnaps you, they'll have sex with you,

17  they'll rape you and beat you up?  Oh, my God.  These people

18  exaggerate.  Hmm, they say there are five kids among the 17

19  people.  They didn't mention their age.

20  Q.  Who responds at 8:08:03 p.m.?

21  A.  Mr. Germine.  He says:  I asked Lanmo about their location.

22  I was told it was in Morne Cabrit.  That's where Lanmo told me

23  that they have a house.  That's what he said to me.  He told me

24  that they have a house in Morne Cabrit.

25  Q.  Who responds at 8:10:34 p.m.?

1    A.  Eliande Tunis.  She says:  Babe, who has a house at the

2    bottom of Morne Cabrit?  They were airing it a few hours ago on

3    Fox, the two missionaries.  Who has a house at the bottom of

4    Morne Cabrit?

5    Q.  And the final message on slide 40 at 8:12:34 p.m.  Who is

6    the person speaking in that message?

7    A.  Eliande Tunis.  She says:  They're shaken regarding the

8    children.  They're shaken because they know -- they know this

9    group does not play around.  Don't worry about them.  You know

10   what happened is good.  It's really good.  While under stress

11   and shaken, they're putting pressure on the government to do

12   that they're supposed to do.  They're putting pressure on the

13   government so they can provide an appropriate response.  In the

14   meantime, you will stand tough.  It's give and take.  You stand

15   tough.  The government's under pressure.  They haven't called

16   Mo?

17   Q.  The information in slide 40 that's depicted in Government's

18   Exhibit 101.49, is this information that you gleaned from a

19   review of the phone extraction in Government's Exhibit 100,

20   already in evidence?

21   A.  Yes.

22   Q.  Now pulled up slide 41, which contains information from

23   Government's Exhibit 101.03.  What do we see on slide 41?

24   A.  These are messages exchanged between Eliande Tunis and

25   Mr. Germine between June 19th and June 22nd of 2021.

Calidonna - DIRECT

1   Q.  And who sends the first message at 9:46:12 p.m. on

2   June 19th?

3   A.  Mr. Germine.  He says:  Wait, baby.  The depote really got

4   released from jail?  Next week, I will kill him.

5   Q.  And who responds on June 19th at 9:46:47 p.m.?

6   A.  Ms. Tunis responds:  Ah, papa, are you really sure they

7   released him?  That's crazy.  Okay, darling.  I'm waiting for

8   you then.

9   Q.  And who responds at 11:47:55 p.m. on June 19th?

10  A.  Mr. Germine says:  Ah, that's a piece of shit.  That's a

11  piece of shit.  I'll eat it real fast.  I'll give him no chance

12  at all.

13  Q.  This information that's from Government's Exhibit 101.03,

14  is this information that you gleaned from your review of

15  Government's Exhibit 100, already in evidence?

16  A.  Yes.

17  Q.  I've pulled up on the screen for you slide number 42, which

18  depicts a portion of Government's Exhibit 101.16.  What do we

19  see here on slide number 42?

20  A.  These are messages exchanged between Eliande Tunis and

21  Mr. Germine on September 18th, 2021.

22  Q.  And the first message, can you remind us again, what does

23  this traffic cone mean?

24  A.  This traffic cone depicts an audio message.

25  Q.  So what is the translation of that portion of the audio

1    message from 1:59:54 p.m. on September 18th?

2    A.  Male one:  Bro, the team in the back is attacking them.

3        Male two:  There's no protection now.  Please come save us.

4    Officer shot.  There's no protection now.  Come save us.  Come

5    to our rescue.  Oh, my God, they're attacking us.  They're

6    attacking us.

7    Q.  Did you actually listen to the audio portion of the file

8    that is depicted here on slide 42 on the first row of the text?

9    A.  No, I did not.

10   Q.  So you don't know who male one and male two are?

11   A.  No, I do not.

12   Q.  And then who sent the second message?

13   A.  Mr. Germine.  He says:  Three died.

14   Q.  And who sent the next message that is at 2:33:34 p.m.?

15   A.  Eliande Tunis.  She says:  It's us.  With a strong arm

16   emoji.

17   Q.  And the final message sent on this page at 2:35:18 p.m.?

18   A.  Eliande Tunis says:  Now we will watch them.  You know they

19   will get ready to attack us.

20   Q.  So this informations that is Exhibit 101.16, depicted in

21   slide 42, is this gleaned from information you reviewed in the

22   extraction of Eliande Tunis' phone, already in evidence as

23   Government's Exhibit 100?

24   A.  Yes.

25   Q.  I'd like to pivot now to ask you whether in your review of

Calidonna - DIRECT

1    Government's Exhibit 100 you saw any messages between the
2    number identified as Eliande Tunis and the number identified as
3    Joly Germine with respect to ordering of any firearms?
4    A.  I did.
5    Q.  Let's look at slide 44 of Government's Exhibit 140.  This
6    depicts Exhibit 101.04.  What do we see here?
7    A.  We see messages exchanged between Eliande Tunis and
8    Mr. Germine on June 21st, 2021.
9    Q.  What does the first message sent at 9:14:34 p.m. state?
10   A.  Mr. Germine says:  The president was just talking about
11   bullets and guns, about people who are importing bullets --
12   guns and bullets.  Things will be hard for the gangs.  They'll
13   find no bullets, no nothing.  That he's working with the
14   Americans and has got everything together to have control over
15   bullets and guns.  He said these things.  Like I have no
16   control over my house.  I swear to God, I pull out a knife on
17   him.
18   Q.  And the next message that's sent at 9:21:19 p.m., who is
19   that from?
20   A.  Eliande Tunis.  She says:  Babe, what the guy just said
21   worries me.  But let's not think negatively.  Today is Monday.
22   I think I called them on Friday.  I'll call them.  Because they
23   told me that the things arrived in Haiti.  He said that yes,
24   the things have arrived in Haiti.  The things are at customs
25   now.  They are at customs.

1    Q.  And what is the next message at 9:23:09 p.m.?

2    A.  Eliande Tunis says:  Babe, sorry if I'm being rude, the

3    president is talking shit right now.  I've got two with me.

4    I'd charge them up right now and shoot his fucking face before

5    I leave.  He'll take a big shit.  On this day, when the things

6    have arrived, I'll only wait for Sendal's signal.  Once he says

7    to do this and go break in on this day, we'll go crazy.

8    Q.  And the final message on slide 44 that's sent at

9    9:49:06 p.m., what is that?

10   A.  Mr. Germine says:  It's only when he's arrived at the

11   deposit that you will be calm.  They've already told you that

12   they are in Haiti.  Of course they're in Haiti, but they're

13   still at customs.  The savings book has not yet been delivered.

14   Do you remember the last time?  It didn't take this long that

15   it arrived in Haiti.  It's been over a month and a few days.

16   That's not a game, dam it.  Everything that is in there is the

17   same.

18   Q.  And the information in slide 44 that's from Government's

19   Exhibit 101.04, is this all information that you gleaned from

20   the extraction of Eliande Tunis' phone, already in evidence as

21   Government's Exhibit 100?

22   A.  Yes.

23   Q.  Now pulled up for you slide 45, which contains information

24   from Government's Exhibit 101.08.  Can you explain to us what

25   we see on this slide?

Calidonna - DIRECT

1  A.  These are messages exchanged between Eliande Tunis and
2  Mr. Germine.
3  Q.  And the first message that is sent at 1:52:30 p.m., what is
4  there?
5  A.  Mr. Germine says:  I need a 30-millimeter bullet.  A
6  30-millimeter bullet and an M1.  Because I have three M1s right
7  now.  I must be out of bullets for them.  Their bullets are
8  rare.  You won't find them anywhere.  So it's four guns and
9  you'll get one of them.  No bullets in those guns and we're out
10  of business.  But I need the Galil too.  The Galil must be a Zo
11  Reken and I need an M14 and M21 too.  A Galil M14.
12  Q.  What is the responsive message at 1:59:49 p.m.?
13  A.  Eliande Tunis says:  Oh, I saw that Walde (ph.) kept
14  calling me.
15  Q.  And what is the next message at 2:00:33 p.m.?
16  A.  Eliande Tunis says:  What bullet belongs to M1?
17  Q.  What is the responsive message at 2:04:29 p.m.?
18  A.  Mr. Germine says:  The M1 is long.  It's longer than the
19  M14.  Policemen are very afraid of it.  This one doesn't care
20  about any tank.  It will kill it.  The M1 takes eight bullets.
21  I used to see it with the old bodyguards, the old security.
22  They used to give me bullets.  A 30-millimeter bullet, an M1
23  bullet.  That's the one.
24  Q.  What is the responsive message at 2:33:33 p.m.?
25  A.  The M1 bullet, the 30-millimeter bullet.

Calidonna - DIRECT

1  Q.  The information on slide 45 that is in Government's Exhibit
2  101.08, is that information that is gleaned from your review of
3  the extraction of Eliande Tunis' phone at Government's
4  Exhibit 100?
5  A.  Yes.
6  Q.  No, pulled up slide 46, which contains information from
7  Exhibit 101.09.  Can you tell us what is on slide 46?
8  A.  On this slide, Eliande Tunis sends Mr. Germine two
9  screenshots depicting a conversation with Patrick Shop.
10 Q.  I'll pull ahead to slide 47.  Is that a larger blowup of
11 those screenshots in a conversation with Patrick Shop?
12 A.  Yes.
13 Q.  Are those messages in a mix of English and Haitian Creole?
14 A.  Yes.
15 Q.  So the message that is all the way to the right-hand side
16 of the screen, the last two messages, are those in English?
17 A.  Yes.
18 Q.  What do they say?
19 A.  Patrick Shop says:  I have the ammo in stock.  When would
20 you like to come in?
21 Q.  And what is the response?
22 A.  Ms. Tunis replies:  Wednesday.
23 Q.  So going back to slide 46, what is happening here in
24 slide 46 with those messages that are depicted in slide 47?
25 A.  Ms. Eliande Tunis had forwarded those two screenshots to

1    Mr. Germine.  After she sent those screenshots, she then tells
2    Mr. Germine:  He says that he has.  When I will come to take
3    some?  I told him on Wednesday.
4    Q.  And this information on slide 46 from Government's
5    Exhibit 101.09, is this information that you gleaned from the
6    review of the extraction of Eliande Tunis' phone, already in
7    evidence at Government's Exhibit 100?
8    A.  Yes.
9    Q.  We're going to head to slide 48, which depicts information
10   from Government's Exhibit 101.10.  What do we see on slide 48?
11   A.  These are messages between Eliande Tunis and Mr. Germine on
12   September 13th and 14th of 2021.
13   Q.  What is the first message that's sent at 8:03:06 a.m.?
14   A.  Eliande Tunis says:  Deko, the guy told me that the M1 is
15   the same thing as the 556.  But as for the 30-millimeter
16   bullet, he said this bullet is old and people here don't really
17   use it.  He told me for the 30-millimeter bullet he'll verify
18   if there are any inside once he arrives today.  And if there's
19   none, he'll order some.
20   Q.  What is the responsive message at 8:05:36 a.m.?
21   A.  Mr. Germine responds:  The 30-millimeter bullet is not easy
22   to find.  You must order it.  The bullet is longer than the
23   M14.  Longer than a finger.  I need three M14s.  I'd love to
24   get an M14 and three Galil Zo Reckens.
25   Q.  And what is the responsive message at 2:03:14 p.m.?

Calidonna - DIRECT

1    A.  Eliande Tunis says:  Deko, the guy told me that he can
2    order M130.  He asked how much.
3    Q.  The information depicted in slide 48 in Government's
4    Exhibit 101.10, is this information that you gleaned from the
5    review of the extraction of Eliande Tunis' phone, already in
6    evidence as Government's Exhibit 100?
7    A.  Yes.
8    Q.  I've pulled up on the screen slide number 49, depicting
9    Government's Exhibit 108.11.  Can you please tell us what is in
10   slide number 49?
11   A.  This is a photo that was found to be created on her phone
12   on September 13th of 2021.
13   Q.  When you say on her phone, whose phone do you mean?
14   A.  On Eliande Tunis' iPhone 11.
15   Q.  And, sorry, before we leave slide 49, is what's depicted in
16   Government's Exhibit 108.11 something that you gleaned from
17   your review of Eliande Tunis' phone found at Government's
18   Exhibit 100, already in evidence?
19   A.  Yes.
20   Q.  Slide 50 depicts Government's Exhibit 108.10.  Can you
21   explain for the Court what we see here?
22   A.  This was a photo found on Eliande Tunis' iPhone 11 that
23   shows creation date of September 13th, 2021.
24   Q.  And is Government's Exhibit 108.10, depicted on slide 50,
25   information that was gleaned from the extraction of Eliande

Calidonna - DIRECT

1    Tunis' phone in Government's Exhibit 100, already in evidence?

2    A.   Yes.

3    Q.   On slide 51 we see Exhibit 108.09.  What do we see here?

4    A.   This is a photo that I found on Eliande Tunis' iPhone 11.

5    It shows a creation date of September 13th, 2021.

6    Q.   And this image in Government's Exhibit 108.09, is that

7    information gleaned from the extraction at Government's

8    Exhibit 100, already in evidence?

9    A.   Yes.

10   Q.   Slide 52 contains Government's Exhibit 108.12.  What do we

11   see here?

12   A.   This is a photograph I found on Eliande Tunis' iPhone 11.

13   It shows a creation date of September 13th, 2021.

14   Q.   And is the information contained in Government's

15   Exhibit 108.12 information that is exported from Government's

16   Exhibit 100, already in evidence, the extraction of Eliande

17   Tunis' cell phone?

18   A.   Yes.

19   Q.   Put up on the screen slide 53, that is Exhibit 101.11.

20   What is depicted here?

21   A.   This is a message that Mr. Germine sent Eliande Tunis on

22   September 14th, 2021.

23   Q.   And what does it say?

24   A.   It reads:  I sent you the pictures.  The Galil is Galil 22.

25   It will be just like the one that the PNH has.

Calidonna - DIRECT

1    Q.  The information that's here in Government's Exhibit 101.11,
2    is that information that you extracted from the report at
3    Government's Exhibit 100, already in evidence?
4    A.  Yes.
5    Q.  Pulled up on slide 54, Government's Exhibit 108.13.  What
6    do we see here?
7    A.  This is a photograph I found on Eliande Tunis' iPhone 11.
8    It depicts a creation date of September 14, 2021.
9    Q.  And is the information here in Government's Exhibit 108.13
10   information gleaned from the extraction of Eliande Tunis' phone
11   at Government's Exhibit 100, already in evidence?
12   A.  Yes.
13   Q.  Pulled up on the screen slide 55, which contains
14   Government's Exhibit 101.12.  What is depicted in slide 55?
15   A.  These are messages exchanged between Mr. Germine and
16   Eliande Tunis on September 15th, 2021.
17   Q.  And the first message that's sent at 1:35:07 p.m., what is
18   depicted there?
19   A.  Mr. Germine says:  I'm talking to the police officer, the
20   one who works in the palace.  He told me when I was talking
21   about the Galil, he said to me, bro, have the person check this
22   weapon for you.  If you have this weapon, you don't need
23   anything else.  He told me, I don't how the connection works,
24   man.  Tell them to check if they can find it, brother.  The
25   M249 is that weapon.  This is the gun that he told me to try to

1  sneak into the country.  This gun fires 162 bullets.  The

2  police knows that I have this gun, I swear to God they will

3  never come to this territory.

4  Q.  And what is the next message at 1:36:08 p.m.?

5  A.  Eliande Tunis says:  Wow, does he know who is doing these

6  things for you?  Does he know who I am?  Does he know?  That's

7  crazy.

8  Q.  What is the next message at 1:36:54 p.m.?

9  A.  Mr. Germine says:  You take me for a fool, someone stupid?

10  He told me he doesn't know my connection.  Since he doesn't

11  know my connection, he got me this gun instead.

12  Q.  What is the next message at 1:38:23 p.m.?

13  A.  Eliande Tunis says:  Do you remember the other day when you

14  told me that it was not firing fully automatic?  Well, I also

15  looked for the part in New Jersey.

16  Q.  What is the responsive message at 2:01:05 p.m.?

17  A.  Mr. Germine says:  I'm telling you to order them.  You need

18  to order them.  Once you tell the guy at the company about it,

19  he can order everything.  Don't you see that I sent you the

20  part?  I sent it along with its name.  Once you show him the

21  part, like someone showed it to you, he will take care of it

22  for you.  That's how I am telling you.

23  Q.  Is the information in Government's Exhibit 101.12

24  information that you were able to glean from the extraction of

25  Eliande Tunis' phone at Government's Exhibit 100, already in

Calidonna - DIRECT

1  evidence?

2  A.  Yes.

3  Q.  I pulled up on the screen slide 56, which contains

4  information from Government's Exhibit 101.13.  What is depicted

5  on slide 56?

6  A.  This is a message sent by Mr. Germine to Eliande Tunis on

7  September 15th, 2021.

8  Q.  And what is the text of that message?

9  A.  Babe, I told Walder about it.  I told him, look, when you

10  are told to do something, I notice that you always try to do

11  your own thing.  He replied, no, cousin.  There was discussion

12  and bad blood.  I have the license.  There is nothing I cannot

13  do.  I can buy up to five weapons at once, since I have the

14  license.  He told me that he kept pushing you to do the

15  license, but you never want to do the gun license.  You have to

16  go do it.  He said that once you have the license, you are

17  afraid of nothing.

18    He does not like it when you buy gun using your own

19  identity, and that it is better if you do it with your gun

20  license.  He said with your license you may be in your vehicle

21  with several weapons in it, and the police stop you, because

22  you have your license, they can do nothing to you.  He told me

23  that his license will expire until 2028.  He informed me that

24  he could buy many weapons with his license.

25    I told him about the Galil.  He told me, I thought I

Calidonna - DIRECT

1   already bought the Galil.  I told him that the Galil is not
2   fully automatic.  He talked to me about the part again.
3   Q.  Is the information in Government's Exhibit 101.13 here on
4   slide 56, is this information that you gleaned from your review
5   of the extraction of Eliande Tunis' phone at Government's
6   Exhibit 100 that is already in evidence?
7   A.  Yes.
8   Q.  Slide 57 depicts information from Government's
9   Exhibit 108.18.  What do we have here?
10  A.  This is a photograph that I found on Eliande Tunis'
11  iPhone 11.  It shows a creation date of September 16th, 2021.
12  Q.  And is the information in Government's Exhibit 108.18
13  information that you gleaned from your review of Eliande Tunis'
14  phone extraction, already in evidence at Government's
15  Exhibit 100?
16  A.  Yes.
17  Q.  Pulled up slide 58, which has Government's Exhibit 108.15.
18  What is this?
19  A.  This is a photograph I found on Eliande Tunis' iPhone 11.
20  It depicts a creation date of September 16th, 2021.
21  Q.  And is the information contained in Government's
22  Exhibit 108.15 information that you found in your review of
23  Government's Exhibit 100, already in evidence?
24  A.  Yes.
25  Q.  Pulled up slide 59, which contains Government's

1   Exhibit 108.16.  What is this?

2   A.  This is a photograph I found on Eliande Tunis' iPhone 11.

3   It depicts a creation date of September 16th, 2021.

4   Q.  And is Exhibit 108.16 information that you gleaned from

5   your review of Government's Exhibit 100, the extraction of

6   Eliande Tunis' phone, already in evidence?

7   A.  Yes.

8   Q.  Pulled up slide 60, which is Government's Exhibit 108.17.

9   What do we have here?

10  A.  This is a photograph I found on Eliande Tunis' iPhone 11.

11  It depicts a creation date of September 16th, 2021.

12  Q.  And Government's Exhibit 108.17, is that information that

13  you gleaned from your review of Eliande Tunis' phone

14  extraction, already in evidence as Government's Exhibit 100?

15  A.  Yes.

16  Q.  Now, just to confirm the last four slides, 57, 58, 59 and

17  60, what do those images depict?

18  A.  All four images depict various types of firearms.

19  Q.  Pulled up slide 61, which contains information from

20  Government's Exhibit 101.14.  What information is here on

21  slide 61?

22  A.  These are text messages exchanged between Mr. Germine and

23  Eliande Tunis on September 16th, 2021.

24  Q.  And what is the first message at 4:03:25 p.m.?

25  A.  Eliande Tunis says:  He says there's an M14 and a semi, a

1    small one, a small M14.  I asked him if I could order it.  He

2    said yes.  He told me that I could order the M14 but he has

3    never ordered it before.  I can order it online and use his

4    shop.  They will ship it to him to his shop for me to pick it

5    up.  In short, the most important thing is for him to say yes.

6    If he says that I can order it, that means when I get there

7    with, um, Walder, we will be able to pick it up.

8    Q.  And what is the responsive message at 4:07:33 p.m.?

9    A.  Mr. Germine responds:  Bae, you remember what I told you,

10   right?  I told you they will not do this all in one day.  If

11   you can do one today, just do it.  Just do it in advance.  You

12   are going to take care of the Galil.  I don't want you to do it

13   all in one day, baby, so that they don't see it too much and

14   don't want to give it to you, all right?  I'm taking two M14s

15   and two Galils.  Then I will purchase the other ones later.

16   Q.  The information that's depicted here, a portion of

17   Government's Exhibit 101.14, is this information that you

18   gleaned from your review of the extraction of Eliande Tunis'

19   iPhone, already in evidence at Government's Exhibit 100?

20   A.  Yes.

21   Q.  I have up on the screen slide 62, which contains

22   Exhibit 108.97.  What do we have here?

23   A.  This is a photograph from Eliande Tunis' iPhone 11.  It

24   shows a capture time of September 17th, 2021.  The photo is of

25   a hand holding a cell phone with the web page open to a photo

1    of a gun.

2    Q.  And what's depicted in Government's Exhibit 108.97, is that

3    gleaned from your review of Eliande Tunis' iPhone extraction,

4    Government's Exhibit 100, already in evidence?

5    A.  Yes.

6    Q.  On slide 63, I have Exhibit 108.97.  What is this?

7    A.  This is a photograph I found on Eliande Tunis' iPhone 11.

8    It depicts a creation time of September 17th, 2021.  It shows

9    hands holding a phone open to a web browser of a gun.

10   Q.  And the information in Exhibit 108.97, is that information

11   you were able to glean from your review of the extraction of

12   Eliande Tunis' iPhone, Government's Exhibit 100, already in

13   evidence?

14   A.  Yes.

15   Q.  Pulled up slide 64, which depicts Government's

16   Exhibit 101.15.  What do we have here?

17   A.  These are messages exchanged between Mr. Germine and

18   Eliande Tunis on September 17th, 2021.

19   Q.  And what is the first message that is sent at 5:55:53 p.m.?

20   A.  This is a photograph of a concealed weapon license.

21   Q.  And what is the next message that is sent at 6:32:19 p.m.?

22   A.  This is a contact card that Germine sends Eliande Tunis for

23   the contact "Jocelyn."

24   Q.  And the final message at 7:57:27 p.m.?

25   A.  Eliande Tunis says:  Paa, I spoke to Jocelyn.

Calidonna - DIRECT

1  Q.  Moving on to slide 65, is this a larger photograph of what

2  we just saw previously on slide 64?

3  A.  Yes.

4  Q.  And is slide 66 also a larger image of what we saw on

5  slide 64?

6  A.  Yes.

7  Q.  Is the information contained on slide 64, 65 and 66, that

8  are Exhibits 101.15, is that information that you gleaned from

9  your review of the extraction of Eliande Tunis' cell phone,

10 already in evidence at Government's Exhibit 100?

11 A.  Yes.

12 Q.  I now have up slide 67 of Exhibit 101.50.  What do we have

13 here?

14 A.  These are messages exchanged between Mr. Germine and

15 Eliande Tunis on September 25th, 2021.

16 Q.  And what is the first message at 3:10:08 p.m.?

17 A.  Mr. Germine says:  If they don't agree for the Galil, they

18 don't agree for the M14, they don't agree for the fully

19 automatic, I don't need that crap anymore.  Nothing serious,

20 man.  Fucking M14 and M15.  These weapons are not weapons.

21 These are not what you keep your territory under control with.

22 Tell Walder.  Can't Walder order it?  Let's ask Jocelyn to

23 order it.  Tell Jocelyn that.

24 Q.  What is the responsive message at 3:13:45 p.m.?

25 A.  Eliande Tunis says:  Paa, it's not that I can't do it or

Calidonna - DIRECT

1   Walder can't do it.  Each of us was supposed to take two.  It's
2   finding it.  They don't want to let it come.  I don't know
3   where Jocelyn is, but it's not that Walder or I can't do it.
4   That's not it.  The same thing Walder does, he'll get the same
5   results.  If Jocelyn came down here, he'd get the same results.
6   This one just hasn't come.  After doing the math, I have $250
7   left to pay off the 12.  I already paid it.  It's ready.  It
8   has already been shipped.
9   Q.  And what is the responsive message on this page at
10  8:26:22 p.m.?
11  A.  Mr. Germine says:  You'll have to order it, darling.  When
12  you order it, you'll order the same way you order the weapons.
13  You'll have to order it.  I was on payroll.  I was on payroll.
14  Q.  Is the information depicted in this slide from Government's
15  Exhibit 101.50 all information that you gleaned from your
16  review of the extraction of Eliande Tunis' iPhone at
17  Government's Exhibit 100, already in evidence?
18  A.  Yes.
19  Q.  I've pulled up slide 68, which has Government's
20  Exhibit 101.18.  What is this message or what is this slide?
21  A.  This depicts messages between Mr. Germine and Eliande
22  Tunis.  Mr. Germine sends two links to two different YouTube
23  videos.  The first is titled:  Hacking an airsoft AK-47.  The
24  second is entitled:  Full auto Friday, AK-47 versus cinder
25  block wall.

1    Q.   What the is the responsive message at 10:46:02 a.m.?

2    A.   Eliande Tunis replies:  I see it, my baby.  I will send it

3    to him, Paa.

4    Q.   Is the information on Exhibit 101.18 on slide 68

5    information that you found in your review of the extraction of

6    Eliande Tunis' phone at Government's Exhibit 100, already in

7    evidence?

8    A.   Yes.

9    Q.   On slide 69, is that a screenshot of one of those YouTube

10   video links you described from slide 68?

11   A.   Yes, that is a screenshot.

12   Q.   And slide 70, what is depicted here?

13   A.   This is the video that Mr. Germine sent Eliande Tunis of

14   hacking an airsoft AK-47.

15   Q.   And is that slide 70 what is depicted back here on slide 68

16   as one of those YouTube links that is in the messages in

17   Government's Exhibit 101.18?

18   A.   Yes.

19   Q.   And is what was in Government's Exhibit 101.18 all

20   information you gleaned from your review of Eliande Tunis'

21   iPhone in Government's Exhibit 100, already in evidence?

22   A.   Yes.

23   Q.   On slide 71, I have up on the screen a portion of

24   Government's Exhibit 101.17.  What do we have on this slide?

25   A.   These are messages exchanged between Mr. Germine and

1  Eliande Tunis on September 26th of 2021.

2  Q.  And what is the first message at 12:46:48 a.m.?

3  A.  Mr. Germine says:  Here's why I asked him how much.  You

4  know when it's in your name alone, they will send it, they

5  don't take much.  I often see that it is in the name of several

6  people that they send if they are taking a lot.  That's why I

7  asked you how much.  Isn't it $2,000 that people are allowed to

8  send?  Isn't that how it is?  Yes, I believe it's $2,000.  They

9  can't send more.  You can send $2,000 several times, in several

10  offices or under several other names.  You can do it like this.

11  Q.  And what is the responsive message at 12:47:51 a.m.?

12  A.  Eliande Tunis says:  Okay.  I understand.  They'll do it --

13      She says:  Ah, okay.  I understand.  They'll both do it in

14  several offices.  I understand what you say, daddy.

15  Q.  What is the response at 12:48:52 a.m.?

16  A.  Mr. Germine says:  No, that's not it, man.  The problem is

17  on your end.  It is not here.  Santia can do five times for

18  you.  Santia alone can do 15 times.  It is you who they won't

19  allow to send the 2,000 under someone's name.  Well, you know

20  it already.  Did you forget that when we were making them send

21  money for the weapon, we sent some in Walder's name?  Did you

22  forget you sent the name of a girlfriend that you had?

23  Q.  And what is the responsive message at 12:51:04 a.m.?

24  A.  Eliande Tunis says:  Santia can do two in my name,

25  MoneyGram and Western Union with the other name.  She knows

Calidonna - DIRECT

1  what to do.  This means I can even receive up to 10,000 a day.

2  Yes.  She will do it in two different places and he will do two

3  using the other name.  Two in my name.

4  Q.  Is the information that's on slide 71 that is Government's

5  Exhibit 101.17, is this information that you gleaned from your

6  review of Eliande Tunis' iPhone extraction at Government's

7  Exhibit 100, already in evidence?

8  A.  Yes.

9  Q.  I have slide 72 on the screen, which is Exhibit 101.21.

10 What is depicted on this slide?

11 A.  This is messages exchanged between Mr. Germine and Eliande

12 Tunis on September 28th, 2021.

13 Q.  And what is the first message that's sent at 5:42:50 p.m.?

14 A.  Mr. Germine says:  Now, baby, I'm sending some money ahead.

15 I'm sending money.  And they'll also leave it in Jocelyn's

16 hands.  I'll send them tomorrow and the day after tomorrow, so

17 he can go look for the stuff.  So he can order the Kalashnikovs

18 with the bullets.

19     I'll have Jocelyn buy more weapons because Walder will

20 waste time.  He will play.  As for Jocelyn, he won't be playing

21 or wasting time.  If Jocelyn takes three, three plus this

22 Kalashnikov, that will make four.  The 12 gun will make five.

23 The other two that he gave to Patrick will make seven.  It will

24 be seven and it will still be missing three more.  It will be

25 missing three.

Calidonna - DIRECT

1      Do you see what I'm telling you?  The ones that will be
2  missing will be seven Kalashnikov A12, two AR15s.  That's how
3  it's going to be, two AR15s, a Kalashnikov plus a 12.  As for
4  myself, what I needed most was the Kalashnikov.  There's no
5  playing around when you have the Kalashnikov in your hands.  It
6  crushes everything in its way.
7  Q.  What is the responsive message at 6:51:54 p.m.?
8  A.  Ms. Tunis responds:  Yeah, daddy.  I just talked to
9  Patrick.  The three weapons and the three ammo boxes, he told
10  me it's a total of $7,800.
11  Q.  Is the information depicted here in Government's
12  Exhibit 101.21, is that information you gleaned from your
13  review of Eliande Tunis' iPhone extraction, already in evidence
14  as Government's Exhibit 100?
15  A.  Yes.
16  Q.  Now, also on September 28th, did we see -- did you see
17  messages in Eliande Tunis' iPhone extraction between herself
18  and Jocelyn Dor?
19  A.  I did.
20  Q.  And I have up on the screen slide 73, which has
21  Exhibit 102.03.  Can you describe what's depicted here?
22  A.  These are WhatsApp messages exchanged between Jocelyn Dor
23  and Eliande Tunis.
24  Q.  And the first message that's sent at 6:21:43 p.m., what
25  does that state?

Calidonna - DIRECT

1    A.  Eliande Tunis says:  Are you home?

2    Q.  And the message at 6:21:59 p.m.?

3    A.  Jocelyn Dor says:  Not yet, Chu Chu (ph.).

4    Q.  The message at 6:22:48 p.m.?

5    A.  Ms. Tunis says:  LOL did you stop by the other places to

6    check for ammos?

7    Q.  And the message at 6:23:48 p.m.?

8    A.  Jocelyn Dor says:  I stopped by somewhere else, sweetheart.

9    One of the places I went to I did not find it at all.  In

10   addition, I went to another place.  It was already closed.

11   Q.  Is the information that's here in Government's

12   Exhibit 102.03 information that you gleaned from your review of

13   the extraction of Eliande Tunis' iPhone, already in evidence as

14   Government's Exhibit 100?

15   A.  Yes.

16   Q.  I now have up on the screen Government's Exhibit 101.22 on

17   slide 74.  What is depicted here?

18   A.  These are messages exchanged between Mr. Germine and

19   Eliande Tunis on September 28th, 2021.

20   Q.  And what is the message at 8:08:18 p.m.?

21   A.  Mr. Germine says:  Three weapons plus three bullet boxes

22   will be a total of $7,800.  You see, if it was in Haiti, $3,800

23   would be the price of two boxes of bullets.  To show you how

24   expensive Haiti sells things for.  Things are so expensive.

25   Things don't cost a lot of money abroad.  The guys make the

1    money.  The guys make the money.

2         There are people, if they can't find people abroad to buy

3    things like these for themselves, oh, Haiti, would have too

4    many weapons.  Because most guys buy things from people here.

5    They don't have a connection abroad.  They don't have anyone

6    who can manage these things.  Things have also become centered.

7    We can't do business.  A Kalashnikov cost $5,000 in Haiti.

8    Even with $5,000, the guy wouldn't want to give it to you.

9    He'll tell you it cost $5,500.

10   Q.  What is the next message at 8:10:29 p.m.?

11   A.  Mr. Germine says:  If I'm sending for three boxes, if I'm

12   sending for three more guns to Wisnick (ph.) I'll send $4,500

13   again, plus $4,500, plus 8,000 -- $4,500, plus 7,000, $7,000

14   and how much?  7,800 it will cost.  Let me see.  Four, three,

15   4,500, that will be 12,000, uh $200.  Yeah, 12,300, 12,300.

16   4,500 plus 7,800, it will give you $12,300.  You can calculate

17   and see.  You'll see the amount that it equals.  A bunch of

18   money, a small bucket of money, small drum of money.  Tomorrow,

19   I'll send some again tomorrow.  I'll send it to Jocelyn.  I'll

20   send Patrick's one on Thursday.

21   Q.  And what is the final message at 8:16:07 p.m.?

22   A.  Eliande Tunis says:  I took $2,500 to send to Jocelyn.

23   Q.  Is the information depicted here in Government's

24   Exhibit 101.22, is that information you gleaned from your

25   review of Eliande Tunis' iPhone extraction, already in evidence

Calidonna - DIRECT

1    as Government's Exhibit 100?

2    A.  Yes.

3    Q.  I've pulled up on the screen slide 75 that has

4    Exhibit 101.25 in it.  What do we have here?

5    A.  These are messages exchanged between Mr. Germine and

6    Eliande Tunis on September 29th, 2021.

7    Q.  And in the first message at 11:32:08 a.m., what do we have

8    there?

9    A.  Eliande Tunis says:  Baby, Santia called you this morning.

10   She called me and told me that you already talked to her last

11   night.  What should she do?  So I had her send the same amount,

12   4,000 to Jocelyn, 5,000 to me.  I told her to send you the

13   receipt.  Jocelyn told me, wow, I'm going out into the street

14   now.  We'll manage our business.

15   Q.  What is the next message at 11:50:22 a.m.?

16   A.  Eliande Tunis says:  There will be two boxes of 762 and a

17   box of 556.  So we already have three boxes for Saturday.  How

18   many do I have in my hand?  Jesus.  Oh, I have one, two, three,

19   four boxes in my hands.  Four boxes plus three boxes, that is

20   seven.  This will give you seven.  Sorry.  We already had two

21   boxes from Patrick.  This will give us nine.

22        Patrick told me that he will get the other box for me, the

23   one that's already -- excuse me, the one that's in his other

24   store.  That makes 10 boxes.

25   Q.  What is the responsive message at 8:20:31 p.m.?

1  A.  Mr. Germine says:  Jocelyn tells me he sees one like this,
2  but they only rent it.  He says they rent it at the gun range.
3  They rent it to you.  And I told Jocelyn the same guy he sees
4  it in his hands, this guy can help him find the mags.  The guy
5  can help him find the mag.  This is another one they'll sell to
6  me.  The guy wants to sell it to me for $8,000.  This one is
7  fully automatic.  It's not easy to find this kind.
8  Q.  The information on slide 75 is Government's Exhibit 101.25.
9  Is this information that you gleaned from your review of the
10  extraction of Eliande Tunis' phone at Government's Exhibit 100?
11  A.  Yes.
12        MS. PASCHALL:  Can I take a brief indulgence, Your
13  Honor, to see if I'm coming up on a nice ending place?
14        THE COURT:  Take your brief indulgence.
15        MS. PASCHALL:  Thank you.
16        THE COURT:  And know that I'm going to say next that
17  you should find a time that we're going to break for the day.
18        MS. PASCHALL:  That's what I'm attempting to see how
19  much longer we have in this section, Your Honor.
20        I think we can clear a few more slides quickly, and
21  then that will bring us to a close for the day.
22        THE COURT:  All right.
23  BY MS. PASCHALL:
24  Q.  Ms. Calidonna, I've put up on the screen slide 76 of
25  Government's Exhibit 140, which contains Government's

1   Exhibit 108.28.  What do we have here?

2   A.  This is a photograph I found on Eliande Tunis' iPhone 11.

3   It shows a creation date of September 28th, 2021.

4   Q.  And we have here in the metadata a portion that is in a box

5   in red off to the right.  What is that?

6   A.  This shows that this photograph was originally derived in a

7   WhatsApp chat between phone number 14076685243@WhatsApp.net.

8   This phone number belongs to Jocelyn Dor.

9   Q.  So just going back to slide 73, is that the phone number we

10  have depicted here on this slide as belonging to Jocelyn Dor?

11  A.  Yes.

12  Q.  And is Government's Exhibit 108.28 information that you

13  derived from your review of Eliande Tunis' iPhone extraction,

14  already in evidence as Government's Exhibit 100?

15  A.  Yes.

16  Q.  I have up on the screen slide 77, which depicts

17  Government's Exhibit 101.27.  What do we have here?

18  A.  This is a photograph I found in Eliande Tunis' iPhone 11.

19  It show a creation date of September 28th, 2021.

20  Q.  And there is another metadata encased in a red box.  Can

21  you explain that to the Court?

22  A.  Yes.  This show the same phone number belonging to Jocelyn

23  Dor, 14076685243@WhatsApp.net.

24  Q.  And is the information that's depicted here in

25  Exhibit 101.27 information that you derived from your review of

Calidonna - DIRECT

```
1   the extraction of Eliande Tunis' iPhone at Government's
2   Exhibit 100, already in evidence?
3   A.  Yes.
4   Q.  I have up on the screen slide 78, which depicts
5   Government's Exhibit 108.99.  What do we have here?
6   A.  This is a photograph I found on Eliande Tunis' iPhone 11.
7   It marks a capture time of 9/28/2021.
8   Q.  Is this exhibit at 108.99 derived from your review of the
9   extraction of Eliande Tunis' iPhone at Government's
10  Exhibit 100, already in evidence?
11  A.  Yes.
12          MS. PASCHALL:  And with that, Your Honor, I think it
13  may be a good time to break for the day, unless you wanted to
14  go past the 5:00 hour?
15          THE COURT:  It's 5:00.  We'll break for the day.
16          MS. PASCHALL:  Thank you, Your Honor.
17          THE COURT:  You can step down.
18          We'll resume tomorrow, we think -- and I guess I
19  solicit views from either the Government or the defense as to
20  how we should play it tomorrow, knowing that we need to give
21  the marshals some guidance at this time.
22          MS. SEIFERT:  Why don't we just, not to waste the
23  Court's time, confer with defense counsel and see if we can
24  come up with a plan?
25          THE COURT:  Go ahead.
```

 1    (A discussion was held off the record.)

 2         MS. SEIFERT:  Your Honor.

 3         THE COURT:  Yes.

 4         MS. SEIFERT:  If I may, the parties propose that the

 5    Government confer with the marshals at 7:00 to see if the --

 6         THE COURT:  7:00 this evening?

 7         MS. SEIFERT:  In the morning.

 8         THE COURT:  7:00 in the morning.

 9         MS. SEIFERT:  To make sure the defendant has been

10    brought over.  And then we will inform the other -- the defense

11    and also the Court if there's been any issues bringing the

12    defendant over.

13         I understand transport can start as early as 6:00 or

14    6:30, according to the marshal.  And I guess we'll notify the

15    Court by 7:30 if for some reason the defendant has not been

16    brought over or with respect to defendant's status, and then I

17    think we can evaluate at that time if the Court -- I would

18    think we'd know maybe by 7:30 whether the Court will be open?

19         THE COURT:  Yes, we'll probably know by 7:30.

20         MS. SEIFERT:  Okay.  So that is our plan is to -- if

21    we haven't heard anything yet --

22         THE COURT:  We're not giving the marshals any

23    guidance; the marshals are giving us guidance.

24         MS. SEIFERT:  So my understanding from the marshals is

25    they haven't heard anything yet.  I don't want to speak for

1    them, but they haven't heard anything yet.  And of course,

2    defendant's at the jail.  So it's actually the jail that brings

3    him over, not marshals, right?  So they have not yet heard from

4    the jail that the jail is calling it for tomorrow.  So, of

5    course, if they hear that before, I'll find out when I call

6    them at 7:00.

7            THE COURT:  All right.

8            MS. SEIFERT:  Or if the Court is closed, I'll know

9    that by 7:00 possibly as well.

10            THE COURT:  We should have an intervening event, which

11    is notification of what have the court's status is.  It's one

12    of three things:  Business as usual, delayed until a specific

13    time or closed for the day.

14            If it's closed for the day, if Mr. Germine has been

15    brought over, he can be brought back because we won't be

16    holding court.  If it's delayed court, am I hearing from you on

17    behalf of the government and perhaps on behalf of the defense

18    as well, that as long as Mr. Germine has been brought over,

19    you'd be prepared to go forward at the delayed time?

20            MS. SEIFERT:  The Government would be.  I apologize,

21    we did not discuss that with defense.

22            THE COURT:  I take it you would be prepared?  I mean,

23    it would likely be 10:00, 10:30, something like that.

24            MR. ORENBERG:  Right.  We'll be prepared.

25            THE COURT:  So I will hear from you, Ms. Seifert, by

1    email.  And make sure you don't send it just to the chamber's

2    address.  You need to send it to --

3            MS. SEIFERT:  To the clerk?

4            THE COURT:  Yeah, if you send it to the clerk, that

5    should be good enough.  Send it to the clerk.  And that way, I

6    will be informed of both whether court is proceeding and at

7    what time, and whether Mr. Germine is here.

8            If Mr. Germine is not here, I take it that that means

9    that, from the marshal's perspective, that he's not going to be

10   brought over.  And therefore we should postpone trial, or does

11   it mean that maybe he's going to be brought over later in the

12   day consistent with when the court's going to open?  What will

13   it mean?

14           COURTROOM DEPUTY:  Your Honor, if I may, I called down

15   to the cell block.  So they pretty much just told me to keep

16   them up to date, as if there is a delayed opening, if we plan

17   to proceed, so that they're prepared to bring him over.

18           THE COURT:  Okay.  So we'll assume that if we're on a

19   delayed opening, we will proceed at the delayed time, whatever

20   it is.  And only if I hear something to the contrary will we

21   change that plan.

22           MS. SEIFERT:  Great.

23           I do want to inform the Court, because of the weather,

24   we have moved the flights of the witnesses coming in from out

25   of town, so that no one is flying tonight or tomorrow morning

1    where they were.  So we still have --

2              THE COURT:  You still have October to deal with.

3              MS. SEIFERT:  A little bit left, potentially, of

4    Ms. Calidonna's testimony, and then we have the Department of

5    Commerce witness, who is local and can take the stand.  But

6    after those two, if for some reason that didn't take up the

7    whole day, which it definitely could, we would then not have an

8    available witness right at that moment.  But I think it will

9    take up most of the day, especially if we have a late start.

10             THE COURT:  And if we start late, it will probably

11   take all of the day.

12             MS. SEIFERT:  Right.

13             THE COURT:  I appreciate the flexibility by everyone

14   and the information.

15             MS. SEIFERT:  We're shifting some things around.  So

16   hopefully that just means we'll be ready to go with all of

17   those out-of-town folks on Monday morning.

18             THE COURT:  All right.  And you're leaving stuff here

19   at night, or not?  No, you're taking everything with you?

20   Okay.  I just want to make sure that you can get in when you

21   need to get in.

22             MS. SEIFERT:  Normally, does the Court have matters in

23   the morning before we come in?

24             THE COURT:  Not tomorrow.

25             MS. SEIFERT:  Okay.  Well, we'll probably take it

1    today, just to be on the safe side.  Thank you, Your Honor.

2              THE COURT:  Anything else other than a Rule 17 matter

3    that I want to address?

4              Okay.  I'll excuse the government then.

5        (Government counsel leave the courtroom.)

6        (The following portion of the transcript is sealed.)

7              THE COURT:  So I can get everybody out of here.

8    There's been some confusion about what subpoenas have been

9    attempted to be served or not.

10             So the first question I have to you is, I guess there

11   are four subpoenas that you've had some success on:  The one to

12   the Department of Agriculture, which is for a concealed permit,

13   and then a partial success with respect to three places that

14   Mr. St. Louis has been held, and that was a partial grant.  But

15   you were directed to file revised subpoenas with respect to

16   those institutions.  Did you file revised subpoenas?

17             MR. ORENBERG:  No, Your Honor, not yet.

18             THE COURT:  All right.  There was an attempt to serve

19   an unrevised subpoena, but that hasn't been done, and it won't

20   be done.  Unless and until you do something, nothing will

21   happen on those.

22             With respect to the subpoena for the -- I think it's

23   for a concealed carry permit --

24             MR. ORENBERG:  The Department of Agriculture

25   licensing.

1          THE COURT:    I don't know whether that one has been
2    served or not.
3          MR. ORENBERG:    It has.
4          THE COURT:    It has?
5          MR. ORENBERG:    Yes.  I thought Your Honor allowed us
6    to serve that one.
7          THE COURT:    Yeah.  But I just don't know whether it
8    has actually been served.
9          MR. ORENBERG:    It has been served.
10          THE COURT:    Okay.  You should be all set with that.  I
11    just wanted you to know that there was a mistake and an attempt
12    to serve the unmodified subpoenas to Immigration and Chancy
13    (ph.)  But those were denied.  So they should not have been --
14    should not have any attempt to serve them.  There's been no
15    attempt to serve any modified subpoenas to the institutions,
16    but that's because you haven't modified the subpoenas.
17          MR. ORENBERG:    No, no.  Let's back up because I don't
18    want to get in trouble with the Court over this.  It's my
19    understanding that my investigator did send the subpoenas to
20    the various detention facilities.  I'm not sure if --
21          THE COURT:    Modified subpoenas?
22          MR. ORENBERG:    No.  I think he got out in front of
23    himself and served the subpoenas because time was short for the
24    commencement of trial.  I'll have to check with him exactly
25    what was served and what was responded to.  I think we did

1    receive a response.

2              MS. AMATO:    I believe we received a response from the

3    D.C. jail, because I do believe I received something relative

4    to that subpoena from our investigator.

5              THE COURT:    Let me be specific.  You received the

6    medical and mental health records, if any?

7              MS. AMATO:    No.  We did not receive those.

8              THE COURT:    How did they know not to give you those?

9    Maybe they didn't have anything.

10             MS. AMATO:    Maybe we didn't ask for that.  All we

11   received --

12             THE COURT:    Well, you asked for it in the subpoena.

13   If you never modified the subpoena, you asked for it in the

14   subpoena.

15             MS. AMATO:    I'm just looking -- what I recall was that

16   there were no institutional -- I'm not saying the exact words,

17   but no comportment violations, that that's what we received

18   back.  And I don't recall if there was anything else that we

19   received back on that.  But I do recall receiving something

20   about there were no comportment violations noted in the jail.

21             So let me see.  There are some emails back and forth.

22             So we received a response from the DOC:  No

23   disciplinary or visitation records on file for Mr. St. Louis.

24   And that's, I believe, all we received back.

25             Oh, excuse me, Your Honor.  We received the call

1    detail report.  We received a ViaPath detail report of calls

2    to -- or actually made by Mr. Walder while, I believe, at the

3    jail from 1 -- what is the date?  Start date 11/23/2023 to

4    1/17/2024.

5            THE COURT:    That would be within the scope of the

6    subpoena that I approved.

7            MS. AMATO:    Okay.

8            THE COURT:    Here's my message to you.  Since what has

9    happened appears to be, as you said, your investigator got out

10   ahead of himself.  What appears to have happened is that three

11   subpoenas that the Court did not authorize have been served.

12   The Court authorized part of those subpoenas, but not all.

13           I instruct you, as officers of the court, to review

14   what you have received.  And if you've received anything that

15   goes beyond what I authorized, you are to provide that to me

16   first thing tomorrow when we start court, without retaining any

17   copies that you're not authorized to have obtained.

18           MR. ORENBERG:    Understood.  And if we don't have --

19           THE COURT:    Now, if it sounds like you may not have

20   obtained anything, we'll be okay.  But if you have, it goes

21   beyond the subpoenas, you are to provide that to me first thing

22   tomorrow morning without retaining any copies.

23           MR. ORENBERG:    Whether or not we do have court?

24   There's a possibility we may not have court.

25           THE COURT:    No, no.  Whenever we have court.  I'm not

1    going to require you to come in here in 8 inches of snow to an

2    empty courthouse.

3              MR. ORENBERG:    Okay.  Since we're on the topic of our

4    Rule 17 subpoenas that we've asked the Court to issue, it was

5    my understanding, and I'll check with my investigator, that he

6    may have submitted a FOIA request to ICE before the Court

7    issued the denial --

8              THE COURT:    A FOIA request to whom?

9              MR. ORENBERG:    Excuse me, to ICE.

10             THE COURT:    To ICE?

11             MR. ORENBERG:    Yeah, because there's a way to go

12   through FOIA to get it.  I'll just say that for the record.  If

13   the Court has any comments or observations about that, please

14   let us know.

15             THE COURT:    Okay.  I appreciate your informing me of

16   that, but that's not before me right now.

17             MR. ORENBERG:    Right.  Okay.

18             THE COURT:    And I don't know if you're going to get

19   anything through FOIA.

20             MR. ORENBERG:    I'll check with him on all aspects of

21   this particular area of the case.  Thank you, Your Honor.

22             THE COURT:    All right.  We will see you, probably,

23   tomorrow morning some time.

24             Thank you, marshals, for your patience and

25   flexibility.

1          And thank you to the interpreters who have been doing

2    a difficult job all day.  Appreciate it.

3        (Proceedings concluded at 5:20 PM)

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                Date: January 19, 2024

Stacy Johns, RPR
Official Court Reporter

BY MS. PASCHALL:
**[73]** 121/14 122/20
125/2 126/15 127/25
128/14 129/10 129/25
130/10 131/3 132/3
132/21 133/17 134/4
134/23 135/8 135/24
136/6 136/24 137/9
138/1 138/9 139/2
140/2 140/12 141/4
142/10 143/3 143/13
144/22 146/8 147/21
148/2 148/22 149/16
150/10 150/21 151/14
152/4 152/22 153/4
153/21 154/5 154/22
155/8 156/8 157/2
157/10 157/23 158/19
159/3 159/21 161/10
162/12 162/20 164/4
165/7 166/7 167/6
168/5 168/12 170/14
170/24 173/19 183/8
183/22 189/1 193/1
195/24 197/17 199/3
199/14 243/23

**COURTROOM
DEPUTY: [3]** 162/8
162/11 248/14

**MR. ORENBERG: [64]**
124/23 126/11 127/23
128/10 130/7 131/23
132/16 133/14 134/20
135/21 136/21 137/23
138/24 139/24 141/1
143/2 144/16 145/13
145/19 149/12 151/9
151/23 153/18 154/19
156/3 156/24 158/15
160/13 160/17 161/3
161/24 162/1 163/9
163/23 163/25 164/24
167/25 169/2 169/10
170/7 172/9 174/25
175/4 175/6 175/20
176/9 179/10 179/12
184/9 247/24 250/17
250/24 251/3 251/5
251/9 251/17 251/22
253/18 253/23 254/3
254/9 254/11 254/17
254/20

**MS. AMATO: [10]**
180/10 181/17 181/21
187/10 187/14 252/2
252/7 252/10 252/15
253/7

**MS. PASCHALL: [162]**
**MS. SEIFERT: [16]**
245/22 246/2 246/4
246/7 246/9 246/20
246/24 247/8 247/20
248/3 248/22 249/3
249/12 249/15 249/22
249/25

**THE COURT: [180]**

**THE INTREPRETER:**
**[1]** 160/16
**THE WITNESS: [17]**
121/11 132/20 145/18
157/9 157/22 172/7
173/3 173/10 185/9
192/9 192/12 192/20
192/22 197/12 197/16
198/19 198/25

**$**
**$1 [1]** 210/12
**$1 million [1]** 210/12
**$12,300 [1]** 241/16
**$2,000 [3]** 237/7 237/8
237/9
**$2,500 [1]** 241/22
**$200 [1]** 241/15
**$250 [1]** 235/6
**$3,800 [1]** 240/22
**$4,500 [3]** 241/12
241/13 241/13
**$5,000 [2]** 241/7 241/8
**$5,500 [1]** 241/9
**$600,000 [2]** 210/11
210/17
**$7,000 [1]** 241/13
**$7,800 [2]** 239/10
240/22
**$8,000 [1]** 243/6

**-**
**-- to [1]** 179/22

**.**
**.02 [1]** 142/9

**/**
**/s [1]** 256/8

**0**
**001 [1]** 185/6
**003 [1]** 199/6
**01 [1]** 118/3

**1**
**1/17/2024 [1]** 253/4
**10 [4]** 128/19 198/7
198/8 242/24
**10,000 [1]** 238/1
**100 [85]** 119/19 124/9
124/13 124/22 124/25
125/1 130/2 132/12
133/9 134/16 134/19
135/17 136/16 137/18
138/15 138/18 139/17
139/20 140/21 159/5
164/13 168/8 168/17
171/13 173/21 174/9
174/20 184/4 196/11
196/19 196/25 198/15
199/23 201/6 202/25
204/20 205/16 206/14
206/21 207/4 208/1
208/17 209/10 209/20
210/1 211/17 212/21
213/23 214/22 216/9
217/19 218/15 219/23

220/4 221/1 223/4
224/7 225/6 225/18
226/1 226/8 226/16
227/3 227/11 228/25
230/6 230/15 230/23
231/5 231/14 232/19
233/4 233/12 234/10
235/17 236/6 236/21
238/7 239/14 240/14
242/1 243/10 244/14
245/2 245/10
**100.02 [1]** 204/18
**100.03 [1]** 205/14
**100.04 [8]** 183/18
183/23 183/24 184/8
184/10 184/11 184/13
189/3
**100.07 [1]** 199/22
**100.08 [1]** 199/22
**100.09 [1]** 196/24
**100.10 [1]** 198/2
**1000 [7]** 122/19 122/22
122/24 123/6 124/2
124/18 178/1
**1001 [7]** 126/22 126/22
126/23 127/2 127/12
127/17 128/2
**1006 [6]** 174/24 175/12
177/10 177/18 188/4
188/18
**101 [15]** 119/20 129/5
129/6 129/11 129/14
129/19 130/1 130/6
130/8 130/9 131/10
131/12 171/10 171/17
179/2
**101.01 [2]** 214/2 214/20
**101.02 [2]** 211/21
212/19
**101.03 [2]** 217/23
218/13
**101.04 [2]** 220/6 221/19
**101.06 [2]** 212/24
213/22
**101.07 [1]** 206/17
**101.08 [2]** 221/24 223/2
**101.09 [2]** 223/7 224/5
**101.10 [2]** 224/10 225/4
**101.11 [2]** 226/19 227/1
**101.12 [2]** 227/14
228/23
**101.13 [2]** 229/4 230/3
**101.14 [2]** 231/20
232/17
**101.15 [2]** 233/16 234/8
**101.16 [2]** 218/18
219/20
**101.17 [2]** 236/24 238/5
**101.18 [4]** 235/20 236/4
236/17 236/19
**101.21 [2]** 238/9 239/12
**101.22 [2]** 240/16
241/24
**101.24 [1]** 206/24
**101.25 [2]** 242/4 243/8
**101.27 [2]** 244/17
244/25
**101.38 [2]** 210/7 211/15

**101.41 [5]** 188/19
189/20 189/22 190/6
191/7
**101.48 [2]** 214/25 216/7
**101.49 [2]** 216/12
217/18
**101.50 [2]** 234/12
235/15
**101.52 [1]** 206/3
**101A [12]** 119/21 129/5
129/7 131/2 131/4
131/7 131/11 131/14
131/16 131/22 131/24
131/25
**101T [13]** 119/22
159/20 159/23 159/25
160/5 160/12 161/14
161/16 161/19 161/21
163/12 163/13 164/25
**102 [12]** 119/23 132/2
132/4 132/7 132/10
132/15 132/17 132/18
133/3 171/10 171/17
179/2
**102.03 [2]** 239/21
240/12
**102A [9]** 119/24 132/2
132/19 132/22 132/24
133/13 133/15 133/16
133/19
**102T [11]** 119/25
161/23 161/25 162/5
162/14 162/16 162/22
163/4 163/8 163/11
163/18
**103 [16]** 120/4 134/3
134/5 134/8 134/14
134/21 134/22 134/25
136/2 168/20 169/1
169/9 169/10 169/23
171/10 171/17
**103A [8]** 120/5 135/7
135/9 135/12 135/15
135/20 135/22 135/23
**103T [8]** 164/3 164/5
164/8 164/9 164/11
164/16 164/21 165/6
**104 [12]** 120/6 136/5
136/7 136/10 136/14
136/20 136/22 136/23
137/3 138/5 171/10
171/17
**104.03 [2]** 209/13
209/19
**104.11 [1]** 202/23
**104.5 [1]** 202/23
**104A [9]** 120/7 137/8
137/10 137/13 137/16
137/22 137/24 137/25
138/3
**104T [8]** 120/8 166/6
166/8 166/11 166/15
166/16 166/25 167/3
**105 [12]** 120/9 138/8
138/10 138/13 138/16
138/23 138/25 139/1
139/4 139/10 171/10
171/17

**105T [7]** 120/10 167/5
167/7 167/10 167/14
167/24 168/3
**106 [12]** 120/11 139/11
139/12 139/15 139/18
139/23 139/25 140/1
140/4 140/6 141/14
171/10
**106A [9]** 120/12 140/11
140/13 140/16 140/19
140/25 141/2 141/3
141/8
**108 [3]** 178/25 199/15
208/7
**108.01 [3]** 168/14
168/20 168/24
**108.02 [1]** 208/24
**108.06 [2]** 208/13
208/15
**108.09 [2]** 226/3 226/6
**108.1 [1]** 168/11
**108.10 [2]** 225/20
225/24
**108.103 [2]** 168/20
168/24
**108.11 [2]** 225/9 225/16
**108.12 [2]** 226/10
226/15
**108.13 [2]** 227/5 227/9
**108.15 [2]** 230/17
230/22
**108.16 [2]** 231/1 231/4
**108.17 [2]** 231/8 231/12
**108.18 [2]** 230/9 230/12
**108.2 [1]** 168/11
**108.28 [2]** 244/1 244/12
**108.40 [1]** 207/9
**108.76 [1]** 209/8
**108.97 [4]** 232/22 233/2
233/6 233/10
**108.99 [2]** 245/5 245/8
**10:00 [1]** 247/23
**10:30 [1]** 247/23
**10:46:02 a.m [1]** 236/1
**10th [1]** 208/14
**11 [20]** 143/1 193/21
193/22 199/15 199/16
209/7 225/14 225/22
226/4 226/12 227/7
230/11 230/19 231/2
231/10 232/23 233/7
244/2 244/18 245/6
**11/23/2023 [1]** 253/3
**110 [13]** 120/13 125/18
125/21 126/10 126/13
126/14 142/8 143/8
143/10 144/11 197/6
197/19 198/5
**110.02 [10]** 120/14
142/7 142/11 142/14
142/19 144/4 144/8
144/15 144/17 144/19
**111 [10]** 120/14 143/9
143/11 143/14 143/18
143/25 144/9 144/15
144/17 144/19
**118 [1]** 118/6
**11:32:08 a.m [1]** 242/7

**11:47:55 p.m [1]** 218/9
**11:50:22 a.m [1]**
242/15
**11:52:03 a.m [1]** 211/1
**11:59:22 a.m [1]** 211/8
**11th [2]** 192/1 205/22
**12 [7]** 200/1 200/2
200/3 200/16 235/7
238/22 239/3
**12,000 [1]** 241/15
**12,300 [2]** 241/15
241/15
**120 [12]** 120/15 127/8
127/11 127/16 127/21
127/23 128/3 128/8
128/12 128/13 145/4
145/8
**121 [8]** 120/16 144/21
144/23 145/1 145/3
145/12 145/14 145/15
**12505 [1]** 118/21
**12:39:40 p.m [1]**
213/16
**12:46:48 a.m [1]** 237/2
**12:47:51 a.m [1]**
237/11
**12:48:52 a.m [1]**
237/15
**12:51:04 a.m [1]**
237/23
**12:55:42 p.m [1]**
211/12
**12th [1]** 206/18
**13 [3]** 169/7 180/14
200/13
**13th [5]** 224/12 225/12
225/23 226/5 226/13
**14 [3]** 200/23 201/5
227/8
**140 [40]** 120/17 170/16
170/19 170/20 170/23
171/1 171/4 171/25
174/23 175/24 176/2
176/5 177/4 180/3
180/11 180/23 181/14
181/16 181/22 182/1
183/7 183/9 183/10
184/16 184/23 185/25
189/3 189/7 191/6
193/12 193/18 196/1
197/9 204/22 209/3
209/12 210/6 216/11
220/5 243/25
**14076685243 [4]**
133/24 162/23 244/7
244/23
**14th [6]** 212/25 213/12
214/3 214/14 224/12
226/22
**15 [3]** 201/9 201/10
237/18
**157 [1]** 119/15
**15th [3]** 213/15 227/16
229/7
**16 [7]** 147/6 201/21
202/11 202/16 202/22

200/3 203/13
**16094703447 [4]**
130/20 133/25 162/24
196/22
**162 [1]** 228/1
**16th [5]** 230/11 230/20
231/3 231/11 231/23
**17 [11]** 147/5 148/9
149/4 151/4 154/14
194/12 203/2 203/3
216/18 250/2 254/4
**1767 [5]** 155/1 197/4
197/10 197/22 197/23
**17th [3]** 232/24 233/8
233/18
**18 [3]** 118/5 203/20
203/20
**18th [5]** 189/12 215/13
216/14 218/21 219/1
**19 [2]** 204/11 256/8
**19547095735 [1]** 135/3
**19th [4]** 217/25 218/2
218/5 218/9
**1:33 [1]** 118/5
**1:35:07 p.m [1]** 227/17
**1:36:08 p.m [1]** 228/4
**1:36:54 p.m [1]** 228/8
**1:38:23 p.m [1]** 228/12
**1:52:30 p.m [1]** 222/3
**1:59:49 p.m [1]** 222/12
**1:59:54 p.m [1]** 219/1
**1st [6]** 124/1 128/6
131/18 133/5 135/14
137/15

2

**2 million [1]** 211/10
**2,000 [1]** 237/19
**2,500 [1]** 202/9
**20 [1]** 204/14
**200 [7]** 172/13 172/14
177/23 178/7 178/15
188/20 188/21
**201 [7]** 147/18 148/1
148/4 148/7 148/18
166/21 196/7
**201A [2]** 147/18 147/23
**202 [10]** 120/18 148/21
148/23 149/1 149/11
149/13 149/15 149/18
150/15 165/19
**2021 [64]** 122/8 123/1
124/1 125/3 125/23
126/6 126/18 128/7
131/19 135/14 138/19
146/24 147/3 189/12
191/22 191/22 192/1
192/1 204/6 204/7
205/22 206/5 206/18
207/1 207/24 208/14
209/2 209/7 210/10
211/23 212/25 213/12
213/16 214/3 214/14
216/15 217/25 218/21
220/8 224/12 225/12
225/23 226/5 226/13
226/22 227/8 227/16
229/7 230/11 230/20

232/24 233/8 233/18
234/15 237/1 238/12
240/19 242/6 244/3
244/19 245/7
**2023 [1]** 253/3
**2024 [3]** 118/5 253/4
256/8
**2028 [1]** 229/23
**202A [5]** 120/18 148/21
149/11 149/13 149/15
**202T [1]** 164/25
**203 [11]** 120/19 150/20
150/22 150/25 151/8
151/10 151/12 151/19
152/5 152/13 204/1
**203A [9]** 120/20 150/20
151/13 151/15 151/22
151/24 151/25 152/2
152/13
**204 [15]** 120/21 152/21
153/3 153/5 153/8
153/9 153/12 153/17
153/19 153/20 153/23
154/1 157/8 158/25
159/1
**205 [10]** 120/22 154/4
154/6 154/9 154/18
154/20 154/21 154/24
155/4 157/13
**20530 [2]** 118/16
118/18
**206 [10]** 120/23 155/7
155/9 155/12 155/24
155/25 156/2 156/4
156/5 157/16
**207 [5]** 120/24 158/2
158/14 158/16 158/18
**208 [9]** 120/25 156/7
156/10 156/12 156/23
156/25 157/1 157/3
157/7
**20854 [1]** 118/22
**209 [5]** 120/24 158/9
158/14 158/16 158/18
**21 [3]** 192/1 204/22
204/23
**21-0699-01 [1]** 118/3
**2111 [1]** 119/3
**21st [3]** 205/22 206/5
220/8
**22 [3]** 205/10 205/11
226/24
**22201 [1]** 119/4
**2263 [1]** 193/10
**22nd [1]** 217/25
**24 [2]** 191/22 205/19
**25 [5]** 191/22 205/22
206/2 206/3 206/12
**25th [4]** 125/3 134/11
136/13 234/15
**26 [4]** 126/6 206/11
206/16 206/17
**26th [1]** 237/1
**27 [1]** 206/23
**278 [1]** 118/6
**27th [2]** 209/15
**28 [3]** 207/8 207/19

2871 [10]** 157/22
167/12 201/11 201/18
201/19 201/23 202/14
202/20 203/14 203/18
**28th [6]** 207/1 238/12
239/16 240/19 244/3
244/19
**29 [2]** 208/4 208/5
**29th [1]** 242/6
**2:00:33 p.m [1]** 222/15
**2:01:05 p.m [1]** 228/16
**2:03:14 [1]** 224/25
**2:04:29 p.m [1]** 222/17
**2:33:33 p.m [1]** 222/24
**2:33:34 p.m [1]** 219/14
**2:35:18 p.m [1]** 219/17
**2nd [3]** 124/1 131/18
133/5

3

**3,415 [3]** 173/24 205/23
205/24
**30 [2]** 208/19 208/20
**30-millimeter [7]** 222/5
222/6 222/22 222/25
224/15 224/17 224/21
**31 [1]** 209/3
**31-57-9101 [1]** 187/17
**32 [2]** 209/13 209/22
**34 [3]** 210/6 210/8
211/15
**34-55-2871 [1]** 157/22
**3447 [4]** 166/18 166/19
167/12 196/3
**35 [3]** 211/20 211/21
212/20
**3589 [12]** 153/24
166/17 200/3 200/7
200/20 200/21 201/1
201/4 201/17 201/19
201/22 202/4
**36 [1]** 212/23
**37 [1]** 214/1
**37-92-5752 [1]** 158/6
**372 [1]** 192/2
**38 [6]** 214/24 214/25
215/3 215/8 215/25
216/6
**39 [1]** 215/4
**3:10:08 p.m [1]** 234/16
**3:12:14 [1]** 212/5
**3:13:45 p.m [1]** 234/24
**3:17 [1]** 194/9
**3:30 [1]** 194/8
**3:48:36 p.m [1]** 212/15
**3:59:01 p.m [1]** 215/9

4

**4,000 [1]** 242/12
**4,500 [2]** 241/15 241/16
**40 [6]** 191/8 193/2
214/13 216/11 217/5
217/17
**400 [3]** 147/7 210/12
215/17
**400,000 [1]** 211/9
**407 [3]** 152/11 203/21

204/10
**41 [2]** 217/22 217/23
**42 [4]** 218/17 218/19
219/8 219/21
**43-77-7977 [1]** 198/9
**44 [3]** 220/5 221/8
221/18
**45 [3]** 191/24 221/23
223/1
**46 [7]** 223/6 223/7
223/23 223/24 224/4
**47 [5]** 223/10 223/24
235/23 235/24 236/14
**470-3447 [2]** 166/18
196/3
**48 [3]** 224/9 224/10
225/3
**48-74-3589 [3]** 153/24
166/17 200/3
**49 [3]** 225/8 225/10
225/15
**49-11-1767 [2]** 155/1
197/4
**4:00 a.m [2]** 215/20
215/21
**4:00 in [1]** 215/22
**4:01:17 p.m [1]** 215/13
**4:01:38 p.m [1]** 215/18
**4:03:25 p.m [1]** 231/24
**4:07:33 p.m [1]** 232/8

5

**5,000 [1]** 242/12
**50 [3]** 128/20 225/20
225/24
**501 [4]** 181/23 200/14
200/19 204/12
**502 [1]** 181/23
**502.1 [3]** 200/14 200/19
203/7
**509 [9]** 153/24 155/1
157/22 158/6 166/17
187/17 197/4 198/9
200/3
**50931579101 [1]**
130/16
**50934552871 [1]** 139/7
**50943777977 [2]** 140/7
141/11
**5094874358 [1]** 137/5
**50949111767 [1]**
142/23
**51 [1]** 226/3
**52 [2]** 179/2 226/10
**5243 [4]** 152/11 203/21
204/2 204/10
**53 [1]** 226/19
**54 [1]** 227/5
**55 [2]** 227/13 227/14
**556 [2]** 224/15 242/17
**56 [3]** 229/3 229/5
230/4
**57 [2]** 230/8 231/16
**5735 [4]** 150/18 164/14
165/17 204/24
**5752 [2]** 158/6 193/24
**58 [2]** 230/17 231/16
**59 [2]** 230/25 231/16

**5**

**5:00 [2]** 245/14 245/15
**5:20 [1]** 255/3
**5:42:50 p.m [1]** 238/13
**5:55:53 p.m [1]** 233/19

**6**

**60 [2]** 231/8 231/17
**601 [1]** 118/15
**609 [2]** 166/18 196/3
**61 [2]** 231/19 231/21
**62 [1]** 232/21
**63 [1]** 233/6
**64 [4]** 233/15 234/2
234/5 234/7
**65 [2]** 234/1 234/7
**66 [2]** 234/4 234/7
**668-5243 [3]** 152/11
203/21 204/10
**67 [1]** 234/12
**68 [4]** 235/19 236/4
236/10 236/15
**69 [1]** 236/9
**6:00 [1]** 246/13
**6:21:43 p.m [1]** 239/24
**6:21:59 [1]** 240/2
**6:22:48 p.m [1]** 240/4
**6:23:48 p.m [1]** 240/7
**6:30 [1]** 246/14
**6:32:19 p.m [1]** 233/21
**6:51:54 p.m [1]** 239/7
**6th [1]** 118/22

**7**

**7,000 [1]** 241/13
**7,800 [2]** 241/14 241/16
**70 [2]** 236/12 236/15
**709-5735 [2]** 150/18
204/24
**71 [2]** 236/23 238/4
**72 [1]** 238/9
**73 [2]** 239/20 244/9
**74 [1]** 240/17
**75 [2]** 242/3 243/8
**76 [1]** 243/24
**762 [1]** 242/16
**77 [1]** 244/16
**78 [1]** 245/4
**7977 [1]** 198/9
**7:00 [5]** 246/5 246/6
246/8 247/6 247/9
**7:30 [3]** 246/15 246/18
246/19
**7:39:36 p.m [1]** 216/1
**7:57:27 p.m [1]** 233/24

**8**

**8 inches [1]** 254/1
**8,000 [1]** 241/13
**8:03:06 a.m [1]** 224/13
**8:05:36 a.m [1]** 224/20
**8:08:03 p.m [1]** 216/20
**8:08:18 p.m [1]** 240/20
**8:10:29 p.m [1]** 241/10
**8:10:34 p.m [1]** 216/25
**8:12:34 p.m [1]** 217/5
**8:16:07 p.m [1]** 241/21

**8:20:31 p.m [1]** 245/25
**8:26:22 p.m [1]** 235/10
**8th [1]** 119/3

**9**

**9/28/2021 [1]** 245/7
**910 [1]** 191/9
**9101 [8]** 160/9 173/24
183/12 183/15 184/1
187/17 191/13 191/21
**950 [1]** 118/18
**954 [2]** 150/18 204/24
**9:14:34 p.m [1]** 220/9
**9:21:19 p.m [1]** 220/18
**9:23:09 p.m [1]** 221/1
**9:23:59 p.m [1]** 214/4
**9:31:56 p.m [1]** 214/15
**9:34:31 p.m [1]** 212/25
**9:46:12 p.m [1]** 218/1
**9:46:47 p.m [1]** 218/5
**9:49:06 p.m [1]** 221/9
**9:51:23 p.m [1]** 213/13

**A**

**a.m [13]** 211/1 211/8
215/20 215/21 224/13
224/20 236/1 237/2
237/11 237/15 237/23
242/7 242/15
**A12 [1]** 239/2
**abducted [1]** 215/16
**able [20]** 123/9 123/11
123/23 123/25 125/14
143/8 143/25 147/22
160/22 160/25 162/13
165/13 176/24 177/14
188/19 195/2 195/4
228/24 232/7 233/11
**about [30]** 127/17
139/3 146/16 152/6
169/14 170/12 172/13
188/13 190/12 194/12
194/17 195/16 197/3
198/7 203/2 204/5
216/3 216/21 217/9
220/10 220/11 222/20
227/21 228/18 229/9
229/25 230/2 250/8
252/20 254/13
**above [2]** 141/21 256/5
**above-entitled [1]**
256/5
**abroad [3]** 240/25
241/2 241/5
**Absolutely [1]** 173/18
**accept [1]** 170/7
**access [3]** 123/9
123/22 123/25
**accompany [1]** 122/15
**accordance [1]** 177/6
**according [1]** 246/14
**account [19]** 130/16
130/19 133/24 135/3
135/5 137/5 139/7
140/7 141/11 141/12
142/20 188/19 196/15
196/17 196/21 197/24
197/25 198/1 198/15

**accounts [2]** 179/13
197/22
**accuracy [2]** 178/19
179/23
**accurate [23]** 131/17
133/7 134/15 135/15
136/15 137/17 138/17
139/18 140/20 144/9
145/6 149/7 151/2
153/13 154/12 156/18
160/7 164/16 167/20
180/23 183/2 185/23
256/4
**accurately [1]** 132/10
**acting [1]** 122/14
**actual [1]** 190/20
**actually [13]** 125/25
143/9 163/11 165/2
165/23 168/19 170/22
199/10 206/11 219/7
247/2 251/8 253/2
**add [1]** 181/17
**adding [1]** 186/11
**addition [2]** 166/3
240/10
**additional [3]** 178/23
182/14 194/10
**address [5]** 194/23
195/9 196/15 248/2
250/3
**administrative [2]**
160/14 160/18
**admissibility [2]** 161/8
188/10
**admissible [1]** 188/16
**admission [37]** 124/21
126/9 127/15 130/6
131/22 132/15 133/12
134/18 135/20 136/19
137/22 138/22 139/23
140/25 144/14 145/11
149/11 151/7 151/22
153/17 154/17 156/1
156/2 156/23 158/12
160/12 163/7 164/21
166/25 167/24 168/25
171/20 174/23 175/12
177/11 184/8 188/6
**admit [9]** 119/18 120/2
163/13 163/16 165/1
178/16 178/25 179/15
182/23
**admitted [33]** 122/18
124/25 126/13 127/21
128/12 130/8 131/24
132/17 134/21 135/22
136/22 137/24 138/25
139/25 141/2 144/18
145/14 149/14 151/11
151/24 153/19 154/20
156/4 156/25 158/13
158/17 161/20 167/2
168/2 170/10 171/10
177/13 181/14
**admitting [2]** 170/2
179/23
**advance [1]** 232/11
**afraid [2]** 222/19

**after [12]** 126/17 128/5
130/17 178/3 190/8
190/10 203/24 211/10
224/1 235/6 238/16
249/6
**afternoon [7]** 121/10
121/11 121/15 121/17
146/4 146/9 193/25
**again [28]** 125/14
127/24 133/19 134/9
135/2 135/25 136/11
136/25 138/2 139/3
139/6 154/23 165/1
171/14 172/9 175/10
176/11 177/5 180/18
184/18 185/1 186/8
208/8 208/25 218/22
230/2 241/13 241/19
**age [1]** 216/19
**agencies [1]** 123/19
**agent [36]** 119/12
121/6 121/7 121/10
121/15 122/1 122/2
122/8 122/21 126/19
126/23 127/18 127/20
128/1 129/11 131/4
132/4 132/22 134/5
135/9 136/7 136/25
137/10 138/3 138/10
139/3 139/12 140/3
140/13 142/11 143/14
144/23 145/16 145/22
175/7 176/13
**agents [2]** 122/16
125/10
**ago [2]** 172/4 217/2
**agree [3]** 234/17
234/18 234/18
**Agriculture [2]** 250/12
250/24
**Ah [2]** 218/6 218/10
237/13
**ahead [13]** 178/16
180/4 180/5 180/5
180/9 182/20 182/23
189/9 215/3 223/10
238/14 245/25 253/10
**aided [1]** 119/8
**airing [1]** 217/2
**airport [8]** 122/9
122/16 125/3 125/23
128/5 131/13 136/12
150/4
**airsoft [2]** 235/23
236/14
**AK [3]** 235/23 235/24
236/14
**AK-47 [3]** 235/23
235/24 236/14
**AKA [3]** 187/18 187/18
187/18
**Alic [1]** 166/22
**ALITA [1]** 119/2
**all [66]** 121/2 123/23
127/21 141/25 142/15
145/16 157/6 158/12
161/1 163/21 163/24

**163/25** 165/15 169/4
169/8 169/10 169/20
169/23 169/25 170/1
171/5 171/16 176/23
178/25 180/4 181/7
181/24 182/16 184/10
184/15 184/18 184/24
185/17 185/19 187/6
187/21 188/21 190/11
192/8 194/7 194/10
215/23 215/23 218/12
221/19 223/15 231/18
232/10 232/13 232/14
235/15 236/19 240/9
243/22 247/7 249/11
249/16 249/18 250/18
251/10 252/10 252/24
253/12 254/20 254/22
255/2
**ALLEN [1]** 118/20
**allow [5]** 123/22
175/19 183/4 183/4
237/19
**allowed [3]** 125/25
237/7 251/5
**almost [1]** 128/20
**alone [2]** 237/4 237/18
**along [3]** 155/19 185/2
228/20
**alongside [1]** 200/21
**already [72]** 148/7
157/8 157/12 159/5
171/9 171/20 182/17
194/25 199/24 200/13
201/6 202/24 203/8
204/1 204/20 205/16
206/14 206/21 208/1
208/17 209/10 209/20
210/17 210/21 211/17
212/21 213/23 214/18
214/22 216/8 217/20
218/15 219/22 221/11
221/20 224/6 225/5
225/18 226/1 226/8
226/16 227/3 227/11
228/25 230/1 230/6
230/14 230/23 231/6
231/14 232/19 233/4
233/12 234/10 235/7
235/8 235/17 236/6
236/21 237/20 238/7
239/13 240/10 240/13
241/25 242/10 242/17
242/20 242/23 244/14
245/2 245/10
**also [42]** 122/12
123/11 125/4 131/8
132/8 141/22 144/7
147/11 152/23 157/24
158/20 168/7 174/6
176/1 177/9 179/1
180/3 182/7 191/3
195/4 196/18 196/22
196/24 199/4 199/5
201/13 203/18 203/25
204/2 205/6 205/25
207/3 208/4 208/6
208/21 209/9 228/14

**A**

**also... [5]** 234/4 238/15 239/16 241/6 246/11
**although [1]** 153/10
**always [2]** 214/9 229/10
**am [7]** 122/12 124/11 146/18 177/7 228/6 228/22 247/16
**AMATO [3]** 119/2 180/6 187/9
**AMERICA [1]** 118/3
**Americans [1]** 220/14
**ammo [2]** 223/19 239/9
**ammos [1]** 240/6
**among [1]** 216/18
**amount [6]** 128/17 147/10 198/25 211/4 241/17 242/11
**analysis [14]** 147/10 148/15 149/8 185/16 186/5 186/15 187/4 187/19 187/22 188/14 188/18 192/21 201/15 203/17
**analyst [7]** 145/25 146/18 146/20 146/21 146/25 147/9 185/16
**analytical [3]** 186/11 186/23 197/14
**analyzed [1]** 164/12
**another [19]** 126/25 127/19 151/1 152/15 153/9 155/13 183/14 193/9 193/18 194/12 200/4 201/11 201/20 203/23 209/5 214/16 240/10 243/5 244/20
**anticipate [1]** 171/15
**anticipated [1]** 194/22
**anticipating [2]** 182/7 195/13
**any [18]** 127/22 180/1 185/18 186/3 187/25 188/3 220/1 220/3 222/20 224/18 246/11 246/22 251/14 251/15 252/6 253/16 253/22 254/13
**anymore [1]** 234/19
**anyone [2]** 183/1 241/5
**anything [14]** 139/9 149/21 175/22 213/6 227/23 246/21 246/25 247/1 250/2 252/9 252/18 253/14 253/20 254/19
**anywhere [2]** 128/19 222/8
**apologies [1]** 125/24
**apologize [2]** 142/16 247/20
**apparently [1]** 181/25
**appear [19]** 131/16 134/14 136/1 136/14 137/16 138/3 138/16 140/19 141/12 145/6

156/17 160/7 163/14 167/20 189/17 200/11
**APPEARANCES [2]** 118/12 119/1
**appeared [3]** 149/25 204/15 207/5
**appears [8]** 149/20 160/1 162/17 196/6 207/10 207/13 253/9 253/10
**applaud [1]** 185/1
**Apple [6]** 122/25 126/25 128/4 196/9 205/7 205/8
**applies [1]** 187/21
**appreciate [4]** 145/21 249/13 254/15 255/2
**approach [1]** 122/17
**appropriate [3]** 177/11 181/11 217/13
**approved [1]** 253/6
**approximately [8]** 128/6 131/15 140/18 173/24 191/24 192/2 205/20 205/23
**AR15s [2]** 239/2 239/3
**are [121]** 122/3 122/4 123/18 127/7 127/9 128/16 130/18 133/23 138/4 140/5 143/8 143/24 144/9 144/17 145/16 146/19 147/19 147/22 149/13 150/15 158/9 158/16 161/14 162/13 162/21 162/21 162/23 164/11 165/13 166/15 169/4 169/23 171/20 172/14 173/22 173/24 174/3 174/12 175/5 177/14 179/7 180/1 180/2 180/20 181/8 181/8 184/18 185/7 185/11 185/17 185/19 186/21 187/6 188/3 188/19 189/13 189/15 189/16 195/5 195/7 195/9 198/19 199/17 199/22 200/14 201/22 202/10 202/12 202/23 207/13 207/15 207/17 207/22 209/15 210/9 210/22 210/24 211/22 212/10 214/11 216/18 217/24 218/6 218/20 219/10 220/11 220/24 220/25 221/12 222/1 222/7 222/19 223/13 223/16 223/24 224/11 224/18 227/15 229/10 229/16 231/22 232/12 233/17 234/8 234/14 234/20 234/21 236/25 237/6 237/7 239/22 240/1 240/18 240/24 241/2 242/5 246/23 250/11 252/21 253/15 253/21

**area [2]** 195/4 213/20
**arguing [1]** 175/5
**argument [2]** 187/11 188/7
**arguments [1]** 169/5
**arisen [1]** 182/8
**Arlington [1]** 119/4
**arm [1]** 219/15
**around [6]** 135/14 152/16 157/18 217/9 239/5 249/15
**arrived [5]** 220/23 220/24 221/6 221/10 221/15
**arrives [1]** 224/18
**arrow [1]** 157/18
**article [2]** 183/16 192/24
**as [123]** 121/9 121/25 122/2 122/7 122/14 122/18 123/10 124/8 127/8 130/2 130/22 133/2 139/9 140/20 141/24 142/20 142/24 144/3 144/11 146/3 146/19 146/21 146/24 147/8 147/9 148/8 149/21 150/1 151/3 159/5 163/9 164/12 164/24 165/18 166/21 168/24 169/19 169/21 170/5 170/12 171/18 173/11 174/24 176/15 176/17 176/24 177/14 177/14 177/18 178/7 178/10 178/18 178/20 180/3 180/16 181/6 181/22 182/25 183/14 183/17 184/4 185/14 185/15 185/18 187/7 187/11 187/14 187/23 191/9 191/19 191/21 192/19 192/23 192/24 193/11 193/16 193/24 195/3 197/6 197/18 198/2 199/19 200/14 201/1 202/24 203/10 203/25 204/1 204/10 204/15 204/20 205/21 206/13 211/4 211/4 216/8 219/22 220/2 220/2 221/20 224/15 224/15 225/6 231/14 236/16 238/20 239/3 239/14 240/13 242/1 244/10 244/14 245/19 246/13 246/13 247/9 247/12 247/18 247/18 247/18 248/16 253/9 253/13
**aside [1]** 195/7
**ask [12]** 122/17 126/21 139/9 168/23 170/13 173/13 175/24 192/3 211/4 219/25 234/22 252/10
**asked [11]** 145/4 163/10 195/12 216/21

**asking [3]** 173/6 185/24 213/7
**aspect [2]** 188/5 194/12
**aspects [2]** 178/17 254/20
**assertion [1]** 169/4
**assess [1]** 178/12
**assessment [1]** 182/25
**assigned [1]** 121/25
**assignment [1]** 121/24
**assist [12]** 122/8 128/24 128/25 130/3 162/2 162/25 168/6 170/15 171/4 174/2 182/14 182/15
**associate [1]** 146/23
**associated [7]** 142/22 150/14 152/12 155/2 197/23 207/22 208/12
**assume [2]** 195/3 248/18
**assuming [2]** 175/11 185/23
**assumption [1]** 194/25
**attack [2]** 215/11 219/19
**attacking [3]** 219/2 219/5 219/6
**attempt [4]** 250/18 251/11 251/14 251/15
**attempted [1]** 250/9
**attempting [1]** 243/18
**Attorney's [1]** 118/15
**attribute [1]** 197/10
**attributed [5]** 174/16 183/15 201/13 205/8 210/3
**audio [9]** 159/12 190/8 190/10 190/19 192/16 205/25 218/24 218/25 219/7
**August [6]** 191/22 209/2 209/15 212/25 213/12 213/15
**August 14th [2]** 212/25 213/12
**August 15th [1]** 213/15
**August 27th [1]** 209/15
**August 6 [1]** 209/2
**AUSA [3]** 118/14 118/14
**authenticate [4]** 160/25 176/13 177/8 184/24
**authentication [1]** 164/22
**authorize [1]** 253/11
**authorized [3]** 253/12 253/15 253/17
**auto [1]** 235/24
**automatic [4]** 228/14 230/2 234/19 243/7
**automatically [1]** 210/13

**223/25 232/13 237/3 237/7 252/12 252/13 254/4**
**available [5]** 123/18 175/13 175/16 200/6 249/8
**Avenue [2]** 118/18 118/21
**away [1]** 210/18

**B**

**babe [7]** 206/7 210/11 215/15 217/1 220/20 221/2 229/9
**baby [7]** 213/6 215/12 218/3 232/13 236/2 238/14 242/9
**back [23]** 130/1 143/10 152/1 159/16 166/21 176/21 177/4 180/19 185/4 185/17 190/5 203/13 215/3 219/2 223/23 236/15 244/9 247/15 251/17 252/18 252/19 252/21 252/24
**backing [1]** 215/8
**backup [1]** 214/19
**bad [1]** 229/12
**Bae [1]** 232/9
**balls [1]** 214/9
**BARNES [3]** 118/17 122/17 126/21
**based [9]** 143/23 143/24 148/15 165/12 179/6 180/17 182/25 198/23 204/18
**basis [3]** 180/22 188/19 204/11
**BATES [1]** 118/9
**BB [1]** 197/25
**be [112]** 123/17 123/24 124/16 125/9 125/18 131/16 134/14 136/1 136/14 137/16 138/4 138/16 140/19 141/12 141/25 145/6 149/7 153/12 154/12 155/21 156/17 158/13 160/1 160/7 160/22 160/25 162/17 163/1 167/20 168/23 169/3 169/21 170/10 170/13 172/17 172/17 172/18 173/6 173/14 174/14 174/16 176/12 176/19 176/24 177/3 177/19 180/6 180/19 181/8 182/12 182/23 185/22 186/5 187/17 192/4 194/12 192/15 192/19 194/2 194/14 194/15 194/15 194/23 195/2 195/4 199/5 207/5 207/10 207/16 210/21 220/12 221/11 222/7 222/10 225/11 226/25 229/20 232/7 238/20 238/24 238/24 239/1 239/2 239/3 240/22 240/23 241/15 242/16 245/13 246/18

**B**

be... **[20]** 247/15
247/15 247/19 247/20
247/22 247/23 247/24
248/5 248/6 248/9
248/11 249/16 250/1
250/9 250/20 251/10
252/5 253/5 253/9
253/20
beat **[1]** 216/17
**BEAUDRE [1]** 118/17
because **[27]** 167/13
167/16 170/6 178/7
180/12 182/2 182/24
188/21 188/22 189/19
192/15 194/14 200/19
215/19 217/8 220/22
222/6 229/21 238/19
241/4 247/15 248/23
251/16 251/17 251/23
252/3 254/11
become **[2]** 181/6
241/6
been **[39]** 121/8 121/21
124/5 127/7 141/18
141/20 141/24 142/3
146/2 158/13 160/14
160/18 171/6 171/9
181/4 181/18 181/21
196/15 199/8 211/2
221/13 221/15 235/8
246/9 246/11 246/15
247/14 247/18 250/8
250/8 250/14 250/19
251/1 251/8 251/9
251/13 251/14 253/11
255/1
before **[19]** 118/9
129/23 133/18 134/24
141/5 157/3 163/9
177/12 184/16 188/5
206/11 216/6 221/4
225/15 232/3 247/5
249/23 254/6 254/16
beginning **[1]** 174/1
begins **[1]** 152/7
begun **[1]** 176/12
behalf **[2]** 247/17
247/17
being **[10]** 125/9
153/10 175/11 178/10
186/22 187/12 188/20
199/1 211/6 221/2
believe **[24]** 123/11
124/16 126/19 128/6
143/1 158/13 169/16
170/4 177/9 177/24
179/2 180/20 181/7
186/13 187/19 188/18
190/16 191/9 195/25
237/8 252/2 252/3
252/24 253/2
believes **[1]** 143/2
belong **[1]** 183/13
belonged **[3]** 165/21
204/3 205/2
belonging **[7]** 164/12

179/4 179/11 187/17
196/4 244/10 244/22
belongs **[7]** 187/17
191/10 200/7 203/18
203/22 222/16 244/8
below **[1]** 189/13
**BENCH [1]** 118/9
best **[3]** 178/2 178/5
183/11
better **[2]** 152/3 229/19
between **[49]** 131/9
131/10 133/24 135/3
137/4 139/7 140/7
164/12 164/17 165/16
166/12 167/11 171/12
174/3 174/19 189/12
191/18 191/21 191/25
193/16 201/22 202/3
205/20 205/22 205/23
207/5 209/15 210/2
210/9 211/22 217/24
217/25 218/20 220/1
220/7 222/1 224/11
227/15 231/22 233/17
234/14 235/21 236/25
238/11 239/17 239/22
240/18 242/5 244/7
beyond **[3]** 185/6
253/15 253/21
big **[3]** 128/16 210/14
221/5
bigger **[1]** 189/24
bit **[5]** 141/5 150/6
155/19 173/16 249/3
blanket **[1]** 169/3
blanketly **[1]** 176/14
blanks **[1]** 170/5
block **[5]** 215/11
215/23 215/23 235/25
248/15
blocks **[1]** 189/14
blood **[1]** 229/12
blowing **[1]** 208/23
blowup **[1]** 223/10
blue **[7]** 141/7 141/17
189/15 190/15 190/21
191/4 202/5
board **[2]** 179/19
179/24
body **[3]** 185/8 186/2
197/14
bodyguards **[1]** 222/21
Bonne **[1]** 207/1
book **[2]** 175/21 221/13
**BOS [1]** 140/8
Boss **[1]** 199/21
both **[11]** 124/7 144/9
175/14 176/4 177/25
184/20 193/22 199/22
202/23 237/13 248/6
bottom **[4]** 191/4
209/23 217/2 217/3
bought **[1]** 230/1
Boulevard **[1]** 119/3
Bouquets **[1]** 213/4
box **[10]** 141/17 141/22
190/15 190/21 191/4
208/22 242/17 242/22

244/4 244/20
boxers **[1]** 212/10
boxes **[11]** 239/9
240/21 240/23 241/11
242/16 242/17 242/19
242/19 242/19 242/21
242/24
break **[6]** 193/25 194/7
221/7 243/17 245/13
245/15
brief **[4]** 155/15 171/11
243/12 243/14
briefly **[1]** 188/7
bring **[4]** 126/21 195/5
243/21 248/17
bringing **[2]** 194/14
246/11
brings **[1]** 247/2
bro **[2]** 219/2 227/21
brother **[5]** 213/5 213/5
213/9 213/9 227/24
brought **[8]** 194/15
246/10 246/16 247/15
247/15 247/18 248/10
248/11
browser **[1]** 233/9
bucket **[1]** 241/18
buckets **[1]** 187/2
building **[2]** 146/22
147/11
bulk **[6]** 168/24 179/7
193/16 198/19 205/24
207/17
bullet **[16]** 173/11
196/17 197/20 222/5
222/6 222/16 222/22
222/23 222/25 222/25
224/16 224/16 224/17
224/21 224/22 240/21
bullets **[17]** 206/7
206/9 206/9 215/21
220/11 220/11 220/12
220/13 220/15 222/7
222/7 222/9 222/20
222/22 228/1 238/18
240/23
bunch **[1]** 241/17
Bureau **[1]** 121/20
121/21
business **[8]** 156/13
197/24 197/25 198/1
222/10 241/7 242/14
247/12
buy **[6]** 229/13 229/18
229/24 238/19 241/2
241/4
bypasses **[1]** 123/21

**C**

C-A-L-I-D-O-N-N-A **[1]**
146/12
Cabrit **[4]** 216/22
216/24 217/2 217/4
calculate **[1]** 241/16
calculation **[1]** 177/21
**CALIDONNA [34]**
119/14 145/25 146/1
146/4 146/11 147/22

148/23 149/16 150/22
151/15 152/5 153/22
154/6 154/23 155/9
156/9 159/22 161/11
162/13 164/5 166/8
167/7 168/13 170/15
170/25 173/20 182/8
185/5 189/2 195/2
195/18 195/25 207/13
243/24
Calidonna's **[2]** 181/10
249/4
call **[21]** 123/10 123/13
147/10 147/15 147/15
148/17 149/2 149/3
153/9 154/10 155/3
155/13 166/20 178/13
186/17 186/18 190/11
216/2 220/22 247/5
252/25
called **[8]** 123/7 123/19
123/20 217/15 220/22
242/9 242/10 248/14
calling **[4]** 148/14
186/19 222/14 247/4
calls **[4]** 121/5 145/25
148/15 253/1
calm **[1]** 221/11
came **[3]** 155/25 235/5
can **[135]** 121/15
122/11 123/17 125/7
129/9 129/19 130/12
131/4 131/6 132/4
132/6 132/19 132/20
132/22 132/23 133/20
134/5 134/7 134/25
135/6 135/9 135/11
136/7 136/9 137/7
137/10 137/12 138/7
138/10 138/12 139/4
140/13 140/15 141/8
141/9 141/10 142/11
142/13 142/22 143/9
143/14 143/16 144/23
144/25 148/3 148/11
148/23 150/6 154/6
155/6 155/9 155/18
157/19 162/2 162/8
163/14 166/8 167/5
167/7 169/18 169/21
170/18 170/23 171/3
171/18 172/20 173/13
175/24 176/18 179/14
184/24 187/7 188/1
188/5 189/2 190/12
191/14 192/3 194/17
197/19 199/15 201/9
202/11 202/16 203/2
204/14 204/16 204/22
205/3 205/10 205/19
208/11 208/19 209/5
215/14 216/3 216/15
217/13 218/22 221/24
223/7 225/1 225/9
225/20 227/24 228/19
229/13 229/22 232/3
232/6 232/11 237/9
237/10 237/17 237/18

257/24 238/1 238/17
238/17 239/2 241/6
241/16 243/4 243/5
243/12 243/20 244/20
245/17 245/23 246/13
246/17 247/15 249/5
249/20 250/7
can't **[11]** 121/3 130/17
142/16 181/3 234/22
234/25 235/1 235/3
237/9 241/2 241/7
cancellation **[1]** 195/15
cancelled **[1]** 195/1
cannot **[2]** 177/19
229/12
capable **[1]** 128/18
capacity **[1]** 122/14
capital **[5]** 130/17
133/25 135/4 135/4
140/8
capture **[2]** 232/24
245/7
captured **[1]** 171/11
car **[6]** 210/11 210/15
210/15 210/17 212/13
212/14
card **[14]** 183/25 184/1
184/3 189/5 190/25
193/9 193/11 193/13
199/19 200/25 201/2
204/15 205/12 233/22
cards **[3]** 172/18
199/17 200/24
care **[6]** 214/17 222/19
228/21 232/12
carry **[1]** 250/23
case **[6]** 144/11 171/7
178/5 184/19 200/9
254/21
cash **[1]** 210/15
cashed **[1]** 210/21
Cassillas **[3]** 150/7
164/2 179/14
category **[1]** 186/22
CDR **[2]** 151/1 151/2
CDRs **[1]** 165/18
cell **[33]** 122/16 122/25
123/2 125/4 125/8
125/13 125/15 125/22
126/16 128/16 144/2
149/25 152/24 153/11
153/14 153/25 154/10
155/3 155/13 156/19
158/20 159/4 159/7
159/11 160/8 171/12
173/4 173/21 207/14
226/17 232/25 234/9
248/15
Cellebrite **[1]** 141/23
center **[1]** 135/25
centered **[1]** 241/6
certain **[1]** 186/16
Certainly **[1]** 155/17
certification **[4]** 151/18
155/19 156/13 156/18
certified **[1]** 122/12
certify **[1]** 256/3
chamber's **[1]** 248/1

**C**

chance [2]  188/2 218/11
Chancy [1]  251/12
change [1]  248/21
characterize [1]  185/14
charge [1]  221/4
chart [6]  157/19 157/20 174/24 175/1 177/21 190/7
chat [3]  140/17 165/14 244/7
chats [4]  165/16 167/16 167/21 191/12
check [6]  227/21 227/24 240/6 251/24 254/5 254/20
children [1]  217/8
chose [1]  167/16
Christian [4]  148/9 149/4 151/4 154/14
Chu [2]  240/3 240/3
cinder [1]  235/24
circle [11]  129/18 133/19 141/6 141/21 143/17 149/17 152/3 152/15 152/15 165/4 207/12
circled [15]  129/20 130/12 134/24 140/3 141/8 141/16 142/18 149/19 150/11 152/5 152/7 153/22 154/23 208/11 209/23
circling [8]  135/25 136/25 138/2 139/3 166/14 190/15 202/15 209/22
citizens [1]  147/6
clarification [3]  126/5 128/10 180/11
clarify [2]  163/20 178/23
classic [1]  214/12
clear [4]  152/15 177/3 181/6 243/20
clerk [3]  248/3 248/4 248/5
client [1]  176/16
clip [1]  195/7
close [3]  155/25 215/11 243/21
closed [4]  240/10 247/8 247/13 247/14
closely [1]  159/17
closer [1]  181/19
colleague [2]  158/23 163/19
collect [1]  160/4
collected [1]  175/9
COLUMBIA [1]  118/1
column [5]  153/22 153/23 153/24 154/24 154/25
column A [3]  153/22 153/23 154/25
come [19]  127/19

180/22 186/25 190/25 177/19 190/10 206/6 215/3 219/3 219/4 219/4 223/20 224/2 228/3 235/2 235/6 245/24 249/23 254/1
comes [1]  203/7
comfortable [1]  177/13
coming [8]  166/21 169/4 180/15 181/8 182/4 194/24 243/13 248/24
commencement [1] 251/24
comments [1]  254/13
Commerce [1]  249/5
commercially [1] 123/18
communicate [1] 174/8
communicated [1] 201/12
communicates [1] 174/15
communications [2] 174/3 210/2
companies [1]  152/25
company [6]  123/20 153/14 155/4 156/19 210/14 228/18
compare [1]  148/17
compared [1]  190/19
compilation [2]  160/7 178/13
compile [1]  161/1
compiled [1]  178/9
compliance [1]  176/10
comportment [2] 252/17 252/20
computer [1]  119/8 122/1 128/22 162/3 195/21
computer-aided [1] 119/8
concealed [3]  233/20 250/12 250/23
concluded [1]  255/3
conclusion [12]  183/4 186/16 186/17 186/18 187/7 187/11 187/14 187/15 187/16 194/11 197/15 198/23
conclusions [10]  185/6 185/7 185/11 185/15 185/18 186/3 186/21 187/20 187/23 188/19
conditional [2]  182/24 188/5
conditionally [7] 163/13 163/16 164/21 165/1 167/2 168/2 183/4
conduct [2]  147/10 161/6
conducted [2]  148/15 150/1
conducting [1]  125/10
cone [5]  190/9 190/17

190/18 218/25 218/24
confer [2]  245/23 246/5
confident [2]  175/1 175/3
confines [1]  175/1
confirm [2]  158/24 231/16
confusion [1]  250/8
connecting [1]  209/6
connection [4]  227/23 228/10 228/11 241/5
consent [2]  125/11 125/12
consistent [3]  176/3 177/9 248/12
consolation [1]  213/7
contact [24]  142/19 142/25 150/1 172/18 183/13 183/25 184/1 184/3 189/5 190/25 193/9 193/11 193/13 199/17 199/19 199/20 200/24 200/25 201/2 203/23 204/15 205/12 233/22 233/23
contacts [3]  142/15 183/17 191/21
contain [2]  171/25 186/1
contained [5]  163/4 190/18 226/14 230/21 234/7
containing [3]  164/9 166/12 183/23
contains [17]  124/13 190/5 206/16 207/8 214/1 214/20 214/24 217/22 221/23 223/6 226/10 227/13 229/3 230/25 231/19 232/21 243/25
content [3]  182/12 189/19 189/22
contents [4]  123/3 127/3 127/5 127/7
continue [2]  195/2 195/11
continued [2]  119/1 120/1
continuing [3]  164/23 164/24 194/20
contrary [1]  248/20
control [5]  203/10 203/13 220/14 220/16 234/21
conveniently [1] 177/20
conversation [42] 129/15 130/15 130/25 131/9 131/17 132/8 132/9 132/25 133/1 133/2 133/8 133/22 133/23 134/9 134/15 135/3 135/13 135/16 136/11 136/15 137/2 137/4 137/14 137/17 138/14 138/17 139/7 139/16 139/19 140/7

146/2 147/19 147/18 142/3 145/2 145/3 201/21 201/23 202/3 204/25 223/9 223/11
conversations [9] 128/25 142/1 162/21 171/12 172/17 174/19 179/2 200/5 207/5
convincing [1]  178/18
cool [1]  210/21
copies [3]  124/17 253/17 253/22
copy [6]  123/8 124/8 127/10 149/7 176/1 180/13
copying [1]  175/14
corner [5]  189/18 207/12 207/16 208/22 209/23
correct [17]  133/6 158/21 163/15 170/4 175/18 176/9 177/23 184/11 185/9 185/13 185/22 186/9 186/13 186/18 203/8 203/11 203/15
corresponding [1] 212/15
corresponds [3] 153/25 176/19 203/3
cost [4]  240/25 241/7 241/9 241/14
could [39]  123/5 123/13 128/1 129/1 129/4 130/11 131/1 132/1 134/2 136/4 137/1 140/4 140/10 142/6 144/20 146/9 147/17 147/25 148/20 150/17 150/19 151/13 152/20 153/2 154/3 156/7 159/19 161/22 164/2 166/6 168/10 169/20 173/6 192/19 210/25 229/24 232/1 232/2 249/7
couldn't [1]  161/5
counsel [4]  182/15 194/11 245/23 250/5
country [1]  228/1
couple [2]  124/1 172/10
course [15]  122/7 152/23 158/21 159/4 159/7 161/13 169/21 175/10 178/11 181/10 193/12 205/6 221/12 247/1 247/5
court [47]  118/1 119/5 119/7 128/25 129/2 129/19 130/3 130/12 133/20 148/11 150/17 169/13 170/8 170/15 171/4 174/3 175/4 177/20 178/4 181/19 182/14 191/14 195/10 225/21 244/21 246/11 246/15 246/17 246/18

247/6 247/16 247/16 248/6 248/23 249/22 251/18 253/11 253/12 253/13 253/16 253/23 253/24 253/25 254/4 254/6 254/13 256/9
court's [7]  155/15 176/11 177/6 184/9 245/23 247/11 248/12
courthouse [1]  254/2
courtroom [1]  250/5
cousin [1]  229/11
cover [1]  172/3
CR [1]  118/3
crap [1]  234/19
crazy [3]  218/7 221/7 228/7
create [2]  170/15 171/4
created [8]  172/6 184/11 199/23 204/19 207/23 209/2 209/7 225/11
creating [1]  193/12
creation [12]  210/1 225/23 226/5 226/13 227/8 230/11 230/20 231/3 231/11 233/8 244/3 244/19
Creole [12]  159/13 159/17 160/2 161/11 161/18 162/18 163/2 164/10 167/18 198/20 215/7 223/13
crime [1]  147/1
criminal [2]  122/8 146/23
Croix [1]  213/4
Croix-des-Bouquets [1]  213/4
cross [2]  175/10 178/20
cross-examination [2] 175/10 178/20
crushes [1]  239/6
crying [1]  213/7
curiosity [1]  192/3
currency [1]  211/10
current [1]  121/24
custody [1]  126/1
customs [3]  220/24 220/25 221/13
Cynthia [1]  201/3

**D**

D-E-K-O [1]  192/5
D.C [3]  118/4 195/4 252/3
daddy [2]  237/14 239/8
dam [1]  221/16
dark [1]  208/22
darling [2]  218/7 235/11
data [9]  123/9 125/21 125/22 128/16 128/23 180/12 180/17 187/22 187/23
database [1]  141/24
date [17]  191/3 191/5

**D**

date... **[15]** 207/23 225/23 226/5 226/13 227/8 230/11 230/20 231/3 231/11 244/3 244/19 248/16 253/3 253/3 256/8
day **[23]** 125/25 126/6 194/18 195/16 213/15 221/5 221/7 228/13 232/10 232/13 238/1 238/16 243/17 243/21 245/13 245/15 247/13 247/14 248/12 249/7 249/9 249/11 255/2
days **[2]** 124/1 221/15
DC **[2]** 118/16 118/18
deadline **[2]** 176/3 177/6
deadlines **[1]** 176/11
deal **[3]** 177/22 194/18 249/2
dealing **[1]** 172/23
decide **[2]** 188/3 194/18
decision **[2]** 188/15 200/18
decisions **[1]** 187/20
declared **[1]** 204/10
Deco **[2]** 192/7 192/13
deemed **[1]** 201/16
defendant **[8]** 118/6 118/19 182/13 184/20 194/14 246/9 246/12 246/15
defendant's **[2]** 246/16 247/2
defense **[12]** 163/21 169/18 171/19 175/17 175/25 177/13 194/11 245/19 245/23 246/10 247/17 247/21
definitely **[1]** 249/7
Deko **[16]** 186/6 187/18 191/19 191/21 191/23 192/4 192/9 192/11 192/13 192/19 209/18 213/3 213/10 213/19 224/14 225/1
delay **[1]** 195/15
delayed **[7]** 194/16 247/12 247/16 247/19 248/16 248/19 248/19
delays **[1]** 195/13
deleted **[4]** 141/19 141/20 141/24 142/3
delivered **[1]** 221/13
denial **[1]** 254/7
denied **[1]** 251/13
Department **[4]** 118/17 249/4 250/12 250/24
depends **[1]** 128/17
depict **[5]** 191/3 198/22 201/21 231/17 231/18
depicted **[46]** 159/25 183/10 183/12 190/9 191/6 193/7 196/1

196/23 196/6 198/10 200/2 202/7 202/16 202/22 203/25 204/11 206/3 206/17 206/24 208/15 211/15 211/21 214/25 217/17 219/8 219/20 223/24 225/3 225/15 225/24 226/20 227/14 227/18 229/4 232/16 233/2 235/14 236/12 236/15 238/10 239/11 239/21 240/17 241/23 244/10 244/24
depicting **[13]** 162/17 183/25 199/7 199/17 200/23 207/5 207/10 209/13 216/6 216/13 216/14 223/9 225/8
depiction **[2]** 165/15 206/2
depictions **[1]** 200/13
depicts **[26]** 189/11 190/3 191/5 196/3 197/3 200/24 203/21 204/24 210/7 211/20 212/23 218/18 218/24 220/6 224/9 225/20 227/8 230/8 230/20 231/3 231/11 233/8 233/15 235/21 244/16 245/4
deposit **[1]** 221/11
depote **[1]** 218/3
derived **[8]** 173/3 182/15 205/15 208/7 244/6 244/13 244/25 245/8
des **[1]** 213/4
describe **[4]** 128/1 197/19 208/4 239/21
described **[2]** 190/16 236/10
describing **[1]** 193/17
description **[2]** 127/23 185/24
detail **[11]** 147/15 148/17 149/2 149/3 153/9 154/10 155/3 155/13 166/20 253/1 253/1
detention **[1]** 251/20
determination **[3]** 188/11 204/2 205/3
determine **[2]** 130/17 187/20
determined **[2]** 125/9 205/2
device **[21]** 123/8 123/10 123/20 123/22 125/24 126/1 126/3 128/7 129/16 130/24 131/14 133/25 135/5 136/12 137/5 137/15 139/8 140/8 142/16 144/7 144/10
dick **[1]** 212/14
did **[96]** 122/8 122/11 123/1 123/4 123/5

124/14 124/3 124/7 124/11 125/3 125/6 125/12 127/5 127/6 128/24 129/3 139/9 147/15 148/7 148/10 148/11 148/13 148/17 148/19 149/21 149/24 152/23 156/1 157/24 158/7 158/24 159/6 159/15 159/17 160/4 160/19 161/13 161/14 162/25 168/7 168/9 168/19 168/21 170/15 171/3 171/8 171/10 171/14 173/1 176/1 176/7 182/5 183/12 184/21 191/20 191/20 192/7 192/21 192/22 192/24 193/13 193/15 193/19 199/10 200/6 200/10 200/11 201/14 202/19 202/21 203/17 203/19 203/25 205/6 207/3 210/1 210/5 212/12 213/8 219/7 219/9 220/4 237/20 237/21 239/16 239/16 239/19 240/5 240/9 247/21 250/16 251/19 251/25 252/7 252/8 253/11
didn't **[8]** 212/17 213/6 214/7 216/19 221/14 249/6 252/9 252/10
died **[1]** 219/13
difference **[1]** 131/10
different **[10]** 123/13 123/15 125/4 141/6 182/2 187/2 189/13 201/17 235/22 238/2
difficult **[1]** 255/2
Digicel **[11]** 153/10 153/14 154/11 154/13 155/14 155/20 156/13 156/17 156/19 157/25 158/5
digital **[6]** 122/4 122/6 122/12 122/14 123/2 147/12
direct **[4]** 119/15 121/13 146/7 187/3
directed **[1]** 250/15
director **[1]** 210/14
disciplinary **[1]** 252/23
discovery **[1]** 175/17
discuss **[5]** 169/21 169/23 170/6 179/15 247/21
discussed **[5]** 157/8 157/12 157/16 165/18 178/10
discusses **[1]** 196/17
discussing **[3]** 127/8 150/3 171/6
discussion **[3]** 187/25 229/11 246/1
displayed **[2]** 202/10 213/18

disputing **[1]** 195/7
DISTRICT **[3]** 118/1 118/1 118/10
division **[1]** 146/14
do **[151]**
DOC **[1]** 252/22
docs **[1]** 148/4
document **[5]** 137/1 164/9 166/2 166/12 171/22
documents **[2]** 171/20 186/2
does **[52]** 123/20 128/9 130/22 131/16 131/20 132/10 134/14 135/25 136/14 136/17 137/16 138/3 138/16 140/19 140/23 141/12 141/15 142/24 144/3 144/5 145/6 149/7 153/12 154/12 156/17 160/7 166/2 167/20 181/22 181/23 185/24 189/17 190/16 190/21 191/3 191/6 192/18 201/21 213/2 214/6 217/9 218/22 220/9 226/23 228/5 228/6 228/6 229/18 235/4 239/25 248/10 249/22
doesn't **[5]** 165/2 181/25 222/19 228/10 228/10
dog **[1]** 214/16
doing **[4]** 143/10 228/5 235/6 255/1
dollars **[1]** 211/10
don't **[44]** 127/18 161/7 161/11 162/4 177/1 178/9 178/18 179/7 180/8 180/16 182/3 182/17 182/20 188/21 195/10 212/4 217/9 219/10 224/16 227/22 227/23 228/19 232/12 232/13 232/14 234/17 234/18 234/18 234/19 235/2 235/2 237/5 240/25 241/5 241/5 245/22 246/25 248/1 251/1 251/7 251/17 252/18 253/18 254/18
done **[10]** 135/14 136/12 138/18 139/17 140/18 140/22 178/6 178/22 250/19 250/20
Dor **[13]** 152/19 203/22 203/22 204/3 204/7 204/15 239/18 239/22 240/3 240/8 244/8 244/10 244/23
down **[13]** 139/3 140/3 150/7 152/6 157/19 157/20 166/4 182/13 184/19 199/12 235/5 245/17 248/14
downloaded **[1]** 181/24

dragging **[2]** 212/12 212/13
draw **[1]** 186/2
drawing **[1]** 183/3
drawn **[13]** 157/18 178/8 178/14 180/23 181/4 185/5 185/7 185/12 186/1 187/4 188/20 196/24 198/4
drive **[8]** 124/8 124/13 124/14 124/16 125/15 126/4 127/7 127/10
drives **[1]** 210/16
drum **[1]** 241/18
duly **[2]** 121/8 146/2
Duncan **[3]** 162/2 170/23 195/21
duplicates **[1]** 175/13
during **[6]** 125/8 147/3 149/4 153/13 154/13 178/11
duties **[3]** 122/3 122/7 146/19
duty **[1]** 121/24

**E**

E-L-I-A-N-D-E **[1]** 130/20
each **[8]** 129/1 168/22 172/14 176/20 177/5 177/7 178/7 179/1 179/14 180/18 180/19 182/9 235/1
earlier **[3]** 165/17 176/2 191/1
early **[1]** 246/13
easy **[4]** 128/21 188/20 224/21 243/7
eat **[2]** 212/14 218/11
educated **[1]** 180/6
effect **[1]** 187/1
effort **[1]** 185/1
efforts **[2]** 160/14 160/18
eight **[1]** 222/20
either **[5]** 162/4 181/25 187/4 192/17 245/19
Eliande **[149]**
EliandeTunis **[1]** 196/16
else **[4]** 227/23 240/8 250/2 252/18
else's **[1]** 183/1
email **[2]** 196/15 248/1
emails **[1]** 252/21
emoji **[4]** 184/2 207/2 207/2 219/16
emojis **[1]** 130/17
empty **[2]** 206/7 254/2
enable **[1]** 177/19
encased **[1]** 244/20
end **[3]** 194/18 195/16 237/17
endeavored **[1]** 184/15
ending **[23]** 164/13 165/17 167/12 167/12 183/12 183/15 184/1 191/9 191/21 193/24

**ending... [13]** 197/10
197/22 200/7 200/20
200/21 201/1 201/3
201/11 202/4 202/13
202/20 204/2 243/13
**ends [1]** 193/10
**enforcement [1]**
123/19
**engaged [1]** 198/10
**English [13]** 159/16
160/3 161/18 162/18
163/1 164/9 167/18
189/16 198/22 206/5
215/6 223/13 223/16
**enough [2]** 129/24
248/5
**entire [1]** 189/14
**entirety [3]** 123/22
177/12 185/25
**entitled [2]** 235/24
256/5
**equals [1]** 241/17
**Erick [1]** 166/21
**especially [1]** 249/9
**ESQ [3]** 118/17 118/20
119/2
**essentially [5]** 123/21
148/13 174/14 183/11
189/11
**evaluate [1]** 246/17
**even [7]** 169/13 170/4
178/3 178/14 195/9
238/1 241/8
**evening [1]** 246/6
**event [1]** 247/10
**events [1]** 194/20
**every [2]** 184/21 187/3
**everybody [1]** 250/7
**everyone [3]** 188/1
195/11 249/13
**everything [10]** 175/15
186/22 198/4 215/23
215/24 220/14 221/16
228/19 239/6 249/19
**evidence [109]** 122/6
125/1 126/14 128/13
129/22 129/23 130/3
130/9 131/25 132/11
132/18 133/16 134/22
135/23 136/23 137/25
139/1 139/17 140/1
141/3 144/19 145/15
147/19 148/8 149/15
151/12 151/25 153/20
154/21 156/5 157/1
158/18 159/1 159/5
161/21 163/18 167/3
168/3 169/6 171/21
175/8 177/19 178/5
178/14 179/4 181/8
181/8 181/9 183/3
183/7 184/16 186/14
188/10 188/15 194/12
197/6 197/14 197/18
199/24 200/14 201/7
202/24 203/8 204/1

204/20 205/16 206/14
206/21 208/2 208/17
209/10 209/20 211/18
212/21 213/24 214/22
216/8 217/20 218/15
219/22 221/20 224/7
225/6 225/18 226/1
226/8 226/16 227/3
227/11 229/1 230/6
230/14 230/23 231/6
231/14 232/19 233/4
233/13 234/10 235/17
236/7 236/21 238/7
239/13 240/13 241/25
244/14 245/2 245/10
**evidentiary [2]** 124/8
124/17
**exact [1]** 252/16
**exactly [4]** 123/5
174/16 197/12 251/24
**exaggerate [1]** 216/18
**examination [9]** 119/15
121/13 122/5 146/7
175/10 175/14 178/17
178/20 188/4
**examine [1]** 143/5
**examined [3]** 121/8
146/2 177/20
**examiner [2]** 122/13
122/15
**examiners [1]** 122/4
**example [2]** 180/14
186/4
**Except [1]** 172/3
**exception [1]** 186/25
**exchanged [20]** 173/25
205/20 205/23 209/15
210/9 211/22 216/14
217/24 218/20 220/7
222/1 227/15 231/22
233/17 234/14 236/25
238/11 239/22 240/18
242/5
**excised [1]** 178/4
**excuse [7]** 129/16
169/10 187/14 242/23
250/4 252/25 254/9
**exhibit [483]**
**Exhibit 001 [1]** 185/6
**Exhibit 003 [1]** 199/6
**Exhibit 100 [83]** 124/9
124/13 124/22 124/25
130/2 132/12 133/9
134/16 134/19 135/17
136/16 137/18 138/15
138/18 139/17 139/20
140/21 159/5 164/13
168/8 168/17 171/13
173/21 174/9 174/20
184/4 196/11 196/19
196/25 198/15 199/23
201/6 202/25 204/20
205/16 206/14 206/21
207/4 208/1 208/17
209/10 209/20 210/1
211/17 212/21 213/23
214/22 216/9 217/19
218/15 219/23 220/1

221/21 223/4 224/7
225/6 225/18 226/1
226/8 226/16 227/3
227/11 228/25 230/6
230/15 230/23 231/5
231/14 232/19 233/4
233/12 234/10 235/17
236/6 236/21 238/7
239/14 240/14 242/1
243/10 244/14 245/2
245/10
**Exhibit 100.02 [1]**
204/18
**Exhibit 100.03 [1]**
205/14
**Exhibit 100.04 [7]**
183/18 183/23 183/24
184/8 184/10 184/11
189/3
**Exhibit 100.08 [1]**
199/22
**Exhibit 100.09 [1]**
196/24
**Exhibit 100.10 [1]**
198/2
**Exhibit 1000 [7]** 122/19
122/22 122/24 123/6
124/2 124/18 178/1
**Exhibit 1001 [5]** 126/22
126/23 127/2 127/12
128/2
**Exhibit 101 [8]** 129/5
129/11 129/14 129/19
130/1 130/6 131/10
171/17
**Exhibit 101.01 [2]**
214/2 214/20
**Exhibit 101.02 [2]**
211/21 212/19
**Exhibit 101.03 [2]**
217/23 218/13
**Exhibit 101.04 [2]**
220/6 221/19
**Exhibit 101.06 [2]**
212/24 213/22
**Exhibit 101.07 [1]**
206/17
**Exhibit 101.08 [1]**
221/24
**Exhibit 101.09 [2]**
223/7 224/5
**Exhibit 101.10 [2]**
224/10 225/4
**Exhibit 101.11 [2]**
226/19 227/1
**Exhibit 101.12 [2]**
227/14 228/23
**Exhibit 101.13 [2]**
229/4 230/3
**Exhibit 101.14 [2]**
231/20 232/17
**Exhibit 101.15 [1]**
233/16
**Exhibit 101.16 [2]**
218/18 219/20
**Exhibit 101.17 [2]**
236/24 238/5
**Exhibit 101.18 [4]**

235/20 236/4 236/7
236/19
**Exhibit 101.21 [2]**
238/9 239/12
**Exhibit 101.22 [2]**
240/16 241/24
**Exhibit 101.24 [1]**
206/24
**Exhibit 101.25 [2]**
242/4 243/8
**Exhibit 101.27 [2]**
244/17 244/25
**Exhibit 101.38 [2]**
210/7 211/15
**Exhibit 101.41 [5]**
189/19 189/20 189/22
190/6 191/7
**Exhibit 101.48 [2]**
214/25 216/7
**Exhibit 101.49 [2]**
216/12 217/18
**Exhibit 101.50 [2]**
234/12 235/15
**Exhibit 101.52 [1]**
206/3
**Exhibit 101A [2]** 131/2
131/16
**Exhibit 101T [6]**
159/20 159/23 159/25
160/5 160/12 161/16
**Exhibit 102 [5]** 132/2
132/4 132/7 132/15
133/3
**Exhibit 102.03 [2]**
239/21 240/12
**Exhibit 102A [4]**
132/22 132/24 133/13
133/19
**Exhibit 102T [6]**
161/2 162/14 162/16
162/22 163/4 163/8
**Exhibit 103 [6]** 134/3
134/5 134/8 134/14
134/25 136/2
**Exhibit 103A [5]** 135/7
135/9 135/12 135/15
135/20
**Exhibit 103T [6]** 164/3
164/5 164/8 164/16
164/21 165/6
**Exhibit 104 [6]** 136/5
136/7 136/14 136/20
137/3 138/5
**Exhibit 104.03 [2]**
209/13 209/19
**Exhibit 104.11 [1]**
202/23
**Exhibit 104A [5]** 137/8
137/10 137/13 137/16
138/3
**Exhibit 104T [6]** 166/6
166/8 166/11 166/15
166/16 166/25
**Exhibit 105 [7]** 138/8
138/10 138/13 138/16
138/23 139/4 139/10
**Exhibit 105T [4]** 167/5
167/7 167/10 167/14

**Exhibit 106 [8]** 139/11
139/12 139/15 139/18
139/23 140/4 140/6
141/14
**Exhibit 106A [6]**
140/11 140/13 140/16
140/19 140/25 141/8
**Exhibit 108 [2]** 199/15
208/7
**Exhibit 108.01 [2]**
168/14 168/24
**Exhibit 108.02 [1]**
208/24
**Exhibit 108.06 [2]**
208/13 208/15
**Exhibit 108.09 [2]**
226/3 226/6
**Exhibit 108.1 [1]**
168/11
**Exhibit 108.10 [2]**
225/20 225/24
**Exhibit 108.11 [2]**
225/9 225/16
**Exhibit 108.12 [2]**
226/10 226/15
**Exhibit 108.13 [2]**
227/5 227/9
**Exhibit 108.15 [2]**
230/17 230/22
**Exhibit 108.16 [2]**
231/1 231/4
**Exhibit 108.17 [2]**
231/8 231/12
**Exhibit 108.18 [2]**
230/9 230/12
**Exhibit 108.28 [2]**
244/1 244/12
**Exhibit 108.40 [1]**
207/9
**Exhibit 108.76 [1]**
209/8
**Exhibit 108.97 [4]**
232/22 233/2 233/6
233/10
**Exhibit 108.99 [1]**
245/5
**Exhibit 110 [9]** 125/18
125/21 126/10 126/13
143/8 144/11 197/6
197/19 198/5
**Exhibit 110.02 [7]**
142/7 142/11 142/14
142/19 144/4 144/8
144/15
**Exhibit 111 [6]** 143/9
143/14 143/18 143/25
144/9 144/15
**Exhibit 120 [6]** 127/8
127/11 127/16 128/3
145/4 145/8
**Exhibit 121 [5]** 144/21
144/23 145/1 145/3
145/12
**Exhibit 140 [30]** 170/16
170/23 171/1 171/4
171/25 174/23 175/24
176/2 176/5 177/4
180/3 183/9 183/10

**E**

**Exhibit 140... [17]**
184/16 184/23 185/25
189/3 189/7 191/6
193/12 193/18 196/1
197/9 204/22 209/3
209/12 210/6 216/11
220/5 243/25
**Exhibit 201 [6]** 148/1
148/4 148/7 148/18
166/21 196/7
**Exhibit 201A [1]**
147/23
**Exhibit 202 [6]** 148/21
148/23 149/1 149/18
150/15 165/19
**Exhibit 203 [8]** 150/20
150/22 150/25 151/8
151/19 152/5 152/13
204/1
**Exhibit 203A [3]**
151/15 151/22 152/2
**Exhibit 204 [11]** 152/21
153/3 153/5 153/8
153/9 153/12 153/17
153/23 154/1 157/8
158/25
**Exhibit 205 [7]** 154/4
154/6 154/9 154/18
154/24 155/4 157/13
**Exhibit 206 [4]** 155/7
155/9 155/12 156/2
**Exhibit 207 [1]** 158/2
**Exhibit 208 [6]** 156/7
156/10 156/12 156/23
157/3 157/7
**Exhibit 209 [1]** 158/9
**Exhibit 40 [2]** 191/8
193/2
**Exhibit 501 [1]** 204/12
**Exhibit 502 [1]** 181/23
**Exhibit 502.1 [2]**
200/14 203/7
**exhibits [29]** 119/17
119/18 120/2 129/1
144/19 147/18 149/15
161/1 167/17 168/20
169/1 169/7 171/9
176/3 180/2 180/20
181/22 181/22 181/24
182/9 185/6 185/8
185/11 185/12 185/17
185/21 186/2 199/22
234/8
**Exhibits 101.15 [1]**
234/8
**Exhibits 108.01 [1]**
168/20
**Exhibits 201 [1]** 147/18
**expecting [1]** 169/23
**expensive [2]** 240/24
240/24
**expert [1]** 185/18
**expire [1]** 229/23
**explain [19]** 122/11
123/5 125/7 133/20
134/25 148/11 173/16

190/10 190/11 193/14
201/9 202/11 204/14
204/23 205/3 208/19
221/24 225/21 244/21
**explaining [1]** 124/5
**explanation [1]** 178/12
**export [10]** 132/25
135/13 136/11 137/14
138/14 139/9 139/16
140/17 142/15 145/2
**exported [9]** 135/16
136/15 137/17 138/17
139/19 140/20 144/10
165/15 226/15
**extent [3]** 178/11
182/24 186/16
**extract [2]** 145/4
168/19
**extracted [27]** 125/22
126/5 127/11 129/16
130/25 131/12 131/14
131/18 132/11 133/5
134/9 134/15 137/2
141/25 142/17 142/25
143/25 144/4 145/3
145/7 168/16 171/6
173/9 176/5 202/24
209/19 227/2
**extracting [1]** 128/25
**extraction [84]** 123/2
123/8 123/14 123/17
124/2 124/4 125/13
125/15 125/20 125/21
125/22 126/2 126/2
126/3 126/17 127/2
127/5 131/8 131/13
131/15 132/8 133/1
133/8 134/12 135/14
136/12 136/16 137/15
137/18 138/15 139/17
139/20 140/17 140/22
143/23 159/4 168/7
173/20 174/8 178/1
184/4 196/10 196/18
196/25 198/5 198/15
204/19 206/13 206/20
207/3 208/1 211/17
213/23 216/8 217/19
219/22 221/20 223/3
224/6 225/5 225/25
226/7 226/16 227/10
228/24 230/5 230/14
231/5 231/14 232/18
233/3 233/11 234/9
235/16 236/5 238/6
239/13 239/17 240/13
241/25 243/10 244/13
245/1 245/9
**extractions [5]** 124/8
124/17 125/4 128/15
128/22
**eyes [1]** 207/2

**F**

**face [3]** 184/2 207/11
221/4
**FaceTime [8]** 207/5
207/10 207/13 207/14

207/15 208/6 208/21
209/5
**FaceTiming [1]** 207/17
**facilities [1]** 251/20
**fact [11]** 126/3 127/5
178/9 182/6 182/7
183/13 188/12 188/12
191/9 192/23 202/20
**facts [6]** 185/19 186/1
186/14 186/23 188/11
188/13
**factual [2]** 186/8 187/4
**fair [25]** 128/21 129/24
131/16 133/7 134/14
135/15 136/14 137/16
138/16 139/18 140/19
141/25 144/9 145/6
149/7 151/2 153/12
154/12 156/17 160/7
164/16 167/20 178/12
179/20 185/2
**fairly [1]** 132/10 178/14
**fairness [2]** 178/18
178/21
**falls [1]** 186/22
**familiar [1]** 207/13
**fast [1]** 218/11
**faster [1]** 155/19
**FBI [22]** 121/24 122/13
145/25 146/14 146/14
146/15 146/16 146/17
146/20 146/21 146/22
147/2 147/13 149/4
151/3 152/23 154/13
156/19 157/24 158/7
175/7 205/6
**features [1]** 123/21
**federal [4]** 121/20
121/21 174/23 177/10
**feel [1]** 179/18
**female [1]** 165/24
**few [4]** 173/13 217/2
221/15 243/20
**field [1]** 125/21
**fields [1]** 165/14
**file [14]** 123/14 123/17
124/4 126/2 131/15
143/18 143/24 165/5
165/8 165/10 219/7
250/15 250/16 252/23
**files [3]** 123/23 128/16
165/12
**film [1]** 196/20
**final [7]** 211/11 215/25
217/5 219/17 221/8
233/24 241/21
**finally [1]** 144/20
**find [17]** 191/20 192/22
207/4 210/1 214/9
214/17 220/13 222/8
224/22 227/24 240/9
241/2 243/4 243/5
243/7 243/17 247/5
**finding [2]** 182/15
235/2
**fine [2]** 179/24 194/6
**finger [1]** 224/23
**finish [3]** 194/4 195/3

195/8
**finished [1]** 126/17
**firearms [2]** 220/3
231/18
**fires [1]** 228/1
**firing [3]** 215/21 215/22
228/14
**Firm [1]** 118/21
**first [52]** 121/8 129/18
134/25 136/25 139/4
139/20 141/6 146/2
148/1 149/18 152/6
157/6 158/4 165/5
168/6 171/3 172/13
173/11 174/11 174/14
183/17 187/25 189/16
189/23 190/3 192/9
197/23 210/25 211/24
211/24 212/1 212/24
214/3 215/1 218/1
218/22 219/8 220/9
222/3 224/13 227/17
231/24 233/19 234/16
235/23 237/2 238/13
239/24 242/7 250/10
251/6 253/21
**fit [1]** 214/12
**five [6]** 157/20 157/21
216/18 229/13 237/17
238/22
**flagged [1]** 141/24
**flashing [1]** 210/16
**flew [1]** 174/14
**flexibility [2]** 249/13
254/25
**flights [1]** 194/25
248/24
**Floor [2]** 118/22 119/3
**flying [1]** 248/25
**focus [3]** 172/19
172/22 177/18
**focusing [3]** 147/4
147/5 165/24
**FOIA [4]** 254/6 254/8
254/12 254/19
**folder [1]** 148/1
**folks [1]** 249/17
**follow [1]** 185/25
**following [4]** 125/25
174/4 213/15 250/6
**follows [3]** 121/9 146/3
212/5
**fool [1]** 228/9
**force [1]** 188/17
**foregoing [1]** 256/3
**foremost [1]** 192/9
**forensic [3]** 122/13
122/15 123/7
**forensics [2]** 122/1
122/4
**forget [2]** 237/20
237/22
**forgetting [1]** 121/3
**form [1]** 125/12
**format [1]** 176/6
**Fort [1]** 122/9
**forth [4]** 169/5 176/11
186/10 252/21

**forward [1]** 247/19
**forwarded [1]** 223/25
**found [42]** 183/11
184/3 185/15 185/20
189/20 191/16 191/23
192/9 193/9 193/23
196/14 196/20 197/21
198/9 198/21 199/7
200/10 201/11 204/7
205/4 205/22 209/9
210/11 210/11 210/12
211/5 225/11 225/17
225/22 226/4 226/12
227/7 230/10 230/19
230/22 231/2 231/10
233/7 236/5 244/2
244/18 245/6
**foundation [3]** 127/19
169/22 176/13
**four [9]** 192/8 222/8
231/16 231/18 238/22
241/14 242/19 242/19
250/11
**Fox [1]** 217/3
**frame [1]** 195/9
**frankly [1]** 181/3
**frequent [1]** 150/1
**frequently [2]** 192/10
192/23
**Friday [2]** 220/22
235/24
**friend [1]** 213/3 214/7
214/12
**front [28]** 125/16
129/12 131/4 132/5
134/6 135/10 137/11
138/11 139/12 140/14
142/12 143/15 144/24
147/23 148/3 148/24
150/23 151/16 153/5
154/7 155/10 156/9
162/14 164/6 166/9
167/8 170/25 251/22
**fucking [2]** 221/4
234/20
**full [11]** 121/16 123/14
123/17 124/4 124/4
126/2 131/15 146/9
193/4 210/15 235/24
**full-file [1]** 124/4 126/2
131/15
**fully [5]** 178/19 228/14
230/2 234/18 243/7
**further [9]** 143/6 150/6
175/22 176/7 180/6
187/25 188/2 188/4
195/16

**G**

**Galaxy [5]** 193/22
193/23 193/23 197/5
197/21
**Galil [12]** 222/10
222/10 222/11 224/24
226/24 226/24 227/21
229/25 230/1 230/1
232/12 234/17
**Galils [1]** 232/15

**G**

**game [2]** 206/6 221/16
**gang [3]** 147/7 147/11
211/14
**gangs [2]** 215/17
220/12
**Gaspiay [2]** 212/2
212/3
**gave [1]** 238/23
**generate [1]** 128/15
**generated [2]** 130/2
176/25
**GERMINE [82]** 118/5
183/13 183/15 187/18
188/12 189/13 189/23
190/2 190/4 190/8
191/10 191/18 191/19
191/24 192/23 192/24
193/3 193/5 205/21
205/24 206/4 206/19
206/25 210/3 210/10
210/10 211/23 212/7
213/14 214/16 215/1
215/14 215/19 216/2
216/21 217/25 218/3
218/10 218/21 219/13
220/3 220/8 220/10
221/10 222/2 222/5
222/18 223/8 224/1
224/2 224/11 224/21
226/21 227/15 227/19
228/9 228/17 229/6
231/22 232/9 233/17
233/22 234/14 234/17
235/11 235/21 235/22
236/13 236/25 237/3
237/16 238/11 238/14
240/18 240/21 241/11
242/5 243/1 247/14
247/18 248/7 248/8
**get [25]** 126/1 159/18
160/14 160/18 161/5
166/4 169/5 181/19
195/10 199/12 210/20
212/2 219/19 222/9
224/24 232/6 235/4
235/5 242/22 249/20
249/21 250/7 251/18
254/12 254/18
**getting [1]** 175/20
**gigabytes [3]** 128/19
128/20 178/1
**girlfriend [1]** 237/22
**give [16]** 178/4 180/6
180/8 185/18 188/15
211/9 217/14 218/11
222/22 232/14 241/8
241/16 242/20 242/21
245/20 252/8
**given [5]** 127/1 165/12
182/6 184/19 195/14
**giving [2]** 246/22
246/23
**glean [2]** 228/24
233/11
**gleaned [37]** 196/10
196/18 198/14 201/6

206/16 208/8 211/16
212/20 213/22 214/21
216/7 216/12 217/18
218/14 219/21 221/19
223/2 224/5 225/4
225/16 225/25 226/7
227/10 230/4 230/13
231/4 231/13 232/18
233/3 234/8 235/15
236/20 238/5 239/12
240/12 241/24 243/9
**gmail.com [1]** 205/9
**go [42]** 130/1 152/1
169/17 169/19 169/22
171/3 171/18 172/20
174/11 176/21 177/4
177/7 177/12 178/16
180/5 180/8 180/19
181/6 182/20 182/23
184/17 184/21 184/24
185/2 185/4 187/2
189/24 190/5 201/25
210/20 213/8 214/9
215/3 221/7 221/7
229/16 238/17 245/14
245/25 247/19 249/16
254/11
**God [8]** 206/8 207/2
214/10 214/10 216/17
219/5 220/16 228/2
**goes [3]** 188/9 253/15
253/20
**going [56]** 122/9
122/17 124/11 125/18
129/18 133/18 141/6
143/5 143/17 149/17
152/2 152/15 155/24
158/13 166/4 169/2
169/16 170/11 171/15
173/16 175/19 176/19
181/8 182/20 182/23
184/23 186/14 186/15
186/17 187/3 188/13
188/22 188/24 194/11
194/14 194/18 194/23
195/3 203/13 207/12
211/4 212/14 215/8
223/23 224/9 232/12
239/3 242/13 243/16
243/17 244/9 248/9
248/11 248/12 254/1
254/18
**gold [1]** 214/11
**good [14]** 121/10
121/11 121/15 121/17
146/4 146/9 186/4
194/1 194/2 214/12
217/10 217/10 245/13
248/5
**got [13]** 182/24 184/16
194/25 208/19 209/18
212/18 214/8 218/3
220/14 221/3 228/11
251/22 253/9
**government [67]**
118/13 119/11 119/18
120/2 121/5 123/18
124/21 125/1 126/9

125/24 127/15 128/15
130/9 131/22 131/25
132/18 133/12 133/16
134/22 135/23 136/19
136/23 137/22 137/25
138/22 139/1 139/23
140/1 141/3 144/14
144/19 145/11 145/15
145/24 149/11 149/15
151/7 151/12 151/25
153/16 153/20 154/17
154/21 156/5 157/1
158/12 158/18 161/21
163/7 163/18 167/3
167/24 168/3 178/5
181/18 181/21 183/7
184/15 210/14 217/11
217/13 245/19 246/5
247/17 247/20 250/4
250/5
**government's [395]**
**Government's 102 [1]**
132/10
**Government's 206 [1]**
157/16
**Government's 3447 [1]**
166/19
**Gran [1]** 199/19
**grant [1]** 250/14
**GrayKey [2]** 123/19
124/4
**Grayshift [1]** 123/20
**great [3]** 124/7 182/8
248/22
**greater [1]** 197/14
**green [3]** 202/7 209/16
209/22
**group [3]** 122/1 216/16
217/9
**guess [6]** 163/10
172/10 184/9 245/18
246/14 250/10
**guidance [3]** 245/21
246/23 246/23
**guilty [2]** 178/3 182/7
**gun [12]** 212/17 227/25
228/1 228/2 228/11
229/15 229/18 229/19
233/1 233/9 238/22
243/2
**guns [6]** 220/11 220/12
220/15 222/8 222/9
241/12
**guy [11]** 210/11 210/15
220/20 224/14 225/1
228/18 241/8 243/3
243/4 243/4 243/6
**guys [5]** 213/8 213/10
240/25 241/1 241/4

**H**

**H-E-R-B-S-T-E-R [1]**
121/18
**hacking [2]** 235/23
236/14
**had [24]** 129/22 141/18
175/25 176/4 181/23
182/6 184/15 187/19

193/21 193/24 194/22
194/23 195/5 196/15
198/10 199/8 199/17
214/7 214/16 223/25
237/22 242/11 242/20
250/11
**Haiti [14]** 147/7 152/25
210/4 215/5 215/15
220/23 220/24 221/12
221/12 221/15 240/22
240/24 241/3 241/7
**Haitian [18]** 153/11
153/14 153/25 154/10
155/3 155/13 156/18
159/12 159/17 160/2
161/11 161/18 163/1
167/18 198/20 211/10
215/7 223/13
**halfway [2]** 139/3
152/6
**hand [10]** 124/11
169/14 189/18 202/1
202/10 207/12 209/1
223/15 232/25 242/18
**handed [3]** 122/21
126/23 126/24
**handle [1]** 214/16
**hands [5]** 233/9 238/16
239/5 242/19 243/4
**hanging [1]** 155/24
**happen [1]** 250/21
**happened [8]** 125/7
126/16 198/24 212/9
214/17 217/10 253/9
253/10
**happening [1]** 223/23
**happy [7]** 177/7 177/13
180/1 180/19 184/16
184/25 194/23
**hard [10]** 124/8 124/13
124/14 124/16 125/15
126/4 127/7 127/10
215/11 220/12
**has [63]** 123/9 127/18
141/24 142/3 163/19
169/3 170/5 174/1
175/8 175/25 176/12
178/5 178/22 179/2
179/2 180/22 181/4
181/18 181/21 182/7
182/19 183/18 185/12
185/15 186/6 186/23
188/11 193/18 196/9
200/13 205/14 206/23
210/15 210/16 210/17
210/19 210/19 211/2
213/7 217/1 217/3
220/14 221/13 224/2
226/25 230/17 232/2
235/8 235/19 239/20
242/3 246/9 246/15
247/14 247/18 250/14
251/1 251/3 251/4
251/8 251/9 253/8
254/13
**hasn't [3]** 169/13 235/6
250/19
**have [166]**

**haven't [6]** 169/13
217/15 246/21 246/25
247/1 251/16
**having [6]** 121/8 146/2
163/14 177/13 178/16
180/7
**he [77]** 143/2 169/20
183/16 199/10 204/8
204/9 204/9 210/13
210/15 210/16 210/16
210/17 210/18 210/18
210/19 210/20 212/9
215/14 216/2 216/21
216/23 216/23 218/3
219/13 220/15 220/23
221/6 224/2 224/2
224/16 224/17 224/18
225/1 225/2 225/7 227/20
227/21 227/23 227/25
228/5 228/6 228/6
228/10 228/10 228/10
228/11 228/19 228/21
229/11 229/14 229/14
229/16 229/18 229/22
229/22 229/23 229/24
229/25 230/2 231/25
232/1 232/2 232/2
232/6 238/2 238/17
238/17 238/20 238/20
238/23 239/9 242/22
243/1 243/2 243/3
247/15 251/22 254/5
**he'd [1]** 235/5
**he'll [5]** 221/5 224/17
224/19 235/4 241/9
**he's [5]** 212/17 220/13
221/10 248/9 248/11
**head [3]** 142/16 210/21
224/9
**heading [1]** 187/16
**health [1]** 252/6
**hear [3]** 247/5 247/25
248/20
**heard [5]** 212/2 246/21
246/25 247/1 247/3
**hearing [1]** 247/16
**heart [3]** 184/2 207/1
207/2
**held [3]** 210/18 246/1
250/14
**help [5]** 128/9 161/14
187/2 243/4 243/5
**helped [6]** 161/1
161/17 164/11 167/16
200/15 200/17
**helpful [2]** 163/20
173/14
**helping [1]** 200/9
**her [23]** 161/6 169/14
170/13 172/4 173/12
175/8 186/14 187/19
190/25 195/3 199/9
199/18 203/24 204/25
211/9 213/5 213/5
213/6 225/11 225/13
242/10 242/11 242/12
**her/him [1]** 211/9
**HERBSTER [8]** 119/12

**HERBSTER... [7]** 121/6
121/7 121/10 121/15
121/17 122/21 145/22
**here [83]** 137/1 141/16
143/24 155/19 157/4
168/13 169/13 173/24
175/6 176/23 178/22
179/8 179/13 182/2
182/21 183/12 185/8
186/15 187/17 187/23
191/8 194/18 196/23
197/2 197/19 198/9
199/4 201/18 202/4
204/5 207/19 207/23
208/15 209/14 211/16
212/16 212/19 213/18
215/4 215/5 215/15
218/19 219/8 220/6
223/23 224/16 225/21
226/3 226/11 226/20
227/1 227/6 227/9
230/3 230/9 231/9
231/20 232/16 232/22
233/16 234/13 235/5
236/12 236/15 237/17
239/11 239/21 240/11
240/17 241/4 241/23
242/4 244/1 244/4
244/10 244/17 244/24
245/5 248/7 248/8
249/18 250/7 254/1
**Here's [2]** 237/3 253/8
**herself [2]** 160/20
239/17
**hide [2]** 215/23 215/24
**highlight [2]** 157/4
190/4
**highlighted [2]** 130/14
133/21
**him [34]** 129/23 143/5
210/11 210/12 210/13
210/17 210/18 210/18
211/4 211/9 212/9
212/12 212/13 212/13
218/4 218/7 218/11
220/17 224/3 228/20
229/9 229/25 230/1
232/1 232/4 232/5
236/3 237/3 243/4
243/5 247/3 248/17
251/24 254/20
**himself [4]** 192/24
198/18 251/23 253/10
**his [18]** 193/4 210/15
210/20 211/3 211/5
212/9 212/10 212/10
212/11 212/14 212/17
221/4 229/23 229/24
232/3 232/4 242/23
243/4
**hit [1]** 215/21
**Hmm [1]** 216/18
**hold [2]** 155/15 215/19
**holding [2]** 128/18
232/25 233/9 247/16
**home [3]** 210/19

**Honor [99]** 121/5
121/11 124/20 126/8
127/14 127/20 129/24
131/21 132/14 133/11
135/19 136/18 137/21
138/21 139/22 140/24
144/13 145/10 145/19
145/24 146/6 147/20
149/10 151/6 151/21
153/16 154/16 155/18
156/6 156/22 157/21
158/11 158/24 160/11
160/13 160/17 160/21
163/6 163/17 163/19
164/20 165/4 166/5
166/24 167/4 167/23
168/4 168/23 169/2
169/16 169/24 171/15
172/7 172/9 172/12
172/16 172/21 173/14
173/18 174/22 174/25
175/18 175/20 175/23
176/9 176/17 177/24
178/24 179/5 179/18
180/3 180/18 181/17
183/6 184/7 184/12
184/14 184/20 186/13
187/3 187/10 188/10
188/11 188/25 194/5
194/22 197/16 199/13
243/13 243/19 245/12
245/16 246/2 248/14
250/1 250/17 251/5
252/25 254/21
**Honor's [2]** 176/3
188/14
**HONORABLE [1]** 118/9
**hopefully [1]** 249/16
**hoping [1]** 169/20
**hostage [3]** 187/1
210/3 210/18
**hour [2]** 169/14 245/14
**hours [1]** 217/2
**house [9]** 210/20 212/9
212/10 212/12 216/23
216/24 217/1 217/3
220/16
**how [38]** 121/21
123/16 128/16 141/20
146/15 172/10 172/11
173/20 174/16 178/24
181/13 182/22 186/6
187/7 189/14 191/20
191/25 193/19 194/18
199/17 200/6 205/3
205/20 207/13 214/19
225/2 227/23 228/22
237/3 237/7 237/8
239/2 240/23 241/14
242/17 243/18 245/20
252/8
**HOWARD [1]** 118/20
**However [3]** 179/15
189/16 198/20
**Hum [1]** 214/8
**hundred [1]** 169/7
**hundreds [2]** 173/22

176/15
**hurting [1]** 209/17

**I**

**I'd [5]** 187/10 215/21
219/25 221/4 224/23
**I'll [34]** 145/17 161/7
163/10 163/16 165/1
165/1 170/7 171/3
177/16 183/3 183/4
183/17 194/3 195/18
206/6 215/22 218/11
218/11 220/22 221/6
223/10 238/16 238/19
241/12 241/19 241/19
241/19 247/5 247/8
250/4 251/24 254/5
254/12 254/20
**I'm [69]** 121/25 122/17
127/21 129/18 133/18
135/25 136/25 138/2
139/3 141/6 142/8
143/17 149/17 152/2
152/15 161/24 166/14
169/2 171/15 174/25
174/25 175/7 175/11
175/19 175/20 179/10
179/19 179/24 180/12
180/13 182/20 182/23
184/16 184/25 185/24
186/16 186/17 186/19
187/13 190/15 194/11
195/21 202/15 206/5
206/8 206/8 207/12
209/22 211/13 211/13
213/7 218/7 221/2
227/19 228/17 232/14
238/14 238/15 239/1
241/11 241/11 242/13
243/13 243/16 243/18
251/20 252/15 252/16
253/25
**I've [21]** 134/24 141/8
149/19 150/7 152/5
157/18 159/22 179/1
182/24 187/6 193/7
199/15 209/12 209/23
214/1 218/17 221/3
225/8 235/19 242/3
243/24
**ICE [3]** 254/6 254/9
254/10
**iCloud [1]** 196/15
**iCloud.com [1]** 196/16
**ID [2]** 196/9 205/8
**identification [2]**
162/19 166/14
**identified [5]** 130/14
166/20 205/21 220/2
220/2
**identifies [3]** 130/15
135/2 141/11
**identify [3]** 165/2 174/6
200/7
**identifying [2]** 146/22
174/12
**identity [1]** 229/19
**image [11]** 189/17

203/7 203/19 207/16
208/23 208/25 209/2
215/1 215/9 226/6
234/4
**images [2]** 231/17
231/18
**Immigration [1]** 251/12
**important [2]** 188/18
232/5
**importing [1]** 220/11
**imprimatur [1]** 175/8
**inches [1]** 254/1
**include [3]** 147/15
193/13 193/15
**included [1]** 175/15
**includes [3]** 182/14
193/4 205/25
**including [2]** 174/18
188/2
**inclusions [1]** 185/11
**INDEX [2]** 119/10 120/1
**indicate [3]** 166/2
190/22 192/6
**indicated [3]** 173/8
197/13 201/19
**indicates [3]** 143/22
190/23 198/18
**indicating [1]** 182/3
**individual [9]** 125/11
125/25 174/17 184/21
184/25 187/17 199/1
199/6 203/23
**individually [2]** 168/23
169/21
**individuals [4]** 172/18
174/6 174/7 174/11
**indulgence [3]** 155/16
243/12 243/14
**inform [6]** 200/15
200/18 202/19 203/17
246/10 248/23
**information [109]**
148/12 148/13 148/16
160/19 165/23 173/1
173/1 173/3 173/20
176/23 176/25 177/15
178/2 180/15 180/23
181/4 181/10 189/6
196/7 196/10 196/18
197/3 198/14 200/6
200/15 201/5 201/6
201/10 201/14 202/22
202/24 207/19 207/20
207/25 208/16 209/9
211/16 212/19 212/20
213/21 213/22 214/2
214/21 216/7 216/12
217/17 217/18 217/22
218/13 218/14 219/21
221/18 221/19 221/23
223/1 223/2 223/6
224/4 224/5 224/9
225/3 225/4 225/25
226/7 226/14 226/15
227/1 227/2 227/9
227/10 228/23 228/24
229/4 230/3 230/4
230/8 230/12 230/13

**I**

203/21 230/22 231/4
231/12 231/19 231/20
232/16 232/17 233/10
233/10 234/7 234/8
235/14 235/15 236/4
236/5 236/20 238/4
238/5 239/11 239/12
240/11 240/12 241/23
244/12 244/24 244/25
249/14
**informations [1]**
219/20
**informed [4]** 181/10
213/4 229/23 248/6
**informing [1]** 254/15
**initial [2]** 128/5 139/16
**initiating [1]** 207/15
**inside [2]** 213/11
224/18
**instance [1]** 186/6
**instead [2]** 186/2
228/11
**institutional [1]** 252/16
**institutions [2]** 250/16
251/15
**instruct [1]** 253/13
**intelligence [5]** 145/25
146/18 146/20 146/21
147/9
**international [1]** 147/1
**interpreters [1]** 255/1
**interrupting [1]** 179/9
**intervening [1]** 247/10
**interview [2]** 125/8
125/10
**interviewed [1]** 125/10
**introduce [1]** 176/15
**introducing [1]** 174/15
**investigation [20]**
121/20 121/22 127/1
147/4 147/5 147/8
147/9 148/8 149/4
149/22 151/4 152/23
153/14 154/14 156/20
158/21 161/13 193/20
200/9 205/6
**investigator [4]** 251/19
252/4 253/9 254/5
**involved [3]** 160/8
160/14 160/18
**iPhone [38]** 122/25
126/25 127/12 128/4
133/1 143/1 193/21
193/22 198/15 203/24
205/1 225/14 225/22
226/4 226/12 227/7
230/11 230/19 231/2
231/10 232/19 232/23
233/3 233/7 233/12
235/16 236/21 238/6
239/13 239/17 240/13
241/25 244/2 244/13
244/18 245/1 245/6
245/9
**iPhone 11 [15]** 143/1
225/14 225/22 226/4
226/12 227/7 230/11

**I**

iPhone 11... [8] 230/19
231/2 231/10 232/23
233/7 244/2 244/18
245/6
iPhone 7 [1] 128/4
is [603]
isn't [6] 129/22 175/5
180/21 184/10 237/7
237/8
issue [1] 254/4
issued [1] 254/7
issues [1] 246/11
it [272]
it's [68] 122/25 123/15
126/25 128/4 128/18
128/21 128/23 129/23
132/8 133/24 134/9
135/13 136/11 137/4
137/14 138/14 139/6
139/16 140/17 141/20
142/15 143/18 145/2
150/8 153/10 161/4
168/1 172/12 175/10
175/11 178/8 178/9
179/20 179/22 180/16
180/22 180/23 181/4
181/11 188/18 188/20
195/14 198/18 213/10
214/12 217/10 217/14
219/15 221/10 221/15
222/8 222/18 234/25
235/1 235/3 235/7
237/4 237/8 239/3
239/10 243/7 245/15
247/2 247/11 247/14
247/16 250/22 251/18
items [3] 141/23 176/5
181/9
its [11] 127/2 147/11
156/1 176/5 177/12
178/18 178/19 178/21
204/11 228/20 239/6
itself [5] 128/17 166/2
177/10 177/22 196/14

**J**

J-O-L-Y [1] 130/16
jail [8] 218/4 247/2
247/2 247/4 247/4
252/3 252/20 253/3
January [2] 118/5
256/8
JBD [1] 118/3
Jean [17] 200/8 200/20
200/22 201/14 201/17
201/20 202/3 202/4
202/5 202/8 202/18
202/20 203/4 203/11
203/18 209/16 209/18
Jersey [1] 228/15
Jesus [1] 242/18
job [2] 214/17 255/2
Jocelyn [28] 152/19
203/22 203/22 204/3
204/7 204/15 233/23
233/25 234/22 234/23

238/20 238/21 239/18
239/22 240/3 240/8
241/19 241/22 242/12
242/13 243/1 243/3
244/8 244/10 244/22
Jocelyn's [1] 238/15
JOHN [1] 118/9
Johnny [1] 213/5
Johns [4] 119/6 256/3
256/8 256/9
JOLY [16] 118/5
130/16 173/12 173/25
183/14 184/1 187/18
190/4 190/23 190/25
191/10 193/5 205/21
209/6 210/3 220/3
JOS [3] 133/25 162/23
204/17
Josue [1] 213/19
JUDGE [11] 118/10
122/11 123/5 124/5
124/9 125/7 135/1
137/2 139/5 140/5
201/25
June [12] 192/1 205/22
206/5 211/23 214/3
214/14 217/25 217/25
218/2 218/5 218/9
220/8
June 11th [2] 192/1
205/22
June 14th [2] 214/3
214/14
June 18th of [1]
211/23
June 19th [4] 217/25
218/2 218/5 218/9
June 21st [2] 206/5
220/8
June 22nd [1] 217/25
jury [2] 129/23 182/21
just [62] 123/24 124/5
136/1 157/3 158/13
161/4 163/22 166/14
169/3 169/7 169/19
171/11 172/19 172/22
174/14 175/23 176/14
176/17 177/3 178/20
178/23 179/12 179/19
180/3 180/16 180/23
181/4 181/17 185/10
186/22 187/22 188/24
190/16 190/19 192/25
193/17 194/18 195/10
203/5 207/21 210/20
213/19 220/10 220/20
226/25 231/16 232/11
232/11 234/2 235/6
239/8 244/9 245/22
248/1 248/15 249/16
249/20 250/1 251/7
251/11 252/15 254/12
Justice [1] 118/17

**K**

Kalashnikov [6] 238/22
239/2 239/3 239/4

235/3 235/4 238/19
Kalashnikovs [1]
238/17
KAREN [1] 118/14
keep [3] 121/3 234/21
248/15
kept [2] 222/13 229/14
keys [1] 215/24
kidnapped [3] 147/6
210/13 213/5
kidnappers [1] 215/15
kidnapping [5] 148/8
149/5 151/4 154/14
215/5
kidnaps [1] 216/16
kids [1] 216/18
kill [3] 210/18 218/4
222/20
KIMBERLY [1] 118/14
kind [1] 243/7
king [2] 206/8 206/8
kings [1] 206/8
kiss [2] 184/1 207/2
knife [1] 220/16
know [38] 126/16
141/20 167/13 167/16
169/5 176/12 188/18
190/12 200/1 210/17
212/17 214/8 214/18
215/20 216/3 217/8
217/8 217/9 219/10
219/18 228/5 228/6
228/6 228/10 228/11
235/2 237/4 237/19
243/16 246/18 246/19
247/8 251/1 251/7
251/11 252/8 254/14
254/18
knowing [1] 245/20
knows [4] 214/10
214/10 228/2 237/25
KUZ [2] 135/4 205/13

**L**

labeled [1] 142/20
laid [1] 186/15
Lamo [1] 199/10
language [2] 162/25
175/12
Lanmo [2] 216/21
216/22
large [2] 128/22 173/22
largely [1] 207/11
larger [5] 171/20
208/23 223/10 234/1
234/4
last [8] 157/15 176/10
178/3 182/8 221/14
223/16 231/16 242/10
late [3] 176/10 249/9
249/10
later [11] 124/1 127/1
128/6 131/15 133/5
140/18 169/6 213/14
215/11 232/15 248/11
latitude [1] 182/21
Lauderdale [1] 122/9
law [2] 118/21 123/18

lawyers [1] 180/7
lay [3] 127/19 169/22
176/13
leader [1] 211/14
least [1] 180/13
leave [6] 155/24 216/6
221/5 225/15 238/15
250/5
leaving [1] 249/18
left [12] 189/15 190/15
195/25 199/18 200/25
202/1 202/2 207/19
208/22 210/12 235/7
249/3
left-hand [1] 202/1
legal [3] 147/12 147/14
151/3
legitimate [1] 179/23
less [1] 185/19
let [9] 129/23 130/1
194/3 200/1 235/2
241/14 252/5 252/21
254/14
let's [19] 152/1 155/23
157/6 157/11 157/15
168/6 172/19 180/13
183/9 189/9 194/7
199/4 208/4 209/25
210/6 220/5 220/21
234/22 251/17
liberty [2] 180/7 180/8
license [11] 229/12
229/14 229/15 229/15
229/16 229/20 229/20
229/22 229/23 229/24
233/20
licensing [1] 250/25
lights [1] 210/16
like [19] 163/20 178/24
181/14 187/10 198/20
212/2 212/3 215/21
219/25 220/15 223/20
226/25 228/21 229/18
237/10 241/3 243/1
247/23 253/19
likely [2] 195/15 247/23
limitation [1] 194/15
line [6] 157/6 157/11
157/15 166/5 196/9
199/12
lines [1] 207/22
links [3] 235/22 236/10
236/16
list [8] 158/4 160/22
160/23 160/23 160/24
170/5 182/9 191/20
listed [15] 136/1 138/4
152/18 153/23 154/24
170/5 173/10 180/19
181/22 182/18 182/20
187/16 191/8 197/19
198/8
listen [1] 219/7
listening [1] 192/16
listing [1] 155/20
lists [1] 203/10
litter [1] 213/9
little [14] 141/5 141/21

142/2 143/6 150/6
155/19 169/12 173/16
182/21 188/2 207/16
213/5 213/9 249/3
lives [1] 213/3
local [2] 195/4 249/5
location [1] 216/21
logged [2] 196/15
197/22
logical [5] 123/7 123/8
125/4 125/13 131/13
logs [1] 123/10
LOL [1] 240/5
long [9] 121/21 146/15
172/10 177/14 177/23
178/10 221/14 222/18
247/18
longer [6] 176/2 176/5
222/18 224/22 224/23
243/19
look [15] 130/11
132/19 141/16 142/18
150/6 157/6 157/11
157/15 186/5 188/2
210/6 214/11 220/5
229/9 238/17
looked [6] 142/1
148/13 169/13 191/1
207/23 228/15
looking [6] 159/11
180/13 182/2 201/21
205/19 252/15
looks [1] 141/5
lot [5] 128/23 188/22
207/22 237/6 240/25
lots [1] 210/19
Louis [10] 149/20
149/21 149/25 165/16
165/21 205/3 205/5
205/7 250/14 252/23
love [3] 206/19 207/1
224/23
lower [2] 189/18
207/12

**M**

M1 [7] 222/6 222/16
222/18 222/20 222/22
222/25 224/14
M130 [1] 225/2
M14 [10] 222/11 222/11
222/19 224/23 224/24
231/25 232/1 232/2
234/18 234/20
M14s [2] 224/23 232/14
M15 [1] 234/20
M1s [1] 222/6
M21 [1] 222/11
M249 [1] 227/25
made [7] 123/20
175/13 175/16 187/7
205/3 211/3 253/2
Mafia [1] 211/5
mag [1] 243/5
mags [1] 243/4
main [2] 147/2 210/24
maintain [1] 126/1
make [22] 152/2 152/15

**M**

**make... [20]** 171/10 177/16 179/20 182/16 182/24 186/20 187/19 188/11 201/14 204/1 210/12 211/9 238/22 238/22 238/23 240/25 241/1 246/9 248/1 249/20

**makes [1]** 242/24

**making [4]** 123/2 183/3 187/22 237/20

**male [4]** 219/2 219/3 219/10 219/10

**man [10]** 190/14 199/1 199/8 199/8 211/2 211/3 216/5 227/24 234/20 237/16

**manage [2]** 241/6 242/14

**manageable [1]** 177/22

**manipulate [1]** 128/22

**Manmi [3]** 166/17 201/1 202/8

**manner [1]** 184/17

**manufacture [1]** 123/24

**many [11]** 159/11 172/11 186/6 191/20 191/25 193/13 193/15 205/20 229/24 241/4 242/18

**Marie [1]** 213/19

**marked [1]** 198/2

**marks [1]** 245/7

**marshal [1]** 246/14

**marshal's [1]** 248/9

**Marshalls [1]** 194/14

**marshals [7]** 245/21 246/5 246/22 246/23 246/24 247/3 254/24

**mass [1]** 178/14

**match [1]** 157/4

**material [1]** 182/3

**materials [1]** 178/8

**math [1]** 235/6

**matter [3]** 206/19 250/2 256/5

**matters [2]** 194/10 249/22

**Mawozo [2]** 147/7 215/17

**may [13]** 160/14 160/18 170/13 188/7 188/8 207/2 229/20 245/13 246/4 248/14 253/19 253/24 254/6

**maybe [6]** 169/5 169/25 246/18 248/11 252/9 252/10

**MD [1]** 118/22

**me [74]** 125/12 128/4 128/24 129/16 130/1 169/7 169/10 173/15 176/14 178/12 178/18 187/14 188/21 190/11 190/12 190/12 192/13 194/2 198/21 206/11 213/4 213/8 214/12 215/10 216/2 216/2 216/23 220/21 220/23 221/3 222/14 222/22 224/14 224/17 225/1 227/20 227/21 227/23 227/25 228/9 228/10 228/11 228/14 229/14 229/22 229/23 229/25 230/2 232/2 232/4 239/10 241/14 242/10 242/10 242/12 242/13 242/22 242/22 242/23 243/1 243/6 243/6 248/15 252/5 252/21 252/25 253/15 253/21 254/9 254/15 254/16

**mean [12]** 130/22 149/21 149/24 173/6 178/19 190/17 192/18 218/23 225/13 247/22 248/11 248/13

**means [11]** 123/8 130/24 142/2 142/5 190/18 191/15 196/13 232/6 238/1 248/8 249/16

**meant [1]** 176/2

**meantime [1]** 217/14

**mechanical [1]** 119/8

**media [2]** 147/12 147/14

**medical [1]** 252/6

**meeting [1]** 215/19

**mental [1]** 252/6

**mention [5]** 190/13 190/13 216/4 216/4 216/19

**mentioned [2]** 158/20 189/5

**mercenaries [1]** 215/16

**message [95]** 141/7 141/10 160/1 173/23 189/23 190/9 190/10 190/18 190/19 190/19 191/3 193/4 206/4 206/12 206/18 206/20 206/25 209/22 210/25 211/7 211/11 211/24 211/25 212/1 212/5 212/6 212/8 212/15 212/16 212/25 213/12 213/15 213/16 213/18 214/3 214/14 215/18 215/25 216/1 217/5 217/6 218/1 218/22 218/24 219/1 219/12 219/14 219/17 220/9 220/18 221/1 221/8 222/3 222/12 222/15 222/17 222/24 223/15 224/13 224/20 224/25 226/21 227/17 227/24 228/8 228/12 228/16 229/6 229/8 231/24 232/8 233/19 233/21 235/9 235/20 236/1 237/2 237/11 237/23 238/13 239/7 239/24 240/2 240/4 240/7 240/20 241/10 241/21 242/7 242/15 242/25 253/8

**messages [68]** 123/10 123/12 159/8 159/8 159/12 159/12 159/12 159/15 159/18 160/4 160/8 161/15 161/17 162/17 163/1 164/11 167/11 171/5 173/24 174/19 183/16 189/11 189/15 189/16 191/17 192/16 193/13 193/15 193/16 198/10 198/11 198/17 198/19 201/19 202/10 202/13 205/18 205/20 205/23 205/25 205/25 209/15 210/9 210/22 210/24 211/22 216/14 217/24 218/20 220/1 220/7 222/1 223/13 223/16 223/24 224/11 227/15 231/22 233/17 234/14 235/11 236/16 236/25 238/11 239/17 239/22 240/18 242/5

**messaging [1]** 202/5

**messed [1]** 150/7

**metadata [8]** 207/21 208/11 208/12 208/14 208/25 209/7 244/4 244/20

**method [1]** 186/11

**Miami [2]** 121/25 146/13

**microphone [3]** 160/16 181/19 210/16

**middle [2]** 150/11 156/14

**millimeter [7]** 222/5 222/6 222/22 222/25 224/15 224/17 224/21 million [2]** 210/12 211/10

**minds [1]** 194/20

**minutes [1]** 194/3

**misery [1]** 214/10

**missing [3]** 238/24 238/25 239/2

**missionaries [3]** 147/6 148/9 217/3

**missionary [1]** 149/5 151/4 154/14

**mistake [1]** 251/11

**mix [1]** 223/13

**Mo [1]** 217/16

**Mobile [6]** 149/2 149/3 151/1 153/10 196/6 205/4

**modified [4]** 251/15 251/16 251/21 252/13

**moment [3]** 170/10

**Monday [3]** 195/11 220/21 249/17

**money [15]** 210/13 210/19 210/19 210/20 211/2 211/3 237/21 238/14 238/15 240/25 241/1 241/1 241/18

**MoneyGram [7]** 180/15 200/10 200/12 204/5 204/8 204/8 237/25

**monitor [1]** 121/4

**month [1]** 221/15

**more [23]** 126/1 168/6 169/3 172/10 173/13 173/16 176/12 177/7 178/14 180/1 180/19 181/17 182/11 182/21 185/19 194/3 194/16 195/15 237/9 238/19 238/24 241/12 243/20

**Morne [4]** 216/22 216/24 217/2 217/4

**morning [12]** 124/7 125/14 215/20 215/22 242/9 246/7 246/8 248/25 249/17 249/23 253/22 254/23

**most [7]** 169/24 192/10 208/23 232/5 239/4 241/4 249/9

**motherfucker [1]** 212/2

**motorcycle [1]** 215/24

**motto [1]** 214/18

**move [56]** 124/21 126/9 127/15 130/5 131/22 132/14 133/12 133/18 134/18 134/24 135/19 136/19 137/22 138/22 139/10 140/24 141/5 144/14 145/11 149/11 151/7 151/21 153/17 154/17 155/18 156/1 156/2 156/22 157/3 158/12 158/24 160/11 163/7 164/20 166/6 166/24 167/24 169/18 169/20 170/23 171/16 171/18 171/19 174/23 177/8 178/25 183/17 184/8 184/15 189/9 195/11 200/13 200/23 203/20 206/12 208/4

**moved [14]** 168/23 169/21 175/11 179/4 179/7 193/7 194/24 201/9 204/14 204/22 205/10 206/11 206/23 248/24

**moves [1]** 139/23

**moving [13]** 150/8 150/9 162/2 168/25 169/7 195/7 198/7 200/1 206/16 211/20 212/23 216/11 234/1

**Mr [3]** 168/25 216/2

253/11

**Mr. [82]** 122/17 126/21 150/7 164/2 172/8 176/8 179/14 181/25 183/13 188/12 189/13 189/23 190/2 190/8 191/18 191/19 191/24 192/23 192/24 193/3 205/7 205/24 206/4 206/19 206/25 210/10 210/10 211/23 212/7 213/14 214/16 215/1 215/14 215/19 216/21 217/25 218/3 218/10 218/21 219/13 220/8 220/10 221/10 221/23 222/2 222/5 222/18 222/19 223/8 224/1 224/2 224/11 224/21 226/21 227/15 227/19 227/19 228/9 228/17 229/6 229/6 231/22 232/9 233/19 233/17 234/14 234/17 235/21 235/21 235/22 236/13 236/25 237/3 237/16 238/11 238/14 240/18 240/21 241/11 242/5 243/1 247/14 247/18 248/7 248/8 250/14 252/23 253/2

**Mr. Barnes [2]** 122/17 126/21

**Mr. Cassillas [3]** 150/7 164/2 179/14

**Mr. Germine [70]** 183/13 188/12 189/13 189/23 190/2 190/8 191/18 191/19 191/24 192/23 192/24 193/3 205/24 206/4 206/19 206/25 210/10 210/10 211/23 212/7 213/14 214/16 215/1 215/14 215/19 216/21 217/25 218/3 218/10 218/21 219/13 220/8 220/10 221/10 222/2 222/5 222/18 223/8 224/1 224/2 224/11 224/21 226/21 227/15 227/19 228/9 228/17 229/6 231/22 232/9 233/17 234/14 234/17 235/21 235/22 236/13 236/25 237/3 237/16 238/11 238/14 240/18 240/21 241/11 242/5 243/1 247/14 247/18 248/7 248/8

**Mr. Orenberg [3]** 172/8 176/8 181/25

**Mr. St. Louis [2]** 250/14 252/23

**Mr. Walder [2]** 205/7 253/2

**Ms [6]** 119/15 146/5 187/9 195/21 215/10 239/8

**Ms. [61]** 121/12 146/4

**M**

**Ms.... [59]** 147/22
148/23 149/17 150/22
151/15 152/5 153/22
154/6 154/23 155/9
156/9 159/22 161/11
162/2 162/13 164/5
164/12 166/8 167/7
168/13 170/15 170/23
170/25 173/20 178/3
180/6 181/1 181/5
181/10 182/6 182/8
183/14 184/5 185/5
189/2 191/18 192/22
193/16 193/21 195/2
195/18 195/20 195/25
197/11 199/2 199/5
199/7 202/14 205/24
207/11 207/13 210/2
218/6 223/22 223/25
240/5 243/24 247/25
249/4
**Ms. Amato [1]** 180/6
**Ms. Calidonna [30]**
146/4 147/22 148/23
149/17 150/22 151/15
152/5 153/22 154/6
154/23 155/9 156/9
159/22 161/11 162/13
164/5 166/8 167/7
168/13 170/15 170/25
173/20 182/8 185/5
189/2 195/2 195/18
195/25 207/13 243/24
**Ms. Calidonna's [2]**
181/10 249/4
**Ms. Duncan [2]** 162/2
170/23
**Ms. Eliande [4]** 164/12
184/5 210/2 223/25
**Ms. Paschall [2]**
121/12 195/20
**Ms. Seifert [1]** 247/25
**Ms. Tunis [13]** 178/3
182/6 191/18 192/22
193/16 193/21 197/11
199/2 202/14 205/24
218/6 223/22 240/5
**Ms. Tunis' [6]** 181/1
181/5 183/14 199/5
199/7 207/11
**MSISDN [1]** 152/16
**much [13]** 145/21
173/20 185/15 211/3
211/4 225/2 232/13
237/3 237/5 237/7
241/14 243/19 248/15
**multiple [3]** 191/17
198/12 199/8
**Mun [1]** 199/19
**must [3]** 222/7 222/10
224/22
**my [44]** 125/8 125/24
142/16 145/16 146/11
147/9 158/23 162/3
163/19 170/23 175/20
178/6 179/6 179/23

180/5 187/22 187/7
190/13 190/13 195/21
196/5 200/18 202/9
207/1 209/17 213/3
216/4 216/4 216/17
219/5 220/16 228/10
228/11 236/2 237/24
238/3 242/18 242/19
246/24 251/18 251/19
253/8 254/5 254/5
**myself [2]** 188/3 239/4

**N**

**name [56]** 121/16
130/16 130/20 133/25
134/1 135/4 140/8
146/10 146/11 149/20
149/21 149/25 152/16
152/18 152/19 165/5
165/8 165/10 165/15
167/13 167/15 167/17
184/1 187/18 190/13
190/13 190/21 193/5
193/11 196/21 197/23
197/25 199/10 199/19
199/21 200/20 200/22
201/3 202/9 202/16
202/18 204/16 204/17
205/13 216/4 216/4
228/20 237/4 237/5
237/19 237/21 237/22
237/24 237/25 238/3
238/3
**named [1]** 214/19
**names [2]** 191/17
237/10
**native [1]** 200/25
**nature [2]** 123/11
184/19
**necessarily [1]** 172/16
**necessary [1]** 188/5
**need [18]** 177/12
182/11 193/25 194/17
210/20 214/10 214/11
214/11 222/5 222/10
222/11 224/23 227/22
228/17 234/19 245/20
248/2 249/21
**needed [3]** 159/16
180/3 239/4
**negatively [1]** 220/21
**negotiate [1]** 215/16
**network [1]** 147/11
**networks [1]** 146/23
**never [4]** 228/3 229/15
232/3 252/13
**New [1]** 228/15
**next [23]** 121/2 121/4
126/6 133/18 145/23
170/12 189/24 194/24
213/12 213/15 215/18
218/4 219/14 220/18
221/1 222/15 228/4
228/8 228/12 233/21
241/10 242/15 243/16
**nice [2]** 211/5 243/13
**nickname [7]** 186/6
186/12 191/23 191/25

193/4 192/5 193/4
**nicknames [4]** 186/5
191/14 192/6 192/18
**night [4]** 178/3 182/8
242/11 249/19
**nine [2]** 214/12 242/21
**no [63]** 118/3 124/23
126/11 128/10 130/7
131/23 132/16 133/14
134/20 135/21 136/21
137/23 138/24 139/24
141/1 144/16 145/13
145/19 149/12 151/9
151/23 153/18 154/19
156/3 156/24 158/15
161/12 176/9 178/8
179/5 179/10 192/22
193/15 206/19 212/4
213/7 218/11 219/3
219/4 219/9 219/11
220/13 220/13 220/15
222/9 223/6 229/11
237/16 239/4 248/25
249/19 250/17 251/14
251/17 251/17 251/22
252/7 252/16 252/17
252/20 252/22 253/25
253/25
**none [1]** 224/19
**normally [3]** 177/20
180/8 249/22
**not [106]** 122/13
123/24 128/21 129/23
139/9 143/10 156/1
158/13 160/19 161/12
165/24 166/2 169/10
169/25 170/1 170/2
170/6 171/16 172/12
172/16 175/1 175/3
175/7 176/22 179/4
179/5 179/10 179/16
181/22 184/21 185/10
185/14 185/18 185/24
186/2 186/16 186/17
186/18 187/22 188/10
188/15 188/20 188/21
192/8 192/21 192/22
193/15 194/5 195/3
195/12 195/21 206/6
210/18 211/6 211/13
213/8 215/6 217/9
219/9 219/11 220/21
221/13 221/16 224/21
228/14 229/18 230/1
232/10 234/20 234/21
234/25 235/3 235/4
237/16 237/17 240/3
240/9 243/7 245/22
246/15 246/22 247/3
247/3 247/21 248/8
248/9 249/7 249/19
249/24 250/9 250/17
251/2 251/13 251/14
251/20 252/7 252/8
252/16 253/11 253/12
253/17 253/19 253/23
253/24 253/25 254/16
**note [3]** 158/23 165/2

193/4 192/5 193/4
**noted [6]** 161/4 163/10
165/21 179/1 193/3
252/20
**nothing [7]** 198/21
220/13 229/12 229/17
229/22 234/19 250/20
**notice [1]** 229/10
**notification [1]** 247/11
**notify [1]** 246/14
**November [8]** 124/1
128/6 131/18 133/5
135/14 137/15 137/19
140/22
**November 1st [6]**
124/1 128/6 131/18
133/5 135/14 137/15
**now [68]** 128/15
130/11 141/5 141/16
142/1 149/17 150/6
150/7 152/23 157/11
159/11 168/6 169/20
170/5 170/23 171/20
171/22 178/18 180/6
181/7 181/7 182/11
182/14 184/24 185/24
188/23 189/22 190/5
191/12 193/12 194/1
194/5 203/2 204/14
205/18 205/24 206/5
206/7 206/8 206/11
206/23 207/3 208/11
208/19 209/3 209/12
211/20 212/10 212/23
213/7 217/22 219/3
219/4 219/18 219/25
220/25 221/3 221/4
221/23 222/7 231/16
234/12 238/14 239/16
240/16 242/14 253/19
254/16
**nuit [1]** 207/1
**number [155]**
**number 1 [1]** 142/19
**number 10 [2]** 198/7
198/8
**number 12 [4]** 200/1
200/2 200/3 200/16
**number 2 [6]** 157/11
174/2 176/18 189/6
191/13 197/20
**number 22 [1]** 205/11
**number 24 [1]** 205/19
**number 26 [1]** 206/11
**number 28 [2]** 207/8
208/9
**number 29 [1]** 208/5
**number 3 [2]** 183/18
189/2
**number 30 [2]** 208/19
208/20
**number 32 [1]** 209/13
**number 4 [5]** 152/8
189/9 189/10 189/19
190/16
**number 42 [2]** 218/17
218/19
**number 49 [2]** 225/8

225/10
**number 5 [2]** 190/1
193/2
**number 6 [3]** 193/7
193/8 193/9
**number 7 [1]** 193/18
**number 8 [2]** 196/1
196/2
**number 9 [2]** 150/12
198/4
**number 9101 [1]** 160/9
**numbers [14]** 148/14
156/15 157/4 174/12
174/15 174/19 182/3
182/14 182/18 182/20
201/17 201/22 205/21
207/6
**NW [2]** 118/15 118/18

**O**

**oath [2]** 121/8 146/2
**OAVCT [2]** 210/14
210/14
**object [3]** 161/2 169/2
181/7
**objecting [3]** 163/21
174/25 177/1
**objection [64]** 124/23
124/24 126/11 126/12
127/22 128/11 130/7
130/8 131/23 131/24
132/16 132/17 133/14
133/15 134/20 134/21
135/21 135/22 136/21
136/22 137/23 137/24
138/24 138/25 139/24
139/25 141/1 141/2
144/16 144/17 145/13
145/14 149/12 149/13
151/9 151/10 151/23
151/24 153/18 153/19
154/19 154/20 156/3
156/4 156/24 156/25
158/15 158/16 160/13
160/17 161/19 163/9
163/10 164/23 164/24
167/1 167/25 168/1
170/12 171/16 179/6
179/7 181/16 182/7
**objections [1]** 180/1
**observation [3]** 177/16
178/6 180/5
**observations [1]**
254/13
**obtain [6]** 123/7 123/9
123/12 123/22 123/23
205/7
**obtained [11]** 123/17
125/10 125/25 131/13
147/12 147/14 149/3
151/3 181/9 253/17
253/20
**occurred [2]** 186/12
189/12
**occurring [1]** 210/4
**October [21]** 122/8
123/1 125/3 125/23
126/6 126/18 134/11

**O**

**October... [14]** 136/13 138/18 139/20 146/24 147/3 189/12 192/1 205/22 207/24 209/7 210/10 215/13 216/14 249/2

**October 11 [1]** 209/7
**October 14th of [1]** 210/10
**October 18th [3]** 189/12 215/13 216/14
**October 21 [1]** 192/1
**October 21st [1]** 205/22
**October 25 [1]** 125/23
**October 25th [3]** 125/3 134/11 136/13
**October 25th of [2]** 122/8 123/1
**October 26 [1]** 126/6
**October 26th of [1]** 126/18
**October 2nd of [1]** 207/24
**off [13]** 142/16 143/23 148/15 150/3 184/5 190/15 195/25 207/19 208/11 208/25 235/7 244/5 246/1
**office [3]** 118/15 121/25 147/2
**officer [2]** 219/4 227/19
**officers [1]** 253/13
**offices [2]** 237/10 237/14
**official [3]** 119/7 210/15 256/9
**often [1]** 237/5
**oh [8]** 213/5 214/7 216/17 219/5 222/13 241/3 242/18 252/25
**okay [28]** 155/22 157/5 162/11 164/1 170/9 170/11 172/3 172/20 179/11 179/25 180/12 183/9 195/17 202/9 218/7 237/12 237/13 246/20 248/18 249/20 249/25 250/4 251/10 253/7 253/20 254/3 254/15 254/17
**old [3]** 222/21 222/21 224/16
**Omegan [1]** 187/10
**once [15]** 125/14 133/18 136/25 138/2 139/3 169/8 169/10 208/8 208/25 221/6 224/18 228/18 228/20 229/13 229/16
**one [58]** 121/23 123/19 125/4 133/5 141/5 147/4 155/15 163/11 168/6 168/16 169/4 171/17 177/9 177/16 177/20 178/23 180/7

187/20 187/21 189/17 192/6 194/10 194/25 195/4 199/19 202/5 212/18 215/3 219/2 219/10 222/9 222/19 222/23 226/25 227/20 232/1 232/10 232/11 232/13 235/6 236/9 236/16 240/9 241/20 242/18 242/23 242/23 243/1 243/5 243/6 247/11 248/25 250/11 251/21 251/6
**ones [4]** 123/24 163/22 232/15 239/1
**online [1]** 232/3
**only [11]** 169/9 182/12 186/1 194/3 195/5 195/9 210/12 221/6 221/10 243/2 248/20
**Oof [1]** 214/8
**open [4]** 232/25 233/9 246/18 248/12
**opening [1]** 194/16 248/16 248/19
**orange [1]** 190/9
**order [21]** 126/1 167/17 178/4 224/19 224/22 225/2 228/17 228/18 228/19 232/1 232/2 232/3 232/6 234/22 234/23 235/11 235/12 235/12 235/12 235/13 238/17
**ordered [1]** 232/3
**ordering [1]** 220/3
**ORENBERG [6]** 118/20 118/21 168/25 172/8 176/8 181/25
**organized [1]** 189/14
**original [14]** 129/16 129/17 131/8 131/12 132/9 134/10 134/11 136/12 136/16 138/14 138/18 143/1 175/25 176/4
**originally [1]** 244/6
**originals [1]** 175/13
**other [23]** 148/17 166/3 169/14 171/13 174/6 174/7 175/15 179/22 181/9 192/6 192/7 195/19 228/13 232/15 237/10 237/25 238/3 238/23 240/5 242/22 242/23 246/10 250/2
**others [1]** 141/6
**otherwise [1]** 177/19
**our [15]** 122/1 122/4 132/11 157/5 160/22 170/4 176/16 178/2 194/25 195/8 219/5 242/14 246/20 252/4 254/3
**out [30]** 146/22 147/1 147/11 155/25 160/5 185/8 185/20 186/15

186/21 192/3 192/8 192/13 192/16 194/24 195/12 206/7 206/8 206/9 212/2 214/9 220/16 222/7 222/9 242/13 247/5 248/24 249/17 250/7 251/22 253/9
**over [18]** 122/1 122/2 169/17 177/23 210/17 220/14 220/16 221/15 246/10 246/12 246/16 247/3 247/15 247/18 248/10 248/11 248/17 251/18
**overruled [1]** 161/19
**oversee [1]** 122/4
**own [4]** 175/8 187/19 229/11 229/18
**owner [11]** 126/20 130/21 130/22 130/24 133/25 135/5 137/5 139/8 140/8 141/13 142/4

**P**

**p.m [56]** 118/5 118/8 211/12 212/5 212/15 212/25 213/13 213/16 214/4 214/15 215/9 215/13 215/18 216/1 216/20 216/25 217/5 218/1 218/5 218/9 219/1 219/14 219/17 220/9 220/18 221/1 221/9 222/3 222/12 222/15 222/17 222/24 224/25 227/17 228/4 228/8 228/12 228/16 231/24 232/8 233/19 233/21 233/24 234/16 234/24 235/10 238/13 239/7 239/24 240/2 240/4 240/7 240/20 241/10 241/21 242/25
**Paa [11]** 187/18 191/19 191/25 192/5 192/10 193/11 193/24 211/9 233/25 234/25 236/3
**page [37]** 119/11 129/18 130/11 133/19 134/25 137/1 138/2 139/4 140/3 141/7 141/16 143/18 165/5 166/14 171/23 172/1 172/3 172/15 172/19 172/22 172/25 173/4 176/20 176/21 177/2 178/7 180/14 180/19 182/9 183/19 184/13 187/11 187/15 210/22 219/17 232/25 235/9
**Page 1 [8]** 130/11 133/19 138/2 140/3 141/7 141/16 143/18 166/14
**Page 13 [1]** 180/14
**Page 2 [1]** 171/23

**pages [12]** 126/7 172/11 172/14 172/14 172/17 176/15 178/7 178/15 178/20 180/13 188/20 188/21
**paid [1]** 235/7
**pains [2]** 124/7 182/8
**palace [1]** 227/20
**papa [1]** 218/6
**paragraph [1]** 190/3
**parameters [1]** 175/2
**parentheses [2]** 130/21 130/22
**Park [1]** 118/21
**part [19]** 130/22 147/8 148/8 149/21 151/3 165/18 177/2 190/6 191/7 202/15 208/24 209/22 212/1 212/12 228/15 228/20 228/21 230/2 253/12
**partial [4]** 131/8 132/8 250/13 250/14
**participant [6]** 130/19 141/13 165/3 165/24 165/25 166/3
**participants [20]** 130/15 131/9 133/22 133/23 135/2 136/1 137/1 137/4 138/2 138/4 139/6 140/4 140/5 162/21 162/23 164/18 165/13 166/13 166/15 171/13
**participated [1]** 137/2
**particular [6]** 147/4 160/19 178/20 193/13 197/9 254/21
**particularly [1]** 128/21
**parties [2]** 175/14 246/4
**partway [1]** 140/3
**PASCHALL [5]** 118/14 119/15 121/12 146/5 195/20
**pass [1]** 145/17
**past [1]** 245/14
**patience [1]** 254/24
**Patrick [7]** 223/9 223/11 223/19 238/23 239/9 242/21 242/22
**Patrick's [1]** 241/20
**patrol [1]** 215/22
**pay [1]** 235/7
**payment [3]** 204/5 204/8 204/9
**payroll [2]** 235/13 235/13
**PC [1]** 118/21
**PDF [5]** 162/17 164/9 165/15 166/12 167/11
**Pennsylvania [1]** 118/18
**people [10]** 195/5 216/17 216/19 220/11 224/16 237/6 237/7 241/2 241/2 241/4
**perform [2]** 127/2

**performing [1]** 126/17
**perhaps [2]** 170/1 247/17
**permissible [1]** 155/21
**permit [2]** 250/12 250/23
**person [11]** 125/9 187/20 187/21 187/21 190/25 207/17 211/3 211/5 212/24 217/6 227/21
**perspective [1]** 248/9
**pertaining [1]** 180/12
**pertinent [2]** 159/15 165/14
**ph [9]** 187/11 199/19 202/8 212/2 213/19 222/13 240/3 241/12 251/13
**phone [187]**
**phones [6]** 122/16 128/16 128/19 171/6 193/21 205/18
**phonetically [1]** 192/14
**photo [9]** 189/25 190/1 196/22 198/2 225/11 225/22 226/4 232/24 232/25
**photograph [25]** 173/1 176/22 177/2 185/7 190/8 198/2 198/18 198/21 202/14 202/17 207/22 226/12 227/7 230/10 230/19 231/2 231/10 232/23 233/7 233/20 234/1 244/2 244/6 244/18 245/6
**photographs [12]** 168/7 168/16 168/20 169/18 171/5 172/17 179/1 198/12 198/17 198/25 199/8 207/4
**photos [3]** 123/10 159/9 206/1
**physical [1]** 126/16
**pick [2]** 232/4 232/7
**picture [2]** 198/3 202/7
**pictures [1]** 226/24
**piece [2]** 218/10 218/11
**pivot [2]** 209/25 219/25
**place [2]** 240/10 243/13
**placed [3]** 124/17 189/18 191/13
**places [4]** 238/2 240/5 240/9 250/13
**plan [5]** 170/6 245/24 246/20 248/16 248/21
**planned [1]** 195/5
**plans [1]** 215/10
**play [3]** 217/9 238/20 245/20
**playing [2]** 238/20 239/5
**please [56]** 121/3 121/15 127/24 128/1

**P**

**please... [52]** 129/4
129/19 130/11 130/12
131/1 132/1 132/19
133/20 134/2 135/6
136/4 137/1 137/7
138/7 140/4 140/10
142/6 142/22 145/23
146/9 147/17 148/20
150/17 150/19 152/20
153/2 154/3 155/6
156/7 157/19 159/19
160/16 161/22 164/2
166/6 168/10 191/14
195/20 199/16 200/1
201/9 201/25 202/11
203/20 205/10 208/5
208/12 208/19 210/25
219/3 225/9 254/13
**pled [2]** 178/3 182/6
**plenty [1]** 210/19
**plow [2]** 180/4 180/5
**plug [1]** 162/8
**plus [8]** 238/21 239/3
240/21 241/13 241/13
241/13 241/16 242/19
**PM [2]** 194/9 255/3
**PNH [1]** 226/25
**podium [1]** 162/9
**point [10]** 128/5 144/8
169/6 176/15 178/23
180/21 180/21 182/25
184/7 188/16
**police [5]** 210/17
215/12 227/19 228/2
229/21
**Policemen [1]** 222/19
**poll [1]** 207/21
**poor [1]** 214/10
**poorly [1]** 157/18
**pop [1]** 190/21
**portion [32]** 129/18
130/1 130/11 130/14
133/19 133/21 134/24
141/18 142/3 143/17
143/19 149/17 152/6
152/16 170/12 184/4
186/5 191/4 206/2
206/13 206/16 212/16
212/23 214/24 216/6
218/18 218/25 219/7
232/16 236/23 244/4
250/6
**portions [1]** 171/11
**position [1]** 146/17
**possession [2]** 123/1
125/9
**possibility [1]** 253/24
**possibly [1]** 247/9
**postpone [1]** 248/10
**potential [1]** 195/13
**potentially [1]** 249/3
**Potomac [2]** 118/21
118/22
**PowerPoint [25]**
169/19 171/19 171/24
172/1 172/11 174/1
174/4 174/7 174/7
176/14 176/16 178/15
179/14 179/15 179/16
180/11 180/16 182/10
183/19 183/20 185/10
185/25 186/21 186/24
189/14
**PowerPoints [1]** 182/6
**Precisely [1]** 172/5
**predominantly [2]**
146/21 207/23
**prefer [2]** 169/18
171/19
**pregnant [1]** 209/18
**preparation [2]** 128/24
168/19
**prepared [5]** 215/16
247/19 247/22 247/24
248/17
**present [3]** 129/1
187/10 188/12
**presentation [2]**
182/13 184/20
**presenting [1]** 177/14
**president [1]** 220/10
221/3
**pressure [3]** 217/11
217/12 217/15
**pretty [1]** 248/15
**previous [1]** 163/11
203/3 208/8
**previously [3]** 122/18
176/6 234/2
**price [1]** 240/23
**prior [1]** 177/25
**probably [4]** 246/19
249/10 249/25 254/22
**problem [4]** 175/6
178/9 194/13 237/16
**problematic [1]** 178/10
**problems [1]** 188/3
**proceed [10]** 177/14
178/24 181/13 183/5
187/7 187/24 188/24
195/20 248/17 248/19
**proceeding [2]** 194/19
248/6
**proceedings [3]** 119/8
255/3 256/4
**process [3]** 147/12
147/15 151/3
**processing [1]** 122/5
**produced [1]** 119/4
**profile [2]** 198/3 213/11
**proper [1]** 169/11
**proposal [1]** 170/7
**propose [1]** 246/4
**protect [1]** 207/2
**protection [2]** 219/3
219/4
**provide [6]** 159/15
176/1 182/5 217/13
253/15 253/21
**provided [7]** 125/12
128/4 176/10 177/5
179/8 179/13 192/12
**provider [3]** 153/11
154/11 155/14
**providers [1]** 152/2
**providing [2]** 162/25
181/21
**pull [34]** 129/4 131/1
132/1 134/2 135/6
136/4 137/7 138/7
139/10 140/10 142/6
143/8 143/9 144/20
147/17 147/25 148/20
150/19 151/13 152/20
153/2 154/3 155/6
156/7 159/19 161/22
164/2 167/5 168/10
170/18 179/14 180/1
220/16 223/10
**pulled [22]** 131/17
133/8 168/13 199/15
207/25 209/12 214/1
217/22 218/17 221/23
223/6 225/8 227/5
227/13 229/3 230/17
230/25 231/8 231/19
233/15 235/19 242/3
**pulling [1]** 168/22
**purchase [1]** 232/15
**purely [1]** 188/16
**purpose [6]** 123/2
179/16 179/19 179/24
181/11 197/9
**purposes [1]** 166/14
**pushing [1]** 229/14
**put [6]** 124/7 125/14
159/22 212/13 226/19
243/24
**puts [1]** 141/23
**putting [5]** 155/19
175/7 178/22 217/11
217/12

**Q**

**qualified [2]** 175/7
185/18
**question [4]** 163/20
170/12 192/3 250/10
**questions [6]** 145/16
145/19 170/13 172/10
173/7 173/13
**quickly [1]** 243/20
**quite [2]** 175/25 181/3
**quote [1]** 190/4

**R**

**R-O-B-E-R-T [1]**
121/17
**range [1]** 243/2
**rape [1]** 216/17
**rare [1]** 222/8
**rather [2]** 168/22
191/20
**reached [1]** 198/23
**reaching [1]** 197/14
**read [8]** 129/19 129/23
142/22 150/17 157/19
165/17 175/12 210/25
**reading [5]** 190/10
190/11 206/19 215/5
216/2
**reads [8]** 190/10 201/3

**202/18** 204/19 206/3
207/1 207/24 226/24
**ready [4]** 121/2 219/19
235/7 249/16
**real [5]** 190/13 211/5
214/9 216/4 218/11
**really [4]** 217/10 218/3
218/6 224/16
**reason [2]** 246/15
249/6
**reasonable [5]** 175/14
249/6
**recall [4]** 142/16
252/15 252/18 252/19
**receipt [6]** 202/7
202/14 202/15 202/17
203/5 242/13
**receive [6]** 152/24
157/24 158/7 238/1
252/1 252/7
**received [47]** 125/1
126/14 128/7 128/13
130/9 131/25 132/18
133/16 134/22 135/23
136/23 137/25 139/1
140/1 141/3 144/19
145/15 149/15 151/12
151/25 153/13 153/20
154/13 154/21 156/5
156/19 157/1 158/18
161/21 163/18 167/3
168/3 183/7 204/8
204/8 252/2 252/3
252/5 252/11 252/17
252/19 252/22 252/24
252/25 253/1 253/14
253/14
**receiving [2]** 148/15
252/19
**recess [1]** 194/9
**recitation [1]** 185/15
**Reckens [1]** 224/24
**recognize [3]** 122/22
159/23 168/14
**recollection [2]** 142/24
144/3
**record [19]** 121/16
146/10 149/4 149/22
153/9 154/10 155/13
156/13 156/17 161/3
161/4 163/21 169/3
176/17 203/5 203/7
203/17 246/1 254/12
**recorded [3]** 119/8
212/4 212/11
**records [26]** 147/15
148/17 149/8 150/15
151/18 152/13 152/18
152/24 153/13 154/1
154/13 155/3 155/20
157/16 157/24 158/7
160/15 166/21 200/10
200/12 200/15 200/17
205/4 205/7 252/6
252/23
**recovers [1]** 141/24
**red [4]** 141/21 209/24
244/5 244/20
**refer [3]** 191/19 191/23

**192/4**
**reference [1]** 180/20
**referenced [2]** 183/16
204/5
**referencing [1]** 201/22
**referred [2]** 191/21
192/23
**referring [1]** 188/21
**refers [1]** 189/3
**reflects [2]** 200/3 203/5
**refresh [2]** 142/24
144/3
**regarding [2]** 210/3
217/7
**regards [1]** 173/23
**regular [1]** 218/19
**Reken [1]** 222/11
**relationships [1]** 187/2
**relative [1]** 252/3
**release [1]** 215/16
**released [2]** 218/4
218/7
**relevance [1]** 169/5
**relevant [6]** 165/16
178/3 184/18 184/22
**reliability [1]** 178/21
**relied [1]** 189/6
**remaining [1]** 210/22
**remember [5]** 181/3
213/3 221/14 228/13
232/9
**remind [2]** 195/18
218/22
**remove [1]** 188/5
**rent [3]** 243/2 243/2
243/3
**replied [1]** 229/11
**replies [2]** 223/22
236/2
**report [20]** 125/21
125/24 127/11 128/2
129/15 129/17 130/2
130/23 131/8 131/12
131/18 132/9 134/10
134/11 138/18 143/22
145/7 227/2 253/1
253/1
**reporter [4]** 119/3
119/7 181/20 256/9
**reports [5]** 128/15
144/10 195/14
**represent [1]** 132/10
**representation [18]**
131/17 133/7 134/15
135/16 136/15 137/17
138/17 139/19 140/20
145/6 151/2 153/13
154/12 156/18 164/17
167/20 181/4 186/23
**representations [1]**
144/9
**represented [1]** 192/4
**representing [1]**
168/20
**represents [1]** 178/15
**request [3]** 152/24
254/6 254/8
**requested [1]** 122/15

**R**

requesting [1] 126/19
require [1] 254/1
required [1] 204/9
rescue [1] 219/5
research [1] 196/5
reserve [1] 183/3
respect [11] 161/6
178/17 178/21 182/19
183/1 188/1 220/3
246/16 250/13 250/15
250/22
respond [1] 188/7
responded [3] 214/14
214/16 251/25
responds [12] 202/8
213/14 215/13 215/14
216/20 216/25 218/5
218/6 218/9 224/21
232/9 239/8
response [8] 209/18
215/8 217/13 223/21
237/15 252/1 252/2
252/22
responsibilities [2]
122/3 146/19
responsible [1] 122/5
responsive [14] 222/12
222/17 222/24 224/20
224/25 228/16 232/8
234/24 235/9 236/1
237/11 237/23 239/7
242/25
rest [2] 215/6 215/7
restatement [1] 186/1
restatements [1]
185/11
results [2] 235/5 235/5
resume [2] 194/8
245/18
retaining [1] 253/16
253/22
returned [2] 126/19
126/20
review [46] 150/1
159/6 168/7 182/11
185/20 199/23 200/10
203/25 204/19 205/15
207/25 208/16 209/9
209/20 209/25 211/16
212/20 214/21 217/19
218/14 219/25 223/2
224/6 225/5 225/17
230/4 230/13 230/22
231/5 231/13 232/18
233/3 233/11 234/9
235/16 236/5 236/20
238/6 239/13 240/12
241/25 243/9 244/13
244/25 245/8 253/13
reviewed [18] 149/8
158/20 159/7 159/8
159/9 159/9 165/14
173/4 175/9 186/2
193/22 196/5 196/14
203/24 205/4 206/13
206/20 219/21

reviewing [13] 147/17
159/4 159/7 185/6
185/8 185/12 191/12
191/16 196/20 197/18
198/14 205/18 207/3
revised [2] 250/15
250/16
right [47] 121/2 127/21
129/9 141/21 157/6
179/17 179/21 180/4
182/16 184/10 186/18
187/6 188/22 189/15
189/18 190/11 191/4
194/7 194/10 199/20
201/2 201/18 202/10
202/12 207/12 208/11
209/1 210/18 212/10
221/3 221/4 222/6
223/15 232/10 232/14
243/22 244/5 247/3
247/7 247/24 249/8
249/12 249/18 250/18
254/16 254/17 254/22
right-hand [5] 189/18
202/10 207/12 209/1
223/15
road [1] 215/11
ROBERT [4] 119/12
121/6 121/7 121/17
role [2] 147/8 147/10
row [1] 219/8
RPR [2] 119/6 256/9
rude [1] 221/2
rule [7] 161/7 174/24
175/13 177/10 194/12
250/2 254/4
Rule 1006 [2] 174/24
177/10
Rule 17 [3] 194/12
250/2 254/4
run [1] 194/20

**S**

S-O-P-H-I-A [1] 146/11
S.WhatsApp.net [1]
196/22
safe [1] 250/1
said [17] 161/4 163/14
178/16 187/24 188/24
210/18 213/5 216/23
220/15 220/20 220/23
224/16 227/21 229/16
229/20 232/2 253/9
same [40] 123/13
125/21 125/21 127/11
131/9 131/14 133/1
133/2 134/1 135/5
136/1 138/4 140/17
141/12 163/9 164/23
164/24 166/20 167/1
167/25 168/1 182/12
187/21 197/25 199/1
199/8 200/19 203/4
203/6 203/13 208/8
221/17 224/15 235/4
235/4 235/5 235/12
242/11 243/3 244/22
Samsung [13] 125/13

125/15 125/22 126/3
126/16 144/2 144/7
144/10 193/22 193/22
193/23 197/5 197/21
Sandal [1] 202/8
Sanjou [1] 199/11
Santia [2] 167/15
200/7 200/20 200/22
201/13 201/16 201/20
202/3 202/3 202/5
202/8 202/18 202/20
203/4 203/10 203/18
209/16 209/18 237/17
237/18 237/24 242/9
Saturday [1] 242/17
save [2] 219/3 219/4
saved [10] 173/12
183/13 193/11 193/24
199/18 199/19 199/20
200/24 201/1 205/13
savings [1] 217/13
saw [8] 133/2 148/14
192/25 208/8 220/1
222/13 234/2 234/4
say [27] 128/21 141/25
143/25 149/20 161/5
165/13 175/22 180/13
180/23 187/1 190/12
192/18 194/13 199/10
212/2 213/2 214/6
216/3 216/15 216/18
223/18 225/13 226/23
232/5 237/14 243/16
254/12
saying [2] 216/15
252/16
says [71] 130/21
143/18 152/16 177/19
181/23 190/11 202/5
202/7 204/16 209/6
209/17 209/18 211/2
211/9 211/13 212/9
212/17 213/3 213/19
215/10 215/19 216/21
217/1 217/7 218/3
218/10 219/13 219/15
219/18 220/10 220/20
221/2 221/6 221/10
222/5 222/13 222/16
222/18 223/19 224/2
224/14 225/1 227/19
228/5 228/9 228/13
228/17 231/25 231/25
232/6 233/25 234/17
234/25 235/11 237/3
237/12 237/13 237/16
237/24 238/14 240/1
240/3 240/5 240/8
240/21 241/11 241/22
242/9 242/16 243/1
243/2
scope [1] 253/5
scrambled [2] 141/22
142/2
screen [55] 129/12
131/4 132/5 134/6
135/10 135/25 136/8
137/11 138/11 140/14

147/23 148/3 148/24
150/23 151/16 153/5
154/7 155/10 156/9
159/22 162/14 164/6
166/9 167/8 168/13
170/25 171/22 195/22
202/1 202/2 202/12
207/14 207/18 208/23
209/12 214/1 214/3
218/17 223/16 225/8
226/19 227/13 229/3
232/21 236/23 238/9
239/20 240/16 242/3
243/24 244/16 245/4
screenshot [9] 190/2
193/3 207/10 208/6
208/21 209/5 215/5
236/9 236/11
screenshots [4] 223/9
223/11 223/25 224/1
sealed [1] 250/6
search [1] 125/11
searches [1] 128/5
second [19] 124/2
125/8 130/19 131/14
131/18 132/25 135/13
137/14 137/18 140/17
140/21 155/15 165/2
166/19 190/6 196/9
197/5 219/12 235/24
section [2] 200/17
243/19
security [2] 123/21
222/21
see [126] 121/3 124/14
129/11 131/4 132/4
132/22 133/20 134/5
135/1 135/9 136/7
137/10 138/10 139/5
139/12 140/13 141/7
141/8 141/10 141/17
142/2 142/11 142/19
143/14 143/19 143/24
144/23 147/22 148/3
148/23 149/19 150/12
150/22 151/15 151/18
152/7 152/16 153/5
154/6 155/4 155/9
156/9 156/14 162/4
162/13 164/5 165/8
166/8 167/7 170/25
171/3 173/11 174/2
175/4 176/18 177/3
180/25 181/2 184/23
189/2 189/9 189/13
189/24 190/3 190/12
190/19 193/19 197/2
199/4 199/18 199/20
200/19 200/21 200/25
201/2 201/25 202/2
202/5 202/13 202/16
203/2 203/14 204/16
208/7 208/21 208/22
209/5 209/14 209/19
209/23 210/7 212/12
215/4 215/5 215/14
216/3 216/15 217/23

218/19 220/6 220/7
221/25 222/21 224/10
225/21 226/3 226/3
226/11 227/6 228/19
232/13 236/2 237/5
239/1 239/16 239/16
240/22 241/14 241/17
241/17 243/13 243/18
245/23 246/5 252/21
254/22
seeing [2] 180/12
195/21
seek [1] 176/15
seems [4] 169/6 176/14
180/14 182/1
sees [2] 243/1 243/3
SEIFERT [2] 118/14
247/25
seizure [2] 122/5
122/16
select [3] 161/14
161/17 164/11
selected [3] 162/18
164/17 167/21
selfie [1] 198/12
selfie-style [1] 198/12
sell [2] 243/5 243/6
sells [1] 240/24
semi [1] 231/25
send [23] 202/7 212/24
236/2 237/4 237/6
237/8 237/9 237/9
237/19 237/20 238/16
241/12 241/19 241/19
241/20 241/22 242/11
242/12 248/1 248/2
248/4 248/5 251/19
Sendal's [1] 221/6
sender [5] 203/10
211/24 212/6 214/3
216/1
sending [6] 190/8
199/8 238/14 238/15
241/11 241/12
sends [7] 189/23 212/1
215/1 218/1 223/8
233/22 235/22
sense [1] 185/16
sent [46] 160/4 174/19
190/2 190/8 190/23
193/3 198/12 198/17
199/1 199/1 202/6
202/8 202/14 203/4
203/14 206/4 206/18
206/25 211/7 211/11
213/12 213/16 215/9
215/25 219/12 219/14
219/17 220/9 220/18
221/8 222/3 224/1
224/13 226/21 226/24
227/17 228/19 228/20
229/6 233/19 233/21
236/13 237/21 237/22
238/13 239/24
separate [2] 178/7
197/24
September [33] 191/2
204/6 204/7 206/18

**September... [29]**
207/1 208/14 218/21
219/1 224/12 225/12
225/23 226/5 226/13
226/22 227/8 227/16
229/7 230/11 230/20
231/3 231/11 231/23
232/24 233/8 233/18
234/15 237/1 238/12
239/16 240/19 242/6
244/3 244/19
**September 10th [1]**
208/14
**September 12th [1]**
206/18
**September 13th [5]**
224/12 225/12 225/23
226/5 226/13
**September 14 [1]**
227/8
**September 14th [1]**
226/22
**September 15th [2]**
227/16 229/7
**September 16th [5]**
230/11 230/20 231/3
231/11 231/23
**September 17th [3]**
232/24 233/8 233/18
**September 18th [2]**
218/21 219/1
**September 24 [1]**
191/22
**September 25th [1]**
234/15
**September 26th [1]**
237/1
**September 28th [6]**
207/1 238/12 239/16
240/19 244/3 244/19
**September 29th [1]**
242/6
**September 29th of [2]**
204/6 204/7
**seriatim [3]** 169/19
171/18 172/20
**series [2]** 178/25
201/18
**serious [1]** 234/19
**serve [5]** 250/18 251/6
251/12 251/14 251/15
**served [7]** 250/9 251/2
251/8 251/9 251/23
251/25 253/11
**service [3]** 153/11
154/10 155/14
**SESSION [1]** 118/8
**set [5]** 185/7 186/21
192/8 198/1 251/10
**setting [2]** 185/20
186/10
**setup [1]** 208/8
**seven [6]** 215/16
238/23 238/24 239/2
242/20 242/20
**several [8]** 156/14

174/11 223/21 237/6
237/9 237/9 237/10
237/14
**sex [1]** 216/16
**shaken [3]** 217/7 217/8
217/11
**shall [1]** 194/13
**she [31]** 130/24 150/4
160/19 175/8 185/15
185/17 186/2 186/6
186/14 186/23 187/19
187/22 191/21 193/21
202/5 211/2 211/9
213/4 213/7 213/19
217/1 217/7 219/15
220/20 224/1 224/1
237/13 237/25 238/2
242/10 242/11
**she'll [1]** 176/24
**she's [9]** 143/5 168/25
176/9 176/12 185/16
185/20 185/20 186/1
186/10
**sheet [1]** 142/25
**shifting [1]** 249/15
**ship [1]** 232/4
**shipped [1]** 235/8
**shit [4]** 218/10 218/11
221/3 221/5
**shoot [1]** 221/4
**shop [5]** 223/9 223/11
223/19 232/4 232/4
**short [3]** 172/12 232/5
251/23
**shot [2]** 207/4 219/4
**should [11]** 158/24
182/12 242/11 243/17
245/20 247/10 248/5
248/10 251/10 251/13
251/14
**show [7]** 169/17
183/12 186/14 228/20
240/23 244/19 244/22
**showed [1]** 133/1
172/4 228/21
**shown [1]** 169/13
**shows [16]** 133/21
141/18 183/13 203/3
206/25 208/14 209/2
209/6 225/23 226/5
226/13 230/11 232/24
233/8 244/3 244/6
**side [8]** 179/22 202/1
202/2 202/11 202/12
209/1 223/15 250/1
**signal [1]** 221/6
**signature [1]** 124/14
**significant [4]** 147/10
200/5 203/23 204/25
**similar [3]** 170/12
170/13 172/14
**similarly [1]** 127/2
**simple [1]** 207/21
**simply [3]** 133/5
190/18 197/10
**since [6]** 171/20
175/11 228/10 229/13
253/8 254/3

**six [2]**
**six years [1]** 146/16
**slick [1]** 210/21
**slide [198]**
**slide 19 [1]** 204/11
**slide 21 [2]** 204/22
204/23
**slide 25 [2]** 206/3
206/12
**slide 26 [2]** 206/16
206/17
**slide 28 [1]** 207/19
**slide 31 [1]** 209/3
**slide 32 [1]** 209/22
**slide 34 [2]** 210/6
211/15
**slide 35 [3]** 211/20
211/21 212/20
**slide 36 [1]** 212/23
**slide 37 [1]** 214/1
**slide 38 [4]** 214/25
215/3 215/8 215/25
**slide 39 [1]** 215/4
**slide 40 [2]** 216/11
217/5
**slide 41 [2]** 217/22
217/23
**slide 42 [2]** 219/8
219/21
**slide 44 [3]** 220/5
221/8 221/18
**slide 45 [1]** 221/23
**slide 46 [5]** 223/6
223/7 223/23 223/24
224/4
**slide 47 [2]** 223/10
223/24
**slide 48 [3]** 224/9
224/10 225/3
**slide 49 [1]** 225/15
**slide 50 [2]** 225/20
225/24
**slide 53 [1]** 226/19
**slide 54 [1]** 227/5
**slide 55 [2]** 227/13
227/14
**slide 56 [3]** 229/3
229/5 230/4
**slide 58 [1]** 230/17
**slide 59 [1]** 230/25
**slide 60 [1]** 231/8
**slide 61 [2]** 231/19
231/21
**slide 62 [1]** 232/21
**slide 63 [1]** 233/6
**slide 64 [4]** 233/15
234/2 234/5 234/7
**slide 65 [1]** 234/1
**slide 66 [1]** 234/4
**slide 67 [1]** 234/12
**slide 68 [3]** 235/19
236/4 236/15
**slide 70 [1]** 236/12
**slide 71 [2]** 236/23
238/4
**slide 72 [1]** 238/9
**slide 73 [2]** 239/20
244/9

**slide 74 [1]** 240/17
**slide 75 [2]** 242/3
243/8
**slide 76 [1]** 243/24
**slide 77 [1]** 244/16
**slide 78 [1]** 245/4
**slides [11]** 172/13
174/4 174/11 174/14
174/18 177/23 178/4
182/15 186/25 231/16
243/20
**slightly [1]** 182/2
**slimmed [2]** 182/13
184/19
**slimmed-down [1]**
184/19
**small [8]** 200/17
207/16 208/22 209/22
232/1 232/1 241/18
241/18
**smaller [1]** 171/10
**sneak [1]** 228/1
**snow [1]** 254/1
**so [111]** 123/23 124/1
128/24 129/1 131/10
139/10 141/6 141/25
143/10 143/24 155/24
157/3 157/6 163/16
165/12 165/15 169/5
169/18 170/9 170/12
171/3 171/18 172/6
172/22 173/10 174/1
174/22 176/4 176/11
176/11 178/2 178/10
178/11 179/18 179/25
180/11 180/15 181/12
181/23 182/1 182/5
182/21 183/17 185/10
185/15 185/16 186/4
186/5 186/13 186/18
187/21 187/24 188/24
189/11 190/5 190/12
190/15 191/6 192/12
192/14 193/2 194/17
194/17 194/19 195/2
195/8 196/3 197/18
198/19 198/23 201/5
201/25 202/2 202/12
206/2 207/8 210/17
210/19 215/8 216/2
217/13 218/25 219/10
219/20 222/8 223/15
223/23 232/13 238/16
238/17 240/24 242/11
242/17 244/9 246/20
246/24 247/2 247/3
247/4 247/25 248/15
248/17 248/18 248/25
249/1 249/15 250/7
250/10 251/13 252/21
252/22
**software [1]** 123/7
**soldier [1]** 179/25
**solely [1]** 173/3
**solicit [1]** 245/19
**some [40]** 128/4
130/17 147/14 157/4
157/5 169/17 170/2

170/5 170/13 172/16
172/17 172/18 176/1
178/4 178/11 181/9
182/24 182/25 185/5
185/7 186/25 188/4
188/17 191/13 194/23
207/4 207/19 224/3
224/19 237/21 238/14
241/19 245/21 246/15
249/6 249/15 250/8
250/11 252/21 254/23
**somebody [2]** 207/14
207/15
**someone [3]** 213/10
228/9 228/21
**someone's [2]** 173/16
237/19
**something [22]** 161/5
172/6 175/16 176/7
176/12 177/21 184/3
184/11 184/22 187/1
198/18 206/6 206/12
212/3 214/9 225/16
229/10 247/23 248/20
250/20 252/3 252/19
**sometimes [2]** 192/14
192/15
**somewhere [1]** 240/8
**SOPHIA [4]** 119/14
145/25 146/1 146/11
**sorry [13]** 127/21
127/23 142/8 150/7
161/24 170/21 175/20
179/10 187/13 206/10
221/2 225/15 242/20
**sort [2]** 208/8
**sounds [1]** 253/19
**source [3]** 143/18
143/22 143/24
**space [3]** 130/17
130/21 135/4
**speak [3]** 161/11 180/7
246/25
**speaking [2]** 183/17
217/6
**special [31]** 119/12
121/6 121/7 121/10
121/15 122/1 122/2
122/7 122/21 126/23
128/1 129/11 131/4
132/4 132/22 134/5
135/9 136/7 136/25
137/10 138/3 138/10
139/3 139/12 140/3
140/13 142/11 143/14
144/23 145/16 145/22
**specific [12]** 122/2
128/25 150/2 157/4
160/4 163/1 163/22
174/17 178/17 193/15
247/12 252/5
**specifically [2]** 147/3
173/23
**spell [3]** 121/16 146/9
192/13
**spelled [3]** 192/7
192/14 192/15
**spend [1]** 184/21

**S**

spoke [1] 233/25
spot [3] 170/13 214/18
214/19
spreadsheet [6]
147/25 148/4 148/14
149/18 152/2 152/6
spreadsheets [2]
157/5 158/14
squad [5] 122/8 122/15
146/24 147/1 147/3
St. [5] 165/16 205/3
205/7 250/14 252/23
St. Louis [3] 165/16
205/3 205/7
Stacy [4] 119/6 256/3
256/8 256/9
stand [4] 180/8 217/14
217/14 249/5
start [7] 183/9 215/21
246/13 249/9 249/10
253/3 253/16
started [1] 212/11
starting [1] 150/12
starts [1] 216/15
state [5] 121/16 146/9
204/9 220/9 239/25
states [6] 118/1 118/3
118/10 210/10 215/15
216/2
stating [1] 190/4
station [1] 215/12
status [2] 246/16
247/11
stenography [1] 119/8
step [1] 245/17
still [10] 161/2 162/19
174/25 195/8 195/19
207/4 221/13 238/24
249/1 249/2
still-shot [1] 207/4
stock [1] 223/19
stop [4] 129/9 211/6
229/21 240/5
stopped [1] 240/8
storage [3] 123/22
128/17 128/20
store [1] 242/24
stored [1] 128/18
street [2] 118/15
242/13
streets [1] 215/23
stress [1] 217/10
stretching [1] 179/12
strike [1] 215/20
strong [1] 219/15
stuff [2] 238/17 249/18
stupid [1] 228/9
style [1] 198/12
sub [1] 148/4
subexhibits [1] 210/1
subject [8] 150/4
164/21 167/1 168/1
175/10 178/17 178/19
184/9
subjects [1] 146/22
submit [1] 187/15

**T**

submitted [1] 234/6
subpart [1] 184/13
subparts [5] 171/16
179/1 179/2 179/3
184/25
subpoena [7] 250/19
250/22 252/4 252/12
252/13 252/14 253/6
subpoenas [14] 250/8
250/11 250/15 250/16
251/12 251/15 251/16
251/19 251/21 251/23
253/11 253/12 253/21
254/4
subportions [1] 171/11
subscriber [4] 149/20
196/7 205/4 205/5
subsequent [2] 174/18
205/18
success [2] 250/11
250/13
such [1] 123/10
suggestion [1] 181/13
Suite [1] 119/3
summarize [1] 178/2
summarized [2] 186/6
186/23
summary [20] 169/17
169/19 170/16 171/24
174/24 175/1 175/16
175/19 176/10 177/10
177/21 177/23 178/7
178/13 178/18 183/2
186/10 187/22 197/8
197/9
supervisor [1] 122/14
supervisory [3] 121/25
122/2 122/7
support [2] 188/12
197/13
supported [1] 191/7
supporting [2] 146/24
147/1
supposed [2] 217/12
235/1
sure [9] 172/24 179/20
182/16 186/20 218/6
246/9 248/1 249/20
251/20
swear [3] 206/7 220/16
228/2
sweetheart [1] 240/8
sworn [2] 121/8 146/2
system [5] 123/14
123/17 124/4 126/2
131/15

**T**

T-Mobile [6] 149/2
149/3 151/1 153/10
196/6 205/4
T-U-N-I-S [1] 130/21
table [2] 162/9 162/10
take [28] 123/1 171/23
172/25 185/5 188/19
188/22 193/25 194/7
207/17 212/17 217/14
221/5 221/14 224/2

226/9 228/21 232/12
235/1 237/5 243/12
243/14 247/22 248/8
249/5 249/6 249/9
249/11 249/25
taken [3] 150/3 184/5
194/9
takes [2] 222/20 238/21
taking [4] 187/1 232/14
237/6 249/19
takings [1] 210/3
talk [4] 188/13 194/11
195/16 213/14
talked [3] 230/2 239/8
242/10
talking [8] 169/14
201/16 212/3 213/19
220/10 221/3 227/19
227/20
tank [1] 222/20
target [2] 150/8 150/9
tasked [1] 147/11
team [2] 122/4 219/2
telecom [1] 152/25
tell [24] 130/12 137/2
139/4 140/5 194/2
196/13 198/7 199/16
203/2 203/20 204/5
205/10 205/19 208/12
213/6 214/12 215/22
223/7 225/9 227/24
228/18 234/22 234/23
241/9
telling [3] 228/17
228/22 239/1
tells [2] 224/1 243/1
tentative [1] 187/7
term [2] 141/22 141/23
terms [5] 161/5 178/21
179/23 182/21 198/20
territory [2] 228/3
234/21
testified [2] 121/9
146/3
testify [1] 176/24
testimony [5] 168/19
177/25 183/1 183/1
249/4
text [14] 123/10 141/22
159/7 159/12 173/22
183/16 190/19 191/17
201/18 205/25 213/18
219/8 229/8 231/22
than [14] 123/13 141/6
168/22 169/3 177/7
178/14 180/1 180/19
182/2 195/15 222/18
224/22 224/23 250/2
thank [32] 124/12
126/5 127/20 128/10
129/8 145/16 145/18
145/21 146/6 156/6
157/21 159/2 160/24
162/1 163/17 165/4
166/5 167/4 168/4
170/23 180/10 183/6
183/21 187/8 188/25
195/23 243/15 245/16

236/7 254/24 254/24
255/1
thanks [5] 213/20
213/20 213/20 213/20
213/20
that [676]
that's [68] 127/10
140/7 142/5 150/14
157/8 166/1 171/19
171/22 175/15 176/22
176/23 177/22 178/19
180/4 180/15 180/21
185/22 185/23 187/6
187/12 187/16 188/22
202/22 202/22 203/8
203/13 205/16 206/6
206/14 206/21 213/23
214/8 215/18 215/25
216/22 216/23 217/17
218/7 218/10 218/10
218/13 220/18 221/8
221/16 221/18 222/23
224/13 227/1 227/17
228/6 228/22 232/16
235/4 237/6 237/16
238/4 238/13 239/2
239/24 240/11 242/23
242/23 243/18 244/24
251/16 252/17 252/24
254/16
their [12] 146/22
167/21 171/20 174/12
180/21 180/21 181/24
181/6 192/12 216/19
216/21 222/7
theirs [1] 181/23
them [49] 123/19 129/1
155/20 157/4 163/13
163/16 163/24 163/25
165/15 167/18 169/13
169/14 169/18 169/20
169/20 169/21 169/22
169/24 170/5 170/6
171/18 177/8 179/7
182/18 182/20 184/17
185/14 188/14 205/25
213/8 215/11 217/9
219/2 219/18 220/22
220/22 221/4 222/7
222/8 222/9 227/24
228/17 228/18 237/20
238/16 247/1 247/6
248/16 251/14
themselves [1] 241/3
then [35] 125/12 128/2
128/8 148/5 148/15
155/20 158/4 159/15
161/7 165/14 173/1
174/18 179/15 180/16
192/16 195/11 197/13
202/10 208/22 209/6
212/15 214/17 215/6
215/11 218/8 219/12
224/1 232/15 243/21
246/10 246/16 249/4
249/7 250/4 250/13
there [72] 122/11 125/7
125/16 127/22 129/9

129/20 130/13 133/20
134/25 135/1 139/5
141/8 149/19 150/11
152/6 162/4 165/8
166/4 169/3 171/3
172/22 173/24 176/12
183/14 185/11 186/21
187/11 187/14 187/15
188/3 189/13 189/15
189/15 191/17 194/13
194/15 195/11 196/9
196/20 198/11 198/18
198/21 199/4 199/5
199/5 201/18 205/23
207/22 209/23 212/9
214/10 215/20 216/18
221/16 222/4 224/18
227/18 229/11 229/12
232/6 241/2 242/8
242/16 244/20 248/16
250/10 250/18 251/11
252/16 252/18 252/20
252/21
there'll [1] 194/15
there's [17] 141/21
178/11 185/10 187/25
188/17 206/6 210/12
219/3 219/4 224/18
231/25 239/4 246/11
250/8 251/14 253/24
254/11
therefore [2] 187/21
248/10
therein [1] 177/15
these [51] 128/19
147/19 150/14 152/18
160/15 160/25 161/1
167/16 169/4 169/17
173/6 176/4 180/20
181/7 182/6 182/14
182/15 185/19 190/12
190/13 192/8 199/17
200/14 202/12 205/18
205/24 207/6 209/15
210/9 211/22 216/3
216/4 216/17 217/24
218/20 220/15 222/1
224/11 227/15 228/5
231/22 233/17 234/14
234/20 234/21 236/25
239/22 240/18 241/3
241/6 242/5
they [75] 125/11 127/9
130/18 144/9 147/5
168/23 170/9 171/16
174/12 176/4 176/15
179/7 179/7 180/1
181/7 182/11 182/16
182/17 190/13 190/13
192/13 192/15 212/9
212/12 213/4 216/3
216/4 216/15 216/18
216/19 216/23 216/24
217/2 217/8 217/8
217/13 217/15 218/6
219/18 220/22 220/25
221/12 222/22 223/18
227/24 228/2 229/22

**T**

**they... [28]** 232/4
232/10 232/13 234/17
234/17 234/18 235/2
237/4 237/4 237/6
237/6 237/8 237/18
241/2 241/5 241/5
243/2 243/2 243/3
246/25 247/1 247/3
247/5 248/15 249/1
251/13 252/8 252/9
**they'll [7]** 216/16
216/17 220/12 237/12
237/13 238/15 243/5
**they're [13]** 177/1
179/13 212/13 217/7
217/8 217/11 217/12
217/12 219/5 219/5
221/12 221/12 248/17
**They've [1]** 221/11
**thief [4]** 211/2 211/5
211/6 211/13
**thieves [4]** 190/12
190/14 216/3 216/4
**thing [9]** 168/6 181/18
187/25 224/15 229/11
232/5 235/4 253/16
253/21
**things [26]** 123/11
155/18 175/23 181/8
184/15 184/18 185/17
187/2 213/10 214/11
220/12 220/15 220/23
220/24 220/24 221/5
228/6 240/24 240/24
240/25 241/3 241/4
241/6 241/6 247/12
249/15
**think [44]** 127/18 143/5
155/18 163/20 166/1
166/4 169/3 170/11
172/9 176/12 177/1
178/8 178/9 179/6
179/25 180/16 181/2
181/6 181/11 182/25
185/17 186/4 186/18
187/3 188/3 188/9
188/10 188/17 194/17
195/7 195/8 195/14
199/4 220/21 220/22
243/20 245/12 245/18
246/17 246/18 249/8
250/22 251/22 251/25
**thinking [1]** 177/21
**thinks [1]** 177/20
**third [2]** 157/6 196/17
**this [352]**
**thorough [1]** 126/2
**those [53]** 124/7
124/17 125/4 127/5
127/7 128/16 128/16
128/22 129/1 145/16
158/9 158/12 159/11
161/1 164/11 164/18
168/16 168/22 174/3
174/11 174/19 179/4
181/11 184/15 184/18

186/12 188/13 189/5
195/9 199/22 200/11
200/11 201/22 202/23
210/22 222/9 223/11
223/13 223/16 223/24
223/25 224/1 231/17
236/9 236/16 249/6
249/17 250/16 250/21
251/13 252/7 252/8
253/12
**though [1]** 170/3
**thought [3]** 181/23
229/25 251/5
**thousand [1]** 213/20
**thread [1]** 198/22
**threads [1]** 173/23
**threat [1]** 194/13
**three [21]** 219/13 222/6
224/23 224/24 238/21
238/21 238/24 238/25
239/9 239/9 240/21
240/21 241/11 241/12
241/14 242/17 242/18
242/19 247/12 250/13
253/10
**through [25]** 118/6
127/19 147/12 147/14
151/3 168/20 168/24
169/19 169/22 171/18
172/20 174/11 175/16
176/16 177/7 177/12
181/7 182/8 184/17
184/21 184/24 194/20
201/25 254/12 254/19
**throughout [3]** 177/4
196/5 198/11
**throw [1]** 181/18
**Thursday [1]** 241/20
**tick [1]** 215/3
**tied [1]** 185/17
**time [66]** 122/12
122/13 124/20 126/8
127/14 130/5 131/21
132/14 133/11 134/18
135/19 136/18 137/21
138/21 139/22 140/24
144/13 145/10 145/24
149/10 151/6 151/21
152/3 153/10 153/16
154/16 156/22 158/11
160/11 163/6 164/20
166/24 167/23 169/4
169/6 171/17 174/22
175/15 176/1 176/16
177/9 182/11 184/21
188/16 188/22 191/5
194/1 194/2 195/9
221/14 232/24 233/8
238/20 238/21 243/17
245/7 245/13 245/21
245/23 246/17 247/13
247/19 248/7 248/19
251/23 254/23

**times [11]** 186/6
186/11 191/20 191/24
191/25 192/2 192/4
198/24 237/9 237/17
237/18
**tinted [1]** 210/16
**titled [2]** 148/4 235/23
**today [16]** 128/24
132/11 170/5 194/12
194/21 213/4 213/8
214/7 214/8 215/11
215/19 215/20 220/21
224/18 232/11 250/1
**together [4]** 169/4
178/10 178/22 220/14
**told [34]** 210/21 215/10
216/22 216/22 216/23
220/23 221/11 224/3
224/14 224/17 225/1
227/20 227/23 227/25
228/10 228/14 229/9
229/9 229/10 229/14
229/22 229/25 229/25
230/1 232/2 232/9
232/10 239/9 242/10
242/12 242/13 242/22
243/3 248/15
**tomorrow [19]** 187/25
194/19 195/3 195/6
195/10 195/10 215/20
238/16 238/16 241/18
241/19 245/18 245/20
247/4 248/25 249/24
253/16 253/22 254/23
**tonight [1]** 248/25
**too [4]** 222/10 222/11
232/13 241/3
**took [4]** 137/18 212/9
214/17 241/22
**tools [1]** 123/18
**top [5]** 141/23 142/16
157/10 192/6 208/22
**top-left [1]** 208/22
**topic [1]** 254/3
**total [2]** 239/10 240/22
**tough [2]** 217/14
217/15
**town [4]** 194/24 195/12
248/25 249/17
**track [2]** 185/25 195/8
**traditional [1]** 198/12
**traffic [5]** 190/9 190/17
190/18 218/23 218/24
**transaction [1]** 203/6
**transcript [3]** 118/9
119/8 250/6
**transcription [2]** 119/8
256/4
**transfer [1]** 202/6
**translate [1]** 167/17
**translated [10]** 159/16
159/18 160/1 160/2
160/15 160/19 161/15
161/18 162/22 163/1
**translation [7]** 160/5
162/18 167/11 206/5
210/25 211/7 218/25
**translations [13]**
160/20 160/25 161/14
163/22 164/9 164/17
166/12 167/21 189/16
191/12 191/16 192/13
205/19

**translator [17]** 163/16
163/16
**translators [8]** 159/15
159/18 160/22 162/25
164/22 165/12 167/17
192/12
**transport [1]** 246/13
**travel [1]** 195/12
**trial [6]** 118/9 128/24
176/3 178/11 248/10
251/24
**tried [1]** 178/2
**trouble [1]** 251/18
**true [1]** 176/20
**try [3]** 152/2 227/25
229/10
**tummy [1]** 209/17
**Tunis [111]** 130/21
134/1 135/5 137/6
139/8 140/9 150/4
162/23 164/13 165/16
173/5 173/25 174/8
174/15 174/20 178/3
182/6 184/5 189/12
189/24 190/2 190/23
191/18 191/18 192/22
193/16 193/21 196/4
196/21 197/11 197/23
198/10 198/13 199/2
199/17 200/4 201/12
201/16 202/3 202/6
202/14 203/23 204/25
205/21 205/24 206/4
206/18 206/25 209/16
209/17 210/2 210/9
210/24 211/13 211/22
212/1 212/17 213/1
213/3 213/17 214/5
215/2 215/10 217/1
217/7 217/24 218/6
218/20 219/15 219/18
220/2 220/7 220/20
221/2 221/2 222/13
222/16 223/8 223/22
223/25 224/11 224/14
225/1 226/21 227/16
228/5 228/13 229/6
231/23 231/25 233/18
233/22 233/25 234/15
234/25 235/22 236/2
236/13 237/1 237/12
237/24 238/12 239/8
239/23 240/1 240/5
240/19 241/22 242/6
242/9 242/16
**Tunis' [58]** 160/2 160/8
181/1 181/5 183/14
193/10 197/5 199/5
199/7 200/24 201/2
204/16 205/12 207/11
219/22 221/20 223/3
224/6 225/5 225/14
225/17 225/22 226/1
226/4 226/12 226/17
227/7 227/10 228/25
230/5 230/10 230/13
230/19 231/2 231/6
231/10 231/13 232/18
232/23 233/3 233/7

253/12 234/9 235/16
236/6 236/20 238/6
239/13 239/17 240/13
241/25 243/10 244/2
244/13 244/18 245/1
245/6 245/9
**Twenty [1]** 121/23
**Twenty-one [1]** 121/23
**twice [2]** 211/4 211/4
**two [44]** 124/17 131/9
164/18 166/12 175/23
180/7 189/13 192/6
192/8 193/21 194/3
194/10 194/12 195/8
195/9 197/22 201/17
201/22 207/6 209/15
217/3 219/3 219/10
221/3 223/8 223/16
223/25 232/14 232/15
235/1 235/22 235/22
237/24 238/2 238/2
238/3 238/23 239/2
239/3 240/23 242/16
242/18 242/20 249/6
**two-week [1]** 195/8
**type [1]** 128/1
**types [1]** 231/18
**typically [1]** 142/5

**U**

**U.S [4]** 118/15 118/17
147/6 211/10
**uh [1]** 241/15
**ultimately [4]** 161/15
161/17 173/15 188/14
**um [1]** 232/7
**uncertainty [1]** 194/19
**under [12]** 142/19
143/24 174/23 175/12
186/5 188/3 195/19
217/10 217/15 234/21
237/10 237/19
**underlined [1]** 190/3
**underlying [5]** 177/5
180/2 180/22 183/3
188/14
**understand [10]**
172/23 173/15 186/20
212/4 213/6 213/9
237/12 237/13 237/14
246/13
**understandable [1]**
182/12
**understanding [8]**
125/8 171/5 174/3
179/6 202/19 246/24
251/19 254/5
**Understood [1]** 253/18
**unfair [1]** 176/16
**Unfortunately [1]**
194/5
**unidentified [1]** 165/24
**Union [10]** 180/14
200/10 200/11 202/14
202/15 202/17 203/4
203/5 203/17 237/25
**unit [1]** 122/2
**UNITED [4]** 118/1

277

**U**

UNITED... **[3]**  118/3
118/10 215/15
unless **[4]**  180/15
184/22 245/13 250/20
unmodified **[1]**  251/12
unrevised **[1]**  251/8
until **[5]**  142/1 195/12
229/23 247/12 250/20
unusual **[1]**  169/12
up **[88]**  126/21 129/4
131/1 132/1 134/2
135/6 136/4 137/7
138/7 139/10 140/10
142/1 142/6 143/8
143/9 144/20 147/17
147/25 148/20 150/7
150/19 151/13 152/20
153/2 154/3 155/6
156/7 157/4 159/19
159/22 161/22 164/2
167/5 168/10 168/13
168/22 170/2 170/18
173/10 178/10 179/14
180/2 186/11 194/4
198/1 199/15 207/17
208/19 208/23 209/3
209/12 214/1 216/17
217/22 218/17 221/4
221/23 223/6 225/8
226/19 227/5 227/13
229/3 229/13 230/17
230/25 231/8 231/19
232/5 232/7 232/21
233/15 234/12 235/19
236/23 238/1 239/20
240/16 242/3 243/13
243/24 244/16 245/4
245/24 248/16 249/6
249/9 251/17
updated **[5]**  181/22
181/24 182/5 182/17
182/17
us **[36]**  123/22 123/24
125/11 125/25 126/1
162/2 176/10 181/11
181/21 196/13 198/7
199/16 200/1 203/2
203/20 204/5 205/10
205/19 208/12 210/21
218/22 219/3 219/4
219/5 219/6 219/15
219/19 221/24 223/7
225/9 235/1 242/21
243/21 246/23 251/5
254/14
use **[6]**  160/16 181/11
200/6 201/14 224/17
232/3
used **[12]**  123/7 186/7
186/14 191/17 191/23
191/25 192/5 192/5
192/10 198/1 222/21
222/22
user **[8]**  123/9 128/22
130/20 133/24 135/4
140/8 150/1 196/21

using **[4]**  123/17 183/5
229/18 238/3
usual **[1]**  247/12
Usually **[1]**  128/18
utilized **[1]**  201/20
utilizing **[1]**  202/4

**V**

VA **[1]**  119/4
various **[3]**  178/8
231/18 251/20
vast **[1]**  185/8
vehicle **[1]**  229/20
verify **[1]**  224/17
version **[3]**  176/2
182/19 189/25
versions **[1]**  182/5
versus **[1]**  235/24
very **[9]**  128/22 129/18
145/21 157/15 158/4
159/17 173/22 214/12
222/19
ViaPath **[1]**  253/1
video **[9]**  199/5 199/7
199/10 212/2 212/4
212/11 212/11 236/10
236/13
videos **[5]**  123/11
159/10 199/7 206/1
235/23
views **[1]**  245/19
violations **[2]**  252/17
252/20
violent **[1]**  147/1
visitation **[1]**  252/23
voicemails **[1]**  159/9
voluminous **[1]**  178/14
vs **[1]**  118/4

**W**

W-A-L-D-E-R **[1]**  135/4
wait **[3]**  176/21 218/3
221/6
waiting **[1]**  218/7
Walde **[1]**  222/13
Walder **[22]**  135/4
149/20 149/21 149/25
165/11 165/16 165/21
165/25 166/3 205/2
205/5 205/7 205/13
229/9 232/7 234/22
234/22 235/1 235/3
235/4 238/19 253/2
Walder's **[1]**  237/21
WalderStLouis24 **[1]**
205/9
wall **[1]**  235/25
want **[25]**  155/25 157/3
162/9 171/16 172/22
173/15 178/13 179/7
179/20 180/11 184/21
185/1 185/2 186/20
188/22 229/15 232/12
232/14 235/2 241/8
246/25 248/23 249/20
250/3 251/18
wanted **[4]**  175/22
194/19 245/13 251/11

wants **[3]**  125/24
169/20 243/6
was **[142]**
Washington **[3]**  118/4
118/16 118/18
waste **[2]**  238/20
245/22
wasting **[1]**  238/21
watch **[1]**  219/18
way **[15]**  155/23 170/2
170/8 170/9 177/9
183/11 183/14 187/24
188/2 188/24 223/15
235/12 239/6 248/5
254/11
we **[237]**
we'd **[7]**  132/14 134/18
135/19 140/24 160/11
178/8 246/18
we'll **[24]**  139/10 169/5
170/9 180/3 187/24
194/7 195/10 195/15
195/16 199/12 212/13
215/3 215/19 221/7
242/14 245/15 245/18
246/14 246/19 247/24
248/18 249/16 249/25
253/20
we're **[27]**  121/2
123/23 143/10 143/10
155/24 166/4 169/14
169/16 170/11 172/23
177/13 182/2 184/22
188/24 194/18 194/20
195/3 195/8 212/14
215/22 222/9 224/9
243/17 246/22 248/18
249/15 254/3
we've **[12]**  122/21
126/23 127/7 142/1
157/12 157/16 166/20
168/13 171/5 206/11
208/19 254/4
weapon **[5]**  227/22
227/22 227/25 233/20
237/21
weapons **[10]**  229/13
229/21 229/24 234/20
234/20 235/12 238/19
239/9 240/21 241/4
weather **[3]**  194/13
195/14 248/23
web **[2]**  232/25 233/9
Wednesday **[2]**  223/22
224/3
week **[8]**  128/6 131/15
133/5 140/18 176/10
194/24 195/8 218/4
weekend **[1]**  195/12
weight **[2]**  188/9
188/15
well **[16]**  168/6 169/12
180/16 181/17 192/19
201/16 208/4 211/3
211/9 213/4 228/14
237/19 247/9 247/18
249/25 252/12
went **[3]**  182/8 240/9

**X**
246/10

were **[48]**  123/11 125/3
125/14 127/1 128/19
142/1 142/18 146/24
147/5 147/6 147/6
148/14 150/3 159/11
160/4 161/15 161/17
162/17 165/12 165/13
171/6 176/5 178/6
181/9 182/15 191/17
192/10 192/16 193/16
194/23 195/25 198/11
199/1 205/20 205/23
205/25 210/4 212/11
212/12 217/2 228/24
233/11 237/20 249/1
250/15 251/13 252/16
252/20
Wesley **[1]**  215/10
Western **[10]**  180/14
200/10 200/11 202/14
202/15 202/16 203/4
203/5 203/17 237/25
what **[277]**
what's **[12]**  123/7
127/23 181/13 197/13
203/25 204/23 208/5
208/15 215/14 225/15
233/2 239/21
whatever **[2]**  178/13
248/19
WhatsApp **[45]**  123/12
129/15 130/15 130/16
130/19 131/9 132/8
132/25 133/22 133/23
133/24 134/9 135/2
135/3 135/13 136/11
137/4 137/5 137/14
138/14 139/6 139/7
139/16 140/7 141/11
145/2 159/8 159/12
183/25 189/11 196/17
196/21 196/22 197/22
197/24 197/25 198/1
198/3 198/10 198/11
201/2 202/9 202/13
239/22 244/7
WhatsApp.net **[2]**
244/7 244/23
when **[38]**  125/3 128/7
128/15 141/16 150/4
159/11 177/20 180/7
192/12 192/18 194/2
194/15 195/25 196/14
204/8 206/6 207/14
212/11 214/9 216/16
221/5 221/10 223/19
224/2 225/13 227/20
228/13 229/9 229/18
232/6 235/11 237/4
237/20 239/5 247/5
248/12 249/20 253/16
Whenever **[1]**  253/25
where **[17]**  121/19
143/22 146/13 173/1
176/25 182/3 182/15
187/6 190/19 193/3
204/16 212/3 212/12

216/15 216/22 235/3
249/1
whether **[20]**  178/12
180/22 180/23 181/3
182/25 183/2 186/20
186/21 188/3 188/4
188/11 188/15 202/19
219/25 246/18 248/6
248/7 251/1 251/7
253/23
which **[72]**  123/8
128/19 130/24 133/1
142/16 142/24 143/23
148/14 153/11 158/13
159/5 171/23 173/9
173/12 173/23 175/24
176/4 177/8 177/8
178/7 180/8 180/14
181/23 183/15 183/16
183/18 183/19 185/6
189/3 190/5 190/9
191/7 191/18 196/4
197/4 197/5 199/23
200/13 200/25 201/3
202/6 204/9 204/24
206/16 207/8 207/23
208/12 211/20 212/23
214/24 217/22 218/17
221/23 223/6 224/9
227/13 229/3 230/17
230/25 231/8 231/19
232/21 233/15 235/19
238/9 239/20 243/25
244/16 245/4 247/10
249/7 250/12
while **[9]**  190/11
191/16 194/20 196/20
200/9 215/22 216/2
217/10 253/2
who **[57]**  122/4 126/19
133/23 137/2 138/4
140/5 141/10 147/6
147/6 160/22 160/24
162/21 165/13 166/2
166/15 174/3 174/7
174/12 180/6 187/23
194/15 194/23 194/24
202/6 203/23 207/17
210/22 211/24 212/5
212/24 213/3 213/10
213/16 214/2 214/14
215/13 216/1 216/20
216/25 217/1 217/3
217/5 218/1 218/5
218/9 219/10 219/12
219/14 220/11 220/18
227/20 228/5 228/6
237/18 241/6 249/5
255/1
who's **[1]**  175/7
whole **[1]**  249/7
whom **[1]**  254/8
whose **[1]**  225/13
why **[7]**  161/7 184/14
191/9 192/7 237/3
237/6 245/22
wife **[1]**  211/13
will **[82]**  127/19 156/1

**W**

**will... [80]** 160/22
160/25 161/9 165/4
169/17 170/8 170/13
171/25 172/17 172/17
172/18 174/14 175/8
176/13 177/3 178/16
179/25 180/6 180/6
180/19 181/6 182/23
187/1 188/1 199/5
207/16 207/17 211/6
213/14 215/21 217/14
218/4 219/18 219/19
220/12 221/11 222/20
224/2 226/25 228/2
228/21 229/23 232/4
232/7 232/10 232/15
236/2 237/4 238/2
238/2 238/19 238/20
238/22 238/22 238/23
238/23 238/24 238/24
239/1 239/2 240/22
241/14 241/15 241/16
242/16 242/20 242/21
242/22 243/21 246/10
246/18 247/25 248/6
248/12 248/19 248/20
249/8 249/10 250/20
254/22
**Wilson [2]**  119/3
215/23
**wind [1]**  170/2
**winds [1]**  178/10
**Wisnick [1]**  241/12
**within [2]**  175/1 253/5
**without [25]**  124/24
126/12 130/8 131/24
132/17 133/15 134/21
135/22 136/22 137/24
138/25 139/25 141/2
144/17 145/14 149/13
151/10 151/24 153/19
154/20 156/4 156/25
158/16 253/16 253/22
**witness [28]**  121/3
121/4 122/18 145/17
145/20 145/23 160/13
160/17 160/23 160/24
161/1 161/5 169/12
175/24 177/25 177/25
178/22 180/7 185/12
185/24 187/5 188/4
188/13 194/3 195/4
195/7 249/5 249/8
**witness's [2]**  183/1
194/25
**witnesses [4]**  119/11
194/23 195/12 248/24
**won't [6]**  170/10 222/8
237/18 238/20 247/15
250/19
**word [2]**  141/22 142/2
**words [5]**  175/15
190/20 198/20 209/6
252/16
**work [9]**  121/19 146/13
146/14 146/22 148/7

211/5 213/8 214/7
214/7
**worked [3]**  146/15
146/16 159/17
**working [2]**  147/9
220/13
**works [2]**  227/20
227/23
**worries [1]**  220/21
**worry [1]**  217/9
**would [52]**  124/21
126/9 126/21 127/15
129/23 130/5 131/22
133/12 136/19 137/22
138/22 141/25 144/14
145/11 149/11 151/7
153/17 154/17 155/21
156/22 158/12 163/7
163/20 166/24 167/24
168/23 169/18 171/19
171/19 173/14 174/22
178/24 179/18 181/15
184/7 185/14 191/18
192/13 192/14 192/15
194/2 195/2 195/4
223/19 240/23 241/3
246/17 247/20 247/22
247/23 249/7 253/5
**wouldn't [1]**  241/8
**wow [4]**  211/2 213/6
228/5 242/13
**writing [1]**  192/16
**written [3]**  130/12
198/20 215/14

**Y**

**Yeah [9]**  143/4 143/7
162/6 175/4 239/8
241/15 248/4 251/7
254/11
**years [2]**  121/23
146/16
**yellow [1]**  190/3
**yes [231]**
**yesterday [1]**  181/24
**yet [10]**  122/14 129/22
179/4 221/13 240/3
246/21 246/25 247/1
247/3 250/17
**Yo [1]**  214/16
**Yonyon [7]**  187/18
190/4 192/7 192/21
192/23 192/24 193/4
**you [500]**
**you'd [3]**  170/2 181/14
247/19
**you'll [21]**  173/11
189/13 189/24 189/24
190/3 199/18 199/20
200/21 200/25 201/2
202/2 202/4 202/13
208/21 208/22 209/16
222/9 235/11 235/12
235/13 241/17
**you're [15]**  175/3
177/21 179/9 186/18
188/21 195/18 206/7
206/7 206/8 211/4

211/5 249/18 249/19
253/17 254/18
**you've [13]**  124/5
130/14 133/21 163/14
175/16 185/5 185/7
189/18 192/4 205/21
214/8 250/11 253/14
**your [178]**
**yours [1]**  162/8
**YouTube [3]**  235/22
236/9 236/16

**Z**

**Zo [2]**  222/10 224/24