UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        .
                                 .
            Plaintiff,           .     CR No. 21-0699-01 (JDB)
                                 .
      v.                         .
                                 .
                                 .     Washington, D.C.
JOLY GERMINE,                    .     Monday, January 22, 2024
                                 .     9:43 a.m.
            Defendant.           .
. . . . . . . . . . . . . . . .  .     Pages 279 through 416


A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:              KAREN P. SEIFERT, AUSA
                                 KIMBERLY L. PASCHALL, AUSA
                                 U.S. Attorney's Office
                                 601 D Street NW
                                 Washington, DC 20530

                                 BEAUDRE D. BARNES, ESQ.
                                 U.S. Department of Justice
                                 950 Pennsylvania Avenue NW
                                 Washington, DC 20530

For Defendant:                   ALLEN H. ORENBERG, ESQ.
                                 The Orenberg Law Firm, PC
                                 12505 Park Potomac Avenue
                                 6th Floor
                                 Potomac, MD 20854

                                 ELITA AMATO, ESQ.
                                 2111 Wilson Boulevard
                                 Suite 8th Floor
                                 Arlington, VA 22201

Court Reporter:                  BRYAN A. WAYNE, RPR, CRR
                                 U.S. Courthouse, Room 4704-A
                                 333 Constitution Avenue NW
                                 Washington, DC 20001

```
                C  O  N  T  E  N  T  S


                     TESTIMONY

SOPHIA CALIDONNA:   Direct Examination Continued ........ 296


                      *   *   *

                 EXHIBITS RECEIVED
```

```
Government Exhibit No. 102.04 ........................... 300
Government Exhibit No. 108.37 ........................... 302
Government Exhibit No. 108.38 ........................... 302
Government Exhibit No. 108.29 ........................... 304
Government Exhibit No. 108.34 ........................... 305
Government Exhibit No. 108.35 ........................... 305
Government Exhibit No. 108.33 ........................... 306
Government Exhibit No. 108.31 ........................... 307
Government Exhibit No. 108.32 ........................... 307
Government Exhibit No. 108.41 ........................... 308
Government Exhibit No. 108.96 ........................... 315
Government Exhibit No. 102.08 ........................... 316
Government Exhibit No. 108.71 ........................... 321
Government Exhibit No. 108.72 ........................... 322
Government Exhibit No. 108.73 ........................... 322
Government Exhibit No. 108.75 ........................... 323
Government Exhibit No. 108.74 ........................... 324
Government Exhibit No. 108.66 ........................... 324
Government Exhibit No. 108.81 ........................... 325
Government Exhibit No. 108.92 ........................... 326
Government Exhibit No. 108.62 ........................... 326
Government Exhibit No. 108.63 ........................... 327
Government Exhibit No. 108.64 ........................... 328
Government Exhibit No. 108.59 ........................... 328
Government Exhibit No. 108.103 .......................... 329
Government Exhibit No. 108.58 ........................... 329
Government Exhibit No. 108.57 ........................... 330
Government Exhibit No. 108.102 .......................... 331
Government Exhibit No. 108.60 ........................... 331
Government Exhibit No. 108.83 ........................... 336
Government Exhibit No. 108.88 ........................... 339
Government Exhibit No. 108.89 ........................... 339
Government Exhibit No. 108.85 ........................... 340
Government Exhibit No. 108.86 ........................... 340
Government Exhibit No. 108.87 ........................... 341
Government Exhibit No. 102.01 ........................... 345
Government Exhibit No. 102.02A .......................... 347
```

```
Government Exhibit No. 102.02B ........................... 347
Government Exhibit No. 102.02D ........................... 350
Government Exhibit No. 108.100 .......................... 351
Government Exhibit No. 108.36 ........................... 351
Government Exhibit Nos. 102.11A, B, C ................... 356
Government Exhibit No. 102.13 ........................... 358
Government Exhibit No. 108.43 ........................... 359
Government Exhibit No. 108.50 ........................... 360
Government Exhibit No. 108.69 ........................... 365
Government Exhibit No. 108.70 ........................... 365
Government Exhibit No. 108.65 ........................... 366
Government Exhibit No. 102.21 ........................... 367
Government Exhibit Nos. 103.01, 103.02 ................. 369
Government Exhibit No. 108.24 ........................... 370
Government Exhibit No. 108.22 ........................... 370
Government Exhibit No. 108.21 ........................... 371
Government Exhibit No. 108.55 ........................... 374
Government Exhibit No. 108.52 ........................... 375
Government Exhibit No. 108.53 ........................... 375
Government Exhibit No. 108.54 ........................... 376
Government Exhibit No. 108.67 ........................... 377
Government Exhibit No. 108.91 ........................... 377
Government Exhibit No. 103.11 ........................... 378
Government Exhibit No. 106.02 ........................... 382
Government Exhibit No. 106.01 ........................... 383
Government Exhibit No. 108.94 ........................... 394
```

\*   \*   \*

```
1                    P R O C E E D I N G S

2           THE DEPUTY CLERK:  Good morning, Your Honor.  We're on

3      the record in criminal case 21-699, United States of America

4      versus Joly Germine.  We have Ms. Regine Murray and Ms.

5      Vophsie Cantave as interpreters who have been sworn for the

6      record.

7         Starting with government counsel, may you please approach

8      the podium and state your appearance for the record.

9           MS. SEIFERT:  Good morning, Your Honor.  Karen Seifert

10     for the United States.  With me at counsel table are AUSAs

11     Paschall and Barnes.  Thank you.

12          THE COURT:  You're welcome.  And good morning.

13          MR. ORENBERG:  Your Honor, one second.  We have a

14     problem with the headset.  Okay, we're good.

15        Good morning, Your Honor.  Allen Orenberg on behalf of

16     Mr. Germine, who is present in the courtroom.

17          MS. AMATO:  Good morning, Your Honor.  Elita Amato on

18     behalf of Mr. Germine.

19          THE COURT:  Good morning, Ms. Amato.  Good morning,

20     Mr. Orenberg.  And good morning, Mr. Germine.

21        Let me say a few words about Friday.  We had a snow day so

22     we didn't hold court, and I believe there was some possible

23     confusion on the part of Mr. Germine as to whether he needed

24     to appear.  I'll take a few minutes and address that further

25     at the end of the day, but for now I'm happy that you are
```

1    here, Mr. Germine, we're ready to go, and hope that we don't

2    have any more problems in terms of attendance or

3    misunderstandings.  We'll do our best to make sure everything

4    is clear.

5        With that, there are other things that the government

6    wanted to discuss in terms of translations of exhibits?

7        MS. PASCHALL:  Yes, Your Honor.  But maybe we can

8    handle a softball one before we get to that issue.  Our second

9    witness of the day has a Korean interpreter, and given that we

10   have two sets of interpreters, I wanted to be able to alert

11   her where we could have that interpreter sitting and whether

12   we needed headsets for both that witness and the interpreter

13   or what Your Honor's practice is in a situation like this

14   where we have multiple interpreters.

15       THE COURT:  I'm not sure I've had the multiple

16   interpreters issue before.  If anyone has experience with it

17   and wants to make a suggestion, do so.  All right.

18       So the witness will need to have a headset to have

19   questions interpreted for the witness -- is it a man or a

20   woman?

21       MS. PASCHALL:  A woman.

22       THE COURT:  She'll need to have a headset, because if

23   you're the lawyer questioning her, your questions will have to

24   be interpreted for her.

25       MS. PASCHALL:  Correct.  What the interpreter has told

1   me in the past in a situation like this is she has stood

2   nearer to the witness in order to facilitate that.  It should

3   not be a long examination.  I would hate to have her stand

4   that whole time.

5          THE COURT:  I could put her in the closest jury seat if

6   that's good enough.

7          MS. PASCHALL:  Yes.  I think that will be sufficient.

8          THE COURT:  And the only -- the Korean will not have to

9   be interpreted necessarily by the translator, only the

10  English.  Your questions and the interpretations of her

11  answers will have to be interpreted by the Haitian Creole

12  interpreter.

13         MS. PASCHALL:  And I assured them this morning I would

14  speak as slowly as possible so that we could all muddle

15  through that process together.

16         THE COURT:  That is a lawyer's promise that is rarely

17  kept, but go ahead.

18         MS. PASCHALL:  Indeed.  The other thing that comes to

19  mind with respect to that is perhaps the interpreter will also

20  need a microphone since she will be giving the answers in

21  English.

22         THE COURT:  Ms. Duncan can take care of that.

23         MS. PASCHALL:  Okay.

24         THE COURT:  I appreciate your raising it with us, and I

25  think we'll be able to manage it, but time will tell.

1          MS. PASCHALL:  Okay.  With respect to exhibits, I have

2     been keeping a list of the exhibits that are part of Exhibit

3     140 that we have been going through.  My understanding was

4     that the defense counsel had objected to all of the

5     translations in the 100 series and had objected to us moving

6     in the 108 series, which is the series of photographs.  I have

7     not been moving them in as we've moved through the PowerPoints

8     because I think they will persist in their objections to

9     translations which I'll address in a second.

10        But I'm not certain whether I should go back and ask to

11    move the admission of the 108 series, which I think they only

12    objected to, if I understand their objection correctly, was

13    moving them in en masse.  Now that the witness has been able

14    to explain where these came from and their general

15    authenticity, I think as I move forward today I will attempt

16    to move in the photographs as we go, and then I will also ask

17    to move the admission of anything from the 108 series that we

18    missed going forward.  If that sounds appropriate to Your

19    Honor.

20         THE COURT:  I have to hear from them as to whether

21    you've correctly translated their position.  But the 108

22    series is not just photographs, is it?

23         MS. PASCHALL:  It is almost primarily all photographs.

24    There may be one or two videos.  And those are all drawn from

25    Government's Exhibit 100 that is already in evidence.  So I've

1        tried to draw that from the witness as we addressed those in

2        the slides.

3                THE COURT:  So when you say photographs, they're also

4        screenshots.  Correct?

5                MS. PASCHALL:  Correct.  Yes.

6                THE COURT:  Or indeed, mostly screenshots probably, or

7        a lot of screenshots.

8                MS. PASCHALL:  I think that's accurate.  Yes.

9                THE COURT:  All right.  And you will not have referred

10        to all of those 108 series, right?

11                MS. PASCHALL:  No, Your Honor.  That's why I'm keeping

12        a separate list to make sure that we admit the ones we have

13        discussed, given the objection to moving them in en masse.  So

14        I can --

15                THE COURT:  Your separate list that I printed out this

16        morning does not contain 108 series.

17                MS. PASCHALL:  No.  That list, Your Honor, is the list

18        of translations, solely for the translated purposes.  I am

19        keeping a separate list as we go of the other exhibits.

20                THE COURT:  Mr. Orenberg, or Ms. Amato, if you have

21        anything to say on this.  Why don't you just take one more

22        second, Ms. Paschall, and summarize what it is you're

23        suggesting so he can respond specifically to it.

24                MS. PASCHALL:  So I think my suggestion is to move in

25        any of the exhibits in the 108 series that we addressed on

1    Thursday.  I can read them out for the court.  And then as we

2    go along, when I hit a slide in Government's 140 that has an

3    Exhibit 108, I would move the admission of that at that time

4    so we'll know exactly which one we're talking about.

5            THE COURT:  And that's only 108?  That's all we're

6    talking about is the 108 series?

7            MS. PASCHALL:  Only the 108 series, yes, Your Honor.

8            THE COURT:  Mr. Orenberg.

9            MR. ORENBERG:  Right.  I appreciate the government's

10   being scrupulous about this.  But yeah, we want to make sure

11   that -- we're not agreeing to an en masse I guess admission of

12   exhibits going forward today.  We want to make sure that the

13   government has properly laid the foundation for the admission

14   of each individual exhibit.  If the exhibits that she's

15   talking about from Thursday, this past Thursday, I think

16   perhaps maybe at the break we could just check with them,

17   check our list, and then the government can move thereafter.

18           THE COURT:  It's fine with me if you double-check.

19           MR. ORENBERG:  Yeah.  I think we should double-check

20   and then we'll proceed from there.

21           THE COURT:  All right.  Good.

22           MS. PASCHALL:  And Ms. Seifert has reminded me that I

23   wanted to make something clear.  Everything in the 108 series

24   was drawn from Government's Exhibit 100 that is already in

25   evidence.  I've tried to lay that out.  However, for the

1    record to be explicitly clear, I've proposed doing this in

2    this manner.  But it is the government's position that all of

3    this actually already is in evidence as it is in Government's

4    Exhibit 100, which is the full extraction of the iPhone 11.

5         THE COURT:  All right.  100 is in evidence, and that's

6    the full extraction.  And you're representing that everything

7    we're talking about in the 101 series and the 100 series comes

8    from that extraction?

9         MS. PASCHALL:  Not quite.  I want to stick with the 108

10   series to begin with.  The 108 series does.  The 108 series is

11   photographs, videos, screenshots, pulled from Exhibit 100.  So

12   it's the government's position that technically the 108 series

13   is already in evidence, but to be clear with our record --

14        THE COURT:  Since you've listed them as exhibits, yeah,

15   we need to deal with them.

16        MS. PASCHALL:  Exactly.  The other parts if the 100

17   series, the 101s, 102s, and 103s, as they appear in Government

18   Exhibit 140 are a combination.  We have the original exhibits,

19   which is either a screenshot of the text message or the audio

20   message, and then we have the translated portion of that

21   message.  It's my understanding that that is what defense

22   counsel is objecting to, the portion of it that is the

23   translated portion.

24       So when we disclosed all of those exhibits, we made small

25   data folders that would include what was taken from

1    Government's Exhibit 100, be it a text message or an audio

2    message, and the corresponding translation.  You'll notice on

3    your exhibit list that there are translations in a 101.T

4    series, a 102.T series, etc.  The vast majority of those

5    translations were done by a language company called ISL.  We

6    produced all of those translations to the defense in discovery

7    that we received from them.  We are not using all of those

8    translations as exhibits.  They're just paired according to

9    what the government's evidence needed to show.

10        There are two additional groups that have done translations

11   in this case: the FBI has done some and a group called

12   Manpower Group has done some.  Manpower Group did the jail

13   calls.  We have provided the certificate of authenticity, and

14   the individual who did the translations of those jail calls is

15   on our witness list.

16        The FBI as a practice does not do certifications of

17   translations, however, that translator is available and is on

18   our witness list.  However, ISL is slightly different.

19            THE COURT:  Oh, a double "however."

20            MS. PASCHALL:  Love a "however."  ISL has provided us

21   with certificates of authenticity as the Manpower Group did.

22   We disclosed those over the weekend to defense counsel.  The

23   way that they provided the translations have very specific

24   file names, so their list has authenticity for each of those

25   file names.  That is how defense received them in discovery.

1        So they should be able to make those comparisons.

2        In the list I am keeping as well of Government's Exhibit

3   140, and I think what I gave to the court today, you will also

4   see that.  So you'll see, for instance, Government's Exhibit

5   101.38 and then you'll see Germine 24 and 25 as an example.

6   Those are the file names of what was produced to defense in

7   discovery so that they can make those matches.  They should be

8   able to do so based on how I disclosed those exhibits anyway,

9   but it's just for reference.

10       We think that that certification is sufficient to

11  authenticate those translations.  However, I believe, based on

12  their objections raised in court on Thursday, that they do not

13  believe that is sufficient.  We have spoken with ISL.  We are

14  prepared to bring down the project manager who worked on this

15  case.  ISL translated over 270 voice memos and dozens of text

16  messages.  In order to accomplish that, they gave those

17  translations out to about 30 different linguists, and they

18  have a three-tiered approach to how they create that final

19  product.  It was turned over in discovery.

20       So they send out the original voice memo to one linguist

21  who is both a Haitian Creole speaker and an English speaker.

22  They listen to the memo, they transcribe it into Haitian

23  Creole, and then they translate it into English.  So the

24  versions they received in discovery are mapped onto basically

25  a two-pronged chart where they can see what that person has

1      transcribed as the audio into Creole, and then their

2      translation into English.

3          The second step is that transcription and translation was

4      given to a second Haitian Creole and English speaker for a

5      quality control review.  That person also listened to the

6      audio, confirmed the transcription of the audio and the

7      translation of the audio, made any changes as appropriate.

8          Then it went to a third layer of review.  That would either

9      be a third linguist or the project manager in this case, who

10     reviewed for not only accuracy but also things like internal

11     consistency in the case, are names spelled correctly, are

12     there punctuation marks, things of that nature.  And that is

13     the final product that was disclosed to defense.  There's

14     approximately 300 of them.

15         We are more than happy to bring that project manager --

16             THE COURT:  With at least three people having

17     independent roles.

18             MS. PASCHALL:  Exactly right, Your Honor.  So we're

19     happy to bring that project manager, who would have been the

20     last set of eyes on those translations, to explain all of this

21     on the record and authenticate those translations.  However,

22     my understanding is that defense counsel wants to challenge

23     the translations.  In order to do that, I think they are

24     asking us to bring 30 some translators here and parse out

25     threads that, while I imagine this company who has been

1    excellent to work with and do quite good work, might be able

2    to do, it would take quite a long time.

3        So I think our request is that is how we plan to present

4    this to the court to authenticate that evidence.  If defense

5    has specific translations that they want to speak directly to

6    the translators, I think we may be able to do that, but I

7    think that would be quite difficult.  So I think I am

8    essentially asking through the Court what the challenge is at

9    this point to those records so that the government can meet

10   the challenge.

11       THE COURT:  All right.  I'm either a convenient

12   backboard or a convenient cushion on a billiard table that has

13   directed the question to you, Mr. Orenberg.

14       MR. ORENBERG:  Ms. Amato will --

15       THE COURT:  Or Ms. Amato.

16   I'll make a general observation.  And general observation

17   is a good term to use.  Just as you've made an objection to

18   the government admitting a vast quantity of documents just

19   without specific reference, I too think that an objection that

20   is simply an objection to the quality of the process used can

21   be dealt with.  You can make it, and I will deal with it.  The

22   government has already given pretty much what their

23   explanation is, and you can give what you think is a problem

24   with that.  And that will take care of, one way or the other,

25   either through by my sustaining your objection, which will be

1    a problem for the government, or my overruling your objection,

2    will take care of that general problem.

3        If you have specific objections to specific translations,

4    this translation is wrong because it does not include the word

5    "not," you can make those, and as the government says, there

6    may be some problem in terms of the timing, but to the extent

7    you can make them in advance, the government can try to bring

8    people in to deal with that.  But just a general objection is

9    not going to take care of everything, because just like I'm

10   not allowing the government to generally introduce everything,

11   I'm not going to let you generally object except to the extent

12   that you can make that objection, but then I'll deal with it

13   based on the government's representation of the process and

14   anything you have to say about the fault of the process.

15       Now, please.

16            MS. AMATO:  So we just learned about the fault -- not

17   the fault, excuse me.  We just learned about the process

18   yesterday evening, which is when we were shot several

19   different emails, and I've been reviewing them this morning.

20   So this is the first time that we are aware of this three-step

21   process that they have put through at least for, I guess it's

22   the ISL translations.  And I'm not sure if that's the same

23   process -- I think they had the FBI do some translations and

24   then there was a third group.  So again --

25            THE COURT:  Manpower I think it was.

1            MS. AMATO:  Yes.  That's right.  So I'm still reviewing

2    it to assess if the same type of process was used for all.

3        So before we received this information, I mean, our

4    interest was having something on the record, in other words,

5    have the government put on a witness -- and of course we

6    didn't know there were 30 different translators for the ISL,

7    but we thought there was just one maybe translator -- to have

8    the translator come on the record and explain their process.

9        Now that we know that it was a bit more involved than just

10   one, I think we need to assess whether we are still making a

11   general objection and whether we still believe that there

12   should be on the trial record a witness who comes to testify

13   to confirm exactly how this process was undertaken.

14           THE COURT:  It sounds like the government is prepared

15   to do that.

16           MS. AMATO:  Right.

17           THE COURT:  They have witnesses listed for both the FBI

18   and the Manpower, and they're prepared to bring in the project

19   manager for ISL.

20           MS. AMATO:  So that might then be the prudent way at

21   least to make sure it's on the record and it's clear and we

22   have a chance if there's any cross-examination or anything

23   that we need further to be delved into.

24        I would say we do definitely have one translation that we

25   do have a question with, and we can identify that one for

1    them.  And so they can obtain the specific interpreter, the

2    translator for that one.  So that's where we are at this

3    point.

4         THE COURT:  Okay.  I think that's a place that we

5    should be comfortable with, and I think the government should

6    plan on having that project manager available so that we can

7    have a full record with respect to the three sets of

8    translations and your general objection, to the extent that

9    you continue to make it having heard the explanation of the

10   process.  And then with respect to the one translation that

11   you're currently aware of, that you have a specific problem

12   with, advise the government and they'll decide how they want

13   to deal with it.

14        MS. AMATO:  All right.  Thank you, Your Honor.

15        THE COURT:  Thank you, Ms. Amato.

16      All right.  Everybody fine with that from where we stand?

17      Anything further that we need to address before we bring

18   back the witness that we were in the middle of on Thursday,

19   I guess it was?

20      Nothing?  All right.  So we have Ms. Calidonna to bring

21   back.  How many more hours do you think with this witness?

22        MS. PASCHALL:  We got to slide 78.

23        THE COURT:  I do it by date.  We got through September,

24   and you were about to enter into October, is the way I looked

25   at it.

```
 1            MS. PASCHALL:  That's fair.  Two to three hours,
 2       Your Honor?
 3            THE COURT:  Okay.  Just so I know.
 4         (Witness resumes the stand.)
 5            THE COURT:  Good morning, Ms. Calidonna.  I remind you
 6       you're still under oath.  Ms. Paschall.
 7       SOPHIA CALIDONNA, WITNESS FOR THE GOVERNMENT, PREVIOUSLY SWORN
 8                      DIRECT EXAMINATION CONTINUED
 9       BY MS. PASCHALL:
10       Q.   Welcome back, Ms. Calidonna.  We finished on Thursday
11       with slide 78 of Government's Exhibit 140, so I'll now move to
12       slide 79 of Government's Exhibit 140.  Here we see a portion
13       of Government's Exhibit 101.26.  Can you please describe to
14       the Court, what is this exhibit?
15       A.   These are messages exchanged between Mr. Germine and
16       Eliande Tunis on September 30, 2021.
17       Q.   And are these messages that you gleaned from your review
18       of the extraction of Eliande Tunis's phone at Government's
19       Exhibit 100 already in evidence?
20       A.   Yes.
21       Q.   Could you please tell us who wrote the first message?
22       A.   Mr. Germine did.
23       Q.   And what does that say?
24       A.   "All the weapons that we're buying, if you bought the
25       gun, you'd see it doesn't have a spare mag; order the mag
```

1    right away.  If you see there's no spare mag, order it

2    immediately.  That's what I'm telling Jocelyn too.  We'll also

3    order the mag.  We won't take weapon with a single mag."

4    Q.   And who responded to that message?

5    A.   Eliande Tunis.  She said, "This weapon, he told me, is a

6    weapon that's used to go to war.  I begged him to order it for

7    me and he told me I must order it myself."

8    Q.   Now move to slide 80 of Government's Exhibit 140, which

9    has a portion of Exhibit 101.46.  What is this slide?

10   A.   These are messages exchanged between Mr. Germine and

11   Eliande Tunis on September 30, 2021.

12   Q.   And are these messages that you pulled from the

13   extraction of Eliande Tunis's phone already in evidence at

14   Government's Exhibit 100?

15   A.   Yes.

16   Q.   Who sent the message 7:07:30 p.m.?

17   A.   Eliande Tunis.  She said, "Now it's up to me and Jocelyn

18   to fix this issue with the mags.  I'll order a quantity and

19   have Jocelyn order as well.  I'll send pictures.  I'll also be

20   on the phone while he's doing it, the 2 of us will be on the

21   phone.  And we'll order it.  I asked him for it.  He already

22   told me this gun is old.  What are you going to do with it?

23   This weapon is an old weapon and it was used by the military

24   in the battlefield.  The army uses this weapon.  There are

25   more beautiful weapons.  I said no, it's the one I want."

1    Q.   And who sent the second message on this slide at 7:57:43

2    p.m.?

3    A.   Eliande Tunis.

4    Q.   And what does it say?

5    A.   "Baby, we're buying mags.  I'll even buy 6.  You'll tell

6    me how many.  How many AR-15 mags you need.  Let me know."

7    Q.   Now move to slide 80, which contains Government's Exhibit

8    102.02.  What is on this slide?

9    A.   These are messages, specifically images exchanged between

10   Jocelyn Dor and Eliande Tunis on October 1, 2021.

11   Q.   And are these messages, specifically the images, gleaned

12   from your review of Government's Exhibit 100 already in

13   evidence?

14   A.   Yes.

15        MS. PASCHALL:  Your Honor, given that these are just

16   photographs, we would move the admission of Government's

17   Exhibit 102.02.

18        MR. ORENBERG:  No objection.

19        THE COURT:  Government's 102.02 is admitted.

20   BY MS. PASCHALL:

21   Q.   Who sent the first two messages on Exhibit 102.02?

22   A.   Eliande Tunis.

23   Q.   And at the top of the --

24        THE COURT:  Just a second.

25        MS. PASCHALL:  Sure.

1    THE COURT:  Looking at your exhibit list, 102.02 does

2    not seem to be this same information.  It's listed on my list

3    as messages 9/28/2021 at 10:47:28 a.m. through 5 something p.m.

4    MS. PASCHALL:  You are right, Your Honor.  This should

5    be Government's Exhibit 102.04.  My mistake.

6    THE COURT:  All right.  With that correction,

7    Mr. Orenberg?  I know it raises a question about the accuracy

8    of some of the exhibit lists, and maybe we'll have to deal

9    with that, but they've corrected the -- they're not correcting

10   the exhibit list; they're correcting 140 and the designation

11   of Exhibit 102.02.

12   So it raises questions about the accuracy of 140.  And

13   that's an important question with respect to 140, because 140

14   is a summary and it depends on being accurate in terms of

15   picking up the underlying admissible evidence.  It doesn't

16   have to be evidence -- things that are already admitted, but

17   it has to be admissible evidence.  But it has to be accurate.

18   MS. PASCHALL:  Right.

19   THE COURT:  So, Mr. Orenberg.

20   MR. ORENBERG:  My exhibit list, and I checked with my

21   co-counsel, 102.04 is also entitled "messages" on October 1,

22   2021.

23   THE COURT:  But I don't think when they use the term

24   "messages" on their exhibit lists they're necessarily

25   designating text messages.  It could be messages forwarding a

1    photograph.  Is that correct, Ms. Paschall?

2            MS. PASCHALL:  Yes, Your Honor.

3            MR. ORENBERG:  Okay.  Well, again, Your Honor, we'll

4    abide by the Court's observations about the exhibit list and

5    where we are with respect to other exhibits.

6            THE COURT:  The exhibit list isn't the problem.

7    The problem is 140, and I'll consider, when we get to the end of

8    this witness, I'll consider anything that you want to raise with

9    respect to 140.  But for now the question for you, Mr. Orenberg,

10   is any objection to the admission of 102.04, which has now been

11   represented to be what is and should be listed on the bottom

12   right-hand corner of this slide of Exhibit 140.

13           MR. ORENBERG:  No objection.

14           THE COURT:  All right.  So 102.04 is admitted.

15                             (Government Exhibit No. 102.04

16                             received into evidence.)

17           MR. ORENBERG:  Just to make sure the record is clear,

18   so 102.02 has been withdrawn?

19           THE COURT:  Well, it never was admitted, so it's out

20   there in the ether.  If we get to it, we get to it.

21           MR. ORENBERG:  All right.

22           MS. PASCHALL:  Thank you, Your Honor.

23   BY MS. PASCHALL:

24   Q.   Ms. Calidonna, I have circled on slide No. 81 the first

25   message sent in this chain.  Can you explain the language that

1   is at the top of that first message?

2   A.   At the top of Eliande Tunis's message it says "forwarded"

3   with regards to the image included in that message.

4   Q.   And what about the second message in this chain?  What

5   does that say at the top?

6   A.   At the top of this message from Eliande Tunis, it says

7   "forwarded" with regards to the image below.

8   Q.   And who is the sender of the last two messages on this

9   page at 12:21:30 p.m. and 12:22:37 p.m.?

10  A.   Jocelyn Dor is the sender.

11  Q.   Let's look at slide 82.  Can you please describe what's

12  in slide 82?

13  A.   This appears to be an image of a black magazine.

14  Q.   And who is the sender of this image?

15  A.   Eliande Tunis forwarded this image to Jocelyn Dor.

16        MS. PASCHALL:  Your Honor, we have separately labeled

17  the images as a part of these messages.  This one is marked as

18  Government's Exhibit 108.37.

19  BY MS. PASCHALL:

20  Q.   Ms. Calidonna, is Government's Exhibit 108.37 an image

21  that you gleaned from your review of Government's Exhibit 100

22  already in evidence?

23  A.   Yes.

24        MS. PASCHALL:  At this time, Your Honor, we would move

25  the admission of Government's Exhibit 108.37.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 108.37 is admitted.

3                         (Government Exhibit No. 108.37

4                          received into evidence.)

5    BY MS. PASCHALL:

6    Q.   Move to slide 83, which contains what is marked as

7    Government's Exhibit 108.38.  What is in this slide?

8    A.   This depicts a photo of a black magazine.

9    Q.   And who sent that?

10   A.   It was forwarded by Eliande Tunis to Jocelyn Dor.

11   Q.   And is this image that's depicted in Government's Exhibit

12   108.38 one that you gleaned from your review of Government's

13   Exhibit 100 already in evidence?

14   A.   Yes.

15          MS. PASCHALL:  At this time we would move the admission

16   of 108.38.

17          MR. ORENBERG:  No objection.

18          THE COURT:  I have a question, Ms. Paschall.  Well,

19   first of all, the 108.38 is admitted.

20                         (Government Exhibit No. 108.38

21                          received into evidence.)

22          THE COURT:  On your exhibit list, do you use the term

23   "cartridge" and the term "mag" interchangeably?

24          MS. PASCHALL:  Yes, Your Honor.

25          THE COURT:  Because this seems like a magazine, not a

1    cartridge.

2          MS. PASCHALL:  I think, Your Honor, that the witness's

3    testimony should stand as to what this is as opposed to what

4    is listed on the witness list.

5          THE COURT:  I'm just asking what you're describing on

6    the exhibit list.  And you're using "cartridge" and "magazine"

7    sort of interchangeably.

8          MS. PASCHALL:  I believe so, Your Honor.  Those are

9    just the file names as they were disclosed to defense counsel.

10         THE COURT:  Okay.

11         MS. PASCHALL:  I think her testimony stands as to what

12   the image actually is.

13         THE COURT:  Okay.  Go ahead.

14         MS. PASCHALL:  Thank you, Your Honor.

15   BY MS. PASCHALL:

16   Q.  I have moved on to slide 84, which shows Government's

17   Exhibit 108.29.  Can you explain what's on this slide?

18   A.  This is a photo I found on Eliande Tunis's iPhone 11.

19   It shows a creation date of September 29, 2021.

20   Q.  And what is depicted in that screenshot in Government's

21   Exhibit 108.29?

22   A.  This appears to be a screenshot of the WhatsApp text

23   messages between Eliande Tunis, and if you look at the top,

24   it says "Joly M."

25   Q.  And what is depicted in those two messages?

1    A.    There are two photographs in this screenshot.    The first

2    is that same black magazine, and the second is a different

3    photo of a magazine.

4    Q.    And is this exhibit, Government's Exhibit 108.29,

5    something that you gleaned from your review of Government's

6    Exhibit 100 already in evidence?

7    A.    Yes.

8        MS. PASCHALL:    At this time, Your Honor, we would move

9    the admission of Government's Exhibit 108.29.

10        MR. ORENBERG:    No objection.

11        THE COURT:    108.29 is admitted.

12                        (Government Exhibit No. 108.29

13                            received into evidence.)

14    BY MS. PASCHALL:

15    Q.    Moving on to slide 85, which has Exhibit 108.34.    Can you

16    explain what this is?

17    A.    This is a photograph sent to Eliande Tunis from Jocelyn Dor.

18    Q.    And what is depicted in the photograph?

19    A.    This shows a black magazine in a plastic bag.

20    Q.    And is Government's Exhibit 108.34 something you gleaned

21    from your review of Government's Exhibit 100 already in

22    evidence?

23    A.    Yes.

24        MS. PASCHALL:    At this time, Your Honor, we would move

25    the admission of Government's Exhibit 108.34.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 108.34 is admitted.

3                         (Government Exhibit No. 108.34

4                         received into evidence.)

5     BY MS. PASCHALL:

6     Q.    Moving on to slide 86, which contains Government's

7     Exhibit 108.35.  Can you explain what's on this slide?

8     A.    This is an image that was sent by Jocelyn Dor to Eliande

9     Tunis.

10    Q.    What is depicted in the image?

11    A.    A black magazine being held.

12    Q.    And is this image something that you gleaned from your

13    review of Government's Exhibit 100 already in evidence?

14    A.    Yes.

15          MS. PASCHALL:  At this time, Your Honor, we'd move the

16    admission of Government's Exhibit 108.35.

17          MR. ORENBERG:  No objection.

18          THE COURT:  Without objection, 108.35 is admitted.

19                         (Government Exhibit No. 108.35

20                         received into evidence.)

21    BY MS. PASCHALL:

22    Q.    I've pulled up slide 87, which contains Government's

23    Exhibit 108.33.  Can you please explain what's on this slide?

24    A.    This is an image that I found on Eliande Tunis's iPhone

25    11.  It shows a capture date of September 30, 2021.

306

1    Q.   And what is depicted in the image?

2    A.   There are three wrapped magazines in the image.

3    Q.   Is this something that you gleaned from your review of

4    Government's Exhibit 100 already in evidence?

5    A.   Yes.

6         MS. PASCHALL:  At this time, Your Honor, we'd move the

7    admission of 108.33.

8         MR. ORENBERG:  No objection.

9         THE COURT:  Without objection, 108.33 is admitted.

10                        (Government Exhibit No. 108.33

11                          received into evidence.)

12   BY MS. PASCHALL:

13   Q.   Now moving on to slide 88, which contains Government's

14   Exhibit 108.31.  Can you explain what is here?

15   A.   This is an image I found on Eliande Tunis's iPhone 11.

16   It shows a capture date of September 30, 2021.

17   Q.   And what does the image depict?

18   A.   It depicts a black firearm.

19   Q.   Is this an image that you gleaned from your review of

20   Government's Exhibit 100 already in evidence?

21   A.   Yes.

22        MS. PASCHALL:  At this time, Your Honor, we'd move the

23   admission of Exhibit 108.31.

24        MR. ORENBERG:  No objection.

25        THE COURT:  Without objection, 108.31 is admitted.

1                              (Government Exhibit No. 108.31

2                              received into evidence.)

3     BY MS. PASCHALL:

4     Q.   I've pulled up slide 89, which contains Government's

5     Exhibit 108.32.  What do we see here?

6     A.   This is an image that I found on Eliande Tunis's iPhone

7     11.  It shows a capture date of September 30, 2021.

8     Q.   And what is depicted in the image?

9     A.   In this image you'll see multiple boxes labeled "Gold Dot

10    9mm."

11    Q.   And is Government's Exhibit 108.32 something that you

12    gleaned from your review of Government's Exhibit 100 already

13    in evidence?

14    A.   Yes.

15         MS. PASCHALL:  At this time, Your Honor, we'd move the

16    admission of 108.32.

17         MR. ORENBERG:  No objection.

18         THE COURT:  Without objection, 108.32 is admitted.

19                              (Government Exhibit No. 108.32

20                              received into evidence.)

21    BY MS. PASCHALL:

22    Q.   I've now pulled up slide 90.  Can you please explain

23    what we see on slide 90?

24    A.   These are messages exchanged between Mr. Germine and

25    Eliande Tunis on October 4, 2021.

308

1    Q.   And the first message that is in Government's Exhibit

2    108.41 on slide 91, what is this message?

3    A.   This is a photograph that Eliande Tunis sent Mr. Germine.

4    Q.   What is the date?

5    A.   The date is October 4, 2021.

6    Q.   And is Government's Exhibit 108.41 something that you

7    gleaned from your review of Government's Exhibit 100 already

8    in evidence?

9    A.   Yes.

10        MS. PASCHALL:   At this time, Your Honor, the government

11   would move the admission of Government's Exhibit 108.41.

12        MR. ORENBERG:   No objection.

13        THE COURT:   Without objection, Government's Exhibit

14   108.41 is admitted.

15                         (Government Exhibit No. 108.41

16                              received into evidence.)

17        MS. PASCHALL:   Is everyone seeing a slide of messages

18   from October 5?  Okay.  Thank you.

19        THE COURT:   I'm a little confused.  Can you go back two

20   slides?  One more.  So you're just dealing with the first half

21   of this slide?

22        MS. PASCHALL:   Just the first half, Your Honor.

23        THE COURT:   Okay.

24        MR. ORENBERG:   Oh.

25        THE COURT:   Go ahead.

 1              MS. PASCHALL:  Thank you, Your Honor.

 2       BY MS. PASCHALL:

 3       Q.   I have Government's Exhibit 140 slide 93 up on the

 4       screen.  This contains a portion of Government's Exhibit

 5       101.28.  Can you please explain what's in Government's Exhibit

 6       101.28?

 7       A.   These are messages exchanged between Mr. Germine and

 8       Eliande Tunis on October 5, 2021.

 9       Q.   I've circled the first message on the page, from 3:00:19

10       p.m.  Who sent this first message?

11       A.   Eliande Tunis sent this first message.

12       Q.   And what is the translation of this message?

13       A.   "Yes.  I am going to his bank to deposit the money."

14       Q.   Who sent the second message at 3:03:43 p.m.?

15       A.   In response, Mr. Germine sent this message.

16       Q.   And what does it say?

17       A.   "That is what he told me."

18       Q.   Who sent the third message at 3:05:34 p.m.?

19       A.   Mr. Germine.

20       Q.   And what is the translation of that message?

21       A.   "Babe, I was supposed to tell Jocelyn about that but

22       I almost forgot.  The gun I told you to buy, the M14 and you

23       couldn't find it.  The gun he put on the bag on the stacks

24       of bag at the store, he says that is similar to the M14.

25       Tell him to make them insert the mag so he can show it to me.

1    I would buy this one too.  We could get it tomorrow.  This one

2    fires as many bullets as the M14.  Have them insert the mag,

3    take pictures with the mag in it so I can see it."

4    Q.    And the final message on this page from 4:57:33, what

5    does it say at the top of that square?

6    A.    It says "forwarded."

7    Q.    And who sent this message?

8    A.    Eliande Tunis.

9    Q.    What is the translation of this message?

10   A.    Eliande Tunis forwarded the message that says, "It

11   doesn't have an extra mag.  It only comes with one mag.

12   You'll have to buy, order the other mag.  It only comes with

13   one mag.  The other one that had 2 things, you know they had

14   2; one that is -- one that is, one that is undivided.  There

15   is one that is dismountable.  So the one that is dismountable,

16   it seems that someone else has already taken it.  I'm going to

17   ask about the one that is undivided."

18   Q.    Moving on to slide 94 of Government's Exhibit 140.  I

19   have here on this page a portion of Government's Exhibit

20   102.23.  What is this?

21   A.    This is a message that Jocelyn Dor sent Eliande Tunis on

22   October 5, 2021.

23   Q.    And what is the translation of that message?

24   A.    The translation is, "It has no extra magazine; it comes

25   with one magazine; it comes with one magazine.  You'll have

1     to order the other magazine.  It comes with one magazine.

2     Uh, the one that had -- the one which had two things, you know

3     there are two, one of them, one of them in, one of them in one

4     piece.  There is one which is not in one piece.  So the one not

5     in one piece, it seems that another person already got it.  I'm

6     going to inquire about the one in one piece to find out how it

7     is."

8     Q.   Moving on to slide 95, which contains Government's

9     Exhibit 101.29 -- actually, before I move on, is Government's

10    Exhibit 102.23, that audio message, something that you gleaned

11    from your review of Government's Exhibit 100 already in

12    evidence?

13    A.   Yes.

14    Q.   Moving on to Exhibit 101.29, what is on this slide of

15    Government's Exhibit 140?

16    A.   These are messages exchanged between Mr. Germine and

17    Eliande Tunis on October 5, 2021.

18    Q.   Who sent the first message?

19    A.   Eliande Tunis.

20    Q.   And what does it say?

21    A.   "Okay.  I'm the one who is going to pick them up at his

22    place because his sister will go to work:  He or she has not

23    fixed his or her car yet."

24    Q.   Who sent the second message at 8:29:09 p.m.?

25    A.   Eliande Tunis.

1    Q.   And what does it say?

2    A.   "So he will get the big one tomorrow.  I will get them

3    on Thursday morning."

4    Q.   Who sent the third message at 8:21:23 p.m.?

5    A.   Eliande Tunis.

6    Q.   And what is the translation?

7    A.   "You will tell me what you think."

8    Q.   And who sent the final message at 8:22:59 p.m.?

9    A.   Mr. Germine.

10   Q.   What is the translation?

11   A.   "Okay, baby.  It's going to be good but we will take the

12   other one as well."

13   Q.   So the four text messages that we see in Government's

14   Exhibit 101.29, were those messages that you culled from your

15   review of Government's Exhibit 100 already in evidence?

16   A.   Yes.

17        THE COURT:  Before you move on, those may not be the

18   only four messages since the exhibit list indicates that

19   there's another message, at least one, since the end time is

20   8:28:54, which is not the same as the last message.

21        MS. PASCHALL:  So in order to streamline things for

22   the trial just against Mr. Germine, we have deleted several

23   messages as well as several slides.

24        THE COURT:  I don't think that's a problem, but it's

25   just the way you phrased it a moment ago, you were indicating

1    this was the entirety of 101.29, but it is not the entirety

2    of 101.29.  Is that correct?

3         MS. PASCHALL:  I believe that is correct, Your Honor.

4    I think --

5         THE COURT:  But you wouldn't be moving to admit the

6    entirety of 101.29.

7         MS. PASCHALL:  Exactly.  So we would be moving to admit

8    the portions that Your Honor is seeing during the evidentiary

9    presentation.  There are going to be many messages on our

10   exhibit list that are no longer applicable given that we only

11   have one defendant remaining.

12        THE COURT:  I understand.  Proceed.

13   BY MS. PASCHALL:

14   Q.   Move to slide 96, which contains a portion of

15   Government's Exhibit 101.30.  What is this?

16   A.   This is a continuation from the previous slide.  It

17   depicts messages exchanged between Mr. Germine and Eliande

18   Tunis on October 5, 2021.

19   Q.   Who sent the first message at 8:28:54 p.m.?

20   A.   Eliande Tunis sent the first message.

21   Q.   What does the translation say?

22   A.   "Pa, I owe Jocelyn $2,000, besides the tax off $15,000.

23   We owe him about $3,000.  He bought some of the things for

24   $2,000, and some others for $1,800.

25   Q.   And who sent the second message?

314

```
 1     A.   Eliande Tunis did.

 2     Q.   And what is the translation of that message?

 3     A.   "Tomorrow morning, Santia will have send it in her/his

 4     name for her/him.  I don't have anything to give her/him."

 5     Q.   Who sent the third message?

 6     A.   Mr. Germine.

 7     Q.   What is the translation?

 8     A.   "Okay, baby.  How much money does she have to send to

 9     her/him because I will take the other one, which was on the

10     suitcase as well?"

11     Q.   Who sent the fourth message?

12     A.   Eliande Tunis.

13     Q.   What is the translation?

14     A.   "Okay, then.  The one in the suitcase costs $3,000."

15     Q.   Who sent the final message?

16     A.   Mr. Germine.

17     Q.   And what is the translation?

18     A.   "That is what she/he told me."

19     Q.   These five messages that we see on slide 96 that comprise

20     Government's Exhibit 101.30, are those messages that you

21     culled from your review of Government's Exhibit 100 already in

22     evidence?

23     A.   Yes.

24     Q.   Moved on to slide No. 97 of Government's Exhibit 140.

25     What is on slide No. 97?
```

1    A.    These are two messages sent from Jocelyn Dor to Eliande

2    Tunis on October 5, 2021.

3    Q.    And what is contained in the first message?

4    A.    In the first message --

5          THE COURT:    Just a second.    The messages say October 4,

6    the heading says October 5.    Do we need to get some

7    consistency here?

8          MS. PASCHALL:    Yes, Your Honor.

9    BY MS. PASCHALL:

10   Q.    What date is the message that is on slide 97?

11   A.    October 4.

12   Q.    I have moved forward to slide 98.    Circling the message

13   in the center.    Does that appear to be the same message that

14   was discussed on the previous slide from October 4, 2021?

15   A.    Yes.

16   Q.    This video is marked as Government's Exhibit 108.96.    Is

17   this a video that you culled from your review of Government's

18   Exhibit 100 already in evidence?

19   A.    Yes.

20         MS. PASCHALL:    At this time, Your Honor, the government

21   would move the admission of Government's Exhibit 108.96.

22         MR. ORENBERG:    No objection.

23         THE COURT:    Without objection, 108.96 is admitted.

24                              (Government Exhibit No. 108.96

25                               received into evidence.)

1    BY MS. PASCHALL:

2    Q.   I'll now play Government's Exhibit 108.96.

3         (Video played.)

4         There is no audio.

5         Now moved on to slide 99.  What is depicted in slide 99?

6    A.   On October 4, 2021, Jocelyn Dor sent Eliande Tunis a link

7    to a YouTube video.

8    Q.   This is contained Government's Exhibit 102.08.  Is this

9    image -- is this video rather from Government's Exhibit 102.08

10   one that you culled from your review of Government's Exhibit

11   100 already in evidence?

12   A.   Yes.

13        MS. PASCHALL:  At this time, Your Honor, the government

14   would move the admission of Government's Exhibit 102.08.

15        MR. ORENBERG:  No objection.

16        THE COURT:  Without objection, 102.08 is admitted.

17                         (Government Exhibit No. 102.08

18                          received into evidence.)

19        MS. PASCHALL:  I believe this video will have audio,

20   so I will attempt to move my microphone so that can be heard.

21        (Video played.)

22   BY MS. PASCHALL:

23   Q.   I've now pulled up slide 100, which contains Government's

24   Exhibit -- a portion of Government Exhibit 101.31.  What do we

25   have here?

1   A.   These are messages exchanged between Mr. Germine and

2   Eliande Tunis on October 6, 2021.

3   Q.   Who sent the first message on this page at 10:27:34 a.m.?

4   A.   Eliande Tunis.  This appears to be a message that she

5   forwarded to Mr. Germine.

6   Q.   And what does that message say?

7   A.   "Yeah.  I am.  I am going to fill out the form and then

8   what do I do?  Patrick will tell you how much money, how much

9   it amounts to.  It is you who have to tell me what to do."

10          THE COURT:  So this is a message that is forwarded and

11  therefore the text is not from Ms. Tunis?

12          THE WITNESS:  That's correct.

13  BY MS. PASCHALL:

14  Q.   Who is the sender of the second message?

15  A.    Mr. Germine.

16  Q.   What does it say?

17  A.    "Baby, while Walder is there, ask him to go to Patrick

18  to take care of everything and then you can go get the things,

19  okay?  Just go get the things.  Walder can buy everything.

20  Tell Walder to buy everything.  Go ahead and send him the

21  message for me.  With Jocelyn, I only had Jocelyn buy the

22  things for us.  Jocelyn bought six things in one, in two days.

23  He bought six things.  He got in and got out with all the

24  things, man, in two days.  Walder has the same license as him.

25  If Walder does not do something for me it's because he does

1    not want to.  He is just acting stupidly.  You can send him

2    the message.  Tell him it is I who sent him the message:

3    Walder can just go in and get the things for me."

4    Q.   And the third message on the screen, who sent that

5    message?

6    A.   Mr. Germine.

7    Q.   What is the translation of that message?

8    A.   "Everything is ready.  Everything.  Three years ready.

9    Everything.  I already have the receipts for everything.  So

10   it's just the money they're sending.  The amount comes 2,854.

11   So, everything is ready now.  I have the receipt, if you want.

12   I can send the picture of the receipt to you.  I will tell

13   your wife that too.  Everything is ready."

14   Q.   Now pulled up slide 101 of Government's Exhibit 140.

15   What is depicted here?

16   A.   These are messages exchanged between Walder St. Louis

17   and Eliande Tunis on October 6, 2021.

18   Q.   And this contains a portion of Government's Exhibit

19   103.05.  Who sent the first message?

20   A.   Walder St. Louis.

21   Q.   What is the translation?

22   A.   "The paper.  I will fill it out.  And what should I do

23   next?  Patrick will tell you how much money, how much the

24   amount will be.  It's up to you to tell me what to do."

25   Q.   Who sent the second message?

1    A.    Walder St. Louis.

2    Q.    What is the translation?

3    A.    "The paper.  I do not know.  I don't know.  It's up to

4    you to tell me how to handle that.  I do not know.  I know

5    absolutely nothing.  Do you understand?  So, you are going to

6    tell me how to do it."

7    Q.    Who sent the third message?

8    A.    The third message is a message that Eliande Tunis

9    forwarded to Walder St. Louis.

10    Q.    What is the text of that message?

11    A.    "Babe, while Walder is there, just have him go to

12    Patrick's house.  He will get everything ready and we will

13    only go pick up everything, you get me?  You will just pick

14    them up.  Walder can buy everything.  Tell Walder to buy

15    everything.  Send him a message for me.  Look at Jocelyn.

16    You just told him to buy the stuff for us and Jocelyn bought

17    6 in 2 days.  He bought 6.  He just went in and came out with

18    all of his things, man.  In just 2 days.  And Walder got his

19    license.  If you see that Walder doesn't do something for me,

20    it is because he does not want to.  You may send a message to

21    him.  Tell him the message is directly from me.  Walder can

22    just go and pick up the stuff for me."

23    Q.    Who sent the fourth message on this page?

24    A.    Walder St. Louis.

25    Q.    What does it say?

1    A.   "I didn't say I wasn't taking the stuff.  I'm already

2    on my way to take care of it, and you're talking like that?

3    I really don't understand the manager.  I am on my way to take

4    care of everything.  Haven't you explained that to him?"

5    Q.   Moving on to slide 102 of Government's Exhibit 140.

6    What is depicted here?

7    A.   This is a message Mr. Germine sent to Eliande Tunis on

8    October 10, 2021.

9    Q.   This contains a portion of Government's Exhibit 101.35.

10   Who is the sender of this message?

11   A.   Mr. Germine.

12   Q.   And what is the translation of this message?

13   A.   "Baby, here's the bullet.  I am sending it so you can see

14   it.  The boss said that he bought a box for me.  Here it is,

15   baby!  Say nothing, man.  I should buy about 3 guns like this.

16   They are big guns, baby, big guns.  It's a big gun, man.

17   That's something I can use to do a lot of bad things, man,

18   while I'm on a motorcycle.  These are big long guns.  When you

19   are, you are on a motorcycle with your gun on you, you can

20   wipe out an area completely.  These are big guns, you only

21   need bullets to wipe out a whole country."

22   Q.   And is this message contained on slide 102 culled from

23   your review of Government's Exhibit 100 already in evidence?

24   A.   Yes.

25   Q.   Moving on to slide 103.  What is depicted in slide 103?

1    A.    This is an image that I found on Eliande Tunis's iPhone

2    11.  It shows a creation time of October 11, 2021.

3    Q.    And what is the image?

4    A.    This shows approximately four boxes of bullets sitting on

5    the lap of someone.

6    Q.    And what's depicted on slide 103 in Government's Exhibit

7    108.71, is this an image that you culled from your review of

8    Government's Exhibit 100 already in evidence?

9    A.    Yes.

10         MS. PASCHALL:  At this time, Your Honor, the government

11   would move the admission of Government's Exhibit 108.71.

12         MR. ORENBERG:  No objection.

13         THE COURT:  Without objection, 108.71 is admitted.

14                        (Government Exhibit No. 108.71

15                         received into evidence.)

16   BY MS. PASCHALL:

17   Q.    Moving on to slide 104, what is depicted here?

18   A.    This is an image I found on Eliande Tunis's iPhone 11.

19   It shows a creation date of October 11, 2021.

20   Q.    And is Government's Exhibit 108.72 depicted here

21   something that you culled from your review of Government's

22   Exhibit 100 already in evidence?

23   A.    Yes.

24         MS. PASCHALL:  At this time, Your Honor, we'd move the

25   admission of Government's Exhibit 108.72.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 108.72 is admitted.

3                              (Government Exhibit No. 108.72

4                              received into evidence.)

5     BY MS. PASCHALL:

6     Q.   I've now moved on to slide 105.  What is depicted here?

7     A.   This is an image I found on Eliande Tunis's iPhone 11.

8     It shows a capture date of October 11, 2021.

9     Q.   And this image in Government's Exhibit 108.73, is this

10    one that you culled from your review of Government's Exhibit

11    100 already in evidence?

12    A.   Yes.

13         MS. PASCHALL:  At this time, Your Honor, the government

14    would move the admission of Government's Exhibit 108.73.

15         MR. ORENBERG:  No objection.

16         THE COURT:  Without objection, 108.73 is admitted.

17                             (Government Exhibit No. 108.73

18                             received into evidence.)

19    BY MS. PASCHALL:

20    Q.   And because I don't believe you said it yet, what is

21    depicted in Government's Exhibit 108.73?

22    A.   This is a hand holding a bullet.

23    Q.   Now moving on to slide 106 of Government's Exhibit 140,

24    what is depicted here?

25    A.   This is an image I found on Eliande Tunis's iPhone 11

1     that shows a capture date of October 11, 2021.

2     Q.   And Government Exhibit 108.75 depicted here, is this

3     something that you culled from your review of Government's

4     Exhibit 100 already in evidence?

5     A.   Yes.

6          MS. PASCHALL:  At this time, Your Honor, the government

7     would move the admission of Exhibit 108.75.

8          MR. ORENBERG:  No objection.

9          THE COURT:  Without objection, 108.75 is admitted.

10                          (Government Exhibit No. 108.75

11                           received into evidence.)

12    BY MS. PASCHALL:

13    Q.   What is depicted here?

14    A.   This image shows a black box and a box labeled "Blazer

15    Ammunition."

16    Q.   Moving on to slide 107 of Government's Exhibit 140, what

17    is depicted here?

18    A.   This is an image I found on Eliande Tunis's iPhone 11.

19    It shows a capture date of October 11, 2021.

20    Q.   And is Government's Exhibit 108.74 depicted here

21    something that you culled from your review of Government's

22    Exhibit 100 already in evidence?

23    A.   Yes.

24         MS. PASCHALL:  At this time, Your Honor, the government

25    would move the admission of 108.74.

1        MR. ORENBERG:  No objection.

2        THE COURT:  108.74 is admitted.

3                           (Government Exhibit No. 108.74

4                           received into evidence.)

5    BY MS. PASCHALL:

6    Q.   Moving ahead to slide 108.  What is depicted in slide

7    108?

8    A.   This is an image I found on Eliande Tunis's iPhone 11.

9    It shows a creation date of October 10, 2021.

10   Q.   And what's depicted here as Government's Exhibit 108.66,

11   is this something you gleaned from your review of Government's

12   Exhibit 100 already in evidence?

13   A.   Yes.

14        MS. PASCHALL:  At this time, Your Honor, the government

15   would move the admission of 108.66.

16        MR. ORENBERG:  No objection.

17        THE COURT:  Without objection, 108.66 is admitted.

18                           (Government Exhibit No. 108.66

19                           received into evidence.)

20   BY MS. PASCHALL:

21   Q.   What do we see in Government's Exhibit 108.66?

22   A.   This is a screenshot of messages exchanged between

23   Eliande Tunis and Mr. Germine.

24   Q.   And I'm circling right in the center of Government's

25   Exhibit 108.66.  What do we see there?

1    A.    This is an image that Eliande Tunis sent Mr. Germine.

2    You'll see that it says Ruger 57.

3    Q.    Moving on to slide 109.  What is depicted here?

4    A.    This is an image I found on Eliande Tunis's iPhone 11.

5    It shows a capture date of October 16, 2021.

6    Q.    And what's depicted here as Government's Exhibit 108.81,

7    is this something you gleaned from your review of Government's

8    Exhibit 100 already in evidenc1e?

9    A.    Yes.

10          MS. PASCHALL:  At this time, Your Honor, we'd move the

11    admission of Government's Exhibit 108.81.

12          MR. ORENBERG:  No objection.

13          THE COURT:  Without objection, 108.81 is admitted.

14                              (Government Exhibit No. 108.81

15                               received into evidence.)

16    BY MS. PASCHALL:

17    Q.    Now pulled up slide 110 of Government's Exhibit 140.

18    What is depicted here?

19    A.    This is an image I found on Eliande Tunis's iPhone 11.

20    It shows a creation date of October 11, 2021.

21    Q.    And what's depicted here as Government's Exhibit 108.92,

22    is that something you gleaned from your review of Government's

23    Exhibit 100 already in evidence?

24    A.    Yes.

25          MS. PASCHALL:  At this time, Your Honor, the government

326

1    would move the admission of Exhibit 108.92.

2              MR. ORENBERG:  No objection.

3              THE COURT:  Without objection, 108.92 is admitted.

4                             (Government Exhibit No. 108.92

5                              received into evidence.)

6    BY MS. PASCHALL:

7    Q.   I'd like to take us in a slightly different direction

8    with the next set of slides.  In your review of Government's

9    Exhibit 100 already in evidence, did you find some additional

10   photographs of Eliande Tunis packaging up various things?

11   A.   I did.

12   Q.   I now have up on the screen slide 112.  What is depicted

13   here?

14   A.   This is an image I found on Eliande Tunis's iPhone 11.

15   It shows a creation date of October 9, 2021.

16   Q.   And Government's Exhibit 108.62 depicted here, is this an

17   item that you gleaned from your review of Government's Exhibit

18   100 already in evidence?

19   A.   Yes.

20             MS. PASCHALL:  At this time, Your Honor, the government

21   would move the admission of 108.62.

22             MR. ORENBERG:  No objection.

23             THE COURT:  Without objection, 108.62 is admitted.

24                             (Government Exhibit No. 108.62

25                              received into evidence.)

1     BY MS. PASCHALL:

2     Q.   I've pulled up slide 113.  What is on slide 113?

3     A.   This is an image I found on Eliande Tunis's iPhone 11.

4     It shows a creation date of October 9, 2021.

5     Q.   And what's depicted here, Government's Exhibit 108.63,

6     is this culled from your review of Government's Exhibit 100

7     already in evidence?

8     A.   Yes.

9          MS. PASCHALL:  At this time, Your Honor, we'd move

10    the admission of 108.63.

11         MR. ORENBERG:  No objection.

12         THE COURT:  Without objection, 108.63 is admitted.

13                        (Government Exhibit No. 108.63

14                         received into evidence.)

15    BY MS. PASCHALL:

16    Q.   Now move to slide 114.  What is depicted here?

17    A.   This is an image that I found on Eliande Tunis's iPhone

18    11.  It shows a capture date of October 9, 2021.

19    Q.   And the image here as Exhibit 108.64, was this something

20    that you culled from your review of Government's Exhibit 100

21    already in evidence?

22    A.   Yes.

23         MS. PASCHALL:  At this time, Your Honor, we would move

24    the admission of Government's Exhibit 108.64.

25         MR. ORENBERG:  No objection.

328

1          THE COURT:  Without objection, 108.64 is admitted.

2                              (Government Exhibit No. 108.64

3                              received into evidence.)

4     BY MS. PASCHALL:

5     Q.   Now pulled up slide 115.  What is depicted here?

6     A.   This is an image I found on Eliande Tunis's iPhone 11.

7     It shows a creation date of October 9, 2021.

8     Q.   And this contains Government Exhibit 108.59.  Is this an

9     image that you culled from your review of Government Exhibit

10    100 already in evidence?

11    A.   Yes.

12          MS. PASCHALL:  At this time, Your Honor, we'd move the

13    admission of Government's Exhibit 108.59.

14          MR. ORENBERG:  No objection.

15          THE COURT:  Without objection, 108.59 is admitted.

16                              (Government Exhibit No. 108.59

17                              received into evidence.)

18    BY MS. PASCHALL:

19    Q.   Now moving on to slide 116.  What do we see depicted

20    here?

21    A.   This is an image that I found on Eliande Tunis's iPhone

22    11.  It shows a creation date of October 9, 2021.

23    Q.   The image is labeled as Exhibit 108.103.  Is this an

24    image that you culled from your review of Government's Exhibit

25    100 already in evidence?

1    A.   Yes.

2         MS. PASCHALL:  At this time, Your Honor, the government

3    would move the admission of 108.103.

4         MR. ORENBERG:  No objection.

5         THE COURT:  Without objection, 108.103 is admitted.

6                        (Government Exhibit No. 108.103

7                         received into evidence.)

8    BY MS. PASCHALL:

9    Q.   Now moving to slide 117.  What is depicted here?

10   A.   This is an image I found on Eliande Tunis's iPhone 11.

11   It shows a creation date of October 9, 2021.

12   Q.   And Government's Exhibit 108.58, the image here, is this

13   an image that you culled from your review of Eliande Tunis's

14   iPhone extraction already in evidence as Government's Exhibit

15   100?

16   A.   Yes.

17        MS. PASCHALL:  At this time, Your Honor, we'd move the

18   admission of Government's Exhibit 108.58.

19        MR. ORENBERG:  No objection.

20        THE COURT:  Without objection, 108.58 is admitted.

21                        (Government Exhibit No. 108.58

22                         received into evidence.)

23   BY MS. PASCHALL:

24   Q.   Now move to slide 118.  What is depicted here?

25   A.   This is a photograph I found on Eliande Tunis's iPhone

1      11.  It shows a capture date of October 9, 2021.

2      Q.   And the exhibit depicted here, Exhibit 108.57, is that

3      an image that you culled from your review of Eliande Tunis's

4      iPhone extraction, Government's Exhibit 100 already in

5      evidence?

6      A.   Yes.

7           MS. PASCHALL:  At this time, Your Honor, we'd move the

8      admission of Government's Exhibit 108.57.

9           MR. ORENBERG:  No objection.

10          THE COURT:  Without objection, 108.57 is admitted.

11                      (Government Exhibit No. 108.57

12                          received into evidence.)

13     BY MS. PASCHALL:

14     Q.   Now moving on to slide 119.  What do we see here?

15     A.   This is an image I found on Eliande Tunis's iPhone 11.

16     It shows a capture date of October 9, 2021.

17     Q.   And the exhibit here, 108.102, is that an image that you

18     culled from your review of Government's Exhibit 100, Eliande

19     Tunis's iPhone extraction, already in evidence?

20     A.   Yes.

21          MS. PASCHALL:  At this time, Your Honor, we'd move

22     the admission of Exhibit 108.102.

23          MR. ORENBERG:  No objection.

24          THE COURT:  108.102 is admitted.

25

1          (Government Exhibit No. 108.102

2                received into evidence.)

3     BY MS. PASCHALL:

4     Q.   Now moving on to slide 120.  What is depicted here?

5     A.   This is an image I found on Eliande Tunis's iPhone 11.

6     It shows a creation date of October 9, 2021.

7     Q.   And Government's Exhibit 108.60 depicted here, is that an

8     image that you culled from your review of the extraction of

9     Eliande Tunis's iPhone, Government's Exhibit 100, already in

10    evidence?

11    A.   Yes.

12         MS. PASCHALL:  At this time, Your Honor, the government

13    would move the admission of Government's Exhibit 108.60.

14         MR. ORENBERG:  No objection.

15         THE COURT:  Without objection, 108.60 is admitted.

16               (Government Exhibit No. 108.60

17                received into evidence.)

18    BY MS. PASCHALL:

19    Q.   Now pulling up slide 121.  What is depicted here?

20    A.   This is a message Mr. Germine sent Eliande Tunis on

21    October 18, 2021.

22    Q.   What is depicted here as Government's Exhibit 101.40, is

23    this audio message something that you gleaned from your review

24    of Government's Exhibit 100 already in evidence?

25    A.   Yes.

332

1    Q.   What is the translation of this exhibit?

2    A.   Mr. Germine says, "If Erick goes to work tomorrow, you'll

3    do it early tomorrow morning.  When is your appointment with

4    the guy?  When will he come pick it up?"

5    Q.   We're now on slide 122.  What is depicted here?

6    A.   These are messages exchanged between Mr. Germine and

7    Eliande Tunis on October 19, 2021.

8    Q.   Who is the sender of the first message?

9    A.   Eliande Tunis.

10   Q.   And what is that first message?

11   A.   This is a photograph of Remington rifle boxes.

12   Q.   Who's the sender of the second message?

13   A.   Mr. Germine.

14   Q.   And what is the translation of that second message?

15   A.   "Baby I don't want Erick to come back home to give us

16   more trouble."

17   Q.   Who's the sender of the third message?

18   A.   Eliande Tunis.

19   Q.   What is the translation of that message?

20   A.   "I don't think so, baby.  Let me call him to check, Pa."

21   Q.   Who's the sender of the fourth message?

22   A.   Eliande Tunis.

23   Q.   And what is the translation of that message?

24   A.   Eliande Tunis says, "He's still at school.  I will try to

25   get home at 2 p.m.  He told me he would come early."

1    Q.   And the final message on that page, who sent that

2    message?

3    A.   Mr. Germine.

4    Q.   And what is the translation of that message?

5    A.   "Okay BB."

6    Q.   And are all of the messages on this page messages that

7    you culled from your review of Government's Exhibit 100

8    already in evidence?

9    A.   Yes.

10         THE COURT:  Now, you're not moving 101.42 into

11   evidence, but I will note that it as listed on your exhibit

12   list does not contain the first message that was just

13   reviewed.

14         MS. PASCHALL:  Yes, Your Honor.

15   BY MS. PASCHALL:

16   Q.   I've now moved to slide 124.

17         THE COURT:  So was that first message gleaned from

18   101.42?

19   BY MS. PASCHALL:

20   Q.   Was that first message also gleaned from your review of

21   Government's Exhibit 100?

22         THE COURT:  Just to remind you, the first message was

23   just a picture of some ammunition.

24         THE WITNESS:  Yes, it was.

25         THE COURT:  So it's just your exhibit list that

1    erroneously does not include that message.
2            MS. PASCHALL:  I think that's correct, Your Honor.
3            THE COURT:  All right.
4    BY MS. PASCHALL:
5    Q.   We're now on Government's Exhibit 140, slide 124.
6    What is depicted here?
7    A.   These are messages exchanged between Mr. Germine and
8    Eliande Tunis on October 19, 2021.
9    Q.   Who is the sender of the first message?
10   A.   Eliande Tunis.
11   Q.   And what is the translation of that message?
12   A.   "Darling, you know that we are 400 Mawozo.  We are
13   strong."
14   Q.   Who sent the second message?
15   A.   Mr. Germine.
16   Q.   And what is the translation of that message?
17   A.   "LOLLLL."
18   Q.   Who is the sender of the third message?
19   A.   Ms. Tunis.
20   Q.   What is the translation of that message?
21   A.   "Relax."
22   Q.   And the final text message on that page?
23   A.   Mr. Germine.  He says, "Okay BB."
24   Q.   And those four text messages, are those messages that
25   were culled from your review of Government's Exhibit 100,

1    Eliande Tunis's iPhone extraction?

2    A.    Yes.

3    Q.    Move to the next slide for the final message.  We're on

4    slide 125 now.  What is depicted in Government's Exhibit 125?

5    A.    This is the image that Eliande Tunis sent Mr. Germine on

6    October 19, 2021.

7    Q.    And the message depicted here, Government's Exhibit

8    108.83, is this an image that you culled from your review of

9    Government's Exhibit 100, the extraction of Eliande Tunis's

10   iPhone, already in evidence?

11   A.    Yes.

12       MS. PASCHALL:  At this time, Your Honor, the government

13   would move just the admission of the photograph depicted at

14   Exhibit 108.83.

15       MR. ORENBERG:  No objection as to just the photograph.

16       THE COURT:  All right.

17       MS. PASCHALL:  And that's what I was moving because the

18   rest of it includes the translation.  The previous portions of

19   the message just included the translation.

20       THE COURT:  The difficulty is I'm not looking at

21   Exhibit 108.83.  I'm looking at a portion of a slide in

22   Exhibit 140.  So what does Exhibit 108.83 include that is not

23   being admitted?

24       MS. PASCHALL:  So it's marked differently, Your Honor.

25   You'll see in the previous message we have Exhibit 101.43.  I

1    did not move to admit that because it includes translation,

2    but I have separately marked the image as Government's Exhibit

3    108.83.  We're just moving admission of the image at this

4    time.

5            THE COURT:  Which is the entirety of 108.83.

6            MS. PASCHALL:  Correct.

7            THE COURT:  Admitted.

8                        (Government Exhibit No. 108.83

9                         received into evidence.)

10   BY MS. PASCHALL:

11   Q.   Moving on to slide 126.  What is depicted here?

12   A.   These are messages exchanged between Mr. Germine and

13   Eliande Tunis on October 19, 2021.

14   Q.   Who is the sender of the first message?

15   A.   Eliande Tunis.

16   Q.   And what is the translation of that message?

17   A.   "Wait a minute, baby.  The guy is coming to pick the

18   things up.  We will talk later."

19   Q.   Who is the sender of the second message?

20   A.   Mr. Germine.

21   Q.   And what is the translation of that message?

22   A.   "Well, okay, darling.  I swear they will catch you in a

23   picture like this.  I keep telling you they will catch you.

24   Remember I told you that they will catch you in a picture like

25   this.  They will catch you."

1    Q.    Now looking at the time stamp of that message, the second

2    message on the page, what is the time stamp of that message?

3    A.    October 19, 2021, at 8:51:19 p.m.

4    Q.    So moving back -- actually, since we admitted it here, on

5    Exhibit 108.83, what is the time of that message?

6    A.    October 19, 2021, at 8:00:51 p.m.

7    Q.    So would it be fair to say that Government's Exhibit

8    108.83 was sent approximately 51 minutes before the second

9    message in Government's Exhibit 101.45?

10   A.    Yes.

11   Q.    Who sent the third message on slide 126?

12   A.    Eliande Tunis.

13   Q.    And what is the translation of that message?

14   A.    "Which side?  I was inside.  Don't you see I'm inside?  I

15   ran to stand by the window and press click.  They just went.

16   He said to me, this is a, this is extremely heavy.  It's

17   extremely heavy.  He's not -- he's not -- he keeps a fixed

18   price.  He carries each drum for $150.  I just gave him $500.

19   I gave him $500 for 3 drums.  It will be -- it will be 400,

20   $450.  I gave him $500.  He told me 'the drums are heavy.

21   Holy mother.'  He came with someone else."

22   Q.    And who sent the fourth message on slide 126?

23   A.    Mr. Germine.

24   Q.    And what is the translation of that message?

25   A.    "When he arrives, he will say, 'Let me go and see what

1    this woman carries in these things.  These things are too

2    heavy.'  He will be worried."

3    Q.   And what is the final message on slide 126?

4    A.   A message from Eliande Tunis to Mr. Germine.

5    Q.   And what is the translation?

6    A.   "Thank God, we're snakes.  We never stop.  There's no

7    place we can't go to.  The Mawozo would come down on him.

8    He'd be surprised to see Mawozos invade Miami.  Hey, that's

9    true.  The stuff is heavy.  He complained and said 'wow.'  I

10   said 'sacks of rice.  Rice is heavy.'  He said 'rice is heavy?

11   Gatorade is heavy stuff.'  I said 'each one that you see me

12   bring has up to 7.  Each has 7 sacks of rice.'  You know what

13   isn't too not that heavy?  The last one.  He hasn't complained

14   about the one I prepared today.  But the other two drums, a

15   lot of trouble."

16   Q.   The five messages on slide 126, were those audio messages

17   that you culled from your review of Government's Exhibit 100

18   already in evidence?

19   A.   Yes.

20   Q.   Now I have up slide 127.  What is depicted here?

21   A.   This is an image I found on Eliande Tunis's iPhone 11.

22   It shows a creation date of October 19, 2021.

23   Q.   This is marked as Government's Exhibit 108.88.  Is this

24   an image that you culled from your review of Government's

25   Exhibit 100 already in evidence?

1    A.   Yes.

2            MS. PASCHALL:  At this time, Your Honor, the government

3    would move the admission of 108.88.

4            MR. ORENBERG:  No objection.

5            THE COURT:  All right.  108.88 is admitted.

6                         (Government Exhibit No. 108.88

7                          received into evidence.)

8    BY MS. PASCHALL:

9    Q.   Now I have up slide 128.  What is depicted here?

10   A.   This is a image I found on Eliande Tunis's iPhone 11.

11   It shows a capture time of October 19, 2021, at 8:34:29 p.m.

12   Q.   This is marked as Government's Exhibit 108.89.  Is this

13   an image that you culled from your review of Government's

14   Exhibit 100 already in evidence?

15   A.   Yes.

16           MS. PASCHALL:  At this time, Your Honor, the government

17   would move the admission of 108.89.

18           MR. ORENBERG:  No objection.

19           THE COURT:  Without objection, 108.89 is admitted.

20                        (Government Exhibit No. 108.89

21                         received into evidence.)

22   BY MS. PASCHALL:

23   Q.   Now pulled up slide 129.  What is depicted here?

24   A.   This is an image I found on Eliande Tunis's iPhone 11.

25   It shows a capture date of October 19, 2021.

1    Q.   And this exhibit labeled 108.85, is this an image that

2    you culled from your review of Government's Exhibit 100

3    already in evidence?

4    A.   Yes.

5         MS. PASCHALL:  At this time, Your Honor, I'd move the

6    admission of 108.85.

7         MR. ORENBERG:  No objection.

8         THE COURT:  Without objection, 108.85 is admitted.

9                        (Government Exhibit No. 108.85

10                        received into evidence.)

11   BY MS. PASCHALL:

12   Q.   Now I've pulled up slide 130.  What do we have here?

13   A.   This is an image I found on Eliande Tunis's iPhone 11.

14   It shows a creation date of October 19, 2021.

15   Q.   And this is marked as Government's Exhibit 108.86.

16   Is this image one that you culled from your review of

17   Government's Exhibit 100 already in evidence?

18   A.   Yes.

19        MS. PASCHALL:  At this time, Your Honor, we'd move

20   the admission of 108.86.

21        MR. ORENBERG:  No objection.

22        THE COURT:  108.86 is admitted.

23                        (Government Exhibit No. 108.86

24                        received into evidence.)

25

1    BY MS. PASCHALL:

2    Q.   We've now pulled up slide 131.  What is depicted here?

3    A.   This is an image I found on Eliande Tunis's iPhone 11.

4    It shows a creation date of October 19, 2021.

5    Q.   This is marked as Government's Exhibit 108.87.  Is this

6    image one that you culled from your review of Government's

7    Exhibit 100 already in evidence?

8    A.   Yes.

9    Q.   Now, in the course of the investigation into this case,

10   did the government provide you with a phone number for an

11   individual named Wilfred Simon?

12   A.   Yes.

13   Q.   And did we ask you to review the call detail records,

14   already in evidence as Government's Exhibit 201, for phone

15   calls between that phone number and Eliande Tunis?

16   A.   Yes.

17        THE COURT:  Before you leave that last slide, I don't

18   think you moved the admission of 108.87.

19        MS. PASCHALL:  I would do so now, Your Honor.

20        MR. ORENBERG:  No objection.

21        THE COURT:  Without objection, 108.87 is admitted.

22                      (Government Exhibit No. 108.87

23                       received into evidence.)

24   BY MS. PASCHALL:

25   Q.   I have up on the screen slide 133.  Is this the

1    information that you culled from Government's Exhibit 201

2    in your review of that phone number given to you by the

3    government and Eliande Tunis?

4    A.    Yes.

5    Q.    Moving back to slide 132, what was that phone number you

6    were provided?

7    A.    I was provided the phone number 1-954-588-8097.

8    Q.    And what was your analysis of the phone calls between

9    that number and Eliande Tunis's 3447 phone number?

10   A.    After reviewing the call detail records, I found that

11   there were approximately 61 phone calls between April 4, 2021,

12   and October 20, 2021, between Eliande Tunis and this phone

13   number.

14   Q.    Slide 134, what is depicted here?

15   A.    In this slide it shows phone call trends between Eliande

16   Tunis and Wilfred Simon.  The date range, if you look at the

17   bottom, is April 23, 2021, and at the top it ranges just past

18   October 15, 2021.

19   Q.    And can you explain for the judge, what do the blue lines

20   on this graph represent?

21   A.    The blue lines represent the minutes that Ms. Eliande

22   Tunis and the phone number belonging to Wilfred Simon were on

23   the phone for.

24   Q.    Is that information that you gleaned from Government's

25   Exhibit 201 already in evidence?

1    A.    Yes.

2    Q.    I'm circling here on slide 134 a range of dates off to

3    the left.  What date range do we have there?

4    A.    This date range is -- ranges from June 4, 2021, to June

5    18, 2021.

6    Q.    And based on your review of the calls, approximately how

7    many minutes are depicted on this slide as phone conversations

8    between those two numbers on those two dates?

9    A.    Approximately 70 minutes of phone calls.

10   Q.    And now the dates all the way at the top, what dates are

11   those?

12   A.    These phone calls depicted here are from approximately

13   October 8, 2021, to October 15, 2021.

14         THE COURT:  Or beyond October --

15         THE WITNESS:  And beyond.  Specifically to October 20,

16   2021, but the graph was slightly cut off.

17   BY MS. PASCHALL:

18   Q.    And the blue lines here, how long, approximately, were

19   those phone calls in the October time frame?

20   A.    This shows a cluster of phone calls ranging from zero to

21   10 minutes.

22   Q.    Now, in the course of your review of Government's Exhibit

23   100, did you also review messages between Eliande Tunis and

24   Jocelyn Dor?

25   A.    I did.

1    Q.   Based on your review of Government's Exhibit 100,

2    approximately how many messages were exchanged between Eliande

3    Tunis and Jocelyn Dor between September 17, 2021, and October

4    24, 2021?

5    A.   Approximately 386 messages.

6    Q.   I now have up on the screen slide 137.  What is depicted

7    in slide 137?

8    A.   These are messages exchanged between Jocelyn Dor and

9    Eliande Tunis on September 17, 2021 and September 28, 2021.

10            THE COURT:  Let's get the dates.  September 27 and 28.

11            THE WITNESS:  Yes, Your Honor.

12   BY MS. PASCHALL:

13   Q.   Moving on to slide 138, when was this image sent?

14   A.   Jocelyn Dor sent this image to Eliande Tunis on September

15   27, 2021.

16   Q.   We have here a portion of Government's Exhibit 102.02.

17   Is this an image that you culled from your review of

18   Government's Exhibit 100 already in evidence?

19   A.   Yes.

20            MS. PASCHALL:  I think the exhibit list may be off on

21   this one, Your Honor.

22            THE COURT:  I think so too.

23            MS. PASCHALL:  I think this should be Government's

24   Exhibit 102.01.

25            THE COURT:  102.01.  So it's the slide from Exhibit 140

```
1    that is actually off, not the exhibit list.
2              MS. PASCHALL:  That's correct, Your Honor.
3          So at this time we would move the admission of 102.01.
4              MR. ORENBERG:  No objection.
5              THE COURT:  All right.  102.01 will be admitted.
6                              (Government Exhibit No. 102.01
7                              received into evidence.)
8              THE COURT:  Ms. Calidonna, I just want to confirm
9    whether your slide that you're testifying to, this material
10   on this page and slide -- I don't see the page number of the
11   slide here.
12             MS. PASCHALL:  138, Your Honor.
13             THE COURT:  138, was drawn not from 102.02 but from
14   102.01, or are you unable to say that?  Without looking at the
15   exhibit.
16             THE WITNESS:  Without looking at it, I'm not sure.
17             THE COURT:  So you're representing that it was actually
18   drawn from a different exhibit, Ms. Paschall.
19             MS. PASCHALL:  Yes, Your Honor.  And maybe to make this
20   easier --
21   BY MS. PASCHALL:
22   Q.   Is this exhibit gleaned from your review of Government's
23   Exhibit 100?
24   A.   Yes.
25             THE COURT:  All right.  Go ahead.  102.02 is our
```

1    problem.  It was the problem last time too.

2            MS. PASCHALL:  Seems to be the problem child,

3    Your Honor.

4    BY MS. PASCHALL:

5    Q.   The image that is up on slide 139, what is the date and

6    time of that message?

7    A.   Jocelyn Dor sent this message to Eliande Tunis on

8    September 28, 2021.

9    Q.   And is this image that is marked in Government's Exhibit

10   102.02 gleaned from your review of Government's Exhibit 100,

11   Eliande Tunis's iPhone extraction?

12   A.   Yes.

13           MS. PASCHALL:  Your Honor, I think Government's Exhibit

14   102.02 is going to have additional subparts because of the

15   date range there.  So perhaps for ease we should mark this as

16   Government's Exhibit 102.02A and move the admission of just

17   this image.

18           THE COURT:  All right.  So the suggestion, Counsel,

19   is -- and by counsel I mean Mr. Orenberg -- is to move the

20   admission of an exhibit marked as 102.02A, which just contains

21   this message with the photograph that is part of 102.02.  And

22   the only thing being admitted would be 102.02A, which is

23   solely what is depicted on this page of the slide.

24           MR. ORENBERG:  No objection.

25           THE COURT:  Without objection, 102.02A is admitted.

1                              (Government Exhibit No. 102.02A

2                              received into evidence.)

3      BY MS. PASCHALL:

4      Q.   Moving on to slide 140.

5              THE COURT:  I told you that pesky 102.02 --

6              MS. PASCHALL:  I think, Your Honor, it would be prudent

7      to mark this as 102.02B.

8      BY MS. PASCHALL:

9      Q.   Ms. Calidonna, what is the date and time stamp of what

10     we'll now mark as Government's Exhibit 102.02B?

11     A.   September 28, 2021.

12     Q.   And the time, please?

13     A.   5:02:17 p.m.

14     Q.   And is this image depicted in Exhibit 102.02B an image

15     that you culled from your review of Government's Exhibit 100

16     already in evidence?

17     A.   Yes.

18             MS. PASCHALL:  At this time, Your Honor, we'd move the

19     admission of 102.02B.

20             MR. ORENBERG:  No objection.

21             THE COURT:  Without objection, 102.02B is admitted.

22                              (Government Exhibit No. 102.02B

23                              received into evidence.)

24             THE COURT:  Ms. Paschall?

25             MS. PASCHALL:  Yes.

1        THE COURT:  For purposes of any possible appellate

2    review, your team is going to have to have the exhibits

3    straightened out so that the exhibits are actually there,

4    because right now there is no such thing is 102.02B.

5        MS. PASCHALL:  Yes, Your Honor.

6        THE COURT:  Or A.

7        MS. PASCHALL:  And I think before we would submit the

8    case to Your Honor at close we would confer with defense

9    counsel to make sure that everything that has been entered is

10   both in their possession and in the Court's possession.  So we

11   will endeavor to both do that and make sure the exhibit list

12   which would pair with that accurately reflects what has been

13   admitted as evidence.

14       THE COURT:  The exhibit list, of course, is -- the

15   exhibit list that matters is the one that's in my hand that's

16   being marked as what's admitted and what's not admitted.

17       MS. PASCHALL:  Right.

18     (Government conferring.)

19       MS. PASCHALL:  Your Honor, it appears in the versions

20   we disclosed both to Your Honor and to defense counsel, I

21   actually did mark these as their component subparts.

22   Ms. Seifert has just handed me what is from the binders as

23   those exhibits.  I'm happy to display them on the ELMO for

24   ease if that would be more helpful.

25       THE COURT:  I guess I don't understand what you're

1    saying.  You can display it if you want.

2        (Exhibit displayed.)

3            THE COURT:  You had it marked as A.

4            MS. PASCHALL:  Yes, I did.

5            THE COURT:  And is that what we admitted as 102.02A?

6            MS. PASCHALL:  Yes, Your Honor.

7            THE COURT:  All right.

8            MS. PASCHALL:  So these are in the binders that were

9    given over to Your Honor and to defense with the exhibit

10    copies.

11           THE COURT:  Okay.  And is that true of B as well?

12           MS. PASCHALL:  Your Honor, that one had been labeled as

13    part D as opposed to part B.

14           THE COURT:  So what do you want to label it as now,

15    102.02B or D?

16           MS. PASCHALL:  I think D, Your Honor, to be prudent

17    since that is the evidentiary copy that both defense and Your

18    Honor has.  We should probably stick with D.

19           THE COURT:  So the government is changing 102.02B to --

20    changing to be consistent with the paper exhibits, they're

21    changing it to 102.02D.

22           MR. ORENBERG:  Thank you, Your Honor.  We understand.

23           THE COURT:  All right.

24           MR. ORENBERG:  Well, one second.

25           THE COURT:  Maybe you understand.

1          MR. ORENBERG:  Oh, it's on the back of the page.  We

2     have it, Your Honor.

3          THE COURT:  Okay.  Good.

4                              (Government Exhibit No. 102.02D

5                               received into evidence.)

6          THE COURT:  Ms. Paschall, this is a good time for a

7     break.

8          MS. PASCHALL:  I agree, Your Honor.

9          THE COURT:  We'll take a 12-minute break and resume at

10     11:30.

11        (Recess from 11:17 a.m. to 11:35 a.m.)

12          THE COURT:  All right.  Ms. Calidonna, I remind you

13     you're still under oath.

14        Ms. Paschall.

15          MS. PASCHALL:  Thank you, Your Honor.

16     BY MS. PASCHALL:

17     Q.   Ms. Calidonna, I have up on the screen Government's

18     Exhibit 140, slide 141.  What is depicted here?

19     A.   This is an image I found on Eliande Tunis's iPhone 11.

20     It shows a creation of date of September 29, 2021.

21     Q.   What's depicted here, Government's Exhibit 108.100, is

22     that an image you culled from your review of Government's

23     Exhibit 100, the phone extraction already in evidence?

24     A.   Yes.

25          MS. PASCHALL:  At this time, Your Honor, the government

1    would move the admission of 108.100.

2           MR. ORENBERG:  No objection.

3           THE COURT:  108.100 is admitted.

4                          (Government Exhibit No. 108.100

5                           received into evidence.)

6    BY MS. PASCHALL:

7    Q.   Now I have up slide 142.  Could you please describe

8    what's in slide 142?

9    A.   This is a photograph that Jocelyn Dor sent Eliande Tunis

10   on October 1, 2021.

11   Q.   And we have this labeled as Government's Exhibit 108.36.

12   Is this image an image that you culled from your review of

13   Government's Exhibit 100 already in evidence?

14   A.   Yes.

15          MS. PASCHALL:  At this time, Your Honor, the government

16   would move the admission of Government's Exhibit 108.36.

17          MR. ORENBERG:  No objection.

18          THE COURT:  Without objection, 108.36 is admitted.

19                          (Government Exhibit No. 108.36

20                           received into evidence.)

21   BY MS. PASCHALL:

22   Q.   I've pulled up slide 143.  What is depicted here?

23   A.   These are messages exchanged between Jocelyn Dor and

24   Eliande Tunis on October 4, 2021.

25   Q.   And we have this marked as Government's Exhibit 102.09.

1   Are these messages messages that you culled from your review

2   of Government's Exhibit 100 already in evidence?

3   A.   Yes.

4   Q.   What is the first message sent here?

5   A.   Eliande Tunis sends Jocelyn Dor a photograph alongside

6   the words "Babe, this is it, right?"

7   Q.   And just for clarification, what language is the original

8   message in that I have circled off to the left of slide 143?

9   A.   English.

10  Q.   And what is the second message?

11  A.   Jocelyn Dor responds, "Darling, this is it.  This is it."

12  Q.   I've now pulled up slide 144.  Is this a larger version

13  of the image that is depicted in Government's Exhibit 102.09?

14  A.   Yes.

15  Q.   And I've circled in the middle of the image depicted here

16  in 102.09 a portion of the text.  What is the text here?

17  A.   This shows the branch and ATM location of a specific

18  Fifth Third bank.

19  Q.   And do you know that it is Fifth Third because at the top

20  of the image it says "5/3 ATMs"?

21  A.   Yes.

22  Q.   Now I've pulled up slide 145, which contains a portion of

23  Government's Exhibit 102.10.  What is depicted in this slide?

24  A.   These are messages exchanged between Jocelyn Dor and

25  Eliande Tunis on October 5, 2021.

1    Q.   And the first message that I've circled there, what do we

2    see at the very top of that message?

3    A.   Eliande Tunis forwards Jocelyn Dor the image.

4    Q.   We'll return to slide 145, but moving ahead to slide 146,

5    what is this?

6    A.   This is the image that Eliande Tunis forwarded Jocelyn

7    Dor on October 5, 2021.

8    Q.   And is this image a portion of the previous slide,

9    Government's Exhibit 102.10?

10   A.   Yes.

11   Q.   Who sends the second message on this page?

12   A.   Eliande Tunis.

13   Q.   And what is the translation of this?

14   A.   "They will tell you which bullet."

15   Q.   And the third message on the page, who sent that?

16   A.   Jocelyn Dor.

17   Q.   What is the portion of the translation?

18   A.   "No, I don't think they will understand it this way."

19   Q.   And the final message on the page, who sent that?

20   A.   Jocelyn Dor.

21   Q.   And what is the portion of the translation we have here?

22   A.   "They know I live here.  They think it's ugly, they might

23   think that it is not for here."

24   Q.   And these messages that we've been describing that are

25   contained in Government's Exhibit 102.10, are these messages

1    and images that you culled from Government's Exhibit 100

2    already in evidence?

3    A.    Yes.

4    Q.    Moving ahead to slide 147.  What is depicted here?

5    A.    These are messages exchanged between Jocelyn Dor and

6    Eliande Tunis on October 5, 2021.

7    Q.    This slide contains a portion of Government's Exhibit

8    102.11.  What is the first message here?

9    A.    The first message is an image that Jocelyn Dor sends

10    Eliande Tunis.

11    Q.    And moving ahead momentarily to slide 148, is that a

12    larger version of that first image sent in Government's

13    Exhibit 102.11?

14    A.    Yes.

15    Q.    And what is the second message on slide 147?

16    A.    This is an image that Jocelyn Dor sent Eliande Tunis.

17    Q.    Moving ahead to slide 149, is that a larger version of

18    the image contained in Government's Exhibit 102.11?

19    A.    Yes.

20    Q.    And the third message on slide 147, who sent that

21    message?

22    A.    Jocelyn Dor.

23    Q.    And what is the translation?

24    A.    "Here it is, baby girl!  Here's the beast.  These are the

25    ones that I've purchased the most.  I bought it for 1,500.

1    The other one, the one below, they made me pay 2,000 for it."

2    Q.   And who sent the final message on slide 147?

3    A.   Jocelyn Dor.

4    Q.   And moving ahead to slide 150, is that a larger version

5    of the image depicted in Government's Exhibit 102.11?

6    A.   Yes.

7         MS. PASCHALL:  Brief indulgence, Your Honor.

8         THE COURT:  Certainly.

9      (Government conferring.)

10        MS. PASCHALL:  Ms. Duncan, could we switch briefly to

11   the ELMO?

12   BY MS. PASCHALL:

13   Q.   Ms. Calidonna, I've just put up on the screen what is

14   marked as Government's Exhibit 102.11A.  Is this the first

15   image in the text chain that we were just discussing that is

16   contained in slide 147?

17   A.   Yes.

18   Q.   And Government's Exhibit 102.11B that I've just put up on

19   the ELMO, is this the second image we've been discussing on

20   slide 147?

21   A.   Yes.

22   Q.   And I've now put up Government's Exhibit 102.11C.  Is

23   this the third image that we've been discussing on slide 147?

24   A.   Yes.

25   Q.   And all of these images, 102.11A, B, and C, are these all

1    culled from your review of Government's Exhibit 100?

2    A.    Yes.

3          MS. PASCHALL:  At this time, Your Honor, we would move

4    for the admission of Government's Exhibit 102.11A, B, and C.

5          MR. ORENBERG:  No objection.

6          THE COURT:  All right.  102.11A, B, and C are admitted.

7                        (Government Exhibit Nos. 102.11A, B, C

8                         received into evidence.)

9    BY MS. PASCHALL:

10   Q.    Now moving on to slide 151.  What is depicted here?

11   A.    These are messages exchanged between Jocelyn Dor and

12   Eliande Tunis on October 5, 2021.

13   Q.    This contains a portion of Government's Exhibit 102.12.

14   Are the three audio messages culled from this slide ones that

15   you pulled from your review of Government's Exhibit 100

16   already in evidence?

17   A.    Yes.

18   Q.    Let's look at the first message.  Who sent the first

19   message at 1:45:21 p.m.?

20   A.    Eliande Tunis.

21   Q.    And what is the translation of this portion?

22   A.    "You have sent 3 to me, my love.  Which one is it?"

23   Q.    Who sent the second message?

24   A.    Jocelyn Dor.

25   Q.    And what is the translation of the second message?

1    A.   Jocelyn Dor says, "The one below is not included.  If I

2    were to send him this picture, his dick would instantly get

3    hard.  I know if he saw it he would get excited, excited about

4    it.  The one that takes 20 bullets is the one he wants.  But I

5    am talking about the 2 above, the top 2.  The first one is the

6    one we already got a lot of.  The one in the middle, I've only

7    got one in it, but it is very nice."

8    Q.   And who sent the final message in this exchange?

9    A.   Eliande Tunis.

10   Q.   What is the translation of that message?

11   A.   "The one in the middle is nice.  Remember, the old man

12   said 2 mags.  YO!  This guy would be so excited that his balls

13   would be jangling, bidip bidip bidip inside, yea.  I believe

14   that it'd be better if you took the last one, darling."

15   Q.   Moving on to slide 152.  What is depicted here?

16   A.   These are messages exchanged between Jocelyn Dor and

17   Eliande Tunis on October 5, 2021.

18   Q.   This is labeled as Exhibit 102.13.  These two messages

19   are just images.  Is that correct?

20   A.   That's correct.

21   Q.   So moving ahead to slide 153, what is depicted in

22   Government's Exhibit 102.13?

23   A.   This is an image that Eliande Tunis forwarded to Jocelyn

24   Dor.

25   Q.   And the second image on slide 154, also Government's

1    Exhibit 102.13?

2    A.    This is an image that Eliande Tunis forwarded to Jocelyn

3    Dor.

4    Q.    And both of these images contained in Government's

5    Exhibit 102.13, are those images that you culled from your

6    review of Government's Exhibit 100 already in evidence?

7    A.    Yes.

8         MS. PASCHALL:    At this time, Your Honor, the government

9    would move the admission of Exhibit 102.13.

10        MR. ORENBERG:    No objection.

11        THE COURT:    Without objection, 102.13 is admitted.

12                        (Government Exhibit No. 102.13

13                         received into evidence.)

14   BY MS. PASCHALL:

15   Q.    Now I've moved on to slide 155.    What do we see here?

16   A.    These are messages exchanged between Jocelyn Dor and

17   Eliande Tunis on October 5, 2021.

18   Q.    And this contains a portion of Government's Exhibit

19   102.14.    Who sent the first message?

20   A.    Eliande Tunis.

21   Q.    And what is the translation of that first portion of that

22   first message?

23   A.    "By 2:30 I will deposit it for you, darling."

24   Q.    The second message we have blown up on slide 156.

25   What is this message?

1    A.    This is an image that Jocelyn Dor sent to Eliande Tunis.

2    Q.    This is labeled as Government's Exhibit 108.43.  Is this

3    an image that you culled from your review of Government's

4    Exhibit 100 already in evidence?

5    A.    Yes.

6          MS. PASCHALL:  At this time, Your Honor, we would move

7    the admission of 108.43.

8          MR. ORENBERG:  No objection.

9          THE COURT:  108.43 is admitted.

10                         (Government Exhibit No. 108.43

11                          received into evidence.)

12   BY MS. PASCHALL:

13   Q.    I've now moved to slide 157.  What do we see here?

14   A.    These are messages exchanged between Jocelyn Dor and

15   Eliande Tunis on October 5, 2021.

16   Q.    And the messages contained here as Government's Exhibit

17   102.15, are these messages that you culled from your review

18   of Government's Exhibit 100 already in evidence?

19   A.    Yes.

20   Q.    Who is the sender of the first message?

21   A.    Eliande Tunis.

22   Q.    And what is the portion of the translation we have here?

23   A.    "Okay, baby, send me your address."

24   Q.    Who is the sender of the second message?

25   A.    Jocelyn Dor.

1    Q.   And what does the second message say?

2    A.   "2138 Greystone Trail 32818 Orlando, Florida."

3    Q.   And to be clear for the record, is that message in English?

4    A.   Yes.

5    Q.   And who sent the final message on this slide?

6    A.   Eliande Tunis.

7    Q.   Moving forward to slide 158.  Is that a blowup of that

8    final image sent by Eliande Tunis?

9    A.   It is.

10   Q.   Marked as Government's Exhibit 108.50, is this image an

11   image that you culled from your review of Government's Exhibit

12   100, the cell phone extraction of Eliande Tunis's iPhone,

13   already in evidence?

14   A.   Yes.

15        MS. PASCHALL:  At this time, Your Honor, the government

16   would move the admission of Government's Exhibit 108.50.

17        MR. ORENBERG:  No objection.

18        THE COURT:  Without objection, 108.50 is admitted.

19                        (Government Exhibit No. 108.50

20                         received into evidence.)

21   BY MS. PASCHALL:

22   Q.   Now we move on to slide 159.  What is contained in slide

23   159?

24   A.   These are messages exchanged between Jocelyn Dor and

25   Eliande Tunis on October 5, 2021.

1    Q.   And this page which is marked as Government's Exhibit

2    102.16, are these messages messages that you culled from your

3    review of Government's Exhibit 100 already in evidence?

4    A.   Yes.

5    Q.   Who sent the first message on this page?

6    A.   Eliande Tunis.

7    Q.   And what is the translation?

8    A.   "Make them take them apart for you my baby."

9    Q.   Who sent the second message?

10   A.   Eliande Tunis.

11   Q.   And what is the translation?

12   A.   "Call me, my baby."

13   Q.   And who sent the third message on this page?

14   A.   Jocelyn Dor.

15   Q.   What is the portion of the translation here?

16   A.   "Text me instead, darling.  He keeps asking me if I'm

17   buying them for someone else.  I can see that he'll be

18   suspicious when I am on the phone."

19   Q.   Now I've moved on to slide 160.  What is depicted in

20   slide 160?

21   A.   These are messages exchanged between Jocelyn Dor and

22   Eliande Tunis on October 5, 2021.

23   Q.   And are these messages contained in Exhibit 102.17

24   messages that you culled from your review of Government's

25   Exhibit 100?

1    A.    Yes.

2    Q.    Who sent the first message on this slide?

3    A.    Jocelyn Dor.

4    Q.    And what is the translation of this portion of the

5    exhibit?

6    A.    "I went to the store, but I couldn't get it today for

7    many reasons.  Um, when I came for the big one, the guy would

8    ask me, oh, oh, what do I do for work?  Does my wife know that

9    I'm spending, that I'm buying weapons for this money?  Stuff

10   like that.  I said, yes, sir.  I am a truck driver.  That's

11   it.  My wife knows about it.  But he asked me, who am I buying

12   them for?  Is it for me or is it for someone else?  I replied,

13   no one buys weapons for people here, you buy stuff for

14   yourself.  He was watching me.

15        "The one that's completely unmounted, there's another one

16   that comes in 2 pieces.  There is one that's also, that's

17   already fully assembled.  Both types will be shipped inside

18   boxes, cargo boxes.  Now, there's another box I see.  I

19   wouldn't mind buying it for you.  This means that even if I

20   bought the box, it'd be able to go in a drum.  We don't need

21   to dismantle it.  It can be placed in a drum.  It's just

22   placing the 3 -- placing them deep down in the drum because

23   it's 2 pieces.  It'll be fine."

24   Q.    And who sent the second message on this slide?

25   A.    Eliande Tunis.

```
1     Q.   And what is the translation?

2     A.   "Babe I'll bring the total $$ that I owe you when we meet."

3     Q.   Who sent the final message on this page?

4     A.   Jocelyn Dor.

5     Q.   What is the translation?

6     A.   "Out of these two for today I paid 1,500 but I don't

7     know, um, what it will be like tomorrow.  I don't know yet how

8     many we'll get."

9     Q.   Moving on to slide 161.  What is depicted here?

10    A.   These are messages exchanged between Jocelyn Dor and

11    Eliande Tunis on October 6, 2021.

12    Q.   And this depicts a portion of Government's Exhibit

13    102.19.  Who is the sender of the first message?

14    A.   Jocelyn Dor.

15    Q.   And what is the translation of the first message?

16    A.   "We're up in the air.  Here we are!  A 400 is something

17    serious."

18    Q.   Who is the sender of the second message?

19    A.   Eliande Tunis.

20    Q.   What is the translation?

21    A.   "Baby, please call me."

22    Q.   And who is the sender of the final message?

23    A.   Eliande Tunis.

24    Q.   And what is the translation?

25    A.   "Don't talk to her/him about money.  I told her/him that
```

1    I would deposit it, and she/he said to me that she/he was

2    speaking to you."

3    Q.   Now, these messages that make up a portion of

4    Government's Exhibit 102.19, are these messages that you

5    culled from your review of Government's Exhibit 100 already in

6    evidence?

7    A.   Yes.

8    Q.   Now I've moved on to slide 162.  What is depicted here?

9    A.   This is a message that Jocelyn Dor sent Eliande Tunis on

10   October 7, 2021.

11   Q.   Depicted here is a portion of Government's Exhibit

12   102.24.  Is this a message that you culled from your review of

13   Government's Exhibit 100 already in evidence?

14   A.   Yes.

15   Q.   And what is this message that is in Government's Exhibit

16   102.24?

17   A.   This is a message in English that says "1092 Royal

18   Marquis Circle."

19   Q.   Moving on to slide 163, what is depicted here?

20   A.   These are messages exchanged between Jocelyn Dor and

21   Eliande Tunis on October 10, 2021.

22   Q.   Slide 164, does this contain the first message that is

23   on 163?

24   A.   Yes.

25   Q.   This is marked as Government's Exhibit 108 .69.  What do

1    we see depicted here?

2    A.    This is an image that Eliande Tunis forwarded to Jocelyn

3    Dor.

4    Q.    Is this image one that you culled from your review of

5    Government's Exhibit 100, Eliande Tunis's iPhone extraction?

6    A.    Yes.

7         MS. PASCHALL:  At this time, Your Honor, we would move

8    the admission of Exhibit 108.69.

9         MR. ORENBERG:  No objection.

10         THE COURT:  Without objection, 108.69 is admitted.

11                        (Government Exhibit No. 108.69

12                        received into evidence.)

13   BY MS. PASCHALL:

14   Q.    On slide 165, what is depicted here?

15   A.    This is an image that Eliande Tunis sent Jocelyn Dor.

16   Q.    And this is marked as Government's Exhibit 108.70.

17   Is this image one that you culled from your review of

18   Government's Exhibit 100 already in evidence?

19   A.    Yes.

20         MS. PASCHALL:  At this time, Your Honor, we'd move

21   the admission of 108.70.

22         MR. ORENBERG:  No objection.

23         THE COURT:  Without objection, 108.70 is admitted.

24                        (Government Exhibit No. 108.70

25                        received into evidence.)

1    BY MS. PASCHALL:

2    Q.   Moving on to slide 166.   What is depicted here?

3    A.   This is an image that Eliande Tunis sent Jocelyn Dor.

4    Q.   And is this Exhibit 108.65?

5    A.   Yes.

6    Q.   Is this one that you culled from your review of

7    Government's Exhibit 100?

8    A.   Yes.

9         MS. PASCHALL:   At this time, Your Honor, we'd move the

10   admission of Government's 108.65.

11        MR. ORENBERG:   No objection.

12        THE COURT:   108.65 is admitted without objection.

13                         (Government Exhibit No. 108.65

14                           received into evidence.)

15   BY MS. PASCHALL:

16   Q.   I'm actually going to go forward to go backward, so we'll

17   skip ahead to slide 168.   What is depicted in slide 168?

18   A.   This is an image that Jocelyn Dor sent Eliande Tunis on

19   October 17, 2021.

20   Q.   And this is marked as Government's Exhibit 102.21.   Is

21   this an image that you culled from your review of Government's

22   Exhibit 100 already in evidence?

23   A.   Yes.

24        MS. PASCHALL:   At this time, Your Honor, we'd move

25   the admission of Government's Exhibit 102.21.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 102.21 is admitted.

3                         (Government Exhibit No. 102.21

4                         received into evidence.)

5    BY MS. PASCHALL:

6    Q.   Now going backward to slide 167, what is depicted here?

7    A.   These are messages exchanged between Jocelyn Dor and

8    Eliande Tunis beginning on October 17, 2021.

9    Q.   Is that first message what was depicted in Government's

10   Exhibit 102.21?

11   A.   Yes.

12   Q.   The second message that is Government's Exhibit 102.22,

13   is this an audio message that you culled from your review of

14   Government's Exhibit 100 already in evidence?

15   A.   Yes.

16   Q.   What is the portion of this exhibit that is translated

17   here?

18   A.   Jocelyn Dor says, "No, there is no chance it does not get

19   there, darling.  I've already told you; the way I did it, the

20   way I taped it, the person cannot open it.  She/he cannot open

21   it because if she/he opens it, you'll know."

22   Q.   In your review of Government's Exhibit 100, the

23   extraction of Eliande Tunis's cell phone, did you also review

24   messages between Eliande Tunis and a phone number associated

25   with Walder St. Louis?

1    A.    I did.

2    Q.    Approximately how many messages did you review -- how

3    many messages were on the phone between the date range June

4    13, 2021, and October 18, 2021?

5    A.    There are approximately 342 messages.

6    Q.    I've pulled ahead to slide 171.  What is depicted here?

7    A.    These are messages exchanged between Walder St. Louis and

8    Eliande Tunis on September 21, 2021.

9    Q.    And are these two messages, Government's Exhibit 103.01

10   and 103.02, messages that you found during your review of

11   Government's Exhibit 100 already in evidence?

12   A.    Yes.

13          MS. PASCHALL:  At this time, Your Honor -- let me ask

14   one more question.

15   BY MS. PASCHALL:

16   Q.    Are these messages in fact in English?

17   A.    They are.

18          MS. PASCHALL:  At this time, Your Honor, we would move

19   the admission of 103.01 and 103.02.

20          MR. ORENBERG:  No objection.

21          THE COURT:  And these are in fact already in evidence

22   as 103?

23          MS. PASCHALL:  Yes.  They are.

24          THE COURT:  All right.  103.01 and 103.02 are admitted

25   again.

```
 1                    (Government Exhibit Nos. 103.01, 103.02

 2                         received into evidence.)

 3      BY MS. PASCHALL:

 4      Q.   What is the first -- who sent the first message on this

 5      page?

 6      A.   Walder St. Louis.

 7      Q.   And what is that message?

 8      A.   "1240 NW 117 Street."

 9      Q.   And who sent the second message?

10      A.   Eliande Tunis.

11      Q.   And what does it say?

12      A.   "I'm here."

13      Q.   And that's in English?

14      A.   Yes.

15      Q.   Moving ahead to slide 172.  What do we see depicted here?

16      A.   This is an image I found on Eliande Tunis's iPhone 11.

17      It shows a capture date of September 21, 2021.

18      Q.   And this exhibit is marked as 108.24.  Is this an image

19      that you found during your review of Government's Exhibit 100

20      already in evidence?

21      A.   Yes.

22             MS. PASCHALL:  At this point, Your Honor, the

23      government would move the admission of 108.24.

24             MR. ORENBERG:  No objection.

25             THE COURT:  Without objection, 108.24 is admitted.
```

1          (Government Exhibit No. 108.24

2          received into evidence.)

3    BY MS. PASCHALL:

4    Q.   Moving to slide 173.  What is depicted here?

5    A.   This is an image that I found on Eliande Tunis's iPhone

6    11.  It shows a capture date of September 21, 2021.

7    Q.   And what is depicted here, the image is Exhibit 108.22,

8    is that an image that you culled during your review of

9    Government's Exhibit 100 already in evidence?

10   A.   Yes.

11        MS. PASCHALL:  At this time, Your Honor, the government

12   would move the admission of 108.22.

13        MR. ORENBERG:  No objection.

14        THE COURT:  Without objection, 108.22 is admitted.

15          (Government Exhibit No. 108.22

16          received into evidence.)

17   BY MS. PASCHALL:

18   Q.   And on slide 174, what do we have here?

19   A.   This is an image I found on Eliande Tunis's iPhone 11.

20   It shows a creation date of September 21, 2021.

21   Q.   This is marked as Government's Exhibit 108.21.

22   Is this another image that you culled during your review

23   of Government's Exhibit 100 already in evidence?

24   A.   Yes.

25        MS. PASCHALL:  At this time, Your Honor, the government

1    would move the admission of Exhibit 108.21.

2              MR. ORENBERG:  No objection.

3              THE COURT:  Without objection, 108.21 is admitted.

4                        (Government Exhibit No. 108.21

5                        received into evidence.)

6    BY MS. PASCHALL:

7    Q.   Now, to go back, Government Exhibit's 108.21,

8    Government's Exhibit 108.22, and Government's Exhibit 108.24,

9    what are the capture date and times of those exhibits?

10   A.   108.24 is 5:36:20 p.m.

11   Q.   What is the date?

12   A.   September 21, 2021.

13   Q.   And Exhibit 108.22, what is the capture date and time

14   here?

15   A.   September 21, 2021, 6:12:18 p.m.

16   Q.   And Government's Exhibit 108.21, what are the capture

17   date and time here?

18   A.   September 21, 2021, 5:47:15 p.m.

19   Q.   So going back to slide 171, which contains Exhibits

20   103.01 and 02, are those photographs we've just discussed

21   captured on the same date as the messages sent in Exhibits

22   103.01 and 103.02?

23   A.   They are.

24   Q.   Moving ahead to slide 175.  What is depicted here?

25   A.   These are messages exchanged between Walder St. Louis and

1    Eliande Tunis on September 24, 2021.

2    Q.    And these two messages that contain a portion of Exhibit

3    103.03, are these audio messages that you pulled in your

4    review of Government's Exhibit 100?

5    A.    Yes.

6    Q.    Who sent the first message on this slide?

7    A.    Eliande Tunis.

8    Q.    And what is the translation?

9    A.    "Yeah, what's going?  You know my words and yours are

10   supposed to be the same for the DG (manager).  I already sent

11   the manager a voice message.  I was talking to Patrick and he

12   asked me, do you remember the other gun, the big one that I

13   took?  Patrick told me, they haven't come yet; they can't find

14   it yet.  The one you chose is ready.  Now I want to know what

15   the manager wants to do.  The easiest ones we can retake are

16   AR-15.  Send him a short voice message like that.  You

17   understand our words should be the same, same thing."

18   Q.    And who sends the second message on this page?

19   A.    Walder St. Louis.

20   Q.    What is the translation of that message?

21   A.    "Yeah, I will tell him.  I will tell him ."

22   Q.    Moving on to slide 176.  What do we see depicted here?

23   A.    These are messages exchanged between Walder St. Louis and

24   Eliande Tunis on October 6, 2021.

25   Q.    And this is a portion of Government's Exhibit 103.05.

1      Are the four messages depicted on this page messages that you

2      pulled from Government's Exhibit 100, Eliande Tunis's iPhone

3      extraction, already in evidence?

4      A.    Yes.

5      Q.    Who sent the first message in this series?

6      A.    Walder St. Louis.

7      Q.    And what is the translation?

8      A.    "I'm filling out the application right away and then

9      you'll just go and pick up the stuff."

10     Q.    Who sent the second message?

11     A.    Walder St. Louis.

12     Q.    What is the translation?

13     A.    "Well, I'm going to take those 2.  I will put the

14     application just for those 2.  So, when you come, and

15     automatically, I don't know how you will do it.  And when

16     you come, you know, once you fill it out, you know that you

17     should, you should wait so that they can process it."

18     Q.    Who sent the third message?

19     A.    Eliande Tunis.

20     Q.    What is the translation?

21     A.    "Patrick has 3 in his hands, to send papers."

22     Q.    And who sent the final message on this page?

23     A.    Eliande Tunis.

24     Q.    What is the translation?

25     A.    "2 Kalashnikov and one R-15."

1    Q.   I've pulled up slide 177.  What is depicted on this

2    slide?

3    A.   These are four images that Walder St. Louis sends Eliande

4    Tunis on October 6, 2021.

5    Q.   So moving ahead to slide 178, what is depicted here?

6    A.   This is an image Walder St. Louis sent Eliande Tunis on

7    October 6, 2021.

8    Q.   And this image marked as Exhibit 108.55, is this an image

9    that you reviewed in Government's Exhibit 100, the extraction

10   from Eliande Tunis's iPhone, already in evidence?

11   A.   Yes.

12        MS. PASCHALL:  At this time, Your Honor, the government

13   would move the admission of 108.55.

14        MR. ORENBERG:  No objection.

15        THE COURT:  Without objection, 108.55 is admitted.

16                          (Government Exhibit No. 108.55

17                          received into evidence.)

18   BY MS. PASCHALL:

19   Q.   Now on slide 179, what is depicted here?

20   A.   This is an image Walder St. Louis sent Eliande Tunis on

21   October 6, 2021.

22   Q.   And this image, marked as Government's Exhibit 108.52, is

23   this an image that you culled from your review of Government's

24   Exhibit 100, Eliande Tunis's iPhone extraction, already in

25   evidence?

1    A.    Yes.

2         MS. PASCHALL:  At this time, Your Honor, we'd move

3    the admission of 108.52.

4         MR. ORENBERG:  No objection.

5         THE COURT:  Without objection, 108.52 is admitted.

6                        (Government Exhibit No. 108.52

7                        received into evidence.)

8    BY MS. PASCHALL:

9    Q.    Now move to slide 180.  What is depicted here?

10   A.    This is an image Walder St. Louis sent Eliande Tunis on

11   October 6, 2021.

12   Q.    This depicts Government's Exhibit 108.53.  Is this an

13   image that you found in your review of Government's Exhibit

14   100, Eliande Tunis's iPhone extraction, already in evidence?

15   A.    Yes.

16        THE COURT:  You're not moving that one into evidence?

17        MS. PASCHALL:  Yes, Your Honor.  We'd move the

18   admission of 108.53.

19        MR. ORENBERG:  No objection.

20        THE COURT:  Without objection, 108.53 is admitted.

21                        (Government Exhibit No. 108.53

22                        received into evidence.)

23   BY MS. PASCHALL:

24   Q.    I've now moved on to slide 181.  What is depicted here?

25   A.    This is an image Walder St. Louis sends Eliande Tunis on

1    October 6, 2021.

2    Q.    This is marked as Government's Exhibit 108.54.  Is this

3    an image that you found during your review of Eliande Tunis's

4    iPhone extraction, Government's Exhibit 100, already in

5    evidence?

6    A.    Yes.

7          MS. PASCHALL:  We would move the admission of

8    Government's Exhibit 108.54.

9          MR. ORENBERG:  No objection.

10         THE COURT:  Without objection, 108.54 is admitted.

11                              (Government Exhibit No. 108.54

12                              received into evidence.)

13   BY MS. PASCHALL:

14   Q.    Now moving ahead to slide 182.  What is depicted here?

15   A.    This is an image Walder St. Louis sent to Eliande Tunis

16   on October 10, 2021.

17   Q.    This is marked as Government's Exhibit 108.67.  Is this

18   an image that you found during your review of Eliande Tunis's

19   iPhone extraction, already in evidence in Government's Exhibit

20   100?

21   A.    Yes.

22         MS. PASCHALL:  At this time we would move the admission

23   of Exhibit 108.67.

24         MR. ORENBERG:  No objection.

25         THE COURT:  Without objection, 108.67 is admitted.

377

1                        (Government Exhibit No. 108.67

2                        received into evidence.)

3    BY MS. PASCHALL:

4    Q.   Ms. Calidonna, I've circled a portion of the image in

5    Government's Exhibit 108.67.  Can you read the portion that

6    I have circled?

7    A.   Yes.  "Lucky Pawn and Jewelry.  10207 NW 7th Avenue,

8    Miami, Florida."

9    Q.   Now moving on to slide 183.  Can you see what is depicted

10   here?

11   A.   Yes.

12   Q.   And what is this?

13   A.   This is a message sent by Eliande Tunis to Walder

14   St. Louis on October 16, 2021.

15   Q.   And the image in Government's Exhibit 108.91, is this an

16   image that you found during your review of Government's

17   Exhibit 100, Eliande Tunis's iPhone extraction?

18   A.   Yes.

19        MS. PASCHALL:  At this time, Your Honor, we would move

20   the admission of the image 108.91.

21        MR. ORENBERG:  No objection.

22        THE COURT:  Without objection, 108.91 is admitted.

23                        (Government Exhibit No. 108.91

24                        received into evidence.)

25

1    BY MS. PASCHALL:

2    Q.   Now moving on to slide 184.  What is depicted here?

3    A.   This is a message Eliande Tunis sent to Walder St. Louis

4    on October 16, 2021.

5    Q.   And this message which contains Government's Exhibit

6    103.11, is this message in English?

7    A.   It is.

8    Q.   And is this message one that you pulled from Eliande

9    Tunis's iPhone extraction, already in evidence as Government's

10   Exhibit 100?

11   A.   Yes.

12        MS. PASCHALL:  At this time, Your Honor, we'd move

13   the admission of Exhibit 103.11.

14        MR. ORENBERG:  We have no objection, Your Honor.

15        THE COURT:  103.11 is admitted.

16                              (Government Exhibit No. 103.11

17                               received into evidence.)

18   BY MS. PASCHALL:

19   Q.   And what is the English text of this message in

20   Government's Exhibit 103.11?

21   A.   "Go inside."

22   Q.   Now, in the course of your review of Eliande Tunis's

23   iPhone, did you also review messages that were exchanged

24   between Eliande Tunis and a phone number the FBI has

25   determined belonged to Santia Jean?

1    A.    Yes.

2    Q.    In your review of Government's Exhibit 100, approximately

3    how many messages were exchanged between Santia Jean and

4    Eliande Tunis in the date range June 14, 2021 to October 17,

5    2021?

6    A.    Approximately 534 messages.

7    Q.    I've pulled up slide 187.  What is depicted here?

8    A.    This is a message that Santia Jean sends Eliande Tunis

9    on August 16, 2021.

10   Q.    And what's depicted here, Government's Exhibit 104.01,

11   is this a message that you pulled from your review of

12   Government's Exhibit 100 already in evidence?

13   A.    Yes.

14   Q.    What is the translation of Government's Exhibit 104.01?

15   A.    "Say, eh, Santia, you love gossiping.  It's Yonyon who

16   can tell me something.  It's Yonyon who could do something to

17   me.  Because it's Yonyon's money that lets me eat.  It's

18   Yonyon who puts me here.  I'm rendering him a service."

19   Q.    I've pulled up slide 188.  What is this a slide of?

20   A.    This is a message that Santia Jean sent Eliande Tunis on

21   August 16, 2021.

22   Q.    And what's contained here in Government's Exhibit 104.02,

23   is this an audio message that you pulled during your review of

24   Government's Exhibit 100?

25   A.    Yes.

1    Q.   Could you please read the translation of this message?

2    A.   Santia Jean says to Eliande Tunis, "I'm shocked.  You

3    are so brave.  You are not an ordinary woman, because you said

4    that tonight you will make up with Deco and prove it.  I

5    respect you.  I won't challenge you."

6    Q.   Moving on to slide 189.  What is depicted here?

7    A.   These are messages exchanged between Santia Jean and

8    Eliande Tunis on September 10, 2021.

9    Q.   This is marked as a portion of Government's Exhibit

10    104.05.  Are these two audio messages messages that you

11    pulled during your review of Government's Exhibit 100?

12    A.   Yes.

13    Q.   Who sent the first message?

14    A.   Santia Jean.

15    Q.   And what is the translation of this portion of the

16    message?

17    A.   "Deco came upon this topic with me today, but not Haitian

18    money.  He talked to me about U.S. money.  He also told me

19    that he remembered how much Haitian money he took from you,

20    Santia.  I don't need to talk about this money, about the

21    Haitian money with you, and he told me that.  He just told

22    me how much he took and that he was busy and couldn't stay

23    longer.  I did not have time to tell him that you took the

24    money from me.  Now, I don't know."

25        "I don't know if you will write with him or call him,

1     tell him about it, so we can finish organizing it because

2     if he wants to verify the Haitian money with me, just in case

3     he comes to take it, so he knows how much it is.  Not for

4     verification, but just in case he sends someone to take money,

5     he will already know how much he had in my hands."

6     Q.   And who sent the second message in this page?

7     A.   Eliande Tunis.

8     Q.   And what is the translation of this portion of the

9     message?

10    A.   "Okay.  You know what happens, Sandal?  Let me tell him!

11    I'll just say it like this:  'Deco, I took some money from

12    Santia.  Did she tell you about that?'  I just don't want to.

13    I wanted you to tell him that first.  But I don't have any

14    problem.  I can tell him about it now.  I will say, 'Deco, I

15    took some money from Santia.'  Tell me if I may tell him."

16    Q.   Now moved on to slide 190.  What is depicted here?

17    A.   This is a message Santia Jean sends to Eliande Tunis on

18    September 19, 2021.

19    Q.   And this message labeled as Exhibit 104.12, is this text

20    something that you reviewed during your review of Government's

21    Exhibit 100 already in evidence?

22    A.   Yes.

23    Q.   And what is the translation of this text message?

24    A.   "Sandal, Deco is sending someone to take the money.

25    What to do?  It's not enough, my friend."

1    Q.    During your review of Government's Exhibit 100, the

2    extraction of Eliande Tunis's iPhone, did you also review

3    communications between Eliande Tunis and a phone number the

4    FBI has identified as belonging to Lanmo Sanjou?

5    A.    I did.

6    Q.    In your review of the phone, approximately how many

7    messages were exchanged between the number belonging to Lanmo

8    Sanjou and Eliande Tunis between June 16, 2021 and October 21,

9    2021?

10    A.    Approximately 179 messages.

11    Q.    On slide 193, what is depicted here?

12    A.    This is a photograph Lanmo Sanjou sent Eliande Tunis on

13    September 9, 2021.

14    Q.    And Government's Exhibit 106.02, is this an image that

15    you saw during your review of Government's Exhibit 100 already

16    in evidence?

17    A.    Yes.

18            MS. PASCHALL:  At this time, Your Honor, the government

19    would move the admission of Exhibit 106.02.

20            MR. ORENBERG:  No objection.

21            THE COURT:  106.02 is admitted.

22                            (Government Exhibit No. 106.02

23                             received into evidence.)

24    BY MS. PASCHALL:

25    Q.    And on slide 194, what do we have here?

1    A.   This is an image Lanmo Sanjou sent to Eliande Tunis on

2    August 3, 2021.

3    Q.   And this image marked as Government's Exhibit 106.01, is

4    this an image that you found while reviewing Government's

5    Exhibit 100, the extraction of Eliande Tunis's iPhone?

6    A.   Yes.

7         MS. PASCHALL:  At this time, Your Honor, we'd move the

8    admission of Exhibit 106.01.

9         MR. ORENBERG:  No objection.

10        THE COURT:  106.01 is admitted.

11                              (Government Exhibit No. 106.01

12                              received into evidence.)

13   BY MS. PASCHALL:

14   Q.   Did you also review what's already in evidence as

15   Government's Exhibit 201 for phone calls between this phone

16   number and Eliande Tunis?

17   A.   I did.

18   Q.   And does the chart on slide 195 show the phone calls

19   made between those two phone numbers from August 8, 2021,

20   to October 21, 2021?

21   A.   It does.

22   Q.   And what was the total duration of phone calls during

23   that time?

24   A.   I found that during that time, Lanmo Sanjou and Eliande

25   Tunis were on the phone for an approximate duration of 2.6

1    hours.

2    Q.   Now, on this slide 195, you've placed some stars next

3    to some of the numbers in the chart.  Can you explain to the

4    court, what is this first star next to?

5    A.   This first star is next to a phone call between Lanmo

6    Sanjou and Eliande Tunis that lasted approximately 111

7    minutes.

8    Q.   And the second star on this slide, what is that next to?

9    A.   This is next to a phone call between Eliande Tunis and

10   Lanmo Sanjou that lasted approximately 38 minutes.

11   Q.   And what is the date of that second call?

12   A.   September 4, 2021.

13   Q.   And the third star here, what does that indicate?

14   A.   The third star indicates a phone call between Lanmo

15   Sanjou and Eliande Tunis on October 21, 2021.  That call

16   lasted an approximate duration of five minutes.

17        THE COURT:  Go back to that slide.  The date range at

18   the bottom is indicated as beginning August 8.  The first call

19   that you've starred is actually August 4.  Should the date

20   range be August 4?

21        THE WITNESS:  It should be.  It's possible that there

22   was -- yes.  Yes, it should be August 4.

23   BY MS. PASCHALL:

24   Q.   I've pulled up slide 196.  What do we have in slide 196?

25   A.   This is a video that I found on Eliande Tunis's iPhone

1    11.

2    Q.   And this which is marked as Government's Exhibit 106.03,

3    is this image one that you found during your review of

4    Government's Exhibit 100 already in evidence?

5    A.   Yes.

6         MS. PASCHALL:   At this point, Your Honor, the

7    government would move the admission of Exhibit 106.03.

8         MR. ORENBERG:   Court's indulgence.

9         THE COURT:   Certainly.

10        (Defense conferring.)

11        MR. ORENBERG:   Your Honor, no objection, so long as

12   it's understood it's just the video without audio or without

13   any translations.   And I see the government shaking --

14        MS. PASCHALL:   Well -- sorry.   Finish your objection.

15        MR. ORENBERG:   Just saying it's the video itself.   And

16   it's my understanding there is no audio on this one?

17        MS. PASCHALL:   I believe there is audio.   There is no

18   translation associated with this video.

19        MR. ORENBERG:   There's no translation associated with

20   it so it's just the video.

21        MS. PASCHALL:   We would move the admission of the audio

22   that goes with the video.   We just have not provided as a

23   separate exhibit any translation of that audio.

24        MR. ORENBERG:   What's the date of this video?

25        THE COURT:   So the audio portion is worthless to the

1    finder of fact.

2         MS. PASCHALL:  I don't believe that would be true,

3    Your Honor.

4         THE COURT:  You think I'll be able to understand the

5    audio?

6         MS. PASCHALL:  I think there will be one word in

7    particular that will be very useful to Your Honor.

8         THE COURT:  All right.  Well, we'll -- are you going

9    to play it?

10         MS. PASCHALL:  I am.

11         THE COURT:  I'll allow it conditionally.  So I'll

12    hear it and then you can renew your objection if you wish.

13         MR. ORENBERG:  Can we have the date of this video?

14         MS. PASCHALL:  I don't know that we have a date on

15    the exhibit.

16         THE COURT:  Well, the exhibit, 106.03, indicates a

17    date of September 7, 2021.  I don't know whether that's a

18    relevant date or an irrelevant date.  That's the date that

19    this was sent.  It's not the date that the video was taken.

20         MR. ORENBERG:  Exactly.

21         MS. PASCHALL:  It would reflect the metadata in the

22    iPhone.  And I can ask the witness.

23    BY MS. PASCHALL:

24    Q.   Would the date reflect the metadata -- what would the

25    date reflected in the iPhone show for this video?

1    A.    The date that the video was created.

2          THE COURT:  Was created.

3          THE WITNESS:  Not the date this video was sent.  This

4    is a video that I simply found in her videos in her iPhone.

5          THE COURT:  And so your representation is that the --

6    September 7, 2021, is the date this video was created?

7          THE WITNESS:  No.  The date this video was created was

8    September 7, 2021.  The metadata just unfortunately is not

9    depicted on this slide.

10         MR. ORENBERG:  And that's my objection.  Where is the

11   metadata to support this witness's telling the Court that it's

12   September 7, 2021?

13         MS. PASCHALL:  I don't think the government is

14   proffering a specific date with respect to this video.  The

15   pertinent part of the exhibit is the video and audio itself.

16         THE COURT:  But is it pertinent that someone knew of

17   this video?

18         MS. PASCHALL:  No, Your Honor.  It's simply on her

19   iPhone.

20         THE COURT:  All right.  Ms. Tunis had this video on

21   her iPhone.

22         MS. PASCHALL:  Exactly right, Your Honor.

23         THE COURT:  And do we know when she had it on her

24   iPhone?  Beginning when?

25         MS. PASCHALL:  May I inquire of the witness?

388

1          THE COURT:  You may.

2     BY MS. PASCHALL:

3     Q.   What would the metadata for this video show?

4     A.   The metadata for this video would show that this video

5     was created on September 7, 2021.

6     Q.   And that creation date, is that the first instance that

7     this video would appear within the cell phone that was

8     extracted as Government's Exhibit 100?

9     A.   Yes.

10    Q.   Even if we don't know exactly when the video was taken

11    or how it ended up on her iPhone from that metadata?

12    A.   Yes.

13          THE COURT:  Is what we know that the video was created

14    on September -- what you know, that the video was created on

15    September 7, 2021, and appeared in Ms. Tunis's iPhone sometime

16    thereafter, or do you know when it appeared?

17          THE WITNESS:  It appeared in her iPhone on September 7,

18    2021.

19          THE COURT:  It was both created and appeared in her

20    iPhone on the same date.

21          MS. PASCHALL:  Let me ask maybe a helpful clarifying

22    question?

23          THE COURT:  Oh, okay.  Your expression indicates some

24    confusion, and I think my questions indicate some confusion.

25

1    BY MS. PASCHALL:

2    Q.   The creation date in the iPhone, that does not

3    necessarily mean that this iPhone took that video.  Is that

4    correct?

5    A.   That's correct.

6    Q.   So that date, the creation date, is the first time that

7    this video would be in the extraction of Ms. Tunis's iPhone.

8    Is that accurate?

9    A.   That's accurate.

10         MS. PASCHALL:  Does that help?

11         THE COURT:  That means that the video itself could

12   have been created at an earlier date.

13         MS. PASCHALL:  Correct.  All right.  Is that enough

14   information for you?

15         MR. ORENBERG:  That's what we're objecting to.  We

16   don't know when it was created.  It might have been created

17   in 2019 for all we know.

18         THE COURT:  Well, I guess that's right, because no

19   one can testify to when it was created.  But why is that an

20   objection that I should sustain?  Why does the fact that we

21   don't know when it was created make it objectionable?

22         MR. ORENBERG:  Because the government is trying to --

23   I think they're trying to present to the Court an exhibit that

24   purports to have been created within the relevant time frames

25   of this indictment, and we don't know if this was created

1    before the time period of this indictment.

2        THE COURT:  Ms. Paschall?

3        MS. PASCHALL:  I think the government is simply

4    proffering that an exhibit, which, when I'm able to play it

5    for Your Honor, you will hear one very important word or name,

6    rather, in the exhibit, indicates the relationship between

7    these two individuals.  That Eliande Tunis had on her iPhone a

8    video from Lanmo Sanjou, who will identify himself by name,

9    and is showing the area where he is at the present time.  The

10   time is not relevant.  It's to show the relationship between

11   these two individuals and what Lanmo Sanjou is doing.

12       MR. ORENBERG:  I was just going to say, why is the

13   nature of the relationship between these two individuals --

14       THE COURT:  These two meaning Ms. Tunis and Sanjou?

15       MR. ORENBERG:  Right.  Why is it relevant to the case

16   as to Mr. Germine?  We're objecting on those grounds.  I don't

17   see the relevance of this video.  Are they trying to in a

18   backhanded way identify Mr. Lanmo here at this point in time?

19   And for what purpose?

20       THE COURT:  Give me a sentence on the relevance.

21       MS. PASCHALL:  I believe the government opened on

22   the fact that the business of the gang involves Lanmo Sanjou

23   taking hostages for ransom and sending that money to Santia

24   Jean, who is controlled by Joly Germine, and that makes its

25   way to Eliande Tunis.  So I just refer Your Honor to that

1    circular graph that we opened on.  All of these people are

2    relevant to this defendant's participation in that conspiracy.

3         THE COURT:  All right.  The relevance objection is

4    overruled.  The remaining objection is overruled because of

5    the limited purpose for which this is being offered, and you

6    may play the video.

7         (Video played.)

8         THE COURT:  Mr. Orenberg.

9         MR. ORENBERG:  I'm going to renew my objection,

10   Your Honor.  First of all, I believe the government said that

11   the Court would hear a couple of words.

12        THE COURT:  One word.

13        MR. ORENBERG:  One word.

14        THE COURT:  I probably heard the word.

15        MR. ORENBERG:  Okay.  Regardless of that, Your Honor --

16        THE COURT:  They can't ask me if I understood the word

17   or which word.

18        MR. ORENBERG:  Correct.

19        THE COURT:  They wouldn't be able to ask the jury that

20   either.

21        MR. ORENBERG:  That's right.  And that was only in the

22   first clip, Your Honor.  The first segment, not the second

23   segment.  So I'm asking the Court not to strike the second

24   clip or the second segment that we saw, but overall I'm asking

25   the Court to strike both segments on the fact that the

1      prejudicial impact outweighs the probative value, to see

2      several young men walking around with weapons of -- I believe

3      the Court saw them -- is clearly prejudicial.

4            THE COURT:  Well, if that's a 403 objection, it's

5      overruled.  It has to be substantially prejudicial, and I've

6      seen a lot of pictures of guns already in this case.  So I

7      just don't see that there's a 403 objection here.  So that's

8      overruled.

9            MR. ORENBERG:  Well, could I just say -- the Court says

10     it's seen a lot of pictures of guns already.  Sure, guns in a

11     store.  Guns in a barrel.  This is the first time I believe

12     we've seen guns in the hands of young men walking around of

13     this nature.  I would renew my objection on those grounds.

14           THE COURT:  Overruled.

15           MS. PASCHALL:  May I continue?

16           THE COURT:  You may go to lunch.

17           MS. PASCHALL:  I have like two more slides?  Two or

18     three more slides?

19           THE COURT:  All right.  I have someone waiting in my

20     chambers for a matter.  But go ahead.

21           MS. PASCHALL:  Or we can --

22           THE COURT:  No, go ahead.  Go ahead.

23           MS. PASCHALL:  Okay.

24     BY MS. PASCHALL:

25     Q.   I have up on the screen Government's Exhibit 197.

1    What is this?

2    A.    This is a video that Eliande Tunis sent Mr. Germine on

3    October 5, 2021.

4    Q.    And is this a video exhibit?

5    A.    Yes.

6    Q.    And this exhibit, 108.94, is this a video that you found

7    while reviewing Eliande Tunis's iPhone 11 extraction at

8    Government's Exhibit 100 already in evidence?

9    A.    Yes.

10         MS. PASCHALL:    At this time, Your Honor, we would move

11    the admission of Government's Exhibit 108.94.

12         MR. ORENBERG:    Your Honor, we're objecting again on

13    relevance grounds.    I don't think that --

14         THE COURT:    I have no way to know what the relevance

15    is, because I don't have any idea what's in this video.    How

16    can I rule on a relevance basis without knowing what it is?

17         MS. PASCHALL:    Your Honor, I can proffer that the video

18    is going to be items of clothing, a video that Ms. Tunis takes

19    of those items, that she has then sent that video to

20    Mr. Germine.

21         THE COURT:    And the relevance?

22         MS. PASCHALL:    Those items of clothing are then going

23    to end up in the video that the government played in its

24    opening statement of him showing himself wearing designer

25    clothing in jail in Haiti.    That was proffered as a part of

1    the opening statement to show the differences between the jail

2    in Haiti and the jail in America and how this individual could

3    be operating at this level at that point in time.

4         THE COURT:  All right.  Do you understand the proffer

5    of relevance?

6         MR. ORENBERG:  I understand the proffer, but I didn't

7    think this was a trial about the differences between the

8    American penal system and the Haitian penal system,

9    Your Honor.  What relevance does it have -- what relevance is

10   there to try to show the differences between the two

11   separate -- two different countries' institutions?

12        MS. PASCHALL:  And, Your Honor, I believe the defense

13   is going to proffer that there is no way that this defendant

14   could have been the kingpin of an operation of this size and

15   scale while he was incarcerated.  We played this video and the

16   video played during opening to show that in fact, because of

17   the conditions he was held in in Haiti, is vastly different

18   than if he had been in jail here, and he would in fact have

19   freedom and ability to operate an organization of this kind.

20        THE COURT:  All right.  The objection is noted but

21   overruled, and 108.94 is admitted.

22                    (Government Exhibit No. 108.94

23                     received into evidence.)

24        THE COURT:  I assume this is a very short video?

25        MS. PASCHALL:  I will play only a portion of it,

1    Your Honor.

2            THE COURT:  Go ahead.

3        (Video played.)

4            MS. PASCHALL:  I think this would be a good place to

5    break for lunch, Your Honor.

6            THE COURT:  All right.  Does that mean you have one

7    slide with this witness remaining?

8            MS. PASCHALL:  I apologize.  I think there are some

9    additional slides that will unfortunately carry us into our

10   next slide show presentation.

11           THE COURT:  Let's go to lunch.  I'll see you at --

12   we're going to make it a little shorter today.  We'll make it

13   1:45.  See you then.

14       (Lunch recess taken at 12:41 p.m.)

15

16

17

18

19

20

21

22

23

24

25

* * * * * *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*/s/ Bryan A. Wayne*
Bryan A. Wayne

**$**

**$1,800** [1] - 313:24
**$15,000** [1] - 313:22
**$150** [1] - 337:18
**$2,000** [2] - 313:22, 313:24
**$3,000** [2] - 313:23, 314:14
**$450** [1] - 337:20
**$500** [3] - 337:18, 337:19, 337:20

**'**

**'Deco** [2] - 381:11, 381:14
**'each** [1] - 338:11
**'Let** [1] - 337:25
**'rice** [1] - 338:10
**'sacks** [1] - 338:10
**'the** [1] - 337:20
**'wow** [1] - 338:9

**/**

**/s** [1] - 396:9

**0**

**02** [1] - 371:20

**1**

**1** [3] - 298:10, 299:21, 351:10
**1,500** [2] - 354:25, 363:6
**1-954-588-8097** [1] - 342:7
**10** [6] - 320:8, 324:9, 343:21, 364:21, 376:16, 380:8
**100** [107] - 285:5, 285:25, 287:24, 288:4, 288:5, 288:7, 288:11, 288:16, 289:1, 296:19, 297:14, 298:12, 301:21, 302:13, 304:6, 304:21, 305:13, 306:4, 306:20, 307:12, 308:7, 311:11, 312:15, 314:21, 315:18, 316:11, 316:23, 320:23,

321:8, 321:22, 322:11, 323:4, 323:22, 324:12, 325:8, 325:23, 326:9, 326:18, 327:6, 327:20, 328:10, 328:25, 329:15, 330:4, 330:18, 331:9, 331:24, 333:7, 333:21, 334:25, 335:9, 338:17, 338:25, 339:14, 340:2, 340:17, 341:7, 343:23, 344:1, 344:18, 345:23, 346:10, 347:15, 350:23, 351:13, 352:2, 354:1, 356:1, 356:15, 358:6, 359:4, 359:18, 360:12, 361:3, 361:25, 364:5, 364:13, 365:5, 365:18, 366:7, 366:22, 367:14, 367:22, 368:11, 369:19, 370:9, 370:23, 372:4, 373:2, 374:9, 374:24, 375:14, 376:4, 376:20, 377:17, 378:10, 379:2, 379:12, 379:24, 380:11, 381:21, 382:1, 382:15, 383:5, 385:4, 388:8, 393:8
**101** [2] - 288:7, 318:14
**101.26** [1] - 296:13
**101.28** [2] - 309:5, 309:6
**101.29** [6] - 311:9, 311:14, 312:14, 313:1, 313:2, 313:6
**101.30** [2] - 313:15, 314:20
**101.31** [1] - 316:24
**101.35** [1] - 320:9
**101.38** [1] - 290:5
**101.40** [1] - 331:22
**101.42** [2] - 333:10, 333:18
**101.43** [1] - 335:25
**101.45** [1] - 337:9
**101.46** [1] - 297:9
**101.T** [1] - 289:3
**101s** [1] - 288:17
**102** [2] - 320:5, 320:22

**102.01** [7] - 280:25, 344:24, 344:25, 345:3, 345:5, 345:6, 345:14
**102.02** [14] - 298:8, 298:17, 298:19, 298:21, 299:1, 299:11, 300:18, 344:16, 345:13, 345:25, 346:10, 346:14, 346:21, 347:5
**102.02A** [7] - 280:25, 346:16, 346:20, 346:22, 346:25, 347:1, 349:5
**102.02B** [10] - 281:1, 347:7, 347:10, 347:14, 347:19, 347:21, 347:22, 348:4, 349:15, 349:19
**102.02D** [3] - 281:1, 349:21, 350:4
**102.04** [6] - 280:7, 299:5, 299:21, 300:10, 300:14, 300:15
**102.08** [6] - 280:13, 316:8, 316:9, 316:14, 316:16, 316:17
**102.09** [3] - 351:25, 352:13, 352:16
**102.10** [3] - 352:23, 353:9, 353:25
**102.11** [4] - 354:8, 354:13, 354:18, 355:5
**102.11A** [6] - 281:3, 355:14, 355:25, 356:4, 356:6, 356:7
**102.11B** [1] - 355:18
**102.11C** [1] - 355:22
**102.12** [1] - 356:13
**102.13** [8] - 281:3, 357:18, 357:22, 358:1, 358:5, 358:9, 358:11, 358:12
**102.14** [1] - 358:19
**102.15** [1] - 359:17
**102.16** [1] - 361:2
**102.17** [1] - 361:23
**102.19** [2] - 363:13, 364:4
**102.21** [6] - 281:6, 366:20, 366:25, 367:2, 367:3, 367:10
**102.22** [1] - 367:12
**102.23** [2] - 310:20,

311:10
**102.24** [2] - 364:12, 364:16
**102.T** [1] - 289:4
**10207** [1] - 377:7
**102s** [1] - 288:17
**103** [4] - 320:25, 321:6, 368:22
**103.01** [7] - 281:7, 368:9, 368:19, 368:24, 369:1, 371:20, 371:22
**103.02** [6] - 281:7, 368:10, 368:19, 368:24, 369:1, 371:22
**103.03** [1] - 372:3
**103.05** [2] - 318:19, 372:25
**103.11** [6] - 281:12, 378:6, 378:13, 378:15, 378:16, 378:20
**103s** [1] - 288:17
**104** [1] - 321:17
**104.01** [2] - 379:10, 379:14
**104.02** [1] - 379:22
**104.05** [1] - 380:10
**104.12** [1] - 381:19
**105** [1] - 322:6
**106** [1] - 322:23
**106.01** [5] - 281:13, 383:3, 383:8, 383:10, 383:11
**106.02** [5] - 281:12, 382:14, 382:19, 382:21, 382:22
**106.03** [3] - 385:2, 385:7, 386:16
**107** [1] - 323:16
**108** [19] - 285:6, 285:11, 285:17, 285:21, 286:10, 286:16, 286:25, 287:3, 287:5, 287:6, 287:7, 287:23, 288:9, 288:10, 288:12, 324:6, 324:7, 364:25
**108.100** [5] - 281:2, 350:21, 351:1, 351:3, 351:4
**108.102** [5] - 280:21, 330:17, 330:22, 330:24, 331:1
**108.103** [5] - 280:19, 328:23, 329:3, 329:5, 329:6
**108.21** [7] - 281:8,

370:21, 371:1, 371:3, 371:4, 371:7, 371:16
**108.22** [7] - 281:8, 370:7, 370:12, 370:14, 370:15, 371:8, 371:13
**108.24** [7] - 281:7, 369:18, 369:23, 369:25, 370:1, 371:8, 371:10
**108.29** [7] - 280:9, 303:17, 303:21, 304:4, 304:9, 304:11, 304:12
**108.31** [5] - 280:11, 306:14, 306:23, 306:25, 307:1
**108.32** [6] - 280:11, 307:5, 307:11, 307:16, 307:18, 307:19
**108.33** [5] - 280:10, 305:23, 306:7, 306:9, 306:10
**108.34** [6] - 280:9, 304:15, 304:20, 304:25, 305:2, 305:3
**108.35** [5] - 280:10, 305:7, 305:16, 305:18, 305:19
**108.36** [5] - 281:2, 351:11, 351:16, 351:18, 351:19
**108.37** [6] - 280:8, 301:18, 301:20, 301:25, 302:2, 302:3
**108.38** [6] - 280:8, 302:7, 302:12, 302:16, 302:19, 302:20
**108.41** [5] - 280:12, 308:2, 308:6, 308:11, 308:14, 308:15
**108.43** [5] - 281:4, 359:2, 359:7, 359:9, 359:10
**108.50** [5] - 281:4, 360:10, 360:16, 360:18, 360:19
**108.52** [5] - 281:9, 374:22, 375:3, 375:5, 375:6
**108.53** [5] - 281:10, 375:12, 375:18, 375:20, 375:21
**108.54** [5] - 281:10, 376:2, 376:8, 376:10, 376:11

**108.55** [5] - 281:9, 374:8, 374:13, 374:15, 374:16
**108.57** [5] - 280:20, 330:2, 330:8, 330:10, 330:11
**108.58** [5] - 280:20, 329:12, 329:18, 329:20, 329:21
**108.59** [5] - 280:19, 328:8, 328:13, 328:15, 328:16
**108.60** [5] - 280:21, 331:7, 331:13, 331:15, 331:16
**108.62** [5] - 280:17, 326:16, 326:21, 326:23, 326:24
**108.63** [5] - 280:18, 327:5, 327:10, 327:12, 327:13
**108.64** [5] - 280:18, 327:19, 327:24, 328:1, 328:2
**108.65** [5] - 281:6, 366:4, 366:10, 366:12, 366:13
**108.66** [7] - 280:16, 324:10, 324:15, 324:17, 324:18, 324:21, 324:25
**108.67** [6] - 281:11, 376:17, 376:23, 376:25, 377:1, 377:5
**108.69** [4] - 281:5, 365:8, 365:10, 365:11
**108.70** [5] - 281:5, 365:16, 365:21, 365:23, 365:24
**108.71** [5] - 280:13, 321:7, 321:11, 321:13, 321:14
**108.72** [5] - 280:14, 321:20, 321:25, 322:2, 322:3
**108.73** [6] - 280:14, 322:9, 322:14, 322:16, 322:17, 322:21
**108.74** [5] - 280:15, 323:20, 323:25, 324:2, 324:3
**108.75** [5] - 280:15, 323:2, 323:7, 323:9, 323:10
**108.81** [5] - 280:16, 325:6, 325:11, 325:13, 325:14
**108.83** [10] - 280:22,

335:8, 335:14, 335:21, 335:22, 336:3, 336:5, 336:8, 337:5, 337:8
**108.85** [5] - 280:23, 340:1, 340:6, 340:8, 340:9
**108.86** [5] - 280:24, 340:15, 340:20, 340:22, 340:23
**108.87** [5] - 280:24, 341:5, 341:18, 341:21, 341:22
**108.88** [5] - 280:22, 338:23, 339:3, 339:5, 339:6
**108.89** [5] - 280:23, 339:12, 339:17, 339:19, 339:20
**108.91** [5] - 281:11, 377:15, 377:20, 377:22, 377:23
**108.92** [5] - 280:17, 325:21, 326:1, 326:3, 326:4
**108.94** [5] - 281:13, 393:6, 393:11, 394:21, 394:22
**108.96** [6] - 280:12, 315:16, 315:21, 315:23, 315:24, 316:2
**109** [1] - 325:3
**1092** [1] - 364:17
**10:27:34** [1] - 317:3
**10:47:28** [1] - 299:3
**11** [39] - 288:4, 303:18, 305:25, 306:15, 307:7, 321:2, 321:18, 321:19, 322:7, 322:8, 322:25, 323:1, 323:18, 323:19, 324:8, 325:4, 325:19, 325:20, 326:14, 327:3, 327:18, 328:6, 328:22, 329:10, 330:1, 330:15, 331:5, 338:21, 339:10, 339:24, 340:13, 341:3, 350:19, 369:16, 370:6, 370:19, 385:1, 393:7
**110** [1] - 325:17
**111** [1] - 384:6
**112** [1] - 326:12
**113** [2] - 327:2
**114** [1] - 327:16

**115** [1] - 328:5
**116** [1] - 328:19
**117** [2] - 329:9, 369:8
**118** [1] - 329:24
**119** [1] - 330:14
**11:17** [1] - 350:11
**11:30** [1] - 350:10
**11:35** [1] - 350:11
**12-minute** [1] - 350:9
**120** [1] - 331:4
**121** [1] - 331:19
**122** [1] - 332:5
**124** [2] - 333:16, 334:5
**1240** [1] - 369:8
**125** [2] - 335:4
**12505** [1] - 279:19
**126** [5] - 336:11, 337:11, 337:22, 338:3, 338:16
**127** [1] - 338:20
**128** [1] - 339:9
**129** [1] - 339:23
**12:21:30** [1] - 301:9
**12:22:37** [1] - 301:9
**12:41** [1] - 395:14
**13** [1] - 368:4
**130** [1] - 340:12
**131** [1] - 341:2
**132** [1] - 342:5
**133** [1] - 341:25
**134** [2] - 342:14, 343:2
**137** [2] - 344:6, 344:7
**138** [3] - 344:13, 345:12, 345:13
**139** [1] - 346:5
**14** [1] - 379:4
**140** [28] - 285:3, 287:2, 288:18, 290:3, 296:11, 296:12, 297:8, 299:10, 299:12, 299:13, 300:7, 300:9, 300:12, 309:3, 310:18, 311:15, 314:24, 318:14, 320:5, 322:23, 323:16, 325:17, 334:5, 335:22, 344:25, 347:4, 350:18
**141** [1] - 350:18
**142** [2] - 351:7, 351:8
**143** [2] - 351:22, 352:8
**144** [1] - 352:12
**145** [2] - 352:22, 353:4
**146** [1] - 353:4
**147** [7] - 354:4, 354:15, 354:20, 355:2, 355:16,

355:20, 355:23
**148** [1] - 354:11
**149** [1] - 354:17
**15** [2] - 342:18, 343:13
**150** [1] - 355:4
**151** [1] - 356:10
**152** [1] - 357:15
**153** [1] - 357:21
**154** [1] - 357:25
**155** [1] - 358:15
**156** [1] - 358:24
**157** [1] - 359:13
**158** [1] - 360:7
**159** [2] - 360:22, 360:23
**16** [6] - 325:5, 377:14, 378:4, 379:9, 379:21, 382:8
**160** [2] - 361:19, 361:20
**161** [1] - 363:9
**162** [1] - 364:8
**163** [2] - 364:19, 364:23
**164** [1] - 364:22
**165** [1] - 365:14
**166** [1] - 366:2
**167** [1] - 367:6
**168** [2] - 366:17
**17** [5] - 344:3, 344:9, 366:19, 367:8, 379:4
**171** [2] - 368:6, 371:19
**172** [1] - 369:15
**173** [1] - 370:4
**174** [1] - 370:18
**175** [1] - 371:24
**176** [1] - 372:22
**177** [1] - 374:1
**178** [1] - 374:5
**179** [2] - 374:19, 382:10
**18** [3] - 331:21, 343:5, 368:4
**180** [1] - 375:9
**181** [1] - 375:24
**182** [1] - 376:14
**183** [1] - 377:9
**184** [1] - 378:2
**187** [1] - 379:7
**188** [1] - 379:19
**189** [1] - 380:6
**19** [12] - 332:7, 334:8, 335:6, 336:13, 337:3, 337:6, 338:22, 339:11, 339:25, 340:14, 341:4, 381:18
**190** [1] - 381:16
**193** [1] - 382:11

**194** [1] - 382:25
**195** [2] - 383:18, 384:2
**196** [2] - 384:24
**197** [1] - 392:25
**1:45** [1] - 395:13
**1:45:21** [1] - 356:19

## 2

**2** [15] - 279:9, 297:20, 310:13, 310:14, 319:17, 319:18, 332:25, 357:5, 357:12, 362:16, 362:23, 373:13, 373:14, 373:25
**2,000** [1] - 355:1
**2,854** [1] - 318:10
**2.6** [1] - 383:25
**20** [3] - 342:12, 343:15, 357:4
**20001** [1] - 279:25
**201** [4] - 341:14, 342:1, 342:25, 383:15
**2019** [1] - 389:17
**2021** [123] - 296:16, 297:11, 298:10, 299:22, 303:19, 305:25, 306:16, 307:7, 307:25, 308:5, 309:8, 310:22, 311:17, 313:18, 315:2, 315:14, 316:6, 317:2, 318:17, 320:8, 321:2, 321:19, 322:8, 323:1, 323:19, 324:9, 325:5, 325:20, 326:15, 327:4, 327:18, 328:7, 328:22, 329:11, 330:1, 330:16, 331:6, 331:21, 332:7, 334:8, 335:6, 336:13, 337:3, 337:6, 338:22, 339:11, 339:25, 340:14, 341:4, 342:11, 342:12, 342:17, 342:18, 343:4, 343:5, 343:13, 343:16, 344:3, 344:4, 344:9, 344:15, 346:8, 347:11, 350:20, 351:10, 351:24, 352:25, 353:7,

354:6, 356:12,
357:17, 358:17,
359:15, 360:25,
361:22, 363:11,
364:10, 364:21,
366:19, 367:8,
368:4, 368:8,
369:17, 370:6,
370:20, 371:12,
371:15, 371:18,
372:1, 372:24,
374:4, 374:7,
374:21, 375:11,
376:1, 376:16,
377:14, 378:4,
379:4, 379:5, 379:9,
379:21, 380:8,
381:18, 382:8,
382:9, 382:13,
383:2, 383:19,
383:20, 384:12,
384:15, 386:17,
387:6, 387:8,
387:12, 388:5,
388:15, 388:18,
393:3
**2024** [1] - 279:6
**20530** [2] - 279:15,
279:17
**20854** [1] - 279:20
**21** [10] - 368:8, 369:17,
370:6, 370:20,
371:12, 371:15,
371:18, 382:8,
383:20, 384:15
**21-0699-01** [1] - 279:4
**21-699** [1] - 282:3
**2111** [1] - 279:22
**2138** [1] - 360:2
**22** [1] - 279:6
**22201** [1] - 279:23
**23** [1] - 342:17
**24** [3] - 290:5, 344:4,
372:1
**25** [1] - 290:5
**27** [2] - 344:10, 344:15
**270** [1] - 290:15
**279** [1] - 279:7
**28** [4] - 344:9, 344:10,
346:8, 347:11
**29** [2] - 303:19, 350:20
**296** [1] - 280:4
**2:30** [1] - 358:23

**3**

**3** [6] - 320:15, 337:19,
356:22, 362:22,
373:21, 383:2

**30** [8] - 290:17,
291:24, 294:6,
296:16, 297:11,
305:25, 306:16,
307:7
**300** [2] - 280:7, 291:14
**302** [2] - 280:8, 280:8
**304** [1] - 280:9
**305** [2] - 280:9, 280:10
**306** [1] - 280:10
**307** [2] - 280:11,
280:11
**308** [1] - 280:12
**315** [1] - 280:12
**316** [1] - 280:13
**321** [1] - 280:13
**322** [2] - 280:14,
280:14
**323** [1] - 280:15
**324** [2] - 280:15,
280:16
**325** [1] - 280:16
**326** [2] - 280:17,
280:17
**327** [1] - 280:18
**328** [2] - 280:18,
280:19
**32818** [1] - 360:2
**329** [2] - 280:19,
280:20
**330** [1] - 280:20
**331** [2] - 280:21,
280:21
**333** [1] - 279:25
**336** [1] - 280:22
**339** [2] - 280:22,
280:23
**340** [2] - 280:23,
280:24
**341** [1] - 280:24
**342** [1] - 368:5
**3447** [1] - 342:9
**345** [1] - 280:25
**347** [2] - 280:25, 281:1
**350** [1] - 281:1
**351** [2] - 281:2, 281:2
**356** [1] - 281:3
**358** [1] - 281:3
**359** [1] - 281:4
**360** [1] - 281:4
**365** [2] - 281:5, 281:5
**366** [1] - 281:6
**367** [1] - 281:6
**369** [1] - 281:7
**370** [2] - 281:7, 281:8
**371** [1] - 281:8
**374** [1] - 281:9
**375** [2] - 281:9, 281:10
**376** [1] - 281:10

**377** [2] - 281:11,
281:11
**378** [1] - 281:12
**38** [1] - 384:10
**382** [1] - 281:12
**383** [1] - 281:13
**386** [1] - 344:5
**394** [1] - 281:13
**3:00:19** [1] - 309:9
**3:03:43** [1] - 309:14
**3:05:34** [1] - 309:18

**4**

**4** [13] - 307:25, 308:5,
315:5, 315:11,
315:14, 316:6,
342:11, 343:4,
351:24, 384:12,
384:19, 384:20,
384:22
**400** [2] - 334:12,
337:19, 363:16
**403** [2] - 392:4, 392:7
**4704-A** [1] - 279:24
**4:57:33** [1] - 310:4

**5**

**5** [18] - 299:3, 308:18,
309:8, 310:22,
311:17, 313:18,
315:2, 315:6,
352:25, 353:7,
354:6, 356:12,
357:17, 358:17,
359:15, 360:25,
361:22, 393:3
**5/3** [1] - 352:20
**51** [1] - 337:8
**534** [1] - 379:6
**57** [1] - 325:2
**5:02:17** [1] - 347:13
**5:36:20** [1] - 371:10
**5:47:15** [1] - 371:18

**6**

**6** [12] - 298:5, 317:2,
318:17, 319:17,
363:11, 372:24,
374:4, 374:7,
374:21, 375:11,
376:1
**601** [1] - 279:14
**61** [1] - 342:11
**69** [1] - 364:25
**6:12:18** [1] - 371:15

**6th** [1] - 279:20

**7**

**7** [10] - 338:12, 364:10,
386:17, 387:6,
387:8, 387:12,
388:5, 388:15,
388:17
**70** [1] - 343:9
**78** [2] - 295:22, 296:11
**79** [1] - 296:12
**7:07:30** [1] - 297:16
**7:57:43** [1] - 298:1
**7th** [1] - 377:7

**8**

**8** [3] - 343:13, 383:19,
384:18
**80** [2] - 297:8, 298:7
**81** [1] - 300:24
**82** [2] - 301:11, 301:12
**83** [1] - 302:6
**84** [1] - 303:16
**85** [1] - 304:15
**86** [1] - 305:6
**87** [1] - 305:22
**88** [1] - 306:13
**89** [1] - 307:4
**8:00:51** [1] - 337:6
**8:21:23** [1] - 312:4
**8:22:59** [1] - 312:8
**8:28:54** [2] - 312:20,
313:19
**8:29:09** [1] - 311:24
**8:34:29** [1] - 339:11
**8:51:19** [1] - 337:3
**8th** [1] - 279:22

**9**

**9** [10] - 326:15, 327:4,
327:18, 328:7,
328:22, 329:11,
330:1, 330:16,
331:6, 382:13
**9/28/2021** [1] - 299:3
**90** [2] - 307:22, 307:23
**91** [1] - 308:2
**93** [1] - 309:3
**94** [1] - 310:18
**95** [1] - 311:8
**950** [1] - 279:17
**96** [2] - 313:14, 314:19
**97** [3] - 314:24,
314:25, 315:10
**98** [1] - 315:12

**99** [2] - 316:5
**9:43** [1] - 279:6
**9mm** [1] - 307:10

**A**

**a.m** [5] - 279:6, 299:3,
317:3, 350:11
**abide** [1] - 300:4
**ability** [1] - 394:19
**able** [11] - 283:10,
284:25, 285:13,
290:1, 290:8, 292:1,
292:6, 362:20,
386:4, 390:4, 391:19
**above-entitled** [1] -
396:5
**absolutely** [1] - 319:5
**accomplish** [1] -
290:16
**according** [1] - 289:8
**accuracy** [3] - 291:10,
299:7, 299:12
**accurate** [5] - 286:8,
299:14, 299:17,
389:8, 389:9
**accurately** [1] -
348:12
**acting** [1] - 318:1
**additional** [4] -
289:10, 326:9,
346:14, 395:9
**address** [4] - 282:24,
285:9, 295:17,
359:23
**addressed** [2] - 286:1,
286:25
**admissible** [2] -
299:15, 299:17
**admission** [72] -
285:11, 285:17,
287:3, 287:11,
287:13, 298:16,
300:10, 301:25,
302:15, 304:9,
304:25, 305:16,
306:7, 306:23,
307:16, 308:11,
315:21, 316:14,
321:11, 321:25,
322:14, 323:7,
323:25, 324:15,
325:11, 326:1,
326:21, 327:10,
327:24, 328:13,
329:3, 329:18,
330:8, 330:22,
331:13, 335:13,
336:3, 339:3,

339:17, 340:6,
340:20, 341:18,
345:3, 346:16,
346:20, 347:19,
351:1, 351:16,
356:4, 358:9, 359:7,
360:16, 365:8,
365:21, 366:10,
366:25, 368:19,
369:23, 370:12,
371:1, 374:13,
375:3, 375:18,
376:7, 376:22,
377:20, 378:13,
382:19, 383:8,
385:7, 385:21,
393:11
**admit** [4] - 286:12,
313:5, 313:7, 336:1
**admitted** [72] - 298:19,
299:16, 300:14,
300:19, 302:2,
302:19, 304:11,
305:2, 305:18,
306:9, 306:25,
307:18, 308:14,
315:23, 316:16,
321:13, 322:2,
322:16, 323:9,
324:2, 324:17,
325:13, 326:3,
326:23, 327:12,
328:1, 328:15,
329:5, 329:20,
330:10, 330:24,
331:15, 335:23,
336:7, 337:4, 339:5,
339:19, 340:8,
340:22, 341:21,
345:5, 346:22,
346:25, 347:21,
348:13, 348:16,
349:5, 351:3,
351:18, 356:6,
358:11, 359:9,
360:18, 365:10,
365:23, 366:12,
367:2, 368:24,
369:25, 370:14,
371:3, 374:15,
375:5, 375:20,
376:10, 376:25,
377:22, 378:15,
382:21, 383:10,
394:21
**admitting** [1] - 292:18
**advance** [1] - 293:7
**advise** [1] - 295:12
**ago** [1] - 312:25
**agree** [1] - 350:8

**agreeing** [1] - 287:11
**ahead** [22] - 284:17,
303:13, 308:25,
317:20, 324:6,
345:25, 353:4,
354:4, 354:11,
354:17, 355:4,
357:21, 366:17,
368:6, 369:15,
371:24, 374:5,
376:14, 392:20,
392:22, 395:2
**air** [1] - 363:16
**alert** [1] - 283:10
**Allen** [1] - 282:15
**ALLEN** [1] - 279:18
**allow** [1] - 386:11
**allowing** [1] - 293:10
**almost** [2] - 285:23,
309:22
**alongside** [1] - 352:5
**AMATO** [7] - 279:21,
282:17, 293:16,
294:1, 294:16,
294:20, 295:14
**Amato** [6] - 282:17,
282:19, 286:20,
292:14, 292:15,
295:15
**America** [2] - 282:3,
394:2
**AMERICA** [1] - 279:3
**American** [1] - 394:8
**ammunition** [1] -
333:23
**Ammunition** [1] -
323:15
**amount** [2] - 318:10,
318:24
**amounts** [1] - 317:9
**analysis** [1] - 342:8
**answers** [2] - 284:11,
284:20
**anyway** [1] - 290:8
**apart** [1] - 361:8
**apologize** [1] - 395:8
**appear** [4] - 282:24,
288:17, 315:13,
388:7
**appearance** [1] -
282:8
**APPEARANCES** [1] -
279:12
**appeared** [4] - 388:15,
388:16, 388:17,
388:19
**appellate** [1] - 348:1
**applicable** [1] -
313:10
**application** [2] -

373:8, 373:14
**appointment** [1] -
332:3
**appreciate** [2] -
284:24, 287:9
**approach** [2] - 282:7,
290:18
**appropriate** [2] -
285:18, 291:7
**approximate** [2] -
383:25, 384:16
**April** [2] - 342:11,
342:17
**AR-15** [2] - 298:6,
372:16
**area** [2] - 320:20,
390:9
**Arlington** [1] - 279:23
**army** [1] - 297:24
**arrives** [1] - 337:25
**assembled** [1] -
362:17
**assess** [2] - 294:2,
294:10
**associated** [3] -
367:24, 385:18,
385:19
**assume** [1] - 394:24
**assured** [1] - 284:13
**ATM** [1] - 352:17
**ATMs** [1] - 352:20
**attempt** [2] - 285:15,
316:20
**attendance** [1] - 283:2
**Attorney's** [1] - 279:14
**audio** [24] - 288:19,
289:1, 291:1, 291:6,
291:7, 311:10,
316:4, 316:19,
331:23, 338:16,
356:14, 367:13,
372:3, 379:23,
380:10, 385:12,
385:16, 385:17,
385:21, 385:23,
385:25, 386:5,
387:15
**August** [8] - 379:9,
379:21, 383:2,
383:19, 384:18,
384:19, 384:20,
384:22
**AUSA** [2] - 279:13,
279:13
**AUSAs** [1] - 282:10
**authenticate** [3] -
290:11, 291:21,
292:4
**authenticity** [4] -
285:15, 289:13,

289:21, 289:24
**automatically** [1] -
373:15
**available** [2] - 289:17,
295:6
**Avenue** [4] - 279:17,
279:19, 279:25,
377:7
**aware** [2] - 293:20,
295:11

---

# B

**Babe** [1] - 352:6
**babe** [3] - 309:21,
319:11, 363:2
**baby** [15] - 298:5,
312:11, 314:8,
317:17, 320:13,
320:15, 320:16,
332:15, 332:20,
336:17, 354:24,
359:23, 361:8,
361:12, 363:21
**backboard** [1] -
292:12
**backhanded** [1] -
390:18
**backward** [2] -
366:16, 367:6
**bad** [1] - 320:17
**bag** [3] - 304:19,
309:23, 309:24
**balls** [1] - 357:12
**bank** [2] - 309:13,
352:18
**BARNES** [1] - 279:16
**Barnes** [1] - 282:11
**barrel** [1] - 392:11
**based** [5] - 290:8,
290:11, 293:13,
343:6, 344:1
**basis** [1] - 393:16
**BATES** [1] - 279:10
**battlefield** [1] - 297:24
**BB** [2] - 333:5, 334:23
**BEAUDRE** [1] -
279:16
**beautiful** [1] - 297:25
**BEFORE** [1] - 279:10
**begged** [1] - 297:6
**begin** [1] - 288:10
**beginning** [3] - 367:8,
384:18, 387:24
**behalf** [2] - 282:15,
282:18
**belonged** [1] - 378:25
**belonging** [3] -

342:22, 382:4, 382:7
**below** [3] - 301:7,
355:1, 357:1
**BENCH** [1] - 279:9
**best** [1] - 283:3
**better** [1] - 357:14
**between** [58] - 296:15,
297:10, 298:9,
303:23, 307:24,
309:7, 311:16,
313:17, 317:1,
318:16, 324:22,
332:6, 334:7,
336:12, 341:15,
342:8, 342:11,
342:12, 342:15,
343:8, 343:23,
344:2, 344:3, 344:8,
351:23, 352:24,
354:5, 356:11,
357:16, 358:16,
359:14, 360:24,
361:21, 363:10,
364:20, 367:7,
367:24, 368:3,
368:7, 371:25,
372:23, 378:24,
379:3, 380:7, 382:3,
382:7, 382:8,
383:15, 383:19,
384:5, 384:9,
384:14, 390:6,
390:10, 390:13,
394:1, 394:7, 394:10
**beyond** [2] - 343:14,
343:15
**bidip** [3] - 357:13
**big** [8] - 312:2, 320:16,
320:18, 320:20,
362:7, 372:12
**billiard** [1] - 292:12
**binders** [2] - 348:22,
349:8
**bit** [1] - 294:9
**black** [7] - 301:13,
302:8, 304:2,
304:19, 305:11,
306:18, 323:14
**Blazer** [1] - 323:14
**blown** [1] - 358:24
**blowup** [1] - 360:7
**blue** [3] - 342:19,
342:21, 343:18
**boss** [1] - 320:14
**bottom** [3] - 300:11,
342:17, 384:18
**bought** [9] - 296:24,
313:23, 317:22,
317:23, 319:16,
319:17, 320:14,

354:25, 362:20
**Boulevard** [1] - 279:22
**box** [5] - 320:14, 323:14, 362:18, 362:20
**boxes** [5] - 307:9, 321:4, 332:11, 362:18
**branch** [1] - 352:17
**brave** [1] - 380:3
**break** [4] - 287:16, 350:7, 350:9, 395:5
**brief** [1] - 355:7
**briefly** [1] - 355:10
**bring** [10] - 290:14, 291:15, 291:19, 291:24, 293:7, 294:18, 295:17, 295:20, 338:12, 363:2
**Bryan** [2] - 396:9, 396:9
**BRYAN** [2] - 279:24, 396:3
**bullet** [3] - 320:13, 322:22, 353:14
**bullets** [4] - 310:2, 320:21, 321:4, 357:4
**business** [1] - 390:22
**busy** [1] - 380:22
**buy** [12] - 298:5, 309:22, 310:1, 310:12, 317:19, 317:20, 317:21, 319:14, 319:16, 320:15, 362:13
**buying** [6] - 296:24, 298:5, 361:17, 362:9, 362:11, 362:19
**buys** [1] - 362:13
**BY** [81] - 296:9, 298:20, 300:23, 301:19, 302:5, 303:15, 304:14, 305:5, 305:21, 306:12, 307:3, 307:21, 309:2, 313:13, 315:9, 316:1, 316:22, 317:13, 321:16, 322:5, 322:19, 323:12, 324:5, 324:20, 325:16, 326:6, 327:1, 327:15, 328:4, 328:18, 329:8, 329:23, 330:13, 331:3, 331:18, 333:15, 333:19,

334:4, 336:10, 339:8, 339:22, 340:11, 341:1, 341:24, 343:17, 344:12, 345:21, 346:4, 347:3, 347:8, 350:16, 351:6, 351:21, 355:12, 356:9, 358:14, 359:12, 360:21, 365:13, 366:1, 366:15, 367:5, 368:15, 369:3, 370:3, 370:17, 371:6, 374:18, 375:8, 375:23, 376:13, 377:3, 378:1, 378:18, 382:24, 383:13, 384:23, 386:23, 388:2, 389:1, 392:24

## C

**CALIDONNA** [2] - 280:4, 296:7
**Calidonna** [11] - 295:20, 296:5, 296:10, 300:24, 301:20, 345:8, 347:9, 350:12, 350:17, 355:13, 377:4
**cannot** [2] - 367:20
**Cantave** [1] - 282:5
**capture** [17] - 305:25, 306:16, 307:7, 322:8, 323:1, 323:19, 325:5, 327:18, 330:1, 330:16, 339:11, 339:25, 369:17, 370:6, 371:9, 371:13, 371:16
**captured** [1] - 371:21
**car** [1] - 311:23
**care** [7] - 284:22, 292:24, 293:2, 293:9, 317:18, 320:2, 320:4
**cargo** [1] - 362:18
**carries** [2] - 337:18, 338:1
**carry** [1] - 395:9
**cartridge** [3] - 302:23, 303:1, 303:6
**case** [11] - 282:3, 289:11, 290:15, 291:9, 291:11, 341:9, 348:8, 381:2,

381:4, 390:15, 392:6
**catch** [4] - 336:22, 336:23, 336:24, 336:25
**cell** [3] - 360:12, 367:23, 388:7
**center** [2] - 315:13, 324:24
**certain** [1] - 285:10
**certainly** [2] - 355:8, 385:9
**CERTIFICATE** [1] - 396:2
**certificate** [1] - 289:13
**certificates** [1] - 289:21
**certification** [1] - 290:10
**certifications** [1] - 289:16
**certify** [1] - 396:3
**chain** [3] - 300:25, 301:4, 355:15
**challenge** [4] - 291:22, 292:8, 292:10, 380:5
**chambers** [1] - 392:20
**chance** [2] - 294:22, 367:18
**changes** [1] - 291:7
**changing** [3] - 349:19, 349:20, 349:21
**chart** [3] - 290:25, 383:18, 384:3
**check** [5] - 287:16, 287:17, 287:18, 287:19, 332:20
**checked** [1] - 299:20
**child** [1] - 346:2
**chose** [1] - 372:14
**Circle** [1] - 364:18
**circled** [7] - 300:24, 309:9, 352:8, 352:15, 353:1, 377:4, 377:6
**circling** [3] - 315:12, 324:24, 343:2
**circular** [1] - 391:1
**clarification** [1] - 352:7
**clarifying** [1] - 388:21
**clear** [7] - 283:4, 287:23, 288:1, 288:13, 294:21, 300:17, 360:3
**clearly** [1] - 392:3
**CLERK** [1] - 282:2
**click** [1] - 337:15
**clip** [2] - 391:22, 391:24

**close** [1] - 348:8
**closest** [1] - 284:5
**clothing** [3] - 393:18, 393:22, 393:25
**cluster** [1] - 343:20
**co** [1] - 299:21
**co-counsel** [1] - 299:21
**COLUMBIA** [1] - 279:1
**combination** [1] - 288:18
**comfortable** [1] - 295:5
**coming** [1] - 336:17
**communications** [1] - 382:3
**company** [2] - 289:5, 291:25
**comparisons** [1] - 290:1
**complained** [2] - 338:9, 338:13
**completely** [2] - 320:20, 362:15
**component** [1] - 348:21
**comprise** [1] - 314:19
**conditionally** [1] - 386:11
**conditions** [1] - 394:17
**confer** [1] - 348:8
**conferring** [3] - 348:18, 355:9, 385:10
**confirm** [2] - 294:13, 345:8
**confirmed** [1] - 291:6
**confused** [1] - 308:19
**confusion** [3] - 282:23, 388:24
**consider** [2] - 300:7, 300:8
**consistency** [2] - 291:11, 315:7
**consistent** [1] - 349:20
**conspiracy** [1] - 391:2
**Constitution** [1] - 279:25
**contain** [4] - 286:16, 333:12, 364:22, 372:2
**contained** [1] - 315:3, 316:8, 320:22, 353:25, 354:18, 355:16, 358:4, 359:16, 360:22, 361:23, 379:22
**contains** [20] - 298:7,

302:6, 305:6, 305:22, 306:13, 307:4, 309:4, 311:8, 313:14, 316:23, 318:18, 320:9, 328:8, 346:20, 352:22, 354:7, 356:13, 358:18, 371:19, 378:5
**continuation** [1] - 313:16
**continue** [2] - 295:9, 392:15
**Continued** [1] - 280:4
**CONTINUED** [1] - 296:8
**control** [1] - 291:5
**controlled** [1] - 390:24
**convenient** [2] - 292:11, 292:12
**conversations** [1] - 343:7
**copies** [1] - 349:10
**copy** [1] - 349:17
**corner** [1] - 300:12
**correct** [17] - 283:25, 286:4, 286:5, 300:1, 313:2, 313:3, 317:12, 334:2, 336:6, 345:2, 357:19, 357:20, 389:4, 389:5, 389:13, 391:18, 396:4
**corrected** [1] - 299:9
**correcting** [2] - 299:9, 299:10
**correction** [1] - 299:6
**correctly** [3] - 285:12, 285:21, 291:11
**corresponding** [1] - 289:2
**costs** [1] - 314:14
**Counsel** [1] - 346:18
**counsel** [11] - 282:7, 282:10, 285:4, 288:22, 289:22, 291:22, 299:21, 303:9, 346:19, 348:9, 348:20
**countries'** [1] - 394:11
**country** [1] - 320:21
**couple** [1] - 391:11
**course** [5] - 294:5, 341:9, 343:22, 348:14, 378:22
**COURT** [196] - 279:1, 282:12, 282:19, 283:15, 283:22, 284:5, 284:8,

284:16, 284:22,
284:24, 285:20,
286:3, 286:6, 286:9,
286:15, 286:20,
287:5, 287:8,
287:18, 287:21,
288:5, 288:14,
289:19, 291:16,
292:11, 292:15,
293:25, 294:14,
294:17, 295:4,
295:15, 295:23,
296:3, 296:5,
298:19, 298:24,
299:1, 299:6,
299:19, 299:23,
300:6, 300:14,
300:19, 302:2,
302:18, 302:22,
302:25, 303:5,
303:10, 303:13,
304:11, 305:2,
305:18, 306:9,
306:25, 307:18,
308:13, 308:19,
308:23, 308:25,
312:17, 312:24,
313:5, 313:12,
315:5, 315:23,
316:16, 317:10,
321:13, 322:2,
322:16, 323:9,
324:2, 324:17,
325:13, 326:3,
326:23, 327:12,
328:1, 328:15,
329:5, 329:20,
330:10, 330:24,
331:15, 333:10,
333:17, 333:22,
333:25, 334:3,
335:16, 335:20,
336:5, 336:7, 339:5,
339:19, 340:8,
340:22, 341:17,
341:21, 343:14,
344:10, 344:22,
344:25, 345:5,
345:8, 345:13,
345:17, 345:25,
346:18, 346:25,
347:5, 347:21,
347:24, 348:1,
348:6, 348:14,
348:25, 349:3,
349:5, 349:7,
349:11, 349:14,
349:19, 349:23,
349:25, 350:3,
350:6, 350:9,
350:12, 351:3,

351:18, 355:8,
356:6, 358:11,
359:9, 360:18,
365:10, 365:23,
366:12, 367:2,
368:21, 368:24,
369:25, 370:14,
371:3, 374:15,
375:5, 375:16,
375:20, 376:10,
376:25, 377:22,
378:15, 382:21,
383:10, 384:17,
385:9, 385:25,
386:4, 386:8,
386:11, 386:16,
387:2, 387:5,
387:16, 387:20,
387:23, 388:1,
388:13, 388:19,
388:23, 389:11,
389:18, 390:2,
390:14, 390:20,
391:3, 391:8,
391:12, 391:14,
391:16, 391:19,
392:4, 392:14,
392:16, 392:19,
392:22, 393:14,
393:21, 394:4,
394:20, 394:24,
395:2, 395:6, 395:11
**court** [6] - 282:22,
287:1, 290:3,
290:12, 292:4, 384:4
**Court** [11] - 279:24,
292:8, 296:14,
387:11, 389:23,
391:11, 391:23,
391:25, 392:3,
392:9, 396:3
**court's** [1] - 385:8
**Court's** [2] - 300:4,
348:10
**Courthouse** [1] -
279:24
**courtroom** [1] -
282:16
**CR** [1] - 279:4
**create** [1] - 290:18
**created** [15] - 387:1,
387:2, 387:6, 387:7,
388:5, 388:13,
388:14, 388:19,
389:12, 389:16,
389:19, 389:21,
389:24, 389:25
**creation** [19] - 303:19,
321:2, 321:19,
324:9, 325:20,

326:15, 327:4,
328:7, 328:22,
329:11, 331:6,
338:22, 340:14,
341:4, 350:20,
370:20, 388:6,
389:2, 389:6
**Creole** [5] - 284:11,
290:21, 290:23,
291:1, 291:4
**criminal** [1] - 282:3
**cross** [1] - 294:22
**cross-examination** [1]
- 294:22
**CRR** [1] - 279:24
**culled** [52] - 312:14,
314:21, 315:17,
316:10, 320:22,
321:7, 321:21,
322:10, 323:3,
323:21, 327:6,
327:20, 328:9,
328:24, 329:13,
330:3, 330:18,
331:8, 333:7,
334:25, 335:8,
338:17, 338:24,
339:13, 340:2,
340:16, 341:6,
342:1, 344:17,
347:15, 350:22,
351:12, 352:1,
354:1, 356:1,
356:14, 358:5,
359:3, 359:17,
360:11, 361:2,
361:24, 364:5,
364:12, 365:4,
365:17, 366:6,
366:21, 367:13,
370:8, 370:22,
374:23
**cushion** [1] - 292:12
**cut** [1] - 343:16

# D

**D.C** [1] - 279:5
**darling** [7] - 334:12,
336:22, 352:11,
357:14, 358:23,
361:16, 367:19
**data** [1] - 288:25
**date** [69] - 295:23,
303:19, 305:25,
306:16, 307:7,
308:4, 308:5,
315:10, 321:19,
322:8, 323:1,
323:19, 324:9,

325:5, 325:20,
326:15, 327:4,
327:18, 328:7,
328:22, 329:11,
330:1, 330:16,
331:6, 338:22,
339:25, 340:14,
341:4, 342:16,
343:3, 343:4, 346:5,
346:15, 347:9,
350:20, 368:3,
369:17, 370:6,
370:20, 371:9,
371:11, 371:13,
371:17, 371:21,
379:4, 384:11,
384:17, 384:19,
385:24, 386:13,
386:14, 386:17,
386:18, 386:19,
386:24, 386:25,
387:1, 387:3, 387:6,
387:7, 387:14,
388:6, 388:20,
389:2, 389:6, 389:12
**dates** [5] - 343:2,
343:8, 343:10,
344:10
**DAY** [1] - 279:9
**days** [4] - 317:22,
317:24, 319:17,
319:18
**DC** [3] - 279:15,
279:17, 279:25
**deal** [6] - 288:15,
292:21, 293:8,
293:12, 295:13,
299:8
**dealing** [1] - 308:20
**dealt** [1] - 292:21
**decide** [1] - 295:12
**Deco** [3] - 380:4,
380:17, 381:24
**deep** [1] - 362:22
**defendant** [2] -
313:11, 394:13
**Defendant** [2] - 279:7,
279:18
**defendant's** [1] -
391:2
**defense** [16] - 285:4,
288:21, 289:6,
289:22, 289:25,
290:6, 291:13,
291:22, 292:4,
303:9, 348:8,
348:20, 349:9,
349:17, 385:10,
394:12
**definitely** [1] - 294:24

**deleted** [1] - 312:22
**delved** [1] - 294:23
**Department** [1] -
279:16
**depict** [1] - 306:17
**depicted** [99] - 302:11,
303:20, 303:25,
304:18, 305:10,
306:1, 307:8, 316:5,
318:15, 320:6,
320:25, 321:6,
321:17, 321:20,
322:6, 322:21,
322:24, 323:2,
323:13, 323:17,
323:20, 324:6,
324:10, 325:3,
325:6, 325:18,
325:21, 326:12,
326:16, 327:5,
327:16, 328:5,
328:19, 329:9,
329:24, 330:2,
331:4, 331:7,
331:19, 331:22,
332:5, 334:6, 335:4,
335:7, 335:13,
336:11, 338:20,
339:9, 339:23,
341:2, 342:14,
343:7, 343:12,
344:6, 346:23,
347:14, 350:18,
350:21, 351:22,
352:13, 352:15,
352:23, 354:4,
355:5, 356:10,
357:15, 357:21,
361:19, 363:9,
364:8, 364:11,
364:19, 365:1,
365:14, 366:2,
366:17, 367:6,
367:9, 368:6,
369:15, 370:4,
370:7, 371:24,
372:22, 373:1,
374:1, 374:5,
374:19, 375:9,
375:24, 376:14,
377:9, 378:2, 379:7,
379:10, 380:6,
381:16, 382:11,
387:9
**depicts** [5] - 302:8,
306:18, 313:17,
363:12, 375:12
**deposit** [3] - 309:13,
358:23, 364:1
**DEPUTY** [1] - 282:2

**describe** [3] - 296:13, 301:11, 351:7
**describing** [2] - 303:5, 353:24
**designating** [1] - 299:25
**designation** [1] - 299:10
**designer** [1] - 393:24
**detail** [2] - 341:13, 342:10
**determined** [1] - 378:25
**DG** [1] - 372:10
**dick** [1] - 357:2
**differences** [3] - 394:1, 394:7, 394:10
**different** [9] - 289:18, 290:17, 293:19, 294:6, 304:2, 326:7, 345:18, 394:11, 394:17
**differently** [1] - 335:24
**difficult** [1] - 292:7
**difficulty** [1] - 335:20
**DIRECT** [1] - 296:8
**Direct** [1] - 280:4
**directed** [1] - 292:13
**direction** [1] - 326:7
**directly** [2] - 292:5, 319:21
**disclosed** [6] - 288:24, 289:22, 290:8, 291:13, 303:9, 348:20
**discovery** [5] - 289:6, 289:25, 290:7, 290:19, 290:24
**discuss** [1] - 283:6
**discussed** [3] - 286:13, 315:14, 371:20
**discussing** [3] - 355:15, 355:19, 355:23
**dismantle** [1] - 362:21
**dismountable** [2] - 310:15
**display** [2] - 348:23, 349:1
**displayed** [1] - 349:2
**DISTRICT** [3] - 279:1, 279:1, 279:10
**documents** [1] - 292:18
**done** [4] - 289:5, 289:10, 289:11, 289:12
**Dor** [53] - 298:10, 301:10, 301:15,

302:10, 304:17, 305:8, 310:21, 315:1, 316:6, 343:24, 344:3, 344:8, 344:14, 346:7, 351:9, 351:23, 352:5, 352:11, 352:24, 353:3, 353:7, 353:16, 353:20, 354:5, 354:9, 354:16, 354:22, 355:3, 356:11, 356:24, 357:1, 357:16, 357:24, 358:3, 358:16, 359:1, 359:14, 359:25, 360:24, 361:14, 361:21, 362:3, 363:4, 363:10, 363:14, 364:9, 364:20, 365:3, 365:15, 366:3, 366:18, 367:7, 367:18
**Dot** [1] - 307:9
**double** [3] - 287:18, 287:19, 289:19
**double-check** [2] - 287:18, 287:19
**down** [3] - 290:14, 338:7, 362:22
**dozens** [1] - 290:15
**draw** [1] - 286:1
**drawn** [4] - 285:24, 287:24, 345:13, 345:18
**driver** [1] - 362:10
**drum** [4] - 337:18, 362:20, 362:21, 362:22
**drums** [3] - 337:19, 337:20, 338:14
**Duncan** [2] - 284:22, 355:10
**duration** [3] - 383:22, 383:25, 384:16
**during** [17] - 313:8, 368:10, 369:19, 370:8, 370:22, 376:3, 376:18, 377:16, 379:23, 380:11, 381:20, 382:1, 382:15, 383:22, 383:24, 385:3, 394:16

---

**E**

---

**early** [2] - 332:3,

332:25
**ease** [2] - 346:15, 348:24
**easier** [1] - 345:20
**easiest** [1] - 372:15
**eat** [1] - 379:17
**either** [5] - 288:19, 291:8, 292:11, 292:25, 391:20
**Eliande** [192] - 296:16, 296:18, 297:5, 297:11, 297:13, 297:17, 298:3, 298:10, 298:22, 301:2, 301:6, 301:15, 302:10, 303:18, 303:23, 304:17, 305:8, 305:24, 306:15, 307:6, 307:25, 308:3, 309:8, 309:11, 310:8, 310:10, 310:21, 311:17, 311:19, 311:25, 312:5, 313:17, 313:20, 314:1, 314:12, 315:1, 316:6, 317:2, 317:4, 318:17, 319:8, 320:7, 321:1, 321:18, 322:7, 322:25, 323:18, 324:8, 324:23, 325:1, 325:4, 325:19, 326:10, 326:14, 327:3, 327:17, 328:6, 328:21, 329:10, 329:13, 329:25, 330:3, 330:15, 330:18, 331:5, 331:9, 331:20, 332:7, 332:9, 332:18, 332:22, 332:24, 334:8, 334:10, 335:1, 335:5, 335:9, 336:13, 336:15, 337:12, 338:4, 338:21, 339:10, 339:24, 340:13, 341:3, 341:15, 342:3, 342:9, 342:12, 342:15, 342:21, 343:23, 344:2, 344:9, 344:14, 346:7, 346:11, 350:19, 351:9, 351:24, 352:5, 352:25,

353:3, 353:6, 353:12, 354:6, 354:10, 354:16, 356:12, 356:20, 357:9, 357:17, 357:23, 358:2, 358:17, 358:20, 359:1, 359:15, 359:21, 360:6, 360:8, 360:12, 360:25, 361:6, 361:10, 361:22, 362:25, 363:11, 363:19, 363:23, 364:9, 364:21, 365:2, 365:5, 365:15, 366:3, 366:18, 367:8, 367:23, 367:24, 368:8, 369:10, 369:16, 370:5, 370:19, 372:1, 372:7, 372:24, 373:2, 373:19, 373:23, 374:3, 374:6, 374:10, 374:20, 374:24, 375:10, 375:14, 375:25, 376:3, 376:15, 376:18, 377:13, 377:17, 378:3, 378:8, 378:22, 378:24, 379:4, 379:8, 379:20, 380:2, 380:8, 381:7, 381:17, 382:2, 382:3, 382:8, 382:12, 383:1, 383:5, 383:16, 383:24, 384:6, 384:9, 384:15, 384:25, 390:7, 390:25, 393:2, 393:7
**ELITA** [1] - 279:21
**Elita** [1] - 282:17
**ELMO** [3] - 348:23, 355:11, 355:19
**emails** [1] - 293:19
**en** [3] - 285:13, 286:13, 287:11
**end** [4] - 282:25, 300:7, 312:19, 393:23
**endeavor** [1] - 348:11
**ended** [1] - 388:11
**English** [13] - 284:10, 284:21, 290:21, 290:23, 291:2, 291:4, 352:9, 360:3,

364:17, 368:16, 369:13, 378:6, 378:19
**enter** [1] - 295:24
**entered** [1] - 348:9
**entirety** [4] - 313:1, 313:6, 336:5
**entitled** [2] - 299:21, 396:5
**Erick** [2] - 332:2, 332:15
**erroneously** [1] - 334:1
**ESQ** [3] - 279:16, 279:18, 279:21
**essentially** [1] - 292:8
**etc** [1] - 289:4
**ether** [1] - 300:20
**evening** [1] - 293:18
**evidenc1e** [1] - 325:8
**evidence** [157] - 285:25, 287:25, 288:3, 288:5, 288:13, 289:9, 292:4, 296:19, 297:13, 298:13, 299:15, 299:16, 299:17, 300:16, 301:22, 302:4, 302:13, 302:21, 304:6, 304:13, 304:22, 305:4, 305:13, 305:20, 306:4, 306:11, 306:20, 307:2, 307:13, 307:20, 308:8, 308:16, 311:12, 312:15, 314:22, 315:18, 315:25, 316:11, 316:18, 320:23, 321:8, 321:15, 322:2, 322:4, 322:11, 322:18, 323:4, 323:11, 323:22, 324:4, 324:12, 324:19, 325:15, 325:23, 326:5, 326:9, 326:18, 326:25, 327:7, 327:14, 327:21, 328:3, 328:10, 328:17, 328:25, 329:7, 329:14, 329:22, 330:5, 330:12, 330:19, 331:2, 331:10, 331:17, 331:24, 333:8, 333:11, 335:10,

336:9, 338:18,
338:25, 339:7,
339:14, 339:21,
340:3, 340:10,
340:17, 340:24,
341:7, 341:14,
341:23, 342:25,
344:18, 345:7,
347:2, 347:16,
347:23, 348:13,
350:5, 350:23,
351:5, 351:13,
351:20, 352:2,
354:2, 356:8,
356:16, 358:6,
358:13, 359:4,
359:11, 359:18,
360:13, 360:20,
361:3, 364:6,
364:13, 365:12,
365:18, 365:25,
366:14, 366:22,
367:4, 367:14,
368:11, 368:21,
369:2, 369:20,
370:2, 370:9,
370:16, 370:23,
371:5, 373:3,
374:10, 374:17,
374:25, 375:7,
375:14, 375:16,
375:22, 376:5,
376:12, 376:19,
377:2, 377:24,
378:9, 378:17,
379:12, 381:21,
382:16, 382:23,
383:12, 383:14,
385:4, 393:8, 394:23
**evidentiary** [2] -
313:8, 349:17
**exactly** [8] - 287:4,
288:16, 291:18,
294:13, 313:7,
386:20, 387:22,
388:10
**Examination** [1] -
280:4
**EXAMINATION** [1] -
296:8
**examination** [2] -
284:3, 294:22
**example** [1] - 290:5
**excellent** [1] - 292:1
**except** [1] - 293:11
**exchange** [1] - 357:8
**exchanged** [34] -
296:15, 297:10,
298:9, 307:24,
309:7, 311:16,

313:17, 317:1,
318:16, 324:22,
332:6, 334:7,
336:12, 344:2,
344:8, 351:23,
352:24, 354:5,
356:11, 357:16,
358:16, 359:14,
360:24, 361:21,
363:10, 364:20,
367:7, 368:7,
371:25, 372:23,
378:23, 379:3,
380:7, 382:7
**excited** [3] - 357:3,
357:12
**excuse** [1] - 293:17
**exhibit** [44] - 287:14,
289:3, 296:14,
299:1, 299:8,
299:10, 299:20,
299:24, 300:4,
300:6, 302:22,
303:6, 304:4,
312:18, 313:10,
330:2, 330:17,
332:1, 333:11,
333:25, 340:1,
344:20, 345:1,
345:15, 345:18,
345:22, 346:20,
348:11, 348:14,
348:15, 349:2,
349:9, 362:5,
367:16, 369:18,
385:23, 386:15,
386:16, 387:15,
389:23, 390:4,
390:6, 393:4, 393:6
**Exhibit** [432] - 280:7,
280:8, 280:8, 280:9,
280:9, 280:10,
280:10, 280:11,
280:11, 280:12,
280:12, 280:13,
280:13, 280:14,
280:14, 280:15,
280:15, 280:16,
280:16, 280:17,
280:17, 280:18,
280:18, 280:19,
280:19, 280:20,
280:20, 280:21,
280:21, 280:22,
280:22, 280:23,
280:23, 280:24,
280:24, 280:25,
280:25, 281:1,
281:1, 281:2, 281:2,
281:3, 281:3, 281:4,
281:4, 281:5, 281:5,

281:6, 281:6, 281:7,
281:7, 281:8, 281:8,
281:9, 281:9,
281:10, 281:10,
281:11, 281:11,
281:12, 281:12,
281:13, 281:13,
285:2, 285:25,
287:3, 287:24,
288:4, 288:11,
288:18, 289:1,
290:2, 290:4,
296:11, 296:12,
296:13, 296:19,
297:8, 297:9,
297:14, 298:7,
298:12, 298:17,
298:21, 299:5,
299:11, 300:12,
300:15, 301:18,
301:20, 301:21,
301:25, 302:3,
302:7, 302:11,
302:13, 302:20,
303:17, 303:21,
304:4, 304:6, 304:9,
304:12, 304:15,
304:20, 304:21,
304:25, 305:3,
305:7, 305:13,
305:16, 305:19,
305:23, 306:4,
306:10, 306:14,
306:20, 306:23,
307:1, 307:5,
307:11, 307:12,
307:19, 308:1,
308:6, 308:7,
308:11, 308:13,
308:15, 309:3,
309:4, 309:5,
310:18, 310:19,
311:9, 311:10,
311:11, 311:14,
311:15, 312:14,
312:15, 313:15,
314:20, 314:21,
314:24, 315:16,
315:18, 315:21,
315:24, 316:2,
316:8, 316:9,
316:10, 316:14,
316:17, 316:24,
318:14, 318:18,
320:5, 320:9,
320:23, 321:6,
321:8, 321:11,
321:14, 321:20,
321:22, 321:25,
322:3, 322:9,
322:10, 322:14,

322:17, 322:21,
322:23, 323:2,
323:4, 323:7,
323:10, 323:16,
323:20, 323:22,
324:3, 324:10,
324:12, 324:18,
324:21, 324:25,
325:6, 325:8,
325:11, 325:14,
325:17, 325:21,
325:23, 326:1,
326:4, 326:9,
326:16, 326:17,
326:24, 327:5,
327:6, 327:13,
327:19, 327:20,
327:24, 328:2,
328:8, 328:9,
328:13, 328:16,
328:23, 328:24,
329:6, 329:12,
329:14, 329:18,
329:21, 330:2,
330:4, 330:8,
330:11, 330:18,
330:22, 331:1,
331:7, 331:9,
331:13, 331:16,
331:22, 331:24,
333:7, 333:21,
334:5, 334:25,
335:4, 335:7, 335:9,
335:14, 335:21,
335:22, 335:25,
336:2, 336:8, 337:5,
337:7, 337:9,
338:17, 338:23,
338:25, 339:6,
339:12, 339:14,
339:20, 340:2,
340:9, 340:15,
340:17, 340:23,
341:5, 341:7,
341:14, 341:22,
342:1, 342:25,
343:22, 344:1,
344:16, 344:18,
344:24, 344:25,
345:6, 345:23,
346:9, 346:10,
346:13, 346:16,
347:1, 347:10,
347:14, 347:15,
347:22, 350:4,
350:18, 350:21,
350:23, 351:4,
351:11, 351:13,
351:16, 351:19,
351:25, 352:2,
352:13, 352:23,

353:9, 353:25,
354:1, 354:7,
354:13, 354:18,
355:5, 355:14,
355:18, 355:22,
356:1, 356:4, 356:7,
356:13, 356:15,
357:18, 357:22,
358:1, 358:5, 358:6,
358:9, 358:12,
358:18, 359:2,
359:4, 359:10,
359:16, 359:18,
360:10, 360:11,
360:16, 360:19,
361:1, 361:3,
361:23, 361:25,
363:12, 364:4,
364:5, 364:11,
364:13, 364:15,
364:25, 365:5,
365:8, 365:11,
365:16, 365:18,
365:24, 366:4,
366:7, 366:13,
366:20, 366:22,
366:25, 367:3,
367:10, 367:12,
367:14, 367:22,
368:9, 368:11,
369:1, 369:19,
370:1, 370:7, 370:9,
370:15, 370:21,
370:23, 371:1,
371:4, 371:8,
371:13, 371:16,
372:2, 372:4,
372:25, 373:2,
374:8, 374:9,
374:16, 374:22,
374:24, 375:6,
375:12, 375:13,
375:21, 376:2,
376:4, 376:8,
376:11, 376:17,
376:19, 376:23,
377:1, 377:5,
377:15, 377:17,
377:23, 378:5,
378:10, 378:13,
378:16, 378:20,
379:2, 379:10,
379:12, 379:14,
379:22, 379:24,
380:9, 380:11,
381:19, 381:21,
382:1, 382:14,
382:15, 382:19,
382:22, 383:3,
383:5, 383:8,
383:11, 383:15,

385:2, 385:4, 385:7, 388:8, 392:25, 393:8, 393:11, 394:22

**Exhibit's** [1] - 371:7

**exhibits** [18] - 283:6, 285:1, 285:2, 286:19, 286:25, 287:12, 287:14, 288:14, 288:18, 288:24, 289:8, 290:8, 300:5, 348:2, 348:3, 348:23, 349:20, 371:9

**Exhibits** [2] - 371:19, 371:21

**EXHIBITS** [1] - 280:6

**experience** [1] - 283:16

**explain** [13] - 285:14, 291:20, 294:8, 300:25, 303:17, 304:16, 305:7, 305:23, 306:14, 307:22, 309:5, 342:19, 384:3

**explained** [1] - 320:4

**explanation** [2] - 292:23, 295:9

**explicitly** [1] - 288:1

**expression** [1] - 388:23

**extent** [2] - 293:6, 293:11, 295:8

**extra** [2] - 310:11, 310:24

**extracted** [1] - 388:8

**extraction** [28] - 288:4, 288:6, 288:8, 296:18, 297:13, 329:14, 330:4, 330:19, 331:8, 335:1, 335:9, 346:11, 350:23, 360:12, 365:5, 367:23, 373:3, 374:9, 374:24, 375:14, 376:4, 376:19, 377:17, 378:9, 382:2, 383:5, 389:7, 393:7

**extremely** [2] - 337:16, 337:17

**eyes** [1] - 291:20

---

## F

**facilitate** [1] - 284:2

**fact** [8] - 368:16,

---

368:21, 386:1, 389:20, 390:22, 391:25, 394:16, 394:18

**fair** [2] - 296:1, 337:7

**fault** [3] - 293:14, 293:16, 293:17

**FBI** [6] - 289:11, 289:16, 293:23, 294:17, 378:24, 382:4

**few** [2] - 282:21, 282:24

**Fifth** [2] - 352:18, 352:19

**file** [4] - 289:24, 289:25, 290:6, 303:9

**fill** [3] - 317:7, 318:22, 373:16

**filling** [1] - 373:8

**final** [17] - 290:18, 291:13, 310:4, 312:8, 314:15, 333:1, 334:22, 335:3, 338:3, 353:19, 355:2, 357:8, 360:5, 360:8, 363:3, 363:22, 373:22

**finder** [1] - 386:1

**fine** [3] - 287:18, 295:16, 362:23

**finish** [2] - 381:1, 385:14

**finished** [1] - 296:10

**firearm** [1] - 306:18

**fires** [1] - 310:2

**Firm** [1] - 279:19

**first** [62] - 293:20, 296:21, 298:21, 300:24, 301:1, 302:19, 304:1, 308:1, 308:20, 308:22, 309:9, 309:10, 309:11, 311:18, 313:19, 313:20, 315:3, 315:4, 317:3, 318:19, 332:8, 332:10, 333:12, 333:17, 333:20, 333:22, 334:9, 336:14, 352:4, 353:1, 354:8, 354:9, 354:12, 355:14, 356:18, 357:5, 358:19, 358:21, 358:22, 359:20, 361:5, 362:2, 363:13, 363:15,

---

364:22, 367:9, 369:4, 372:6, 373:5, 380:13, 381:13, 384:4, 384:5, 384:18, 388:6, 389:6, 391:10, 391:22, 392:11

**five** [3] - 314:19, 338:16, 384:16

**fix** [1] - 297:18

**fixed** [2] - 311:23, 337:17

**Floor** [2] - 279:20, 279:22

**Florida** [2] - 360:2, 377:8

**folders** [1] - 288:25

**FOR** [2] - 279:1, 296:7

**foregoing** [1] - 396:4

**forgot** [1] - 309:22

**form** [1] - 317:7

**forward** [6] - 285:15, 285:18, 287:12, 315:12, 360:7, 366:16

**forwarded** [13] - 301:2, 301:7, 301:15, 302:10, 310:6, 310:10, 317:5, 317:10, 319:9, 353:6, 357:23, 358:2, 365:2

**forwarding** [1] - 299:25

**forwards** [1] - 353:3

**foundation** [1] - 287:13

**four** [6] - 312:13, 312:18, 321:4, 334:24, 373:1, 374:3

**fourth** [4] - 314:11, 319:23, 332:21, 337:22

**frame** [1] - 343:19

**frames** [1] - 389:24

**freedom** [1] - 394:19

**Friday** [1] - 282:21

**friend** [1] - 381:25

**full** [3] - 288:4, 288:6, 295:7

**fully** [1] - 362:17

---

## G

**gang** [1] - 390:22

**Gatorade** [1] - 338:11

**general** [7] - 285:14, 292:16, 293:2, 293:8, 294:11, 295:8

---

**generally** [2] - 293:10, 293:11

**GERMINE** [1] - 279:6

**Germine** [46] - 282:4, 282:16, 282:18, 282:20, 282:23, 283:1, 290:5, 296:15, 296:22, 297:10, 307:24, 308:3, 309:7, 309:15, 309:19, 311:16, 312:9, 312:22, 313:17, 314:6, 314:16, 317:1, 317:5, 317:15, 318:6, 320:7, 320:11, 324:23, 325:1, 331:20, 332:2, 332:6, 332:13, 333:3, 334:7, 334:15, 334:23, 335:5, 336:12, 336:20, 337:23, 338:4, 390:16, 390:24, 393:2, 393:20

**girl** [1] - 354:24

**given** [8] - 283:9, 286:13, 291:4, 292:22, 298:15, 313:10, 342:2, 349:9

**gleaned** [22] - 296:17, 298:11, 301:21, 302:12, 304:5, 304:20, 305:12, 306:3, 306:19, 307:12, 308:7, 311:10, 324:11, 325:7, 325:22, 326:17, 331:23, 333:17, 333:20, 342:24, 345:22, 346:10

**God** [1] - 338:6

**Gold** [1] - 307:9

**gossiping** [1] - 379:15

**Government** [133] - 279:13, 280:7, 280:8, 280:8, 280:9, 280:9, 280:10, 280:10, 280:10, 280:11, 280:11, 280:12, 280:12, 280:13, 280:13, 280:14, 280:14, 280:15, 280:15, 280:16, 280:16, 280:17, 280:17, 280:18, 280:18, 280:19,

---

280:19, 280:20, 280:20, 280:21, 280:21, 280:22, 280:22, 280:23, 280:23, 280:24, 280:24, 280:25, 280:25, 281:1, 281:1, 281:2, 281:2, 281:3, 281:3, 281:4, 281:4, 281:5, 281:5, 281:6, 281:6, 281:7, 281:7, 281:8, 281:8, 281:9, 281:9, 281:10, 281:10, 281:11, 281:11, 281:12, 281:12, 281:13, 281:13, 288:17, 300:15, 302:3, 302:20, 304:12, 305:3, 305:19, 306:10, 307:1, 307:19, 308:15, 315:24, 316:17, 316:24, 321:14, 322:3, 322:17, 323:2, 323:10, 324:3, 324:18, 325:14, 326:4, 326:24, 327:13, 328:2, 328:8, 328:9, 328:16, 329:6, 329:21, 330:11, 331:1, 331:16, 336:8, 339:6, 339:20, 340:9, 340:23, 341:22, 345:6, 347:1, 347:22, 350:4, 351:4, 351:19, 356:7, 358:12, 359:10, 360:19, 365:11, 365:24, 366:13, 367:3, 369:1, 370:1, 370:15, 371:4, 371:7, 374:16, 375:6, 375:21, 376:11, 377:1, 377:23, 378:16, 382:22, 383:11, 394:22

**government** [52] - 282:7, 283:5, 287:13, 287:17, 292:9, 292:18, 292:22, 293:1, 293:5, 293:7, 293:10, 294:5, 294:14, 295:5, 295:12, 308:10,

315:20, 316:13, 321:10, 322:13, 323:6, 323:24, 324:14, 325:25, 326:20, 329:2, 331:12, 335:12, 339:2, 339:16, 341:10, 342:3, 348:18, 349:19, 350:25, 351:15, 355:9, 358:8, 360:15, 369:23, 370:11, 370:25, 374:12, 382:18, 385:7, 385:13, 387:13, 389:22, 390:3, 390:21, 391:10, 393:23

**GOVERNMENT** [1] - 296:7

**Government's** [264] - 285:25, 287:2, 287:24, 288:3, 289:1, 290:2, 290:4, 296:11, 296:12, 296:13, 296:18, 297:8, 297:14, 298:7, 298:12, 298:16, 298:19, 299:5, 301:18, 301:20, 301:21, 301:25, 302:7, 302:11, 302:12, 303:16, 303:20, 304:4, 304:5, 304:9, 304:20, 304:21, 304:25, 305:6, 305:13, 305:16, 305:22, 306:4, 306:13, 306:20, 307:4, 307:11, 307:12, 308:1, 308:6, 308:7, 308:11, 308:13, 309:3, 309:4, 309:5, 310:18, 310:19, 311:8, 311:9, 311:11, 311:15, 312:13, 312:15, 313:15, 314:20, 314:21, 314:24, 315:16, 315:17, 315:21, 316:2, 316:8, 316:9, 316:10, 316:14, 316:23, 318:14, 318:18, 320:5, 320:9, 320:23, 321:6, 321:8, 321:11, 321:20, 321:21, 321:25,

322:9, 322:10, 322:14, 322:21, 322:23, 323:3, 323:16, 323:20, 323:21, 324:10, 324:11, 324:21, 324:24, 325:6, 325:7, 325:11, 325:17, 325:21, 325:22, 326:8, 326:16, 326:17, 327:5, 327:6, 327:20, 327:24, 328:13, 328:24, 329:12, 329:14, 329:18, 330:4, 330:8, 330:18, 331:7, 331:9, 331:13, 331:22, 331:24, 333:7, 333:21, 334:5, 334:25, 335:4, 335:7, 335:9, 336:2, 337:7, 337:9, 338:17, 338:23, 338:24, 339:12, 339:13, 340:2, 340:15, 340:17, 341:5, 341:6, 341:14, 342:1, 342:24, 343:22, 344:1, 344:16, 344:18, 344:23, 345:22, 346:9, 346:10, 346:13, 346:16, 347:10, 347:15, 350:17, 350:21, 350:22, 351:11, 351:13, 351:16, 351:25, 352:2, 352:13, 352:23, 353:9, 353:25, 354:1, 354:7, 354:12, 354:18, 355:5, 355:14, 355:18, 355:22, 356:1, 356:4, 356:13, 356:15, 357:22, 357:25, 358:4, 358:6, 358:18, 359:2, 359:3, 359:16, 359:18, 360:10, 360:11, 360:16, 361:1, 361:3, 361:24, 363:12, 364:4, 364:5, 364:11, 364:13, 364:15, 364:25, 365:5, 365:16, 365:18,

366:7, 366:10, 366:20, 366:21, 366:25, 367:9, 367:12, 367:14, 367:22, 368:9, 368:11, 369:19, 370:9, 370:21, 370:23, 371:8, 371:16, 372:4, 372:25, 373:2, 374:9, 374:22, 374:23, 375:12, 375:13, 376:2, 376:4, 376:8, 376:17, 376:19, 377:5, 377:15, 377:16, 378:5, 378:9, 378:20, 379:2, 379:10, 379:12, 379:14, 379:22, 379:24, 380:9, 380:11, 381:20, 382:1, 382:14, 382:15, 383:3, 383:4, 383:15, 385:2, 385:4, 388:8, 392:25, 393:8, 393:11

**government's** [5] - 287:9, 288:2, 288:12, 289:9, 293:13

**graph** [3] - 342:20, 343:16, 391:1

**Greystone** [1] - 360:2

**grounds** [3] - 390:16, 392:13, 393:13

**group** [2] - 289:11, 293:24

**Group** [3] - 289:12, 289:21

**groups** [1] - 289:10

**guess** [5] - 287:11, 293:21, 295:19, 348:25, 389:18

**gun** [7] - 296:25, 297:22, 309:22, 309:23, 320:16, 320:19, 372:12

**guns** [10] - 320:15, 320:16, 320:18, 320:20, 392:6, 392:10, 392:11, 392:12

**guy** [4] - 332:4, 336:17, 357:12, 362:7

# H

**Haiti** [3] - 393:25, 394:2, 394:17

**Haitian** [9] - 284:11, 290:21, 290:22, 291:4, 380:17, 380:19, 380:21, 381:2, 394:8

**half** [2] - 308:20, 308:22

**hand** [3] - 300:12, 322:22, 348:15

**handed** [1] - 348:22

**handle** [2] - 283:8, 319:4

**hands** [3] - 373:21, 381:5, 392:12

**happy** [4] - 282:25, 291:15, 291:19, 348:23

**hard** [1] - 357:3

**hate** [1] - 284:3

**heading** [1] - 315:6

**headset** [3] - 282:14, 283:18, 283:22

**headsets** [1] - 283:12

**hear** [4] - 285:20, 386:12, 390:5, 391:11

**heard** [3] - 295:9, 316:20, 391:14

**heavy** [9] - 337:16, 337:17, 337:20, 338:2, 338:9, 338:10, 338:11, 338:13

**held** [2] - 305:11, 394:17

**help** [1] - 389:10

**helpful** [2] - 348:24, 388:21

**her/him** [5] - 314:4, 314:9, 363:25

**her/his** [1] - 314:3

**himself** [2] - 390:8, 393:24

**hit** [1] - 287:2

**hold** [1] - 282:22

**holding** [1] - 322:22

**holy** [1] - 337:21

**home** [2] - 332:15, 332:25

**Honor** [128] - 282:2, 282:9, 282:13, 282:15, 282:17, 283:7, 285:19, 286:11, 286:17, 287:7, 291:18,

295:14, 296:2, 298:15, 299:4, 300:2, 300:3, 300:22, 301:16, 301:24, 302:24, 303:2, 303:8, 303:14, 304:8, 304:24, 305:15, 306:6, 306:22, 307:15, 308:10, 308:22, 309:1, 313:3, 313:8, 315:8, 315:20, 316:13, 321:10, 321:24, 322:13, 323:6, 323:24, 324:14, 325:10, 325:25, 326:20, 327:9, 327:23, 328:12, 329:2, 329:17, 330:7, 330:21, 331:12, 333:14, 334:2, 335:12, 335:24, 339:2, 339:16, 340:5, 340:19, 341:19, 344:11, 344:21, 345:2, 345:12, 345:19, 346:3, 346:13, 347:6, 347:18, 348:5, 348:8, 348:19, 348:20, 349:6, 349:9, 349:12, 349:16, 349:18, 349:22, 350:2, 350:8, 350:15, 350:25, 351:15, 355:7, 356:3, 358:8, 359:6, 360:15, 365:7, 365:20, 366:9, 366:24, 368:13, 368:18, 369:22, 370:11, 370:25, 374:12, 375:2, 375:17, 377:19, 378:12, 378:14, 382:18, 383:7, 385:6, 385:11, 386:3, 386:7, 387:18, 387:22, 390:5, 390:25, 391:10, 391:15, 391:22, 393:10, 393:12, 393:17, 394:9, 394:12, 395:1, 395:5

**Honor's** [1] - 283:13

**HONORABLE** [1] - 279:10

**hope** [1] - 283:1

**hostages** [1] - 390:23
**hours** [3] - 295:21, 296:1, 384:1
**house** [1] - 319:12

# I

**idea** [1] - 393:15
**identified** [1] - 382:4
**identify** [3] - 294:25, 390:8, 390:18
**image** [134] - 301:3, 301:7, 301:13, 301:14, 301:15, 301:20, 302:11, 303:12, 305:8, 305:10, 305:12, 305:24, 306:1, 306:2, 306:15, 306:17, 306:19, 307:6, 307:8, 307:9, 316:9, 321:1, 321:3, 321:7, 321:18, 322:7, 322:9, 322:25, 323:14, 323:18, 324:8, 325:1, 325:4, 325:19, 326:14, 327:3, 327:17, 327:19, 328:6, 328:9, 328:21, 328:23, 328:24, 329:10, 329:12, 329:13, 330:3, 330:15, 330:17, 331:5, 331:8, 335:5, 335:8, 336:2, 336:3, 338:21, 338:24, 339:10, 339:13, 339:24, 340:1, 340:13, 340:16, 341:3, 341:6, 344:13, 344:14, 344:17, 346:5, 346:9, 346:17, 347:14, 350:19, 350:22, 351:12, 352:13, 352:15, 352:20, 353:3, 353:6, 353:8, 354:9, 354:12, 354:16, 354:18, 355:5, 355:15, 355:19, 355:23, 357:23, 357:25, 358:2, 359:1, 359:3, 360:8, 360:10, 360:11, 365:2, 365:4, 365:15, 365:17, 366:3, 366:18,

366:21, 369:16, 369:18, 370:5, 370:7, 370:8, 370:19, 370:22, 374:6, 374:8, 374:20, 374:22, 374:23, 375:10, 375:13, 375:25, 376:3, 376:15, 376:18, 377:4, 377:15, 377:16, 377:20, 382:14, 383:1, 383:3, 383:4, 385:3
**images** [9] - 298:9, 298:11, 301:17, 354:1, 355:25, 357:19, 358:4, 358:5, 374:3
**imagine** [1] - 291:25
**immediately** [1] - 297:2
**impact** [1] - 392:1
**important** [2] - 299:13, 390:5
**incarcerated** [1] - 394:15
**include** [4] - 288:25, 293:4, 334:1, 335:22
**included** [3] - 301:3, 335:19, 357:1
**includes** [2] - 335:18, 336:1
**indeed** [2] - 284:18, 286:6
**independent** [1] - 291:17
**indicate** [2] - 384:13, 388:24
**indicated** [1] - 384:18
**indicates** [5] - 312:18, 384:14, 386:16, 388:23, 390:6
**indicating** [1] - 312:25
**indictment** [2] - 389:25, 390:1
**individual** [4] - 287:14, 289:14, 341:11, 394:2
**individuals** [3] - 390:7, 390:11, 390:13
**indulgence** [2] - 355:7, 385:8
**information** [5] - 294:3, 299:2, 342:1, 342:24, 389:14
**inquire** [2] - 311:6, 387:25
**insert** [2] - 309:25,

310:2
**inside** [5] - 337:14, 357:13, 362:17, 378:21
**instance** [2] - 290:4, 388:6
**instantly** [1] - 357:2
**instead** [1] - 361:16
**institutions** [1] - 394:11
**interchangeably** [2] - 302:23, 303:7
**interest** [1] - 294:4
**internal** [1] - 291:10
**interpretations** [1] - 284:10
**interpreted** [4] - 283:19, 283:24, 284:9, 284:11
**interpreter** [7] - 283:9, 283:11, 283:12, 283:25, 284:12, 284:19, 295:1
**interpreters** [4] - 282:5, 283:10, 283:14, 283:16
**introduce** [1] - 293:10
**invade** [1] - 338:8
**investigation** [1] - 341:9
**involved** [1] - 294:9
**involves** [1] - 390:22
**iPhone** [67] - 288:4, 303:18, 305:24, 306:15, 307:6, 321:1, 321:18, 322:7, 322:25, 323:18, 324:8, 325:4, 325:19, 326:14, 327:3, 327:17, 328:6, 328:21, 329:10, 329:14, 329:25, 330:4, 330:15, 330:19, 331:5, 331:1, 335:10, 338:21, 339:10, 339:24, 340:13, 341:3, 346:11, 350:19, 360:12, 365:5, 369:16, 370:5, 370:19, 373:2, 374:10, 374:24, 375:14, 376:4, 376:19, 377:17, 378:9, 378:23, 382:2, 383:5, 384:25, 386:22, 386:25, 387:4,

387:19, 387:21, 387:24, 388:11, 388:15, 388:17, 388:20, 389:2, 389:3, 389:7, 390:7, 393:7
**irrelevant** [1] - 386:18
**ISL** [8] - 289:5, 289:18, 289:20, 290:13, 290:15, 293:22, 294:6, 294:19
**issue** [3] - 283:8, 283:16, 297:18
**it'd** [2] - 357:14, 362:20
**it'll** [1] - 362:23
**item** [1] - 326:17
**items** [3] - 393:18, 393:19, 393:22
**itself** [3] - 385:15, 387:15, 389:11

# J

**jail** [6] - 289:12, 289:14, 393:25, 394:1, 394:2, 394:18
**jangling** [1] - 357:13
**January** [1] - 279:6
**JDB** [1] - 279:4
**Jean** [9] - 378:25, 379:3, 379:8, 379:20, 380:2, 380:7, 380:14, 381:17, 390:24
**Jewelry** [1] - 377:7
**Jocelyn** [63] - 297:2, 297:17, 297:19, 298:10, 301:10, 301:15, 302:10, 304:17, 305:8, 309:21, 310:21, 313:22, 315:1, 316:6, 317:21, 317:22, 319:15, 319:16, 343:24, 344:3, 344:8, 344:14, 346:7, 351:9, 351:23, 352:5, 352:11, 352:24, 353:3, 353:6, 353:16, 353:20, 354:5, 354:9, 354:16, 354:22, 355:3, 356:11, 356:24, 357:1, 357:16, 357:23, 358:2, 358:16, 359:1,

359:14, 359:25, 360:24, 361:14, 361:21, 362:3, 363:4, 363:10, 363:14, 364:9, 364:20, 365:2, 365:15, 366:3, 366:18, 367:7, 367:18
**JOHN** [1] - 279:10
**Joly** [3] - 282:4, 303:24, 390:24
**JOLY** [1] - 279:6
**judge** [1] - 342:19
**JUDGE** [1] - 279:10
**June** [5] - 343:4, 368:3, 379:4, 382:8
**jury** [2] - 284:5, 391:19
**Justice** [1] - 279:16

# K

**Kalashnikov** [1] - 373:25
**Karen** [1] - 282:9
**KAREN** [1] - 279:13
**keep** [1] - 336:23
**keeping** [4] - 285:2, 286:11, 286:19, 290:2
**keeps** [2] - 337:17, 361:16
**kept** [1] - 284:17
**KIMBERLY** [1] - 279:13
**kind** [1] - 394:19
**kingpin** [1] - 394:14
**knowing** [1] - 393:16
**knows** [2] - 362:11, 381:3
**Korean** [2] - 283:9, 284:8

# L

**label** [1] - 349:14
**labeled** [10] - 301:16, 307:9, 323:14, 328:23, 340:1, 349:12, 351:11, 357:18, 359:2, 381:19
**laid** [1] - 287:13
**language** [3] - 289:5, 300:25, 352:7
**Lanmo** [12] - 382:4, 382:7, 382:12, 383:1, 383:24, 384:5, 384:10,

384:14, 390:8, 390:11, 390:18, 390:22
**lap** [1] - 321:5
**larger** [4] - 352:12, 354:12, 354:17, 355:4
**last** [7] - 291:20, 301:8, 312:20, 338:13, 341:17, 346:1, 357:14
**lasted** [3] - 384:6, 384:10, 384:16
**Law** [1] - 279:19
**lawyer** [1] - 283:23
**lawyer's** [1] - 284:16
**lay** [1] - 287:25
**layer** [1] - 291:8
**learned** [2] - 293:16, 293:17
**least** [4] - 291:16, 293:21, 294:21, 312:19
**leave** [1] - 341:17
**left** [2] - 343:3, 352:8
**level** [1] - 394:3
**license** [2] - 317:24, 319:19
**limited** [1] - 391:5
**lines** [3] - 342:19, 342:21, 343:18
**linguist** [2] - 290:20, 291:9
**linguists** [1] - 290:17
**link** [1] - 316:6
**list** [30] - 285:2, 286:12, 286:15, 286:17, 286:19, 287:17, 289:3, 289:15, 289:18, 289:24, 290:2, 299:1, 299:2, 299:10, 299:20, 300:4, 300:6, 302:22, 303:4, 303:6, 312:18, 313:10, 333:12, 333:25, 344:20, 345:1, 348:11, 348:14, 348:15
**listed** [6] - 288:14, 294:17, 299:2, 300:11, 303:4, 333:11
**listen** [1] - 290:22
**listened** [1] - 291:5
**lists** [2] - 299:8, 299:24
**live** [1] - 353:22
**location** [1] - 352:17

**LOLLLL** [1] - 334:17
**look** [5] - 301:11, 303:23, 319:15, 342:16, 356:18
**looked** [1] - 295:24
**looking** [6] - 299:1, 335:20, 335:21, 337:1, 345:14, 345:16
**Louis** [21] - 318:16, 318:20, 319:1, 319:9, 319:24, 367:25, 368:7, 369:6, 371:25, 372:19, 372:23, 373:6, 373:11, 374:3, 374:6, 374:20, 375:10, 375:25, 376:15, 377:14, 378:3
**love** [3] - 289:20, 356:22, 379:15
**lucky** [1] - 377:7
**lunch** [3] - 392:16, 395:5, 395:11
**Lunch** [1] - 395:14

# M

**M14** [3] - 309:22, 309:24, 310:2
**mag** [13] - 296:25, 297:1, 297:3, 302:23, 309:25, 310:2, 310:3, 310:11, 310:12, 310:13
**magazine** [13] - 301:13, 302:8, 302:25, 303:6, 304:2, 304:3, 304:19, 305:11, 310:24, 310:25, 311:1
**magazines** [1] - 306:2
**mags** [4] - 297:18, 298:5, 298:6, 357:12
**majority** [1] - 289:4
**man** [7] - 283:19, 317:24, 319:18, 320:15, 320:16, 320:17, 357:11
**manage** [1] - 284:25
**manager** [9] - 290:14, 291:9, 291:15, 291:19, 294:19, 295:6, 320:3, 372:11, 372:15
**manager)** [1] - 372:10

**manner** [1] - 288:2
**Manpower** [3] - 289:12, 289:21, 294:18
**manpower** [2] - 289:12, 293:25
**mapped** [1] - 290:24
**mark** [4] - 346:15, 347:7, 347:10, 348:21
**marked** [29] - 301:17, 302:6, 315:16, 335:24, 336:2, 338:23, 339:12, 340:15, 341:5, 346:9, 346:20, 348:16, 349:3, 351:25, 355:14, 360:10, 361:1, 364:25, 365:16, 366:20, 369:18, 370:21, 374:8, 374:22, 376:2, 376:17, 380:9, 383:3, 385:2
**marks** [1] - 291:12
**Marquis** [1] - 364:18
**masse** [3] - 285:13, 286:13, 287:11
**matches** [1] - 290:7
**material** [1] - 345:9
**matter** [2] - 392:20, 396:5
**matters** [1] - 348:15
**Mawozo** [2] - 334:12, 338:7
**Mawozos** [1] - 338:8
**MD** [1] - 279:20
**mean** [4] - 294:3, 346:19, 389:3, 395:6
**meaning** [1] - 390:14
**means** [2] - 362:19, 389:11
**meet** [2] - 292:9, 363:2
**memo** [2] - 290:20, 290:22
**memos** [1] - 290:15
**men** [2] - 392:2, 392:12
**message** [199] - 288:19, 288:20, 288:21, 289:1, 289:2, 296:21, 297:4, 297:16, 298:1, 300:25, 301:1, 301:2, 301:3, 301:4, 301:6, 308:1, 308:2, 309:9, 309:10, 309:11, 309:12, 309:14,

309:15, 309:18, 309:20, 310:4, 310:7, 310:9, 310:10, 310:21, 310:23, 311:10, 311:18, 311:24, 312:4, 312:8, 312:19, 312:20, 313:19, 313:20, 313:25, 314:2, 314:5, 314:11, 314:15, 315:3, 315:4, 315:10, 315:12, 315:13, 317:3, 317:4, 317:6, 317:10, 317:14, 317:21, 318:2, 318:4, 318:5, 318:7, 318:19, 318:25, 319:7, 319:8, 319:10, 319:15, 319:20, 319:21, 319:23, 320:7, 320:10, 320:12, 320:22, 331:20, 331:23, 332:8, 332:10, 332:12, 332:14, 332:17, 332:19, 332:21, 332:23, 333:1, 333:2, 333:4, 333:12, 333:17, 333:20, 333:22, 334:1, 334:9, 334:11, 334:14, 334:16, 334:18, 334:20, 334:22, 335:3, 335:7, 335:19, 335:25, 336:14, 336:16, 336:19, 336:21, 337:1, 337:2, 337:5, 337:9, 337:11, 337:13, 337:22, 337:24, 338:3, 338:4, 346:6, 346:7, 346:21, 352:4, 352:8, 352:10, 353:1, 353:2, 353:11, 353:15, 353:19, 354:8, 354:9, 354:15, 354:20, 354:21, 355:2, 356:18, 356:19, 356:23, 356:25, 357:8, 357:10, 358:19, 358:22, 358:24, 358:25, 359:20, 359:24, 360:1, 360:3, 360:5, 361:5,

361:9, 361:13, 362:2, 362:24, 363:3, 363:13, 363:15, 363:18, 363:22, 364:9, 364:12, 364:15, 364:17, 364:22, 367:9, 367:12, 367:13, 369:4, 369:7, 369:9, 372:6, 372:11, 372:16, 372:18, 372:20, 373:5, 373:10, 373:18, 373:22, 377:13, 378:3, 378:5, 378:6, 378:8, 378:19, 379:8, 379:11, 379:20, 379:23, 380:1, 380:13, 380:16, 381:6, 381:9, 381:17, 381:19, 381:23
**messages** [96] - 290:16, 296:15, 296:17, 297:10, 297:12, 298:9, 298:11, 298:21, 299:3, 299:21, 299:24, 299:25, 301:8, 301:17, 303:23, 303:25, 307:24, 308:17, 309:7, 311:16, 312:13, 312:14, 312:18, 312:23, 313:9, 313:17, 314:19, 314:20, 315:1, 315:5, 317:1, 318:16, 324:22, 332:6, 333:6, 334:7, 334:24, 336:12, 338:16, 343:23, 344:2, 344:5, 344:8, 351:23, 352:1, 352:24, 353:24, 353:25, 354:5, 356:11, 356:14, 357:16, 357:18, 358:16, 359:14, 359:16, 359:17, 360:24, 361:2, 361:21, 361:23, 361:24, 363:10, 364:3, 364:4, 364:20, 367:7, 367:24, 368:2, 368:3, 368:5, 368:7, 368:9, 368:10, 368:16, 371:21, 371:25, 372:2,

372:3, 372:23,
373:1, 378:23,
379:3, 379:6, 380:7,
380:10, 382:7,
382:10
**metadata** [7] - 386:21,
386:24, 387:8,
387:11, 388:3,
388:4, 388:11
**Miami** [2] - 338:8,
377:8
**microphone** [2] -
284:20, 316:20
**middle** [4] - 295:18,
352:15, 357:6,
357:11
**might** [4] - 292:1,
294:20, 353:22,
389:16
**military** [1] - 297:23
**mind** [2] - 284:19,
362:19
**minute** [1] - 336:17
**minutes** [9] - 282:24,
337:8, 342:21,
343:7, 343:9,
343:21, 384:7,
384:10, 384:16
**missed** [1] - 285:18
**mistake** [1] - 299:5
**misunderstandings**
[1] - 283:3
**moment** [1] - 312:25
**momentarily** [1] -
354:11
**Monday** [1] - 279:6
**money** [20] - 309:13,
314:8, 317:8,
318:10, 318:23,
362:9, 363:25,
379:17, 380:18,
380:19, 380:20,
380:21, 380:24,
381:2, 381:4,
381:11, 381:15,
381:24, 390:23
**morning** [15] - 282:2,
282:9, 282:12,
282:15, 282:17,
282:19, 282:20,
284:13, 286:16,
293:19, 296:5,
312:3, 314:3, 332:3
**most** [1] - 354:25
**mostly** [1] - 286:6
**mother** [1] - 337:21
**motorcycle** [2] -
320:18, 320:19
**move** [85] - 285:11,
285:15, 285:16,

285:17, 286:24,
287:3, 287:17,
296:11, 297:8,
298:7, 298:16,
301:24, 302:6,
302:15, 304:8,
304:24, 305:15,
306:6, 306:22,
307:15, 308:11,
311:9, 312:17,
313:14, 315:21,
316:14, 316:20,
321:11, 321:24,
322:14, 323:7,
323:25, 324:15,
325:10, 326:1,
326:21, 327:9,
327:16, 327:23,
328:12, 329:3,
329:17, 329:24,
330:7, 330:21,
331:13, 335:3,
335:13, 336:1,
339:3, 339:17,
340:5, 340:19,
345:3, 346:16,
346:19, 347:18,
351:1, 351:16,
356:3, 358:9, 359:6,
360:16, 360:22,
365:7, 365:20,
366:9, 366:24,
368:18, 369:23,
370:12, 371:1,
374:13, 375:2,
375:9, 375:17,
376:7, 376:22,
377:19, 378:12,
382:19, 383:7,
385:7, 385:21,
393:10
**moved** [14] - 285:7,
303:16, 314:24,
315:12, 316:5,
322:6, 333:16,
341:18, 358:15,
359:13, 361:19,
364:8, 375:24,
381:16
**moving** [53] - 285:5,
285:7, 285:13,
286:13, 304:15,
305:6, 306:13,
310:18, 311:8,
311:14, 313:5,
313:7, 320:5,
320:25, 321:17,
322:23, 323:16,
324:6, 325:3,
328:19, 329:9,
330:14, 331:4,

333:10, 335:17,
336:3, 336:11,
337:4, 342:5,
344:13, 347:4,
353:4, 354:4,
354:11, 354:17,
355:4, 356:10,
357:15, 357:21,
360:7, 363:9,
364:19, 366:2,
369:15, 370:4,
371:24, 372:22,
374:5, 375:16,
376:14, 377:9,
378:2, 380:6
**MR** [94] - 282:13,
287:9, 287:19,
292:14, 298:18,
299:20, 300:3,
300:13, 300:17,
300:21, 302:1,
302:17, 304:10,
305:1, 305:17,
306:8, 306:24,
307:17, 308:12,
308:24, 315:22,
316:15, 321:12,
322:1, 322:15,
323:8, 324:1,
324:16, 325:12,
326:2, 326:22,
327:11, 327:25,
328:14, 329:4,
329:19, 330:9,
330:23, 331:14,
335:15, 339:4,
339:18, 340:7,
340:21, 341:20,
345:4, 346:24,
347:20, 349:22,
349:24, 350:1,
351:2, 351:17,
356:5, 358:10,
359:8, 360:17,
365:9, 365:22,
366:11, 367:1,
368:20, 369:24,
370:13, 371:2,
374:14, 375:4,
375:19, 376:9,
376:24, 377:21,
378:14, 382:20,
383:9, 385:8,
385:11, 385:15,
385:19, 385:24,
386:13, 386:20,
387:10, 389:15,
389:22, 390:12,
390:15, 391:9,
391:13, 391:15,
391:18, 391:21,

392:9, 393:12, 394:6
**MS** [246] - 282:9,
282:17, 283:7,
283:21, 283:25,
284:7, 284:13,
284:18, 284:23,
285:1, 285:23,
286:5, 286:8,
286:11, 286:17,
286:24, 287:7,
287:22, 288:9,
288:16, 289:20,
291:18, 293:16,
294:1, 294:16,
294:20, 295:14,
295:22, 296:1,
296:9, 298:15,
298:20, 298:25,
299:4, 299:18,
300:2, 300:22,
300:23, 301:16,
301:19, 301:24,
302:5, 302:15,
302:24, 303:2,
303:8, 303:11,
303:14, 303:15,
304:8, 304:14,
304:24, 305:5,
305:15, 305:21,
306:6, 306:12,
306:22, 307:3,
307:15, 307:21,
308:10, 308:17,
308:22, 309:1,
309:2, 312:21,
313:3, 313:7,
313:13, 315:8,
315:9, 315:20,
316:1, 316:13,
316:19, 316:22,
317:13, 321:10,
321:16, 321:24,
322:5, 322:13,
322:19, 323:6,
323:12, 323:24,
324:5, 324:14,
324:20, 325:10,
325:16, 325:25,
326:6, 326:20,
327:1, 327:9,
327:15, 327:23,
328:4, 328:12,
328:18, 329:2,
329:8, 329:17,
329:23, 330:7,
330:13, 330:21,
331:3, 331:12,
331:18, 333:14,
333:15, 333:19,
334:2, 334:4,
335:12, 335:17,

335:24, 336:6,
336:10, 339:2,
339:8, 339:16,
339:22, 340:5,
340:11, 340:19,
341:1, 341:19,
341:24, 343:17,
344:12, 344:20,
344:23, 345:2,
345:12, 345:19,
345:21, 346:2,
346:4, 346:13,
347:3, 347:6, 347:8,
347:18, 347:25,
348:5, 348:7,
348:17, 348:19,
349:4, 349:6, 349:8,
349:12, 349:16,
350:8, 350:15,
350:16, 350:25,
351:6, 351:15,
351:21, 355:7,
355:10, 355:12,
356:3, 356:9, 358:8,
358:14, 359:6,
359:12, 360:15,
360:21, 365:7,
365:13, 365:20,
366:1, 366:9,
366:15, 366:24,
367:5, 368:13,
368:15, 368:18,
368:23, 369:3,
369:22, 370:3,
370:11, 370:17,
370:25, 371:6,
374:12, 374:18,
375:2, 375:8,
375:17, 375:23,
376:7, 376:13,
376:22, 377:3,
377:19, 378:1,
378:12, 378:18,
382:18, 382:24,
383:7, 383:13,
384:23, 385:6,
385:14, 385:17,
385:21, 386:2,
386:6, 386:10,
386:14, 386:21,
386:23, 387:13,
387:18, 387:22,
387:25, 388:2,
388:21, 389:1,
389:10, 389:13,
390:3, 390:21,
392:15, 392:17,
392:21, 392:23,
392:24, 393:10,
393:17, 393:22,
394:12, 394:25,

395:4, 395:8
**muddle** [1] - 284:14
**multiple** [3] - 283:14,
283:15, 307:9
**Murray** [1] - 282:4
**must** [1] - 297:7

# N

**name** [3] - 314:4,
390:5, 390:8
**named** [1] - 341:11
**names** [5] - 289:24,
289:25, 290:6,
291:11, 303:9
**nature** [3] - 291:12,
390:13, 392:13
**nearer** [1] - 284:2
**necessarily** [3] -
284:9, 299:24, 389:3
**need** [12] - 283:18,
283:22, 284:20,
288:15, 294:10,
294:23, 295:17,
298:6, 315:6,
320:21, 362:20,
380:20
**needed** [3] - 282:23,
283:12, 289:9
**never** [2] - 300:19,
338:6
**next** [9] - 318:23,
326:8, 335:3, 384:2,
384:4, 384:5, 384:8,
384:9, 395:10
**nice** [2] - 357:7,
357:11
**Nos** [4] - 281:3, 281:7,
356:7, 369:1
**note** [1] - 333:11
**noted** [1] - 394:20
**nothing** [3] - 295:20,
319:5, 320:15
**notice** [1] - 289:2
**number** [15] - 341:10,
341:15, 342:2,
342:5, 342:7, 342:9,
342:13, 342:22,
345:10, 367:24,
378:24, 382:3,
382:7, 383:16
**numbers** [3] - 343:8,
383:19, 384:3
**NW** [5] - 279:14,
279:17, 279:25,
369:8, 377:7

# O

**oath** [2] - 296:6,
350:13
**object** [1] - 293:11
**objected** [3] - 285:4,
285:5, 285:12
**objecting** [4] - 288:22,
389:15, 390:16,
393:12
**objection** [131] -
285:12, 286:13,
292:17, 292:19,
292:20, 292:25,
293:1, 293:8,
293:12, 294:11,
295:8, 298:18,
300:10, 300:13,
302:1, 302:2,
302:17, 304:10,
305:1, 305:2,
305:17, 305:18,
306:8, 306:9,
306:24, 306:25,
307:17, 307:18,
308:12, 308:13,
315:22, 315:23,
316:15, 316:16,
321:12, 321:13,
322:1, 322:2,
322:15, 322:16,
323:8, 323:9, 324:1,
324:16, 324:17,
325:12, 325:13,
326:2, 326:3,
326:22, 326:23,
327:11, 327:12,
327:25, 328:1,
328:14, 328:15,
329:4, 329:5,
329:19, 329:20,
330:9, 330:10,
330:23, 331:14,
331:15, 335:15,
339:4, 339:18,
339:19, 340:7,
340:8, 340:21,
341:20, 341:21,
345:4, 346:24,
346:25, 347:20,
347:21, 351:2,
351:17, 351:18,
356:5, 358:10,
358:11, 359:8,
360:17, 360:18,
365:9, 365:10,
365:22, 365:23,
366:11, 366:12,
367:1, 367:2,
368:20, 369:24,

369:25, 370:13,
370:14, 371:2,
371:3, 374:14,
374:15, 375:4,
375:5, 375:19,
375:20, 376:9,
376:10, 376:24,
376:25, 377:21,
377:22, 378:14,
382:20, 383:9,
385:11, 385:14,
386:12, 387:10,
389:20, 391:3,
391:4, 391:9, 392:4,
392:7, 392:13,
394:20
**objectionable** [1] -
389:21
**objections** [3] - 285:8,
290:12, 293:3
**observation** [2] -
292:16
**observations** [1] -
300:4
**obtain** [1] - 295:1
**October** [87] - 295:24,
298:10, 299:21,
307:25, 308:5,
308:18, 309:8,
310:22, 311:17,
313:18, 315:2,
315:5, 315:6,
315:11, 315:14,
316:6, 317:2,
318:17, 320:8,
321:2, 321:19,
322:8, 323:1,
323:19, 324:9,
325:5, 325:20,
326:15, 327:4,
327:18, 328:7,
328:22, 329:11,
330:1, 330:16,
331:6, 331:21,
332:7, 334:8, 335:6,
336:13, 337:3,
337:6, 338:22,
339:11, 339:25,
340:14, 341:4,
342:12, 342:18,
343:13, 343:14,
343:15, 343:19,
344:3, 351:10,
351:24, 352:25,
353:7, 354:6,
356:12, 357:17,
358:17, 359:15,
360:25, 361:22,
363:11, 364:10,
364:21, 366:19,

367:8, 368:4,
372:24, 374:4,
374:7, 374:21,
375:11, 376:1,
376:16, 377:14,
378:4, 379:4, 382:8,
383:20, 384:15,
393:3
**OF** [3] - 279:1, 279:3,
279:9
**offered** [1] - 391:5
**Office** [1] - 279:14
**Official** [1] - 396:3
**old** [3] - 297:22,
297:23, 357:11
**once** [1] - 373:16
**one** [96] - 282:13,
283:8, 285:24,
286:21, 287:4,
290:20, 292:24,
294:7, 294:10,
294:24, 294:25,
295:2, 295:10,
297:25, 301:17,
302:12, 308:20,
310:1, 310:11,
310:13, 310:14,
310:15, 310:17,
310:25, 311:1,
311:2, 311:3, 311:4,
311:5, 311:6,
311:21, 312:2,
312:12, 312:19,
313:11, 314:9,
314:14, 316:10,
317:22, 322:10,
338:11, 338:13,
338:14, 340:16,
341:6, 344:21,
348:15, 349:12,
349:24, 355:1,
356:22, 357:1,
357:4, 357:5, 357:6,
357:7, 357:11,
357:14, 362:7,
362:13, 362:15,
362:16, 365:4,
365:17, 366:6,
368:14, 372:12,
372:14, 373:25,
375:16, 378:8,
385:3, 385:16,
386:6, 389:19,
390:5, 391:12,
391:13, 395:6
**ones** [4] - 286:12,
354:25, 356:14,
372:15
**open** [2] - 367:20
**opened** [2] - 390:21,

391:1
**opening** [3] - 393:24,
394:1, 394:16
**opens** [1] - 367:21
**operate** [1] - 394:19
**operating** [1] - 394:3
**operation** [1] - 394:14
**opposed** [2] - 303:3,
349:13
**order** [14] - 284:2,
290:16, 291:23,
296:25, 297:1,
297:3, 297:6, 297:7,
297:18, 297:19,
297:21, 310:12,
311:1, 312:21
**ordinary** [1] - 380:3
**ORENBERG** [95] -
279:18, 282:13,
287:9, 287:19,
292:14, 298:18,
299:20, 300:3,
300:13, 300:17,
300:21, 302:1,
302:17, 304:10,
305:1, 305:17,
306:8, 306:24,
307:17, 308:12,
308:24, 315:22,
316:15, 321:12,
322:1, 322:15,
323:8, 324:1,
324:16, 325:12,
326:2, 326:22,
327:11, 327:25,
328:14, 329:4,
329:19, 330:9,
330:23, 331:14,
335:15, 339:4,
339:18, 340:7,
340:21, 341:20,
345:4, 346:24,
347:20, 349:22,
349:24, 350:1,
351:2, 351:17,
356:5, 358:10,
359:8, 360:17,
365:9, 365:22,
366:11, 367:1,
368:20, 369:24,
370:13, 371:2,
374:14, 375:4,
375:19, 376:9,
376:24, 377:21,
378:14, 382:20,
383:9, 385:8,
385:11, 385:15,
385:19, 385:24,
386:13, 386:20,
387:10, 389:15,

389:22, 390:12,
390:15, 391:9,
391:13, 391:15,
391:18, 391:21,
392:9, 393:12, 394:6
**Orenberg** [11] -
279:19, 282:15,
282:20, 286:20,
287:8, 292:13,
299:7, 299:19,
300:9, 346:19, 391:8
**organization** [1] -
394:19
**organizing** [1] - 381:1
**original** [3] - 288:18,
290:20, 352:7
**Orlando** [1] - 360:2
**outweighs** [1] - 392:1
**overall** [1] - 391:24
**overruled** [6] - 391:4,
392:5, 392:8,
392:14, 394:21
**overruling** [1] - 293:1
**owe** [3] - 313:22,
313:23, 363:2

## P

**p.m** [22] - 297:16,
298:2, 299:3, 301:9,
309:10, 309:14,
309:18, 311:24,
312:4, 312:8,
313:19, 332:25,
337:3, 337:6,
339:11, 347:13,
356:19, 371:10,
371:15, 371:18,
395:14
**packaging** [1] -
326:10
**page** [26] - 301:9,
309:9, 310:4,
310:19, 317:3,
319:23, 333:1,
333:6, 334:22,
337:2, 345:10,
346:23, 350:1,
353:11, 353:15,
353:19, 361:1,
361:5, 361:13,
363:3, 369:5,
372:18, 373:1,
373:22, 381:6
**pages** [1] - 396:4
**Pages** [1] - 279:7
**paid** [1] - 363:6
**pair** [1] - 348:12
**paired** [1] - 289:8

**paper** [3] - 318:22,
319:3, 349:20
**papers** [1] - 373:21
**Park** [1] - 279:19
**parse** [1] - 291:24
**part** [8] - 282:23,
285:2, 301:17,
346:21, 349:13,
387:15, 393:25
**participation** [1] -
391:2
**particular** [1] - 386:7
**parts** [1] - 288:16
**Paschall** [10] - 282:11,
286:22, 296:6,
300:1, 302:18,
345:18, 347:24,
350:6, 350:14, 390:2
**PASCHALL** [240] -
279:13, 283:7,
283:21, 283:25,
284:7, 284:13,
284:18, 284:23,
285:1, 285:23,
286:5, 286:8,
286:11, 286:17,
286:24, 287:7,
287:22, 288:9,
288:16, 289:20,
291:18, 295:22,
296:1, 296:9,
298:15, 298:20,
298:25, 299:4,
299:18, 300:2,
300:22, 300:23,
301:16, 301:19,
301:24, 302:5,
302:15, 302:24,
303:2, 303:8,
303:11, 303:14,
303:15, 304:8,
304:14, 304:24,
305:5, 305:15,
305:21, 306:6,
306:12, 306:22,
307:3, 307:15,
307:21, 308:10,
308:17, 308:22,
309:1, 309:2,
312:21, 313:3,
313:7, 313:13,
315:8, 315:9,
315:20, 316:1,
316:13, 316:19,
316:22, 317:13,
321:10, 321:16,
321:24, 322:5,
322:13, 322:19,
323:6, 323:12,
323:24, 324:5,

324:14, 324:20,
325:10, 325:16,
325:25, 326:6,
326:20, 327:1,
327:9, 327:15,
327:23, 328:4,
328:12, 328:18,
329:2, 329:8,
329:17, 329:23,
330:7, 330:13,
330:21, 331:3,
331:12, 331:18,
333:14, 333:15,
333:19, 334:2,
334:4, 335:12,
335:17, 335:24,
336:6, 336:10,
339:2, 339:8,
339:16, 339:22,
340:5, 340:11,
340:19, 341:1,
341:19, 341:24,
343:17, 344:12,
344:20, 344:23,
345:2, 345:12,
345:19, 345:21,
346:2, 346:4,
346:13, 347:3,
347:6, 347:8,
347:18, 347:25,
348:5, 348:7,
348:17, 348:19,
349:4, 349:6, 349:8,
349:12, 349:16,
350:8, 350:15,
350:16, 350:25,
351:6, 351:15,
351:21, 355:7,
355:10, 355:12,
356:3, 356:9, 358:8,
358:14, 359:6,
359:12, 360:15,
360:21, 365:7,
365:13, 365:20,
366:1, 366:9,
366:15, 366:24,
367:5, 368:13,
368:15, 368:18,
368:23, 369:3,
369:22, 370:3,
370:11, 370:17,
370:25, 371:6,
374:12, 374:18,
375:2, 375:8,
375:17, 375:23,
376:7, 376:13,
376:22, 377:3,
377:19, 378:1,
378:12, 378:18,
382:18, 382:24,
383:7, 383:13,

384:23, 385:6,
385:14, 385:17,
385:21, 386:2,
386:6, 386:10,
386:14, 386:21,
386:23, 387:13,
387:18, 387:22,
387:25, 388:2,
388:21, 389:1,
389:10, 389:13,
390:3, 390:21,
392:15, 392:17,
392:21, 392:23,
392:24, 393:10,
393:17, 393:22,
394:12, 394:25,
395:4, 395:8
**past** [3] - 284:1,
287:15, 342:17
**Patrick** [6] - 317:8,
317:17, 318:23,
372:11, 372:13,
373:21
**Patrick's** [1] - 319:12
**Pawn** [1] - 377:7
**pay** [1] - 355:1
**PC** [1] - 279:19
**penal** [2] - 394:8
**Pennsylvania** [1] -
279:17
**people** [4] - 291:16,
293:8, 362:13, 391:1
**perhaps** [3] - 284:19,
287:16, 346:15
**period** [1] - 390:1
**persist** [1] - 285:8
**person** [4] - 290:25,
291:5, 311:5, 367:20
**pertinent** [2] - 387:15,
387:16
**pesky** [1] - 347:5
**phone** [41] - 296:18,
297:13, 297:20,
297:21, 341:10,
341:14, 341:15,
342:2, 342:5, 342:7,
342:8, 342:9,
342:11, 342:12,
342:15, 342:22,
342:23, 343:7,
343:9, 343:12,
343:19, 343:20,
350:23, 360:12,
361:18, 367:23,
367:24, 368:3,
378:24, 382:3,
382:6, 383:15,
383:18, 383:19,
383:22, 383:25,
384:5, 384:9,

384:14, 388:7
**photo** [3] - 302:8,
303:18, 304:3
**photograph** [12] -
300:1, 304:17,
304:18, 308:3,
329:25, 332:11,
335:13, 335:15,
346:21, 351:9,
352:5, 382:12
**photographs** [10] -
285:6, 285:16,
285:22, 285:23,
286:3, 288:11,
298:16, 304:1,
326:10, 371:20
**phrased** [1] - 312:25
**pick** [7] - 311:21,
319:13, 319:22,
332:4, 336:17, 373:9
**picking** [1] - 299:15
**picture** [5] - 318:12,
333:23, 336:23,
336:24, 357:2
**pictures** [4] - 297:19,
310:3, 392:6, 392:10
**piece** [4] - 311:4,
311:5, 311:6
**pieces** [2] - 362:16,
362:23
**place** [4] - 295:4,
311:22, 338:7, 395:4
**placed** [2] - 362:21,
384:2
**placing** [2] - 362:22
**Plaintiff** [1] - 279:4
**plan** [2] - 292:3, 295:6
**plastic** [1] - 304:19
**play** [5] - 316:2, 386:9,
390:4, 391:6, 394:25
**played** [7] - 316:3,
316:21, 391:7,
393:23, 394:15,
394:16, 395:3
**podium** [1] - 282:8
**point** [6] - 292:9,
295:3, 369:22,
385:6, 390:18, 394:3
**portion** [39] - 288:20,
288:22, 288:23,
296:12, 297:9,
309:4, 310:19,
313:14, 316:24,
318:18, 320:9,
335:21, 344:16,
352:16, 352:22,
353:8, 353:17,
353:21, 354:7,
356:13, 356:21,
358:18, 358:21,

359:22, 361:15,
362:4, 363:12,
364:3, 364:11,
367:16, 372:2,
372:25, 377:4,
377:5, 380:9,
380:15, 381:8,
385:25, 394:25
**portions** [2] - 313:8,
335:18
**position** [3] - 285:21,
288:2, 288:12
**possession** [2] -
348:10
**possible** [4] - 282:22,
284:14, 348:1,
384:21
**Potomac** [2] - 279:19,
279:20
**PowerPoints** [1] -
285:7
**practice** [2] - 283:13,
289:16
**prejudicial** [3] - 392:1,
392:3, 392:5
**prepared** [4] - 290:14,
294:14, 294:18,
338:14
**present** [4] - 282:16,
292:3, 389:23, 390:9
**presentation** [2] -
313:9, 395:10
**press** [1] - 337:15
**pretty** [1] - 292:22
**previous** [5] - 313:16,
315:14, 335:18,
335:25, 353:8
**PREVIOUSLY** [1] -
296:7
**price** [1] - 337:18
**primarily** [1] - 285:23
**printed** [1] - 286:15
**probative** [1] - 392:1
**problem** [13] - 282:14,
292:23, 293:1,
293:2, 293:6,
295:11, 300:6,
300:7, 312:24,
346:1, 346:2, 381:14
**problems** [1] - 283:2
**proceed** [2] - 287:20,
313:12
**proceedings** [1] -
396:5
**process** [12] - 284:15,
292:20, 293:13,
293:14, 293:17,
293:21, 293:23,
294:2, 294:8,
294:13, 295:10,

373:17
**produced** [2] - 289:6,
290:6
**product** [2] - 290:19,
291:13
**proffer** [4] - 393:17,
394:4, 394:6, 394:13
**proffered** [1] - 393:25
**proffering** [2] -
387:14, 390:4
**project** [6] - 290:14,
291:9, 291:15,
291:19, 294:18,
295:6
**promise** [1] - 284:16
**pronged** [1] - 290:25
**properly** [1] - 287:13
**proposed** [1] - 288:1
**prove** [1] - 380:4
**provide** [1] - 341:10
**provided** [6] - 289:13,
289:20, 289:23,
342:6, 342:7, 385:22
**prudent** [3] - 294:20,
347:6, 349:16
**pulled** [28] - 288:11,
297:12, 305:22,
307:4, 307:22,
316:23, 318:14,
325:17, 327:2,
328:5, 339:23,
340:12, 341:2,
351:22, 352:12,
352:22, 356:15,
368:6, 372:3, 373:2,
374:1, 378:8, 379:7,
379:11, 379:19,
379:23, 380:11,
384:24
**pulling** [1] - 331:19
**punctuation** [1] -
291:12
**purchased** [1] -
354:25
**purports** [1] - 389:24
**purpose** [2] - 390:19,
391:5
**purposes** [2] - 286:18,
348:1
**put** [8] - 284:5,
293:21, 294:5,
309:23, 355:13,
355:18, 355:22,
373:13
**puts** [1] - 379:18

## Q

**quality** [2] - 291:5,

292:20
**quantity** [2] - 292:18,
297:18
**questioning** [1] -
283:23
**questions** [5] -
283:19, 283:23,
284:10, 299:12,
388:24
**quite** [4] - 288:9,
292:1, 292:2, 292:7

## R

**R-15** [1] - 373:25
**raise** [1] - 300:8
**raised** [1] - 290:12
**raises** [2] - 299:7,
299:12
**raising** [1] - 284:24
**ran** [1] - 337:15
**range** [9] - 342:16,
343:2, 343:3, 343:4,
346:15, 368:3,
379:4, 384:17,
384:20
**ranges** [2] - 342:17,
343:4
**ranging** [1] - 343:20
**ransom** [1] - 390:23
**rarely** [1] - 284:16
**rather** [2] - 316:9,
390:6
**read** [3] - 287:1,
377:5, 380:1
**ready** [7] - 283:1,
318:8, 318:11,
318:13, 319:12,
372:14
**really** [1] - 320:3
**reasons** [1] - 362:7
**receipt** [2] - 318:11,
318:12
**receipts** [1] - 318:9
**received** [67] - 289:7,
289:25, 290:24,
294:3, 300:16,
302:4, 302:21,
304:13, 305:4,
305:20, 306:11,
307:2, 307:20,
308:16, 315:25,
316:18, 321:15,
322:4, 322:18,
323:11, 324:4,
324:19, 325:15,
326:5, 326:25,
327:14, 328:3,
328:17, 329:7,

329:22, 330:12,
331:2, 331:17,
336:9, 339:7,
339:21, 340:10,
340:24, 341:23,
345:7, 347:2,
347:23, 350:5,
351:5, 351:20,
356:8, 358:13,
359:11, 360:20,
365:12, 365:25,
366:14, 367:4,
369:2, 370:2,
370:16, 371:5,
374:17, 375:7,
375:12, 376:12,
377:2, 377:24,
378:17, 382:23,
383:12, 394:23
**RECEIVED** [1] - 280:6
**Recess** [1] - 350:11
**recess** [1] - 395:14
**record** [14] - 282:3,
282:6, 282:8, 288:1,
288:13, 291:21,
294:4, 294:8,
294:12, 294:21,
295:7, 300:17,
360:3, 396:5
**records** [3] - 292:9,
341:13, 342:10
**refer** [1] - 390:25
**reference** [2] - 290:9,
292:19
**referred** [1] - 286:9
**reflect** [2] - 386:21,
386:24
**reflected** [1] - 386:25
**reflects** [1] - 348:12
**regardless** [1] -
391:15
**regards** [2] - 301:3,
301:7
**Regine** [1] - 282:4
**relationship** [3] -
390:6, 390:10,
390:13
**relax** [1] - 334:21
**relevance** [10] -
390:17, 390:20,
391:3, 393:13,
393:14, 393:16,
393:21, 394:5, 394:9
**relevant** [5] - 386:18,
389:24, 390:10,
390:15, 391:2
**remaining** [3] -
313:11, 391:4, 395:7
**remember** [2] -
336:24, 357:11,

372:12
**remembered** [1] -
380:19
**remind** [3] - 296:5,
333:22, 350:12
**reminded** [1] - 287:22
**Remington** [1] -
332:11
**rendering** [1] - 379:18
**renew** [3] - 386:12,
391:9, 392:13
**replied** [1] - 362:12
**Reporter** [2] - 279:24,
396:3
**represent** [2] - 342:20,
342:21
**representation** [2] -
293:13, 387:5
**represented** [1] -
300:11
**representing** [2] -
288:6, 345:17
**request** [1] - 292:3
**respect** [8] - 284:19,
285:1, 295:7,
295:10, 299:13,
300:5, 300:9, 380:5,
387:14
**respond** [1] - 286:23
**responded** [1] - 297:4
**responds** [1] - 352:11
**response** [1] - 309:15
**rest** [1] - 335:18
**resume** [1] - 350:9
**resumes** [1] - 296:4
**retake** [1] - 372:15
**return** [1] - 353:4
**review** [103] - 291:5,
291:8, 296:17,
298:12, 301:21,
302:12, 304:5,
304:21, 305:13,
306:3, 306:19,
307:12, 308:7,
311:11, 312:15,
314:21, 315:17,
316:10, 320:23,
321:7, 321:21,
322:10, 323:3,
323:21, 324:11,
325:7, 325:22,
326:8, 326:17,
327:6, 327:20,
328:9, 328:24,
329:13, 330:3,
330:18, 331:8,
331:23, 333:7,
333:20, 334:25,
335:8, 338:17,
338:24, 339:13,

340:2, 340:16,
341:6, 341:13,
342:2, 343:6,
343:22, 343:23,
344:1, 344:17,
345:22, 346:10,
347:15, 348:2,
350:22, 351:12,
352:1, 356:1,
356:15, 358:6,
359:3, 359:17,
360:11, 361:3,
361:24, 364:5,
364:12, 365:4,
365:17, 366:6,
366:21, 367:13,
367:22, 367:23,
368:2, 368:10,
369:19, 370:8,
370:22, 372:4,
374:23, 375:13,
376:3, 376:18,
377:16, 378:22,
378:23, 379:2,
379:11, 379:23,
380:11, 381:20,
382:1, 382:2, 382:6,
382:15, 383:14,
385:3
**reviewed** [4] - 291:10,
333:13, 374:9,
381:20
**reviewing** [5] -
293:19, 294:1,
342:10, 383:4, 393:7
**rice** [3] - 338:10,
338:12
**rifle** [1] - 332:11
**right-hand** [1] -
300:12
**roles** [1] - 291:17
**Room** [1] - 279:24
**Royal** [1] - 364:17
**RPR** [1] - 279:24
**Ruger** [1] - 325:2
**rule** [1] - 393:16

**S**

**sacks** [1] - 338:12
**Sandal** [2] - 381:10,
381:24
**Sanjou** [12] - 382:4,
382:8, 382:12,
383:1, 383:24,
384:6, 384:10,
384:15, 390:8,
390:11, 390:14,
390:22
**Santia** [14] - 314:3,

378:25, 379:3,
379:8, 379:15,
379:20, 380:2,
380:7, 380:14,
380:20, 381:12,
381:15, 381:17,
390:23
**saw** [4] - 357:3,
382:15, 391:24,
392:3
**scale** [1] - 394:15
**school** [1] - 332:24
**screen** [8] - 309:4,
318:4, 326:12,
341:25, 344:6,
350:17, 355:13,
392:25
**screenshot** [5] -
288:19, 303:20,
303:22, 304:1,
324:22
**screenshots** [4] -
286:4, 286:6, 286:7,
288:11
**scrupulous** [1] -
287:10
**seat** [1] - 284:5
**second** [46] - 282:13,
283:8, 285:9,
286:22, 291:3,
291:4, 298:1,
298:24, 301:4,
304:2, 309:14,
311:24, 313:25,
315:5, 317:14,
318:25, 332:12,
332:14, 334:14,
336:19, 337:1,
337:8, 349:24,
352:10, 353:11,
354:15, 355:19,
356:23, 356:25,
357:25, 358:24,
359:24, 360:1,
361:9, 362:24,
363:18, 367:12,
369:9, 372:18,
373:10, 381:6,
384:8, 384:11,
391:22, 391:23,
391:24
**see** [41] - 290:4, 290:5,
290:25, 296:12,
296:25, 297:1,
307:5, 307:9,
307:23, 310:3,
312:13, 314:19,
319:19, 320:13,
324:21, 324:25,
325:2, 328:19,

330:14, 335:25,
337:14, 337:25,
338:8, 338:11,
345:10, 353:2,
358:15, 359:13,
361:17, 362:18,
365:1, 369:15,
372:22, 377:9,
385:13, 390:17,
392:1, 392:7,
395:11, 395:13
**seeing** [2] - 308:17,
313:8
**seem** [1] - 299:2
**segment** [3] - 391:22,
391:23, 391:24
**segments** [1] - 391:25
**SEIFERT** [2] - 279:13,
282:9
**Seifert** [3] - 282:9,
287:22, 348:22
**send** [13] - 290:20,
297:19, 314:3,
314:8, 317:20,
318:1, 318:12,
319:15, 319:20,
357:2, 359:23,
372:16, 373:21
**sender** [18] - 301:8,
301:10, 301:14,
317:14, 320:10,
332:8, 332:12,
332:17, 332:21,
334:9, 334:18,
336:14, 336:19,
359:20, 359:24,
363:13, 363:18,
363:22
**sending** [4] - 318:10,
320:13, 381:24,
390:23
**sends** [9] - 352:5,
353:11, 354:9,
372:18, 374:3,
375:25, 379:8,
381:4, 381:17
**sent** [96] - 297:16,
298:1, 298:21,
300:25, 302:9,
304:17, 305:8,
308:3, 309:10,
309:11, 309:14,
309:15, 309:18,
310:7, 310:21,
311:18, 311:24,
312:4, 312:8,
313:19, 313:20,
313:25, 314:5,
314:11, 314:15,
315:1, 316:6, 317:3,

318:2, 318:4,
318:19, 318:25,
319:7, 319:23,
320:7, 325:1,
331:20, 333:1,
334:14, 335:5,
337:8, 337:11,
337:22, 344:13,
344:14, 346:7,
351:9, 352:4,
353:15, 353:19,
354:12, 354:16,
354:20, 355:2,
356:18, 356:22,
356:23, 357:8,
358:19, 359:1,
360:5, 360:8, 361:5,
361:9, 361:13,
362:2, 362:24,
363:3, 364:9,
365:15, 366:3,
366:18, 369:4,
369:9, 371:21,
372:6, 372:10,
373:5, 373:10,
373:18, 373:22,
374:6, 374:20,
375:10, 376:15,
377:13, 378:3,
379:20, 380:13,
381:6, 382:12,
383:1, 386:19,
387:3, 393:2, 393:19
**sentence** [1] - 390:20
**separate** [5] - 286:12,
286:15, 286:19,
385:23, 394:11
**separately** [2] -
301:16, 336:2
**September** [35] -
295:23, 296:16,
297:11, 303:19,
305:25, 306:16,
307:7, 344:3, 344:9,
344:10, 344:14,
346:8, 347:11,
350:20, 368:8,
369:17, 370:6,
370:20, 371:12,
371:15, 371:18,
372:1, 380:8,
381:18, 382:13,
384:12, 386:17,
387:6, 387:8,
387:12, 388:5,
388:14, 388:15,
388:17
**series** [22] - 285:5,
285:6, 285:11,
285:17, 285:22,

286:10, 286:16,
286:25, 287:6,
287:7, 287:23,
288:7, 288:10,
288:12, 288:17,
289:4, 373:5
**serious** [1] - 363:17
**service** [1] - 379:18
**set** [2] - 291:20, 326:8
**sets** [2] - 283:10,
295:7
**several** [4] - 293:18,
312:22, 312:23,
392:2
**shaking** [1] - 385:13
**she/he** [5] - 314:18,
364:1, 367:20,
367:21
**shipped** [1] - 362:17
**shocked** [1] - 380:2
**short** [2] - 372:16,
394:24
**shorter** [1] - 395:12
**shot** [1] - 293:18
**show** [11] - 289:9,
309:25, 383:18,
386:25, 388:3,
388:4, 390:10,
394:1, 394:10,
394:16, 395:10
**showing** [2] - 390:9,
393:24
**shows** [37] - 303:16,
303:19, 304:19,
305:25, 306:16,
307:7, 321:2, 321:4,
321:19, 322:8,
323:1, 323:14,
323:19, 324:9,
325:5, 325:20,
326:15, 327:4,
327:18, 328:7,
328:22, 329:11,
330:1, 330:16,
331:6, 338:22,
339:11, 339:25,
340:14, 341:4,
342:15, 343:20,
350:20, 352:17,
369:17, 370:6,
370:20
**side** [1] - 337:14
**similar** [1] - 309:24
**Simon** [3] - 341:11,
342:16, 342:22
**simply** [4] - 292:20,
387:4, 387:18, 390:3
**single** [1] - 297:3
**sister** [1] - 311:22
**sitting** [2] - 283:11,

321:4
**situation** [2] - 283:13, 284:1
**six** [2] - 317:22, 317:23
**size** [1] - 394:14
**skip** [1] - 366:17
**slide** [182] - 287:2, 295:22, 296:11, 296:12, 297:8, 297:9, 298:1, 298:7, 298:8, 300:12, 300:24, 301:11, 301:12, 302:6, 302:7, 303:16, 303:17, 304:15, 305:6, 305:7, 305:22, 305:23, 306:13, 307:4, 307:22, 307:23, 308:2, 308:17, 308:21, 309:3, 310:18, 311:8, 311:14, 313:14, 313:16, 314:19, 314:24, 314:25, 315:10, 315:12, 315:14, 316:5, 316:23, 318:14, 320:5, 320:22, 320:25, 321:6, 321:17, 322:6, 322:23, 323:16, 324:6, 325:3, 325:17, 326:12, 327:2, 327:16, 328:5, 328:19, 329:9, 329:24, 330:14, 331:4, 331:19, 332:5, 333:16, 334:5, 335:3, 335:4, 335:21, 336:11, 337:11, 337:22, 338:3, 338:16, 338:20, 339:9, 339:23, 340:12, 341:2, 341:17, 341:25, 342:5, 342:14, 342:15, 343:2, 343:7, 344:6, 344:7, 344:13, 344:25, 345:9, 345:10, 345:11, 346:5, 346:23, 347:4, 350:18, 351:7, 351:8, 351:22, 352:8, 352:12, 352:22, 352:23, 353:4,

353:8, 354:4, 354:7, 354:11, 354:15, 354:17, 354:20, 355:2, 355:4, 355:16, 355:20, 355:23, 356:10, 356:14, 357:15, 357:21, 357:25, 358:15, 358:24, 359:13, 360:5, 360:7, 360:22, 361:19, 361:20, 362:2, 362:24, 363:9, 364:8, 364:19, 364:22, 365:14, 366:2, 366:17, 367:6, 368:6, 369:15, 370:4, 370:18, 371:19, 371:24, 372:6, 372:22, 374:1, 374:2, 374:5, 374:19, 375:9, 375:24, 376:14, 377:9, 378:2, 379:7, 379:19, 380:6, 381:16, 382:11, 382:25, 383:18, 384:2, 384:8, 384:17, 384:24, 387:9, 395:7, 395:10
**slides** [7] - 286:2, 308:20, 312:23, 326:8, 392:17, 392:18, 395:9
**slightly** [3] - 289:18, 326:7, 343:16
**slowly** [1] - 284:14
**small** [1] - 288:24
**snakes** [1] - 338:6
**snow** [1] - 282:21
**softball** [1] - 283:8
**solely** [2] - 286:18, 346:23
**someone** [9] - 310:16, 321:5, 337:21, 361:17, 362:12, 381:4, 381:24, 387:16, 392:19
**sometime** [1] - 388:15
**SOPHIA** [2] - 280:4, 296:7
**sorry** [1] - 385:14
**sort** [1] - 303:7
**sounds** [2] - 285:18, 294:14
**spare** [2] - 296:25, 297:1
**speaker** [3] - 290:21, 291:4

**speaking** [1] - 364:2
**specific** [9] - 289:23, 292:5, 292:19, 293:3, 295:1, 295:11, 352:17, 387:14
**specifically** [4] - 286:23, 298:9, 298:11, 343:15
**spelled** [1] - 291:11
**spending** [1] - 362:9
**spoken** [1] - 290:13
**square** [1] - 310:5
**St** [21] - 318:16, 318:20, 319:1, 319:9, 319:24, 367:25, 368:7, 369:6, 371:25, 372:19, 372:23, 373:6, 373:11, 374:3, 374:6, 374:20, 375:10, 375:25, 376:15, 377:14, 378:3
**stacks** [1] - 309:23
**stamp** [3] - 337:1, 337:2, 347:9
**stand** [5] - 284:3, 295:16, 296:4, 303:3, 337:15
**stands** [1] - 303:11
**star** [5] - 384:4, 384:5, 384:8, 384:13, 384:14
**starred** [1] - 384:19
**stars** [1] - 384:2
**starting** [1] - 282:7
**state** [1] - 282:8
**statement** [2] - 393:24, 394:1
**STATES** [3] - 279:1, 279:3, 279:10
**States** [2] - 282:3, 282:10
**stay** [1] - 380:22
**step** [2] - 291:3, 293:20
**stick** [2] - 288:9, 349:18
**still** [6] - 294:1, 294:10, 294:11, 296:6, 332:24, 350:13
**stood** [1] - 284:1
**stop** [1] - 338:6
**store** [3] - 309:24, 362:6, 392:11
**straightened** [1] - 348:3
**streamline** [1] -

312:21
**Street** [2] - 279:14, 369:8
**strike** [2] - 391:23, 391:25
**strong** [1] - 334:13
**stuff** [8] - 319:16, 319:22, 320:1, 338:9, 338:11, 362:9, 362:13, 373:9
**stupidly** [1] - 318:1
**submit** [1] - 348:7
**subparts** [2] - 346:14, 348:21
**substantially** [1] - 392:5
**sufficient** [3] - 284:7, 290:10, 290:13
**suggesting** [1] - 286:23
**suggestion** [3] - 283:17, 286:24, 346:18
**suitcase** [2] - 314:10, 314:14
**Suite** [1] - 279:22
**summarize** [1] - 286:22
**summary** [1] - 299:14
**support** [1] - 387:11
**supposed** [2] - 309:21, 372:10
**surprised** [1] - 338:8
**suspicious** [1] - 361:18
**sustain** [1] - 389:20
**sustaining** [1] - 292:25
**swear** [1] - 336:22
**switch** [1] - 355:10
**sworn** [1] - 282:5
**SWORN** [1] - 296:7
**system** [2] - 394:8

---

**T**

**table** [2] - 282:10, 292:12
**taped** [1] - 367:20
**tax** [1] - 313:22
**team** [1] - 348:2
**technically** [1] - 288:12
**term** [4] - 292:17, 299:23, 302:22, 302:23
**terms** [4] - 283:2, 283:6, 293:6, 299:14
**testify** [2] - 294:12,

389:19
**testifying** [1] - 345:9
**testimony** [2] - 303:3, 303:11
**TESTIMONY** [1] - 280:3
**text** [17] - 288:19, 289:1, 290:15, 299:25, 303:22, 312:13, 317:11, 319:10, 334:22, 334:24, 352:16, 355:15, 361:16, 378:19, 381:19, 381:23
**THE** [208] - 279:1, 279:10, 282:2, 282:12, 282:19, 283:15, 283:22, 284:5, 284:8, 284:16, 284:22, 284:24, 285:20, 286:3, 286:6, 286:9, 286:15, 286:20, 287:5, 287:8, 287:18, 287:21, 288:5, 288:14, 289:19, 291:16, 292:11, 292:15, 293:25, 294:14, 294:17, 295:4, 295:15, 295:23, 296:3, 296:5, 296:7, 298:19, 298:24, 299:1, 299:6, 299:19, 299:23, 300:6, 300:14, 300:19, 302:2, 302:18, 302:22, 302:25, 303:5, 303:10, 303:13, 304:11, 305:2, 305:18, 306:9, 306:25, 307:18, 308:13, 308:19, 308:23, 308:25, 312:17, 312:24, 313:5, 313:12, 315:5, 315:23, 316:16, 317:10, 317:12, 321:13, 322:2, 322:16, 323:9, 324:2, 324:17, 325:13, 326:3, 326:23, 327:12, 328:1, 328:15, 329:5, 329:20, 330:10, 330:24, 331:15, 333:10, 333:17,

333:22, 333:24, 333:25, 334:3, 335:16, 335:20, 336:5, 336:7, 339:5, 339:19, 340:8, 340:22, 341:17, 341:21, 343:14, 343:15, 344:10, 344:11, 344:22, 344:25, 345:5, 345:8, 345:13, 345:16, 345:17, 345:25, 346:18, 346:25, 347:5, 347:21, 347:24, 348:1, 348:6, 348:14, 348:25, 349:3, 349:5, 349:7, 349:11, 349:14, 349:19, 349:23, 349:25, 350:3, 350:6, 350:9, 350:12, 351:3, 351:18, 355:8, 356:6, 358:11, 359:9, 360:18, 365:10, 365:23, 366:12, 367:2, 368:21, 368:24, 369:25, 370:14, 371:3, 374:15, 375:5, 375:16, 375:20, 376:10, 376:25, 377:22, 378:15, 382:21, 383:10, 384:17, 384:21, 385:9, 385:25, 386:4, 386:8, 386:11, 386:16, 387:2, 387:3, 387:5, 387:7, 387:16, 387:20, 387:23, 388:1, 388:13, 388:17, 388:19, 388:23, 389:11, 389:18, 390:2, 390:14, 390:20, 391:3, 391:8, 391:12, 391:14, 391:16, 391:19, 392:4, 392:14, 392:16, 392:19, 392:22, 393:14, 393:21, 394:4, 394:20, 394:24, 395:2, 395:6, 395:11

**thereafter** [2] - 287:17, 388:16
**therefore** [1] - 317:11
**they've** [1] - 299:9

**Third** [2] - 352:18, 352:19
**third** [19] - 291:8, 291:9, 293:24, 309:18, 312:4, 314:5, 318:4, 319:7, 319:8, 332:17, 334:18, 337:11, 353:15, 354:20, 355:23, 361:13, 373:18, 384:13, 384:14
**threads** [1] - 291:25
**three** [9] - 290:18, 291:16, 293:20, 295:7, 296:1, 306:2, 318:8, 356:14, 392:18
**three-step** [1] - 293:20
**three-tiered** [1] - 290:18
**Thursday** [7] - 287:1, 287:15, 290:12, 295:18, 296:10, 312:3
**tiered** [1] - 290:18
**timing** [1] - 293:6
**today** [8] - 285:15, 287:12, 290:3, 338:14, 362:6, 363:6, 380:17, 395:12
**together** [1] - 284:15
**tomorrow** [6] - 310:1, 312:2, 314:3, 332:2, 332:3, 363:7
**tonight** [1] - 380:4
**took** [8] - 357:14, 372:13, 380:19, 380:22, 380:23, 381:11, 381:15, 389:3
**top** [12] - 298:23, 301:1, 301:2, 301:5, 301:6, 303:23, 310:5, 342:17, 343:10, 352:19, 353:2, 357:5
**topic** [1] - 380:17
**total** [2] - 363:2, 383:22
**Trail** [1] - 360:2
**transcribe** [1] - 290:22
**transcribed** [1] - 291:1
**TRANSCRIPT** [1] - 279:9
**transcript** [1] - 396:4
**transcription** [2] - 291:3, 291:6
**translate** [1] - 290:23

**translated** [6] - 285:21, 286:18, 288:20, 288:23, 290:15, 367:16
**translation** [71] - 289:2, 291:2, 291:3, 291:7, 293:4, 294:24, 295:10, 309:12, 309:20, 310:9, 310:23, 310:24, 312:6, 312:10, 313:21, 314:2, 314:7, 314:13, 314:17, 318:7, 318:21, 319:2, 320:12, 332:1, 332:14, 332:19, 332:23, 333:4, 334:11, 334:16, 334:20, 335:18, 335:19, 336:1, 336:16, 336:21, 337:13, 337:24, 338:5, 353:13, 353:17, 353:21, 354:23, 356:21, 356:25, 357:10, 358:21, 359:22, 361:7, 361:11, 361:15, 362:4, 363:1, 363:5, 363:15, 363:20, 363:24, 372:8, 372:20, 373:7, 373:12, 373:20, 373:24, 379:14, 380:1, 380:15, 381:8, 381:23, 385:18, 385:19, 385:23
**translations** [23] - 283:6, 285:5, 285:9, 286:18, 289:3, 289:5, 289:6, 289:8, 289:10, 289:14, 289:17, 289:23, 290:11, 290:17, 291:20, 291:21, 291:23, 292:5, 293:3, 293:22, 293:23, 295:8, 385:13
**translator** [5] - 284:9, 289:17, 294:7, 294:8, 295:2
**translators** [3] - 291:24, 292:6, 294:6
**trends** [1] - 342:15
**trial** [3] - 294:12, 312:22, 394:7

**TRIAL** [1] - 279:9
**tried** [2] - 286:1, 287:25
**trouble** [2] - 332:16, 338:15
**truck** [1] - 362:10
**true** [3] - 338:9, 349:11, 386:2
**try** [3] - 293:7, 332:24, 394:10
**trying** [3] - 389:22, 389:23, 390:17
**Tunis** [140] - 296:16, 297:5, 297:11, 297:17, 298:3, 298:10, 298:22, 301:6, 301:15, 302:10, 303:23, 304:17, 305:9, 307:25, 308:3, 309:8, 309:11, 310:8, 310:10, 310:21, 311:17, 311:19, 311:25, 312:5, 313:18, 313:20, 314:1, 314:12, 315:2, 316:6, 317:2, 317:4, 317:11, 318:17, 319:8, 320:7, 324:23, 325:1, 326:10, 331:20, 332:7, 332:9, 332:18, 332:22, 332:24, 334:8, 334:10, 334:19, 335:5, 336:13, 336:15, 337:12, 338:4, 341:15, 342:3, 342:12, 342:16, 342:22, 343:23, 344:3, 344:9, 344:14, 346:7, 351:9, 351:24, 352:5, 352:25, 353:3, 353:6, 353:12, 354:6, 354:10, 354:16, 356:12, 356:20, 357:9, 357:17, 357:23, 358:2, 358:17, 358:20, 359:1, 359:15, 359:21, 360:6, 360:8, 360:25, 361:6, 361:10, 361:22, 362:25, 363:11, 363:19, 363:23, 364:9, 364:21,

**Tunis's** [59] - 296:18, 297:13, 301:2, 303:18, 305:24, 306:15, 307:6, 321:1, 321:18, 322:7, 322:25, 323:18, 324:8, 325:4, 325:19, 326:14, 327:3, 327:17, 328:6, 328:21, 329:10, 329:13, 329:25, 330:3, 330:15, 330:19, 331:5, 331:9, 335:1, 335:9, 338:21, 339:10, 339:24, 340:13, 341:3, 342:9, 346:11, 350:19, 360:12, 365:5, 367:23, 369:16, 370:5, 370:19, 373:2, 374:10, 374:24, 375:14, 376:3, 376:18, 377:17, 378:9, 378:22, 382:2, 383:5, 384:25, 388:15, 389:7, 393:7
**turned** [1] - 290:19
**two** [32] - 283:10, 285:24, 289:10, 290:25, 296:1, 298:21, 301:8, 303:25, 304:1, 308:19, 311:2, 311:3, 315:1, 317:22, 317:24, 338:14, 343:8,

365:2, 365:15, 366:3, 366:18, 367:8, 367:24, 368:8, 369:10, 372:1, 372:7, 372:24, 373:19, 373:23, 374:4, 374:6, 374:20, 375:10, 375:25, 376:15, 377:13, 378:3, 378:24, 379:4, 379:8, 379:20, 380:2, 380:8, 381:7, 381:17, 382:3, 382:8, 382:12, 383:1, 383:16, 383:25, 384:6, 384:9, 384:15, 387:20, 390:7, 390:14, 390:25, 393:2, 393:18

357:18, 363:6,
368:9, 372:2,
380:10, 383:19,
390:7, 390:11,
390:13, 390:14,
392:17, 394:10,
394:11
**two-pronged** [1] -
290:25
**type** [1] - 294:2
**types** [1] - 362:17

## U

**U.S** [4] - 279:14,
279:16, 279:24,
380:18
**ugly** [1] - 353:22
**unable** [1] - 345:14
**under** [2] - 296:6,
350:13
**underlying** [1] -
299:15
**understood** [2] -
385:12, 391:16
**undertaken** [1] -
294:13
**undivided** [2] -
310:14, 310:17
**unfortunately** [2] -
387:8, 395:9
**United** [2] - 282:3,
282:10
**UNITED** [3] - 279:1,
279:3, 279:10
**unmounted** [1] -
362:15
**up** [51] - 297:17,
299:15, 305:22,
307:4, 307:22,
309:3, 311:21,
316:23, 318:14,
318:24, 319:3,
319:13, 319:14,
319:22, 325:17,
326:10, 326:12,
327:2, 328:5,
331:19, 332:4,
336:18, 338:12,
338:20, 339:9,
339:23, 340:12,
341:2, 341:25,
344:6, 346:5,
350:17, 351:7,
351:22, 352:12,
352:22, 355:13,
355:18, 355:22,
358:24, 363:16,
364:3, 373:9, 374:1,
379:7, 379:19,

380:4, 384:24,
388:11, 392:25,
393:23
**useful** [1] - 386:7
**uses** [1] - 297:24

## V

**VA** [1] - 279:23
**value** [1] - 392:1
**various** [1] - 326:10
**vast** [2] - 289:4,
292:18
**vastly** [1] - 394:17
**verification** [1] - 381:4
**verify** [1] - 381:2
**version** [4] - 352:12,
354:12, 354:17,
355:4
**versions** [2] - 290:24,
348:19
**versus** [1] - 282:4
**video** [48] - 315:16,
315:17, 316:7,
316:9, 316:19,
384:25, 385:12,
385:15, 385:18,
385:20, 385:22,
385:24, 386:13,
386:19, 386:25,
387:1, 387:3, 387:4,
387:6, 387:7,
387:14, 387:15,
387:17, 387:20,
388:3, 388:4, 388:7,
388:10, 388:13,
388:14, 389:3,
389:7, 389:11,
390:8, 390:17,
391:6, 393:2, 393:4,
393:6, 393:15,
393:17, 393:18,
393:19, 393:23,
394:15, 394:16,
394:24
**Video** [4] - 316:3,
316:21, 391:7, 395:3
**videos** [3] - 285:24,
288:11, 387:4
**voice** [4] - 290:15,
290:20, 372:11,
372:16
**Vophsie** [1] - 282:5

## W

**wait** [2] - 336:17,
373:17
**waiting** [1] - 392:19

**Walder** [33] - 317:17,
317:19, 317:20,
317:24, 317:25,
318:3, 318:16,
318:20, 319:1,
319:9, 319:11,
319:14, 319:18,
319:19, 319:21,
319:24, 367:25,
368:7, 369:6,
371:25, 372:19,
372:23, 373:6,
373:11, 374:3,
374:6, 374:20,
375:10, 375:25,
376:15, 377:13,
378:3
**walking** [2] - 392:2,
392:12
**wants** [5] - 283:17,
291:22, 357:4,
372:15, 381:2
**war** [1] - 297:6
**Washington** [4] -
279:5, 279:15,
279:17, 279:25
**watching** [1] - 362:14
**Wayne** [2] - 396:9,
396:9
**WAYNE** [2] - 279:24,
396:3
**weapon** [6] - 297:3,
297:5, 297:6,
297:23, 297:24
**weapons** [5] - 296:24,
297:25, 362:9,
362:13, 392:2
**wearing** [1] - 393:24
**weekend** [1] - 289:22
**welcome** [2] - 282:12,
296:10
**WhatsApp** [1] -
303:22
**whole** [2] - 284:4,
320:21
**wife** [3] - 318:13,
362:8, 362:11
**Wilfred** [3] - 341:11,
342:16, 342:22
**Wilson** [1] - 279:22
**window** [1] - 337:15
**wipe** [2] - 320:20,
320:21
**wish** [1] - 386:12
**withdrawn** [1] -
300:18
**Witness** [1] - 296:4
**witness** [18] - 283:9,
283:12, 283:18,
283:19, 284:2,

285:13, 286:1,
289:15, 289:18,
294:5, 294:12,
295:18, 295:21,
300:8, 303:4,
386:22, 387:25,
395:7
**WITNESS** [10] - 296:7,
317:12, 333:24,
343:15, 344:11,
345:16, 384:21,
387:3, 387:7, 388:17
**witness's** [2] - 303:2,
387:11
**witnesses** [1] - 294:17
**woman** [4] - 283:20,
283:21, 338:1, 380:3
**word** [8] - 293:4,
386:6, 390:5,
391:12, 391:13,
391:14, 391:16,
391:17
**words** [6] - 282:21,
294:4, 352:6, 372:9,
372:17, 391:11
**worried** [1] - 338:2
**worthless** [1] - 385:25
**wrapped** [1] - 306:2
**write** [1] - 380:25
**wrote** [1] - 296:21

## Y

**years** [1] - 318:8
**yesterday** [1] - 293:18
**YO** [1] - 357:12
**Yonyon** [3] - 379:15,
379:16, 379:18
**Yonyon's** [1] - 379:17
**young** [2] - 392:2,
392:12
**yourself** [1] - 362:14
**YouTube** [1] - 316:7

## Z

**zero** [1] - 343:20