1

2                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
3

4   UNITED STATES OF AMERICA,
                                        CR No. 21-0699-01 (JDB)
5            Plaintiff,

6       vs.                             Washington, D.C.
                                        January 22, 2024
7   JOLY GERMINE,                       1:52 p.m.

8            Defendant.                 Pages 417 through 545

9   _____

10                        **P.M. SESSION**
                  **TRANSCRIPT OF THE BENCH TRIAL**
11             **BEFORE THE HONORABLE JOHN D. BATES**
                  **UNITED STATES DISTRICT JUDGE**
12

13  APPEARANCES:

14  For the Government:

15          KAREN P. SEIFERT, AUSA
            KIMBERLY L. PASCHALL, AUSA
16          U.S. Attorney's Office
            601 D Street NW
17          Washington, DC 20530

18          BEAUDRE D. BARNES, ESQ
            U.S. Department of Justice
19          950 Pennsylvania Avenue NW
            Washington, DC 20530
20

    For the Defendant:
21

            ALLEN HOWARD ORENBERG, ESQ.
22          The Orenberg Law Firm, PC
            12505 Park Potomac Avenue
23          6th Floor
            Potomac, MD 20854
24

25

```
1    (APPEARANCES CONTINUED:)

2
            ALITA AMATO, ESQ.
3           2111 Wilson Boulevard
            Suite 8th Floor
4           Arlington, VA 22201

5
     Court Reporter:
6
            Stacy Johns, RPR
7           Official Court Reporter

8           Proceedings recorded by mechanical stenography,
            transcript produced by computer-aided transcription
9

10                            INDEX

11
```

```
12   GOVERNMENT WITNESSES                                    PAGE

13   SOPHIA CALIDONNA

14       Direct Examination (Cont'd) By Ms. Paschall      417

15       Cross-Examination By Ms. Amato                   420

16       Redirect Examination By Ms. Paschall             452

17   DEBORAH RHEE

18       Direct Examination By Ms. Paschall               481

19   THOMAS BOND

20       Direct Examination By Mr. Barnes                 497

21       Cross-Examination By Mr. Orenberg                521
```

```
22

23

24

25
```

```
 1                              EXHIBITS

 2   GOVERNMENT EXHIBITS                              ADMIT

 3   110.01                                              22

 4   110.03                                              23

 5   112.01                                              24

 6   112.02                                              24

 7   112.03                                              25

 8   112.04                                              25

 9   112.05                                              26

10   112.06                                              27

11   112.07                                              29

12   112.08                                              30

13   112.09                                              31

14   112.10                                              31

15   113                                                 21

16   212                                                 11

17   902, Page 5                                         73

18   970.01                                              95

19   970.02                                              97

20

21

22

23

24

25
```

1                       P R O C E E D I N G S

2              THE COURT:  All right.  I remind you, you're still

3    under oath.

4              And Ms. Paschall.

5              MS. PASCHALL:  Thank you, Your Honor.

6                    DIRECT EXAMINATION (Continued)

7    BY MS. PASCHALL:

8    Q.  I have pulled up slide 200 of Exhibit 140.  Ms. Calidonna,

9    in your review of Government's Exhibit 100, did you review both

10   versions of the extraction, the one that was taken on

11   October 24th and the version that was taken later in November

12   of 2021?

13   A.  Yes.

14   Q.  By reviewing both versions of the extraction, were you able

15   to discern if there were any messages deleted after

16   October 25th of 2021?

17   A.  Yes, I was able to.

18   Q.  I've pulled up slide 201.  Is this slide the culmination of

19   your review of Government's Exhibit 100 and the deleted

20   messages therein?

21   A.  Yes, it is.

22   Q.  Can you please describe for the Court what is displayed in

23   Government's 140 at slide 201?

24   A.  I found that after October 25th, 2021, Eliande Tunis had

25   deleted 441 messages between herself and Mr. Germine.

Calidonna - DIRECT

1   Q.  And those messages, did they include texts, photos and
2   audio?
3   A.  Yes.  They were an assortment of all of them.
4   Q.  What did your review of the messages between Ms. Tunis and
5   Jocelyn Dor reveal?
6   A.  I found that there were 70 deleted messages, to include
7   text, photo and/or audio messages deleted.
8   Q.  And what did your review of the messages between Eliande
9   Tunis and Walder St. Louis reveal?
10  A.  I found that there were approximately 87 text, photo and/or
11  audio messages deleted.
12  Q.  What did your review of the messages between Ms. Tunis and
13  Santia Jean, with the phone number ending 3489, reveal?
14  A.  I found there were approximately eight text, photo and/or
15  audio messages deleted.
16  Q.  And what did your review of the messages between Eliande
17  Tunis and Lanmo San Jou, with phone number ending 7977, reveal?
18  A.  I found that there were approximately 128 deleted text,
19  photo and/or audio messages.
20  Q.  Finally, I've put up slide 202 in Government's Exhibit 140.
21  What do we have here?
22  A.  This is a text message that Eliande Tunis sent to Jocelyn
23  Dor on October 26th, 2021.
24  Q.  And is this audio message one that you culled from your
25  review of Government's Exhibit 100, the extraction of Eliande

Calidonna - DIRECT

1    Tunis's cell phone, already in evidence?

2    A.  Yes.

3    Q.  Can you please read the translation of Government's

4    Exhibit 102.25?

5    A.  When I was coming back yesterday, the people came in the

6    plane and got me while I was getting out of the airport.  I

7    didn't even go through security.  Three men from F -- F came to

8    get me and placed me in a room since 5:00.  They let me go when

9    it was about 1:00 in the morning.  The thing is continuing

10   until today.  We have to talk.

11   Q.  Now, during the course of the investigation in this case,

12   did you also review the extraction from the cell phone taken

13   off of Walder St. Louis, that's already in evidence as

14   Government's Exhibit 121?

15   A.  I did.

16   Q.  Pulling up --

17          THE COURT:  Excuse me.  You said the extraction that

18   is already in evidence.  You just mean part of the extraction

19   that's in evidence?

20          MS. PASCHALL:  I meant that the extraction is in

21   evidence and that this --

22          THE COURT:  The entire extraction?

23          MS. PASCHALL:  I believe Exhibit 121 --

24          THE COURT:  121 is listed on the exhibit sheet as

25   messages between St. Louis and Dor.

1          MS. PASCHALL:  Your Honor, that's correct.

2          THE COURT:  Is that the entirety of the extraction?

3          MS. PASCHALL:  No, Your Honor.

4          THE COURT:  Okay.

5          MS. PASCHALL:  Right.

6    BY MS. PASCHALL:

7    Q.  I've pulled up what we have marked as Government's

8    Exhibit 121.01.  What do we have in this exhibit?

9    A.  These are messages exchanged between Walder St. Louis and

10   Jocelyn Dor on October 28th, 2021.

11   Q.  Are these messages that you found in your review of

12   Government's Exhibit 121, a portion of which was taken from the

13   extraction that is Government's Exhibit 120, Walder St. Louis's

14   cell phone?

15   A.  Yes.

16   Q.  Now, in Exhibit 121.05, who is the sender of the first

17   message?

18   A.  Jocelyn Dor.

19   Q.  What is the translation of that message?

20   A.  How long before you arrive?

21   Q.  Who is the sender of the second message?

22   A.  Walder St. Louis.

23   Q.  What is the translation of that portion of the message?

24   A.  Waller St. Louis says:  I just left work.  I will now go to

25   the office of my job so that I can rush there after I park my

Calidonna - DIRECT

1    vehicle.

2    Q.   And who is the sender of the final message?

3    A.   Jocelyn Dor.

4    Q.   And what is the translation of that message?

5    A.   Call me before you leave.

6    Q.   Now, I believe we have already discussed that in the course

7    of your investigation you reviewed the call detail records that

8    are already in evidence in this case from Exhibit 201 through

9    209; is that accurate?

10   A.   Yes.

11   Q.   Did you create a PowerPoint slideshow to assist the Court

12   in understanding those records as well?

13   A.   I did.

14        MS. PASCHALL:  Your Honor, I've pulled up what we have

15   marked as Government's Exhibit 212.  As I don't expect this

16   exhibit to have any translations, I think the best course will

17   be to review the exhibit with the witness, confirm that it is a

18   summary, and then move to admit at the end of her discussion of

19   the 13 slides, if that's appropriate.

20        THE COURT:  I wouldn't let you do that with a jury.

21        MS. PASCHALL:  I'm happy to admit it now.  I'm just,

22   again, anticipating some objections.

23        This version --

24        THE COURT:  Go ahead in that fashion and we'll see how

25   it goes.

1          MS. PASCHALL:  Okay.

2    BY MS. PASCHALL:

3    Q.  So Ms. Calidonna, I've pulled up slide number 2 of

4    Government's Exhibit 212.  Which call detail records

5    specifically did you review in order to make this exhibit?

6    A.  I reviewed the call detail records of Eliande Tunis, Joly

7    Germine and Santia Jean.

8    Q.  And are those phone numbers listed here as Exhibit 201,

9    Exhibit 209 and Exhibit 204, already in evidence?

10   A.  Yes, they are.

11         MS. PASCHALL:  Your Honor, at this point, I would move

12   the admission of the summary Exhibit 212.  But again, prepared

13   to proceed as needed through the slides, if that is preferred.

14         THE COURT:  Tell me what the summary -- I have to have

15   some foundation to know what the summary is.  So just ask a

16   question or two so we have enough information.

17   BY MS. PASCHALL:

18   Q.  So what information did you put in this slide deck?

19   A.  I essentially looked at specific dates throughout the

20   months of September and October.  On each specific date, I

21   essentially laid out all the calls between Santia Jean, Jocelyn

22   Dor, Walder St. Louis, Eliande Tunis and Joly Germine.

23   Q.  And are those specific dates in September and October of

24   2021?

25   A.  Yes, they are.

```
1              THE COURT:  All right.  So this is being offered as a
2      summary of exhibits that are already in evidence, and that
3      satisfies one requirement of Rule 1006 -- is it?
4              MS. PASCHALL:  I think it's 1006, Your Honor.
5              THE COURT:  So any objection to the admission of this
6      summary from this witness?
7              MR. ORENBERG:  No objection.
8              THE COURT:  All right.  Exhibit 212 is admitted.
9          (Government Exhibit 212 received in evidence.)
10     BY MS. PASCHALL:
11     Q.  Let's look at the fist slide of Government's Exhibit 212.
12     Who do we see here?
13     A.  You'll see on the top it states September 21st, 2021.  On
14     the left side of the screen you'll see photographs and the
15     respective names of certain individuals outlined in specific
16     colors.  Those colors of the outlined photographs correspond
17     with the individual that would be making a call or receiving a
18     call.
19     Q.  So, for instance, on your first line here in the slide 3
20     chart, you have Joly Germine in orange and Eliande Tunis in
21     red, with their respective phone numbers; is that accurate?
22     A.  That's correct.
23     Q.  On this particular slide, slide number 3, you've placed
24     three blue stars; is that accurate?
25     A.  Yes.
```

Calidonna - DIRECT

1    Q.  What do those three blue stars correspond with?

2    A.  The three blue stars just outline longer phone calls.  The

3    first one indicates that there was a call placed from Santia

4    Jean to Eliande Tunis that lasted approximately 13 minutes.

5    Q.  And what does the second blue star represent?

6    A.  The second blue star represents a phone call that was

7    placed by Joly Germine to Eliande Tunis that lasted about three

8    and a half minutes.

9    Q.  And the third blue star, what does that represent?

10   A.  This represents a phone call that was placed on

11   September 21st from Santia Jean to Eliande Tunis.

12   Q.  Let's move to slide number 4.  Who do we see in slide

13   number 4?

14   A.  This represents a phone call that was made on

15   September 23rd, 2021.

16   Q.  Who placed that call?

17   A.  Mr. Germine called Jocelyn Dor.  The phone call lasted

18   approximately 14 minutes.

19           THE COURT:  Almost 15 minutes.

20           THE WITNESS:  Yes.

21   BY MS. PASCHALL:

22   Q.  I've now pulled up slide number 5.  What do we see here?

23   A.  This slide depicts the phone calls that occurred on

24   September 27th of 2021.

25   Q.  And I see again that you've placed three blue stars on this

1    exhibit.  What is the first blue star next to?

2    A.  The first blue star is next to a phone call that was placed

3    by Mr. Germine to Eliande Tunis, which lasted approximately

4    11 minutes.

5    Q.  And what is the second blue star next to?

6    A.  This phone call was placed by Jocelyn Dor to Eliande Tunis,

7    and it lasted approximately 37 and a half minutes.

8    Q.  The third blue star, what does that represent?

9    A.  This represents a phone call that was placed by Santia Jean

10   to Eliande Tunis, and it lasted approximately 14.8 minutes.

11   Q.  I've pulled up slide number 6 of Government's Exhibit 212.

12   What is this depicting?

13   A.  This depicts phone calls that were placed on

14   September 18th, 2021.

15   Q.  And similar to before -- I see there are five blue stars.

16   Just for brevity's purposes, are those blue stars indicating

17   calls that lasted a longer period of time?

18   A.  Yes.

19   Q.  I've now pulled up slide number 7.  What do we see in slide

20   number 7?

21   A.  This depicts the phone calls that occurred on

22   September 29th of 2021.

23   Q.  And again, I see three blue stars.  What do these three

24   represent?

25   A.  The blue stars represent phone calls that were

Calidonna - DIRECT

1    significantly longer.

2    Q.  I've pulled up slide number 8.  What does this depict?

3    A.  This depicts phone calls that occurred on October 1st of

4    2021.

5    Q.  I see you've placed three blue stars on this slide.  What

6    do those represent?

7    A.  These blue stars represent calls that were significantly

8    longer in duration than the others on this day.

9         THE COURT:  Let me just stop you there.  Is that the

10   only reason they have stars next to them?  Because I note that

11   some, including the last one on this slide, are not actually

12   longer than others that are unstarred.  Or was there some other

13   reason that some for starred?

14        THE WITNESS:  So the stars essentially indicate calls

15   that on that specific day were -- were longer than other ones

16   on that specific day.  I also tried to just include stars for

17   each individual.  So you'll see on this slide, for example,

18   there were two calls with Mr. Dor.  However, one was

19   6.2 minutes and one was .2 minutes.  So I drew the star there

20   to just show that that was the longer call.

21        THE COURT:  But my question really relates to the last

22   item, which is a 2.2-minute call that was starred, whereas

23   there are calls for 3.4 minutes and 2.2 minutes that are

24   unstarred.  Was there some reason other than the length of the

25   call that led to calls being starred?

Calidonna - DIRECT

```
1              THE WITNESS:  Yes.  I found that, specifically for
2    this call -- I found this call to be relevant because it was
3    placed -- it was a call placed from Santia Jean to Mr. Germine
4    directly after Santia Jean had spoken to Eliande Tunis.
5              THE COURT:  Go ahead.
6    BY MS. PASCHALL:
7    Q.  I've pulled up slide number 9.  What is depicted here?
8    A.  This is a summary of calls that occurred on October 4th of
9    2021.
10   Q.  You see four stars depicted on this slide.  What do those
11   represent here?
12   A.  These represent calls that were of significant duration.
13   Q.  And we also see something new on this slide that I'm
14   circling off to the right in the green box.  What is that?
15   A.  This shows that there was a three-way call between
16   Mr. Germine and Eliande Tunis and Jocelyn Dor.
17   Q.  And can you explain to the Court how you determined that
18   there was a three-way call between those participants at this
19   time?
20   A.  Yes.  You'll see that Mr. Germine initiated a phone call
21   with Eliande Tunis at approximately 4:49 p.m.  That call itself
22   lasts 86.4 minutes.  You'll see directly after Mr. Germine
23   calls Ms. Tunis, that he places multiple calls to Jocelyn Dor
24   in rapid succession.  The last call that he places to Mr. Dor
25   at 4:50 p.m. connects, and that call itself lasts 46.6 minutes.
```

1   So you'll see that there is an overlap of time, which indicates

2   the three individuals are on the call at the same time.

3   Q.  I've pulled up slide number 10.  Can you explain what's

4   depicted here?

5   A.  This is a summary of calls that occurred on October 6th of

6   2021.

7   Q.  Again, I see three blue stars here.  What do those

8   represent?

9   A.  These represent significant phone calls that were longer in

10  duration.

11  Q.  I've pulled up slide number 11.  What do we have depicted

12  here?

13  A.  This slide depicts phone calls that occurred on

14  October 11th of 2021.

15  Q.  And I see seven blue stars here.  What do those blue stars

16  represent?

17  A.  These blue stars represent phone calls that were of

18  significant duration.

19          THE COURT:  Again --

20          THE WITNESS:  And also -- sorry.

21          THE COURT:  Again, you also used some other criterion

22  in order to star certain calls.

23          THE WITNESS:  Yes.  In addition to the duration of the

24  phone calls, I also found that the order in which the phone

25  calls occurred were relevant.

Calidonna - DIRECT

1   BY MS. PASCHALL:

2   Q.   And so, specifically, if we were to look at one individual

3   to explain that -- I've circled the first star here.  Who are

4   the individuals on that phone call?

5   A.   Eliande Tunis calls Santia Jean on this phone call.

6   Q.   And then the next starred phone call, who are the

7   participants there?

8   A.   Eliande Tunis calls Walder St. Louis.

9   Q.   And this cluster of two stars partially down the page, who

10  are the people involved in these calls?

11  A.   Mr. Germine called Santia Jean twice in a row.

12  Q.   So would it be fair to say that the participants in the

13  first phone call that is starred subsequently made phone calls

14  or received phone calls that are starred later in the exhibit?

15  A.   Yes.

16  Q.   I've now pulled up slide number 12.  What do we have here?

17  A.   This is -- this depicts a phone call that occurred on

18  October 14th of 2021.

19  Q.   Who is the person placing the call?

20  A.   Mr. Germine called Lanmo San Jou, and the phone call lasted

21  approximately 10.52 minutes.

22  Q.   And the final slide here is October 17th.  What is depicted

23  here?

24  A.   This depicts phone calls that occurred on October 17th of

25  2021.

Calidonna - DIRECT

1   Q.  I see there is one blue star.  Can you explain the one blue
2   star on this PowerPoint?
3   A.  This blue star shows a phone call that occurred in the
4   afternoon of October 17th between Eliande Tunis and Jocelyn
5   Dor.
6   Q.  And once again, I see off to the right here the green box
7   next to three calls in particular.  Could you explain that?
8   A.  Yes.  This is another example of a three-way call.  At
9   approximately 4:46 p.m. Jocelyn Dor initiated a call to Eliande
10  Tunis.  During that call, Eliande Tunis connected to
11  Mr. Germine and -- yes, the total duration of that three-way
12  call was approximately 50 minutes.
13  Q.  Now, in the course of your investigation, did you have the
14  opportunity to review the extraction that is already in
15  evidence at Exhibit 110, which is the Samsung phone that was
16  taken off of Ms. Tunis at the airport on October 25th, 2021?
17  A.  I did.
18  Q.  And did you create a PowerPoint summarizing your findings
19  from your review of Government's Exhibit 110?
20  A.  I did.
21  Q.  I'll pull up what is marked as Government's Exhibit 113.
22  Is this that summary exhibit of your findings from your review
23  of Government's Exhibit 110?
24  A.  Yes.
25          MS. PASCHALL:  Your Honor, at this time the Government

Calidonna - DIRECT

1    would move the admission of Exhibit 113.

2            THE COURT:  Any objection?

3            MR. ORENBERG:  The Court's indulgence.

4            THE COURT:  Certainly.

5            MR. ORENBERG:  Your Honor, I stand to be corrected,

6    but if I heard the Government correctly, they introduced or

7    they referred to Exhibit 110 -- 110 -- and then went to 113,

8    saying that 113 is connected to 110.

9            THE COURT:  110 is the phone extraction.  113 is the

10   PowerPoint that she developed on the basis of reviewing that

11   phone extraction.

12           MR. ORENBERG:  Well, that's not what we have as 113,

13   what the Government provided us this morning.

14           THE COURT:  Well, the Samsung Galaxy 1767 phone is the

15   same as the Park phone, correct?

16           MR. ORENBERG:  No.

17           MS. PASCHALL:  Yes.

18           THE COURT:  Did you get both the "no" and the "yes,"

19   court reporter?

20           THE COURT REPORTER:  Yes, I did.

21           THE COURT:  As an aside, I'll say, it would make

22   things easier if you referred to things in the same way in two

23   different exhibits.  Calling it the Park phone once and the

24   Samsung Galaxy 1767 phone does give at least the opportunity

25   for confusion.

Calidonna - DIRECT

1          MS. PASCHALL:  Absolutely, Your Honor.  I hope that
2    the first slide with alleviate that confusion.
3          THE COURT:  We don't get to the first slide until we
4    rule on whether it's admitted.
5          MS. PASCHALL:  I suppose it is the second slide as we
6    are now looking at the first slide, which is the title.
7          THE COURT:  Anyway, we're waiting for Mr. Orenberg to
8    decide whether he objects.  Well, I guess we're waiting for
9    Ms. Seifert to review evidence with him.
10       (Off-the-record discussion.)
11          THE COURT:  I think Mr. Orenberg is waiting for you to
12    say something, Ms. Paschall.
13          MS. PASCHALL:  Oh, me?  Okay.  Your Honor, if I'm
14    understanding the objection correctly, this exhibit, this
15    summary, will be similar to the summary we put forth in the
16    Government's Exhibit 140.  So while it primarily relates to
17    Government's Exhibit 113, there are references to other things
18    that are already in evidence.  For example --
19          THE COURT:  It primarily relates to Exhibit 110.
20          MS. PASCHALL:  110, correct.  So much in the way that
21    140 also had CDRs, Western Union records, we see the same here.
22    So if that is the objection, I'm happy to go through, as we did
23    with 140, slide-by-slide.  But then I will move to admit at the
24    close.  We only have 24 slides in this.  So it should move more
25    at a clip.

1          Is that the objection?

2          MR. ORENBERG:  That's the objection, and that's the

3     method we would prefer.

4          THE COURT:  All right.  Why don't we do it

5     conditionally and I will review that issue at the close of the

6     review through this witness of the various slides in 113.  So

7     it's conditionally admitted, so that you can go ahead and

8     present the evidence to me.

9          MS. PASCHALL:  Thank you, Your Honor.

10         (Government Exhibit 113 received in evidence.)

11    BY MS. PASCHALL:

12    Q.  Ms. Calidonna, I have pulled up slide number 2 of

13    Government's Exhibit 113.  What is depicted here?

14    A.  This shows that I reviewed a Samsung Galaxy A71 with the

15    phone number (509)49-11-1767.  I found that it was logged into

16    user accounts in the names of Yongseok Park and Eliande Tunis.

17    Q.  So moving to slide number 3 to explain that user account

18    login, what is displayed in slide number 3?

19    A.  You'll see that on the left there are various social media

20    and Internet applications that were logged into, such as

21    Facebook, Google, Google, Jet Blue, Skyscanner, Telegram and

22    Asiana Airlines.

23    Q.  Who was the individual who was named in the accounts that

24    you found on that left-hand side of the screen that were logged

25    in on Government's Exhibit 110?

Calidonna - DIRECT

1    A.    Yongseok Park.

2    Q.    And the right portion of the screen, please, what is

3    depicted there?

4    A.    On the right part of the screen, you'll see that I also

5    found two different WhatsApp accounts that were logged into the

6    same Samsung Galaxy.  The first WhatsApp account was in the

7    name of Eliande Tunis and the second WhatsApp account was in

8    the name of BB.  And that photo depicted there is the

9    associated photo with that WhatsApp account.

10            THE COURT:  And both those accounts were the same

11   phone number ending in 1767?

12            THE WITNESS:  That's correct.

13   BY MS. PASCHALL:

14   Q.    The photograph that you've mentioned is Government's

15   Exhibit 110.01, displayed on the slide here.  Is that something

16   that you culled from your review of the extraction of

17   Government's Exhibit 110?

18   A.    Yes.

19            MS. PASCHALL:  At this point, Your Honor, the

20   Government would move the admission of Exhibit 110.01.

21            MR. ORENBERG:  No objection.

22            THE COURT:  Without objection, 110.01 is admitted.

23       (Government Exhibit 110.01 received in evidence.)

24   BY MS. PASCHALL:

25   Q.    Now, we've seen on slide number 3 that there was a Facebook

1    account logged into on this device.  What is depicted on slide

2    number 4?

3    A.  Slide number 4 shows the Facebook friends that were

4    associated with the Yongseok Park Facebook account.  The first

5    Facebook friend shows as name David Rhee and the second

6    Facebook friend showed as the name Deborah Rhee.

7    Q.  And this slide, which depicts Exhibit 110.03, is this an

8    item you were able to cull from your review of Government's

9    Exhibit 110?

10   A.  Yes.

11        MS. PASCHALL:  At this time, Your Honor, we move the

12   admission of Exhibit 110.03.

13        MR. ORENBERG:  No objection.

14        THE COURT:  With objection, 110.03 is admitted.

15     (Government Exhibit 110.03 received in evidence.)

16   BY MS. PASCHALL:

17   Q.  Now, did you also review several images that were stored in

18   Government's Exhibit 110?

19   A.  I did.

20   Q.  I've pulled up slide number 5 that contains Exhibit 112.01.

21   Is this one of the photographs that you found during your

22   review of that Samsung Galaxy phone?

23   A.  Yes, I did.

24   Q.  And that's the phone located at Government's Exhibit 110?

25   A.  Yes.

Calidonna - DIRECT

```
1           MS. PASCHALL:  At this time, Your Honor, we move the
2    admission of Exhibit 112.01.
3           MR. ORENBERG:  No objection.
4           THE COURT:  Without objection, 112.01 is admitted.
5      (Government Exhibit 112.01 received in evidence.)
6    BY MS. PASCHALL:
7    Q.  And I'm circling -- oh dear.  Okay.  I'm circling the right
8    portion of the slide.  Can you explain what we see there?
9    A.  You'll see that this is the metadata of that photo.  It
10   shows that the photo was last accessed 7/16/2020.
11   Q.  I've now pulled up slide number 6, which contains
12   Government's Exhibit 112.02.  What is depicted here?
13   A.  This is a photo that was found on the Samsung Galaxy.  The
14   metadata shows that it was last accessed on October 24th, 2020.
15   Q.  And is Government's Exhibit 112.02 something that you
16   culled from your review of the phone extraction at Government's
17   Exhibit 110?
18   A.  Yes.
19          MS. PASCHALL:  At this time, Your Honor, we move the
20   admission of Government's Exhibit 112.02.
21          MR. ORENBERG:  No objection.
22          THE COURT:  112.02 is admitted.
23     (Government Exhibit 112.02 received in evidence.)
24   BY MS. PASCHALL:
25   Q.  Now pulled up slide number 7, which contains
```

Calidonna - DIRECT

1   Exhibit 112.03.  What is located in this slide?

2   A.  This is an image that I found on the Samsung Galaxy.  It

3   shows a last-access date of February 17th, 2021.

4   Q.  And is what's depicted here in Government's Exhibit 112.03

5   something that you culled from your review of the extraction in

6   Government's Exhibit 110?

7   A.  Yes.

8        MS. PASCHALL:  At this time, Your Honor, we'd move the

9   admission of 112.03.

10       MR. ORENBERG:  No objection.

11       THE COURT:  Without objection, 112.03 is admitted.

12    (Government Exhibit 112.03 received in evidence.)

13   BY MS. PASCHALL:

14   Q.  Moving on to slide 8.  What is depicted here?

15   A.  This is an image that I found on the Samsung Galaxy.  It

16   shows that it was last accessed on June 8th, 2021.

17   Q.  Is this picture, which is labeled Exhibit 112.04, something

18   that you culled from your review of the phone extraction of

19   Government's Exhibit 110, already in evidence?

20   A.  Yes.

21       MS. PASCHALL:  At this time, Your Honor, we move the

22   admission of Government's Exhibit 112.04.

23       MR. ORENBERG:  No objection.

24       THE COURT:  Without objection, 112.04 is admitted.

25    (Government Exhibit 112.04 received in evidence.)

Calidonna - DIRECT

1   BY MS. PASCHALL:

2   Q.  I've pulled up slide number 9.  What is depicted here?

3   A.  This is an image that I found on the Samsung Galaxy.  It

4   shows an access date of June 22nd, 2021.

5   Q.  What's depicted here that's marked as Exhibit 112.05, is

6   this something that you pulled from your review of the phone

7   extraction of Government's Exhibit 110, already in evidence?

8   A.  Yes.

9        MS. PASCHALL:  At this time, Your Honor, we'd move the

10  admission of Government's Exhibit 112.05.

11       MR. ORENBERG:  No objection.

12       THE COURT:  112.05 is admitted.

13    (Government Exhibit 112.05 received in evidence.)

14  BY MS. PASCHALL:

15  Q.  I've now pulled up slide number 10.  What do we see here?

16  A.  This shows on the left a photograph that was found on the

17  Samsung Galaxy.  It shows specifically a capture time of

18  July 17th, 2021, at 8:08:48 a.m.

19  Q.  And this is marked as Government's Exhibit 112.06.  Is this

20  an image with its metadata that you were able to cull from your

21  review of Government's Exhibit 110, already in evidence?

22  A.  Yes.

23       MS. PASCHALL:  At this time, Your Honor, we would move

24  the admission of Exhibit 112.06.

25       THE WITNESS:  Is 112.06 only the photo?

Calidonna - DIRECT

1          MS. PASCHALL:  It's only the image and the metadata,
2    yes, Your Honor.
3          THE COURT:  I'm sorry, I couldn't hear.
4          MS. PASCHALL:  It is only the image and the metadata,
5    Your Honor.
6          THE COURT:  Right.  It is not the mapping that appears
7    on the right side of this screen?
8          MS. PASCHALL:  I think that will just be explanatory
9    testimony, yes, Your Honor.
10          THE COURT:  I understand.  I'm just trying to get the
11    record straight.
12          112.06 is admitted -- I didn't hear whether there was
13    an objection.
14          MR. ORENBERG:  No objection as to only the photograph.
15    I was going to say something about that, but Your Honor got to
16    it.
17          THE COURT:  And that is what is admitted, the
18    photograph with the metadata.
19          MR. ORENBERG:  Thank you.
20       (Government Exhibit 112.06 received in evidence.)
21    BY MS. PASCHALL:
22    Q.  So with respect to what is on the rest of the slide, how
23    did you come up with the information that you put on the
24    right-hand side of the slide?
25    A.  At the bottom of the metadata, you'll notice that there is

Calidonna - DIRECT

1    a line that says "lat long" and then a series of

2    latitude-longitude numbers.  What I did was I typed in those

3    latitude-longitude numbers into Google Images.  And then on the

4    right you'll see that I zoomed out to take a screenshot of

5    where that falls with respect to Haiti.  And on the bottom I

6    zoomed in a little bit more so you could have some more context

7    into where the photo was taken with regards to

8    Croix-des-Bouquets.

9            THE COURT:  And it was taken on the right side?

10           THE WITNESS:  Yes.  That small red pin shows where

11   that -- approximately where that photograph was taken.

12           THE COURT:  Thank you.

13   BY MS. PASCHALL:

14   Q.  Now pulled up slide 11.  Can you explain what is here in

15   Government's Exhibit 112.07?

16   A.  The photograph on the left is a photo that I found on the

17   Samsung Galaxy.  It shows a capture time of July 24th, 2021, at

18   2:37:52 p.m.

19   Q.  And what is depicted here in Government's Exhibit 112.07,

20   is this something that you culled from your review of the

21   extraction at Government's Exhibit 110?

22   A.  Yes.

23           MS. PASCHALL:  At this time, Your Honor, we would move

24   the admission of Exhibit 112.07, the photograph and its

25   metadata.

Calidonna - DIRECT

1          MR. ORENBERG:  As to just the photograph, no

2    objection.

3          THE COURT:  Just the photograph and metadata, they are

4    admitted.  Exhibit 112.07 is admitted.  So limited.

5        (Government Exhibit 112.07 received in evidence.)

6    BY MS. PASCHALL:

7    Q.  Can you explain what is on the rest of slide number 11?

8    A.  Yes.  I took the lat-long information and I put it into

9    Google Maps.  And you'll see on the top is a zoomed-out version

10   of where that photo was taken.  And on the bottom you'll see a

11   more zoomed-in version of where that photo was taken, as

12   indicated by the red pin.

13   Q.  And is that red pin located outside of the Port-au-Prince

14   area of Haiti?

15   A.  Yes, it is.

16   Q.  I pulled up slide number 12, which contains Exhibit 112.08.

17   What is depicted here?

18   A.  This is an image that I found on the Samsung Galaxy.  It

19   shows a capture time and date of July 25th, 2021, at

20   4:19:44 p.m.

21   Q.  And is Government's Exhibit 112.08, depicted here, a

22   photograph and its metadata that you culled from your review of

23   Government's Exhibit 110, the extraction of the Samsung phone,

24   already in evidence?

25   A.  Yes.

Calidonna - DIRECT

1          MS. PASCHALL:  At this point, Your Honor, the
2   Government would move the admission of Exhibit 112.08, the
3   photograph and its metadata.
4          MR. ORENBERG:  No objection.
5          THE COURT:  Just a second.  112.08 is admitted.
6     (Government Exhibit 112.08 received in evidence.)
7   BY MS. PASCHALL:
8   Q.  Can you explain what is on the right side of the slide
9   number 12 here?
10  A.  Yes.  I plugged in those lat-long coordinates that are
11  shown in the metadata of the photo into Google maps.  On the
12  top is a zoomed-out version of where that red pin hits, and on
13  the bottom shows the red pin as it relates to Port-au-Prince of
14  where the image was captured.
15  Q.  Is that red pin indicating where the image was captured to
16  the east of Port-au-Prince, Haiti?
17  A.  Yes.
18  Q.  I've pulled up slide 13 that contains Government's
19  Exhibit 112.09.  What is depicted here?
20  A.  This is an image that I found on the Samsung Galaxy.  It
21  shows a capture time of October 22nd, 2021, at 1:01:28 p.m.
22  Q.  Is Government's Exhibit 112.09 an image that you culled
23  from your review of the extraction at Government's Exhibit 110?
24  A.  Yes.
25         MS. PASCHALL:  We would move the admission of 112.09.

1          MR. ORENBERG:  No objection.

2          THE COURT:  Without objection, 112.09 is admitted.

3      (Government Exhibit 112.09 received in evidence.)

4  BY MS. PASCHALL:

5  Q.  Now, pulled up slide number 14.  What is depicted here?

6  A.  This is a photo that I found on the Samsung Galaxy.  It

7  shows a capture time of October 23rd, 2021, at 2:28:03 p.m.

8  Q.  And this image is marked as Exhibit 112.10.  Is this image

9  and its metadata something that you culled from your review of

10  the Park phone extraction at Government's Exhibit 110?

11  A.  Yes.

12          MS. PASCHALL:  We would move the admission of

13  Exhibit 112.10.

14          MR. ORENBERG:  No objection.

15          THE COURT:  Without objection, 112.10 is admitted.

16      (Government Exhibit 112.10 received in evidence.)

17  BY MS. PASCHALL:

18  Q.  Now, in the course of your investigation did you also

19  review travel records that the FBI obtained through legal

20  process?

21  A.  I did.

22  Q.  And specifically, did you review Government's Exhibit 700

23  and 701, which are travel records from Eliande Tunis?

24  A.  I did.

25  Q.  So what is depicted in slide number 15 here?

Calidonna - DIRECT

1    A.   This is a summary of Eliande Tunis's travel that occurred

2    from the start of 2020 up until October 25th of 2021.

3            MS. PASCHALL:  Your Honor, I believe Exhibit 700 and

4    701 are already admitted.

5            THE COURT:  They are.

6    BY MS. PASCHALL:

7    Q.   So the red box that you have here, specifically what dates

8    of travel are within the red box on slide 15?

9    A.   The red box shows that Eliande Tunis traveled from Fort

10   Lauderdale, Florida, to Port-au-Prince, Haiti, on July 13th,

11   2021.  And then she traveled from Port-au-Prince, Haiti, to

12   Fort Lauderdale, Florida, on August 1st, 2021.

13   Q.   I've pulled up slide 16, which refers to exhibits already

14   in evidence, 205 and 209.  What is depicted on slide 16?

15   A.   This is a summary of calls that occurred while Eliande

16   Tunis was in Haiti from July 15th to July 19th.

17   Q.   And who are the two participants in these set of phone

18   calls depicted on slide 16?

19   A.   Mr. Germine and Eliande Tunis.

20   Q.   And is the same true for slide number 17 of this exhibit?

21   A.   Yes.

22   Q.   What is the date range of the calls on slide 17 of this

23   exhibit?

24   A.   The date range for this slide is July 20th, 2021, to

25   July 26th, 2021.

Calidonna - DIRECT

1   Q.  Now, at the bottom of slide 16, the first set of call

2   detail records, there is a yellow box here.  What is depicted

3   there?

4   A.  This just shows that after adding up the different phone

5   call durations, Mr. Germine and Eliande Tunis spent

6   approximately 91 minutes on the phone.

7   Q.  And on --

8           THE COURT:  Just out of curiosity, does the call of

9   duration one minute indicate a call that was successfully

10  completed or might it be a call that was not successfully

11  completed?

12          THE WITNESS:  It could be either.

13          MS. AMATO:  I'm sorry, I didn't hear the answer.

14          THE COURT:  It could be either.

15          MS. AMATO:  It could be either.

16  BY MS. PASCHALL:

17  Q.  On slide 17, there's a similar yellow box at the bottom.

18  What is indicated there?

19  A.  It shows that from 7/20/2021 to 7/26/2021 there were

20  approximately 7.4 hours worth of phone calls.

21  Q.  Finally, on slide 18, what is the date range depicted here?

22  A.  The date range depicted here is 7/27/2021 to 8/1/2021.

23  Q.  And are these calls with the same participants that we saw

24  in slide 16 and 17?

25  A.  Yes, they are.

Calidonna - DIRECT

1  Q.  Is there similarly a yellow box at the bottom of slide 18?

2  A.  Yes.  The yellow box shows that there are approximately

3  eight hours worth of phone calls.

4  Q.  So in the review of the call detail records between the

5  phone number ending in 1767 and the phone number ending in

6  5271, from July 13th, 2021, to August 1st, 2021, what was the

7  approximate total duration?

8  A.  The approximate duration was 17 hours.

9  Q.  I've pulled up on slide -- I've pulled up slide 20.  Can

10  you please describe what is in slide 20.

11  A.  This shows messages that were exchanged between Mr. Germine

12  and Eliande Tunis on July 31st, 2021.

13  Q.  And this exhibit that we've marked as 111.02, is the text

14  messaging green on the left-hand part of the screen part of

15  what you culled in your review of the Park phone extraction in

16  evidence 110?

17  A.  Yes.

18  Q.  And what is the translation of that message?

19  A.  Deko, I'm not coming.  You just don't get me.  I work for

20  nothing.  You don't need to make me feel safe.  Everything you

21  do is right.

22  Q.  I've now pulled up slide 21.  What is depicted in slide 21?

23  A.  This is another summary of Eliande Tunis's travel.  I have

24  in the red box travel that occurred on October 21st, 2021, from

25  Fort Lauderdale, Florida, to Port-au-Prince, Haiti.  On

Calidonna - DIRECT

1   October 25th, 2021, it shows a flight from Port-au-Prince,

2   Haiti, to Fort Lauderdale, Florida.

3   Q.  And this slide 21, is that from Exhibits 700 and 701,

4   already in evidence?

5   A.  Yes.

6   Q.  I've pulled up slide 22.  What is depicted here?

7   A.  Depicted here are the calls that occurred between Eliande

8   Tunis and Mr. Germine on October 21st and October 22nd.

9   Q.  And what is the total duration of those calls?

10  A.  Approximately six minutes.

11  Q.  And is this information culled from Exhibits 205 and 209,

12  already in evidence?

13  A.  Yes.

14          THE COURT:  Stay on that slide.  Can you say with any

15  confidence that any of those calls were completed?

16          THE WITNESS:  I'm not sure if any of the calls were

17  completed.  Sometimes -- sometimes with records from Haiti,

18  specifically with Digicel and Natcom, it doesn't always show

19  you if the call was completed.  Whereas records from T-Mobile

20  or Verizon might show a successful or an abnormal completion.

21          THE COURT:  The short duration and the fact that the

22  records don't show whether it was completed would lead you to

23  conclude that they may or may not have been completed?

24          THE WITNESS:  That's correct.

25  BY MS. PASCHALL:

Calidonna - DIRECT

1  Q.  I've pulled up on the screen slide 23.  What do we have
2  depicted here?
3  A.  This shows the phone calls that occurred between Eliande
4  Tunis and Santia Jean from 7/16/2021 to 8/1/2021.
5  Q.  And this information was culled from exhibits already in
6  evidence, 205 and 204?
7  A.  Yes.
8  Q.  And the yellow box on the bottom of the screen here, what
9  does that depict?
10 A.  It shows that between 7/16/2021 and 8/1/2021 there were
11 approximately two hours of phone calls.
12 Q.  And, finally, on slide 24, what is depicted here?
13 A.  This is a message sent by Eliande Tunis to Mr. Germine on
14 October 23rd, 2021.
15 Q.  And is the green portion of this Exhibit 111.01 a message
16 that you culled from your review of the Park phone extraction
17 already in evidence at Government's Exhibit 110?
18 A.  Yes.
19 Q.  Could you please read the translation of that message?
20 A.  Baby, on what phone number did Koleg add the calling card.
21     MS. PASCHALL:  Thank you, Your Honor.  I have no more
22 questions for this witness.
23     THE COURT:  All right.  Mr. Orenberg.  Or you're
24 pointing to Ms. Amato.  Do you need some time, or is she doing
25 the examination?

 1            MS. AMATO:  Oh, I'm doing it.  Okay.

 2            THE COURT:  Surprise, surprise.

 3                        CROSS-EXAMINATION

 4  BY MS. AMATO:

 5  Q.  Hello.

 6  A.  Good afternoon.

 7  Q.  Good afternoon.

 8     Okay.  We might as well start where we left off.  And that

 9  is with Government's Exhibit 113.

10     Now, Government's Exhibit 113, if I understand correctly,

11  is the -- the information relating to the phone is a Samsung

12  phone, correct?

13  A.  Correct.

14  Q.  All right.  And so the two conversations that you were

15  shown, my exhibit, I guess, doesn't have those.  Those two

16  conversations that you mentioned from this exhibit, you're

17  saying that those were communications that were from this

18  phone?

19  A.  Yes.

20  Q.  Now, going to, let's say, I believe it's slide 10, for

21  example -- and you can see it on the screen, I believe?  Okay.

22     So just so I'm clear -- so on 10, we see this little box

23  that you've prepared here with the metadata, correct?

24  A.  Yes.

25  Q.  All right.  And so that's information that you received

Calidonna - CROSS

1    from the phone dump, correct?

2    A.   Yes.

3    Q.   All right.  And then the metadata latitude and --

4    latitude-longitude, you just took Google maps from the

5    Internet; is that correct?

6    A.   Yes.

7    Q.   And then you inputted that data?

8    A.   Yes.

9    Q.   Which of the two maps did it provide you?

10   A.   It provided me both.  They're actually the same map.  The

11   map on top is just a zoomed-out version.

12   Q.   Okay.  So if I understand correctly, then, when you put

13   that information in, it gave you the bottom map first; is that

14   correct?

15   A.   Yes.  When I put in the latitude-longitude, it gave me the

16   bottom map.  And then when you zoom out, it just shows you a

17   larger version of the target area.

18   Q.   And then that's what you did for slide 11 and slide 12, the

19   same thing?  It gave you the more specific location; is that

20   what you're saying?

21   A.   The location on the top and the bottom are the more or less

22   exact same location.  It's just a more zoomed-in version on the

23   bottom.

24   Q.   But did you have to zoom in and zoom out yourself?

25   A.   Yes, I did.

Calidonna - CROSS

1    Q.  For both of them?

2    A.  Yes.

3    Q.  And at no time did it actually give you a specific address?

4    A.  No.

5    Q.  And are you -- well, okay.  Are you aware whether this

6    latitude and longitude -- since there's no specific address, is

7    it giving you an area, more or less, or is it giving you an

8    actual specific location?

9    A.  It's giving me an actual specific location.

10   Q.  Now moving to slide 16, 17 and then 18.  But looking at

11   slide 16, the information that you have provided here of a

12   calling number and then the called number, you've included

13   names next to the calling number, correct?  You've included in

14   this case -- the very first one that's listed you've got as

15   Joly Germine, correct?

16   A.  Correct.

17   Q.  All right.  And then you've got the call number of Eliande

18   Tunis, the number, and then you've written in the name,

19   correct?

20   A.  Yes.

21   Q.  Now, when you got the phone records, did it actually have

22   the names or it had the numbers?

23   A.  The phone records only had the numbers.

24   Q.  So that was your opinion, those names there, correct?

25   A.  That's correct.

1    Q.   Because you didn't actually hear the phone conversations,

2    did you?

3    A.   No, I did not.

4    Q.   There are no recordings of any of these phone

5    conversations, correct?

6    A.   Not to my knowledge.

7    Q.   So you don't really know who actually was on those phone

8    calls, correct?

9    A.   I know that the phone numbers that are depicted here were

10   attributed to the individuals that I had listed on the slide.

11   Q.   Right.  But you, yourself, didn't listen to the phone

12   calls, correct?

13   A.   I did not listen to the phone calls.

14   Q.   And you know you could make a call and give me the phone,

15   your phone, and I could then be the one speaking on the phone,

16   correct?

17   A.   That could be possible.

18   Q.   So again, you don't know as you sit here who actually was

19   on any of those phone calls?

20   A.   No, I do not.

21   Q.   Okay.  And therefore, you don't know what the content of

22   any of these phone calls were?

23   A.   I do not know the content.

24   Q.   And that's -- the same thing goes for slide number 17,

25   correct?

Calidonna - CROSS

1    A.   That's correct.

2    Q.   And slide number 18?

3    A.   That's correct.

4    Q.   And then we can go down to slide 21, same thing?

5    A.   That's correct.

6    Q.   And slide 22?

7    A.   That's correct.

8    Q.   Now, the Judge -- let's stick with slide 22.  Judge Bates

9    had asked you, relative to the one and two minutes duration, as

10   to whether or not we know if the phone -- the phone call

11   actually went through, and you admitted that based on these

12   records, you don't know?

13   A.   That's correct.

14   Q.   And so for this slide number 22, we have approximately --

15   you've got -- you've totaled up all the minutes as

16   approximately two hours, correct?

17   A.   Yes.

18   Q.   But you've got one, two -- let's see, we've got one, two,

19   three, four, five, six, seven, eight, nine, 10, 11, 12,

20   13 minutes of these two hours that we don't even know if there

21   was a connection between the phone calls?

22   A.   Yes.

23   Q.   And then we've got -- let's see, we've got a two-minute

24   call here, another two-minute there, four.  Another two-minute

25   here, six.  Another two-minute here -- I've gotten ahead of

1    myself.  We're up to six or eight.  Another two-minute here,

2    another two-minute here.  So a good nother 10 to 12 minutes out

3    of those two hours that we don't know for sure whether the

4    calls went through?

5    A.   Yes.  Which would leave us around one hour and 50 minutes.

6    Q.   Slide 21, we've got six minutes and out of that we've

7    got --

8            THE COURT:  She's already testified she doesn't know

9    if any of these calls --

10           MS. AMATO:  That's right, Your Honor.  I'm not even

11   going to go through this one.

12   BY MS. AMATO:

13   Q.   But we could do the same thing on several of these slides,

14   correct?  All of these slides.  Because each one of these

15   slides, 16, 17 and 18, as well, have one-minute and two-minute

16   phone calls.

17   A.   Yes.  On this slide specifically there are approximately 10

18   phone calls that were one minute in duration, which would round

19   us down to approximately 7.3 hours.

20   Q.   And there are also a few two minutes as well, maybe one or

21   two?

22   A.   Yes.  On this slide there are two two-minute calls.

23           THE COURT:  There are actually three, but who's

24   counting?

25           THE WITNESS:  Yes, three.

Calidonna - CROSS

1    BY MS. AMATO:

2    Q.  All right.  Now, let me see.  Let's go to Government's

3    Exhibit 212.

4        And Government's Exhibit 212, you informed us that you

5    focused on phone records between three different numbers,

6    correct?

7    A.  Yes.

8    Q.  All right.  And again, so you have -- the first number that

9    you've identified as believing to be from Eliande Tunis,

10   correct?

11   A.  Correct.

12   Q.  And then the second one you've got, you believe, for Joly

13   Germine, correct?

14   A.  Correct.

15   Q.  And then the third one for Santia Jean?

16   A.  That's correct.

17   Q.  All right.  And when you received the phone records, you

18   received all of the records of the contacts -- all of the

19   phone -- what's the word?  The phone activity.  So for example,

20   with this (509)379-25752 number, the data that you had included

21   phone activity of this phone with numbers that were not

22   associated with the other two people, correct?

23   A.  That's correct.

24   Q.  All right.  So, for example, on slide number 3, you

25   indicate that there was -- let's see.  For example, where it

Calidonna - CROSS

1  says Santia Jean, this occurred, according to the records that

2  you looked at, at 10:01:36 a.m., correct?

3  A.  Yes.

4  Q.  And then after that call, which you have down as

5  13.9 minutes, based on this record, we don't know who that

6  phone called before the 3:51:52 p.m. call, correct?

7  A.  I'm not sure I understand the question.

8  Q.  We don't know what other phone activity occurred with this

9  phone after this 13.9-minute phone call was completed.  We have

10  no record here to indicate whether that phone received phone

11  calls from other numbers, made phone calls to other numbers

12  before the 3:51:52 p.m., correct?

13  A.  We do have those records.  I did not include them on this

14  slide.

15  Q.  That's my point.  This slide does not include the full

16  history of what was happening with that phone, correct?

17  A.  No.  It only shows phone calls made from Santia Jean to

18  Eliande Tunis and Joly Germine.

19  Q.  And then the same --

20      THE COURT:  Or from them to her?

21      THE WITNESS:  Correct.

22  BY MS. AMATO:

23  Q.  And the same thing with the number that you've identified

24  here for Joly Germine.  The (509)379-25752 number, looking at

25  the 9/21/2021 date of 4:32:35 p.m., after this phone call was

Calidonna - CROSS

1    made, here, we have no record, no information as to who that

2    number -- what other numbers that number was in contact with

3    afterwards?

4    A.  Yes.  That information was not included.

5          THE COURT:  I need to ask another one of my detail

6    questions.  Technically, what's listed here would indicate for

7    the first item, as an example, that a phone call not of

8    one-minute duration but of six-seconds duration occurred.

9    Which is it?  What is the chart supposed to indicate?

10          THE WITNESS:  The .6 of a second.

11          THE COURT:  So .1 minutes is six seconds.

12          THE WITNESS:  It does get --

13          THE COURT:  Is it supposed to be one minute or

14   six seconds?

15          THE WITNESS:  Six seconds.

16          THE COURT:  Is that true on the other charts as well?

17   Because some of the charts list one minute as opposed to

18   .1 minute.

19          THE WITNESS:  Those ones are, in fact, one minute,

20   approximately.

21          THE COURT:  These, I would say, there are one, two,

22   three, four, five, six calls that were less than a minute

23   listed here.

24          THE WITNESS:  Correct.

25   BY MS. AMATO:

Calidonna - CROSS

1    Q.  And again, for these calls, you don't have the recordings
2    of these, correct?
3    A.  No.
4    Q.  So you don't actually know who was on -- if the calls went
5    through, who was actually speaking on the phone?
6    A.  No.
7    Q.  And again, you wouldn't know what the content is either?
8    A.  No, I would not.
9    Q.  Now, in your 140, you have identified various voices --
10   well, let me ask you this:  So in 140, we have some messages
11   which are text messages, correct?
12   A.  Correct.
13   Q.  And then we have some messages which are audio messages?
14   A.  Correct.
15   Q.  Now, did you, yourself, make determinations of whose voices
16   were on those audio calls?
17   A.  No, I did not.
18   Q.  Okay.  Before you prepared exhibit -- Government's
19   Exhibit 140, did you reach out to any other individual to
20   corroborate with them as to the identity of those voices?
21   A.  Yes.  I worked significantly with an FBI linguist.
22   Q.  What was the name of that FBI linguist?
23   A.  Linguist specialist Pierre Basquim.
24   Q.  I'm sorry, say that name again.
25   A.  Pierre Basquim.

Calidonna - CROSS

1    Q.  And is this individual from Haiti?

2    A.  He is a Haitian-Creole speaker tasked to the FBI to be one

3    of our translators.

4    Q.  So he is a translator?

5    A.  That's correct.

6    Q.  So his expertise is in translating communications?

7    A.  Could you repeat the question?

8    Q.  Sure.  His expertise is in translation?

9    A.  He is a linguist specialist for the FBI.  He serves many

10   purposes in the FBI.  One of those purposes is to assist FBI

11   analysts and FBI agents in interpreting and translating

12   messages.

13          THE COURT:  He is listed, by the way, as a witness in

14   this case.

15          MS. AMATO:  Thank you, Your Honor.

16   BY MS. AMATO:

17   Q.  But he does not -- you're not aware that he's gone to any

18   kind of schooling or received any specialized training in terms

19   of the identification of voices?

20          MS. PASCHALL:  Objection.  At this point, Your Honor,

21   I think this is beyond the scope of what this witness can

22   testify to.  As Your Honor has noted, Agent Basquim is on our

23   witness list.  They can follow up with him accordingly.  I

24   don't think this witness has the foundation to answer that.

25          THE COURT:  You're probably right.  But I'll let the

Calidonna - CROSS

1    witness say whether she actually knows the answer.
2              You may answer.
3              THE WITNESS:  I don't know.
4    BY MS. AMATO:
5    Q.  Now, some of these messages -- let's see.  I'm going to go
6    to -- I believe it was slide number 92.  It might not be.
7    Let's see.
8        Well, I believe it's slide 92, although on mine it's 93,
9    but I believe the Government's is 92.  And the bottom message
10   indicates that this message is a forwarded message?
11   A.  That's correct.
12   Q.  So if I understand correctly, then that what this
13   message -- this message was a message that was not created by
14   the phone that's been identified with Eliande Tunis, correct?
15   A.  That's correct.
16   Q.  All right.  And so having not been created on Eliande
17   Tunis's phone, what phone was it created on?
18   A.  Based off the translations that I received, it shows that
19   on this day, around the exact same time, Jocelyn Dor sent a
20   nearly identical message to Eliande Tunis in turn of what she
21   forwarded to Joly Germine.
22   Q.  And that's based on your reviewing what's in the box,
23   what's translated?
24   A.  That's correct.
25   Q.  So you're making that assumption based on the translation

Calidonna - CROSS

1    but not any kind of metadata?

2    A.  That's correct.

3    Q.  And so for any of the other -- there were other messages

4    that had a similar forwarded box, correct?

5    A.  That's correct.

6    Q.  All right.  And so the same thing, you would just be making

7    an assumption as to where it may come from?

8    A.  Based on other translations with similar words translated,

9    yes.

10   Q.  And if there are no similar words, then you would have no

11   information?

12   A.  That's correct.

13   Q.  Now, you said that you created this PowerPoint, 140?

14   A.  I did.

15   Q.  And how many versions of 140 did you create before the

16   final version?

17   A.  There were multiple versions.

18   Q.  And was there -- well, let me ask you this:  When you

19   prepared this, was this at the request of the prosecution?

20   A.  Yes.

21   Q.  So they gave you basically that they wanted in this,

22   correct?

23   A.  Yes.

24   Q.  And so the changes that were made were made at their

25   request, correct?

1   A.  Yes.

2   Q.  Now, when you -- when these messages -- well, strike that.

3       The data in 140 relative to the audio messages and the text

4   messages all came from a phone that you identified as belonging

5   to Ms. Tunis, correct?

6   A.  Yes.

7   Q.  All right.

8           THE COURT:  All or almost all, but there were some

9   additional things?

10          THE WITNESS:  Yes.  The messages specifically in this

11  slide were from Ms. Eliande Tunis's phone.  But as for the

12  entire PowerPoint, there were messages included from, for

13  example, Walder St. Louis's phone.

14  BY MS. AMATO:

15  Q.  And once those phones were obtained and they were

16  downloaded, were you then the first person that reviewed these

17  messages?

18  A.  No.  All these phones went through our forensic examiner,

19  Robert Herbster.

20  Q.  So who was the first one to actually start to look at what

21  was in the phone content?  To actually analyze it?

22  A.  Myself.

23  Q.  Okay.  And do you speak Creole?

24  A.  I do not.

25  Q.  And so were you working alongside a Creole interpreter as

1    you were going through this?

2    A.   Yes, I was.

3    Q.   With so was that interpreter basically next to you, or how

4    did this come about?  Would you send things to an interpreter

5    and say, oh, I want to understand what's going on here, or

6    what --

7    A.   Multiple different ways.  Sometimes I would sit next to the

8    interpreter.  Sometimes I would ask them over the phone or in

9    email.

10   Q.   And you would agree with me that you haven't included all

11   of the text messages or the audio that you received from these

12   various phones in this; is that correct?

13   A.   That's correct.

14   Q.   So you were the one who was making decisions as to what

15   should be in here or was it the prosecution, as well, was

16   making decisions?

17   A.   I included the messages that I found to be pertinent and

18   shared them with the prosecution.  And if it was agreed upon

19   that they should be included, then I would put them in the

20   PowerPoint.

21   Q.   And do you recall by what date, more or less, you had

22   completed review of the translations?

23   A.   Up until very, very recently.

24   Q.   I see.  Okay.  And let me show you -- all right.  So I'd

25   like to show you what -- I believe it's slide number 11.

1          THE COURT:  Are we still on 140?

2          MS. AMATO:  Yes, 140.

3   BY MS. AMATO:

4   Q.  And it shows -- it's pertaining to Exhibit 108.  And there

5   is a contact with the name Gran Moun.  Do you see that?

6   A.  I do.

7   Q.  Do you know what "Gran Moun" translates to?

8   A.  I don't.

9   Q.  So you don't know that means "big man" or "great man"?

10  A.  No.

11  Q.  And on -- actually, on the same page, same slide on the

12  right-hand side, there is a photo and then there is the name

13  Bos, B-O-S, correct?

14  A.  Yes.

15  Q.  In English, the word "boss" means boss, someone who's a

16  supervisor, boss, correct?

17  A.  I suppose so.

18  Q.  And this was a contact in Tunis's phone, correct?

19  A.  Yes.

20  Q.  So in her phone, she has for the person that you've

21  identified as Lanmo San Jou, the name "Bos"?

22  A.  Yes.

23  Q.  Now, in slide number 2, pertaining to Joly Germine, you

24  have an AKA Deko, D-E-K-O, or AKA D-E-C-O, correct?

25  A.  Yes.

Calidonna - CROSS

1   Q.  But you'll agree with me that throughout your investigation
2   you had identified someone else as Deko?
3   A.  Yes.  In the beginning of our investigation, it wasn't
4   exactly clear at the time, since we did not have all the
5   translations, who Deko was at that time.
6   Q.  But you had actually believed and determined at that point
7   that Deko was Jocelyn Dor, correct?
8   A.  Very early on in the investigation, I thought that Deko
9   could possibly be Jocelyn Dor.  This is because I didn't have
10  all the translated messages in front of me.  But once I went
11  through all those messages, I determined that Jocelyn Dor was
12  not Deko and Deko was, in fact, in reference to Mr. Germine.
13  Q.  But that was obviously not something you just kept to
14  yourself.  You actually informed other people in the -- who
15  were working the investigation that that was your understanding
16  at that time, that he was -- Deko was Jocelyn Dor?
17  A.  I did inform some of my colleagues that I thought that Deko
18  might be Jocelyn Dor, but I was not sure at that time.
19          MS. AMATO:  The Court's indulgence.
20          THE COURT:  Certainly.
21      (Off-the-record discussion.)
22          THE COURT:  Is it going to help you to have a few
23  minutes?  I'm about to take the break.  If you want me to do
24  that, I can do that.  If you only have two minutes more of
25  examination, then I won't take the break yet.

Calidonna - CROSS

1           MS. AMATO:  Thank you, Your Honor.  Let me just look
2      through my notes to see if there's anything else.
3          (Pause in the proceedings.)
4           MS. AMATO:  I think that's it, Your Honor.  Thank you.
5           THE COURT:  Is that a nothing further?
6           MS. AMATO:  Nothing further, Your Honor.  Thank you.
7      There is nothing further.
8           THE COURT:  Ms. Paschall.
9           MS. PASCHALL:  Would Your Honor like to take a break
10     or would you like me to --
11          THE COURT:  It depends on how long your redirect is
12     going to be.
13          MS. PASCHALL:  Five minutes, maybe.
14          THE COURT:  We'll go ahead and take the break.
15          MS. PASCHALL:  Ms. Seifert is also requesting a break,
16     Your Honor.
17          MS. SEIFERT:  May the Government -- after the other
18     parties are excused, may the Government address the Court ex
19     parte under seal about a matter with respect to a different
20     witness?  Or would you like us to do that when we return?
21          THE COURT:  When we return.
22          MS. SEIFERT:  Thank you.
23          THE COURT:  So let's take the break.  We'll be back at
24     25 after.  That's 3:25.  Thank you.
25          (A recess was taken at 3:13 PM)

Calidonna - CROSS

1          THE COURT:  Speaking of order.

2          MS. SEIFERT:  May we approach, Your Honor, ex parte

3     under seal?

4          THE COURT:  Please.

5          (Sealed ex parte bench conference.)

6          ████████████    This is with respect to a witness and a

7     potential Niglio (ph.) issue.  So we would ask for it to be

8     sealed until Your Honor has ruled.

9     ████████████    ████████████

10    ████████████    ████████████

11    ████████████    ████████████████████████

12    ████████████████████████████████████

13    ████████████████████████████████████

14         ████████████████████████████████

15    ████████████████████████████████████

16    ████████████████████████████████

17    ████████████████████████████████████

18    ████████████████████████████████

19    ████████████████████████████████

20    ████████████████████████████████████

21    ████████████████████████████

22         ████████████████████████████████

23    ████████████████████████████████████

24    ████████████████

25         ████████████    ████████████████████



12    (Sealed ex parte bench conference concluded.)

13    THE COURT:  Ms. Paschall.

14    And I remind the witness you're still under oath.

15    REDIRECT EXAMINATION

16    Calidonna - REDIRECT

17    BY MS. PASCHALL:

18    Q.  Ms. Calidonna, defense counsel asked you about your

19    assessment of the name "Deko."  Do you recall that

20    conversation?

21    A.  Yes.

22    Q.  When you began the analysis of the phones in this case, how

23    much data did you have to review?

24    A.  Thousands and thousands of text messages.  It was a very

25    large phone.

1    Q.  So did your analysis change over time once you reviewed

2    those thousands and thousands of messages?

3    A.  Yes, it did.

4    Q.  And is your testimony here for the Court today the basis of

5    the totality of that analysis over the many months that you

6    worked on this case?

7    A.  Yes.

8    Q.  So the earlier mention of Deko by defense counsel as

9    Jocelyn Dor, was that an assessment you made early in the

10   investigation, late in the investigation or some other time?

11   A.  It was an assessment that I made early on in the

12   investigation, before I had the totality of the translations

13   available to me.

14   Q.  Let's look at Government's Exhibit 113.  And defense

15   counsel asked you in this exhibit about some of the durations

16   of some of the phone calls you assessed.  Do you remember that

17   line of questioning?

18   A.  Yes.

19   Q.  So I've pulled up slide 16.  The Exhibits 205 and 209, are

20   those phone numbers depicted here all Haitian phone numbers?

21   A.  Yes, they are.

22   Q.  As opposed to what we saw in Government's Exhibit 212, is

23   Exhibit 201 an American phone number?

24   A.  It is.

25   Q.  Can you please explain to the Court the difference in what

1    types of records you receive from an American phone company

2    versus a Haitian phone company?

3    A.   From an American phone company, the records are much more

4    thorough and they include different metrics, such as call

5    completed successfully, call completed abnormally.

6    Q.   So, for instance, on slide number 3 of Exhibit 212, where

7    you have fractions of a minute, how were you able to make that

8    assessment as opposed to the slides in 113, where we did not

9    see fractions?

10   A.   Here I was unable to determine if the call went through or

11   not.  But based on the call lasting .1 minutes, it's fair to

12   say that it might not have gone through.  But I did include it,

13   as it was an attempted call.

14   Q.   The precision of the number of minutes in the American

15   phone data, is that more precise or less precise than the Haiti

16   records?

17   A.   I would say it would be more precise.

18   Q.   So is that how you end up with a slide like this that has

19   decimal points after some minutes?

20   A.   Yes.

21         THE COURT:  I guess I don't understand.  This slide --

22   all the calls on this slide have one end being an American

23   number.  And therefore you have more precise information?

24         THE WITNESS:  There is one call on this slide that is

25   from the American number.

```
1              THE COURT:  All the rest are received by the American
2    number?
3              THE WITNESS:  Correct.  But based on -- I'm sorry,
4    were you asking?
5              THE COURT:  Well, I guess I don't understand, when you
6    say that the American records in terms of the time of the call
7    are more precise than the Haitian records, here most of these
8    come from Haitian records, right?  Or all of them.
9              THE WITNESS:  Almost all of these come from Haitian
10   records, with the --
11             THE COURT:  And they're down to the tenth of a minute,
12   whereas the charts indicating American calls were not down to
13   that precision.  Or am I misremembering?
14             MS. PASCHALL:  I think we might be able to address
15   this in another way, Your Honor.
16             Could we please pull up Government's Exhibit 201.
17             THE COURT:  This is in evidence?
18             MS. PASCHALL:  Yes, this is already in evidence, Your
19   Honor.
20             THE COURT:  Okay.
21             MS. PASCHALL:  In Government's Exhibit 201, already in
22   evidence, from T-Mobile, could we please open the first folder
23   and the second folder.  And the one that says "sub amdocs."
24             And could we also pull up the spreadsheet immediately
25   ahead of this one that says "CDR."
```

```
 1              Could we please scroll -- or, Mr. Cassius, I'm not
 2    sure if you can make them larger?
 3              THE COURT:  I can read it.
 4              MS. PASCHALL:  Okay.
 5    BY MS. PASCHALL:
 6    Q.  So Ms. Calidonna, we've pulled up a part of Government's
 7    Exhibit 201.  Can you just explain to the Court, what's the
 8    data that you received from T-Mobile for Exhibit 201?
 9    A.  The data that I received includes calling numbers, called
10    numbers, and duration and completion codes.
11    Q.  And those completion codes off to the right there, what are
12    the options that you could have there?
13    A.  The options are "completed successfully" or "abnormal
14    completion."
15              MS. PASCHALL:  Ms. Duncan, could we now switch back to
16    my laptop, please.
17    BY MS. PASCHALL:
18    Q.  So Ms. Calidonna, for example, on slide number 3 of
19    Government's Exhibit 212, you had the call detail records for
20    both phone numbers in the first line there, one ending in 5752
21    and one ending in 3447; is that correct?
22    A.  That's correct.
23    Q.  So when you have records for both phone numbers, were you
24    able to look both at the Haitian records and the American
25    records?
```

1    A.  Yes.

2    Q.  And then you were able to determine, the most precise to

3    your ability, how many minutes those calls connected when you

4    compared those two records?

5    A.  Yes.

6         MS. AMATO:  Your Honor, I know the Government is

7    probably trying to simplify this, but I'd ask that they ask

8    non-leading questions and let the witness explain what exactly

9    she did.

10        THE COURT:  So noted.  I hope by you as well,

11   Ms. Paschall.  Because it was only a request, not an objection.

12   BY MS. PASCHALL:

13   Q.  Ms. Calidonna, in Government's Exhibit 140, defense asked

14   you some questions about identifying the audio that corresponds

15   with specific messages.  Do you remember that line of

16   questioning?

17   A.  I do.

18   Q.  I've pulled up on the screen Government's Exhibit 38.  Now,

19   here to the left, I believe you've already testified --

20        THE COURT:  Government's Exhibit 38?

21        MS. PASCHALL:  Slide number 38 and Government's

22   Exhibit number 40.  Thank you, Your Honor.

23   BY MS. PASCHALL:

24   Q.  I believe you already testified to this, but could you

25   please refresh us and the Court, what are those orange cones

1    that I circled off to the left in slide number 38?

2    A.  The orange cones indicate an audio message.

3    Q.  In each of these messages that you have pulled for your

4    slide, when there is an audio message, what do we also see at

5    the top of the square, including that orange cone?

6    A.  We see the name of the sender as it is saved in Ms. Tunis's

7    contacts.  Specifically with this example, this audio message

8    was sent by Joly M, emoji, emoji.

9    Q.  So is that part of how you determined who was sending these

10   audio messages as you have depicted them in Government's

11   Exhibit 40?

12   A.  Yes.

13   Q.  Now, in Government's Exhibit 40, we'll stay on slide 38.

14   We have marked exhibits as Exhibit 101.48.  Do you remember us

15   going through that exercise?

16   A.  Yes.

17   Q.  I'm now pulling up for you what is already in evidence as

18   Government's Exhibit 101.  Do you see that?

19            THE COURT:  I'm sorry, exhibit what?

20            MS. PASCHALL:  101.

21            THE COURT:  Thank you.

22   BY MS. PASCHALL:

23   Q.  Do you see that?

24   A.  Yes.

25   Q.  And up at the top here --

1          THE COURT:  This says -- all right, never mind.
2    There's an Exhibit 121 reference, but then there's an
3    Exhibit 101 reference.
4          MS. PASCHALL:  I apologize, Your Honor.  I have
5    several pulled up at the moment.
6    BY MS. PASCHALL:
7    Q.  What does the first page of Government's Exhibit 101
8    indicate that this is?
9    A.  It indicates that this is an extraction report of an Apple
10   iPhone pulled from the program Cellebrite.
11   Q.  And particularly for Exhibit 101, who are the participants
12   listed here on Page 1?
13   A.  The participants are Joly M, the kiss emoji and the heart
14   emoji, and Eliande Tunis, who is the owner.
15   Q.  So as we scroll through Government's Exhibit 101, do we see
16   the messages between those two participants?
17   A.  Yes.
18   Q.  And did you then cull through these messages --
19          MS. AMATO:  Your Honor, objection to leading form of
20   the question.
21          THE COURT:  Ask the question and I'll decide whether
22   it's leading.
23   BY MS. PASCHALL:
24   Q.  For Government's Exhibit 140, did you put every message
25   from Government's Exhibit 100 in that slide deck?

1    A.  No, I did not.  I chose specific messages that related to

2    firearms, financial, and possible photos and messages relating

3    to smuggling activity.

4    Q.  So each message is just a small portion; is that accurate?

5    A.  Yes.

6    Q.  And what about for the messages between the other

7    participants that we discussed, like Eliande Tunis and Jocelyn

8    Germine?

9    A.  I did the same.  I only extracted the relevant portions of

10   the text messages.

11   Q.  So Government's Exhibit 102 that is already in evidence,

12   what is this?

13   A.  This shows that these messages were exchanged between Jos

14   and Eliande Tunis, who is the owner of the phone.

15   Q.  But for Government's Exhibit 140, are all of the messages

16   containing Exhibit 102 seen in Government's Exhibit 140?

17   A.  No.

18   Q.  Why not?

19   A.  I only extracted the relevant parts, which were related to

20   firearms or money transfers.  I did not include various other

21   messages that were not relevant.

22   Q.  But those other messages would appear here in Government's

23   Exhibit 102?

24   A.  Yes, they would.

25   Q.  Now I've pulled up what's already in evidence as

1    Government's Exhibit 103.  What is this?

2    A.  These are all of the messages exchanged between Kuz Walder

3    and Eliande Tunis.

4    Q.  Are all of these messages contained in Government's

5    Exhibit 140?

6    A.  No, not all of the messages are contained.  I only selected

7    a few messages to put into the summary PowerPoint.

8    Q.  But all of the messages between Kuz Walder and Eliande

9    Tunis would be found here in Government's Exhibit 103?

10   A.  Yes.

11        MS. PASCHALL:  Thank you, Your Honor.  I have no

12   further questions for this witness.

13        THE COURT:  Before you step down, let me ask counsel a

14   question.  I'm asking this of Ms. Amato and Mr. Orenberg,

15   primarily, to begin with.

16        There have been some discussions based on objections

17   or concerns with respect to -- I think there are four now

18   summaries from this witness; is that correct?  113, 212, 140,

19   and there's one more?

20        MS. PASCHALL:  121.

21        THE COURT:  121.  What I want to know is now, based on

22   the review of all those documents, some of which documents I

23   admitted with some conditions.  I want to know whether there

24   are continuing objections with respect to the admissibility of

25   those summaries, so that I can give you a final ruling on them.

Rhee - DIRECT

```
 1   And I'm leaving the witness here in case there need to be
 2   follow-up questions based on any objections that are raised.
 3            MR. ORENBERG:  Just to be clear, it's summaries 140,
 4   212 and 113.
 5            THE COURT:  113 and 121?
 6            MS. PASCHALL:  121 was just a single-page PowerPoint.
 7            MR. ORENBERG:  No objections, Your Honor.
 8            THE COURT:  All right.  The conditions are removed
 9   from the admission of all of those summaries.
10            And with that, Ms. Calidonna, you may step down.
11            THE WITNESS:  Thank you.
12            MS. PASCHALL:  Your Honor, at this time the Government
13   calls Deborah Rhee.
14            COURTROOM DEPUTY:  This is the one with the
15   interpreter?
16            MS. PASCHALL:  Correct.  Thank you.
17            For the record, Your Honor, Ms. Rhee will be speaking
18   through a Korean interpreter.
19            (Interpreter sworn.)
20                        DEBORAH RHEE,
21   having been first duly sworn on oath, was examined and
22   testified as follows:
23            THE COURT:  Good afternoon.
24                      DIRECT EXAMINATION
25   BY MS. PASCHALL:
```

Rhee - DIRECT

1  Q.  Could you please state and spell your name for the Judge.

2  A.  Uaghwa U-A-G-H-W-A, R-H-E-E.

3  Q.  And Ms. Rhee, do you go by the American name Deborah?

4  A.  Yes, Deborah.

5  Q.  And your last name, Rhee, is that sometimes pronounced in

6  English as Lee?

7  A.  Yes.

8  Q.  So there's a microphone right in front of you.  The other

9  one.  Could you bring that closer to you?  Or maybe you need to

10  come closer to it.

11      Ms. Rhee, where do you live?

12  A.  Anaheim, California.

13  Q.  Are you a U.S. citizen?

14  A.  Yes.

15  Q.  Where were your born?

16  A.  South Korea.

17  Q.  Do you feel most comfortable testifying in Korean language?

18  A.  Yes.

19  Q.  What do you do for a living?

20  A.  Missionary.

21  Q.  In June of 2021, where were you living?

22  A.  Tormon, Haiti.

23  Q.  Why were you living in Haiti in June of 2021?

24  A.  Because of the mission work.

25  Q.  Who was living there with you at the time?

Rhee - DIRECT

1  A.  With my husband and four other Haitian staff.

2  Q.  I want to direct your attention to June 24th of 2021.  What

3  were you doing on that day?

4  A.  I do not remember what I've done or did on 24th of June.

5  No, I don't remember exactly.

6  Q.  Let's do it this way.  At the end of June 2021, what were

7  you doing in Haiti?

8  A.  I was doing my missionary work.

9  Q.  Did there come a time where you were unable to work?

10  A.  I -- yes, it happened.  I had to go to visit some other

11  missionary center to rent or buy a protractor.  And on the way,

12  we were kidnapped.

13       MR. ORENBERG:  Your Honor, we -- apologize for waiting

14  for the conclusion, we're going to object based on our previous

15  objection to the mentioning of certain activities in Haiti.

16       THE COURT:  The objection is noted.  I've ruled

17  previously.  I'll also rule confirming that based on some of

18  the evidence I introduced and what I expect this witness will

19  be testifying to relating to evidence.  The objection is

20  overruled.

21  BY MS. PASCHALL:

22  Q.  Can you please describe for the Court what happened when

23  you were kidnapped?

24       MS. AMATO:  Your Honor, excuse me.  Your Honor, I

25  thought the Government was going to be very limiting in the

Rhee - DIRECT

```
 1    information that they brought forth.  I think the important
 2    aspect for them pertains to the monies.  And so we would object
 3    to any type of detailed information beyond the kidnapping
 4    occurring.
 5         And we'd ask that the Court preclude the Government
 6    from bringing forth details about the kidnapping and aspects
 7    that are not relevant beyond just the fact of the kidnapping
 8    and then the release, as to what she may know in terms of
 9    monies.  But we'd ask that other information be precluded.
10         THE COURT:  You're asking for a general limitation for
11    me to apply.  I will caution -- first of all, I'll caution
12    defense counsel that we usually only allow one counsel per
13    witness.  So you've got to do a little bit better coordination
14    on that.
15         Secondly, I will say that the Government should be
16    mindful of limiting the examination of this witness.  I won't
17    set particular parameters, but money, objects, are certainly
18    within the scope of what would be permissible.  And a limited
19    description of the events is also acceptable.  Going too far, I
20    will interject and cut it off.
21         Ms. Paschall, please proceed.
22    BY MS. PASCHALL:
23    Q.  Ms. Rhee, who was with you when you got kidnapped?
24    A.  With my husband, two other Korean missionary couples and a
25    Haitian pastor, who also interpreter.
```

Rhee - DIRECT

1   Q.  The other Korean couple that you mentioned, what was their

2   name?

3   A.  Yongseok Park.  Wife's last name is Kim.

4       Suno (ph.) Kim, I remember.  Suno Kim.

5   Q.  Can you please describe for the Court what happened when

6   you were kidnapped.

7   A.  We first lie on the floor of the room.  They asked me if I

8   have children.  They asked me if I have a son.  He needs to

9   pay.  He needs to pay.  If you want to be released, he needs to

10  pay me money.  They tried to hit my husband, but I said stop.

11  But the other pastor and Haitian pastor were beat by them a

12  lot.

13  Q.  So let's go back to the moment that you were actually

14  taken.  What did the people who looked -- who took you look

15  like?

16  A.  They were wearing short pants and a tank top.  And they

17  were wearing a handgun in their waist.  And they were wearing

18  machine guns, the big one.

19  Q.  And are those the same people who took you to the place

20  that you just described where you were placed on the floor?

21  A.  Yes.

22  Q.  Once you arrived at that location, did the captors take

23  anything from you?

24  A.  Yes.  A cell phone.  All five of us, they took their cell

25  phone away from them.  And I was wearing a gold necklace with a

Rhee - DIRECT

1    cross on it.  They took my gold necklace.  And they took my
2    car.  All the belongings in the cars, they took.
3    Q.  And that car that you mentioned, is that the car that you
4    were kidnapped in?
5    A.  Yes.
6    Q.  Did the captors ask you to do anything with respect to the
7    cell phone?
8    A.  They hand me the cell phone back and asked me whoever you
9    can contact in Haiti, to contact that person so that they can
10   pay for your release.
11   Q.  Who did you contact?
12   A.  It was me who made a contact, but the another pastor, he
13   made a contact to another pastor in Haiti.
14   Q.  What was the name of that pastor?
15   A.  I remember the pastor's last name, Pastor Kim.  Merlin
16   (ph.) Kim.
17   Q.  Did Pastor Kim work for the Mission Pacific Haiti
18   organization?
19   A.  I believe so.  I don't remember exactly name of it.  But I
20   think so.
21   Q.  Did the captors tell you anything about what would happen
22   if they got the ransom?
23   A.  Yes.  They told me they were going to kill us.
24   Q.  They were going to kill you if you did not pay the ransom?
25   A.  Yes.

Rhee - DIRECT

```
 1   Q.  What would happen if you did pay the ransom?
 2   A.  Release us.
 3   Q.  Did there come a time while you were kidnapped where you
 4   met a person who was the leader of the captors?
 5   A.  Yes.
 6   Q.  Did you talk to that individual?
 7   A.  Yes.  Two times.
 8   Q.  Did you learn that individual's name?
 9   A.  Yes.  Later, I found out.
10   Q.  When you spoke with the FBI, were you able to identify that
11   person by a photograph?
12   A.  Yes.  Two people.
13   Q.  I'm pulling up what is marked as Government's Exhibit 902.
14            THE COURT:  902, is it in evidence?
15            MS. PASCHALL:  Not yet, Your Honor.
16            THE COURT:  Okay.
17   BY MS. PASCHALL:
18   Q.  Ms. Rhee, I've pulled up Page 5 of Government's
19   Exhibit 902.  Can you see that on the screen in front of you?
20   A.  Yes, yes.
21   Q.  And is this one of the pictures that you identified for the
22   FBI?
23   A.  Yes.
24   Q.  Does this appear to be the same picture you identified back
25   for them in 2021?
```

1    A.  Yes, yes.

2         MS. PASCHALL:  At this time, Your Honor, we would move

3    the admission of Government's Exhibit 902.

4         MR. ORENBERG:  Is the Government seeking to move the

5    entire exhibit or just this page?  I think it's more than just

6    this.

7         MS. PASCHALL:  Just this page.

8         THE COURT:  Just Page 5 of 902.  Are you going to

9    subsequently be attempting to move the entirety of 902?

10        MS. PASCHALL:  I think so.  We have been in

11   discussions with defense counsel about whether this additional

12   witness would need to come to complete the identification

13   process.

14        THE COURT:  Okay.  Page 5 is admitted.  That's the

15   picture that's on the screen now.

16     (Government Exhibit 902, Page 5 received in evidence.)

17   BY MS. PASCHALL:

18   Q.  Is that picture the man who you identified as the leader of

19   the captors?

20   A.  Yes, yes.

21   Q.  I believe you said that you met with him about two times;

22   is that correct?

23   A.  Yes.

24   Q.  What did he say to you the first time that you met him?

25   A.  Don't worry.  As soon as we get paid, we'll release you.

Rhee - DIRECT

1    Asking me if I have children.  Hurry up and contact them.  As

2    soon as they pay, we'll release you.

3    Q.  And do you, in fact, have children?

4    A.  Yes, yes.

5    Q.  What is the name of your son?

6    A.  Ryan.

7    Q.  And does he share your last name?

8    A.  Lee, L-E-E.

9    Q.  You said that you saw this individual you've identified in

10   Exhibit 902 a second time.  Did he speak to you that time?

11   A.  Yes.

12   Q.  What did he say to you then?

13   A.  He said the same thing.

14   Q.  When you were being held captive, were you the only set of

15   individuals that were there or were there other people there as

16   well?

17          MR. ORENBERG:  Objection, Your Honor.

18          MS. AMATO:  Objection; relevance.

19          MR. ORENBERG:  I'll take it.  Relevance, I mean -- I'm

20   sorry, Your Honor.

21          THE COURT:  Yeah, you're having a hard time.

22          Relevance?

23          MR. ORENBERG:  Relevance.  And I say this respectfully

24   to the Court.  I thought the Court said they were going to

25   monitor our previous objection, so that it did not exceed the

Rhee - DIRECT

1    scope of --

2            THE COURT:  Why do we have to go into other people

3    being there?

4            MS. PASCHALL:  Your Honor, I think, as we have already

5    discussed in some of our testimony and maybe the opening

6    statement, the business of the gang --

7            THE COURT:  The opening statement is not going to be a

8    good reason, but go ahead.

9            MS. PASCHALL:  Absolutely.  Part of the Government's

10   case is that the business of the gang involved kidnapping

11   American citizens, who could pay more money then the Haitians

12   who were present.  So anything that this witness would have

13   heard or understood about Haitians who were in captivity would

14   set up that dichotomy of why the gang would want to kidnap

15   American citizens.  So the next line of questioning I was going

16   to ask --

17           THE COURT:  I'll allow very limited questioning on

18   this.  Go ahead.

19           MS. PASCHALL:  Thank you.

20   BY MS. PASCHALL:

21   Q.  Were there also Haitian individuals who were there with

22   you?

23   A.  The room was divided by half.  I didn't know initially.

24   There was a door between the divider.  I realized the next day

25   there were five or six Haitian people also were there,

Rhee - DIRECT

1  kidnapped.  Initially, I had no idea they were also kidnapped.
2  Two or three days late, after we were captured, Lanmo San Jou
3  came and entered the other room first.
4  Q.  And just to stop you right there, that individual that
5  you've named, Lanmo San Jou, is that also the person that
6  you've identified in Government's Exhibit 902?
7  A.  Yes, yes, yes.
8  Q.  And were you able to overhear what Lanmo San Jou said to
9  the Haitian individuals who were on the other side of the wall?
10          MR. ORENBERG:  Objection.
11          THE COURT:  Objection.  Please don't answer.
12          The objection is?
13          MR. ORENBERG:  Hearsay.  Were you able to overhear?
14          THE COURT:  Hearsay is the objection.  And the
15  response is?
16          MS. PASCHALL:  Lanmo San Jou is an unindicted
17  coconspirator in this matter, Your Honor, and therefore, we
18  should be permitted to get in any statements of the
19  coconspirator.
20          THE COURT:  Mr. Orenberg.
21          MR. ORENBERG:  Have they proven at this point that
22  he's an unindicted coconspirator?
23          THE COURT:  Is he an unindicted coconspirator in the
24  indictment?  Is he identified as an unindicted coconspirator?
25          MS. PASCHALL:  He's one of the individuals in the

Rhee - DIRECT

```
 1    indictment.
 2              THE COURT:  I will overrule the objection and allow
 3    the question and answer.
 4    BY MS. PASCHALL:
 5    Q.  So do you remember hearing what Lanmo San Jou said to the
 6    other Haitians?
 7    A.  Yes, yes.
 8    Q.  And what did you overhear?
 9    A.  Well, because we had an interpreter, the other pastor said
10    to me that he was talking about --
11              MR. ORENBERG:  Objection.  Objection.
12    A.  2- or $3,000.
13              THE COURT:  Just a second, please.  Thanks.
14              Other pastor.  It's a hearsay --
15              MR. ORENBERG:  Hearsay as well.
16              MS. PASCHALL:  If it's a translation of the statement
17    of the unindicted coconspirator, I believe that should still
18    suffice.
19              THE COURT:  All right.  It will go to the reliability
20    because we have multiple here.  But I will allow -- overrule
21    the objection and allow the answer, to the extent that it is
22    ultimately the representation as to what San Jou said.
23              MS. PASCHALL:  Great.  Your Honor can assess the
24    weight as opposed to the statement itself.
25    BY MS. PASCHALL:
```

Rhee - DIRECT

1    Q.  Go ahead.  Do you need me to ask the question again?
2        That's okay.  I believe I asked:  What did you overhear
3    Lanmo San Jou saying to the other individuals on the other side
4    of the wall?
5    A.  I heard requesting 2- or $3,000 from them.  And I heard
6    them also saying that they didn't have all their money at once.
7    So they were making an installment of a thousand dollars and
8    $500, something like that.
9    Q.  About how many days were you held at that location?
10   A.  Seventeen days.
11   Q.  What happened on the 17th day?
12   A.  The same people who kidnapped us came back to our room and
13   told us to get in the car.  I thought that they were going kill
14   me, kill us.  I had no idea ransom was ever paid or not.  It
15   was about hour driving.  They were taking us to some place.  I
16   think the way we get out of the town and it was about an hour
17   driving.  We were in some other town.  And there was another
18   car waiting for us at the time.
19   Q.  And who was in that other car?
20   A.  I don't know the person, but he was a Haitian guy.  It was
21   from -- the Pastor Kim sent the escort -- he can escort us
22   back.  So he was Pastor Kim's person, Haitian guy.
23   Q.  What happened to the car, your car that you got kidnapped
24   in?
25   A.  They took it.

Rhee - DIRECT

1    Q.  Did you ever get it back?

2    A.  No.  Because there was navigation.  They ask if there were

3    navigation or not.  They asked about five times.

4    Q.  Ms. Rhee, I've pulled up on the screen in front of you what

5    is already in evidence as Government's Exhibit 112.01.  Can you

6    see that picture there?

7    A.  Yes.

8    Q.  Who is depicted in that picture?

9          THE COURT:  Who is the adult, you mean?

10   BY MS. PASCHALL:

11   Q.  Who was the adult depicted in that picture?

12   A.  The pastor's wife, Suno Kim.

13   Q.  Is that one of the individuals who was kidnapped with you?

14   A.  Yes.

15   Q.  Now, I've pulled up Government's Exhibit 112.02.  Can you

16   see that?

17   A.  Yes.

18   Q.  This is already in evidence, but do you know which two

19   individuals are in this photograph?

20   A.  Yes.  These are the same people who were kidnapped with me,

21   Pastor Park and his wife.

22         THE COURT:  And I'm assuming the court reporter has

23   gotten the exhibit number as 112.02.

24   BY MS. PASCHALL:

25   Q.  I now have up on the screen what is already in evidence as

Rhee - DIRECT

1    Government's Exhibit 112.04.  Can you see that photograph?

2    A.   Yes.

3    Q.   What's depicted in this photograph?

4    A.   Same.  Picture of Pastor Park and his wife.

5    Q.   And are there other individuals there as well?  Just other

6    Haitian individuals, I should say.

7    A.   The person next to Pastor Park's wife is the interpreter

8    that Pastor Parks hired.

9    Q.   And is that one of the individuals who was kidnapped with

10   you also?

11   A.   No, no.

12   Q.   Who was the translator who was kidnapped with you?

13   A.   Kenny Legends (ph.).  Kenny Legends.

14   Q.   Finally, I have up on the screen there Government's

15   Exhibit 112.05.  Can you see that picture in front of you?

16   A.   Yes.

17   Q.   Who's depicted in this picture?

18   A.   Pastor Park, Yongseok Park.  Yongseok Park.

19   Q.   Do you know what he's doing in this photo?

20   A.   He's building the pews for the church.

21        MS. PASCHALL:  Thank you, Your Honor.  No further

22   questions.

23        THE COURT:  I'm glad you didn't have anything further

24   on that line.

25        MS. PASCHALL:  I have to do my best, Your Honor.

Rhee - DIRECT

1          THE COURT:  All right.

2          MR. ORENBERG:  The Court's indulgence.

3          THE COURT:  Certainly.

4      (Off-the-record discussion.)

5          MR. ORENBERG:  Your Honor, we have no questions for

6  this witness.

7          THE COURT:  All right.  Thank you very much, Ms. Rhee.

8  You may step down.  Have a good day.

9          (Sealed ex parte bench conference.)

10         ██████████     May we approach ex parte, Your Honor?

11         ████████  ████████████████████████████████

12     ██████████████████████

13         ████████████████████████████████████

14         ██████████████████████████

15         ██████████  ██████████████████████

16         ██████████  ████████████████████████████

17     ██████████████████████████████████████

18     ████████████████████████████████████

19     ██████████████████████

20         ████████████████████████████████

21     ██████████████████████████████████████

22     ████████████████████████████

23         ██████████  ████████████████████████████

24     ██████████

25         ██████████  ████████████████████████████

1 ████████████████

2        ████████████    ████████████████████████

3 ████████████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████

6              (Sealed ex parte bench conference concluded.)

7              THE COURT:  Next witness.

8              MR. BARNES:  Your Honor, the Government calls Thomas

9 Bond.

10                    THOMAS BOND,

11 having been first duly sworn on oath, was examined and

12 testified as follows:

13              THE COURT:  Good afternoon, Mr. Bond.

14              THE WITNESS:  Good afternoon.

15              THE COURT:  Mr. Barnes.

16              MR. BARNES:  Thank you, Your Honor.

17                    DIRECT EXAMINATION

18 BY MR. BARNES:

19 Q.  Sir, could you please state and spell your name for the

20 record.

21 A.  My name is Thomas J. Bond, III.  I go by Jeff.

22 Q.  Mr. Bond, where do you work?

23 A.  I work at the Bureau of Industry and Security at the

24 Department of Commerce.

25 Q.  Do you work in a particular part of the Bureau of Industry

Bond - DIRECT

1  and Security?

2  A.  I work with the nuclear missile and firearms technology

3  division.

4  Q.  Does the Bureau of Industry and Security go by BIS?

5  A.  Yes, BIS.

6  Q.  Mr. Bond, where is BIS located?

7  A.  Corner of 15th and Pennsylvania.

8  Q.  In what city?

9  A.  Washington, D.C., here.

10  Q.  Mr. Bond, how long have you worked at BIS?

11  A.  Just over 10 years.

12  Q.  So since 2014?

13  A.  '13.

14  Q.  2013?

15  A.  (Nods head in the affirmative.)

16  Q.  What is your current title at BIS?

17  A.  I am a senior export licensing officer.

18  Q.  And how long have you been in that role?

19  A.  I'm sorry?

20  Q.  How long have you been in that role?

21  A.  Since I was hired.

22  Q.  So the same role, senior export licensing officer, since

23  2013?

24  A.  That's correct.

25  Q.  What does the nuclear missile and firearms technology

1  division do?

2  A.  We process export license applications for items that are

3  controlled for nuclear nonproliferation, missile technology,

4  national security reasons.

5  Q.  And what are your responsibilities, personally, as a senior

6  export licensing officer?

7  A.  Well, I process export applications for items.  I process

8  license determinations, and I deal with commodity

9  classification requests.

10  Q.  We'll get into those in a minute.  But where did you work

11  prior to starting at the Commerce Department?

12  A.  Immediately prior, I was with the Association for

13  Manufacturing Technology.  It's a private trade group

14  representing the machine tool industry.

15  Q.  Did you have any exposure to or involvement with export

16  controls in that position?

17  A.  Yes.  I helped our membership with helping them apply and

18  process the submission of export applications involved with

19  machine tools.

20  Q.  And where did you work prior to that, Mr. Bond?

21  A.  Before that, I was with the Department of Defense for over

22  21 years.  The last role was with the small business innovation

23  research program in the Office of the Secretary of Defense.

24  Q.  Mr. Bond, what is your educational background?

25  A.  I have a bachelor's in engineering, a master's in

Bond - DIRECT

1  engineering administration and pre-doc work in hypervelocity

2  impact.

3  Q.  What is hypervelocity impact?

4  A.  Hypervelocity impact deals with the debris field that

5  occurs when a missile hits another missile.

6  Q.  Switching gears a little bit, Mr. Bond, are you familiar

7  with how the U.S. Commerce Department controls certain items

8  for export?

9  A.  Yes, I am.

10  Q.  Are you familiar with something called the commerce control

11  list?

12  A.  Yes, the CCL, commerce control list.

13  Q.  Who is the CCL?

14  A.  Commerce control list is a way of dividing out into various

15  product categories those items that need to be controlled and

16  require license for export outside the U.S.

17  Q.  And how is the CCL organized?

18  A.  CCL is organized into 10 product categories, then a number

19  of product fields, and then broken out by regime controls.  So

20  there's a five-digit alphanumeric code associated with every

21  item that needs to be controlled.

22         MR. BARNES:  I'll ask Mr. Cassius to pull up

23  Government's Exhibit 970.05.

24  BY MR. BARNES:

25  Q.  Mr. Bond, do you recognize this document?

Bond - DIRECT

1    A.   One moment.   Yes.

2    Q.   What is it?

3    A.   This is off the BIS website.   It's a breakout for how the

4    commerce control list is organized.   As I mentioned, the

5    five-digit alphanumeric, the first one is the 10 product

6    categories.

7    Q.   And just for the record, those are the boxes outlined in

8    red in the middle of the page of this document?

9    A.   On the left side, yes.

10   Q.   Mr. Bond, you mentioned the five-digit alphanumeric number.

11   What is an export control classification number?

12   A.   Export control classification number, the ECCN, is

13   basically the bin or box that controlled items are placed based

14   on this logic of how items are categorized that require license

15   for export outside the U.S.

16   Q.   So an item has an ECCN applied to it?   What's the

17   terminology for that?

18   A.   That's correct.   I mean, if an item requires control, there

19   is an ECCN applied to it.

20   Q.   And does every item have -- that's controlled through

21   export on the commerce control list have an ECCN?

22   A.   Yes.

23   Q.   How are the characters in an ECCN organized?

24   A.   Okay.   The five alphanumeric, the first is the product

25   category, one of those 10 based on sort of a broad focus on

Bond - DIRECT

1    what the item is.  The second one is consistent across all

2    ECCNs, whereas the letter -- the "A" is an item, the "B" is the

3    equipment, "C" are materials, and "E" is technology, "D" is

4    software.  And then the three digits that are associated, as an

5    example on the top right, are hundred series levels based on

6    the regime that controls that item.

7    Q.  Just for the record, you are looking at the box outlined in

8    blue at the top right corner of Government's Exhibit 970.05,

9    and there's the export control classification number, as an

10   example there, that's 3A001?

11   A.  That's correct.

12          THE COURT:  Let me interject.  This 970.05 has not

13   been moved into evidence yet.

14          MR. BARNES:  Correct.

15          THE COURT:  And he's testifying substantively to

16   what's on it.  So be cognizant of the fact that before he does

17   too much more, that should be moved into evidence.

18          But preliminarily, I have the question, would Mr. Bond

19   be testifying as an expert?

20          MR. BARNES:  He would.

21          THE COURT:  So let's get the qualifications and

22   admission as an expert completed at a point before he starts to

23   give any opinions.

24          MR. BARNES:  Of course, Your Honor.  Getting there

25   shortly.

Bond - DIRECT

1            THE COURT:  All right.

2   BY MR. BARNES:

3   Q.  Mr. Bond, what is a reason for control?

4   A.  There are several reasons for control.  An item could be

5   controlled for national security, regional stability, crime

6   control, firearms convention, nuclear nonproliferation, just to

7   name a few of them.

8   Q.  Mr. Bond, once you know the ECCN for an item and you've

9   looked at the commerce control list, how do you know what

10  countries you can export to?

11  A.  There is a country chart associated with -- every ECCN is

12  associated with the country chart in that there is basically a

13  matrix of a box with the countries down one side, the reasons

14  control across the top, and if there's an "X" in the box, then

15  that control applies to that destination country.

16  Q.  And I just want to ask a few more questions before we ask

17  the Court to qualify you as an expert.  Is there a process by

18  which someone can ask the Commerce Department what the ECCN is

19  for an item and where it can be exported to?

20  A.  Yes.  A commodity classification request can be submitted

21  for any item.  The department, then, is responsible for

22  reviewing the technical description, technical specs of the

23  item and then making a determination, alongside input from DOD

24  on how the item is classified.

25  Q.  And DOD is?

Bond - DIRECT

1    A.   Department of Defense.

2    Q.   Is there a different process when law enforcement asks BIS

3    the same question?

4    A.   No.  It's a similar process.

5    Q.   Does a license determination of commodity classification

6    evaluate whether any license exceptions might apply to a

7    particular item for export to a particular country?

8    A.   For both a license determination and a commodity

9    classification, the licensing officer will generally indicate

10   if any license exceptions apply for that ECCN, to that general

11   export of that item.

12   Q.   Mr. Bond, I just want to ask you a couple more questions

13   about your personal experience with these items.  Have you ever

14   completed any license determinations yourself?

15   A.   Yes.

16   Q.   And how many of those, approximately, were specific to

17   firearms or ammunition?

18   A.   Over 5,000 in the last three years.

19   Q.   Have you ever completed any commodity classifications?

20   A.   Yes.

21   Q.   And approximately how many of those were specific to

22   firearms or ammunition?

23   A.   Over 600 in the last three years.

24   Q.   Have you ever processed a license application?

25   A.   Yes.

Bond - DIRECT

1  Q.  And approximately how many of those were specific to
2  firearms or ammunition?
3  A.  Over 10,000 in the last three years.
4  Q.  Over 10,000 license applications specific to firearms and
5  ammunition?
6  A.  Yes.
7  Q.  Does your position also involve training others on the
8  Commerce Department's export controls on firearms?
9  A.  Yes.
10  Q.  What sorts of trainings do you conduct on firearms?
11  A.  In the private sector there will be various opportunities
12  with trade organizations, industry meetings to educate the
13  public, companies, individuals that are interested in exporting
14  firearms and ammunition-related items.
15  Q.  And have you testified before on how --
16  A.  Yes, I have.
17  Q.  Sorry -- on how the Commerce Department controls firearms
18  and ammunition for export control purposes?
19  A.  Yes.
20        MR. BARNES:  Your Honor, at this time, the Government
21  would like to offer Mr. Thomas Bond as an expert on how the
22  Commerce Department controls firearms and ammunitions for
23  export to certain countries, as well as the Commerce
24  Department's processes for issuing licenses.
25        THE COURT:  Voir dire?

Bond - DIRECT

1              MR. ORENBERG:  Just one question.  Maybe I missed
2      this.  But how many times have you been qualified in federal
3      court to testify?  I'm sorry, did you hear my question?
4              THE WITNESS:  I've testified four other times.
5              MR. ORENBERG:  Four other times in the past how many
6      years?
7              THE WITNESS:  Three years.
8              MR. ORENBERG:  Past three years.
9              Thank you, Your Honor.
10             THE COURT:  I will admit Mr. Bond to testify as an
11     expert.  Now, repeat the actual qualify him as an expert on --
12             MR. BARNES:  The topic area, Your Honor?
13             THE COURT:  Yes, that you just gave.
14             MR. BARNES:  How the Commerce Department controls
15     firearms and ammunition for export to certain countries and the
16     Commerce Department's processes for issuing export licenses.
17             THE COURT:  On exactly that topic, he will be
18     qualified as an expert to give testimony as an expert on that
19     subject.
20     BY MR. BARNES:
21     Q.  Mr. Bond, in connection with this case, were you asked to
22     complete license determinations to evaluate whether certain
23     firearms were on the commerce control list and required a
24     license for export to Haiti?
25     A.  Yes.

1    Q.  Did that evaluation involve determining the export control

2    classification number for various items?

3    A.  Yes.

4    Q.  What types -- generally speaking, what types of items --

5    what types of firearms were you asked to evaluate?

6    A.  Rifles and pistols and a shotgun, if I recall.

7    Q.  I'd like to show you now Government's Exhibit 970.01.

8        MR. BARNES:  And Your Honor, I'll be showing this to

9    the witness, but I won't be admitting these into evidence.

10       THE COURT:  You will or won't be?

11       MR. BARNES:  Will not.

12   BY MR. BARNES:

13   Q.  Mr. Bond, do you recognize this document?

14   A.  Yes, I do.

15   Q.  What is it?

16   A.  This is a conclusion of a license determination.

17   Q.  Let's start at the top.  Did you personally prepare this

18   document?

19   A.  Yes.

20   Q.  Does this document list some of the firearms you were asked

21   to evaluate?

22   A.  Yes.

23   Q.  Could you please read for the Court, for the record, that

24   list of firearms?

25   A.  Under "commodity description"?

Bond - DIRECT

1    Q.  Yes, that's correct.

2    A.  A Glock model 19-caliber, 9-millimeter, serial number

3    YSX120.  A Rock Island Armory --

4              MR. BARNES:  I apologize.  Can we hold on one moment.

5              The Court's indulgence, Your Honor.  Apologies.

6              COURTROOM DEPUTY:  Counsel, the interpreters are

7    asking if you could maybe maximize the screen.

8              MR. ORENBERG:  Your Honor, we have an objection to

9    this exhibit as to relevance.  My review of this exhibit shows

10   that the dates of these various commodities pre-date the dates

11   that are involved in this case.  They go back as far as 2015.

12             THE COURT:  They're not trying to admit the exhibit.

13   They've indicated they're not going to admit the exhibit.  I

14   think they're using this as an example of something that this

15   witness does.  But I don't know.  They can respond to your

16   objection.

17             MR. ORENBERG:  If it's not coming into evidence, why

18   should they be permitted to show it to this witness?

19             THE COURT:  They can show things to a witness that

20   aren't in evidence.  But I'm not going to allow them to put in

21   all the substance of this document that they're not going to

22   try to admit.

23             MR. BARNES:  I apologize, Your Honor.  I think we had

24   the wrong one.  So I'm pulling that out.

25             THE COURT:  All right.

Bond - DIRECT

```
 1            MR. BARNES:  Apologies, Your Honor.  We're back with
 2   the correct version of Government's Exhibit 970 --
 3            COURTROOM DEPUTY:  Which laptop is it?
 4            MR. BARNES:  It's this one.
 5            THE COURT:  All right.  Now we're back on another
 6   document, but it is the -- the representation is this is the
 7   correct 970.01?
 8            MR. BARNES:  That's correct.  And Mr. Orenberg was
 9   correct about the date range.
10            MR. ORENBERG:  Unless it's in this book somewhere, the
11   electronic version that we've been provided doesn't match up.
12   If it's in the big book.
13            THE COURT:  We can look in the big book.  It is a big
14   book.
15            MR. ORENBERG:  Old school, Your Honor.  The book.
16   It's in here.  All right.
17            THE COURT:  970.01 in my book, that I can hardly turn
18   the pages of, appears to be this document dated January 16th.
19            MR. ORENBERG:  We have it, Your Honor.  Thank you.
20            THE COURT:  Proceed, Mr. Barnes.
21            MR. BARNES:  Thank you, Your Honor.
22            With apologies, I think I will redo this a little bit
23   just to make it a little cleaner, Your Honor.
24   BY MR. BARNES:
25   Q.  Mr. Bond, just to start over, do you recognize this
```

Bond - DIRECT

1   document?

2   A.  Yes, I do.

3   Q.  What is this document?

4   A.  This is a license determination.

5   Q.  And what is the date on this document, just to be clear for

6   the record?

7   A.  Date of completion is January 16th, 2024.

8   Q.  And Mr. Bond, did you personally prepare this license

9   determination?

10  A.  Yes.

11      MR. BARNES:  At this time, Your Honor, Government

12  would move Exhibit 970.01 into evidence.

13      THE COURT:  Any objection?

14      MR. ORENBERG:  No objection.

15      THE COURT:  Without objection, 970.01 is admitted.

16  (Government Exhibit 970.01 received in evidence.)

17  BY MR. BARNES:

18  Q.  Mr. Bond, does this document list some of the firearms you

19  were asked to evaluate?

20  A.  Yes.

21  Q.  Could you please, for the Court and for the record, now for

22  this correction version of Government's Exhibit 970.01, read

23  that list of firearms?

24  A.  Commodity description, PSA model AK47 rifle, 7.62 by

25  39 millimeter caliber.  IWI model Galil rifle, 5.56.  Jimenez

Bond - DIRECT

1    Arms model JA9 pistol, 9 millimeter.  Colt model M4 carbine

2    rifle, 5.56.  A Taurus model PT92FS pistol, 9 millimeter.  SAR

3    model SAR-9 pistol, 9 millimeter.  A Century Arms model

4    paratrooper rifle, 7.62 by 39 millimeter. Radom model Hellpup,

5    AK47-style pistol, 7.62 millimeter.  Century Arms model VSKA

6    rifle, 7.62 by 39 millimeter.  Riley Defense model RAK47 rifle,

7    7.62 by 39 millimeter.

8        Barrett Manufacturing model 82A1 rifle, .50 BMG.

9    Springfield Armory model M1A rifle, 308.  Century Arms model

10   WASR-10 rifle, 7.62 by 39 millimeter.  Palmetto Arms model PA15

11   rifle, 5.56.  And Ruger model 57 pistol, 5.7 by 28 millimeter.

12   Q.  Thank you, Mr. Bond.

13         MR. BARNES:  Now, if we could show Mr. Bond

14   Government's Exhibit 970.02.

15   BY MR. BARNES:

16   Q.  Mr. Bond, do you recognize this document?

17   A.  Yes.

18         THE COURT:  Just a second.  Just a second.

19   BY MR. BARNES:

20   Q.  Mr. Bond, what is this document?

21   A.  This is also a license determination.

22   Q.  And did you also personally prepare this license

23   determination?

24   A.  Yes.

25   Q.  Does this document list the other firearm you were asked to

Bond - DIRECT

1    evaluate for this case?

2    A.   Yes.

3    Q.   What is that firearm?

4    A.   A Century Arms centurion 12-gauge shotgun.

5         MR. BARNES:  At this time, Your Honor, we would move

6    Government's 970.02 into evidence.

7         MR. ORENBERG:  No objection.

8         THE COURT:  No objection.  970.02 is admitted.

9    (Government Exhibit 970.02 received in evidence.)

10   BY MR. BARNES:

11   Q.   Mr. Bond, from the perspective of the commerce control

12   list, are all of these items controlled in the same way?

13   A.   No.

14   Q.   How are they controlled -- what are the groupings of items

15   that are controlled similarly or differently?

16   A.   The rifles and pistols are controlled under ECCN 0A501,

17   whereas a shotgun is controlled under ECCN 0A502.

18   Q.   I want to take that step by step.  So for rifles and

19   pistols, you determined that an ECCN was -- what was that

20   again?

21   A.   0A501.A.

22   Q.   What reasons for control apply to items controlled under

23   0A501.A?

24   A.   National security, regional stability and firearms

25   convention controls to this destination country.

Bond - DIRECT

1    Q.  For the shotgun, what ECCN did you determine was

2    applicable?

3    A.  Crime control and firearms convention apply for shotguns

4    for export to this destination country.

5    Q.  And what is the export control classification number for

6    the shotgun?

7    A.  0A502.

8          THE COURT REPORTER:  Can you-all slow down just a

9    little bit.

10   BY MR. BARNES:

11   Q.  Separately, Mr. Bond, did you also determine what ECCN

12   applied to the ammunition for these same firearms?

13   A.  Yes.  0A505 applies for ammunition.

14   Q.  What are the reasons for control that apply to the

15   ammunition for these same firearms?

16   A.  National security, regional stability and firearms

17   convention.

18   Q.  And based on this information, Mr. Bond, have you formed an

19   opinion as to whether the rifles, handguns and shotgun in this

20   case, as well as the ammunition for these firearms, required a

21   license from the Commerce Department for export to Haiti in

22   2021?

23         THE COURT:  Just a second.  I think you have to

24   establish that what's been listed on these documents is the

25   weapons in this case.  Because you're asking him a question as

Bond - DIRECT

1    to the weaponry in this case.  And I don't know that the record

2    yet reflects that what's listed on 970.02 or 970.01 is, in

3    fact, the weaponry in this case.

4            MR. BARNES:  Correct, Your Honor.  I think it is

5    subject to further foundation for witnesses to come that we

6    will establish that the weapons that Mr. Bond read --

7            THE COURT:  But the question you asked was whether the

8    weapons in this case.  And I don't think the record yet

9    reflects that.

10           MR. BARNES:  Then I misspoke, Your Honor.  So I would

11   ask -- if I could ask the witness -- rephrase the question.

12   BY MR. BARNES:

13   Q.  Mr. Bond, have you formed an opinion as to whether the

14   rifles, handguns and shotguns that you listed from the two

15   license determinations, whether those required a license for

16   export to Haiti in 2021?

17   A.  That's correct, yes.

18   Q.  That they did?

19   A.  They do.

20   Q.  I'd like to turn back to Exhibit 970.01, if I could.

21       Mr. Bond if you could --

22           MR. BARNES:  If we could go to --

23           I'll ask Mr. Cassius to highlight a portion of Page 2

24   of Exhibit 970.01.

25

Bond - DIRECT

1   BY MR. BARNES:

2   Q.  Could you read at the top of this page the excerpt where it

3   starts "from March 1."

4   A.  From March 1st, 2021, to November 8th, 2021, a BIS license

5   was required under Part 742.4 and Part 742.6 and Part 742.17 of

6   the Export Administration Regulations, the EAR, under 15CFR

7   Part 730, for the permanent export or reexport to Haiti of

8   items classified under ECCN 0A501.A.

9   Q.  Mr. Bond, is what you just read consistent with the opinion

10  you just gave a moment about the controls applicable to rifles

11  and shotguns for export to Haiti?

12  A.  Yes.

13  Q.  Excuse me, rifles and pistols?

14  A.  Rifles and pistols, yes.

15  Q.  Just to be clear for the record, is your analysis the same

16  for each of the rifles and pistols that you listed previously?

17  A.  Yes.

18          MR. BARNES:  Mr. Cassius, if you could pull up

19  Government's Exhibit 970.02.

20  BY MR. BARNES:

21  Q.  If you could read for the record starting with the

22  sentence -- just the one sentence that starts with, "From

23  March 1."

24  A.  From March 1, 2021, to November 8th, 2021, a BIS license

25  was required under Part 742.7 and Part 742.17 of the export

1    administration regulation, EAR, 15CFR Part 730 for the

2    permanent export or reexport to Haiti of items classified under

3    ECCN 0A502.

4    Q.   Is what you just read consistent with the opinion that you

5    gave earlier about export controls applicable to the shotgun

6    listed on license determination?

7    A.   Yes.

8    Q.   Mr. Bond, did you also analyze whether any specific license

9    exceptions might have applied in 2021 to the export of firearms

10   or ammunition to Haiti?

11   A.   Yes, I did.

12   Q.   And did you conclude that any applied?

13   A.   There were no license exceptions available.

14   Q.   Mr. Bond, does the Commerce Department maintain records of

15   all licenses it has issued for exporting items to certain

16   countries?

17   A.   We have a database, yes.

18   Q.   Does it maintain records of all license applications, even

19   if they're not granted?

20   A.   Yes.

21   Q.   Where does the Commerce Department maintain these records?

22   A.   Through a portal.  Our side of the system is called CUESS,

23   C-U-E-S-S.  The acronym, I believe, stands for Commerce U.S.

24   Exports Support System.

25   Q.   And how far back does that database go?

Bond - DIRECT

1   A.  I believe it goes back to 2012.

2   Q.  Mr. Bond, as part of your job do you have access to the

3   CUESS database?

4   A.  Yes, I do.

5   Q.  In advance of your testimony today, did you check to see if

6   any such licenses were issued to various individuals and

7   organizations?

8   A.  Yes, I did.

9   Q.  Mr. Bond, if an export license for firearms had been issued

10  would it appear in the CUESS database?

11  A.  Yes.

12  Q.  Did you search CUESS, the database, for any export licenses

13  or license applications for Joly Germine?

14  A.  Yes.

15  Q.  Did you also check another name he uses, Yonyon?

16  A.  Yes.

17  Q.  Did you find any licenses issued to Mr. Germine?

18  A.  No.  I found no licenses.

19  Q.  Did you also check to see if Mr. Germine ever applied for

20  an export license?

21  A.  Yes.

22  Q.  Has he ever done so?

23  A.  There was no record of an application submitted.

24  Q.  Did you also search the Commerce Department's CUESS license

25  database for the following names:  Eliande Tunis, Walder

Bond - DIRECT

1    St. Louis, Jocelyn Dor, Lanmo San Jou, Santia Jean, Jermaine
2    Stephenson, Jean Louis and 400 Mawozo?
3    A.  Yes.
4    Q.  Did any of them ever receive or apply for and export
5    license?
6    A.  No record was found.
7    Q.  I'd like to show you now a document marked for
8    identification as Exhibit 970.03.
9        Mr. Bond, do you recognize this document?
10   A.  Yes, I do.
11   Q.  What is it?
12   A.  It's an indication from the Office of Exporter Services
13   that they performed a license history check on those nine names
14   and aliases.
15   Q.  Mr. Bond, who prepared this document?
16   A.  Kirsten Mortimer.
17   Q.  Are you familiar with the process by which Ms. Mortimer
18   goes about in conducting her checks -- excuse me, in producing
19   a memorandum like this?
20   A.  Right.  They put the names in through a search engine to
21   see if any of those names appear as a point of contact on any
22   of the applications.
23   Q.  And directing your attention to the text in bold under
24   "license history" here.  What are those -- what's the list
25   under the words "license history"?

Bond - DIRECT

```
 1            THE COURT:  You want him to read the list?

 2            MR. BARNES:  No, just identify it.

 3            THE WITNESS:  Those are the names that were checked,

 4     as well as the aliases associated with those names.

 5     BY MR. BARNES:

 6     Q.  Are those the same names that you checked in your own

 7     search of the database?

 8     A.  Yes.

 9     Q.  What does the document say below that list of names?

10     A.  No license history found.

11            THE COURT:  You should admit the document before you

12     get him to testify to the substance of the document.

13            MR. BARNES:  Your Honor, at this time we move to admit

14     Government's Exhibit 970.03.

15            THE COURT:  Mr. Orenberg.

16            MR. ORENBERG:  Object, Your Honor.  I don't think

17     there's a sufficient foundation that witness prepared this

18     document.  Clearly, I think the Court can read that it was

19     prepared from a Kirsten Mortimer and it was prepared for a

20     Jason Seltzer.  There's nothing here to indicate that this

21     particular witness had anything to do with the preparation of

22     this document.

23            THE COURT:  You may be right.

24            MR. BARNES:  Your Honor, I think we can move on from

25     the exhibit.
```

Bond - DIRECT

1    THE COURT:  All right.  The objection, I take it, was

2    a hearsay objection.

3    MR. ORENBERG:  Yes.  Yes, Your Honor.

4    THE COURT:  Notwithstanding the fact that it appears -

5    to be -- it may be a business record.  We don't know.

6    MR. ORENBERG:  We don't know.

7    THE COURT:  Mr. Barnes, do as you wish.

8    BY MR. BARNES:

9    Q.  Mr. Bond, in advance of your testimony today, did you also

10   review whether the Commerce Department has granted any recent

11   licenses for export to Haiti of any firearms or ammunition?

12   A.  Yes, I did.

13   Q.  And have any been granted?

14   A.  Yes.

15   Q.  And approximately how many?

16   A.  Eleven, I believe.

17   Q.  Eleven in what time period?

18   A.  Since March of 2020.

19   Q.  Since March of 2020.

20       And did you review those licenses?

21   A.  Yes.

22   Q.  And did any of those licenses refer to Joly Germine or any

23   of the individuals on the list that you saw?

24   A.  No, they did not.

25   MR. BARNES:  No further questions, Your Honor -- well,

Bond - CROSS

1    actually, Court's indulgence.

2              THE COURT:  Certainly.

3              MR. BARNES:  No further questions, Your Honor.

4              THE COURT:  Just so we have the evidentiary record

5    straight, in addition 970.03 is not in evidence?

6              MR. BARNES:  That's correct, Your Honor.

7              THE COURT:  All right.  Mr. Orenberg, it's five of

8    5:00.  How long is your cross-examination going to take?

9              MR. ORENBERG:  If the Court can give us one minute.

10             THE COURT:  I will give you that one minute.

11        (Off-the-record discussion.)

12             MR. ORENBERG:  Briefly, Your Honor.

13             THE COURT:  All right.  With that promise, please

14   proceed.

15             MR. ORENBERG:  I'll try to be brief.

16                       CROSS-EXAMINATION

17   BY MR. ORENBERG:

18   Q.  Good afternoon, Mr. Bond.

19   A.  Good afternoon.

20   Q.  With respect to Government's Exhibit 970.01 and 970.02, the

21   two documents that you yourself prepared, do you recall these

22   documents?

23   A.  Yes, I do.

24   Q.  Okay.  And you said you went through a process of -- you

25   were given a list of weapons from somebody?

Bond - CROSS

1    A.   Yes.

2    Q.   And who gave you that list?

3    A.   It comes in through our CUESS system, any referral from law

4    enforcement sources.

5    Q.   And then you take that list and what do you do with it?  Do

6    you put it into a database?  Do you go through a book to find

7    out whether or not the particular item is subject to export

8    control?  What do you do?

9    A.   Based on the technical description and experience, we know

10   where the item is controlled, which ECCNs apply for it.

11   Q.   Okay.  So you use a database?

12   A.   Basically.

13   Q.   Okay.  And how many -- and in that database, how many items

14   are in that particular database?  The database is -- the

15   database that you use to search for these two exhibits.

16   A.   Well, the items were described as firearms.  I agreed with

17   that description as it was presented.  And there's one ECCN

18   associated with the export control of firearms.  There's one

19   ECCN associated with the export control of shotguns.

20   Q.   Okay.

21        MR. ORENBERG:  I have no further questions.

22        THE COURT:  All right.  Mr. Barnes, anything further?

23        MR. BARNES:  No, Your Honor.

24        THE COURT:  Mr. Bond, thank you very much for coming.

25   You may step down.  You're excused.

```
 1              THE WITNESS:  Thank you.
 2              THE COURT:  That will be it for the day.  Don't
 3     everybody pack up because we have one thing we need to cover
 4     before we adjourn.
 5              Mr. Orenberg, you're standing.
 6              MR. ORENBERG:  Just to stretch, Your Honor.  It was
 7     nice to stand up for a minute there.
 8              THE COURT:  That's fine.  All right.  I'm going to
 9     return just for a moment to the issue we discussed to start
10     today.  And I just want to talk to you, Mr. Germine, through
11     the interpreter, and make sure that you understand the
12     situation.
13              I understand there might have been some confusion
14     about whether you needed to appear on Friday to come to court.
15     And that's okay.  Occasionally, confusion happens.  But I want
16     to make sure that there's no confusion for the future.
17              So I issued an order, and it was brought to you and
18     interpreted for you, that says:  Upon consideration of
19     defendant's repeated refusal to attend court proceedings in
20     this case, defendant is hereby advised that trial will continue
21     on Monday -- that's today -- January 22nd, 2024, and the Court
22     may proceed without him shall he fail to appear.
23              Mr. Germine, do you understand -- and use the
24     microphone.
25              Put the microphone in front of Mr. Germine, if you
```

```
 1   would.
 2            Mr. Germine, do you understand that order?
 3            THE DEFENDANT:  Yes.
 4            THE COURT:  And I'll correct it in one sense.  The
 5   word "repeated refusal" may not be accurate.  You did have one
 6   occasion that you did not agree to come.  That was not for
 7   trial date; that was for the pretrial date.  And then we had
 8   whatever happened on Friday.
 9            But I want to make it perfectly clear to you that you
10   need to appear here unless you decide that you're not going to
11   appear, what we call a voluntary absence.  Otherwise, you need
12   to be here.  And if you decide not to appear, we will continue
13   with the trial even without you present.  Do you understand
14   that?
15            THE DEFENDANT:  Yes.
16            THE COURT:  And are you prepared to appear for each
17   trial date?
18            THE DEFENDANT:  Yes.
19            THE COURT:  All right.  So as I indicated already, if
20   you fail to appear -- and I'm not saying you will fail, but if
21   you fail to appear, if you decide not to appear, then that
22   refusal to come to court will be taken as a waiver of your
23   right to attend these proceedings and we will go forward with
24   the trial without you.  Do you understand that?
25            THE DEFENDANT:  Yes.
```

1          THE COURT:  All right.  Thank you for your indulgence,

2     Mr. Germine.

3          And with that -- Mr. Orenberg, did you have anything?

4          MR. ORENBERG:  Yes, Your Honor.  I have a request.

5     Given the Court's acknowledgment that there was some sort of

6     confusion about this past Friday, and the Court in its order,

7     which I believe is ECF136, used the terminology "repeated

8     refusal," we're asking the Court to redact or take out the

9     "repeated" from that order.

10         THE COURT:  I don't need to redact the order.  I've

11    already explained that that may not be accurate, and that's on

12    the record.

13         MR. ORENBERG:  Very well.  Thank you, Your Honor.

14         THE COURT:  All right.  Anything further we need to

15    cover today before we adjourn?  Given the opportunity, someone

16    always seizes the mic.

17         MS. SEIFERT:  So respectfully, the Government has no

18    information to indicate that the defendant's refusal was a

19    result of a confusion.  I understand from defense that there

20    was a submission to the Court that was ex parte.  But in the

21    future, if the Court intends to rely on that submission, I

22    think the Government, in determining that a failure to appear

23    or failure to leave his cell on Friday was, in fact, because of

24    a confusion, I think the Government would need to have that

25    information so it could properly make arguments with respect to

1    the future.

2            I'll just put that as a placeholder for now because

3    hopefully, of course, we won't have to deal with this issue.

4    But from the Government's perspective, the information the

5    Government has is that there have been two occasions in which

6    Mr. Germine has refused to leave his cell, and there's no

7    indication to the Government that there was confusion based on

8    the information we have.  Thank you.

9            THE COURT:  You're welcome, Ms. Seifert.  But I will

10    say that I did not make a finding as to what happened on

11    Friday.  I used the word "may."  There may be a conflict in the

12    perspectives of the Government and defense, but I didn't make a

13    finding, and I went through what I thought was the necessary

14    advice to Mr. Germine.  And we'll leave it at that.  I won't

15    get any testier about it.

16            With that, we'll see you in the morning.  Who will be

17    the first witness in the morning?  We don't know?

18            MS. PASCHALL:  I suppose we don't know.  A shock, Your

19    Honor.  But we will email defense counsel with the witnesses we

20    expect to testify this evening, so they will be prepared.

21            THE COURT:  Okay.  There's one other thing that

22    defense was asked to advise me of first thing this morning.

23    And I didn't hear anything from you, so I take it there was

24    nothing to advise me of in terms of receipt of something.

25            Did you look in to it?  Do you know what I'm referring

1    to and did you look into it?

2            MR. ORENBERG:  I apologize, Your Honor.  It's been a

3    long day.  Oh, yes, I know what you're talking about.

4            THE COURT:  And did you look into it?

5            MR. ORENBERG:  Yes, I did look into it.  I have

6    nothing to report to the Court.  I apologize.

7            THE COURT:  Thank you.

8            MR. ORENBERG:  Thank you, Your Honor.

9            THE COURT:  I'll see you bright and early tomorrow,

10   ready to go at 9:30.  Thank you.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


 /s/ Stacy Johns                Date: January 22, 2024

 Stacy Johns, RPR
 Official Court Reporter

**BY MR. BARNES: [16]**
497/18 500/24 503/2
506/20 507/12 509/24
510/17 511/15 511/19
512/10 513/10 514/12
514/25 515/20 519/5
520/8
**BY MR. ORENBERG:**
**[1]** 521/17
**BY MS. AMATO: [9]**
452/4 457/12 458/1
459/22 460/25 462/16
463/4 465/14 467/3
**BY MS. PASCHALL:**
**[44]** 420/7 423/6 425/2
425/17 426/10 427/21
430/6 432/1 436/11
437/13 437/24 438/16
439/6 439/24 440/13
441/1 441/14 442/21
443/13 444/6 445/7
446/4 446/17 447/6
448/16 450/25 471/17
475/5 475/17 476/12
476/23 477/22 478/6
478/23 481/25 483/21
484/22 487/17 488/17
490/20 492/4 492/25
494/10 494/24
**COURTROOM**
**DEPUTY: [3]** 481/14
508/6 509/3
**MR. BARNES: [34]**
470/11 471/2 496/15
497/8 497/16 500/22
502/14 502/20 502/24
505/20 506/12 506/14
507/8 507/11 508/4
508/23 509/1 509/4
509/8 509/21 510/11
511/13 512/5 514/4
514/10 514/22 515/18
520/25 521/3 521/6
522/23
**MR. ORENBERG: [56]**
426/7 434/3 434/5
434/12 434/16 436/2
437/21 438/13 439/3
439/21 440/10 440/23
441/11 442/14 442/19
444/1 445/4 446/1
446/14 481/3 481/7
483/13 488/4 489/17
489/19 489/23 491/10
491/13 491/21 492/11
492/15 496/2 496/5
506/1 506/5 506/8
508/8 508/17 509/10
509/15 509/19 510/14
512/7 519/16 520/3
520/6 521/9 521/12
521/15 522/21 523/6
525/4 525/13 527/2
527/5 527/8
**MS. AMATO: [14]**

446/13 448/15 452/4
457/10 462/15 467/2
468/19 469/1 469/4
469/6 476/6 478/19
483/24 489/18
**MS. PASCHALL: [66]**
420/5 422/20 422/23
423/1 423/3 423/5
424/14 424/21 425/1
425/11 426/4 433/25
434/17 435/1 435/5
435/13 435/20 436/9
437/19 438/11 439/1
439/19 440/8 440/21
441/9 441/23 442/1
442/4 442/8 443/23
445/1 445/25 446/12
447/3 451/21 462/20
469/9 469/13 469/15
474/14 474/18 474/21
475/4 475/15 476/21
477/20 478/4 480/11
480/20 481/6 481/12
481/16 487/15 488/2
488/7 488/10 490/4
490/9 490/19 491/16
491/25 492/16 492/23
495/21 495/25 526/18
**MS. SEIFERT: [12]**
469/17 469/22 470/2
470/6 470/10 471/6
471/9 471/11 496/10
496/23 497/2 525/17
**THE COURT**
**REPORTER: [2]**
434/20 513/8
**THE COURT: [178]**
**THE DEFENDANT: [4]**
524/3 524/15 524/18
524/25
**THE WITNESS: [29]**
427/20 429/14 430/1
431/20 431/23 437/12
441/25 443/10 448/12
450/16 450/24 457/25
459/21 460/10 460/12
460/15 460/19 460/24
463/3 465/10 473/24
474/3 474/9 481/11
497/14 506/4 506/7
519/3 523/1

**$**

**$3,000 [2]** 492/12 493/5
**$500 [1]** 493/8

**'**

**'13 [1]** 498/13

**.**

**.1 [3]** 460/11 460/18
473/11
**.1 minute [1]** 460/18
**.1 minutes [2]** 460/11
473/11
**.2 [1]** 429/19
**.2 minutes [1]** 429/19
**.50 [1]** 511/8

**8 [1]** 460/10

**/**

**/s [2]** 528/8

**0**

**01 [1]** 417/4
**0A501 [1]** 512/16
**0A501.A [3]** 512/21
512/23 515/8
**0A502 [3]** 512/17 513/7
516/3
**0A505 [1]** 513/13

**1**

**10 [11]** 431/3 441/15
452/20 452/22 456/19
457/2 457/17 500/18
501/5 501/25 511/10
**10 years [1]** 498/11
**10,000 [2]** 505/3 505/4
**10.52 minutes [1]**
432/21
**100 [4]** 420/9 420/19
421/25 478/25
**1006 [2]** 426/3 426/4
**101 [6]** 477/18 477/20
478/3 478/7 478/11
478/15
**101.48 [1]** 477/14
**102 [3]** 479/11 479/16
479/23
**102.25 [1]** 422/4
**103 [2]** 480/1 480/9
**108 [1]** 467/4
**10:01:36 a.m [1]** 459/2
**11 [6]** 431/11 443/14
444/7 453/18 456/19
466/25
**11 minutes [1]** 428/4
**110 [25]** 433/15 433/19
433/23 434/7 434/7
434/8 434/9 435/19
435/20 436/25 437/17
438/9 438/18 438/24
439/17 440/6 440/19
441/7 441/21 443/21
443/23 445/23 446/10
449/16 451/17
**110.01 [5]** 419/3 437/15
437/20 437/22 437/23
**110.03 [5]** 419/4 438/7
438/12 438/14 438/15
**111.01 [1]** 451/15
**111.02 [1]** 449/13
**112.01 [6]** 419/5 438/20
439/2 439/4 439/5
494/5
**112.02 [8]** 419/6 439/12
439/15 439/20 439/22
439/23 494/15 494/23
**112.03 [6]** 419/7 440/1
440/4 440/9 440/11
440/12
**112.04 [6]** 419/8 440/17
440/22 440/24 440/25
495/1
**112.05 [6]** 419/9 441/5

**411/10 441/12 441/13**
495/15
**112.06 [6]** 419/10
441/19 441/24 441/25
442/12 442/20
**112.07 [6]** 419/11
443/15 443/19 443/24
444/4 444/5
**112.08 [6]** 419/12
444/16 444/21 445/2
445/5 445/6
**112.09 [6]** 419/13
445/19 445/22 445/25
446/2 446/3
**112.10 [5]** 419/14 446/8
446/13 446/15 446/16
**113 [18]** 419/15 433/21
434/1 434/7 434/8
434/9 434/12 435/17
436/6 436/10 436/13
452/9 452/10 472/14
473/8 480/18 481/4
481/5
**11th [1]** 431/14
**12 [5]** 432/16 444/16
445/9 453/18 456/19
**12 minutes [1]** 457/2
**12-gauge [1]** 512/4
**120 [1]** 423/13
**121 [9]** 422/14 422/23
422/24 423/12 478/2
480/20 480/21 481/5
481/6
**121.01 [1]** 423/8
**121.05 [1]** 423/16
**12505 [1]** 417/22
**128 [1]** 421/18
**13 [2]** 424/19 445/18
**13 minutes [2]** 427/4
456/20
**13.9 minutes [1]** 459/5
**13.9-minute [1]** 459/9
**13th [2]** 447/10 449/6
**14 [1]** 446/5
**14 minutes [1]** 427/18
**14.8 minutes [1]**
428/10
**140 [21]** 420/8 420/23
421/20 435/16 435/21
435/23 461/9 461/10
461/19 464/13 464/15
465/3 467/1 467/2
476/13 478/24 479/15
479/16 480/5 480/18
481/3
**14th [1]** 432/18
**15 [2]** 446/25 447/8
**15 minutes [1]** 427/19
**15CFR [2]** 515/6 516/1
**15th [1]** 447/16
**15th and [1]** 498/7
**16 [9]** 447/13 447/14
447/18 448/1 448/24
454/10 454/11 457/15
472/19
**16th [2]** 509/18 510/7
**17 [7]** 447/20 447/22
448/17 448/24 454/10

**455/24 457/15**
**17 hours [1]** 449/8
**1767 [5]** 434/14 434/24
436/15 437/11 449/5
**17th [4]** 432/22 433/4
440/3 441/18
**17th day [1]** 493/11
**18 [5]** 448/21 449/1
454/10 456/2 457/15
**18th [1]** 428/14
**19-caliber [1]** 508/2
**19th [1]** 447/16
**1:00 in [1]** 422/9
**1:01:28 p.m [1]** 445/21
**1:52 [1]** 417/7
**1st [4]** 429/3 447/12
449/6 515/4

**2**

**2.2 minutes [1]** 429/23
**2.2-minute [1]** 429/22
**20 [2]** 449/9 449/10
**200 [1]** 420/8
**201 [9]** 420/18 420/23
424/8 425/8 472/23
474/16 474/21 475/7
475/8
**2012 [1]** 517/1
**2013 [2]** 498/14 498/23
**2014 [1]** 498/12
**2015 [1]** 508/11
**202 [1]** 421/20
**2020 [5]** 439/10 439/14
447/2 520/18 520/19
**2021 [58]** 420/12
420/16 420/24 421/23
423/10 425/24 426/13
427/15 427/24 428/14
428/22 429/4 430/9
431/6 431/14 432/18
432/25 433/16 440/3
440/16 441/4 441/18
443/17 444/19 445/21
446/7 447/2 447/11
447/12 447/24 447/25
448/19 448/19 448/22
448/22 449/6 449/6
449/12 449/24 450/1
451/4 451/4 451/10
451/10 451/14 459/25
482/21 482/23 483/2
483/6 487/25 513/22
514/16 515/4 515/4
515/24 515/24 516/9
**2024 [4]** 417/6 510/7
523/21 528/8
**204 [2]** 425/9 451/6
**205 [4]** 447/14 450/11
451/6 472/19
**20530 [2]** 417/17
417/19
**20854 [1]** 417/23
**209 [5]** 424/9 425/9
447/14 450/11 472/19
**20th [1]** 447/24
**21 [5]** 449/22 449/22
450/3 456/4 457/6
**21 years [1]** 499/22

**2**

**21-0699-01 [1]** 417/4
**2111 [1]** 418/3
**212 [15]** 419/16 424/15
425/4 425/12 426/8
426/9 426/11 428/11
458/3 458/4 472/22
473/6 475/19 480/18
481/4
**21st [4]** 426/13 427/11
449/24 450/8
**22 [6]** 417/6 450/6
456/6 456/8 456/14
528/8
**22201 [1]** 418/4
**22nd [4]** 441/4 445/21
450/8 523/21
**23 [1]** 451/1
**23rd [3]** 427/15 446/7
451/14
**24 [2]** 435/24 451/12
**24th [4]** 420/11 439/14
443/17 483/4
**25 [1]** 469/24
**25752 [2]** 458/20
459/24
**25th [4]** 420/24 433/16
444/19 450/1
**26th [2]** 421/23 447/25
**27th [1]** 427/24
**28 millimeter [1]**
511/11
**28th [1]** 423/10
**29th [1]** 428/22
**2:28:03 p.m [1]** 446/7
**2:37:52 p.m [1]** 443/18

**3**

**3.4 minutes [1]** 429/24
**308 [1]** 511/9
**31st [1]** 449/12
**3447 [1]** 475/21
**3489 [1]** 421/13
**37 [1]** 428/7
**379-25752 [2]** 458/20
459/24
**38 [5]** 476/18 476/20
476/21 477/1 477/13
**39 millimeter [5]**
510/25 511/4 511/6
511/7 511/10
**3:13 [1]** 469/25
**3:25 [1]** 469/24
**3:51:52 p.m [2]** 459/6
459/12
**3A001 [1]** 502/10

**4**

**40 [3]** 476/22 477/11
477/13
**400 [1]** 518/2
**417 [2]** 417/8 418/14
**420 [1]** 418/15
**441 [1]** 420/25
**452 [1]** 418/16
**46.6 minutes [1]**
430/25

**481 [1]** 418/18
**49-11-1767 [1]** 436/15
**497 [1]** 418/20
**4:19:44 p.m [1]** 444/20
**4:32:35 p.m [1]** 459/25
**4:46 p.m [1]** 433/9
**4:49 p.m [1]** 430/21
**4:50 p.m [1]** 430/25
**4th [1]** 430/8

**5**

**5,000 [1]** 504/18
**5.56 [3]** 510/25 511/2
511/11
**5.7 [1]** 511/11
**50 minutes [2]** 433/12
457/5
**509 [3]** 436/15 458/20
459/24
**521 [1]** 418/21
**5271 [1]** 449/6
**545 [1]** 417/8
**57 [1]** 511/11
**5752 [1]** 475/20
**5:00 [2]** 422/8 521/8

**6**

**6.2 minutes [1]** 429/19
**600 [1]** 504/23
**601 [1]** 417/16
**6th [2]** 417/23 431/5

**7**

**7.3 hours [1]** 457/19
**7.4 hours [1]** 448/20
**7.62 [5]** 510/24 511/4
511/6 511/7 511/10
**7.62 millimeter [1]**
511/5
**7/16/2020 [1]** 439/10
**7/16/2021 [2]** 451/4
451/10
**7/20/2021 [1]** 448/19
**7/26/2021 [1]** 448/19
**7/27/2021 [1]** 448/22
**70 [1]** 421/6
**700 [3]** 446/22 447/3
450/3
**701 [3]** 446/23 447/4
450/3
**730 [2]** 515/7 516/1
**742.17 [2]** 515/5 515/25
**742.4 [1]** 515/5
**742.6 [1]** 515/5
**742.7 [1]** 515/25
**7977 [1]** 421/17

**8**

**8/1/2021 [3]** 448/22
451/4 451/10
**82A1 [1]** 511/8
**86.4 minutes [1]**
430/22
**87 [1]** 421/10
**8:08:48 a.m [1]** 441/18
**8th [4]** 418/3 440/16
515/4 515/24

**9**

**9 millimeter [3]** 511/1
511/2 511/3
**9-millimeter [1]** 508/2
**9/21/2021 [1]** 459/25
**902 [10]** 419/17 487/13
487/14 487/19 488/3
488/8 488/9 488/16
489/10 491/6
**91 minutes [1]** 448/6
**92 [3]** 463/6 463/8
463/9
**93 [1]** 463/8
**950 [1]** 417/19
**970 [1]** 509/2
**970.01 [12]** 419/18
507/7 509/7 509/17
510/12 510/15 510/16
510/22 514/2 514/20
514/24 521/20
**970.02 [8]** 419/19
511/14 512/6 512/8
512/9 514/2 515/19
521/20
**970.03 [3]** 518/8 519/14
521/5
**970.05 [3]** 500/23 502/8
502/12
**9:30 [1]** 527/10

**A**

**a.m [2]** 441/18 459/2
**A71 [1]** 436/14
**ability [1]** 476/3
**able [11]** 420/14
420/17 438/8 441/20
473/7 474/15 474/24
476/2 487/10 491/8
491/13
**abnormal [2]** 450/20
475/13
**abnormally [1]** 473/5
**about [29]** 422/9 427/7
442/15 466/4 468/23
469/19 471/18 472/15
476/14 479/6 484/6
486/21 488/11 488/21
490/13 492/10 493/9
493/15 493/16 494/3
504/13 509/9 515/10
516/5 518/18 523/14
525/6 526/15 527/3
**above [1]** 528/5
**above-entitled [1]**
528/5
**absence [1]** 524/11
**Absolutely [2]** 435/1
490/9
**acceptable [1]** 484/19
**access [3]** 440/3 441/4
517/2
**accessed [3]** 439/10
439/14 440/16
**according [1]** 459/1
**accordingly [1]** 462/23
**account [6]** 436/17
437/6 437/7 437/9

**434 [1]** 438/4
**accounts [4]** 436/16
436/23 437/5 437/10
**accurate [7]** 424/9
426/21 426/24 479/4
524/5 525/11 528/4
**acknowledgment [1]**
525/5
**acronym [1]** 516/23
**across [2]** 502/1
503/14
**activities [1]** 483/15
**activity [4]** 458/19
458/21 459/8 479/3
**actual [3]** 454/8 454/9
506/11
**actually [19]** 429/11
453/10 454/3 454/21
455/1 455/7 455/18
456/11 457/23 461/4
461/5 463/1 465/20
465/21 467/11 468/6
468/14 485/13 521/1
**add [1]** 451/20
**adding [1]** 448/4
**addition [2]** 431/23
521/5
**additional [2]** 465/9
488/11
**address [4]** 454/3
454/6 469/18 474/14
**adjourn [2]** 523/4
525/15
**administration [3]**
500/1 515/6 516/1
**admissibility [1]**
480/24
**admission [18]** 425/12
426/5 434/1 437/20
438/12 439/2 439/20
440/9 440/22 441/10
441/24 443/24 445/2
445/25 446/12 481/9
488/3 502/22
**admit [10]** 419/2
424/18 424/21 435/23
506/10 508/12 508/13
508/22 519/11 519/13
**admitted [23]** 426/8
435/4 436/7 437/22
438/14 439/4 439/22
440/11 440/24 441/12
442/12 442/17 444/4
444/4 445/5 446/2
446/15 447/4 456/11
480/23 488/14 510/15
512/8
**admitting [1]** 507/9
**adult [2]** 494/9 494/11
**advance [2]** 517/5
520/9
**advice [1]** 526/14
**advise [2]** 526/22
526/24
**advised [1]** 523/20
**affirmative [1]** 498/15
**after [13]** 420/15
420/24 423/25 430/4

**456/22** 448/4 459/4
459/9 459/25 469/17
469/24 473/19 491/2
**afternoon [8]** 433/4
452/6 452/7 481/23
497/13 497/14 521/18
521/19
**afterwards [1]** 460/3
**again [15]** 424/22
425/12 427/25 428/23
431/7 431/19 431/21
433/6 455/18 458/8
461/1 461/7 461/24
493/1 512/20
**Agent [1]** 462/22
**agents [1]** 462/11
**agree [2]** 466/10 468/1
524/6
**agreed [2]** 466/18
522/16
**ahead [9]** 424/24 430/5
436/7 456/25 469/14
474/25 490/8 490/18
493/1
**aided [1]** 418/8
**Airlines [1]** 436/22
**airport [2]** 422/6
433/16
**AK47 [2]** 510/24 511/5
**AK47-style [1]** 511/5
**AKA [2]** 467/24 467/24
**aliases [2]** 518/14
519/4
**ALITA [1]** 418/2
**all [70]** 420/2 421/3
425/21 426/1 426/8
436/4 451/23 452/14
452/25 453/3 454/17
456/15 457/14 458/2
458/8 458/17 458/18
458/18 458/24 463/16
464/6 465/4 465/7
465/8 465/8 465/18
466/10 466/24 468/4
468/10 468/11 472/20
473/22 474/1 474/8
474/9 478/1 479/15
480/2 480/4 480/6
480/8 480/22 481/8
481/9 484/11 485/24
486/2 492/19 493/6
496/1 496/7 502/1
503/1 508/21 508/25
509/5 509/16 512/12
513/8 516/15 516/18
520/1 521/7 521/13
522/22 523/8 524/19
525/1 525/14
**ALLEN [1]** 417/21
**alleviate [1]** 435/2
**allow [6]** 484/12
490/17 492/2 492/20
492/21 508/20
**almost [3]** 427/19
465/8 474/9
**alongside [2]** 465/25
503/23
**alphanumeric [4]**

**A**

**alphanumeric... [4]**
500/20 501/5 501/10
501/24

**already [33]** 422/1
422/13 422/18 424/6
424/8 425/9 426/2
433/14 435/18 440/19
441/7 441/21 444/24
447/4 447/13 450/4
450/12 451/5 451/17
457/8 474/18 474/21
476/19 476/24 477/17
479/11 479/25 490/4
494/5 494/18 494/25
524/19 525/11

**also [32]** 422/12
429/16 430/13 431/20
431/21 431/24 435/21
437/4 438/17 446/18
457/20 469/15 474/24
477/4 483/17 484/19
484/25 490/21 490/25
491/1 491/5 493/6
495/10 505/7 511/21
511/22 513/11 516/8
517/15 517/19 517/24
520/9

**although [1]** 463/8
**always [2]** 450/18
525/16
**am [3]** 474/13 498/17
500/9
**AMATO [4]** 418/2
418/15 451/24 480/14
**amdocs [1]** 474/23
**AMERICA [1]** 417/4
**American [13]** 472/23
473/1 473/3 473/14
473/22 473/25 474/11
474/6 474/12 475/24
482/3 490/11 490/15
**ammunition [13]**
504/17 504/22 505/2
505/5 505/14 505/18
506/15 513/12 513/13
513/15 513/20 516/10
520/11
**ammunition-related [1]**
505/14
**ammunitions [1]**
505/22
**Anaheim [1]** 482/12
**analysis [4]** 471/22
472/1 472/5 515/15
**analysts [1]** 462/11
**analyze [2]** 465/21
516/8
**another [15]** 433/8
449/23 456/24 456/24
456/25 457/1 457/2
460/5 474/15 486/12
486/13 493/17 500/5
509/5 517/15
**answer [1]** 448/13
462/24 463/1 463/2
491/11 492/3 492/21

**anticipating [1]** 424/22
**any [42]** 420/15 424/16
426/5 434/2 450/14
450/15 450/16 455/4
455/19 455/22 457/9
461/19 462/17 462/18
464/1 464/3 481/2
484/3 491/18 499/15
502/23 503/21 504/6
504/10 504/14 504/19
510/13 516/8 516/12
517/6 517/12 517/17
518/4 518/21 518/21
520/10 520/11 520/13
520/22 520/22 522/3
526/15
**anything [11]** 469/2
485/23 486/6 486/21
490/12 495/23 519/21
522/22 525/3 525/14
526/23
**Anyway [1]** 435/7
**apologies [3]** 508/5
509/1 509/22
**apologize [6]** 478/4
483/13 508/4 508/23
527/2 527/6
**appear [14]** 479/22
487/24 517/10 518/21
523/14 523/22 524/10
524/11 524/12 524/16
524/20 524/21 524/21
525/22
**APPEARANCES [2]**
417/13 418/1
**appears [3]** 442/6
509/18 520/4
**Apple [1]** 478/9
**applicable [3]** 513/2
515/10 516/5
**application [2]** 504/24
517/23
**applications [8]** 436/20
499/2 499/7 499/18
505/4 516/18 517/13
518/22
**applied [6]** 501/16
501/19 513/12 516/9
516/12 517/19
**applies [2]** 503/15
513/13
**apply [9]** 484/11
499/17 504/6 504/10
512/22 513/3 513/14
518/4 522/10
**approach [2]** 470/2
496/10
**appropriate [1]** 424/19
**approximate [2]** 449/7
449/8
**approximately [27]**
421/10 421/14 421/18
427/4 427/18 428/3
428/7 428/10 430/21
432/21 433/9 433/12
443/11 448/6 448/20
449/2 450/10 451/11
456/14 456/16 457/17

**asking [7]** 477/4
480/14 484/10 489/1
508/7 513/25 525/8
**asks [1]** 504/2
**aspect [1]** 484/2
**aspects [1]** 484/6
**assess [1]** 492/23
**assessed [1]** 472/16
**assessment [4]** 471/19
472/9 472/11 473/8
**assist [2]** 424/11
462/10
**associated [10]** 437/9
438/4 458/22 500/20
502/4 503/11 503/12
519/4 522/18 522/19
**Association [1]** 499/12
**assortment [1]** 421/3
**assuming [1]** 494/22
**assumption [2]** 463/25
464/7
**attempted [1]** 473/13
**attempting [1]** 488/9
**attend [2]** 523/19
524/23
**attention [2]** 483/2
518/23
**Attorney's [1]** 417/16
**attributed [1]** 455/10
**au [7]** 444/13 445/13
445/16 447/10 447/11
449/25 450/1
**audio [15]** 421/2 421/7
421/11 421/15 421/19
421/24 461/13 461/16
465/3 466/11 476/14
477/2 477/4 477/7
477/10
**August [2]** 447/12
449/6
**August 1st [2]** 447/12
449/6
**AUSA [2]** 417/15
417/15
**available [2]** 472/13
516/13
**Avenue [2]** 417/19
417/22
**aware [2]** 454/5 462/17
**away [1]** 485/25

**B**

**B-O-S [1]** 467/13
**Baby [1]** 451/20
**bachelor's [1]** 499/25
**back [15]** 422/5 469/23
475/15 485/13 486/8
487/24 493/12 493/22
494/1 508/11 509/1
509/5 514/20 516/25
517/1
**background [1]** 499/24
**BARNES [6]** 417/18
418/20 497/15 509/20
520/7 522/22
**Barrett [1]** 511/8
**based [19]** 456/11
459/5 463/18 463/22

**463/25 464/8 473/11
474/3 480/16 480/21
481/2 483/14 483/17
501/13 501/25 502/5
513/18 522/9 526/7
**basically [5]** 464/21
466/3 501/13 503/12
522/12
**basis [2]** 434/10 472/4
**Basquim [3]** 461/23
461/25 462/22
**BATES [2]** 417/11
456/8
**BB [1]** 437/8
**be [71]** 424/17 426/17
430/2 432/12 434/5
435/15 442/8 448/10
448/12 448/14 448/15
455/15 455/17 458/9
460/13 462/2 463/6
464/6 466/15 466/17
466/19 468/9 468/18
469/12 469/23 470/7
473/17 474/14 480/9
481/1 481/3 481/17
483/19 483/25 484/9
484/15 484/18 485/9
487/24 488/9 490/7
491/18 500/15 500/21
502/16 502/17 502/19
503/4 503/19 503/20
505/11 506/17 507/8
507/9 507/10 508/18
509/18 510/5 515/15
519/23 520/5 520/5
521/15 523/2 524/5
524/12 524/22 525/11
526/11 526/16 526/20
**beat [1]** 485/11
**BEAUDRE [1]** 417/18
**because [15]** 429/10
430/2 455/1 457/14
460/17 468/9 476/11
482/24 492/9 492/20
494/2 513/25 523/3
525/23 526/2
**been [18]** 450/23
463/14 463/16 480/16
481/21 488/10 497/11
498/18 498/20 502/13
506/2 509/11 513/24
517/9 520/13 523/13
526/5 527/2
**before [18]** 417/11
423/20 424/5 428/15
459/6 459/12 461/18
464/15 472/12 480/13
499/21 502/16 502/22
503/16 505/15 519/11
523/4 525/15
**began [1]** 471/22
**begin [1]** 480/15
**beginning [1]** 468/3
**being [5]** 426/1 429/25
473/22 489/14 490/3
**believe [20]** 422/23
424/6 447/3 452/20
452/21 458/12 463/4

**B**

believe... [13] 463/8 463/9 466/25 476/19 476/24 486/19 488/21 492/17 493/2 516/23 517/1 520/16 525/7
believed [1] 468/6
believing [1] 458/9
belonging [1] 465/4
belongings [1] 486/2
below [1] 519/9
bench [5] 417/10 470/5 471/12 496/9 497/6
best [2] 424/16 495/25
better [1] 484/13
between [24] 420/25 421/4 421/8 421/12 421/16 422/25 423/9 425/21 430/15 430/18 433/4 449/4 449/11 450/7 451/3 451/10 456/21 458/5 478/16 479/6 479/13 480/2 480/8 490/24
beyond [3] 462/21 484/3 484/7
big [5] 467/9 485/18 509/12 509/13 509/13
bin [1] 501/13
BIS [9] 498/4 498/5 498/6 498/10 498/16 501/3 504/2 515/4 515/24
bit [5] 443/6 484/13 500/6 509/22 513/9
blue [26] 426/24 427/1 427/2 427/5 427/6 427/9 427/25 428/1 428/2 428/5 428/8 428/15 428/16 428/23 428/25 429/5 429/7 431/7 431/15 431/15 431/17 433/1 433/1 433/3 436/21 502/8
BMG [1] 511/8
bold [1] 518/23
BOND [44] 418/19 497/9 497/10 497/13 497/21 497/22 498/6 498/10 499/20 499/24 500/6 500/25 501/10 502/18 503/3 503/8 504/12 505/21 506/10 506/21 507/13 509/25 510/8 510/18 511/12 511/13 511/16 511/20 512/11 513/11 513/18 514/6 514/13 514/21 515/9 516/8 516/14 517/2 517/9 518/9 518/15 520/9 521/18 522/24
book [7] 509/10 509/12 509/13 509/14 509/15 509/17 522/6
born [1] 482/15
Bos [2] 467/13 467/21
boss [3] 467/13 467/15 467/16
both [10] 420/9 420/14 434/18 437/10 453/10 454/1 475/20 475/23 475/24 504/8
bottom [13] 442/25 443/5 444/10 445/13 448/1 448/17 449/1 451/8 453/13 453/16 453/21 453/23 463/9
Boulevard [1] 418/3
Bouquets [1] 443/8
box [18] 430/14 433/6 447/7 447/8 447/9 448/2 448/17 449/1 449/2 449/24 451/8 452/22 463/22 464/4 501/13 502/7 503/13 503/14
boxes [1] 501/7
break [6] 468/23 468/25 469/9 469/14 469/15 469/23
breakout [1] 501/3
brevity's [1] 428/16
brief [1] 521/15
Briefly [1] 521/12
bright [1] 527/9
bring [1] 482/9
bringing [1] 484/6
broad [1] 501/25
broken [1] 500/19
brought [2] 484/1 523/17
building [1] 495/20
Bureau [3] 497/23 497/25 498/4
business [4] 490/6 490/10 499/22 520/5
buy [1] 483/11

**C**

C-U-E-S-S [1] 516/23
caliber [2] 508/2 510/25
CALIDONNA [10] 418/13 420/8 425/3 436/12 471/16 471/18 475/6 475/18 476/13 481/10
California [1] 482/12
call [65] 424/5 424/7 425/4 425/6 426/17 426/18 427/3 427/6 427/10 427/14 427/16 427/17 428/2 428/6 428/9 429/20 429/22 429/25 430/2 430/2 430/3 430/15 430/18 430/20 430/21 430/24 430/25 431/2 432/4 432/5 432/6 432/13 432/17 432/19 432/20 433/3 433/8 433/9 433/10 433/12 448/1 448/5 448/8 448/9 448/10 449/4 450/19

454/17 455/14 456/10 456/24 459/4 459/6 459/9 459/25 460/7 473/4 473/5 473/10 473/11 473/13 473/24 474/6 475/19 524/11
called [8] 427/17 432/11 432/20 454/12 459/6 475/9 500/10 516/22
calling [5] 434/23 451/20 454/12 454/13 475/9
calls [67] 425/21 427/2 427/23 428/13 428/17 428/21 428/25 429/3 429/7 429/14 429/18 429/23 429/25 430/8 430/12 430/23 430/23 431/5 431/9 431/13 431/17 431/22 431/24 431/25 432/5 432/8 432/10 432/13 432/14 432/24 433/7 447/15 447/18 447/22 448/20 448/23 449/3 450/7 450/9 450/16 451/3 451/11 455/8 455/12 455/13 455/19 455/22 456/21 457/4 457/9 457/16 457/19 457/22 459/11 459/17 460/22 461/1 461/4 461/16 472/16 473/22 474/12 476/3 481/13 497/8
came [5] 422/5 422/7 465/4 491/3 493/12
can [47] 420/22 422/3 423/25 430/17 431/3 433/1 436/7 439/8 443/14 444/7 445/8 449/9 450/14 452/21 456/4 462/21 462/23 468/24 472/25 475/2 475/3 475/7 480/25 483/22 485/5 486/9 486/9 487/19 492/23 493/21 494/5 494/15 495/1 495/15 503/10 503/18 503/19 503/20 508/4 508/15 508/19 509/13 509/17 513/8 519/18 519/24 521/9
captive [1] 489/14
captivity [1] 490/13
captors [5] 485/22 486/6 486/21 487/4 488/19
capture [5] 441/17 443/17 444/19 445/21 446/7
captured [3] 445/14 445/15 491/2
car [8] 486/2 486/3 486/3 493/13 493/18 493/19 493/23 493/23 493/25
carbine [1] 511/1

card [1] 451/21
cars [1] 486/2
case [17] 422/11 424/8 454/14 462/14 471/22 472/6 481/1 490/10 506/21 508/11 512/1 513/20 513/25 514/1 514/3 514/8 523/20
Cassius [4] 475/1 500/22 514/23 515/18
categories [1] 500/15 500/18 501/6
categorized [1] 501/14
category [1] 501/25
caution [2] 484/11 484/11
CCL [4] 500/12 500/13 500/17 500/18
CDR [1] 474/25
CDRs [1] 435/21
cell [9] 422/1 422/12 423/14 485/24 485/24 486/7 486/8 525/23 526/6
Cellebrite [1] 478/10
center [1] 483/11
centurion [1] 512/4
Century [4] 511/3 511/5 511/9 512/4
certain [8] 426/15 431/22 483/15 500/7 505/23 506/15 506/22 516/15
certainly [5] 434/4 468/20 484/17 496/3 521/2
certify [1] 528/3
change [1] 472/1
changes [1] 464/24
characters [1] 501/23
chart [4] 426/20 460/9 503/11 503/12
charts [3] 460/16 460/17 474/12
check [4] 517/5 517/15 517/19 518/13
checked [2] 519/3 519/6
checks [1] 518/18
children [3] 485/8 489/1 489/3
chose [1] 479/1
church [1] 495/20
circled [2] 432/3 477/1
circling [3] 430/14 439/7 439/7
citizen [1] 482/13
citizens [2] 490/11 490/15
city [1] 498/8
classification [9] 499/9 501/11 501/12 502/9 503/20 504/5 504/9 507/2 513/5
classifications [1] 504/19
classified [3] 503/24 515/8 516/2

cleaner [1] 509/23
clear [6] 452/22 468/4 481/3 510/5 515/15 524/9
Clearly [1] 519/18
clip [1] 435/25
close [2] 435/24 436/5
closer [2] 482/9 482/10
cluster [1] 432/9
coconspirator [6] 491/17 491/19 491/22 491/23 491/24 492/17
code [1] 500/20
codes [2] 475/10 475/11
cognizant [1] 502/16
colleagues [1] 468/17
colors [2] 426/16 426/16
Colt [1] 511/1
COLUMBIA [1] 417/2
come [13] 442/23 464/7 466/4 474/8 474/9 482/10 483/9 487/3 488/12 514/5 523/14 524/6 524/22
comes [1] 522/3
comfortable [1] 482/17
coming [4] 422/5 449/19 508/17 522/24
commerce [24] 497/24 499/11 500/7 500/10 500/12 500/14 501/4 501/21 503/9 503/18 505/8 505/17 505/22 505/23 506/14 506/16 506/23 512/11 513/21 516/14 516/21 516/23 517/24 520/10
commodities [1] 508/10
commodity [7] 499/8 503/20 504/5 504/8 504/19 507/25 510/24
communications [2] 452/17 462/6
companies [1] 505/13
company [3] 473/1 473/2 473/3
compared [1] 476/4
complete [2] 488/12 506/22
completed [15] 448/10 448/11 450/15 450/17 450/19 450/22 450/23 459/9 466/22 473/5 473/5 475/13 502/22 504/14 504/19
completion [5] 450/20 475/10 475/11 475/14 510/7
computer [1] 418/8
computer-aided [1] 418/8
concerns [1] 480/17
conclude [2] 450/23 516/12
concluded [2] 471/12

**C**

concluded... [1] 497/6
conclusion [2] 483/14
507/16
conditionally [2] 436/5
436/7
conditions [2] 480/23
481/8
conduct [1] 505/10
conducting [1] 518/18
cone [1] 477/5
cones [2] 476/25 477/2
conference [4] 470/5
471/12 496/9 497/6
confidence [1] 450/15
confirm [1] 424/17
confirming [1] 483/17
conflict [1] 526/11
confusion [9] 434/25
435/2 523/13 523/15
523/16 525/6 525/19
525/24 526/7
connected [3] 433/10
434/8 476/3
connection [2] 456/21
506/21
connects [1] 430/25
consideration [1]
523/18
consistent [3] 502/1
515/9 516/4
Cont'd [1] 418/14
contact [10] 460/2
467/5 467/18 486/9
486/9 486/11 486/12
486/13 489/1 518/21
contacts [2] 458/18
477/7
contained [2] 480/4
480/6
containing [1] 479/16
contains [5] 438/20
439/11 439/25 444/16
445/18
content [4] 455/21
455/23 461/7 465/21
context [1] 443/6
continue [2] 523/20
524/12
CONTINUED [2] 418/1
420/6
continuing [1] 422/9
480/24
control [26] 500/10
500/12 500/14 501/4
501/11 501/12 501/18
501/21 502/9 503/3
503/4 503/6 503/9
503/14 503/15 505/18
506/23 507/1 512/11
512/22 513/3 513/5
513/14 522/8 522/18
522/19
controlled [13] 499/3
500/15 500/21 501/13
501/20 503/5 512/12
512/14 512/15 512/16

controls [11] 499/16
500/7 500/19 502/6
505/8 505/17 505/22
506/14 512/25 515/10
516/5
convention [4] 503/6
512/25 513/3 513/17
conversation [1]
471/20
conversations [4]
452/14 452/14 455/1
455/5
coordinates [1] 445/10
coordination [1]
484/13
corner [2] 498/7 502/8
correct [86] 423/1
426/22 434/15 435/20
437/12 450/24 452/12
452/13 452/23 453/1
453/5 453/14 454/13
454/15 454/16 454/19
454/24 454/25 455/5
455/8 455/12 455/16
455/25 456/1 456/3
456/5 456/7 456/13
456/16 457/14 458/6
458/10 458/11 458/13
458/14 458/16 458/22
458/23 459/2 459/6
459/12 459/16 459/21
460/24 461/2 461/11
461/12 461/14 462/5
463/11 463/14 463/15
463/24 464/2 464/4
464/5 464/12 464/22
464/25 465/5 466/12
466/13 467/13 467/16
467/18 467/24 468/7
474/3 475/21 475/22
480/18 481/16 488/22
498/24 501/18 502/11
502/14 508/1 509/2
509/7 509/9 509/9
514/4 514/17 521/6
524/4
corrected [1] 434/5
correction [1] 510/22
correctly [5] 434/6
435/14 452/10 453/12
463/12
correspond [2] 426/16
427/1
corresponds [1]
476/14
corroborate [1] 461/20
could [36] 433/7 443/6
448/12 448/14 448/15
451/19 455/14 455/15
455/17 457/13 462/7
468/9 474/16 474/22
474/24 475/1 475/12
475/15 476/24 482/1
482/9 490/11 497/19
503/4 507/23 508/7
510/21 511/13 514/11
514/20 514/21 514/22

915/2 515/18 515/21
525/25
couldn't [1] 442/3
counsel [9] 471/18
472/8 472/15 480/13
484/12 484/12 488/11
508/6 526/19
counting [1] 457/24
countries [5] 503/10
503/13 505/23 506/15
516/16
country [6] 503/11
503/12 503/15 504/7
512/25 513/4
couple [2] 485/1
504/12
couples [1] 484/24
course [7] 422/11
424/6 424/16 433/13
446/18 502/24 526/3
court [34] 417/2 418/5
418/7 420/22 424/11
430/17 434/19 469/18
472/4 472/25 475/7
476/25 483/22 484/5
485/5 489/24 489/24
494/22 503/17 506/3
507/23 510/21 519/18
521/9 523/14 523/19
523/21 524/22 525/6
525/8 525/20 525/21
527/6 528/9
Court's [6] 434/3
468/19 496/2 508/5
521/1 525/5
cover [2] 523/3 525/15
CR [1] 417/4
create [3] 424/11
433/18 464/15
created [4] 463/13
463/16 463/17 464/13
Creole [3] 462/2
465/23 465/25
crime [2] 503/5 513/3
criterion [1] 431/21
Croix [1] 443/8
Croix-des-Bouquets
[1] 443/8
cross [6] 418/15
418/21 452/3 486/1
521/8 521/16
cross-examination [5]
418/15 418/21 452/3
521/8 521/16
CUESS [6] 516/22
517/3 517/10 517/12
517/24 522/3
cull [3] 438/8 441/20
478/18
culled [13] 421/24
437/16 439/16 440/5
440/18 443/20 444/22
445/22 446/9 449/15
450/11 451/5 451/16
culmination [1] 420/18
curiosity [1] 448/8
current [1] 498/16
cut [1] 484/20

**D**

D-E-C-O [1] 467/24
D-E-K-O [1] 467/24
D.C [2] 417/6 498/9
data [7] 453/7 458/20
465/3 471/23 473/15
475/8 475/9
database [13] 516/17
516/25 517/3 517/10
517/12 517/25 519/7
522/6 522/11 522/13
522/14 522/14 522/15
date [18] 425/20 440/3
441/4 444/19 447/22
447/24 448/21 448/22
459/25 466/21 508/10
509/9 510/5 510/7
524/7 524/7 524/17
528/8
dated [1] 509/18
dates [5] 425/19
425/23 447/7 508/10
508/10
David [1] 438/5
day [10] 429/8 429/15
429/16 463/19 483/3
490/24 493/11 496/8
523/2 527/3
days [3] 491/2 493/9
493/10
DC [2] 417/17 417/19
deal [2] 499/8 526/3
deals [1] 500/4
dear [1] 439/7
DEBORAH [6] 418/17
438/6 481/13 481/20
482/3 482/4
debris [1] 500/4
decide [5] 435/8
478/21 524/10 524/12
524/21
decimal [1] 473/19
decisions [2] 466/14
466/16
deck [2] 425/18 478/25
defendant [3] 417/8
417/20 523/20
defendant's [2] 523/19
525/18
defense [14] 471/18
472/8 472/14 476/13
484/12 488/11 499/21
499/23 504/1 511/6
525/19 526/12 526/19
526/22
Deko [12] 449/19
467/24 468/2 468/5
468/7 468/8 468/12
468/12 468/16 468/17
471/19 472/8
deleted [8] 420/15
420/19 420/25 421/6
421/7 421/11 421/15
421/18
department [15]
417/18 497/24 499/11
499/21 500/7 503/18

563/21 504/1 505/17
505/22 506/14 513/21
516/14 516/21 520/10
Department's [4] 505/8
505/24 506/16 517/24
depends [1] 469/11
depict [2] 429/2 451/9
depicted [37] 430/7
430/10 431/4 431/11
432/22 436/13 437/3
437/8 438/1 439/12
440/4 440/14 441/2
441/5 443/19 444/17
444/21 445/19 446/5
446/25 447/14 447/18
448/2 448/21 448/22
449/22 450/6 450/7
451/2 451/12 455/9
472/20 477/10 494/8
494/11 495/3 495/17
depicting [1] 428/12
depicts [8] 427/23
428/13 428/21 429/3
431/13 432/17 432/24
438/7
des [1] 443/8
describe [4] 420/22
449/10 483/22 485/5
described [2] 485/20
522/16
description [6] 484/19
503/22 507/25 510/24
522/9 522/17
destination [3] 503/15
512/25 513/4
detail [7] 424/7 425/4
425/6 448/2 449/4
460/5 475/19
detailed [1] 484/3
details [1] 484/6
determination [9]
503/23 504/5 504/8
507/16 510/4 510/9
511/21 511/23 516/6
determinations [5]
461/15 499/8 504/14
506/22 514/15
determine [4] 473/10
476/2 513/1 513/11
determined [5] 430/17
468/6 468/11 477/9
512/19
determining [2] 507/1
525/22
developed [1] 434/10
device [1] 438/1
dichotomy [1] 490/14
did [113]
didn't [11] 422/7
442/12 448/13 455/1
455/11 468/9 490/23
493/6 495/23 526/12
526/23
difference [1] 472/25
different [8] 434/23
437/5 448/4 458/5
466/7 469/19 473/4
504/2

**D**

**differently [1]** 512/15
**Digicel [1]** 450/18
**digit [3]** 500/20 501/5
501/10
**digits [1]** 502/4
**dire [1]** 505/25
**direct [7]** 418/14
418/18 418/20 420/6
481/24 483/2 497/17
**directing [1]** 518/23
**directly [2]** 430/4
430/22
**discern [1]** 420/15
**discussed [4]** 424/6
479/7 490/5 523/9
**discussion [5]** 424/18
435/10 468/21 496/4
521/11
**discussions [2]** 480/16
488/11
**displayed [3]** 420/22
436/18 437/15
**DISTRICT [3]** 417/2
417/2 417/11
**divided [1]** 490/23
**divider [1]** 490/24
**dividing [1]** 500/14
**division [2]** 498/3
499/1
**do [89]** 421/21 423/8
424/20 426/12 427/1
427/12 427/22 428/19
428/23 429/6 430/10
431/7 431/11 431/15
432/16 436/4 441/15
449/21 451/1 451/24
455/20 455/23 457/13
459/13 465/23 465/24
466/21 467/5 467/6
467/7 468/23 468/24
469/20 471/19 472/16
476/15 476/17 477/4
478/15 482/3 482/11
482/17 482/19 482/19
483/4 483/6 484/13
486/6 489/3 490/2
492/5 493/1 494/18
495/19 495/25 497/22
497/25 499/1 500/25
503/9 505/10 507/13
507/14 509/25 510/2
511/16 514/19 517/2
517/4 518/9 518/10
519/21 520/7 521/21
521/23 522/5 522/5
522/5 522/6 522/8
522/8 523/23 524/2
524/13 524/24 526/25
**doc [1]** 500/1
**document [23]** 500/25
501/8 507/13 507/18
507/20 508/21 509/6
509/18 510/1 510/3
510/5 510/18 511/16
511/20 511/25 518/7

518/9 518/15 519/8
519/11 519/12 519/18
519/22
**documents [5]** 480/22
480/22 513/24 521/21
521/22
**DOD [2]** 503/23 503/25
**does [28]** 427/5 427/9
428/8 429/2 434/24
448/8 451/9 459/15
460/12 462/17 478/7
487/24 489/7 498/4
498/25 501/20 502/16
504/5 505/7 507/20
508/15 510/18 511/25
516/14 516/18 516/21
516/25 519/9
**doesn't [4]** 450/18
452/15 457/8 509/11
**doing [6]** 451/24 452/1
483/3 483/7 483/8
495/19
**dollars [1]** 493/7
**don't [37]** 424/15 435/3
436/4 449/19 449/20
450/22 455/7 455/18
455/21 456/12 456/20
457/3 459/5 459/8
461/1 461/4 462/24
463/3 467/8 467/9
473/21 474/5 483/5
486/19 488/25 491/11
493/20 508/15 514/1
514/8 519/16 520/5
520/6 523/2 525/10
526/17 526/18
**done [2]** 483/4 517/22
**door [1]** 490/24
**Dor [23]** 421/5 421/23
422/25 423/10 423/18
424/3 425/22 427/17
426/8 429/18 430/16
430/23 430/24 433/5
433/9 463/19 468/7
468/9 468/11 468/16
468/18 472/9 518/1
**down [12]** 432/9 456/4
457/19 459/4 474/11
474/12 480/13 481/10
496/8 503/13 513/8
522/25
**downloaded [1]**
465/16
**drew [1]** 429/19
**driving [2]** 493/15
493/17
**duly [2]** 481/21 497/11
**dump [1]** 453/1
**Duncan [1]** 475/15
**duration [16]** 429/8
430/12 431/10 431/18
431/23 433/11 448/9
449/7 449/8 450/9
450/21 456/9 457/18
460/8 460/8 475/10
**durations [2]** 448/5
472/15
**during [3]** 422/11

435/16 438/21

**E**

**each [7]** 425/20 429/17
457/14 477/3 479/4
515/16 524/16
**EAR [2]** 515/6 516/1
**earlier [2]** 472/8 516/5
**early [4]** 468/8 472/9
472/11 527/9
**easier [1]** 434/22
**east [1]** 445/16
**ECCN [18]** 501/12
501/16 501/19 501/21
501/23 503/8 503/11
503/18 504/10 512/16
512/17 512/19 513/1
513/11 515/8 516/3
522/17 522/19
**ECCNs [2]** 502/2
522/10
**ECF136 [1]** 525/7
**educate [1]** 505/12
**educational [1]** 499/24
**eight [4]** 421/14 449/3
456/19 457/1
**eight hours [1]** 449/3
**either [4]** 448/12
448/14 448/15 461/7
**electronic [1]** 509/11
**Eleven [2]** 520/16
520/17
**Eliande [48]** 420/24
421/8 421/16 421/22
421/25 425/6 425/22
426/20 427/4 427/7
427/11 428/3 428/6
428/10 430/4 430/16
430/21 432/5 432/8
433/4 433/9 433/10
436/16 437/7 446/23
447/1 447/9 447/15
447/19 448/5 449/12
449/23 450/7 451/3
451/13 454/17 458/9
459/18 463/14 463/16
463/20 465/11 478/14
479/7 479/14 480/3
480/8 517/25
**else [2]** 468/2 469/2
**email [2]** 466/9 526/19
**emoji [4]** 477/8 477/8
478/13 478/14
**end [4]** 424/18 473/18
473/22 483/6
**ending [7]** 421/13
421/17 437/11 449/5
449/5 475/20 475/21
**enforcement [2]** 504/2
522/4
**engine [1]** 518/20
**engineering [2]** 499/25
500/1
**English [2]** 467/15
482/6
**enough [1]** 425/16
**entered [1]** 491/3
**entire [3]** 422/22

465/12 488/9
**entirety [2]** 423/2 488/9
**entitled [1]** 528/5
**equipment [2]** 502/3
**escort [2]** 493/21
493/21
**ESQ [3]** 417/18 417/21
418/2
**essentially [3]** 425/19
425/21 429/14
**establish [2]** 513/24
514/6
**evaluate [6]** 504/6
506/22 507/5 507/21
510/19 512/1
**evaluation [1]** 507/1
**even [5]** 422/7 456/20
457/10 516/18 524/13
**evening [1]** 526/20
**events [1]** 484/19
**ever [8]** 493/14 494/1
504/13 504/19 504/24
517/19 517/22 518/4
**every [4]** 478/24
500/20 501/20 503/11
**everybody [1]** 523/3
**Everything [1]** 429/3
**evidence [59]** 422/1
422/13 422/18 422/19
422/21 424/8 425/9
426/2 426/9 433/15
435/9 435/18 436/8
436/10 437/23 438/15
439/5 439/23 440/12
440/19 440/25 441/7
441/13 441/21 442/20
444/5 444/24 445/6
446/3 446/16 447/14
449/16 450/4 450/12
451/6 451/17 474/17
474/18 474/22 477/17
479/11 479/25 483/18
483/19 487/14 488/16
494/5 494/18 494/25
502/13 502/17 507/9
508/17 508/20 510/12
510/16 512/6 512/9
521/5
**evidentiary [1]** 521/4
**ex [8]** 469/18 470/2
470/5 471/12 496/9
496/10 497/6 525/20
**exact [2]** 453/22 463/19
**exactly [5]** 468/4 476/8
483/5 486/19 506/17
**examination [16]**
418/14 418/15 418/16
418/18 418/20 418/21
420/6 451/25 452/3
468/25 471/15 481/24
484/16 497/17 521/8
521/16
**examined [2]** 481/21
497/11
**examiner [1]** 465/18
**example [14]** 429/17
433/8 435/18 452/21
458/19 458/24 458/25

465/7 465/13 475/18
477/7 502/5 502/10
508/14
**exceed [1]** 489/25
**exceptions [4]** 504/6
504/10 516/9 516/13
**excerpt [1]** 515/2
**exchanged [4]** 423/9
449/11 479/13 480/2
**excuse [4]** 422/17
483/24 515/13 518/18
**excused [2]** 469/18
522/25
**exercise [1]** 477/15
**exhibit [179]**
**Exhibit 100 [4]** 420/9
420/19 421/25 478/25
**Exhibit 101 [5]** 477/18
478/3 478/7 478/11
478/15
**Exhibit 101.48 [1]**
477/14
**Exhibit 102 [3]** 479/11
479/16 479/23
**Exhibit 102.25 [1]**
422/4
**Exhibit 103 [2]** 480/1
480/9
**Exhibit 108 [1]** 467/4
**Exhibit 110 [20]** 433/15
433/19 433/23 434/7
435/19 436/25 437/17
438/9 438/18 438/24
439/17 440/6 440/19
441/7 441/21 443/21
444/23 445/23 446/10
451/17
**Exhibit 110.01 [2]**
437/15 437/20
**Exhibit 110.03 [2]**
438/7 438/12
**Exhibit 111.01 [1]**
451/15
**Exhibit 112.01 [3]**
438/20 439/2 494/5
**Exhibit 112.02 [4]**
439/12 439/15 439/20
494/15
**Exhibit 112.03 [2]**
440/1 440/4
**Exhibit 112.04 [3]**
440/17 440/22 495/1
**Exhibit 112.05 [3]**
441/5 441/10 495/15
**Exhibit 112.06 [2]**
441/19 441/24
**Exhibit 112.07 [3]**
443/15 443/19 443/24
**Exhibit 112.08 [3]**
444/16 444/21 445/2
**Exhibit 112.09 [2]**
445/19 445/22
**Exhibit 112.10 [2]**
446/8 446/15
**Exhibit 113 [7]** 433/21
434/1 435/17 436/13
452/9 452/10 472/14
**Exhibit 120 [1]** 423/13

**E**

Exhibit 121 [4] 422/14
422/23 423/12 478/2
Exhibit 121.01 [1]
423/8
Exhibit 121.05 [1]
423/16
Exhibit 140 [9] 420/8
421/20 435/16 461/19
476/13 478/24 479/15
479/16 480/5
Exhibit 201 [7] 424/8
425/8 472/23 474/16
474/21 475/7 475/8
Exhibit 204 [1] 425/9
Exhibit 209 [1] 425/9
Exhibit 212 [11] 424/15
425/4 425/12 426/8
426/11 428/11 458/3
458/4 472/22 473/6
475/19
Exhibit 38 [2] 476/18
476/20
Exhibit 40 [2] 477/11
477/13
Exhibit 700 [2] 446/22
447/3
Exhibit 902 [5] 487/13
487/19 488/3 489/10
491/6
Exhibit 970.01 [6]
507/7 510/12 510/22
514/20 514/24 521/20
Exhibit 970.02 [2]
511/14 515/19
Exhibit 970.03 [2]
518/8 519/14
Exhibit 970.05 [2]
500/23 502/8
exhibits [11] 419/1
419/2 426/2 434/23
447/13 450/3 450/11
451/5 472/19 477/14
522/15
Exhibits 205 [2] 450/11
472/19
Exhibits 700 [1] 450/3
expect [3] 424/15
483/18 526/20
experience [2] 504/13
522/9
expert [8] 502/19
502/22 503/17 505/21
506/11 506/11 506/18
506/18
expertise [2] 462/6
462/8
explain [13] 430/17
431/3 432/3 433/1
433/7 436/17 439/8
443/14 444/7 445/8
472/25 475/7 476/8
explained [1] 525/11
explanatory [1] 442/8
export [43] 498/17
498/22 499/2 499/6
499/7 499/15 499/18

500/8 500/16 501/10
501/12 501/15 501/21
502/9 503/10 504/7
504/11 505/8 505/18
505/23 506/15 506/16
506/24 507/1 513/4
513/5 513/21 514/16
515/6 515/7 515/11
515/25 516/2 516/5
516/9 517/9 517/12
517/20 518/4 520/11
522/7 522/18 522/19
exported [1] 503/19
Exporter [1] 518/12
exporting [2] 505/13
516/15
Exports [1] 516/24
exposure [1] 499/15
extent [1] 492/21
extracted [2] 479/9
479/19
extraction [25] 420/10
420/14 421/25 422/12
422/17 422/18 422/20
422/22 423/2 423/13
433/14 434/9 434/11
437/16 439/16 440/5
440/18 441/7 443/21
444/23 445/23 446/10
449/15 451/16 478/9

**F**

Facebook [6] 436/21
437/25 438/3 438/4
438/5 438/6
fact [9] 450/21 460/19
468/12 484/7 489/3
502/16 514/3 520/4
525/23
fail [4] 523/22 524/20
524/20 524/21
failure [2] 525/22
525/23
fair [2] 432/12 473/11
falls [1] 443/5
familiar [3] 500/6
500/10 518/17
far [3] 484/19 508/11
516/25
fashion [1] 424/24
FBI [10] 446/19 461/21
461/22 462/2 462/9
462/10 462/10 462/11
487/10 487/22
February [1] 440/3
February 17th [1]
440/3
federal [1] 506/2
feel [2] 449/20 482/17
few [5] 457/20 468/22
480/7 503/7 503/16
field [1] 500/4
fields [1] 500/19
final [4] 422/4 432/22
464/16 480/25
finally [4] 421/20
448/21 451/12 495/14
financial [1] 479/2

find [2] 517/17 522/8
finding [2] 526/10
526/13
findings [2] 433/18
433/22
fine [1] 523/8
firearm [2] 511/25
512/3
firearms [32] 479/2
479/20 498/2 498/25
503/6 504/17 504/22
505/2 505/4 505/8
505/10 505/14 505/17
505/22 506/15 506/23
507/5 507/20 507/24
510/18 510/23 512/24
513/3 513/12 513/15
513/16 513/20 516/9
517/9 520/11 522/16
522/18
Firm [1] 417/22
first [32] 423/16 426/19
427/3 428/1 428/2
432/3 432/13 435/2
435/3 435/6 437/6
438/4 448/1 453/13
454/14 458/8 460/7
465/16 465/20 474/22
475/20 478/7 481/21
484/11 485/7 488/24
491/3 497/11 501/5
501/24 526/17 526/22
fist [1] 426/11
five [12] 428/15 456/19
460/22 469/13 485/24
490/25 494/3 500/20
501/5 501/10 501/24
521/7
five-digit [3] 500/20
501/5 501/10
flight [1] 450/1
floor [4] 417/23 418/3
485/7 485/20
Florida [4] 447/10
447/12 449/25 450/2
focus [1] 501/25
focused [1] 458/5
folder [2] 474/22
474/23
follow [2] 462/23 481/2
follow-up [1] 481/2
following [1] 517/25
follows [2] 481/22
497/12
foregoing [1] 528/3
forensic [1] 465/18
form [1] 478/19
formed [2] 513/18
514/13
Fort [4] 447/9 447/12
449/25 450/2
forth [3] 435/15 484/1
484/6
forward [1] 524/23
forwarded [3] 463/10
463/21 464/4
found [28] 420/24
421/6 421/10 421/14

421/18 423/4 430/1
430/2 431/24 436/15
436/24 437/5 438/21
439/13 440/2 440/15
441/3 441/16 443/16
444/18 445/20 446/6
466/17 480/9 487/9
517/18 518/6 519/10
foundation [4] 425/15
462/24 514/5 519/17
four [8] 430/10 456/19
456/24 460/22 480/17
483/1 506/4 506/5
fractions [2] 473/7
473/9
Friday [5] 523/14 524/8
525/6 525/23 526/11
friend [2] 438/5 438/6
friends [1] 438/3
front [6] 468/10 482/8
487/19 494/4 495/15
523/25
full [1] 459/15
further [12] 469/5
469/6 469/7 480/12
495/21 495/23 514/5
520/25 521/3 522/21
522/22 525/14
future [3] 523/16
525/21 526/1

**G**

Galaxy [14] 434/14
434/24 436/14 437/6
438/22 439/13 440/2
440/15 441/3 441/17
443/17 444/18 445/20
446/6
Galil [1] 510/25
gang [3] 490/6 490/10
490/14
gauge [1] 512/4
gave [8] 453/13 453/15
453/19 464/21 506/13
515/10 516/5 522/2
gears [1] 500/6
general [2] 484/10
504/10
generally [2] 504/9
507/4
GERMINE [39] 417/7
420/25 425/7 425/22
426/20 427/7 427/17
428/3 430/3 430/16
430/20 430/22 432/11
432/20 433/11 447/19
448/5 449/11 450/8
451/13 454/15 458/13
459/18 459/24 463/21
467/23 468/12 479/8
517/13 517/17 517/19
520/22 523/10 523/23
523/25 524/2 525/2
526/6 526/14

499/10 502/21 519/12
526/15
getting [2] 422/6
502/24
give [8] 434/24 454/3
455/14 480/25 502/23
506/18 521/9 521/10
given [3] 521/25 525/5
525/15
giving [3] 454/7 454/7
454/9
glad [1] 495/23
Glock [1] 508/2
go [28] 422/7 422/8
423/24 424/24 430/5
435/22 436/7 456/4
457/11 458/2 463/5
469/14 482/3 483/10
485/13 490/2 490/8
490/18 492/19 493/1
497/21 498/4 508/11
514/22 516/25 522/6
524/23 527/10
goes [4] 424/25 455/24
517/1 518/18
going [25] 442/15
452/20 457/11 463/5
466/1 466/5 468/22
469/12 477/15 483/14
483/25 484/19 486/23
486/24 488/8 489/24
490/7 490/15 493/13
508/13 508/20 508/21
521/8 523/8 524/10
gold [2] 485/25 486/1
gone [2] 462/17 473/12
good [10] 452/6 452/7
457/2 481/23 490/8
496/8 497/13 497/14
521/18 521/19
Google [6] 436/21
436/21 443/3 444/9
445/11 453/4
got [17] 422/6 442/15
454/14 454/17 454/21
456/15 456/18 456/18
456/23 456/23 457/6
457/7 458/12 484/13
484/23 486/22 493/23
gotten [2] 456/25
494/23
Government [42]
417/14 418/12 419/2
426/9 433/25 434/6
434/13 436/10 437/20
437/23 438/15 439/5
439/23 440/12 440/25
441/13 442/20 444/5
445/2 445/6 446/3
446/16 469/17 469/18
476/6 481/12 483/25
484/5 484/15 488/4
488/16 497/8 505/20
510/11 510/16 512/9
525/17 525/22 525/24
526/5 526/7 526/12
Government's [99]
420/9 420/19 420/23

**G**

Government's... [96]
421/20 421/25 422/3
422/14 423/7 423/12
423/13 424/15 425/4
426/11 428/11 433/19
433/21 433/23 435/16
435/17 436/13 436/25
437/14 437/17 438/8
438/18 438/24 439/12
439/15 439/16 439/20
440/4 440/6 440/19
440/22 441/7 441/10
441/19 441/21 443/15
443/19 443/21 444/21
444/23 445/18 445/22
445/23 446/10 446/22
451/17 452/9 452/10
458/2 458/4 461/18
463/9 472/14 472/22
474/16 474/21 475/6
475/19 476/13 476/18
476/20 476/21 477/10
477/13 477/18 478/7
478/15 478/24 478/25
479/11 479/15 479/16
479/22 480/1 480/4
480/9 487/13 487/18
488/3 490/9 491/6
494/5 494/15 495/1
495/14 500/23 502/8
507/7 509/2 510/22
511/14 512/6 515/19
519/14 521/20 526/4
**Gran [2]** 467/5 467/7
**granted [3]** 516/19
520/10 520/13
**great [2]** 467/9 492/23
**green [4]** 430/14 433/6
449/14 451/15
**group [1]** 499/13
**groupings [1]** 512/14
**guess [4]** 435/8 452/15
473/21 474/5
**guns [1]** 485/18
**guy [1]** 493/20 493/22

**H**

**had [22]** 420/24 430/4
435/21 454/22 454/23
455/10 456/9 458/20
464/4 466/21 468/2
468/6 472/12 475/19
483/10 491/1 492/9
493/14 508/23 517/9
519/21 524/7
**Haiti [26]** 443/5 444/14
445/16 447/10 447/11
447/16 449/25 450/2
450/17 462/1 473/15
482/22 482/23 483/7
483/15 486/9 486/13
486/17 506/24 513/21
514/16 515/7 515/11
516/2 516/10 520/11
**Haitian [16]** 462/2
472/20 473/2 474/7

474/8 474/9 475/24
483/1 484/25 485/11
490/21 490/25 491/9
493/20 493/22 495/6
**Haitian-Creole [1]**
462/2
**Haitians [3]** 490/11
490/13 492/6
**half [3]** 427/8 428/7
490/23
**hand [5]** 436/24 442/24
449/14 467/12 486/8
**handgun [1]** 485/17
**handguns [2]** 513/19
514/14
**happen [2]** 486/21
487/1
**happened [7]** 483/10
483/22 485/5 493/11
493/23 524/8 526/10
**happening [1]** 459/16
**happens [1]** 523/15
**happy [2]** 424/21
435/22
**hard [1]** 489/21
**hardly [1]** 509/17
**has [14]** 462/22 462/24
467/20 470/8 473/18
494/22 501/16 502/12
516/15 517/22 520/10
525/17 526/5 526/6
**have [111]** 420/8
421/21 422/10 423/7
423/8 424/6 424/14
424/16 425/14 425/14
425/16 426/20 429/10
431/11 432/16 433/13
434/12 435/24 436/12
443/6 447/7 449/23
450/23 451/1 451/21
452/15 453/24 454/11
454/21 456/14 457/15
458/8 459/4 459/9
459/13 460/1 461/1
461/9 461/10 461/13
464/10 467/24 468/4
468/9 468/22 468/24
471/23 473/7 473/12
473/22 473/23 475/12
475/23 477/3 477/10
477/14 478/4 480/11
480/16 485/8 485/8
488/10 489/1 489/3
490/2 490/4 490/12
491/21 492/20 493/6
494/25 495/14 495/23
495/25 496/5 496/8
498/10 498/18 498/20
499/15 499/25 501/20
501/21 502/18 504/13
504/19 504/24 505/15
505/16 506/2 508/8
509/19 513/18 513/23
514/13 516/9 516/17
517/2 520/13 521/4
522/21 523/3 523/13
524/5 525/3 525/4
524/25 526/3 526/5

426/6 527/5
**haven't [1]** 466/10
**having [4]** 463/16
481/21 489/21 497/11
**he [32]** 430/23 430/24
435/8 462/2 462/4
462/9 462/9 462/13
462/17 468/16 485/8
485/9 485/9 486/12
488/24 489/7 489/10
489/12 489/13 491/23
491/24 492/10 493/20
493/21 493/22 502/16
502/20 502/22 506/17
517/15 517/22 523/22
**he's [6]** 462/17 491/22
491/25 495/19 495/20
502/15
**head [1]** 498/15
**hear [6]** 442/3 442/12
448/13 455/1 506/3
526/23
**heard [4]** 434/6 490/13
493/5 493/5
**hearing [1]** 492/5
**hearsay [5]** 491/13
491/14 492/14 492/15
520/2
**heart [1]** 478/13
**held [2]** 489/14 493/9
**Hello [1]** 452/5
**Hellpup [1]** 511/4
**help [1]** 468/22
**helped [1]** 499/17
**helping [1]** 499/17
**her [4]** 424/18 459/20
467/20 518/18
**Herbster [1]** 465/19
**here [75]** 421/21 425/8
426/12 426/19 427/22
430/7 430/11 431/4
431/7 431/12 431/15
432/3 432/16 432/22
432/23 433/6 435/21
436/13 437/15 439/12
440/4 440/14 441/2
441/5 441/15 443/14
443/19 444/17 444/21
445/9 445/19 446/5
446/25 447/7 448/2
448/21 448/22 450/6
450/7 451/2 451/8
451/12 452/23 454/11
455/9 455/18 456/24
456/25 456/25 457/1
457/2 459/10 459/24
460/1 460/6 460/23
466/5 466/15 472/4
472/20 473/10 474/7
476/19 477/25 478/12
479/22 480/9 481/1
492/20 498/9 509/16
518/24 519/20 524/10
524/12
**hereby [1]** 523/20
**herself [1]** 420/25
**highlight [1]** 514/23
**him [9]** 435/9 462/23

468/21 488/24 500/10
513/25 519/1 519/12
523/22
**hired [2]** 495/8 498/21
**his [6]** 462/6 462/8
494/21 495/4 525/23
526/6
**history [5]** 459/16
518/13 518/24 518/25
519/10
**hit [1]** 485/10
**hits [2]** 445/12 500/5
**hold [1]** 508/4
**Honor [96]** 420/5 423/1
423/3 424/14 425/11
426/4 433/25 434/5
435/1 435/13 436/9
437/19 438/11 439/1
439/19 440/8 440/21
441/9 441/23 442/2
442/5 442/9 442/15
443/23 445/1 447/3
451/21 457/10 462/15
462/20 462/22 469/1
469/4 469/6 469/9
469/16 470/2 470/8
474/15 474/19 476/6
476/22 478/4 478/19
480/1 481/7 481/12
481/17 483/13 483/24
483/24 487/15 488/2
489/17 489/20 490/4
491/17 492/23 495/21
495/25 496/5 496/10
497/8 497/16 502/24
505/20 506/9 506/12
507/8 508/5 508/8
508/23 509/1 509/15
509/19 509/21 509/23
510/11 512/5 514/4
514/10 519/13 519/16
519/24 520/3 520/25
521/3 521/6 521/12
522/23 523/6 525/4
525/13 526/19 527/2
527/8
**HONORABLE [1]**
417/11
**hope [2]** 435/1 476/10
**hopefully [1]** 526/3
**hour [3]** 457/5 493/15
493/16
**hours [8]** 448/20 449/3
449/8 451/11 456/16
456/20 457/3 457/19
**how [38]** 423/20
424/24 430/17 442/22
464/15 466/3 469/11
471/22 473/7 473/18
476/3 477/9 493/9
498/10 498/18 498/20
500/7 500/17 501/3
501/14 501/23 503/9
503/24 504/16 504/21
505/1 505/15 505/17
505/21 506/2 506/5
506/14 512/14 516/25
520/15 521/8 522/10

488/21 488/24 500/10
513/25 519/1 519/12
523/22
**HOWARD [1]** 417/21
**However [1]** 429/18
**hundred [1]** 502/5
**Hurry [1]** 489/1
**husband [3]** 483/1
484/24 485/10
**hypervelocity [3]** 500/1
500/3 500/4

**I**

**I'd [5]** 466/24 476/7
507/7 514/20 518/7
**I'll [15]** 433/21 434/21
462/25 478/21 483/17
484/11 489/19 490/17
500/22 507/8 514/23
521/15 524/4 526/2
527/9
**I'm [36]** 424/21 424/21
430/13 435/13 435/22
439/7 439/7 442/3
442/10 448/13 449/19
450/16 452/1 452/22
457/10 459/7 461/24
463/5 468/23 474/3
475/1 477/17 477/19
480/14 481/1 487/13
489/19 494/22 495/23
498/19 506/3 508/20
508/24 523/8 524/20
526/25
**I've [36]** 420/18 421/20
423/7 424/14 425/3
427/22 428/11 428/19
429/2 430/7 431/3
431/11 432/3 432/16
438/20 439/11 441/2
441/15 445/18 447/13
449/9 449/9 449/22
450/6 451/1 456/25
472/19 476/18 479/25
483/4 483/16 487/18
494/4 494/15 506/4
525/10
**idea [2]** 491/1 493/14
**identical [1]** 463/20
**identification [3]**
462/19 488/12 518/8
**identified [13]** 458/9
459/23 461/9 463/14
465/4 467/21 468/2
487/21 487/24 488/18
489/9 491/6 491/24
**identify [2]** 487/10
519/2
**identifying [1]** 476/14
**identity [1]** 461/20
**III [1]** 497/21
**image [13]** 440/2
440/15 441/3 441/20
442/1 442/4 444/18
445/14 445/15 445/20
445/22 446/8 446/8
**images [2]** 438/17
443/3
**immediately [2]** 474/24
499/12

**I**

**impact [3]** 500/2 500/3 500/4
**important [1]** 484/1
**include [8]** 421/1 421/6 429/16 459/13 459/15 473/4 473/12 479/20
**included [8]** 454/12 454/13 458/20 460/4 465/12 466/10 466/17 466/19
**includes [1]** 475/9
**including [2]** 429/11 477/5
**INDEX [1]** 418/10
**indicate [11]** 429/14 448/9 458/25 459/10 460/6 460/9 477/2 478/8 504/9 519/20 525/18
**indicated [4]** 444/12 448/18 508/13 524/19
**indicates [4]** 427/3 431/1 463/10 478/9
**indicating [3]** 428/16 445/15 474/12
**indication [2]** 518/12 526/7
**indictment [2]** 491/24 492/1
**individual [9]** 426/17 429/17 432/2 436/23 461/19 462/1 487/6 489/9 491/4
**individual's [1]** 487/8
**individuals [17]** 426/15 431/2 432/4 455/10 489/15 490/21 491/9 494/19 495/9 495/6 495/9 505/13 517/6 520/23
**indulgence [6]** 434/3 468/19 496/2 508/5 521/1 525/1
**industry [5]** 497/23 497/25 498/4 499/14 505/12
**inform [1]** 468/17
**information [22]** 425/16 425/18 442/23 444/8 450/11 451/5 452/11 452/25 453/13 454/11 460/1 460/4 464/11 473/23 484/1 484/3 484/9 513/18 525/18 525/25 526/4 526/8
**informed [2]** 458/4 468/14
**initially [2]** 490/23 491/1
**initiated [2]** 430/20 433/9
**innovation [1]** 499/22
**input [1]** 503/23
**inputted [1]** 453/7

**installment [1]** 453/7
**instance [2]** 426/19 473/6
**intends [1]** 525/21
**interested [1]** 505/13
**interject [2]** 484/20 502/12
**Internet [1]** 436/20 453/5
**interpreted [1]** 523/18
**interpreter [11]** 465/25 466/3 466/4 466/8 466/8 468/1 468/3 468/8 468/15 472/10 472/10 472/12
**interpreters [1]** 508/6
**interpreting [1]** 462/11
**introduced [2]** 434/6 483/18
**investigation [11]** 422/11 424/7 433/13 446/18 468/1 468/3 468/8 468/15 472/10 472/10 472/12
**involve [2]** 505/7 507/1
**involved [4]** 432/10 490/10 499/18 508/11
**involvement [1]** 499/15
**iPhone [1]** 478/10
**is [314]**
**Island [1]** 508/3
**issue [4]** 436/5 470/7 523/9 526/3
**issued [5]** 516/15 517/6 517/9 517/17 523/17
**issuing [2]** 505/24 506/16
**it [151]**
**it's [28]** 426/4 435/4 436/7 442/1 452/20 453/22 454/9 463/8 463/8 466/25 467/4 473/11 478/22 481/3 488/5 492/14 492/16 499/13 501/3 504/4 508/17 509/4 509/10 509/12 509/16 518/12 521/7 527/2
**item [20]** 429/22 438/8 460/7 500/21 501/16 501/18 501/20 502/1 502/2 502/6 503/4 503/8 503/19 503/21 503/23 503/24 504/7 504/11 522/7 522/10
**items [18]** 499/2 499/7 500/7 500/15 501/13 501/14 504/13 505/14 507/2 507/4 512/12 512/14 512/22 515/8 516/2 516/15 522/13 522/16
**its [6]** 441/20 443/24 444/22 445/3 446/9 525/6
**itself [3]** 430/21 430/25 492/24

**J**

**JA9 [1]** 511/1
**January [5]** 417/6 509/18 510/7 523/21 528/8
**January 16th [2]** 509/18 510/7
**January 22nd [1]** 523/21
**Jason [1]** 519/20
**JDB [1]** 417/4
**Jean [16]** 421/13 425/7 425/21 427/4 427/11 428/9 430/3 430/4 432/5 432/11 451/4 458/15 459/1 459/17 518/1 518/2
**Jeff [1]** 497/21
**Jermaine [1]** 518/1
**Jet [1]** 436/21
**Jimenez [1]** 510/25
**job [2]** 423/25 517/2
**Jocelyn [21]** 421/5 421/22 423/10 423/18 424/3 425/21 427/17 428/6 430/16 430/23 433/4 433/9 463/19 468/7 468/9 468/11 468/16 468/18 472/9 479/7 518/1
**JOHN [1]** 417/11
**Johns [4]** 418/6 528/3 528/8 528/9
**JOLY [15]** 417/7 425/6 425/22 426/20 427/7 454/15 458/12 459/18 459/24 463/21 467/23 477/8 478/13 517/13 520/22
**Jos [1]** 479/13
**Jou [11]** 421/17 432/20 467/21 491/2 491/5 491/8 491/16 492/5 492/22 493/3 518/1
**JUDGE [4]** 417/11 456/8 456/8 482/1
**Judge Bates [1]** 456/8
**July [10]** 441/18 443/17 444/19 447/10 447/16 447/16 447/24 447/25 449/6 449/12
**July 13th [2]** 447/10 449/6
**July 15th [1]** 447/16
**July 17th [1]** 441/18
**July 19th [1]** 447/16
**July 20th [1]** 447/24
**July 24th [1]** 443/17
**July 25th [1]** 444/19
**July 26th [1]** 447/25
**July 31st [1]** 449/12
**June [7]** 440/16 441/4 482/21 482/23 483/2 483/4 483/6
**June 22nd [1]** 441/4
**June 24th of [1]** 483/2

**June 8th [1]** 440/16
**jury [1]** 424/20
**just [64]** 422/18 423/24 424/21 425/15 427/2 428/16 429/9 429/16 429/20 442/8 442/10 444/1 444/3 445/5 448/4 448/8 449/19 452/22 453/4 453/11 453/16 453/22 464/6 468/13 469/1 475/7 479/4 481/3 481/6 484/7 485/20 488/5 488/5 488/7 488/8 491/4 492/13 495/5 498/11 501/7 502/7 503/6 503/16 504/12 506/1 506/13 509/23 509/25 510/5 511/18 511/18 513/8 513/23 515/9 515/10 515/15 515/22 516/4 519/2 521/4 523/6 523/9 523/10 526/2
**Justice [1]** 417/18

**K**

**KAREN [1]** 417/15
**Kenny [2]** 495/13 495/13
**kept [1]** 468/13
**kidnap [1]** 490/14
**kidnapped [14]** 483/12 483/23 484/23 485/6 486/4 487/3 491/1 491/1 493/12 493/23 494/13 494/20 495/9 495/12
**kidnapping [4]** 484/3 484/6 484/7 490/10
**kill [4]** 486/23 486/24 493/13 493/14
**Kim [8]** 485/3 485/4 485/4 486/15 486/16 486/17 493/21 494/12
**Kim's [1]** 493/22
**KIMBERLY [1]** 417/15
**kind [2]** 462/18 464/1
**Kirsten [2]** 518/16 519/19
**kiss [1]** 478/13
**know [38]** 425/15 455/7 455/9 455/14 455/18 455/21 455/23 456/10 456/12 456/20 457/3 457/8 459/5 459/8 461/4 461/7 463/3 467/7 467/9 476/6 480/21 480/23 484/8 490/23 493/20 494/18 495/19 503/8 503/9 508/15 514/1 520/5 520/6 522/9 526/17 526/18 526/25 527/3
**knowledge [1]** 455/6
**knows [1]** 463/1
**Koleg [1]** 451/20

**Korea [1]** 482/16
**Korean [4]** 481/18 482/17 484/24 485/1
**Kuz [2]** 480/2 480/8

**L**

**L-E-E [1]** 489/8
**labeled [1]** 440/17
**laid [1]** 425/21
**language [1]** 482/17
**Lanmo [10]** 421/17 432/20 467/21 491/2 491/5 491/8 491/16 492/5 492/5 493/3 518/1
**laptop [2]** 475/16 509/23
**large [1]** 471/25
**larger [2]** 453/17 475/2
**last [15]** 429/11 429/21 430/24 439/10 439/14 440/3 440/16 482/5 485/3 486/15 489/7 499/22 504/18 504/23 505/3
**last-access [1]** 440/3
**lasted [8]** 427/4 427/7 427/17 428/3 428/7 428/10 428/17 432/20
**lasting [1]** 473/11
**lasts [2]** 430/22 430/25
**lat [3]** 443/1 444/8 445/10
**lat-long [1]** 444/8 445/10
**late [2]** 472/10 491/2
**later [3]** 420/11 432/14 487/9
**latitude [6]** 443/2 443/3 453/3 453/4 453/15 454/6
**latitude-longitude [4]** 443/2 443/3 453/4 453/15
**Lauderdale [4]** 447/10 447/12 449/25 450/2
**law [3]** 417/22 504/2 522/3
**lead [1]** 450/22
**leader [2]** 487/4 488/18
**leading [3]** 476/8 478/19 478/22
**learn [1]** 487/8
**least [1]** 434/24
**leave [5]** 424/5 457/5 525/23 526/6 526/14
**leaving [1]** 481/1
**led [1]** 429/25
**Lee [2]** 482/6 489/8
**left [11]** 423/24 426/14 436/19 436/24 441/16 443/16 449/14 452/8 476/19 477/1 501/9
**left-hand [2]** 436/24 449/14
**legal [1]** 446/19
**Legends [2]** 495/13 495/13
**length [1]** 429/24
**less [5]** 453/21 454/7

**L**

**less... [3]** 460/22 466/21 473/15
**let [12]** 422/8 424/20 429/9 458/2 461/10 462/25 464/18 466/24 469/1 476/8 480/13 502/12
**let's [16]** 426/11 427/12 452/20 456/8 456/18 456/23 458/2 458/25 463/5 463/7 469/23 472/14 483/6 485/13 502/21 507/17
**letter [1]** 502/2
**levels [1]** 502/5
**license [36]** 499/2 499/8 500/16 501/14 504/5 504/6 504/8 504/10 504/14 504/24 505/4 506/22 506/24 507/16 510/4 510/8 511/21 511/22 513/21 514/15 514/15 515/4 515/24 516/6 516/8 516/13 516/18 517/9 517/13 517/20 517/24 518/5 518/13 518/24 518/25 519/10
**licenses [10]** 505/24 506/16 516/15 517/6 517/12 517/17 517/18 520/11 520/20 520/22
**licensing [4]** 498/17 498/22 499/6 504/9
**lie [1]** 485/7
**like [13]** 466/25 469/9 469/10 469/20 473/18 479/7 485/15 493/8 505/21 507/7 514/20 518/7 518/19
**limitation [1]** 484/10
**limited [3]** 444/4 484/18 490/17
**limiting [2]** 483/25 484/16
**line [7]** 426/19 443/1 472/17 475/20 476/15 490/15 495/24
**linguist [4]** 461/21 461/22 461/23 462/9
**list [22]** 460/17 462/23 500/11 500/12 500/14 501/4 501/21 503/9 506/23 507/20 507/24 510/18 510/23 511/25 512/12 518/24 519/1 519/9 520/23 521/25 522/2 522/5
**listed [13]** 422/24 425/8 454/14 455/10 460/6 460/23 462/13 478/12 513/24 514/2 514/14 515/16 516/6
**listen [2]** 455/11 455/13
**little [7]** 443/6 452/22

484/13 500/6 509/22 509/23 513/9
**live [1]** 482/11
**living [4]** 482/19 482/21 482/23 482/25
**located [4]** 438/24 440/1 444/13 498/6
**location [7]** 453/19 453/21 453/22 454/8 454/9 485/22 493/9
**logged [5]** 436/15 436/20 436/24 437/5 438/1
**logic [1]** 501/14
**login [1]** 436/18
**long [10]** 423/20 443/1 444/8 445/10 469/11 498/10 498/18 498/20 521/8 527/3
**longer [8]** 427/2 428/17 429/1 429/8 429/12 429/15 429/20 431/9
**longitude [5]** 443/2 443/3 453/4 453/15 454/6
**look [12]** 426/11 432/2 465/20 469/1 472/14 475/24 485/14 509/13 526/25 527/1 527/4 527/5
**looked [4]** 425/19 459/2 485/14 503/9
**looking [4]** 435/6 454/10 459/24 502/7
**lot [1]** 485/12
**Louis [10]** 421/9 422/13 422/25 423/9 423/22 423/24 425/22 432/8 518/1 518/2
**Louis's [2]** 423/13 465/13

**M**

**M1A [1]** 511/9
**M4 [1]** 511/1
**machine [3]** 485/18 499/14 499/19
**made [11]** 427/14 432/13 459/11 459/17 460/1 464/24 464/24 472/9 472/11 486/12 486/13
**maintain [3]** 516/14 516/18 516/21
**make [14]** 425/5 434/21 449/20 455/14 461/15 473/7 475/2 509/23 523/11 523/16 524/9 525/25 526/10 526/12
**making [7]** 426/17 463/25 464/6 466/14 466/16 493/7 503/23
**man [3]** 467/9 467/9 488/18
**Manufacturing [2]** 499/13 511/8
**many [13]** 462/9 464/15 472/5 476/3

495/3 504/16 504/21 505/1 506/2 506/5 520/15 522/13 522/13 522/13 522/13 522/13
**map [4]** 453/10 453/11 453/13 453/16
**mapping [1]** 442/6
**maps [4]** 444/9 445/11 453/4 453/9
**March [6]** 515/3 515/4 515/23 515/24 520/18 520/19
**March 1 [3]** 515/3 515/23 515/24
**March 1st [1]** 515/4
**marked [10]** 423/7 424/15 433/21 441/5 441/19 446/8 449/13 477/14 487/13 518/7
**master's [1]** 499/25
**match [1]** 509/11
**materials [1]** 502/3
**matrix [1]** 503/13
**matter [3]** 469/19 491/17 528/5
**Mawozo [1]** 518/2
**maximize [1]** 508/7
**may [19]** 450/23 450/23 463/2 464/7 469/17 469/18 470/2 481/10 484/8 496/8 496/10 519/23 520/5 522/25 523/22 524/5 525/11 526/11 526/11
**maybe [6]** 457/20 469/13 482/9 490/5 506/1 508/7
**MD [1]** 417/23
**me [47]** 422/6 422/8 422/8 422/8 422/17 424/5 425/14 429/9 435/13 436/8 449/19 449/20 453/10 453/15 454/9 455/14 458/2 461/10 464/18 466/10 466/24 468/1 468/10 468/23 469/1 469/10 472/13 480/13 483/24 484/11 485/7 485/8 486/12 486/23 489/1 492/10 493/1 493/14 494/20 502/12 515/13 518/18 526/22 526/24 **mean [4]** 422/18 489/19 494/9 501/18
**means [2]** 467/9 467/15
**meant [1]** 422/20
**mechanical [1]** 418/8
**media [1]** 436/19
**meetings [1]** 505/12
**membership [1]** 499/17
**memorandum [1]** 518/19
**men [1]** 422/7
**mention [1]** 472/8
**mentioned [6]** 437/14

432/6 485/7 486/5 501/4 501/10
**mentioning [1]** 483/15
**Merlin [1]** 486/15
**message [24]** 421/22 421/24 423/17 423/19 423/21 423/23 424/2 424/4 449/18 451/13 451/15 451/19 463/9 463/10 463/10 463/13 463/13 463/13 463/20 477/2 477/4 477/7 478/24 479/4
**messages [54]** 420/15 420/20 420/25 421/1 421/4 421/6 421/7 421/8 421/11 421/12 421/15 421/16 421/19 422/25 423/9 423/11 449/11 461/10 461/11 461/13 461/13 462/12 463/5 464/3 465/2 465/3 465/4 465/10 462/12 465/17 466/11 466/17 468/10 468/11 471/24 472/2 476/15 477/3 477/10 478/16 478/18 479/1 479/2 479/6 479/10 479/13 479/15 479/21 479/22 480/2 480/4 480/6 480/7 480/8
**messaging [1]** 449/14
**met [3]** 487/4 488/21 488/24
**metadata [16]** 439/9 439/14 441/20 442/1 442/4 442/18 442/25 443/25 444/3 444/22 445/3 445/11 446/9 452/23 453/3 464/1
**method [1]** 436/3
**metrics [1]** 473/4
**mic [1]** 525/16
**microphone [3]** 482/8 523/24 523/25
**middle [1]** 501/8
**might [10]** 448/10 450/20 452/8 463/6 468/18 473/12 474/14 504/6 516/9 523/13
**millimeter [11]** 508/2 510/25 511/1 511/2 511/3 511/4 511/5 511/6 511/7 511/10 511/11
**mind [1]** 478/1
**mindful [1]** 484/16
**mine [1]** 463/8
**minute [25]** 429/22 448/9 456/23 456/24 456/24 456/25 457/1 457/2 457/15 457/15 457/18 457/22 459/9 460/8 460/13 460/17 460/18 460/19 460/22 473/7 474/11 499/10 521/9 521/10 523/7

**minutes [33]** 427/4 427/8 427/18 427/19 428/4 428/7 428/10 429/19 429/19 429/23 429/23 430/22 430/25 432/21 433/12 448/6 450/10 456/9 456/15 456/20 457/2 457/5 457/6 457/20 459/5 460/11 468/23 468/24 469/13 473/11 473/14 473/19 476/3
**misremembering [1]** 474/13
**missed [1]** 506/1
**missile [5]** 498/2 498/25 499/3 500/5 500/5
**mission [2]** 482/24 486/17
**missionary [4]** 482/20 483/8 483/11 484/24
**misspoke [1]** 514/10
**Mobile [3]** 450/19 474/22 475/8
**model [16]** 508/2 510/24 510/25 511/1 511/1 511/2 511/3 511/3 511/4 511/5 511/6 511/8 511/9 511/9 511/10 511/11
**moment [6]** 478/5 485/13 501/1 508/4 515/10 523/9
**Monday [1]** 523/21
**money [5]** 479/20 484/17 485/10 490/11 493/6
**monies [2]** 484/2 484/9
**monitor [1]** 489/25
**months [2]** 425/20 472/5
**more [22]** 435/24 443/6 443/6 444/11 451/21 453/19 453/21 453/22 454/7 466/21 468/24 473/3 473/15 473/17 473/23 474/7 480/19 488/5 490/11 502/17 503/16 504/12
**morning [5]** 422/9 434/13 526/16 526/17 526/22
**Mortimer [3]** 518/16 518/17 519/19
**most [3]** 474/7 476/2 482/17
**Moun [1]** 467/5 467/7
**move [25]** 424/18 425/11 427/12 434/1 435/23 435/24 437/20 438/11 439/1 439/19 440/8 440/21 441/9 441/23 443/23 445/2 445/25 446/12 488/2 488/4 488/9 510/12 512/5 519/13 519/24
**moved [2]** 502/13

**M**

moved... [1] 502/17
moving [3] 436/17
440/14 454/10
Mr [31] 418/20 418/21
497/15 497/22 498/6
498/10 499/24 500/6
500/25 501/10 503/3
503/8 504/12 506/21
507/13 509/25 510/8
510/18 511/16 511/20
512/11 514/13 515/9
516/8 516/14 517/2
517/9 518/15 520/9
521/18 522/24
Mr. [56] 420/25 427/17
428/3 429/18 430/3
430/16 430/20 430/22
430/24 432/11 432/20
433/11 435/7 435/11
447/19 448/5 449/11
450/8 451/13 451/23
468/12 475/1 480/14
491/20 497/13 499/20
500/22 502/18 505/21
506/10 509/8 509/20
511/12 511/13 513/11
513/18 514/6 514/21
514/23 515/18 517/17
517/19 518/9 519/15
520/7 521/7 522/22
523/5 523/10 523/23
523/25 524/2 525/2
525/3 526/6 526/14
Mr. Barnes [3] 509/20
520/7 522/22
Mr. Bond [11] 497/13
499/20 502/18 506/10
511/12 511/13 513/11
513/18 514/6 514/21
518/9
Mr. Cassius [4] 475/1
500/22 514/23 515/18
Mr. Dor [2] 429/18
430/24
Mr. Germine [25]
420/25 427/17 428/3
430/3 430/16 430/20
430/22 432/11 432/20
433/11 447/19 448/5
449/11 450/8 451/13
468/12 517/17 517/19
523/10 523/23 523/25
524/2 525/2 526/6
526/14
Mr. Orenberg [10]
435/7 435/11 451/23
480/14 491/20 509/8
519/15 521/7 523/5
525/3
Mr. Thomas [1] 505/21
Ms [4] 418/14 418/15
418/16 418/18
Ms. [35] 420/4 420/8
421/4 421/12 425/3
430/23 433/16 435/9
435/12 436/12 451/24

465/5 465/11 469/8
469/15 471/13 471/18
475/6 475/15 475/18
476/11 476/13 477/6
480/14 481/10 481/17
482/3 482/11 484/21
484/23 487/18 494/4
496/7 518/17 526/9
Ms. Amato [2] 451/24
480/14
Ms. Calidonna [8]
420/8 425/3 436/12
471/18 475/6 475/18
476/13 481/10
Ms. Duncan [1] 475/15
Ms. Eliande [1] 465/11
Ms. Mortimer [1]
518/17
Ms. Paschall [6] 420/4
435/12 469/8 471/13
476/11 484/21
Ms. Rhee [7] 481/17
482/3 482/11 484/23
487/18 494/4 496/7
Ms. Seifert [3] 435/9
469/15 526/9
Ms. Tunis [5] 421/4
421/12 430/23 433/16
465/5
Ms. Tunis's [1] 477/6
much [6] 435/20
471/23 473/3 496/7
502/17 522/24
multiple [4] 430/23
464/17 466/7 492/20
my [21] 423/25 423/25
429/21 452/15 455/6
459/15 460/5 468/17
469/2 475/16 483/1
483/8 484/24 485/10
486/1 486/1 495/25
497/21 506/3 508/9
509/17
myself [2] 457/1
465/22

**N**

name [27] 437/7 437/8
438/5 438/6 454/18
461/22 461/24 467/5
467/12 467/21 471/19
477/6 482/1 482/3
482/5 485/2 485/3
486/14 486/15 486/19
487/8 489/5 489/7
497/19 497/21 503/7
517/15
named [2] 436/23
491/5
names [13] 426/15
436/16 454/13 454/22
454/24 517/25 518/13
518/20 518/21 519/3
519/4 519/6 519/9
Natcom [1] 450/18
national [4] 499/4
503/5 512/24 513/16
navigation [2] 494/2

494/5
nearly [1] 463/20
necessary [1] 526/13
necklace [2] 485/25
486/1
need [14] 449/20
451/24 460/5 481/1
482/9 488/12 493/1
500/15 523/3 524/10
524/11 525/10 525/14
525/24
needed [2] 425/13
523/14
needs [4] 485/8 485/9
485/9 500/21
never [1] 478/1
new [1] 430/13
next [13] 428/1 428/2
428/5 429/10 432/6
433/7 454/13 466/3
466/7 490/15 490/24
495/7 497/7
nice [1] 523/7
Niglio [1] 470/7
nine [2] 456/19 518/13
no [69] 417/4 423/3
426/7 434/16 434/18
437/21 438/13 439/3
439/21 440/10 440/23
441/11 442/14 444/1
445/4 446/1 446/14
451/21 454/3 454/4
454/6 455/3 455/4
455/20 459/10 459/17
460/1 460/1 461/3
461/6 461/8 461/17
464/10 464/10 465/18
467/10 479/1 479/17
480/6 480/11 481/7
483/5 491/1 493/14
494/2 495/11 495/11
495/21 496/5 504/4
510/14 512/7 512/8
512/13 516/13 517/18
517/18 517/23 518/6
519/2 519/10 520/24
520/25 521/3 522/21
522/23 523/16 525/17
526/6
Nods [1] 498/15
non [1] 476/8
non-leading [1] 476/8
nonproliferation [2]
499/3 503/6
not [72] 429/11 434/12
442/6 448/10 449/19
450/16 450/23 455/3
455/6 455/13 455/20
455/23 456/10 457/10
458/21 459/7 459/13
459/15 460/4 460/7
461/8 461/17 462/17
462/17 463/6 463/13
463/16 464/1 465/24
468/4 468/12 468/13
468/18 473/8 473/11
473/12 474/12 475/1
476/11 479/1 479/18

478/20 479/24 480/9
483/4 484/7 486/24
487/15 489/25 490/7
493/14 494/3 502/12
507/11 508/12 508/13
508/17 508/20 508/21
516/19 520/24 521/5
522/7 524/5 524/6
524/6 524/10 524/12
524/20 524/21 525/11
526/10
note [1] 429/10
noted [3] 462/22
476/10 483/16
notes [1] 469/2
nother [1] 457/2
nothing [7] 449/20
469/5 469/6 469/7
519/20 526/24 527/6
notice [1] 442/25
Notwithstanding [1]
520/4
November [3] 420/11
515/4 515/24
November 8th [2]
515/4 515/24
now [49] 422/11
423/16 423/24 424/6
424/21 427/22 428/19
432/16 433/13 435/6
437/25 438/17 439/11
439/25 441/15 443/14
446/5 446/18 448/1
449/22 452/10 452/20
454/10 454/21 456/8
458/2 461/9 461/15
463/5 464/13 465/2
467/23 475/15 476/18
477/13 477/17 479/25
480/17 480/21 488/15
494/15 494/25 506/11
507/7 509/5 510/21
511/13 518/7 526/2
nuclear [4] 498/2
498/25 499/3 503/6
number [74] 421/13
421/17 425/3 426/23
427/12 427/13 427/22
428/11 428/19 428/20
429/2 430/7 431/3
431/11 432/16 436/12
436/15 436/17 436/18
437/11 437/25 438/2
438/3 438/20 439/11
439/25 441/2 441/15
444/7 444/16 445/9
446/5 446/25 447/20
449/5 449/5 451/20
454/12 454/12 454/13
454/17 454/18 455/24
456/2 456/14 458/8
458/20 458/24 459/23
459/24 460/2 460/2
463/6 466/25 467/23
472/23 473/6 473/14
473/23 473/25 474/2
475/18 476/21 476/22
477/1 494/23 500/18

501/10 501/11 501/12
502/9 507/2 508/2
513/5
number 10 [2] 431/3
441/15
number 11 [3] 431/11
444/7 466/25
number 12 [3] 432/16
444/16 445/9
number 14 [1] 446/5
number 15 [1] 446/25
number 17 [2] 447/20
455/24
number 18 [1] 456/2
number 2 [3] 425/3
436/12 467/23
number 22 [1] 456/14
number 3 [7] 426/23
436/17 436/18 437/25
458/24 473/6 475/18
number 38 [2] 476/21
477/1
number 4 [4] 427/12
427/13 438/2 438/3
number 40 [1] 476/22
number 5 [2] 427/22
438/20
number 6 [2] 428/11
439/11
number 7 [3] 428/19
428/20 439/25
number 8 [1] 429/2
number 9 [1] 441/2
number 92 [1] 463/6
numbers [18] 425/8
426/21 443/2 443/3
454/22 454/23 455/9
458/5 458/21 459/11
459/11 460/2 472/20
472/20 475/9 475/10
475/20 475/23
NW [2] 417/16 417/19

**O**

oath [4] 420/3 471/14
481/21 497/11
object [3] 483/14 484/2
519/16
objection [53] 426/5
426/7 434/2 435/14
435/22 436/1 436/2
437/21 437/22 438/13
438/14 439/3 439/4
439/21 440/10 440/11
440/23 440/24 441/11
442/13 442/14 444/2
445/4 446/1 446/2
446/14 446/15 462/20
476/11 478/19 483/15
483/16 483/19 489/17
489/18 489/25 491/10
491/11 491/12 491/14
492/2 492/11 492/11
492/21 508/8 508/16
510/13 510/14 510/15
512/7 512/8 520/1
520/2
objections [5] 424/22

**O**

objections... [4] 480/16
480/24 481/2 481/7
objects [2] 435/8
484/17
obtained [2] 446/19
465/15
obviously [1] 468/13
occasion [1] 524/6
Occasionally [1]
523/15
occasions [1] 526/5
occurred [18] 427/23
428/21 429/3 430/8
431/5 431/13 431/25
432/17 432/24 433/3
447/1 447/15 449/24
450/7 451/3 459/1
459/8 460/8
occurring [1] 484/4
occurs [1] 500/5
October [25] 420/11
420/16 420/24 421/23
423/10 425/20 425/23
429/3 430/8 431/5
431/14 432/18 432/22
432/24 433/4 433/16
439/14 445/21 446/7
447/2 449/24 450/1
450/8 450/8 451/14
October 11th [1]
431/14
October 14th [1]
432/18
October 17th [1]
432/22 433/4
October 17th of [1]
432/24
October 1st [1] 429/3
October 21st [2]
449/24 450/8
October 22nd [2]
445/21 450/8
October 23rd [2] 446/7
451/14
October 24th [2]
420/11 439/14
October 25th [3]
420/24 433/16 450/1
October 25th of [2]
420/16 447/2
October 26th [1]
421/23
October 28th [1]
423/10
October 4th [1] 430/8
October 6th [1] 431/5
off [14] 422/13 430/14
433/6 433/16 435/10
452/8 463/18 468/21
475/11 477/1 484/20
496/4 501/3 521/11
offer [1] 505/21
offered [1] 426/1
office [4] 417/16
423/25 499/23 518/12
officer [4] 498/17

496/22 499/6 504/9
**Official [2]** 418/7 528/9
**oh [5]** 435/13 439/7
452/1 466/5 527/3
**okay [25]** 423/4 425/1
435/13 439/7 452/1
452/8 452/21 453/12
454/5 455/21 461/18
465/23 466/24 474/20
475/4 487/16 488/14
493/2 501/24 521/24
522/11 522/13 522/20
523/15 526/21
**Old [1]** 509/15
**once [8]** 433/6 434/23
465/15 468/10 472/1
485/22 493/6 503/8
**one [68]** 420/10 421/24
426/3 427/3 429/11
429/18 429/19 432/2
433/1 433/1 438/21
448/9 454/14 455/15
456/9 456/18 456/18
457/5 457/11 457/14
457/15 457/18 457/20
458/12 458/15 460/5
460/8 460/13 460/17
460/19 460/21 462/2
462/10 465/20 466/14
473/22 473/24 474/23
474/25 475/20 475/21
480/19 481/14 482/9
491/25 494/13 495/9
501/1 501/5 501/25
502/1 503/13 506/1
508/4 508/24 509/4
515/22 521/9 521/10
522/17 522/18 523/3
524/4 524/5 526/21
**one minute [3]** 457/18
460/17 460/19
**one-minute [2]** 457/15
460/8
**ones [2]** 429/15 460/19
**only [15]** 429/10
435/24 441/25 442/1
442/4 442/14 454/23
459/17 468/24 476/11
479/9 479/19 480/6
484/12 489/14
**open [1]** 474/22
**opening [2]** 490/5
490/7
**opinion [5]** 454/24
513/19 514/13 515/9
516/4
**opinions [1]** 502/23
**opportunities [1]**
505/11
**opportunity [3]** 433/14
434/24 525/15
**opposed [4]** 460/17
472/22 473/8 492/24
**options [2]** 475/12
475/13
**orange [4]** 426/20
476/25 477/2 477/5

**order [9]** 425/5 431/22
431/24 470/1 523/17
524/2 525/6 525/9
525/10
**ORENBERG [13]**
417/21 417/22 418/21
435/7 435/11 451/23
480/14 491/20 509/8
519/15 521/7 523/5
525/3
**organization [1]**
486/18
**organizations [2]**
505/12 517/7
**organized [4]** 500/17
500/18 501/4 501/23
**other [45]** 429/12
429/15 429/24 431/21
435/17 458/22 459/8
459/11 459/11 460/2
460/16 461/19 464/3
464/3 464/8 468/14
469/17 472/10 479/6
479/20 479/22 482/8
483/1 483/10 484/9
484/24 485/1 485/11
489/15 490/2 491/3
491/9 492/6 492/9
492/14 493/3 493/3
493/17 493/19 495/5
495/5 506/4 506/5
511/25 526/21
**others [3]** 429/8 429/12
505/7
**Otherwise [1]** 524/11
**our [11]** 462/3 462/22
465/18 468/3 483/14
489/25 490/5 493/12
499/17 516/22 522/3
**out [19]** 422/6 425/21
443/4 444/9 445/12
448/8 453/11 453/16
453/24 457/2 457/6
461/19 487/9 493/16
500/14 500/19 508/24
522/7 525/8
**outline [1]** 427/2
**outlined [4]** 426/15
426/16 501/7 502/7
**outside [3]** 444/13
500/16 501/15
**over [10]** 466/8 472/1
472/5 498/11 499/21
504/18 504/23 505/3
505/4 509/25
**overhear [4]** 491/8
491/13 492/8 493/2
**overlap [1]** 431/1
**overrule [2]** 492/2
492/20
**overruled [1]** 483/20
**own [1]** 519/6
**owner [2]** 417/14
479/14

**P**

**p.m [12]** 417/7 417/10
430/21 430/25 433/9

443/18 444/20 445/21
446/7 459/6 459/12
459/25
**PA15 [1]** 511/10
**Pacific [1]** 486/17
**pack [1]** 523/3
**page [16]** 418/12
419/17 432/9 467/11
478/7 478/12 481/6
487/18 488/5 488/7
488/8 488/14 488/16
501/8 514/23 515/2
**Page 1 [1]** 478/12
**Page 2 [1]** 514/23
**Page 5 [3]** 487/18
488/8 488/14
**pages [2]** 417/8 509/18
**paid [2]** 488/25 493/14
**Palmetto [1]** 511/10
**pants [1]** 485/16
**parameters [1]** 484/17
**paratrooper [1]** 511/4
**park [16]** 417/22
423/25 434/15 434/23
436/16 437/1 438/4
446/10 449/15 451/16
485/3 494/21 495/4
495/18 495/18 495/18
**Park's [1]** 495/7
**Parks [1]** 495/8
**part [16]** 422/18 437/4
449/14 449/14 475/6
477/9 490/9 497/25
515/5 515/5 515/5
515/7 515/25 515/25
516/1 517/2
**Part 730 [1]** 515/7
**Part 742.4 [1]** 515/5
**parte [8]** 469/19 470/2
470/5 471/12 496/9
496/10 497/6 525/20
**partially [1]** 432/9
**participants [9]** 430/18
432/7 432/12 447/17
448/23 478/11 478/13
478/16 479/7
**particular [9]** 426/23
433/7 484/17 497/25
504/7 504/7 519/21
522/7 522/14
**particularly [1]** 478/11
**parties [1]** 469/18
**parts [1]** 479/19
**PASCHALL [10]**
417/15 418/14 418/16
418/18 420/4 435/12
469/8 471/13 476/11
484/21
**past [3]** 506/5 506/8
525/6
**pastor [17]** 484/25
485/11 485/11 486/12
486/13 486/14 486/15
486/17 492/9 492/14
493/21 493/22 494/21
495/4 495/7 495/8
495/18
**pastor's [2]** 486/15

494/12
**Pause [1]** 469/3
**pay [8]** 485/9 485/9
485/10 486/10 486/24
487/1 489/2 490/11
**PC [1]** 417/22
**Pennsylvania [2]**
417/19 498/7
**people [12]** 422/5
432/10 458/22 468/14
485/14 485/19 487/12
489/15 490/2 490/25
493/12 494/20
**per [1]** 484/12
**perfectly [1]** 524/9
**performed [1]** 518/13
**period [2]** 428/17
520/17
**permanent [2]** 515/7
516/2
**permissible [1]** 484/18
**permitted [2]** 491/18
508/18
**person [10]** 432/19
465/16 467/20 486/9
487/4 487/11 491/5
493/20 493/22 495/7
**personal [1]** 504/13
**personally [4]** 499/5
507/17 510/8 511/22
**perspective [2]** 512/11
526/4
**perspectives [1]**
526/12
**pertaining [2]** 467/4
467/23
**pertains [1]** 484/2
**pertinent [1]** 466/17
**pews [1]** 495/20
**ph [4]** 470/7 485/4
486/16 495/13
**phone [130]**
**phones [4]** 465/15
465/18 466/12 471/22
**photo [18]** 421/7
421/10 421/14 421/19
437/8 437/9 439/9
439/10 439/13 441/25
443/7 443/16 444/10
444/11 445/11 446/6
467/12 495/19
**photograph [15]**
437/14 441/16 442/14
442/18 443/11 443/16
443/24 444/1 444/3
444/22 445/3 487/11
494/19 495/1 495/3
**photographs [3]**
426/14 426/16 438/21
**photos [2]** 421/1 479/2
**picture [10]** 440/17
487/24 488/15 488/18
494/6 494/8 494/11
495/4 495/15 495/17
**pictures [1]** 487/21
**Pierre [2]** 461/23
461/25
**pin [6]** 443/10 444/12

**P**

pin... [4] 444/13 445/12
445/13 445/15
pistol [5] 511/1 511/2
511/3 511/5 511/11
pistols [6] 507/6
512/16 512/19 515/13
515/14 515/16
place [2] 485/19
493/15
placeholder [1] 526/2
placed [16] 422/8
426/23 427/3 427/7
427/10 427/16 427/25
428/2 428/6 428/9
428/13 429/5 430/3
430/3 485/20 501/13
places [2] 430/23
430/24
placing [1] 432/19
Plaintiff [1] 417/5
plane [1] 422/6
please [22] 420/22
422/3 437/2 449/10
451/19 470/4 472/25
474/19 474/22 475/1
475/16 476/25 482/1
483/22 484/21 485/5
491/11 492/13 497/19
507/23 510/21 521/13
plugged [1] 445/10
PM [1] 469/25
point [9] 425/11 437/19
445/1 459/15 462/20
468/6 491/21 502/22
518/21
pointing [1] 451/24
points [1] 473/19
Port [7] 444/13 445/13
445/16 447/10 447/11
449/25 450/1
Port-au-Prince [7]
444/13 445/13 445/16
447/10 447/11 449/25
450/1
portal [1] 516/22
portion [7] 423/12
423/23 437/2 439/8
451/15 479/4 514/23
portions [1] 479/9
position [2] 499/16
505/7
possible [2] 455/17
479/2
possibly [1] 468/9
potential [1] 470/7
Potomac [2] 417/22
417/23
PowerPoint [9] 424/11
433/2 433/18 434/10
464/13 465/12 466/20
480/7 481/6
pre [2] 500/1 508/10
pre-date [1] 508/10
pre-doc [1] 500/1
precise [6] 473/15
473/15 473/17 473/23

precision [2] 473/14
474/13
preclude [1] 484/5
precluded [1] 484/9
prefer [1] 436/3
preferred [1] 425/13
preliminarily [1]
502/18
preparation [1] 519/21
prepare [3] 507/17
510/8 511/22
prepared [11] 425/12
452/23 461/18 464/19
518/15 519/17 519/19
519/19 521/21 524/16
526/20
present [3] 436/8
490/12 524/13
presented [1] 522/17
pretrial [1] 524/7
previous [2] 483/14
489/25
previously [1] 483/17
515/16
primarily [3] 435/16
435/19 480/15
Prince [7] 444/13
445/13 445/16 447/10
447/11 449/25 450/1
prior [3] 499/11 499/12
499/20
private [2] 499/13
505/11
probably [2] 462/25
476/7
proceed [5] 425/13
484/21 509/20 521/14
523/22
proceedings [5] 418/8
469/3 523/19 524/23
528/4
process [11] 446/20
488/13 499/2 499/7
499/7 499/18 503/17
504/2 504/4 518/17
521/24
processed [1] 504/24
processes [2] 505/24
506/16
produced [1] 418/8
producing [1] 518/18
product [5] 500/15
500/18 500/19 501/5
501/24
program [2] 478/10
499/23
promise [1] 521/13
pronounced [1] 482/5
properly [1] 525/25
prosecution [3] 464/19
466/15 466/18
protractor [1] 483/11
proven [1] 491/21
provide [1] 453/9
provided [4] 434/13
453/10 454/11 509/11
PSA [1] 510/24

PTS2PS [1] 511/2
public [1] 505/13
pull [5] 433/21 474/16
474/24 500/22 515/18
pulled [40] 420/8
420/18 423/7 424/14
425/3 427/22 428/11
428/19 429/2 430/7
431/3 431/11 432/16
436/12 438/20 439/11
439/25 441/2 441/6
441/15 443/14 444/16
445/18 446/5 447/13
449/9 449/9 449/22
450/6 451/1 472/19
475/6 476/18 477/3
478/5 478/10 479/25
487/18 494/4 494/15
pulling [4] 422/16
477/17 487/13 508/24
purposes [4] 428/16
462/10 462/10 505/18
put [15] 421/20 425/18
435/15 442/23 444/8
453/12 453/15 466/19
478/24 480/7 508/20
518/20 522/6 523/25
526/2

**Q**

qualifications [1]
502/21
qualified [2] 506/2
506/18
qualify [2] 503/17
506/11
question [16] 425/16
429/21 459/7 462/7
478/20 478/21 480/14
492/3 493/1 502/18
504/3 506/1 506/3
513/25 514/7 514/11
questioning [4] 472/17
476/16 490/15 490/17
questions [13] 451/22
460/6 476/8 476/14
480/12 481/2 495/22
496/5 503/16 504/12
502/25 521/3 522/21

**R**

R-H-E-E [1] 482/2
Radom [1] 511/4
raised [1] 481/2
RAK47 [1] 511/6
range [5] 447/22
447/24 448/21 448/22
509/9
ransom [4] 486/22
486/24 487/1 493/14
rapid [1] 430/24
reach [1] 461/19
read [12] 422/3 451/19
475/3 507/23 510/22
514/6 515/2 515/9
515/21 516/4 519/1
519/18
ready [1] 527/10

realized [1] 490/24
really [1] 429/21 455/7
reason [5] 429/10
429/13 429/24 490/8
503/3
reasons [5] 499/4
503/4 503/13 512/22
513/14
recall [4] 466/21
471/19 507/6 521/21
receipt [1] 526/24
receive [2] 473/1 518/4
received [28] 426/9
432/14 436/10 437/23
438/15 439/5 439/23
440/12 440/25 441/13
442/20 444/5 445/6
446/3 446/16 452/25
458/17 458/18 459/10
462/18 463/18 466/11
474/1 475/8 475/9
488/16 510/16 512/9
receiving [1] 426/17
recent [1] 520/10
recently [1] 466/23
recess [1] 469/25
recognize [5] 500/25
507/13 509/25 511/16
518/9
record [24] 435/10
442/11 459/5 459/10
460/1 468/21 481/17
496/4 497/20 501/7
502/7 507/23 510/6
510/21 514/1 514/8
515/15 515/21 517/23
518/6 520/5 521/4
521/11 525/12
recorded [1] 418/8
recordings [2] 455/4
461/1
records [35] 424/7
424/12 425/4 425/6
435/21 446/19 446/23
448/2 449/4 450/17
450/19 450/22 454/21
454/23 456/12 458/5
458/17 458/18 459/1
459/13 473/1 473/3
473/16 474/6 474/7
474/8 474/10 475/19
475/23 475/24 475/25
476/4 516/14 516/18
516/21
red [12] 426/21 443/10
444/12 444/13 445/12
445/13 445/15 447/7
447/8 447/9 449/24
501/8
redact [2] 525/8 525/10
redirect [4] 418/16
469/11 471/15 471/16
redo [1] 509/22
reexport [2] 515/7
516/2
refer [1] 520/22
reference [3] 468/12
478/2 478/3

references [1] 435/17
referral [1] 522/3
referred [2] 434/7
434/22
referring [1] 526/25
refers [1] 447/13
reflects [2] 514/2 514/9
refresh [1] 476/25
refusal [5] 523/19
524/5 524/22 525/8
525/18
refused [1] 526/6
regards [1] 443/7
regime [2] 500/19
502/6
regional [3] 503/5
512/24 513/16
regulation [1] 516/1
Regulations [1] 515/6
related [3] 479/1
479/19 505/14
relates [1] 429/21
435/16 435/19 445/13
relating [3] 452/11
479/2 483/19
relative [2] 456/9 465/3
release [5] 484/8
486/10 487/2 488/25
489/2
released [1] 485/9
relevance [5] 489/18
489/19 489/22 489/23
508/9
relevant [6] 430/2
431/25 479/9 479/19
479/21 484/7
reliability [1] 492/19
rely [1] 525/21
remember [9] 472/16
476/15 477/14 483/4
483/5 485/4 486/15
486/19 492/5
remind [2] 420/2
471/14
removed [1] 481/8
rent [1] 483/11
repeat [2] 462/7 506/11
repeated [4] 523/19
524/5 525/7 525/9
rephrase [1] 514/11
report [2] 478/9 527/6
reporter [5] 418/5
418/7 434/19 494/22
528/9
represent [13] 427/5
427/9 428/8 428/24
428/25 429/6 429/7
430/11 430/12 431/8
431/9 431/16 431/17
representation [2]
492/22 509/6
representing [1]
499/14
represents [4] 427/6
427/10 427/14 428/9
request [5] 464/19
464/25 476/11 503/20
525/4

**R**

**requesting [2]** 469/15 493/5
**requests [1]** 499/9
**require [2]** 500/16 501/14
**required [5]** 506/23 513/20 514/15 515/5 515/25
**requirement [1]** 426/3
**requires [1]** 501/18
**research [1]** 499/23
**respect [9]** 442/22 443/5 469/19 470/6 480/17 480/24 486/6 521/20 525/25
**respectfully [2]** 489/23 525/17
**respective [2]** 426/15 426/21
**respond [1]** 508/15
**response [1]** 491/15
**responsibilities [1]** 499/5
**responsible [1]** 503/21
**rest [3]** 442/22 444/7 474/1
**result [1]** 525/19
**return [3]** 469/20 469/21 523/9
**reveal [4]** 421/5 421/9 421/13 421/17
**review [42]** 420/9 420/9 420/19 421/4 421/8 421/12 421/16 421/25 422/12 423/11 424/17 425/5 433/14 433/19 433/22 435/9 436/5 436/6 437/16 438/8 438/17 438/22 439/16 440/5 440/18 441/6 441/21 443/20 444/22 445/23 446/9 446/19 446/22 449/4 449/15 451/16 466/22 471/23 480/22 508/9 520/10 520/20
**reviewed [5]** 424/7 425/6 436/14 465/16 472/1
**reviewing [4]** 420/14 434/10 463/22 503/22
**RHEE [13]** 418/17 438/5 438/6 481/13 481/17 481/20 482/3 482/5 482/11 484/23 487/18 494/4 496/7
**rifle [10]** 510/24 510/25 511/2 511/4 511/6 511/6 511/8 511/9 511/10 511/11
**rifles [9]** 507/6 512/16 512/18 513/19 514/14 515/10 515/13 515/14 515/16
**right [60]** 420/2 423/5 426/1 426/8 430/14

437/4 439/7 442/6 442/7 442/24 443/4 443/9 445/8 449/21 451/23 452/14 452/25 453/3 454/17 455/11 457/10 458/2 458/8 458/17 458/24 462/25 466/24 467/12 474/8 475/11 478/1 481/8 482/8 491/4 492/19 496/1 496/7 502/5 502/8 503/1 508/25 509/5 509/16 518/20 519/23 520/1 521/7 521/13 522/22 523/8 524/19 524/23 525/1 525/14
**right-hand [2]** 442/24 467/12
**Riley [1]** 511/6
**Robert [1]** 465/19
**Rock [1]** 508/3
**role [4]** 498/18 498/20 498/22 499/22
**room [5]** 422/8 485/7 490/23 491/3 493/12
**round [1]** 457/18
**row [1]** 432/11
**RPR [2]** 418/6 528/9
**Ruger [1]** 511/11
**rule [3]** 426/3 435/4 483/17
**Rule 1006 [1]** 426/3
**ruled [2]** 470/8 483/16
**ruling [1]** 480/25
**rush [1]** 423/25
**Ryan [1]** 489/6

**S**

**safe [1]** 449/20
**said [12]** 422/17 464/13 485/10 488/21 489/9 489/13 489/24 491/8 492/5 492/9 492/22 521/24
**same [34]** 431/2 434/15 434/22 435/21 437/6 437/10 447/20 448/23 453/10 453/19 453/22 455/24 456/4 457/13 459/19 459/23 463/19 464/6 467/11 467/11 479/9 485/19 487/24 489/13 493/12 494/20 495/4 498/22 504/3 512/12 513/12 513/15 515/15 519/6
**Samsung [17]** 433/15 434/14 434/24 436/14 437/6 438/22 439/13 440/2 440/15 441/3 441/17 443/17 444/18 444/23 445/20 446/6 452/11
**San [11]** 421/17 432/20 467/21 491/2 491/5

491/8 491/16 492/5 492/22 493/3 518/1
**Santia [15]** 421/13 425/7 425/21 427/3 427/11 428/9 430/3 430/4 432/5 432/11 451/4 458/15 459/1 459/17 518/1
**SAR [2]** 511/2 511/3
**SAR-9 [1]** 511/3
**satisfies [1]** 426/3
**saved [1]** 477/6
**saw [4]** 448/23 472/22 489/9 520/23
**say [20]** 432/12 434/21 435/12 442/15 450/14 452/20 460/21 461/24 463/1 466/5 473/12 473/17 474/6 484/15 488/24 489/12 489/23 495/6 519/9 526/10
**saying [6]** 434/8 452/17 453/20 493/3 493/6 524/20
**says [7]** 423/24 443/1 459/1 474/23 474/25 478/1 523/18
**school [1]** 509/15
**schooling [1]** 462/18
**scope [3]** 462/21 484/18 490/1
**screen [16]** 426/14 436/24 437/2 437/4 442/7 449/14 451/1 451/8 452/21 476/18 487/19 488/15 494/4 494/25 495/14 508/7
**screenshot [1]** 443/4
**scroll [2]** 475/1 478/15
**seal [2]** 469/19 470/3
**sealed [5]** 470/5 470/8 471/12 496/9 497/6
**search [5]** 517/12 517/24 518/20 519/7 522/15
**second [17]** 423/21 427/5 427/6 428/5 435/5 437/7 438/5 445/5 458/12 460/10 474/23 489/10 492/13 502/1 511/18 511/18 513/23
**Secondly [1]** 484/15
**seconds [4]** 460/8 460/11 460/14 460/15
**Secretary [1]** 499/23
**sector [1]** 505/11
**security [8]** 422/7 497/23 498/1 498/4 499/4 503/5 512/24 513/16
**see [57]** 424/24 426/12 426/13 426/14 427/12 427/22 427/25 428/15 428/19 428/23 429/5 429/17 430/10 430/13 430/20 430/22 431/1 431/7 431/15 433/1

433/6 435/2 435/10 437/4 439/8 439/9 441/15 443/4 444/9 444/10 452/21 452/22 456/18 456/23 458/2 458/25 463/5 463/7 466/24 467/5 469/2 477/4 477/6 477/18 477/23 478/15 487/9 494/6 494/14 495/1 495/15 517/9 518/21 526/16 527/9
**seeking [1]** 488/4
**seen [2]** 437/25 479/16
**SEIFERT [4]** 417/15 435/9 469/15 526/9
**seizes [1]** 525/16
**selected [1]** 480/6
**Seltzer [1]** 519/20
**send [1]** 466/4
**sender [4]** 423/16 423/21 424/2 477/6
**sending [1]** 477/9
**senior [3]** 498/17 498/22 499/5
**sense [1]** 524/4
**sent [5]** 421/22 451/13 463/19 477/8 493/21
**sentence [2]** 515/22 515/22
**Separately [1]** 513/11
**September [8]** 425/20 425/23 426/13 427/11 427/15 427/24 428/14 428/22
**September 18th [1]** 428/14
**September 21st [2]** 426/13 427/11
**September 23rd [1]** 427/15
**September 27th [1]** 427/24
**September 29th [1]** 428/22
**serial [1]** 508/2
**series [2]** 443/1 502/5
**serves [1]** 462/9
**Services [1]** 518/12
**SESSION [1]** 417/10
**set [5]** 447/17 448/1 484/17 489/14 490/14
**seven [2]** 431/15 456/19
**Seventeen [1]** 493/10
**several [4]** 438/17 457/13 478/5 503/4
**shall [1]** 523/22
**share [1]** 489/7
**shared [1]** 466/18
**she [9]** 434/10 447/11 451/24 457/8 463/1 463/20 467/20 476/9 484/8
**She's [1]** 457/8
**sheet [1]** 422/24
**shock [1]** 526/18

433/6 435/2 435/23
437/4 439/8 439/9
441/5 443/4 444/9
444/10 452/21 452/22
456/18 456/23 458/2
458/25 463/5 463/7
466/24 467/5 469/2
473/9 477/4 477/6
477/18 477/23 478/15
487/19 494/6 494/16
495/1 495/15 517/5
517/19 518/21 526/16
527/9
**Short [2]** 450/21 485/16
**shortly [1]** 502/25
**shotgun [7]** 507/6 512/4 512/17 513/1 513/6 513/19 516/5
**shotguns [4]** 513/3 514/14 515/11 522/19
**should [10]** 435/24 466/15 466/19 484/15 491/18 492/17 495/6 502/17 508/18 519/11
**show [11]** 429/20 450/18 450/20 450/22 466/24 466/25 507/7 508/18 508/19 511/13 518/7
**showed [1]** 438/6
**showing [1]** 507/8
**shown [1]** 445/11 452/15
**shows [32]** 430/15 433/3 436/14 438/3 438/5 439/10 439/14 440/3 440/16 441/4 441/16 441/17 443/10 443/17 444/19 445/13 445/21 446/7 447/9 448/4 448/19 449/2 449/11 450/1 451/3 451/10 453/16 459/17 463/18 467/4 479/13 508/9
**side [12]** 426/14 436/24 442/7 442/24 443/9 445/8 467/12 491/9 493/3 501/9 503/13 516/22
**significant [3]** 430/12 431/9 431/18
**significantly [3]** 429/1 429/7 461/21
**similar [7]** 428/15 435/15 448/17 464/4 464/8 464/10 504/4
**similarly [4]** 449/1 512/15
**simplify [1]** 476/7
**since [8]** 422/8 454/6 468/4 498/12 498/21 498/22 520/18 520/19
**single [1]** 481/6
**single-page [1]** 481/6
**Sir [1]** 497/19
**sit [2]** 455/18 466/7
**situation [1]** 523/12
**six [11]** 450/10 456/19 456/25 457/1 457/6 460/8 460/11 460/14 460/15 460/22 490/25
**six minutes [2]** 450/10 457/6
**six seconds [3]** 460/11 460/14 460/15
**six-seconds [1]** 460/8
**Skyscanner [1]** 436/21
**slide [119]**
**slide 3 [1]** 426/19
**slides [8]** 424/19

**S**

**slides... [7]** 425/13
435/24 436/6 457/13
457/14 457/15 473/8
**slideshow [1]** 424/11
**slow [1]** 513/8
**small [3]** 443/10 479/4
499/22
**smuggling [1]** 479/3
**so [109]** 423/25 425/3
425/15 425/16 425/18
426/1 426/5 426/19
429/14 429/17 429/19
431/1 432/2 432/12
435/16 435/20 435/22
435/24 436/6 436/7
436/17 442/22 443/6
444/4 446/25 447/7
449/4 452/14 452/22
452/22 452/22 452/25
453/12 454/24 455/7
455/18 456/14 457/2
458/8 458/19 458/24
460/11 461/4 461/10
462/4 462/6 463/12
463/16 463/25 464/3
464/6 464/21 464/24
465/20 465/25 466/3
466/14 466/24 467/9
467/17 467/20 469/23
470/7 472/1 472/8
472/19 473/6 473/18
475/6 475/18 475/23
476/10 477/9 478/15
479/4 479/11 480/25
482/8 484/2 484/13
485/13 486/9 486/19
486/20 488/10 489/25
490/12 490/15 492/5
493/7 493/22 498/12
498/22 500/19 501/16
502/16 502/21 508/24
512/18 514/10 517/22
524/19 525/17 525/25
526/20 526/23
**social [1]** 436/19
**software [1]** 502/4
**some [32]** 424/22
425/15 429/11 429/12
429/13 429/24 431/21
443/6 451/24 460/17
461/10 461/13 463/5
465/8 468/17 472/10
472/15 472/16 473/19
476/14 480/16 480/22
480/23 483/10 483/17
490/5 493/15 493/17
507/20 510/18 523/13
525/5
**somebody [1]** 521/25
**someone [4]** 467/15
468/2 503/18 525/15
**something [15]** 430/13
435/12 437/15 439/15
440/5 440/17 441/6
442/15 443/20 446/9

508/14 526/24
**sometimes [5]** 450/17
450/17 466/7 466/8
482/5
**somewhere [1]** 509/10
**son [2]** 485/8 489/5
**soon [2]** 488/25 489/2
**SOPHIA [1]** 418/13
**sorry [10]** 431/20 442/3
448/13 461/24 474/3
477/19 489/20 498/19
505/17 506/3
**sort [2]** 501/25 525/5
**sorts [1]** 505/10
**sources [1]** 522/4
**South [1]** 482/16
**speak [2]** 465/23
489/10
**speaker [1]** 462/2
**speaking [5]** 455/15
461/5 470/1 481/17
507/4
**specialist [2]** 461/23
462/9
**specialized [1]** 462/18
**specific [18]** 425/19
425/20 425/23 426/15
429/15 429/16 453/19
454/3 454/6 454/8
454/9 476/15 479/1
504/16 504/21 505/1
505/4 516/8
**specifically [10]** 425/5
430/1 432/2 441/17
446/22 447/7 450/18
457/17 465/10 477/7
**specs [1]** 503/22
**spell [2]** 482/1 497/19
**spent [1]** 448/5
**spoke [1]** 487/10
**spoken [1]** 430/4
**spreadsheet [1]**
474/24
**Springfield [1]** 511/9
**square [1]** 477/5
**St. [11]** 421/9 422/13
422/25 423/9 423/13
423/22 423/24 425/22
432/8 465/13 518/1
**St. Louis [9]** 421/9
422/13 422/25 423/9
423/22 423/24 425/22
432/8 518/1
**St. Louis's [2]** 423/13
465/13
**stability [3]** 503/5
512/24 513/16
**Stacy [4]** 418/6 528/3
528/8 528/9
**staff [1]** 483/1
**stand [2]** 434/5 523/7
**standing [1]** 523/5
**stands [1]** 516/23
**star [13]** 427/5 427/6
427/9 428/1 428/2
428/5 428/8 429/19
431/22 432/3 433/1

508/14 526/24
**starred [6]** 429/13
429/22 429/25 432/6
432/13 432/14
**stars [19]** 426/24 427/1
427/2 427/25 428/15
428/16 428/23 428/25
429/5 429/7 429/10
429/14 429/16 430/10
431/7 431/15 431/15
431/17 432/9
**start [6]** 447/2 452/8
465/20 507/17 509/25
523/9
**starting [2]** 499/11
515/21
**starts [3]** 502/22 515/3
515/22
**state [2]** 482/1 497/19
**statement [4]** 490/6
490/7 492/16 492/24
**statements [1]** 491/18
**states [4]** 417/2 417/4
417/11 426/13
**stay [2]** 450/14 477/13
**stenography [1]** 418/8
**step [6]** 480/13 481/10
496/8 512/18 512/18
522/25
**Stephenson [1]** 518/2
**stick [1]** 456/8
**still [4]** 420/2 467/1
471/14 492/17
**stop [3]** 429/9 485/10
491/4
**stored [1]** 438/17
**straight [2]** 442/11
521/5
**Street [1]** 417/16
**stretch [1]** 523/6
**strike [1]** 465/2
**style [1]** 511/5
**sub [1]** 474/23
**subject [3]** 506/19
514/5 522/7
**submission [3]** 499/18
525/20 525/21
**submitted [2]** 503/20
517/23
**subsequently [2]**
432/13 488/9
**substance [2]** 508/21
519/12
**substantively [1]**
502/15
**successful [1]** 450/20
**successfully [4]** 448/9
448/10 473/5 475/13
**succession [1]** 430/24
**such [3]** 436/20 473/4
517/6
**suffice [1]** 492/18
**sufficient [1]** 519/17
**Suite [1]** 418/3
**summaries [4]** 480/18
480/25 481/3 481/9
**summarizing [1]**
433/18

**summary [19]** 424/16
425/12 425/14 425/15
426/2 426/6 430/8
431/5 433/22 435/15
435/15 447/1 447/15
449/23 480/7
**Suno [3]** 485/4 485/4
494/12
**supervisor [1]** 467/16
**Support [1]** 516/24
**suppose [3]** 435/5
467/17 526/18
**supposed [2]** 460/9
460/13
**sure [8]** 450/16 457/3
459/7 462/8 468/18
475/2 523/11 523/16
**surprise [2]** 452/2
452/2
**switch [1]** 475/15
**Switching [1]** 500/6
**sworn [2]** 481/19
481/21 497/11
**system [3]** 516/22
516/24 522/3

**T**

**T-Mobile [3]** 450/19
474/22 475/8
**take [14]** 443/4 468/23
468/25 469/9 469/14
469/23 485/22 489/19
512/18 520/1 521/8
522/5 525/8 526/23
**taken [13]** 420/10
420/11 422/12 423/12
433/16 443/7 443/9
443/11 444/10 444/11
469/25 485/14 524/22
**taking [1]** 493/15
**talk [3]** 422/10 487/6
523/10
**talking [2]** 492/10
527/3
**tank [1]** 485/16
**target [1]** 453/17
**tasked [1]** 462/2
**Taurus [1]** 511/2
**technical [3]** 503/22
503/22 522/9
**Technically [1]** 460/6
**technology [5]** 492/8
498/25 499/3 499/13
502/3
**Telegram [1]** 436/21
**tell [2]** 425/14 486/21
**tenth [1]** 474/11
**terminology [2]** 501/17
525/7
**terms [4]** 462/18 474/6
484/8 526/24
**testier [1]** 526/15
**testified [7]** 457/8
476/19 476/24 481/22
497/12 505/15 506/4
**testify [5]** 462/22 506/3
506/10 519/12 526/20
**testifying [4]** 482/17

463/19 502/15 502/19
**testimony [6]** 442/9
472/4 490/5 506/18
517/5 520/9
**text [12]** 421/7 421/10
421/14 421/18 421/22
449/13 461/11 465/3
466/11 471/24 479/10
518/23
**texts [1]** 421/1
**than [8]** 429/8 429/12
429/15 429/24 460/22
473/15 474/7 488/5
**thank [32]** 420/5 436/9
442/19 443/12 451/21
462/15 469/1 469/4
469/6 469/22 469/24
476/22 477/21 480/11
481/11 481/16 490/19
495/21 496/7 497/16
506/9 509/19 509/21
511/12 522/24 523/1
525/1 525/13 526/8
527/7 527/8 527/10
**Thanks [1]** 492/13
**that [491]**
**that's [55]** 422/13
422/19 423/1 424/19
426/22 434/12 436/2
436/2 437/12 438/24
441/5 450/24 452/25
453/18 454/14 454/25
455/24 456/1 456/3
457/10 458/16 458/23
459/15 462/5 463/11
463/14 463/15 463/22
463/24 464/2 464/5
464/12 466/13 469/4
469/24 475/22 488/14
488/15 493/2 498/24
501/18 501/20 502/10
502/11 508/1 509/8
514/17 521/6 523/8
523/15 523/21 525/11
**their [6]** 426/21 464/24
485/1 485/17 485/24
493/6
**them [24]** 421/3 429/10
454/1 459/13 459/20
461/20 466/8 466/18
466/19 474/8 475/2
477/10 480/25 484/2
485/11 485/25 487/25
489/1 493/5 493/6
499/17 503/7 508/20
518/4
**then [46]** 424/18 432/6
434/7 435/23 443/1
443/3 447/11 453/3
453/7 453/12 453/16
453/18 454/10 454/17
454/17 454/18 455/15
456/4 456/23 458/12
458/15 459/4 459/19
461/13 463/12 464/10
465/16 466/19 467/12
468/25 476/2 478/2

**T**

**then... [14]** 478/18
484/8 489/12 490/11
500/18 500/19 502/4
503/14 503/21 503/23
514/10 522/5 524/7
524/21

**there [102]** 420/15
421/6 421/10 421/14
421/18 423/25 427/3
428/15 429/9 429/12
429/18 429/19 429/23
429/24 430/15 430/18
431/1 432/7 433/1
435/17 436/19 437/3
437/8 437/25 439/8
442/12 442/25 448/2
448/3 448/18 448/19
449/1 449/2 451/10
454/24 455/4 456/20
456/24 457/17 457/20
457/22 457/23 458/25
460/21 464/3 464/10
464/17 464/18 465/8
465/12 467/4 467/12
467/12 469/7 473/24
475/11 475/12 475/20
477/4 480/16 480/17
480/23 481/1 482/25
483/9 487/3 489/15
489/15 489/15 490/3
490/21 490/21 490/24
490/25 490/25 491/4
493/17 494/2 494/2
494/6 495/5 495/5
495/14 501/18 502/10
502/24 503/4 503/11
503/12 503/17 504/2
505/11 516/13 517/23
523/7 523/13 525/5
525/19 526/5 526/7
526/11 526/23

**there's [17]** 448/17
454/6 469/2 478/2
478/2 480/19 482/8
500/20 502/9 503/14
519/17 519/20 522/17
522/18 523/16 526/6
526/21

**therefore [3]** 455/21
473/23 491/17

**therein [1]** 420/20

**these [47]** 423/9
423/11 428/23 429/7
430/12 431/9 431/17
432/10 447/17 448/23
455/4 455/22 456/11
456/20 457/9 457/13
457/14 457/14 460/21
461/1 461/2 463/5
465/2 465/16 465/18
466/11 474/7 474/9
477/3 477/9 478/18
479/13 480/2 480/4
494/20 504/13 507/9
508/10 512/12 513/12
513/15 513/20 513/24

**they [60]** 421/1 421/3
422/8 425/10 425/25
429/10 434/6 434/7
444/3 447/5 448/25
450/23 462/23 464/21
464/21 465/15 466/19
472/21 473/4 476/7
479/24 484/1 485/7
485/8 485/10 485/16
485/16 485/17 485/24
486/1 486/1 486/2
486/8 486/9 486/22
486/23 486/23 486/24
489/2 489/24 491/1
491/21 493/6 493/7
493/13 493/15 493/25
494/2 494/3 508/11
508/15 508/18 508/19
512/14 514/18 514/19
518/13 518/20 520/24
526/20

**they're [7]** 453/10
474/11 508/12 508/13
508/14 508/21 516/11

**They've [1]** 508/13

**thing [11]** 422/9 453/19
455/24 456/4 457/13
459/23 464/6 489/13
523/3 526/21 526/22

**things [4]** 434/22
434/22 435/17 465/9
466/4 508/19

**think [26]** 424/16 426/4
435/11 442/8 462/21
462/24 469/4 474/14
480/17 484/1 486/20
488/5 488/10 490/4
493/16 508/14 508/23
509/22 513/23 514/4
514/8 519/16 519/18
519/24 525/22 525/24

**third [3]** 427/9 428/8
458/15

**this [254]**

**THOMAS [5]** 418/19
497/8 497/10 497/21
505/21

**thorough [1]** 473/4

**those [59]** 421/1
424/12 425/8 425/23
426/16 427/1 428/16
429/6 430/10 430/18
431/7 431/15 437/10
443/2 445/10 450/9
450/15 452/15 452/15
452/17 454/24 455/7
455/19 457/3 459/13
460/19 461/16 461/20
462/10 465/15 468/11
472/2 472/20 475/11
476/3 476/4 476/25
478/16 479/22 480/22
480/25 481/9 485/19
499/10 500/15 501/7
501/25 504/16 504/21
505/1 514/15 518/13

**thought [6]** 468/8
468/17 483/25 489/24
493/13 526/13

**thousand [1]** 493/7

**thousands [4]** 471/24
471/24 472/2 472/2

**three [28]** 422/7 426/24
427/1 427/2 427/7
427/25 428/23 428/23
429/5 430/15 430/18
431/2 431/7 433/7
433/8 433/11 456/19
457/23 457/25 458/5
460/22 491/2 502/4
504/18 504/23 505/3
506/7 506/8

**three days [1]** 491/2

**three years [3]** 504/18
504/23 505/3

**three-way [4]** 430/15
430/18 433/8 433/11

**through [29]** 417/8
422/7 424/8 425/13
435/22 436/6 446/19
456/11 457/4 457/11
461/5 465/18 466/1
468/11 469/2 473/10
473/12 477/15 478/15
478/18 481/18 501/20
516/22 518/20 521/24
522/3 522/6 523/10
526/13

**throughout [2]** 425/19
468/1

**time [43]** 428/17
430/19 431/1 431/2
433/25 438/11 439/1
439/19 440/8 440/21
441/9 441/17 441/23
443/17 443/23 444/19
445/21 446/7 451/24
454/3 463/19 468/4
468/5 468/16 468/18
472/1 472/10 474/6
481/12 482/25 483/9
487/3 488/2 488/24
489/10 489/10 489/21
493/18 505/20 510/11
512/5 519/13 520/17

**times [6]** 487/7 488/21
494/3 506/2 506/4
506/5

**title [2]** 435/6 498/16

**today [7]** 422/10 472/4
517/5 520/9 523/10
523/21 525/15

**told [2]** 486/23 493/13

**tomorrow [1]** 527/9

**too [2]** 484/19 502/17

**took [9]** 444/8 453/4
485/14 485/19 485/24
486/1 486/1 486/2
493/25

**tool [1]** 499/14

**tools [1]** 499/19

**top [13]** 421/22 444/9
445/12 453/11 453/21
477/5 477/25 485/16
502/5 502/8 503/14
507/17 515/2

**topic [2]** 506/12 506/17

**Tormon [1]** 482/22

**total [3]** 433/11 449/7
450/9

**totaled [1]** 456/15

**totality [2]** 472/5
472/12

**town [2]** 493/16 493/17

**trade [2]** 499/13 505/12

**training [2]** 462/18
505/7

**trainings [1]** 505/10

**transcript [2]** 417/10
418/8

**transcription [2]** 418/8
528/4

**transfers [1]** 479/20

**translated [3]** 463/23
464/8 468/10

**translates [1]** 467/7

**translating [2]** 462/6
462/11

**translation [9]** 422/3
423/19 423/23 424/4
449/18 451/19 462/8
463/25 492/16

**translations [6]** 424/16
463/18 464/8 466/22
468/5 472/12

**translator [2]** 462/4
495/12

**translators [1]** 462/3

**travel [6]** 446/19
446/23 447/1 447/8
449/23 449/24

**traveled [2]** 447/9
447/11

**trial [6]** 417/10 523/20
524/7 524/13 524/17
524/24

**tried [2]** 429/16 485/10

**true [2]** 447/20 460/16

**try [2]** 508/22 521/15

**trying [3]** 442/10 476/7
508/12

**Tunis [48]** 420/24
421/4 421/9 421/12
421/17 421/22 425/6
425/22 426/20 427/4
427/7 427/11 428/3
428/6 428/10 430/4
430/16 430/21 430/23
432/5 432/8 433/4
433/10 433/10 433/16
436/16 437/7 446/23
447/9 447/16 447/19
448/5 449/12 450/8
451/4 451/13 454/18
458/9 459/18 463/14
463/20 465/5 478/14
479/7 479/14 480/3
480/9 517/25

**Tunis's [7]** 422/1 447/1

**top [13]** (continued)

**449/23** 463/17 465/11
467/18 477/6

**turn [3]** 463/20 509/17
514/20

**twice [1]** 432/11

**two [42]** 425/16 429/18
432/9 434/22 437/5
447/17 451/11 452/14
452/15 453/9 456/9
456/16 456/18 456/18
456/20 456/23 456/24
456/24 456/25 457/1
457/2 457/3 457/15
457/20 457/21 457/22
457/22 458/22 460/21
468/24 476/4 478/16
484/24 487/7 487/12
488/21 491/2 494/18
514/14 521/21 522/15
526/5

**two hours [4]** 451/11
456/16 456/20 456/23

**two minutes [2]** 456/9
468/24

**two-minute [8]** 456/23
456/24 456/24 456/25
457/1 457/2 457/15
457/22

**type [1]** 484/3

**typed [1]** 443/2

**types [4]** 473/1 507/4
507/4 507/5

**U**

**U-A-G-H-W-A [1]** 482/2

**U.S [7]** 417/16 417/18
482/13 500/7 500/16
501/15 516/23

**Uaghwa [1]** 482/2

**ultimately [1]** 492/22

**unable [2]** 473/10
483/9

**under [15]** 420/3
469/19 470/3 471/14
507/25 512/16 512/17
512/22 515/5 515/6
515/8 515/25 516/2
518/23 518/25

**understand [15]**
442/10 452/10 453/12
459/7 463/12 466/5
473/21 474/5 523/11
523/13 523/23 524/2
524/13 524/24 525/19

**understanding [3]**
424/12 435/14 468/15

**understood [1]** 490/13

**unindicted [5]** 491/16
491/22 491/23 491/24
492/17

**Union [1]** 435/21

**UNITED [3]** 417/2
417/4 417/11

**unless [2]** 509/10
524/10

**unstarred [2]** 429/12
429/24

**until [5]** 422/10 435/3

**U**

until... [3] 447/2 466/23 470/8
up [63] 420/8 420/18 421/20 422/16 423/7 424/14 425/3 427/22 428/11 428/19 429/2 430/7 431/3 431/11 432/16 433/21 436/12 438/20 439/11 439/25 441/2 441/15 442/23 443/14 444/16 445/18 446/5 447/2 447/13 448/4 449/9 449/9 449/22 450/6 451/1 456/15 457/1 462/23 466/23 472/19 473/18 474/16 474/24 475/6 476/18 477/17 477/25 478/5 479/25 481/2 487/13 487/18 489/1 490/14 494/4 494/15 494/25 495/14 500/22 509/11 515/18 523/3 523/7
upon [2] 466/18 523/18
us [17] 434/13 457/5 457/19 458/4 469/20 476/25 477/14 485/24 486/23 487/2 493/12 493/13 493/14 493/15 493/18 493/21 521/9
use [3] 522/11 522/15 523/23
used [3] 431/21 525/7 526/11
user [2] 436/16 436/17
uses [1] 517/15
using [1] 508/14
usually [1] 484/12

**V**

VA [1] 418/4
various [10] 436/6 436/19 461/9 466/12 479/20 500/14 505/11 507/2 508/10 517/6
vehicle [1] 424/1
Verizon [1] 450/20
version [12] 420/11 424/23 444/9 444/11 445/12 453/11 453/17 453/22 464/16 509/2 509/11 510/22
versions [4] 420/10 420/14 464/15 464/17
versus [1] 417/6
very [10] 454/14 466/23 466/23 468/8 471/24 483/25 490/17 496/7 522/24 525/13
visit [1] 483/10
voices [4] 461/9 461/15 461/20 462/19
Voir [1] 505/25
voluntary [1] 524/11
vs [1] 417/6

**W**

waist [1] 485/17
waiting [5] 435/7 435/8 435/11 483/13 493/18
waiver [1] 524/22
Walder [11] 421/9 422/13 423/9 423/13 423/22 425/22 432/8 465/13 480/2 480/8 517/25
wall [2] 491/9 493/4
Waller [1] 423/24
want [14] 466/5 468/23 480/21 480/23 483/2 485/9 490/14 503/16 504/12 512/18 519/1 523/10 523/15 524/9
wanted [1] 464/21
was [161]
Washington [4] 417/6 417/17 417/19 498/9
wasn't [1] 468/3
WASR [1] 511/10
WASR-10 [1] 511/10
way [13] 430/15 430/18 433/8 433/11 434/22 435/20 462/13 474/15 483/6 483/11 493/16 500/14 512/12
ways [1] 466/7
we [125]
we'd [4] 440/8 441/9 484/5 484/9
we'll [9] 424/24 469/14 469/23 477/13 488/25 489/2 499/10 526/14 526/16
we're [7] 435/7 435/8 457/1 483/14 509/1 509/5 525/8
we've [9] 437/25 449/13 456/18 456/23 456/23 457/6 457/6 475/6 509/11
weaponry [2] 514/1 514/3
weapons [4] 513/25 514/6 514/8 521/25
wearing [4] 485/16 485/17 485/17 485/25
website [1] 501/3
weight [1] 492/24
welcome [1] 526/9
well [27] 424/12 434/12 434/14 435/8 452/8 454/5 457/15 457/20 460/16 461/10 463/8 464/18 465/2 466/15 474/5 476/10 489/16 492/9 492/15 495/5 499/7 505/23 513/20 519/4 520/25 522/16 525/13
went [9] 434/7 456/11 457/4 461/4 465/18 470/10 473/10 521/24

were [119]
Western [1] 435/21
what [177]
what's [16] 431/3 440/4 441/5 458/19 460/6 463/22 463/23 466/5 475/7 479/25 495/3 501/16 502/16 513/24 514/2 518/24 whatever [1] 524/8
WhatsApp [4] 437/5 437/6 437/7 437/9
when [24] 422/5 422/8 453/12 453/15 453/16 454/21 458/17 464/18 465/2 465/2 469/20 469/21 471/22 474/5 475/23 476/3 477/4 483/22 484/23 485/5 487/10 489/14 500/5 504/2
where [28] 443/5 443/7 443/10 443/11 444/10 444/11 445/12 445/14 445/15 452/8 458/25 464/7 473/6 473/8 482/11 482/15 482/21 483/9 485/20 487/3 497/22 498/6 499/10 499/20 503/19 515/2 516/21 522/10
whereas [5] 429/22 450/19 474/12 502/2 512/17
whether [22] 435/4 435/8 442/12 450/22 454/5 456/10 457/3 459/10 463/1 478/21 480/23 488/11 504/6 506/22 513/19 514/7 514/13 514/15 516/8 520/10 522/7 523/14
which [31] 423/12 425/4 428/3 429/22 431/1 431/24 433/15 435/6 438/7 439/11 439/25 440/17 444/16 446/23 447/13 453/9 457/5 457/18 459/4 460/9 461/11 461/13 479/19 480/22 494/18 503/18 509/3 518/17 522/10 525/7 526/5
while [4] 422/6 435/16 447/15 487/3
who [56] 423/16 423/21 424/2 426/12 427/12 427/16 432/3 432/6 432/9 432/19 436/23 436/23 447/17 455/7 455/18 459/5 460/1 461/4 461/5 465/20 466/14 468/5 468/14 477/9 478/11 478/14 479/14 482/25 484/23 484/25 485/14 485/14 485/19 486/11

466/12 487/8 488/16 490/11 490/12 490/13 490/21 491/9 493/12 493/19 494/8 494/9 494/11 494/13 494/20 495/9 495/12 495/12 500/13 518/15 522/2 526/16
who's [3] 457/23 467/15 495/17
whoever [1] 486/8
whose [1] 461/15
why [6] 436/4 479/18 482/23 490/2 490/14 508/17
wife [4] 494/12 494/21 495/4 495/7
Wife's [1] 485/3
will [33] 423/24 424/16 435/15 435/23 436/5 442/8 481/17 483/18 484/11 484/15 484/20 492/2 492/19 492/20 504/9 505/11 506/10 506/17 507/10 507/11 509/22 514/6 521/10 523/2 523/20 524/12 524/20 524/22 524/23 526/9 526/16 526/19 526/20
Wilson [1] 418/3
wish [1] 520/7
within [2] 447/8 484/18
without [10] 437/22 439/4 440/11 440/24 446/2 446/15 510/15 523/22 524/13 524/24
witness [31] 424/17 426/6 436/6 451/22 462/13 462/21 462/23 462/24 463/1 469/20 470/6 471/14 476/8 480/12 480/18 481/1 483/18 484/13 484/16 488/12 490/12 496/6 497/7 507/9 508/15 508/18 508/19 514/11 519/17 519/21 526/17
witnesses [3] 418/12 514/5 526/19
won't [6] 468/25 484/16 507/9 507/10 526/3 526/14
word [4] 458/19 467/15 524/5 526/11
words [3] 464/8 464/10 518/25
work [13] 423/24 449/19 482/24 483/8 483/9 486/17 497/22 497/23 497/25 498/2 499/10 499/20 500/1
worked [3] 461/21 472/6 498/10
working [2] 465/25 468/15
worry [1] 488/25
worth [2] 448/20 449/3

would [52] 425/11 426/17 432/12 434/1 434/21 436/3 437/20 441/23 443/23 445/2 445/25 446/12 450/22 457/5 457/18 460/6 460/21 461/8 464/6 464/10 466/4 466/7 466/8 466/10 466/19 469/9 469/10 469/20 470/7 473/17 473/17 479/22 479/24 480/9 484/2 484/18 486/21 487/1 488/2 488/12 490/12 490/13 490/14 502/18 502/20 505/21 510/12 512/5 514/10 517/10 524/1 525/24
wouldn't [2] 424/20 461/7
written [1] 454/18
wrong [1] 508/24

**Y**

Yeah [1] 489/21
years [2] 498/11 499/22 504/18 504/23 505/3 506/6 506/7 506/8
yellow [5] 448/2 448/11 449/1 449/2 451/8
yes [194]
yesterday [1] 422/5
yet [5] 468/25 487/15 502/13 514/2 514/8
Yongseok [6] 436/16 437/1 438/4 485/3 495/18 495/18
Yonyon [1] 517/15
you [452]
you'll [14] 426/13 426/14 429/17 430/20 430/22 431/1 436/19 437/4 439/9 442/25 443/4 444/9 444/10 468/1
you're [16] 420/2 451/23 452/16 453/20 462/17 462/25 463/25 471/14 484/10 489/21 513/25 522/25 523/5 524/10 526/9 527/3
you've [23] 426/23 427/25 429/5 437/14 452/23 454/12 454/18 454/14 454/17 454/18 456/15 456/15 456/18 458/9 458/12 459/23 467/20 476/19 484/13 489/9 491/5 491/6 503/8
you-all [1] 513/8
your [162]
yourself [6] 453/24 455/11 461/15 468/14 504/14 521/21
YSX120 [1] 508/3

YSKA [1] 511/5
426/13

**Z**

**zoomed [7]** 443/4
443/6 444/9 444/11
445/12 453/11 453/22
**zoomed-in [2]** 444/11
453/22
**zoomed-out [3]** 444/9
445/12 453/11