UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      .
                               .
          Plaintiff,           .   CR No. 21-0699-01 (JDB)
                               .
     v.                        .
                               .
                               .   Washington, D.C.
JOLY GERMINE,                  .   Tuesday, January 23, 2024
                               .   9:41 a.m.
          Defendant.           .
. . . . . . . . . . . . . . . .   Pages 546 through 635


A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:            KAREN P. SEIFERT, AUSA
                               KIMBERLY L. PASCHALL, AUSA
                               U.S. Attorney's Office
                               601 D Street NW
                               Washington, DC 20530

                               BEAUDRE D. BARNES, ESQ.
                               U.S. Department of Justice
                               950 Pennsylvania Avenue NW
                               Washington, DC 20530

For Defendant:                 ALLEN H. ORENBERG, ESQ.
                               The Orenberg Law Firm, PC
                               12505 Park Potomac Avenue
                               6th Floor
                               Potomac, MD 20854

                               ELITA AMATO, ESQ.
                               2111 Wilson Boulevard
                               Suite 8th Floor
                               Arlington, VA 22201

Court Reporter:                BRYAN A. WAYNE, RPR, CRR
                               U.S. Courthouse, Room 4704-A
                               333 Constitution Avenue NW
                               Washington, DC 20001

C O N T E N T S

TESTIMONY

WILFRID SIMON:    Direct Examination...................... 549
                  Cross-Examination...................... 576
                  Redirect Examination................... 584

JAIME MORALES:    Direct Examination...................... 586
                  Voir Dire Examination.................. 591
                  Direct Examination Cont' .............. 593

*   *   *

EXHIBITS RECEIVED

Government Exhibit No. 920 ............................. 560
Government Exhibit No. 301.02 ......................... 598
Government Exhibit Nos. 302.05, 302.06,               617
302.08, 302.09, 302.18, 302.19 .........................
Government Exhibit Nos. 302.07, 302.16, 302.17 ......... 619
Government Exhibit No. 490 ............................. 620

*   *   *

P R O C E E D I N G S

THE DEPUTY CLERK:  Good morning, Your Honor.  We're on the record in criminal case 21-699, United States of America versus Joly Germine.  We have Ms. Regine Duroska-Murray and Ms. Vophsie Cantave as interpreters who have been sworn in for the record.

Starting with government counsel, may you please approach the podium and state your appearance for the record.

MS. SEIFERT:  Good morning, Your Honor.  Karen Seifert for the United States.  At counsel table with me are AUSAs Paschall and Barnes.

THE COURT:  Good morning to all three of you.

MR. ORENBERG:  Good morning, Your Honor.  Allen Orenberg on behalf of Mr. Germine, who is present in the courtroom.

THE COURT:  Good morning, Mr. Orenberg, and Mr. Germine.

MS. AMATO:  Good morning, Your Honor.  Elita Amato on behalf of Mr. Germine as well.

THE COURT:  Good morning to you.  All right.  Anything preliminarily before we begin with the first witness?

MS. SEIFERT:  No, Your Honor.  The government calls Wilfrid Simon to the stand.

1          WILFRID SIMON, WITNESS FOR THE GOVERNMENT, SWORN

2                        DIRECT EXAMINATION

3     BY MS. SEIFERT:

4     Q.    Mr. Simon, could you please introduce yourself to the

5     Court?

6     A.    My name is Wilfrid Simon.

7     Q.    Could you spell your name?

8     A.    W-I-L-F-R-I-D.

9     Q.    And is your last name spelled S-I-M-O-N?

10    A.    Yes.

11    Q.    Where were you born?

12    A.    I was born in Haiti, in the city called Limonade located

13    in Cap-Haitien.

14    Q.    Is Creole your first language?

15    A.    Yes.

16    Q.    You're speaking today by aid of an interpreter.  Do you

17    understand English?

18    A.    A little.  But I don't speak it well.

19    Q.    Okay.  I'm just going to ask that you wait for the

20    interpreter to interpret what I say into Creole and then I'll

21    wait for your response.  Okay?

22    A.    Yes.

23    Q.    When did you come to the United States?

24    A.    I came to the United States between the 25th and the 26th

25    of March 1992.  I do not recall the exact date.

1  Q.  That's okay.  Where have you lived in the United States?

2  A.  Pompano Beach, Florida.

3  Q.  Were you living in that area in 2020 and 2021?

4  A.  Yes.

5  Q.  And in 2020 and 2021, were you working as a part-time job

6  shipping items to Haiti?

7  A.  Yes.

8  Q.  During that time period, did you use a phone number

9  ending in 8097?

10  A.  That is my phone number.

11  Q.  If I could have shown to the witness the bottom half of

12  Government Exhibit 485.

13       Mr. Simon, could you please look at the screen in front

14  of you, please?  Do you see the phone number displayed on the

15  screen?

16  A.  Yes.  I see it.

17  Q.  Is that your phone number?

18  A.  This is not my phone number.

19  Q.  That is not your phone number?

20  A.  No.

21  Q.  Let me rephrase.  Is this the phone number that --

22  A.  Wait, wait, wait.  Excuse me.  Excuse me.  I was looking

23  in two different places.  Indeed, ███████ is my phone number.

24  I was looking at the exhibit -- I got confused.

25       MS. SEIFERT:  Your Honor, just for the witness's

1    privacy, if I could ask that that portion where his whole

2    phone number was read be sealed so that it's not in the public

3    transcript.

4            THE COURT:  All right.  We'll seal that, so to speak.

5    We basically redact it from the record.

6            MS. SEIFERT:  Thank you.

7    BY MS. SEIFERT:

8    Q.   If you look at the exhibit, you mentioned you were

9    working shipping items to Haiti.  Who were you working with

10   in 2020 and 2021?

11   A.   I was working with Daniel Colas.

12   Q.   And Mr. Colas, did he have a company that you worked

13   with?

14   A.   Yes.

15   Q.   What was its name?

16   A.   Well, the company had two different names.  So at first

17   it was called DEM Cargo Services.  They changed the name.  Now

18   it's called Four Seasons.

19   Q.   What was your job for Mr. Colas?

20   A.   I used to go to the client's home to pick up loads.

21   Q.   And the clients that you worked with with Mr. Colas, were

22   they primarily individuals sending shipments to one place, or

23   did they send them all over the world?

24   A.   The company shipped only to Haiti.

25   Q.   Could you tell the court a little bit about how the

company shipped?  What was the method that the shipments went
to Haiti?

A.   Daniel used the service of a container company called
Antillean.  He rented a container from him.  The container is
empty at this point.  Once the container is full with stuff,
Daniel has it in a warehouse.  Then this container is sent
back to Antillean.  Antillean is in charge of sending it to
Haiti.  Once the container arrives in Haiti, customs will now
have possession of it and Daniel will make the necessary
arrangement in order for him to retrieve the container back
from customs.

Q.   Let me break that down a little bit.  You said that
Mr. Colas had rented a container and that once the container
was filled he would ship it.  How long would it typically take
the company to fill the container so that it could then be
shipped?

        MR. ORENBERG:  Objection.  The question is too broad.
What time period?

        MS. SEIFERT:  I believe the witness is talking about
2020 to 2021 as the relevant time period.

        THE COURT:  You made the clarification.  Objection is
overruled.

BY MS. SEIFERT:

Q.   Mr. Simon, let me ask it again:  How long would it take
Mr. Colas and you to fill a container so that it could be

1    shipped to Haiti?

2    A.    Well, you will first go pick up the load, and then you

3    will put it in the warehouse.  It will take a week, a week and

4    a half.  It all depends on activities going on at that period

5    and the clients.

6    Q.    Okay.  And then once the container is full, approximately

7    how long is it, the trip of the container, to Haiti in

8    general?

9    A.    Well, once the container is put on the vessel that is

10   taking it to Haiti, it would take a week, meaning you wait a

11   week to load it up.  Once it's loaded up, it's now sent to

12   Haiti.  It will take another week for it to arrive in Haiti.

13   It would have taken less if the vessel or the ship did not

14   stop at different places.  And then, once it arrives in Haiti,

15   the container is now in customs' hands.  It will take two to

16   three weeks, and Daniel will now have to make arrangement for

17   him to retrieve it.

18   Q.    You mentioned a vessel.  The shipping that you're doing,

19   is it primarily by boat or by plane?

20   A.    A ship.

21   Q.    Whose job was it to fill out the paperwork with respect

22   to customs for these shipments?

23   A.    Daniel, the owner of the business, is in charge of that.

24   Q.    And whose job was it to process payments for the

25   shipments?

1    A.    Payment is done several different ways.  For instance,

2    when I go to the customer's house, if he or she has money, he

3    or she will pay me right away.  If not, they will go to

4    Daniel's office and pay directly at the office, or sometimes

5    they will call me to retrieve the money from them.

6    Q.    Did you ever fill out any invoices related to the

7    shipments that you were picking up?

8    A.    Yes.

9    Q.    And are you familiar with an individual by the name of

10    Eliande Tunis?

11    A.    Yes.  She is our customer.

12    Q.    How do you know her -- just said that.  Strike that.

13        How many times in your recollection did Ms. Tunis ship

14    with you as a customer?

15    A.    Six to seven times.

16        MS. SEIFERT:  And if I could have shown to the witness

17    what's been admitted as Exhibit No. 2, please.

18        THE COURT:  It's in evidence.

19    BY MS. SEIFERT:

20    Q.    Okay.  Do you recognize the individual who's displayed in

21    Exhibit 2?

22    A.    Yes.

23    Q.    Who is this?

24    A.    This is Eliande.

25    Q.    Okay.  You mentioned that Ms. Tunis was your customer,

1    shipping six or seven times.  As you sit here today, do you

2    recall the exact dates of those shipments?

3    A.    No.  I wouldn't be able to remember the dates.

4    Q.    Okay.  Can you, from your recollection, recall about

5    how many times a year Ms. Tunis shipped with you?

6    A.    Two or three times per year.

7    Q.    When is the last time you heard from Ms. Tunis with

8    respect to a shipment?

9    A.    I spoke to Mrs. Tunis before the last trip -- after the

10    last trip from Haiti.

11    Q.    Okay.  And we'll come back to that in a minute.

12         When Ms. Tunis was shipping with you, what types of items

13    was she sending?

14    A.    Okay.  Are you referring to the content of the containers,

15    or are you asking what type of things?

16    Q.    Let's start with the contents.  What type of contents?

17    A.    Well, when she gives me a load to take for her, I will

18    ask her what is the content of -- what is in your items, and

19    she will say clothes, food, shoes, and tennis shoes.

20    Q.    What types of containers was she using to make these

21    shipments?

22    A.    Most of the time it's either boxes or barrels.

23    Q.    Do the barrels have any specific colors that she was

24    using?

25    A.    Most of the time it's black or blue.

1    Q.   Could you describe to the Court, when you say barrels,

2    what size are these containers?

3    A.   Will the court allow me to stand up so that I can give

4    them the height?

5              THE COURT:  Yes.

6              THE WITNESS:  Standing up, the barrel came -- reach me

7    here.

8              MS. SEIFERT:  And for the record, the witness stood up

9    and put his hand right about at chest level.

10   BY MS. SEIFERT:

11   Q.   Mr. Simon, how tall are you?

12   A.   I am 5'2".

13   Q.   Okay.  So at chest level on a 5'2" individual.

14             MS. SEIFERT:  Could I have shown to the witness what's

15   already been admitted as 108.88, please.

16             MR. ORENBERG:  Your Honor, a couple of slides are up on

17   our screen.  I'm not sure if it's being shown to the witness

18   at this time.

19             THE COURT:  They're there.  They're scrolling through

20   to try to find the right one.

21             MR. ORENBERG:  I would ask that they not be on his

22   screen.

23             THE COURT:  I think it's a good idea, if you're going

24   to be scrolling through exhibits to find the right one, to not

25   have it up on the screen.

1    BY MS. SEIFERT:

2    Q.   If I might have shown to the witness 100.83, which has

3    been admitted into evidence.

4         Mr. Simon, the barrels that are seen in this picture, how

5    do those compare to the types of barrels that Ms. Tunis was

6    shipping with you?

7    A.   This is exactly the type of what she used to send.

8    Q.   Okay.  You can take the exhibit down, please.

9         When Ms. Tunis had shipments, where did you pick them up?

10   A.   At her house.

11   Q.   Was anyone ever there with her, or did you pick them up

12   from her alone?

13   A.   Sometimes she will be present, and sometimes she wouldn't

14   be present.

15   Q.   And when she wasn't present, how did you get the

16   shipments?  Or the products, excuse me.

17   A.   She has a small house in the back.  It's like a tent near

18   the porch behind the house.  That's where she used to leave

19   them.  She would call me and say go get them and she will give

20   me instructions on how to open the gate to take them.

21   Q.   You said she would call you.  Were you primarily

22   communicating by voice or by text message or some other way?

23   A.   We spoke on the phone.

24   Q.   Okay.  When you would pick up the items from her house,

25   what type of vehicle would you use?

1    A.    A cargo van.

2    Q.    After you picked the items up from Ms. Tunis, where would

3    you take them?

4    A.    I took them to Daniel's warehouse.

5    Q.    And the items that Ms. Tunis shipped with you, where were

6    they going?

7    A.    She give them to me to be sent to Haiti.

8    Q.    Was there ever a time of year that she would typically

9    send items?

10   A.    She usually sent stuff during the vacation period, and

11   she will send stuff to her family.  That's what she said.  To

12   her children when she travels with them.  Say, for instance,

13   she sends something in the month of May; it will take a month,

14   month and a half to get there.  Sometimes she will send them

15   in July too, or between November and December.

16   Q.    You said during the vacation period.  What do you mean

17   by that?  What time of year is that, in your opinion?

18   A.    Say for instance she sends it in October, so October,

19   November, it will get there in December.  And if she sent

20   anything in June, it will get there in July, because remember

21   it takes at least a month to a month and a half to arrive.

22   Q.    Okay.  Let me just clarify my question.  If she was going

23   to Haiti on vacation, what time of year was that that she

24   would be in Haiti?

25        MR. ORENBERG:  Objection, Your Honor.  Leading.

1          MS. SEIFERT:  What time of year?

2          THE COURT:  I don't think that's a leading question,

3     actually.  It's overruled.

4          THE WITNESS:  Most of the time she goes on vacation in

5     December or June or July.

6     BY MS. SEIFERT:

7     Q.   Okay.  If I could have shown to the witness, please,

8     government's -- excuse me -- 920, which has not yet been

9     admitted.

10         I'm showing you a one-page document that's marked at the

11    bottom as 920.  Mr. Simon, do you recognize this document?

12    A.   Yes.  I recognize it.

13    Q.   And what type of document is this?

14         THE COURT:  Would the interpreter please ask the

15    witness to use the microphone to keep his voice up?

16         THE INTERPRETER:  Yes, Your Honor.

17       (Interpreter complies.)

18         THE WITNESS:  Well, this is a receipt.  So it's a block

19    of receipt.  Whenever I meet with a customer to get a load

20    from them, I will fill one out, I will give them one and one

21    will stay with Daniel.

22    BY MS. SEIFERT:

23    Q.   Okay.  And this particular copy, is this a receipt that

24    you personally filled out?

25    A.   Yes.  I fill it out, but this belongs to the company.

1    The receipt blocks belongs to the company.

2    Q.    Is it your regular business practice as an employee of

3    the company to fill these receipts out?

4    A.    Yes.

5    Q.    And this particular receipt, Government's 920, did you

6    provide this to my office before you testified today?

7    A.    Yes.  As a matter of fact, I fill it out.  The company

8    gave me the block of receipt, I fill it out once I arrived at

9    the customer's house.

10    Q.    And this receipt, did you provide it to me?

11    A.    Yes.

12        MS. SEIFERT:  Your Honor, move to admit 920 as a

13    business record of Four Seasons Cargo Shipping.

14        MR. ORENBERG:  No objection.

15        THE COURT:  Without objection, 920 is admitted.

16                        (Government Exhibit No. 920

17                            received into evidence.)

18    BY MS. SEIFERT:

19    Q.    Now, it's a little hard to make out your handwriting.  If

20    you don't mind, could you please tell the Court what is on the

21    receipt?

22        Let's start with the date.  On this line it says "invoice

23    number" and then "ship date."  What is the date of this

24    receipt?

25    A.    November 18, 2020.

1    Q.   And the name of the shipper under the shipper box?  The

2    name, can you make that out?

3    A.   This is Eliande who sent it.

4    Q.   And when you say Eliande, are you referring to Ms. Tunis,

5    the individual we were speaking about earlier?

6    A.   Yes.  Mrs. Tunis.

7    Q.   In the address there's some other...

8         MS. SEIFERT:  Your Honor, might I just ask to approach

9    and ask him to read what he can, and then I can show it again

10   to the Court and counsel.  I believe counsel also has a copy

11   in their book, and the Court should have a copy in their book.

12   So again it's 920.

13        THE COURT:  You may.

14   BY MS. SEIFERT:

15   Q.   Could you tell us in the box that has the shipper, what

16   is written in the address?

17   A.   Well, no.  This is not an address that is listed there.

18   It's her name or perhaps her husband's name because I did not

19   put her address there.

20   Q.   And the word that's underneath "address" that begins with

21   an "A," what does that say?

22   A.   Alice.

23   Q.   Do you know that name?

24   A.   Well, Eliande gave it to me.  Perhaps it's her husband's

25   name or his last name, but Eliande gave it to me.

1    Q.   Okay.  When you look down on the receipt, it says

2    "quantity ordered," and what is the number underneath that?

3    A.   Under "quantity"?

4    Q.   Correct.

5    A.   This is the number of the box or the barrel that she

6    shipped.  It's 29597.

7    Q.   Oh, I think you're reading the number under the invoice.

8    If you could skip down and look at, underneath the black box,

9    where there's some numbers, what are those numbers?

10   A.   Well, it means number 2, which is to say that the person

11   gave me two items to ship.  She gave me two items to ship.

12   Q.   Can you read the description of the items that's listed

13   on the receipt?

14   A.   Well, Ms. Eliande gave me two barrels.  They were not too

15   big.  The letter M stands for medium.  I charged her $100 per

16   box because they were medium boxes, which is $200.

17   Q.   And on that first line, I believe it says M, and then as

18   I read it, D-R-U-M.  Is that correct?

19   A.   M stands for medium.  And then barrel.

20   Q.   And underneath that, could you tell us the description,

21   the next three lines, what are the items that were stated to

22   be in the barrel?

23   A.   This is a description of what she had there.  I asked her

24   what the content was, and she told me in it was food --

25            MR. ORENBERG:  Objection.

1          I'll withdraw the objection, Your Honor.

2               THE WITNESS:  In it she said she put food, brand-new

3     clothes, shoes, tennis shoes, and sandals.

4     BY MS. SEIFERT:

5     Q.   And this type of receipt, did you fill it out every time

6     you obtained a shipment from Ms. Tunis?

7     A.   Yes.

8     Q.   Were you able to locate any of the other receipts?

9     A.   No.  I don't have any other receipt.  As a matter of

10    fact, it's the only receipt I had, and that's what I turned

11    over to the shipping company for them to process everything.

12    Q.   And the other receipts that you filled out, were they

13    consistent with this receipt, meaning were they similar to the

14    receipt you're seeing in front of you, 920?

15    A.   Yes.  They are always the same.  I could not provide

16    anything else but.

17    Q.   In the times that Ms. Tunis shipped with you, were the

18    items similar to the ones shipped in this receipt?  And by

19    that I mean, I believe you said sandals and things --

20    clothing, things of that nature.

21    A.   She never gave me anything else except for boxes and

22    barrels.

23    Q.   And what about the contents?

24         Let me ask a different question.  At any point in time

25    when she was making shipments with you did she ever declare

1    that the contents included firearms?

2    A.    No.  She never told me that.

3    Q.    What about ammunition?  Did she ever mention that?

4         MR. ORENBERG:  Objection, Your Honor.  Leading.

5         THE COURT:  Overruled.

6         THE WITNESS:  No.  She never told me that she placed

7    weapons or ammunitions in the boxes or the barrels she gave

8    me to ship.

9    BY MS. SEIFERT:

10   Q.    Okay.  And whose responsibility at the company was it

11   to deal with the customs forms themselves?  And by that I

12   mean the forms about what was actually inside the barrels.

13   A.    Only the business owner knows this information.

14   Q.    And is that Mr. Colas?

15   A.    Yes.  Daniel Colas.

16   Q.    Now, before you took the stand today, you looked at some

17   records of phone calls that you had with Ms. Tunis.  Is that

18   right?

19   A.    Yes.  We always communicated.

20   Q.    And you looked at those records this morning?

21   A.    Yes.

22   Q.    If I could have shown to the witness what's been admitted

23   as Government's 140, page 135.

24        And Mr. Simon -- and actually, if we could go first to

25   134, please.

1        And without telling me the phone number that's on the
2    screen, the number I've just circled which is on the first
3    line under "calling number," is that your phone number,
4    Mr. Simon?
5    A.    Yes.  That's my number.
6    Q.    Okay.  And we reviewed these records together, and we
7    also looked at the next page, Government's 140, page 135.  And
8    this shows a grouping of calls -- if you could scroll down
9    just a little bit -- a grouping of calls around May, April and
10   May 2021.  Do you see that?  I've circled them on the screen.
11   A.    Yes.  I see them.  I see them.
12   Q.    Do you recollect Ms. Tunis making a shipment with you in
13   May of 2021?
14   A.    May 2021.  Yes.  I can attest that she did, because she
15   would send stuff during that period, May, June, July.
16   Q.    And just in general, did you speak to Ms. Tunis more
17   around the time of shipments than you did at other times of
18   the year?
19   A.    Yes.  We spoke often when she is about to send stuff,
20   but we used to talk on the phone.
21   Q.    And based on your experience of shipping items to Haiti,
22   if a shipment was shipped in around early May of 2021,
23   approximately when would it arrive at customs in Haiti?
24   A.    Could you please repeat the question for me?
25   Q.    Yeah.  If a shipment is sent in around mid-May of 2021,

1    approximately when would that shipment arrive in Haiti?

2    A.   As far as arriving in Haiti, it will take three weeks.

3    But it's when it arrives in customs, it takes a little longer,

4    one to one and a half months.

5    Q.   And on this exhibit, which is 140 at page 135, there's

6    also a cluster of calls around October of 2021.  Do you see

7    what I've circled, which is the area of calls next to October

8    2021?

9    A.   Yes.  I see it.

10   Q.   Do you recall whether Ms. Tunis made any shipments with

11   you in October of 2021?

12   A.   I wouldn't be able to remember -- I cannot remember if

13   she sent anything with me or not.

14   Q.   Okay.  There are some other calls shown on here.  Did you

15   sometimes -- or did you, rather, ever talk to Ms. Tunis about

16   things other than shipments?

17   A.   Yes.  We used to talk.

18   Q.   Okay.  Were those unrelated to the shipping business?

19        (Witness answering in Creole.)

20        MS. SEIFERT:  And, you know, I'm just going to ask the

21   question again.  I'm going to move to strike the witness's

22   answer and just ask for a yes-or-no question just to make sure

23   we're not eliciting any hearsay topics if that's okay with the

24   Court.

25        THE COURT:  You can withdraw that question and proceed.

1    BY MS. SEIFERT:

2    Q.    These other calls, is it possible that they were about

3    something other than shipping goods?

4        MR. ORENBERG:  Objection.  Calling for speculation.

5        THE COURT:  Overruled.  She's asking what his

6    recollection is of the calls.

7    BY MS. SEIFERT:

8    Q.    These other calls that are seen on the screen, is it

9    possible that they were about topics other than the shipment

10   of goods?

11   A.    They are conversation where we spoke about things that

12   have nothing to do with shipping.

13   Q.    Okay.  So fair to say that not all of these calls are

14   tied to a shipment?

15   A.    Yes.

16   Q.    Okay.  We can take this exhibit down, please.

17        Let's talk about the last time that you spoke with

18   Ms. Tunis.  I know you don't remember exactly when that was,

19   but let's just talk about that conversation.  Prior to that

20   conversation, had Ms. Tunis had you pick up any items for

21   shipment to Haiti?

22   A.    Yes.

23   Q.    What items did you pick up?

24   A.    Two barrels and one box.

25   Q.    And where were those items destined for?

1    A.    Haiti.

2    Q.    When you picked up the items, where did you take them?

3    A.    At Daniel Colas's warehouse.

4    Q.    Were those intended to go into one of the containers for

5    Haiti?

6    A.    Yes.

7    Q.    Is there a reason that the items, the two barrels and the

8    one box, didn't end up getting shipped?

9            MR. ORENBERG:  Objection.  Leading.

10           THE COURT:  She asked is there a reason.  He can answer

11    that.  Objection's overruled.

12           MR. ORENBERG:  What about foundation?

13           THE COURT:  Maybe you can ask one small preliminary

14    question.

15           MS. SEIFERT:  Sure.

16    BY MS. SEIFERT:

17    Q.    Do you know whether those items ended up being shipped

18    to Haiti?

19    A.    Could you please repeat the question for me?

20    Q.    Do you know whether those items ended up in fact being

21    shipped to Haiti?

22    A.    No.  They did not end up being shipped to Haiti.

23    Q.    What do you recall happened to those items?

24    A.    Well, this explanation that you're asking for is going

25    to take a while, unless you want me to break it down for you

1    bit by bit.

2    Q.   Why don't you just tell us in the best of your

3    recollection.  What do you recall that happened to those

4    items?

5    A.   Eliande called me to come pick up the load for her.

6    Eliande was supposed to go to Haiti.  She called me urgently

7    to come and get the stuff for her.  I went to pick them up

8    early morning, but I do not remember the day.  And that

9    morning her husband was there.  She was there too.  Her

10   husband helped me put the stuff outside before them went to

11   work and I proceeded to finish with what I came to do.

12   Q.   At some time later, did Ms. Tunis ask you to return the

13   barrels?

14   A.   That was when she came back, because she was supposed to

15   go to Haiti.

16   Q.   Okay.  Tell me about that conversation.  What did she ask

17   you to do?

18   A.   When she came back from Haiti, she called me.  She said,

19   is the stuff already loaded in the container?  And I answered

20   no.  She told me, bring them back to me.  Give them to my

21   sister-in-law.

22   Q.   Did she state why she needed the items back?

23   A.   No.  I asked her why.

24   Q.   Okay.  And did you return the items?

25   A.   Her sister-in-law provided me with an address where I

1    was supposed to take them to, and that's what I did.

2    Q.   Okay.  And let's pause right there.  You said the

3    sister-in-law.  Ms. Tunis's sister-in-law?  Is that who you're

4    referring to?

5    A.   Yes.

6    Q.   How do you know that person?

7    A.   Well, she was a client.

8    Q.   She was a client of yours?

9    A.   Well, I used to carry loads for her.  As a matter of

10   fact, Eliande referred her to me.

11   Q.   Okay.  And the sister-in-law, did she call you, or how

12   did she communicate with you?

13   A.   Well, Eliande provided me with her information for me to

14   call her.  However, it took me a little while for me to do so.

15   The sister-in-law called me and said Eliande told me to ask

16   you to bring the stuff to me.

17   Q.   Okay.  And where did you bring the barrels -- excuse

18   me -- the two barrels and the one box?

19   A.   The stuff did not go to the sister-in-law's house.

20   The sister-in-law asked me to take them to an apartment.

21   Q.   Do you know the city the apartment was in?

22   A.   Pompano Beach.

23   Q.   Did you meet the sister-in-law at that apartment in

24   Pompano Beach?

25   A.   No.

1    Q.   Where did you meet her?

2         Or let me rephrase that question.  When you arrived at

3    the location she told you to go to, was the sister-in-law

4    there?

5    A.   No.  She was not there.

6    Q.   So who did you drop the items off with?

7    A.   Well, it was an unknown person, someone that I didn't

8    know.  I went there, I knocked, the person answered the door,

9    and I told him this person asked me to bring this to you.

10   He opened the door, and I dropped them off.

11   Q.   Was the person who opened the door a man or a woman?

12   A.   It was a woman.

13   Q.   And did they accept the items from you?

14   A.   Yes.  They accepted them.

15   Q.   Were you ever told by Ms. Tunis or her sister why they

16   needed the items in the barrel back?

17        MR. ORENBERG:  Objection.  Leading and compound

18   question.  There's been no evidence about someone's sister.

19        THE COURT:  I think we're doing a little bit of

20   discovery in the middle of trial.

21        MS. SEIFERT:  Sorry.  Let me rephrase.

22   BY MS. SEIFERT:

23   Q.   Were you ever told by Ms. Tunis or her sister-in-law,

24   the two individuals who called you, why you needed to return

25   the barrels?

1          THE INTERPRETER:  Counselor, the interpreter is a

2     little lost.  Could you please repeat the question?

3          MS. SEIFERT:  Yes.

4     BY MS. SEIFERT:

5     Q.   Were you ever told by Ms. Tunis or her sister-in-law, the

6     two individuals who called you, why they needed the barrels

7     returned?

8          MR. ORENBERG:  Objection.  On the basis of hearsay.

9     What he heard from one person what the other person told him.

10         THE COURT:  I'll allow a yes or no answer to this

11    question, and then you might have a valid objection to a

12    follow-up question.  But on this question, the witness can

13    answer yes or no.

14    BY MS. SEIFERT:

15    Q.   Would you like me to repeat the question?

16    A.   Yes.

17    Q.   Were you ever told by Ms. Tunis or her sister-in-law, the

18    individuals who called you, why the barrels and the box needed

19    to be returned?

20    A.   No.

21    Q.   Okay.

22         MS. SEIFERT:  May I approach, Your Honor, with counsel?

23    And if I can have the witness step down.

24         THE COURT:  You want to approach ex parte?

25         MS. SEIFERT:  No.  With counsel.

1              THE COURT:  Oh, with counsel.  I thought you meant with

2      your counsel.  Okay.  Yes, you may all.

3              MS. SEIFERT:  Could you just step to that first seat in

4      the jury box.

5              (Witness complies.)

6              (Bench conference.)

7              MS. SEIFERT:  Your Honor, the witness previously told

8      me that he was told that Ms. Tunis had a wedding dress in one

9      of the boxes or the barrel and she needed it and that's why it

10     needed to be returned.  As an officer of the court, it is my

11     obligation to correct the record because the information he

12     gave me is not accurate with his prior testimony.  However,

13     defense counsel continues to --

14             THE COURT:  You don't mean prior testimony, you mean --

15             MS. SEIFERT:  Prior statements, excuse me.  However,

16     defense counsel continues to object to hearsay, and I don't

17     need to impeach my own witness if they don't want the

18     information to go out or come up at trial.  It's up to them.

19     Would you like me to correct the record or do you not want the

20     hearsay to come out?

21             THE COURT:  It isn't hearsay.

22             MS. SEIFERT:  It's not coming out as hearsay now,

23     but I'm just anticipating that as soon as I say a leading

24     question --

25             THE COURT:  If it's from Ms. Tunis, a hearsay objection

 1         would probably be overruled.

 2              MS. SEIFERT:  It's not clear that it actually is from

 3         Ms. Tunis.  I think he doesn't recall which of them told him

 4         that.

 5              THE COURT:  The question is will you allow without

 6         objection Ms. Seifert to ask the question:  Were you ever told

 7         about the wedding dress?

 8              MS. AMATO:  Can we have a moment, Your Honor?

 9              THE COURT:  You may.

10          (Defense conferring.)

11              MS. AMATO:  So if they would like to -- yes.  We don't

12         object to them impeaching their witness.

13              MS. SEIFERT:  I think counsel continues to interrupt

14         me, which is confusing the witness, and I would like the

15         opportunity to correct the witness without interruption so

16         we can move on.  I don't think it's necessary, but if they're

17         going to impeach him, I mean, I'm obligated to correct that

18         testimony.

19              MS. AMATO:  Okay.  But to --

20              THE COURT:  You can argue about this, but it's a simple

21         question:  Are you going to object to Ms. Seifert correcting

22         the record by asking the witness whether he was ever told

23         about the wedding dress as a reason for returning the barrels?

24              MS. AMATO:  We will not --

25              MS. SEIFERT:  Great.

1          MS. AMATO:  -- object.  But it has to be in a manner of

2    impeachment because she is -- because they have a witness now

3    who has made a statement, and they wanted to bring out that he

4    made an earlier statement that was different.  So I think it's

5    appropriate to be done as an impeachment method as opposed to

6    just leading the witness to correct the record.

7          MS. SEIFERT:  That is usually how you impeach, is you

8    say he made a prior statement on a certain date and time and

9    this is what he said.

10          MS. AMATO:  Okay, I just want to make sure --

11          MS. SEIFERT:  So I want to be clear that I am going to

12    lead him because that is impeachment.

13          MS. AMATO:  That's fine.  I just want to make --

14          MS. SEIFERT:  Okay, great.

15          MS. AMATO:  -- sure you understand you're impeaching

16    your witness.

17          THE COURT:  I think we have enough framing of your

18    question, Ms. Seifert.  You may proceed.

19          MS. SEIFERT:  Thank you so much, Your Honor.

20      (End of bench conference.)

21    BY MS. SEIFERT:

22    Q.   Mr. Simon, just one more question, or one more set of

23    questions.  We met before today to prepare for your testimony.

24    Correct?

25    A.   Yes.

1  Q.   And on one of those occasions, did you tell me that

2  someone, either Ms. Tunis or her sister-in-law, told you that

3  they needed the barrels back because there was a wedding dress

4  in the barrel?

5  A.   Yes.  Ms. Tunis told me that.

6  Q.   Okay.  As you sit here today, do you recall that

7  conversation?

8  A.   Yes.  I remember the conversation.

9  Q.   So when you said earlier that no one told you why they

10 needed the barrels back, was that accurate?

11 A.   Well, I was not mistaken.  Perhaps the question was asked

12 differently.  They were the one that asked me to bring back

13 the barrels to them.

14 Q.   I will fully admit that my questions might have been

15 confusing, and I apologize.

16      MS. SEIFERT:  I can pass the witness.  I have no other

17 questions.

18      THE COURT:  Ms. Amato.

19      MS. AMATO:  Yes.  Thank you, Your Honor.

20                    CROSS-EXAMINATION

21 BY MS. AMATO:

22 Q.   Good morning, Mr. Simon.

23 A.   Good morning, ma'am.

24 Q.   All right.  I'd like to talk to you about the invoice,

25 and I'm showing you what's been marked as Government's Exhibit

1    920.  Do you see it, monsieur?

2    A.   Yes.

3    Q.   All right.  And this invoice, was this an invoice that

4    you had kept yourself?

5    A.   Well, this receipt was supposed to be provided to

6    Ms. Tunis, but she wasn't there and she provided me with the

7    information over the phone.

8    Q.   All right.  So I guess my question was, you said that you

9    were asked by the prosecution to look for other receipts from

10   Ms. Tunis.  Do you remember that question?

11   A.   I don't think I understand the question.

12   Q.   Okay.  Where are the rest of the receipts?

13   A.   Mr. Daniel has them.

14   Q.   And so how is it that you have this one?

15   A.   Well, it's because Mrs. Tunis was not present.  I

16   prepared the receipt with her over the phone, and this one

17   stayed with me.

18   Q.   Okay.  So you kept this receipt?

19   A.   Yes.

20   Q.   Okay.  You never provided this receipt to Daniel Colas?

21   You understood me?

22   A.   Well, this receipt block has two in it.  It's a

23   duplicate.  One goes to Daniel, and the other one stays with

24   the customer.

25   Q.   Okay.  So in this case you kept this one and you didn't

1    give it to Ms. Tunis.  You did not give it to Ms. Tunis.

2    A.   I would like to take a step back, if possible.

3    Q.   All right.  Let me just be clear, though:  This was in

4    your property when you were asked by the prosecution for

5    receipts.  Correct?

6    A.   Yes.

7    Q.   Now, this receipt has the name of the company, Four

8    Seasons, on it.  Correct?

9    A.   Yes.

10   Q.   And the name of the company, Four Seasons, was based on

11   the fact that this company was shipping throughout the whole

12   year, throughout all the four seasons of the year.  Correct?

13   A.   Yes.

14   Q.   And this business started in 2017.  Correct?

15   A.   Are you asking if it started in 2017?

16   Q.   Yes.

17   A.   I do not know exactly what year the business started.

18   Q.   All right.  What years did you work for the business?

19   A.   I've been with them for a while, maybe 11, 12 years?

20   Q.   Oh, okay.  All right.  And so you know that it was a big

21   business to send things from the United States to Haiti.

22   A.   Yes.  I know that they ship stuff.

23   Q.   Right.  And so if you worked for this business for 11, 12

24   years, then we know for sure this business has been going on

25   for 11 to 12 years.

1    A.    Yes.

2    Q.    And the purpose of the business was to make money.

3    Correct?

4    A.    Yes.

5    Q.    And so for at least 11, 12 years, the business was making

6    money sending things to Haiti for other people.

7    A.    Yes.

8    Q.    And are you aware whether there were other businesses

9    sending things -- that were set up like this business, the

10   Four Seasons, to send things to Haiti from the United States?

11   A.    No.

12   Q.    You're not aware?

13   A.    Of the business?  I know other people who do the same

14   thing; they send cargo to Haiti.

15   Q.    Okay.  So this was not the only cargo shipping business

16   from the United States to Haiti.

17   A.    No, Daniel was not the only one.  There are others.

18   Q.    And, again, that was because it was a big business to

19   send things from the United States to Haiti.

20   A.    Yes.

21   Q.    And people would ship all kinds of different things.

22   Correct?

23   A.    Well, yes.  People send boxes, they sent barrels.  I

24   asked them what was in these boxes and barrels, they will

25   answer food, clothes, and items of the sort.

1  Q.   And the Four Seasons Cargo Shipping would send weekly

2  to Haiti?

3  A.   No.

4  Q.   Was it once a month?

5  A.   Well, when business is good, twice a month; but when

6  business is slow, once a month.

7  Q.   Okay.  And how large, if you're aware, if you know, was

8  the container that Four Seasons would fill up to be shipped

9  each time?

10      (Interpreters conferring.)

11 A.   48 feet.

12      THE INTERPRETER:  The interpreter missed part of the

13 question.  How long did it take to fill it up?

14      MS. AMATO:  No, no, no, no.  That wasn't the question.

15 The question was the size, if he knew, what was the size of

16 the container that Four Seasons would ship.

17      (Interpreter translating.)

18      THE WITNESS:  48 feet in length.

19 BY MS. AMATO:

20 Q.   And it wasn't just Ms. Tunis who would use these drums,

21 these barrels.  Correct?  It was a common practice for people

22 to use those barrels to send items to Haiti.

23 A.   Yes.

24 Q.   And it wasn't just Ms. Tunis who would send items in boxes,

25 but other people as well would use boxes to send things in.

1    A.    Yes.

2    Q.    Would you provide -- would your company, the Four

3    Seasons, provide the drums, the barrels?

4    A.    No.   The customer has his or her own barrel.

5    Q.    Okay.   Now, you had informed us that there was some

6    variability in terms of how long it would actually take from

7    the time let's say you picked up a barrel from a customer to

8    by the time it was actually arriving in Haiti.   Correct?

9    A.    Yes.   It varies.

10   Q.    Okay.   And so when you were asked if someone sought to

11   provide you a barrel in May and you said that it would arrive

12   in June, that is just an estimate.

13   A.    Well, say for instance the person gives me their load in

14   May.   It will arrive either in June or July.   Sometimes it

15   takes a month to a month and a half, and it all depends on the

16   situation in the country, because Haiti is a country who's in

17   constant turmoil.

18        MS. AMATO:   Court's indulgence.

19        THE COURT:   Certainly.

20   BY MS. AMATO:

21   Q.    So in this invoice, getting back to this invoice, you

22   explained to us that what was sent here back in 2020 was a

23   medium -- two medium drums.   Correct?

24   A.    Yes.   Medium.

25   Q.    And you would take from customers drums that were

1  considered large as well.  Correct?

2  A.   Yes.

3       THE COURT:  Ms. Amato, we'll need to take a morning

4  break, so you pick your time.

5       MS. AMATO:  Okay, thank you.  I'm almost finished.

6  BY MS. AMATO:

7  Q.   And what about extra large?  Were there also drums that

8  were considered to be extra large?

9  A.   Yes.  I took barrels for her which were big as well.

10 Q.   Again, I'm not talking about anyone in particular; I'm

11 talking about just customers in general.  Correct?  That there

12 was people who used extra large barrels.  Correct?

13 A.   Yes.

14 Q.   So besides Ms. Tunis, there were other people that were

15 sending and using Four Seasons Shipping, who were sending

16 extra large barrels.  Correct?

17 A.   Yes.

18       MS. AMATO:  Court's indulgence.

19    (Defense conferring.)

20 BY MS. AMATO:

21 Q.   So you testified -- you told us that you yourself would

22 not actually look into the containers when you took them from

23 the customer.  Correct?

24 A.   No.  I never looked to see what was inside.  The customer

25 told me what was inside.

1    Q.    All right.  And that was -- it didn't matter if it was

2    Ms. Tunis or if it was another customer, it was the same

3    practice throughout.  Correct?

4    A.    I don't understand.  Same practice.  What practice?

5    Q.    The same practice.  In other words, if it was another

6    person besides Ms. Tunis, would you look in the barrel, in

7    the drum, to see what they were providing to be shipped?

8    A.    No.  I never looked to see what was inside.  I asked the

9    person, they told me what the content was, and I wrote it

10   down.

11   Q.    Okay.  And were the containers already closed when you

12   would come to pick them up, or did you and your company have

13   to close them?

14   A.    No.  This stuff is always ready prior to my arrival.

15   Q.    And so would you be the only one who would be moving the

16   barrel and the drum from, I guess from the customer, then into

17   your truck?

18   A.    Yes.  I was the one who picked them up.  But it's not

19   always me.  Sometimes Daniel would also go and pick up stuff

20   from clients or customers.  But as far as Tunis, I was the one

21   who picked up hers.

22   Q.    Okay.  And did you ever use a magnetometer or any type

23   of instrument like that to check what was in the boxes or the

24   barrels?

25   A.    No.  I never used a device for me to check what was

1    inside.  Daniel did not give me a device either.

2    Q.   And you said Daniel was the owner of the company.

3    Correct?

4    A.   Yes.

5    Q.   So even though the invoice identifies him as a manager,

6    he was actually more than the manager.  Correct?

7    A.   Are you referring to Daniel?  Daniel is the owner of the

8    business.

9    Q.   Okay.  So I'm just clarifying because on the invoice it

10   says -- can we put this back up?

11       You would agree with me that this receipt says "manager."

12   Right?

13   A.   Excuse me?

14   Q.   You would agree with me that it says "manager" under his

15   name on the receipt.  Correct?  You see this right here?

16   A.   Yes.  Daniel, manager.  He's the owner, though.

17   Q.   Okay.  One more question.

18       Sir, you don't still work for Daniel, do you?

19   A.   No.

20       MS. AMATO:  Okay.  No further questions, Your Honor.

21       THE COURT:  Any redirect?

22       MS. SEIFERT:  One question, Your Honor.

23                      REDIRECT EXAMINATION

24   BY MS. SEIFERT:

25   Q.   Mr. Simon, defense counsel asked you about the sizes of

1    barrels, and I believe you said, "I took barrels for her that

2    were big as well."  Do you recall saying that?

3    A.   Yes.  Mrs. Tunis's barrels are always big.

4    Q.   Okay.  So the "her" you were referring to is Ms. Tunis.

5    A.   Yes.

6        MS. SEIFERT:  Thank you.  No further questions.

7        THE COURT:  Thank you, Mr. Simon.  You may step down,

8    and you're excused.

9        THE WITNESS:  It was my pleasure to help the

10   United States.

11       THE COURT:  Thank you.

12      (Witness steps down.)

13       THE COURT:  All right.  Let's take our morning break.

14   So I'll resume at 11:30.

15      (Recess from 11:18 a.m. to 11:33 a.m.)

16       THE COURT:  All right.  We're ready for the next

17   witness.  Of course, I congratulate you, Ms. Seifert.  On

18   redirect you said one question, and it only turned out to be

19   two.  That's good for a lawyer.

20       MS. SEIFERT:  You should ask Judge Cooper how I am on

21   time limits.  I did very well in front of you, Your Honor.

22       THE COURT:  It's also exceeding your estimate by 100

23   percent, which is not so good.

24       MS. SEIFERT:  He would say that is accurate with my

25   time limits as well.

```
 1              THE COURT:  Next witness.

 2              MS. SEIFERT:  Although with you I was right in there.

 3         I do want to correct for the record, when Mr. Simon was

 4    leaving, he shook my hand and stated, "I want to thank you for

 5    all that you are doing.  I think that you all saved my life."

 6    And I said thank you and sent him on his way.  I have

 7    disclosed that to defense.

 8              THE COURT:  So noted.  I'm glad there wasn't a jury

 9    here.

10         Mr. Barnes, next witness is?

11              MR. BARNES:  Special Agent Jaime Morales.

12           JAIME MORALES, WITNESS FOR THE GOVERNMENT, SWORN

13                        DIRECT EXAMINATION

14    BY MR. BARNES:

15    Q.   Sir, could you please state and spell your name for the

16    record.

17    A.   Jaime Morales.  J-A-I-M-E, M-O-R-A-L-E-S.

18    Q.   Special Agent Morales, where do you work?

19    A.   At the Bureau of Alcohol, Tobacco, Firearms and

20    Explosives.

21    Q.   And that goes by the acronym ATF?

22    A.   Yes.

23    Q.   How long have you worked at the ATF?

24    A.   Approximately 22 years.

25    Q.   What is your current role?
```

1    A.   I'm a senior special agent, criminal investigator,

2    currently assigned to the FBI Joint Terrorism Task Force.

3    Q.   How long have you been in that role?

4    A.   A little over two years.

5    Q.   Agent Morales, what does the ATF do?

6    A.   We regulate the importation and manufacture and sale of

7    firearms, explosives, alcohol, and tobacco.

8    Q.   Where is the headquarters of the ATF?

9    A.   In Washington, D.C.

10   Q.   Could you just describe in a little bit more detail your

11   responsibilities as the -- in your current position?

12   A.   So as a criminal investigator I investigate violations of

13   Chapter 44, the Gun Control Act, having to do with the illegal

14   use and transfer, exportation of firearms.

15   Q.   And Agent Morales, what position did you hold at ATF

16   before your current position?

17   A.   Prior to this assignment, I was the intelligence officer

18   for the division.

19   Q.   What division?

20   A.   The Miami field division.

21   Q.   What were your responsibilities as the intelligence

22   officer for the Miami field division?

23   A.   I acted as liaison, and still do, to the United States

24   Southern Command.  I provided training to state and local law

25   enforcement agencies on firearms training and trafficking,

1    investigation techniques, and I acted as liaison to other

2    state and local government entities, law enforcement entities.

3    Q.    You said liaison to United States Southern Command.

4    Could you explain to the Court for the record what that is

5    and what those responsibilities entail?

6    A.    That's the United States military Department of Defense

7    command that oversees all military operations in Central and

8    South America.

9    Q.    And what position did you hold at the ATF prior to that

10   position?

11   A.    I was a criminal investigator in various different

12   groups, investigating anything from, you know, Hobbs Act

13   robberies, violent crimes, carjackings, to international

14   firearms trafficking, illegal diversion of firearms into the

15   secondary market for use by persons who are prohibited from

16   possessing them or use them to commit crimes, generally

17   investigations that focused on violent crime involving

18   firearms.

19   Q.    Have your roles at ATF involved identifying firearms?

20   A.    Yes.

21   Q.    Agent Morales, have you completed any specialized

22   training as part of your employment with the ATF?

23   A.    Yes.  I attended the Federal Law Enforcement Training

24   Center in Glynco, Georgia, for both criminal investigator and

25   ATF specialized investigative training, and I have some prior

1    experience as a firearms instructor, and then been in law

2    enforcement for over 30 years.

3    Q.   Do you have any other current roles at ATF?

4    A.   I'm a tactical medic with ATF's SRT Team 5.

5    Q.   Sorry.  Just for the court reporter, could you say that

6    again a little more slowly?

7    A.   I've been a tactical medic since 2010 with the Bureau of

8    Alcohol, Tobacco, Firearms Special Response Team 5.

9    Q.   And what are the responsibilities -- what

10   responsibilities do you have in that role?

11   A.   As a tactical medic, I provide tactical medical support

12   to tactical operations that are undertaken by the ATF SRT.  We

13   also support operations involving the national response team,

14   which is our team which investigates arsons, large-scale arsons.

15       I use my medical skills to support various division

16   operations and I've been on several details, both overseas and

17   in the United States supporting ATF operations, providing

18   medical support.  And we also train.  I also put on trainings

19   for our people and other agencies.

20   Q.   Agent Morales, where did you work prior to starting at

21   the ATF?

22   A.   So I began my career as a Tallahassee police officer, in

23   Tallahassee, Florida.  I was there for eight and a half years,

24   left that job as a street crimes detective.  And then I worked

25   for the State of Florida Division of Insurance investigating

1    insurance fraud for about a year and a half prior to beginning
2    with ATF.
3    Q.   Agent Morales, just a few more questions about your
4    background.  What is your educational background?
5    A.   I graduated from the Florida State University with a
6    bachelor of science in criminology.
7    Q.   Agent Morales, in the course of your work with ATF, have
8    you become familiar with the statutes and regulations that
9    govern firearms sales in the United States?
10    A.   Yes.
11    Q.   And similarly, in the course of your work with ATF, have
12    you also become familiar with the application process and the
13    issuance of federal firearms dealing licenses?
14    A.   Yes.
15    Q.   And Agent Morales, have you testified previously about
16    gun trafficking investigations and ATF regulations?
17    A.   Yes.
18        MR. BARNES:  Your Honor, at this time the government
19    would proffer Senior Special Agent Jaime Morales as an expert
20    witness in this case on the topics of ATF regulations
21    governing firearms sales in the United States, how the ATF
22    conducts investigations into crimes involving firearms, and
23    the use and identification of firearms.
24        THE COURT:  The last one was use?
25        MR. BARNES:  Use and identification.

1          THE COURT:  Any voir dire?

2          MR. ORENBERG:  Yes, Your Honor.

3                    VOIR DIRE EXAMINATION

4     BY MR. ORENBERG:

5     Q.   Good morning, Special Agent.  Are you special agent or

6     senior agent?

7     A.   It's senior special agent.

8     Q.   Senior special agent.  Okay.

9     A.   But you can address me as special agent.  That'll be

10    fine.

11    Q.   Thank you.

12    A.   Good morning, sir.

13    Q.   Can you just elaborate on your experience as an ATF

14    investigator as to the -- I guess the investigation -- the

15    investigations under your purview?

16    A.   So I began my ATF career in 2001.  Most ATF agents begin

17    investigating violations of 922(a)(6), individuals go into a

18    gun store and they lie on the form stating that they are not a

19    convicted felon, not under an injunction, not under an

20    indictment, etc.

21         We investigate -- we begin with investigating those

22    cases, and then from there one graduates to investigating the

23    diversion of firearms from the primary market into the

24    criminal underworld, doing undercover buys of firearms from

25    convicted felons or setting up sales of firearms to people who

```
1    will use them in criminal enterprises.  Assisting other law
2    enforcement agencies with narcotics investigations in which
3    firearms are used to protect the narcotics business; violent
4    robberies, crews of individuals who steal from drug dealers.
5    We sometimes conduct investigations into those individuals to
6    dismantle those organizations.  I've also spent a lot of my
7    career doing international firearms trafficking
8    investigations.
9    Q.   Right.  And that was a nice segue to my next question.
10   You told the Court that you liaison with the Southern Command,
11   which is the U.S. military, and then you went on to say with
12   South American countries -- or concerning South American
13   countries?
14   A.   The United States Southern Command is the military
15   command that covers U.S. military operations in Central and
16   South America.
17   Q.   Okay.  And then, as you just said, you investigate
18   international trafficking of weapons or firearms?
19   A.   Yes.
20   Q.   Okay.  And does that fall under your liaison activities
21   with the Southern Command also?
22   A.   Yes.
23   Q.   And does the Southern Command also include the country
24   of Haiti?
25   A.   Yes.
```

1    Q.   Oh, it does.  Okay.  Can you tell us how many

2    investigations you've been involved with of -- into

3    international trafficking of firearms involving the country

4    of Haiti?

5    A.   Over 20.

6         MR. ORENBERG:  I have no further questions, Your Honor.

7    And we accept him as an expert.

8         THE COURT:  All right.  Special Agent Morales will be

9    qualified and accepted to provide expert testimony on the

10   subjects of ATF regulations governing firearms, how ATF

11   conducts investigations, and the use and identification of

12   firearms.  Mr. Barnes, you may proceed.

13        MR. BARNES:  Thank you, Your Honor.

14                    DIRECT EXAMINATION (Continued)

15   BY MR. BARNES:

16   Q.   Agent Morales, what is a federal firearms license?

17   A.   It is a license which allows a person to engage in the

18   sale and distribution of firearms.

19   Q.   And is this commonly referred to as an FFL?

20   A.   Yes.

21   Q.   And just for clarification, for sort of clarity's sake,

22   does FFL refer to the license or the person?

23   A.   So FFL refers to the license, but as a part of our

24   vernacular we often refer to an individual who is engaged

25   in the business as a licensee or federal firearms licensee,

1    abbreviated to FFL.

2    Q.   Generally, what is the process for an individual to

3    become an FFL, to receive an FFL?

4    A.   They must meet certain legal requirements.  They must not

5    be prohibited, of course, from possessing firearms.  They fill

6    out a number of forms and pay a fee to ATF.  A background

7    check is conducted and if they have -- can provide suitable

8    business accommodations to store firearms, then they are

9    approved by ATF and may engage in the business.

10   Q.   And that was my next question.  After receiving a federal

11   firearms license, what is an individual authorized to do?

12   A.   They are authorized to deal in firearms across state

13   lines and sell firearms to -- import firearms depending on the

14   type of license, manufacture, import, and sell firearms across

15   state lines and internationally.

16   Q.   What legal responsibilities, then, do individuals sort of

17   incur when they receive a federal firearms license?

18   A.   The records which an FFL maintains are the property of

19   ATF so they must be maintained according to ATF regulation.

20   The licensee must be accountable for every firearm which he

21   takes in and which he disposes of.

22   Q.   Agent Morales, is there a particular document that an FFL

23   is required to complete when they're making firearm sales?

24   A.   So the firearms transaction record for over-the-counter

25   sales is the ATF Form 4473 which must be filled out in every

1    instance when a firearm is transferred to a nonlicensee.

2    Q.    And just at a general level, what's the purpose of Form

3    4473?

4    A.    For ATF to regulate and control the end user sale and

5    to know -- to understand in the purpose of tracing to whom

6    the firearm has been transferred.

7    Q.    So then if you could just explain, what is the

8    information that's required to be accurate in the form?

9    A.    Can you say that again, please?

10    Q.    So what information is required to be accurate in the

11    form?

12    A.    All of the information provided by the purchaser must

13    be accurate.  They must produce their actual demographic

14    information, name, address, their current legal status, all

15    of that must be accurately maintained in the record.

16    Q.    And I think you mentioned this before, but just to make

17    sure we're clear for the record, who fills out Form 4473?

18    A.    The purchaser or transferee fills out a section of the

19    form which is specific to their information, and then the

20    licensee or his agent fill out the remainder of the form.

21    Q.    So both buyer and seller.

22    A.    Yes.

23    Q.    And generally, how do federal firearms licensees ensure

24    that the information on a Form 4473 is accurate?

25    A.    They review -- they must review the identification

1    provided by the purchaser, confirming that it contains their

2    actual residential address, and that the likeness on the

3    identification matches the individual.

4    Q.    And can they do this remotely?

5    A.    They cannot.  They must do this in person at the point

6    of purchase.

7    Q.    At the point of purchase being in a store?

8    A.    In a store.  Yes, sir.

9    Q.    What consequences can an FFL incur if they don't abide

10    by these requirements?

11    A.    The sanctions for not providing, for not maintaining

12    proper records can be anything from citations, letters of

13    warning, all the way up to revocation of licensure.

14    Q.    And you mentioned this a little bit ago, but just for

15    clarity's sake again, after a Form 4473 is completed, what

16    is a federal firearms licensee required to do with the form?

17    A.    They're required to maintain that paperwork in their

18    records, and then if they ever surrender their license or go

19    out of business, they're required to transfer those records to

20    the ATF National Tracing Center in Falling Waters, West

21    Virginia.

22    Q.    How long are they required to keep that form?

23    A.    They're required to keep them as long as they're in

24    business.  And then when they go out of business, they have

25    to transfer them to the NTC.  The NTC will maintain them

1    indefinitely.

2    Q.   So there's no definite term of years.  They're required

3    to keep it forever.

4    A.   Forever.  Yes, sir.

5    Q.   At this time I'd like to ask Mr. Casillas to pull up

6    Government's Exhibit 301.02.

7         Agent Morales, do you recognize this document?

8    A.   Yes, sir.  This is an ATF firearms transaction record.

9    Q.   I'll just ask again to make sure we're clear.

10        Do you recognize this document?

11   A.   I do.

12   Q.   What is this document?

13   A.   This is the ATF firearm transaction record, also called

14   ATF Form 4473.

15   Q.   And has this been filled out?

16   A.   No.  This one is blank.

17   Q.   What is the date on this document?

18   A.   So the 4473 has gone through various iterations

19   throughout the years, adding information that we believe is

20   important.  So this document was last revised in May of 2020.

21   Q.   And has it been updated since then?

22   A.   It has.

23   Q.   And when was it last updated?

24   A.   I'm not sure of the month, but I believe it's August of

25   2023.  Last year.

1    Q.    So then the form that you're looking at, what period is

2    it in effect?

3    A.    I believe this form was in force from 2018 to the most

4    recent revision in 2023.

5          MR. BARNES:    At this time, Your Honor, we would move

6    to admit Government's Exhibit 301.02.

7          MR. ORENBERG:    No objection.

8          THE COURT:    Without objection, 301.02 is admitted.

9                              (Government Exhibit No. 301.02

10                             received into evidence.)

11   BY MR. BARNES:

12   Q.    If you could then -- ask Mr. Casillas to zoom in on the

13   top, the first section here.    It starts with the word

14   "Warning."

15         Agent Morales, could you read the section that starts

16   with the word "Warning."

17   A.    "Warning:    The information you provide will be used to

18   determine whether you are prohibited by federal or state law

19   from receiving a firearm.    Certain violations of the Gun

20   Control Act, 18 U.S.C. 921 et. seq, are punishable by up to 10

21   years imprisonment and/or up to a $250,000 fine.    Any person

22   who exports a firearm without a proper authorization from

23   either the Department of Commerce or the Department of State

24   as applicable is subject to a fine of not more than $1 million

25   and up to 20 years imprisonment.

1    "Read the notices, instructions and definitions on this
2    form."
3    Q.   You can stop there.  That's fine.  Just for clarity's
4    sake of the record, this is the very first thing you see at
5    the top of the page?
6    A.   Yes.
7    Q.   Turning to Section A, sort of at the bottom of what's
8    blown up, what information is required in that section?
9    A.   That information is filled out by the FFL.  The required
10   information there are the manufacturer and importer of the
11   firearm, the model, the serial number, the type, and the
12   caliber or gauge.
13   Q.   And then turning to Section B, just below that, what
14   information is required in that section?
15   A.   That information pertains to the identity of the
16   transferee or buyer.
17   Q.   And is the buyer required to fill out Section B in a
18   particular location?
19   A.   Yes, they are.
20   Q.   Where is that?
21   A.   Section B from block 9 through to the following page.
22   Q.   Agent Morales, is the buyer required to certify these
23   answers?
24   A.   Yes.
25   Q.   If you could turn to question 21.a.  and please read that

1    question for the Court and the record?

2    A.    21.a reads:  "Are you the actual transferee, buyer of the

3    firearms listed on this form and any continuation pages, ATF

4    Form 53.9A?  Warning:  You are not the actual transferee/buyer

5    if you are acquiring the firearm on behalf of another person.

6    If you are not the actual transferee/buyer the licensee cannot

7    transfer the firearms to you."

8    Q.    Agent Morales, is there a term that is used for this type

9    of gun purchase?

10    A.    Yes.

11    Q.    What is that term?

12    A.    Straw purchase.

13    Q.    If you could turn, look to the next page, page 2, ask the

14    witness, Agent Morales, to read the bolded language for

15    question 21.1.2.

16    A.    "I certify that my answers in Section B are true,

17    correct, and complete.  I have read and understand the

18    notices, instructions, and definitions on ATF Form 4473.  I

19    understand that answering 'yes' to question 21.a if I am not

20    the actual transferee/buyer is a crime punishable as a felony

21    under federal law, and may also violate state and/or local

22    law.  I understand that a person who answers 'yes' to any of

23    the questions 21.b through 21.k is prohibited from receiving

24    or possessing a firearm.  I understand that a person who

25    answers 'yes' to question 21.i.1 is prohibited from receiving

1    or possessing a firearm unless the person answers 'yes' to
2    question 21.i.2 and provides the documentation required in
3    26.d.  I also understand that making any false oral or written
4    statement, or exhibiting any false or misrepresented
5    identification with respect to this transaction is a crime
6    punishable as a felony under federal law, and may also violate
7    state and/or local law.  I further understand that the
8    repetitive purchase of firearms for the purpose of resale or
9    livelihood and profit without a federal firearms license is a
10   violation of federal law."
11   Q.   Thank you, Agent Morales.  Directing your attention to
12   the box just below that, box 22, what is the significance of
13   that box?
14   A.   In this box the purchaser signs their name and the date
15   that they're certifying that the answers which they have
16   provided are true and correct.
17   Q.   So just for clarity's sake, they're certifying to the
18   statement you just read into the record?
19   A.   Yes.
20   Q.   What is certification date mean?
21   A.   Certification date is the date in block 23, that's the
22   date that the purchaser fills out the form, signs it, and
23   certifies that the answers are true and correct.
24   Q.   Is that the purchase date?
25   A.   That may depend upon several factors.  Often the

1    individual must await a waiting period.  In the state of

2    Florida it's anywhere between three to five days depending

3    on the county in which the transaction takes place.

4    Q.    Turn your attention to Section C right below that.

5    What information is required in that section?

6    A.    This is the information -- this information is filled out

7    by the federal firearms licensee.  It lists information on

8    what kind of weapon is being purchased, where the purchase may

9    have taken place, information about the purchaser's status,

10    whether or not he has a concealed weapons permit, and then

11    there's a section about the immigration status and then where

12    the NICS information is recorded.

13    Q.    And I want to ask about the NICS information in just a

14    second, but just I want to pause on something you just said.

15    What's the significance of whether a person has a concealed

16    weapons permit?

17    A.    In the state of Florida where these transactions took

18    place, an individual who's been issued a concealed weapons

19    permit by the state of Florida need not wait the three- or

20    five-day waiting period.  They can take possession of the

21    firearm on the date of sale.

22    Q.    So now turning to the NICS issue, direct your attention

23    to questions 27 through 29, what is the purpose of those

24    questions?

25    A.    So those questions are where the date and nature of the

1    NICS information is recorded, advising once the FFL runs the

2    NICS check, there's places there for them to document what

3    kind of responses they received and how they may or may not

4    proceed with a transaction.

5    Q.   And at the risk of both of us having to use an acronym

6    that perhaps wasn't defined.  What is NICS?

7    A.   NICS stands for National Insta Check System.  It's the

8    firearm background check system administrated by the FBI that

9    licensees have access to to verify the status of a potential

10   purchaser.

11   Q.   So clarify something then.  You have to certify as a

12   would-be purchaser, you certify the date when you first come

13   in, and then there's a background check that is instant, but

14   you still have to wait a certain period of time if you receive

15   a, sort of a green light if you will, from the instant

16   background check?

17   A.   Yes.  In the state of Florida if the person possesses a

18   concealed weapons permit they need not wait; the NICS check is

19   performed on the same date and they may take possession of the

20   firearm.

21   Q.   And what comes back in response to a NICS check?

22   A.   They will be issued a number, which is either an approval

23   number, which begins with an A, or a denial number, which

24   begins with an N, the letter N, which advises the FFL whether

25   or not they may proceed with the sale.  And that number is

1    recorded on the form in the specified block.

2    Q.   What are some of the reasons that a NICS check would come

3    back with a denial, the number would start with an N?

4    A.   If an individual is in fact prohibited from possessing

5    a firearm, then they will receive a nonapproval.  If an

6    individual has a similar name and date of birth of an

7    individual who is prohibited, then they may receive a delayed

8    denial in which they may not take possession of the firearm at

9    that time.  And the NICS administrator -- in this case for the

10   state of Florida, the NICS administrator is the Florida

11   Department of Law Enforcement -- they would have to conduct

12   additional checks to ascertain whether that individual is in

13   fact the prohibited person or someone with a similar name and

14   date of birth.

15   Q.   Turning to Section D that's on the next page, what --

16   Agent Morales, what information is required in this section?

17   A.   So Section D must be completed by the transferee or buyer

18   if the transfer of the firearm occurs on a date different than

19   the original certification occurred.  So in our previous

20   example if an individual must wait the five-day waiting

21   period, the next check is they fill out the form, the NICS

22   check is run, they receive an approval, they return after five

23   or three days, depending on the county, and at that point they

24   must certify in block 30 and 31 that their status has not

25   changed from the date that they originally filled out the

1    form.

2    Q.    So they're certifying that the initial certification --

3    recertifying that the initial certification remains accurate.

4    A.    Yes.

5    Q.    Turning to Section E, what information is required in

6    this section?

7    A.    Section E is where the licensee places their licensure

8    information, including their federal firearms licensee number,

9    and then when the firearm is transferred, they record in block

10    34 the seller's name, their signature, and the date that the

11    firearm was transferred.

12        This must coincide with the entry in their acquisition

13    and dispositions books, which shows when the firearm came in

14    to their possession and when it left their possession.

15    Q.    I'm going to ask Mr. Casillas if you could blow up the

16    certification there right above block 34.

17        Agent Morales, I'd ask if you could read for the record

18    the certification here that starts with "I certify that."

19    A.    It says the individual transferring the firearm must

20    complete questions 34-36.  For denied/canceled transactions,

21    the individual who completed Section C must complete questions

22    34-35.

23        "I certify that: (1) I have read and understand the

24    notices, instructions and definitions on this ATF Form 4473;

25    (2) the information recorded in Sections A, C, and E are true,

1    correct, and complete; and (3) this entire transaction record

2    has been completed at the licensed business premises

3    ('licensed premises' includes business temporarily conducted

4    from a qualifying gun show or event in the same state in which

5    the licensed premises is located) unless this transaction has

6    met the requirements of 18 U.S.C. 922(c).  Unless this

7    transaction has been denied or canceled by NICS or state

8    agency, I further certify on the basis of -- (1) the

9    transferee/buyer's responses in Section B (and Section D if

10    applicable); (2) the verification of the identification

11    recorded in question 26 (and the re-verification at the time

12    of transfer if Section D was completed); and (3) state or

13    local law applicable to the firearms business -- it is my

14    belief that it is not unlawful for me to sell, deliver,

15    transport, or otherwise dispose of the firearms listed on this

16    form to the person identified in Section B."

17    Q.    Thank you, Agent Morales.  I'd like to go into, at the

18    risk of slightly more paperwork but just a little bit, I'd

19    like to ask you to look at a couple of the instructions that

20    follow the sections to fill out in 4473.

21        So if you could turn, Mr. Casillas, to page 4, and the

22    instruction for question 21.a.

23    A.    "Question 21.a, actual transferee/buyer.  For the

24    purposes of this form, a person is the actual transferee/buyer

25    if he/she is purchasing the firearm for him/herself or

acquiring the firearm for him self/herself (e.g., redeeming
the firearm from a pawn, retrieving it from consignment,
firearms raffle winner).  A person is also the actual
transferee/buyer if he or she is legitimately purchasing the
firearm as a bona fide gift for a third party.  A gift is not
bona fide if another person offered or gave the person
completing this form money, services, or items of value to
acquire the firearm for him/her, or if the other person is
prohibited by law from receiving or possessing a firearm.

"Examples:  Mr. Smith asks Mr. Jones to purchase a
firearm for Mr. Smith (who may or may not be prohibited).
Mr. Smith gives Mr. Jones the money for the firearm.
Mr. Jones is not the actual transferee/buyer of the firearm
and must answer 'no' to question 21.a.  The licensee may not
transfer the firearm to Mr. Jones.  However, if Mr. Brown buys
the firearm with his own money to give to Mr. Black as a gift
(with no service or tangible thing of value provided by
Mr. Black), Mr. Brown is the actual transferee/buyer of the
firearm and should answer 'yes' to question 21.a.  However,
the transferor/seller may not transfer a firearm to any person
he/she knows has a reasonable cause to believe is prohibited
under 18 U.S.C. 922(g), (h), (n), or (x)."

Q.   Thank you, Agent Morales.  Let's leave the paperwork
behind for a few moments.  I want to ask you about other ways
that a person can purchase a firearm.  We just talked about

1    the way a person would purchase a firearm from a federal

2    firearms licensee, FFL.  What are other ways a person can buy

3    a firearm?

4    A.    So firearms are acquired legitimately through different

5    ways.  A person can engage in a private sale in which they

6    perhaps answer an advertisement on a message board such as

7    ArmsList or, you know, Arms Broker or GunBroker.com, any one

8    of those message boards.  And then they can meet with the

9    individual and purchase the firearm in that regard.  ATF does

10   not oversee the regulation of those purchases.

11        Firearms are often acquired by theft.  They're often

12   acquired from purchasing the firearm in a gun store that is

13   not the primary point of sale for that firearm, such as a

14   pawnshop, in which the firearm has been resold to the

15   pawnshop.  So there are various ways that -- yeah.  Various

16   other ways besides buying them from an FFL in which they can

17   be acquired.

18   Q.    If you could explain a little bit more, a situation in

19   which a pawnshop would be a store selling a firearm but it

20   would not be required to be an FFL and maintain the paperwork

21   in the way we were just talking about before?

22   A.    No, sir.  They would still need to be an FFL, but the

23   records would not necessarily be accessible to ATF immediately

24   for the purposes of firearms tracing.

25   Q.    You just mentioned tracing, so I'd like to ask you a few

1    questions about how ATF conducts investigations into firearms

2    trafficking.  What are the primary steps ATF takes in

3    conducting those types of investigations?

4    A.    So when a firearm is recovered by law enforcement, law

5    enforcement will initiate a trace of the firearm in many

6    cases, and in which case the -- they have to provide various

7    identifiers that help identify the firearm, namely, make,

8    model, serial number, importer city and state if the firearm

9    was produced in another country and imported into the U.S.,

10    and the serial number.

11        With those pieces of information ATF then contacts the

12    manufacturer or importer and obtains from them the distributor

13    and the various businesses which had possession of the firearm

14    until it went to the last purchaser.  And then that's how the

15    trace report records who purchased that firearm, who it traces

16    to, that last purchaser.

17        Once a firearm enters the legitimate market, it can be

18    diverted into criminal enterprises or it can then be sold to a

19    pawnshop or secondary firearms dealer.  Once that happens, the

20    firearm goes back onto the acquisition and dispositions book

21    of that dealer, but when they sell the firearm, they are not

22    required to advise ATF that they sold the firearm to an

23    individual unless that business is operating under a Demand 2

24    notice, in which case they are required to advise ATF.

25        So in a case where a firearm was purchased some years

1    prior and traced to a first-line purchaser, and that firearm

2    is then later sold to a pawnshop, we'll never know who that

3    pawnshop is unless that pawnshop reports it to us under

4    Demand 2 or we through investigative means locate that that

5    firearm was purchased there, and then we will know who

6    purchased that firearm at the time.

7    Q.    Could you explain a little more, you mentioned you

8    wouldn't get information about this transaction unless the

9    company, the store, was under Demand 2.  What is Demand 2?

10   A.    So by act of Congress, ATF is prohibited from maintaining

11   any kind of database which records firearms sales.  We can

12   only know that by tracing the firearm to the last-line

13   purchaser.  There are certain licensees who, through the

14   process of their business and through their continued

15   involvement in criminal investigations, are deemed to be

16   perhaps problematic in the way they conduct business, and in

17   those instances ATF will serve them with Demand 2 notices,

18   which then mandates that if they wish to continue in the

19   business of selling firearms, they must update their

20   disposition records to the National Tracing Center so that we

21   know at the time that they sell a firearm to whom it has been

22   sold.

23   Q.    You said a lot.  You described a lot of those regulations

24   and techniques.  Can ATF simply search through paperwork for a

25   particular person and find out the weapons that they've

1    purchased, or firearms that they've purchased?

2    A.    So there's no database which tells us what firearms were

3    purchased by a particular individual.  In order to obtain

4    those records we must know where they acquired the firearms,

5    which federal firearms licensee they visited.  And we must

6    then contact that licensee to obtain those records.

7    Q.    Based on all of that, in your experience, Agent Morales,

8    is it unusual in a firearms trafficking investigation to not

9    be able to -- to not understand exactly where all of the

10   firearms you're investigating went?

11   A.    Yes.

12   Q.    I want to step back just a little bit because we're going

13   to talk some more about firearms, and I want to make sure that

14   we have sort of these things explained.  I'm going to ask you

15   a few questions just about terminology before we keep going.

16   What is the technical difference between a rifle and a pistol

17   and a shotgun?

18   A.    So a rifle is a firearm that is designed to be fired from

19   the shoulder, usually held with two hands.  It has a barrel

20   over 16 inches, it has a stock which one affixes to their

21   shoulder to line up the sights and fire.

22        A pistol is a firearm that is designed to be fired with

23   one hand.

24        A shotgun is a firearm which is designed with a smooth

25   bore which fires a combination of either slug shot or lead

1    shot rounds.

2    Q.   And there are a few different ways to refer to bullets,

3    but I wanted to ask you the difference between those before

4    we go further.  The phrases cartridge, round, and bullet.

5    Are those essentially interchangeable?

6    A.   Yes.  Although the round is often used to refer to just

7    the projectile, but colloquially it can be used to refer to

8    ammunition in general.

9    Q.   When we were discussing the 4473 and the information

10   about particular firearms, you mentioned caliber.  What does

11   caliber mean?

12   A.   Caliber is the diameter of the projectile represented in

13   English inches.  So as opposed to millimeter, which is in the

14   metric system.

15   Q.   And so it's the diameter.  Is there also a standard

16   designation for the length of a bullet?

17   A.   Yes.  Oftentimes when speaking of firearms that are made

18   and chambered in metric designation, they will often give the

19   name of the round designated by caliber or diameter and

20   length.

21   Q.   And for I guess how a firearm operates, what's the

22   significance of having either a larger caliber or a longer

23   bullet?

24   A.   So larger caliber -- well, longer bullets, if I could

25   address that first, usually with a longer bullet there's

1    usually a higher power load, to increase the velocity of the

2    round or the force of the round.  And then diameter has to do

3    with whatever the manufacturer wanted to do as far as what he

4    wanted to produce.

5    Q.    Switching gears a little bit, Agent Morales, I want to

6    ask you about whether in the fall of 2021 did you participate

7    in the investigation into the hostage taking of 17

8    missionaries in Haiti?

9    A.    Yes, I did.

10    Q.    And what was your role in that investigation?

11    A.    My role was to support the investigation by obtaining and

12    analyzing the firearms transaction records pursuant to the

13    traces that were conducted.

14    Q.    And why were you, as a criminal investigator with the

15    ATF, part of an investigation into hostage taking in Haiti?

16    A.    Because I am currently assigned to the FBI Joint

17    Terrorism Task Force in Miramar, Florida.

18    Q.    How did you go about gathering the information you just

19    mentioned?

20    A.    Ordinarily I contact the licensees directly and speak to

21    them or their designee and request of them that they transfer

22    to me scanned copies of all the firearms transaction records

23    and anything else which they wish to provide, such as

24    receipts, copies of identification, information that confirms

25    payment method, and anything else they wish to provide.

1    Q.   In the course of your duties on that investigation, I

2    want to ask you about the different stores, the different FFLs

3    you contacted.  Did you contact a store called Lucky Pawn?

4    A.   I did.

5    Q.   Where is Lucky Pawn?

6    A.   It's located in Miami, Florida.

7    Q.   And what names did you ask Lucky Pawn to search?

8    A.   All of the names that were pursuant to the investigation

9    which were provided to me by the FBI.

10        MR. BARNES:  Your Honor, if I could approach the

11   witness.

12        THE COURT:  You may.

13        MR. BARNES:  Your Honor, I just provided the witness

14   with the exhibits from the 302 series for Lucky Pawn, that's

15   Government's Exhibit 302.05, .06, .08, .09, 18, and 19.

16        THE COURT:  I'm sorry.  You're giving me exhibit

17   numbers?

18        MR. BARNES:  Yes, Your Honor.

19        THE COURT:  Say them again?

20        MR. BARNES:  They're all 302.  It's .05, 06, 08, 09,

21   18, and 19.

22        THE COURT:  All right.

23   BY MR. BARNES:

24   Q.   Agent Morales, do you recognize these documents?

25   A.   Yes.

1    Q.   And what do you recognize them to be?

2    A.   These are ATF Form 4473s which were produced and

3    maintained at Lucky Pawn and Jewelry in Miami, Florida.

4    Q.   Are these documents fair and accurate copies of the

5    documents that were provided to you by Lucky Pawn during the

6    course of this investigation?

7    A.   They are.

8    Q.   Was Lucky Pawn subject to the accuracy and recordkeeping

9    requirements on federal firearms licensees that we just

10   discussed a few moments ago?

11   A.   Yes.

12   Q.   And based on those requirements, were these forms

13   required to be filled out at or near the time the firearms

14   purchases were made?

15   A.   Yes.

16   Q.   Is selling firearms an activity that these federal

17   firearms licensees regularly conduct?

18   A.   Yes.

19   Q.   And is completing firearms transaction records a regular

20   practice of these stores?

21   A.   Yes.

22        MR. BARNES:  Your Honor, at this time we would move to

23   admit those exhibits into evidence.

24        THE COURT:  This would be 302.05, 06, 08, 09, 18, and

25   19.

1          MR. ORENBERG:  We don't think there's a sufficient --

2          THE COURT:  You gotta use the microphone.

3          MR. ORENBERG:  Sorry.  We're objecting.  We don't think

4    there's a sufficient foundation at this point in time to admit

5    these one, two, three -- six exhibits.

6          THE COURT:  What's the --

7          MR. ORENBERG:  I didn't hear a description of how he

8    obtained these records and how he reviewed them.

9          THE COURT:  How he reviewed might not be a necessary

10   foundation.

11         MR. ORENBERG:  Right.

12         THE COURT:  If you want to ask any other questions

13   about how these came into the witness's possession, go ahead.

14         MR. BARNES:  I believe the witness already did but I

15   can just ask that again.

16   BY MR. BARNES:

17   Q.   Agent Morales, how did you go about obtaining these

18   records that you have in front of you?

19   A.   I contacted Lucky Pawn and spoke with the management

20   there and asked them to email me scanned copies of the records

21   pertaining to these individuals.

22   Q.   And based on the discussion we had a few moments ago

23   about the requirements that are part of becoming a federal

24   firearms licensee and maintaining records for ATF Form 4473,

25   are they required to provide these to you?

 1   A.   They are.  These records are in fact property of the ATF.

 2   The licensee is simply the custodian of these records, which

 3   is why when they surrender their license or go out of business

 4   they must transfer them to ATF.

 5          THE COURT:  All right.  The objection is overruled.

 6   The exhibits, that's 302.05, .06, .08, .09, .18, .19 are

 7   admitted.

 8                          (Government Exhibit Nos. 302.05, 302.06,

 9                           302.08, 302.09, 302.18, 302.19

10                           received into evidence.)

11          MR. BARNES:  Your Honor, if I could approach again, I

12   have the next set, and the defense has already been provided,

13   this is 302.07, .16, and 17.

14          THE COURT:  So it's 02, 07, 16 --

15          MR. BARNES:  I apologize, Your Honor.  302.07, 16 and

16   17.

17          THE COURT:  Okay.  Go ahead.

18   BY MR. BARNES:

19   Q.   Agent Morales, did you also contact a store called A to Z

20   Guns and Pawn?

21   A.   Yes, I did.

22   Q.   And what names did you ask A to Z Guns and Pawn to

23   search?

24   A.   All of the names provided by the FBI.

25   Q.   And did A to Z provide you with any responsive documents

1    to your request?

2    A.   Yes, they did.

3    Q.   And if you could please review the three different

4    exhibits that I handed to you.  Do you recognize those

5    documents?

6    A.   I do.

7    Q.   What do you recognize them to be?

8    A.   These are firearms transaction records pursuant to

9    purchases made by Eliande Tunis at A to Z Pawn.

10   Q.   And are these documents in front of you fair and accurate

11   copies of the documents that were provided to you by A to Z

12   Guns and Pawn?

13   A.   Yes, they are.

14   Q.   I want to ask some of the same questions I asked a moment

15   ago about Lucky Pawn.  Was A to Z Guns and Pawn subject to the

16   accuracy and recordkeeping requirements on federal firearms

17   licensees?

18   A.   Yes.

19   Q.   And based on those requirements, were these forms filled

20   out at or near the time the firearms purchases were made?

21   A.   Yes.

22   Q.   And is selling firearms an activity that these stores,

23   that A to Z Guns and Pawn regularly conducts?

24   A.   Yes.

25   Q.   And finally, is completing the firearms transaction

 1    record form, Form 4473, a regular practice of these stores?

 2    A.    It is.

 3          MR. BARNES:  At this time, Your Honor, we'd move to

 4    admit those three exhibits, 302.07, .16 and .17 as business

 5    records.

 6          MR. ORENBERG:  No objection.

 7          THE COURT:  Without objection, 302.07, .16 and .17 are

 8    admitted.

 9                            (Government Exhibit Nos. 302.07, 302.16,

10                            302.17 received into evidence.)

11          MR. BARNES:  Brief indulgence, Your Honor.

12       (Government conferring.)

13    BY MR. BARNES:

14    Q.    Agent Morales, you mentioned that you obtained the

15    firearms transaction records from Lucky Pawn.  You mentioned

16    you obtained them by just calling and receiving them

17    electronically.  Is that correct?

18    A.    Yes.

19    Q.    Have you ever been to Lucky Pawn?

20    A.    Yes.

21    Q.    And why did you go to it?

22    A.    I've been there on several occasions related to this and

23    other investigations.

24    Q.    I'd like to show you now Exhibit 490.

25          Do you recognize this picture?

1    A.    Yes, I do.

2    Q.    What is it a picture of?

3    A.    It's a photograph of the business designated as Lucky

4    Pawn.

5    Q.    And is it a fair and accurate picture of what the Lucky

6    Pawn store looks like?

7    A.    It is.  They recently I think renovated or painted it so

8    it doesn't look exactly like this, but that is the building.

9    Q.    So pre-renovation, what it used to look like.

10    A.    Yes.

11        MR. BARNES:  At this time we'd move to admit

12    Government's Exhibit 490 into evidence.

13        MR. ORENBERG:  No objection.

14        THE COURT:  Without objection, Exhibit 490 is admitted.

15                        (Government Exhibit No. 490

16                          received into evidence.)

17        THE COURT:  And Mr. Barnes, we'll need to stop whenever

18    it's convenient for you for our lunch break.  I don't think

19    you're going to get all the 4473s in before the lunch break.

20        MR. BARNES:  Your Honor, I'm happy to stop now.

21        THE COURT:  Whatever works for you.

22        MR. BARNES:  We can take a break now.

23        THE COURT:  All right.  Let's take our lunch break and

24    we'll resume at 1:40.  See you all then.

25        (Lunch recess taken at 12:32 p.m.)

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*/s/ Bryan A. Wayne*
Bryan A. Wayne

## $

**$100** [1] - 295:15
**$200** [1] - 295:16
**$250,000** [1] - 331:21

## '

**'licensed** [1] - 339:3
**'no'** [1] - 340:14
**'yes'** [5] - 333:19,
333:22, 333:25,
334:1, 340:19

## /

**/s** [1] - 354:9

## 0

**02** [1] - 350:14
**05** [1] - 347:20
**06** [4] - 347:15,
347:20, 348:24,
350:6
**07** [1] - 350:14
**08** [4] - 347:15,
347:20, 348:24,
350:6
**09** [4] - 347:15,
347:20, 348:24,
350:6

## 1

**1** [3] - 331:24, 338:23,
339:8
**10** [1] - 331:20
**100** [1] - 318:22
**100.83** [1] - 290:2
**108.88** [1] - 289:15
**11** [4] - 311:19,
311:23, 311:25,
312:5
**11:18** [1] - 318:15
**11:30** [1] - 318:14
**11:33** [1] - 318:15
**12** [4] - 311:19,
311:23, 311:25,
312:5
**12505** [1] - 279:19
**12:32** [1] - 353:25
**134** [1] - 297:25
**135** [3] - 297:23,
298:7, 299:5
**140** [3] - 297:23,

298:7, 299:5
**16** [6] - 344:20,
350:13, 350:14,
350:15, 352:4, 352:7
**17** [5] - 346:7, 350:13,
350:16, 352:4, 352:7
**18** [8] - 293:25,
331:20, 339:6,
340:22, 347:15,
347:21, 348:24,
350:6
**19** [4] - 347:15,
347:21, 348:25,
350:6
**1992** [1] - 282:25
**1:40** [1] - 353:24

## 2

**2** [11] - 287:17, 287:21,
295:10, 333:13,
338:25, 339:10,
342:23, 343:4,
343:9, 343:17
**20** [2] - 326:5, 331:25
**20001** [1] - 279:25
**2001** [1] - 324:16
**2010** [1] - 322:7
**2017** [2] - 311:14,
311:15
**2018** [1] - 331:3
**2020** [7] - 283:3,
283:5, 284:10,
285:20, 293:25,
314:22, 330:20
**2021** [13] - 283:3,
283:5, 284:10,
285:20, 298:10,
298:13, 298:14,
298:22, 298:25,
299:6, 299:8,
299:11, 346:6
**2023** [2] - 330:25,
331:4
**2024** [1] - 279:6
**20530** [2] - 279:15,
279:17
**20854** [1] - 279:20
**21-0699-01** [1] - 279:4
**21-699** [1] - 281:3
**21.1.2** [1] - 333:15
**21.a** [7] - 332:25,
333:2, 333:19,
339:22, 339:23,
340:14, 340:19
**21.b** [1] - 333:23
**21.i.1** [1] - 333:25
**21.i.2** [1] - 334:2
**21.k** [1] - 333:23

**298:7, 299:5**
16...

**2111** [1] - 279:22
**22** [2] - 319:24, 334:12
**22201** [1] - 279:23
**23** [2] - 279:6, 334:21
**25th** [1] - 282:24
**26** [1] - 339:11
**26.d** [1] - 334:3
**26th** [1] - 282:24
**27** [1] - 335:23
**279** [1] - 279:7
**282** [1] - 280:4
**29** [1] - 335:23
**293** [1] - 280:11
**29597** [1] - 295:6

## 3

**3** [3] - 279:9, 339:1,
339:12
**30** [2] - 322:2, 337:24
**301.02** [5] - 280:12,
330:6, 331:6, 331:8,
331:9
**302** [2] - 347:14,
347:20
**302.05** [5] - 280:12,
347:15, 348:24,
350:6, 350:8
**302.06** [2] - 280:12,
350:8
**302.07** [6] - 280:13,
350:13, 350:15,
352:4, 352:7, 352:9
**302.08** [2] - 280:13,
350:9
**302.09** [2] - 280:13,
350:9
**302.16** [2] - 280:13,
352:9
**302.17** [2] - 280:13,
352:10
**302.18** [2] - 280:13,
350:9
**302.19** [2] - 280:13,
350:9
**309** [1] - 280:4
**31** [1] - 337:24
**317** [1] - 280:5
**319** [1] - 280:6
**324** [1] - 280:6
**326** [1] - 280:7
**331** [1] - 280:12
**333** [1] - 279:25
**34** [2] - 338:10, 338:16
**34-35** [1] - 338:22
**34-36** [1] - 338:20
**350** [1] - 280:12
**352** [1] - 280:13
**353** [1] - 280:14

## 4

**4** [1] - 339:21
**44** [1] - 320:13
**4473** [13] - 327:25,
328:3, 328:17,
328:24, 329:15,
330:14, 330:18,
333:18, 338:24,
339:20, 345:9,
349:24, 352:1
**4473s** [2] - 348:2,
353:19
**4704-A** [1] - 279:24
**48** [2] - 313:11, 313:18
**485** [1] - 283:12
**490** [5] - 280:14,
352:24, 353:12,
353:14, 353:15

## 5

**5** [2] - 322:4, 322:8
**5'2** [1] - 289:13
**5'2"** [1] - 289:12
**53.9A** [1] - 333:4

## 6

**601** [1] - 279:14
**6th** [1] - 279:20

## 8

**8097** [1] - 283:9
**8th** [1] - 279:22

## 9

**9** [1] - 332:21
**920** [7] - 280:11,
292:8, 292:11,
293:5, 293:12,
293:15, 293:16,
294:12, 296:14,
310:1
**921** [1] - 331:20
**922(a)(6** [1] - 324:17
**922(c)** [1] - 339:6
**922(g** [1] - 340:22
**950** [1] - 279:17
**9:41** [1] - 279:6

## A

**a.m** [3] - 279:6, 318:15

**abbreviated** [1] -
327:1
**abide** [1] - 329:9
**able** [4] - 288:3, 296:8,
299:12, 344:9
**above-entitled** [1] -
354:5
**accept** [2] - 304:13,
326:7
**accepted** [2] - 304:14,
326:9
**access** [1] - 336:9
**accessible** [1] -
341:23
**accommodations** [1]
- 327:8
**according** [1] - 327:19
**accountable** [1] -
327:20
**accuracy** [2] - 348:8,
351:16
**accurate** [11] - 306:12,
309:10, 318:24,
328:8, 328:10,
328:13, 328:24,
338:3, 348:4,
351:10, 353:5
**accurately** [1] -
328:15
**acquire** [1] - 340:8
**acquired** [5] - 341:4,
341:11, 341:12,
341:17, 344:4
**acquiring** [2] - 333:5,
340:1
**acquisition** [2] -
338:12, 342:20
**acronym** [2] - 319:21,
336:5
**act** [1] - 343:10
**Act** [3] - 320:13,
321:12, 331:20
**acted** [2] - 320:23,
321:1
**activities** [2] - 286:4,
325:20
**activity** [2] - 348:16,
351:22
**actual** [11] - 328:13,
329:2, 333:2, 333:4,
333:6, 333:20,
339:23, 339:24,
340:3, 340:13,
340:18
**adding** [1] - 330:19
**additional** [1] - 337:12
**address** [10] - 294:7,
294:16, 294:17,
294:19, 294:20,
302:25, 324:9,

328:14, 329:2,
345:25
**administrated** [1] -
336:8
**administrator** [2] -
337:9, 337:10
**admit** [7] - 293:12,
309:14, 331:6,
348:23, 349:4,
352:4, 353:11
**admitted** [10] - 287:17,
289:15, 290:3,
292:9, 293:15,
297:22, 331:8,
350:7, 352:8, 353:14
**advertisement** [1] -
341:6
**advise** [2] - 342:22,
342:24
**advises** [1] - 336:24
**advising** [1] - 336:1
**affixes** [1] - 344:20
**agencies** [3] - 320:25,
322:19, 325:2
**agency** [1] - 339:8
**Agent** [30] - 319:11,
319:18, 320:5,
320:15, 321:21,
322:20, 323:3,
323:7, 323:15,
323:19, 324:5,
326:8, 326:16,
327:22, 330:7,
331:15, 332:22,
333:8, 333:14,
334:11, 337:16,
338:17, 339:17,
340:23, 344:7,
346:5, 347:24,
349:17, 350:19,
352:14
**agent** [7] - 320:1,
324:5, 324:6, 324:7,
324:8, 324:9, 328:20
**agents** [1] - 324:16
**ago** [4] - 329:14,
348:10, 349:22,
351:15
**agree** [2] - 317:11,
317:14
**ahead** [2] - 349:13,
350:17
**aid** [1] - 282:16
**Alcohol** [2] - 319:19,
322:8
**alcohol** [1] - 320:7
**Alice** [1] - 294:22
**Allen** [1] - 281:13
**ALLEN** [1] - 279:18
**allow** [3] - 289:3,

305:10, 307:5
**allows** [1] - 326:17
**almost** [1] - 315:5
**alone** [1] - 290:12
**AMATO** [21] - 279:21,
281:18, 307:8,
307:11, 307:19,
307:24, 308:1,
308:10, 308:13,
308:15, 309:19,
309:21, 313:14,
313:19, 314:18,
314:20, 315:5,
315:6, 315:18,
315:20, 317:20
**Amato** [3] - 281:18,
309:18, 315:3
**AMERICA** [1] - 279:3
**America** [3] - 281:3,
321:8, 325:16
**American** [2] - 325:12
**ammunition** [2] -
297:3, 345:8
**ammunitions** [1] -
297:7
**analyzing** [1] - 346:12
**answer** [8] - 299:22,
301:10, 305:10,
305:13, 312:25,
340:14, 340:19,
341:6
**answered** [2] -
302:19, 304:8
**answering** [2] -
299:19, 333:19
**answers** [7] - 332:23,
333:16, 333:22,
335:25, 334:1,
334:15, 334:23
**anticipating** [1] -
306:23
**Antillean** [3] - 285:4,
285:7
**apartment** [3] -
303:20, 303:21,
303:23
**apologize** [2] -
309:15, 350:15
**appearance** [1] -
281:8
**APPEARANCES** [1] -
279:12
**applicable** [3] -
331:24, 339:10,
339:13
**application** [1] -
323:12
**approach** [6] - 281:7,
294:8, 305:22,
305:24, 347:10,

350:11
**appropriate** [1] -
308:5
**approval** [2] - 336:22,
337:22
**approved** [1] - 327:9
**April** [1] - 298:9
**area** [2] - 283:3, 299:7
**argue** [1] - 307:20
**Arlington** [1] - 279:23
**Arms** [1] - 341:7
**ArmsList** [1] - 341:7
**arrangement** [2] -
285:10, 286:16
**arrival** [1] - 316:14
**arrive** [6] - 286:12,
291:21, 298:23,
299:1, 314:11,
314:14
**arrived** [2] - 293:8,
304:2
**arrives** [3] - 285:8,
286:14, 299:3
**arriving** [2] - 299:2,
314:8
**arsons** [2] - 322:14
**ascertain** [1] - 337:12
**assigned** [2] - 320:2,
346:16
**assignment** [1] -
320:17
**assisting** [1] - 325:1
**ATF** [52] - 319:21,
319:23, 320:5,
320:8, 320:15,
321:9, 321:19,
321:22, 321:25,
322:3, 322:12,
322:17, 322:21,
323:2, 323:7,
323:11, 323:16,
323:20, 323:21,
324:13, 324:16,
326:10, 327:6,
327:9, 327:19,
327:25, 328:4,
329:20, 330:8,
330:13, 330:14,
333:3, 333:18,
338:24, 341:9,
341:23, 342:1,
342:2, 342:11,
342:22, 342:24,
343:10, 343:17,
343:24, 346:15,
348:2, 349:24,
350:1, 350:4
**ATF's** [1] - 322:4
**attended** [1] - 321:23
**attention** [3] - 334:11,

335:4, 335:22
**attest** [1] - 298:14
**Attorney's** [1] - 279:14
**August** [1] - 330:24
**AUSA** [2] - 279:13,
279:13
**AUSAs** [1] - 281:10
**authorization** [1] -
331:22
**authorized** [2] -
327:11, 327:12
**Avenue** [3] - 279:17,
279:19, 279:25
**await** [1] - 335:1
**aware** [3] - 312:8,
312:12, 313:7

## B

**bachelor** [1] - 323:6
**background** [6] -
323:4, 327:6, 336:8,
336:13, 336:16
**Barnes** [4] - 281:11,
319:10, 326:12,
353:17
**BARNES** [26] -
279:16, 319:11,
319:14, 323:18,
323:25, 326:13,
326:15, 331:5,
331:11, 347:10,
347:13, 347:18,
347:20, 347:23,
348:22, 349:14,
349:16, 350:11,
350:15, 350:18,
352:3, 352:11,
352:13, 353:11,
353:20, 353:22
**barrel** [13] - 289:6,
295:5, 295:19,
295:22, 304:16,
306:9, 309:4, 314:4,
314:7, 314:11,
316:6, 316:16,
344:19
**barrels** [33] - 288:22,
288:23, 289:1,
290:4, 290:5,
295:14, 296:22,
297:7, 297:12,
300:24, 301:7,
302:13, 303:17,
303:18, 304:25,
305:6, 305:18,
307:23, 309:3,
309:10, 309:13,
312:23, 312:24,
313:21, 313:22,

314:3, 315:9,
315:12, 315:16,
316:24, 318:1, 318:3
**based** [6] - 298:21,
311:10, 344:7,
348:12, 349:22,
351:19
**basis** [2] - 305:8,
339:8
**BATES** [1] - 279:10
**Beach** [3] - 283:2,
303:22, 303:24
**BEAUDRE** [1] -
279:16
**become** [3] - 323:8,
323:12, 327:3
**becoming** [1] - 349:23
**BEFORE** [1] - 279:10
**began** [2] - 322:22,
324:16
**begin** [3] - 281:21,
324:16, 324:21
**beginning** [1] - 323:1
**begins** [3] - 294:20,
336:23, 336:24
**behalf** [3] - 281:14,
281:19, 333:5
**behind** [2] - 290:18,
340:24
**belief** [1] - 339:14
**belongs** [2] - 292:25,
293:1
**below** [3] - 332:13,
334:12, 335:4
**Bench** [1] - 306:6
**BENCH** [1] - 279:9
**bench** [1] - 308:20
**best** [1] - 302:2
**between** [5] - 282:24,
291:15, 335:2,
344:16, 345:3
**big** [6] - 295:15,
311:20, 312:18,
315:9, 318:2, 318:3
**birth** [2] - 337:6,
337:14
**bit** [12] - 284:25,
285:12, 298:9,
302:1, 304:19,
320:10, 329:14,
339:18, 341:18,
344:12, 346:5
**black** [4] - 288:25,
295:8, 340:16,
340:18
**blank** [1] - 330:16
**block** [9] - 292:18,
293:8, 310:22,
332:21, 334:21,
337:1, 337:24,

338:9, 338:16
**blocks** [1] - 293:1
**blow** [1] - 338:15
**blown** [1] - 332:8
**blue** [1] - 288:25
**board** [1] - 341:6
**boards** [1] - 341:8
**boat** [1] - 286:19
**bolded** [1] - 333:14
**bona** [2] - 340:5,
340:6
**book** [3] - 294:11,
342:20
**books** [1] - 338:13
**bore** [1] - 344:25
**born** [2] - 282:11,
282:12
**bottom** [3] - 283:11,
292:11, 332:7
**Boulevard** [1] - 279:22
**box** [14] - 294:1,
294:15, 295:5,
295:8, 295:16,
300:24, 301:8,
303:18, 305:18,
306:4, 334:12,
334:13, 334:14
**boxes** [10] - 288:22,
295:16, 296:21,
297:7, 306:9,
312:23, 312:24,
313:24, 313:25,
316:23
**brand** [1] - 296:2
**brand-new** [1] - 296:2
**break** [8] - 285:12,
301:25, 315:4,
318:13, 353:18,
353:19, 353:22,
353:23
**brief** [1] - 352:11
**bring** [6] - 302:20,
303:16, 303:17,
304:9, 308:3, 309:12
**broad** [1] - 285:17
**Broker** [1] - 341:7
**Brown** [2] - 340:15,
340:18
**Bryan** [2] - 354:9,
354:9
**BRYAN** [2] - 279:24,
354:3
**building** [1] - 353:8
**bullet** [4] - 345:4,
345:16, 345:23,
345:25
**bullets** [2] - 345:2,
345:24
**Bureau** [2] - 319:19,
322:7

**business** [37] -
286:23, 293:2,
293:13, 297:13,
299:18, 311:14,
311:17, 311:18,
311:21, 311:23,
311:24, 312:2,
312:5, 312:9,
312:13, 312:15,
312:18, 313:5,
313:6, 317:8, 325:3,
326:25, 327:8,
327:9, 329:19,
329:24, 339:2,
339:3, 339:13,
342:23, 343:14,
343:16, 343:19,
350:3, 352:4, 353:3
**businesses** [2] -
312:8, 342:13
**buy** [1] - 341:2
**buyer** [6] - 328:21,
332:16, 332:17,
332:22, 333:2,
337:17
**buying** [1] - 341:16
**buys** [2] - 324:24,
340:15
**BY** [33] - 282:3, 284:7,
285:23, 287:19,
289:10, 290:1,
292:6, 292:22,
293:18, 294:14,
296:4, 297:9, 300:1,
300:7, 301:16,
304:22, 305:4,
305:14, 308:21,
309:21, 313:19,
314:20, 315:6,
315:20, 317:24,
319:14, 324:4,
326:15, 331:11,
347:23, 349:16,
350:18, 352:13

**C**

**caliber** [7] - 332:12,
345:10, 345:11,
345:12, 345:19,
345:22, 345:24
**canceled** [1] - 339:7
**cannot** [3] - 299:12,
329:5, 333:6
**Cantave** [1] - 281:5
**Cap** [1] - 282:13
**Cap-Haitien** [1] -
282:13
**career** [3] - 322:22,
324:16, 325:7

**Cargo** [3] - 284:17,
293:13, 313:1
**cargo** [3] - 291:1,
312:14, 312:15
**carjackings** [1] -
321:13
**carry** [1] - 303:9
**cartridge** [1] - 345:4
**case** [7] - 281:3,
310:25, 323:20,
337:9, 342:6,
342:24, 342:25
**cases** [2] - 324:22,
342:6
**Casillas** [4] - 330:5,
331:12, 338:15,
339:21
**Center** [2] - 321:24,
329:20, 343:20
**Central** [2] - 321:7,
325:15
**certain** [5] - 308:8,
327:4, 331:19,
336:14, 343:13
**certainly** [1] - 314:19
**CERTIFICATE** [1] -
354:2
**certification** [7] -
334:20, 334:21,
337:19, 338:2,
338:3, 338:16,
338:18
**certifies** [1] - 334:23
**certify** [9] - 332:22,
333:16, 336:11,
336:12, 337:24,
338:18, 338:23,
339:8, 354:3
**certifying** [3] - 334:15,
334:17, 338:2
**chambered** [1] -
345:18
**changed** [2] - 284:17,
337:25
**Chapter** [1] - 320:13
**charge** [2] - 285:7,
286:23
**charged** [1] - 295:15
**Check** [1] - 336:7
**check** [12] - 316:23,
316:25, 327:7,
336:2, 336:8,
336:13, 336:16,
336:18, 336:21,
337:2, 337:21,
337:22
**checks** [1] - 337:12
**chest** [2] - 289:9,
289:13
**children** [1] - 291:12

**circled** [3] - 298:2,
298:10, 299:7
**citations** [1] - 329:12
**city** [3] - 282:12,
303:21, 342:8
**clarification** [2] -
285:21, 326:21
**clarify** [2] - 291:22,
336:11
**clarifying** [1] - 317:9
**clarity's** [4] - 326:21,
329:15, 332:3,
334:17
**clear** [5] - 307:2,
308:11, 311:3,
328:17, 330:9
**CLERK** [1] - 281:2
**client** [2] - 303:7,
303:8
**client's** [1] - 284:20
**clients** [3] - 284:21,
286:5, 316:20
**close** [1] - 316:13
**closed** [1] - 316:11
**clothes** [3] - 288:19,
296:3, 312:25
**clothing** [1] - 296:20
**cluster** [1] - 299:6
**coincide** [1] - 338:12
**Colas** [9] - 284:11,
284:12, 284:19,
284:21, 285:13,
285:25, 297:14,
297:15, 310:20
**Colas's** [1] - 301:3
**colloquially** [1] -
345:7
**colors** [1] - 288:23
**COLUMBIA** [1] - 279:1
**combination** [1] -
344:25
**coming** [1] - 306:22
**Command** [6] -
320:24, 321:3,
325:10, 325:14,
325:21, 325:23
**command** [2] - 321:7,
325:15
**Commerce** [1] -
331:23
**commit** [1] - 321:16
**common** [1] - 313:21
**commonly** [1] -
326:19
**communicate** [1] -
303:12
**communicated** [1] -
297:19
**communicating** [1] -
290:22

**company** [19] -
284:12, 284:16,
284:24, 285:1,
285:3, 285:15,
292:25, 293:1,
293:3, 293:7,
296:11, 297:10,
311:7, 311:10,
311:11, 314:2,
316:12, 317:2, 343:9
**compare** [1] - 290:5
**complete** [5] - 327:23,
333:17, 338:20,
338:21, 339:1
**completed** [6] -
321:21, 329:15,
337:17, 338:21,
339:2, 339:12
**completing** [3] -
340:7, 348:19,
351:25
**complies** [2] - 292:17,
306:5
**compound** [1] -
304:17
**concealed** [4] -
335:10, 335:15,
335:18, 336:18
**concerning** [1] -
325:12
**conduct** [4] - 325:5,
337:11, 343:16,
348:17
**conducted** [3] - 327:7,
339:3, 346:13
**conducting** [1] - 342:3
**conducts** [4] - 323:22,
342:1, 342:1,
351:23
**conference** [2] -
306:6, 308:20
**conferring** [4] -
307:10, 313:10,
315:19, 352:12
**confirming** [1] - 329:1
**confirms** [1] - 346:24
**confused** [1] - 283:24
**confusing** [2] -
307:14, 309:15
**congratulate** [1] -
318:17
**Congress** [1] - 343:10
**consequences** [1] -
329:9
**considered** [2] -
315:1, 315:8
**consignment** [1] -
340:2
**consistent** [1] -
296:13

constant [1] - 314:17
Constitution [1] -
279:25
Cont' [1] - 280:7
contact [4] - 344:6,
346:20, 347:3,
350:19
contacted [1] - 347:3,
349:19
contacts [1] - 342:11
container [18] - 285:3,
285:4, 285:5, 285:6,
285:8, 285:10,
285:13, 285:15,
285:25, 286:6,
286:7, 286:9,
286:15, 302:19,
313:8, 313:16
containers [6] -
288:14, 288:20,
289:2, 301:4,
315:22, 316:11
contains [1] - 329:1
content [4] - 288:14,
288:18, 295:24,
316:9
contents [4] - 288:16,
296:23, 297:1
continuation [1] -
333:3
continue [1] - 343:18
Continued [1] -
326:14
continued [1] - 343:14
continues [3] -
306:13, 306:16,
307:13
Control [2] - 320:13,
331:20
control [1] - 328:4
convenient [1] -
353:18
conversation [6] -
300:11, 300:19,
300:20, 302:16,
309:7, 309:8
convicted [2] -
324:19, 324:25
Cooper [1] - 318:20
copies [5] - 346:22,
346:24, 348:4,
349:20, 351:11
copy [3] - 292:23,
294:10, 294:11
correct [33] - 295:4,
295:18, 306:11,
306:19, 307:15,
307:17, 308:6,
308:24, 311:5,
311:8, 311:12,

311:14, 312:3,
312:22, 313:21,
314:8, 314:23,
315:1, 315:11,
315:12, 315:16,
315:23, 316:3,
317:3, 317:6,
317:15, 319:3,
333:17, 334:16,
334:23, 339:1,
347:12, 354:4
correcting [1] - 307:21
counsel [12] - 281:7,
281:10, 294:10,
305:22, 305:25,
306:1, 306:2,
306:13, 306:16,
307:13, 317:25
counselor [1] - 305:1
counter [1] - 327:24
countries [2] - 325:12,
325:13
country [5] - 314:16,
325:23, 326:3, 342:9
county [2] - 335:3,
337:23
couple [2] - 289:16,
339:19
course [6] - 318:17,
323:7, 323:11,
327:5, 347:1, 348:6
Court [11] - 279:24,
282:5, 289:1,
293:20, 294:10,
294:11, 299:24,
321:4, 325:10,
333:1, 354:3
court [4] - 284:25,
289:3, 306:10, 322:5
COURT [62] - 279:1,
281:12, 281:16,
281:20, 284:4,
285:21, 287:18,
289:5, 289:19,
289:23, 292:2,
292:14, 293:15,
294:13, 297:5,
299:25, 300:5,
301:10, 301:13,
304:19, 305:10,
305:24, 306:1,
306:14, 306:21,
306:25, 307:5,
307:9, 307:20,
308:17, 309:18,
314:19, 315:3,
317:21, 318:7,
318:11, 318:13,
318:16, 318:22,
319:1, 319:8,

323:24, 324:1,
326:8, 331:8,
347:12, 347:16,
347:19, 347:22,
348:24, 349:2,
349:6, 349:9,
349:12, 350:5,
350:14, 350:17,
352:7, 353:14,
353:17, 353:21,
353:23
court's [2] - 314:18,
315:18
Courthouse [1] -
279:24
courtroom [1] -
281:15
covers [1] - 325:15
CR [1] - 279:4
Creole [3] - 282:14,
282:20, 299:19
crews [1] - 325:4
crime [3] - 321:17,
333:20, 334:5
crimes [4] - 321:13,
321:16, 322:24,
323:22
criminal [10] - 281:3,
320:1, 320:12,
321:11, 321:24,
324:24, 325:1,
342:18, 343:15,
346:14
criminology [1] -
323:6
Cross [1] - 280:4
CROSS [1] - 309:20
CROSS-
EXAMINATION [1] -
309:20
Cross-Examination..
.................... [1] -
280:4
CRR [1] - 279:24
current [5] - 319:25,
320:11, 320:16,
322:3, 328:14
custodian [1] - 350:2
customer [11] -
287:11, 287:14,
287:25, 292:19,
310:24, 314:4,
314:7, 315:23,
315:24, 316:2,
316:16
customer's [2] -
287:2, 293:9
customers [3] -
314:25, 315:11,
316:20

customs [6] - 285:8,
285:11, 286:22,
297:11, 298:23,
299:3
customs' [1] - 286:15

# D

D-R-U-M [1] - 295:18
D.C [2] - 279:5, 320:9
Daniel [20] - 284:11,
285:3, 285:6, 285:9,
286:16, 286:23,
292:21, 297:15,
301:3, 310:13,
310:20, 310:23,
312:17, 316:19,
317:1, 317:2, 317:7,
317:16, 317:18
Daniel's [2] - 287:4,
291:4
database [2] - 343:11,
344:2
date [21] - 282:25,
293:22, 293:23,
308:8, 330:17,
334:14, 334:20,
334:21, 334:22,
334:24, 335:21,
335:25, 336:12,
336:19, 337:6,
337:14, 337:18,
337:25, 338:10
dates [2] - 288:2,
288:3
DAY [1] - 279:9
days [2] - 335:2,
337:23
DC [3] - 279:15,
279:17, 279:25
deal [2] - 297:11,
327:12
dealer [2] - 342:19,
342:21
dealers [1] - 325:4
dealing [1] - 323:13
December [3] -
291:15, 291:19,
292:5
declare [1] - 296:25
deemed [1] - 343:15
Defendant [2] - 279:7,
279:18
Defense [1] - 321:6
defense [7] - 306:13,
306:16, 307:10,
315:19, 317:25,
319:7, 350:12
defined [1] - 336:6

definite [1] - 330:2
definitions [3] - 332:1,
333:18, 338:24
delayed [1] - 337:7
deliver [1] - 339:14
DEM [1] - 284:17
Demand [5] - 342:23,
343:4, 343:9, 343:17
demographic [1] -
328:13
denial [3] - 336:23,
337:3, 337:8
denied [1] - 339:7
denied/canceled [1] -
338:20
Department [5] -
279:16, 321:6,
331:23, 337:11
DEPUTY [1] - 281:2
describe [2] - 289:1,
320:10
described [1] - 343:23
description [4] -
295:12, 295:20,
295:23, 349:7
designated [2] -
345:19, 353:3
designation [2] -
345:16, 345:18
designed [3] - 344:18,
344:22, 344:24
designee [1] - 346:21
destined [1] - 300:25
detail [1] - 320:10
details [1] - 322:16
detective [1] - 322:24
determine [1] - 331:18
device [2] - 316:25,
317:1
diameter [4] - 345:12,
345:15, 345:19,
346:2
difference [2] -
344:16, 345:3
different [14] - 283:23,
284:16, 286:14,
287:1, 296:24,
308:4, 312:21,
321:11, 337:18,
341:4, 345:2, 347:2,
351:3
differently [1] - 309:12
Dire [1] - 280:6
dire [1] - 324:1
DIRE [1] - 324:3
direct [1] - 335:22
Direct [3] - 280:4,
280:6, 280:7
DIRECT [3] - 282:2,
319:13, 326:14

directing [1] - 334:11
directly [2] - 287:4, 346:20
disclosed [1] - 319:7
discovery [1] - 304:20
discussed [1] - 348:10
discussing [1] - 345:9
discussion [1] - 349:22
dismantle [1] - 325:6
displayed [2] - 283:14, 287:20
dispose [1] - 339:15
disposes [1] - 327:21
disposition [1] - 343:20
dispositions [2] - 338:13, 342:20
distribution [1] - 326:18
distributor [1] - 342:12
DISTRICT [3] - 279:1, 279:1, 279:10
diversion [2] - 321:14, 324:23
diverted [1] - 342:18
division [5] - 320:18, 320:19, 320:20, 320:22, 322:15
Division [1] - 322:25
document [10] - 292:10, 292:11, 292:13, 327:22, 330:7, 330:10, 330:12, 330:17, 330:20, 336:2
documentation [1] - 334:2
documents [7] - 347:24, 348:4, 348:5, 350:25, 351:5, 351:10, 351:11
done [2] - 287:1, 308:5
door [3] - 304:8, 304:10, 304:11
down [11] - 285:12, 290:8, 295:1, 295:8, 298:8, 300:16, 301:25, 305:23, 316:10, 318:7, 318:12
dress [4] - 306:8, 307:7, 307:23, 309:3
drop [1] - 304:6
dropped [1] - 304:10
drug [1] - 325:4

drum [2] - 316:7, 316:16
drums [5] - 313:20, 314:3, 314:23, 314:25, 315:7
duplicate [1] - 310:23
during [5] - 283:8, 291:10, 291:16, 298:15, 348:5
Duroska [1] - 281:4
Duroska-Murray [1] - 281:4
duties [1] - 347:1

### E

e.g [1] - 340:1
early [2] - 298:22, 302:8
educational [1] - 323:4
effect [1] - 331:2
eight [1] - 322:23
either [8] - 288:22, 309:2, 314:14, 317:1, 331:23, 336:22, 344:25, 345:22
elaborate [1] - 324:13
electronically [1] - 352:17
Eliande [13] - 287:10, 287:24, 294:3, 294:4, 294:24, 294:25, 295:14, 302:5, 302:6, 303:10, 303:13, 303:15, 351:9
eliciting [1] - 299:23
Elita [1] - 281:18
ELITA [1] - 279:21
email [1] - 349:20
employee [1] - 293:2
employment [1] - 321:22
empty [1] - 285:5
end [3] - 301:8, 301:22, 328:4
End [1] - 308:20
ended [2] - 301:17, 301:20
ending [1] - 283:9
enforcement [6] - 320:25, 321:2, 322:2, 325:2, 342:4, 342:5
Enforcement [2] - 321:23, 337:11
engage [3] - 326:17,

327:9, 341:5
engaged [1] - 326:24
English [2] - 282:17, 345:13
ensure [1] - 328:23
entail [1] - 321:5
enterprises [2] - 325:1, 342:18
enters [1] - 342:17
entire [1] - 339:1
entities [2] - 321:2
entitled [1] - 354:5
entry [1] - 338:12
ESQ [3] - 279:16, 279:18, 279:21
essentially [1] - 345:5
estimate [2] - 314:12, 318:22
et [1] - 331:20
etc [1] - 324:20
event [1] - 339:4
evidence [10] - 287:18, 290:3, 293:17, 304:18, 331:10, 348:23, 350:10, 352:10, 353:12, 353:16
ex [1] - 305:24
exact [2] - 282:25, 288:2
exactly [5] - 290:7, 300:18, 311:17, 344:9, 353:8
EXAMINATION [6] - 282:2, 309:20, 317:23, 319:13, 324:3, 326:14
Examination [1] - 280:7
Examination........... [1] - 280:6
Examination........... [1] - 280:5
Examination........... [2] - 280:4, 280:6
Examination........... [1] - 280:4
example [1] - 337:20
examples [1] - 340:10
exceeding [1] - 318:22
except [1] - 296:21
excuse [7] - 283:22, 290:16, 292:8, 303:17, 306:15, 317:13
excused [1] - 318:8
Exhibit [20] - 280:11, 280:12, 280:12,

280:13, 280:14, 283:12, 287:17, 287:21, 293:16, 309:25, 330:6, 331:6, 331:9, 347:15, 350:8, 352:9, 352:24, 353:12, 353:14, 353:15
exhibit [6] - 283:24, 284:8, 290:8, 299:5, 300:16, 347:16
exhibiting [1] - 334:4
exhibits [7] - 289:24, 347:14, 348:23, 349:5, 350:6, 351:4, 352:4
EXHIBITS [1] - 280:10
experience [4] - 298:21, 322:1, 322:13, 344:7
expert [3] - 323:19, 326:7, 326:9
explain [4] - 321:4, 328:7, 341:18, 343:7
explained [2] - 314:22, 344:14
explanation [1] - 301:24
Explosives [1] - 319:20
explosives [1] - 320:7
exportation [1] - 320:14
exports [1] - 331:22
extra [4] - 315:7, 315:8, 315:12, 315:16

### F

fact [8] - 293:7, 296:10, 301:20, 303:10, 311:11, 337:4, 337:13, 350:1
factors [1] - 334:25
fair [4] - 300:13, 348:4, 351:10, 353:5
fall [2] - 325:20, 346:6
Falling [1] - 329:20
false [2] - 334:3, 334:4
familiar [3] - 287:9, 323:8, 323:12
family [1] - 291:11
far [3] - 299:2, 316:20, 346:3
FBI [5] - 320:2, 336:8, 346:16, 347:9, 350:24

federal [20] - 323:13, 326:16, 326:25, 327:10, 327:17, 328:23, 329:16, 331:18, 333:21, 334:6, 334:9, 334:10, 335:7, 338:8, 341:1, 344:5, 348:9, 348:16, 349:23, 351:16
Federal [1] - 321:23
fee [1] - 327:6
feet [2] - 313:11, 313:18
felon [1] - 324:19
felons [1] - 324:25
felony [2] - 333:20, 334:6
few [7] - 323:3, 340:24, 341:25, 344:15, 345:2, 348:10, 349:22
FFL [16] - 326:19, 326:22, 326:23, 327:1, 327:3, 327:18, 327:22, 329:9, 332:9, 336:1, 336:24, 341:2, 341:16, 341:20, 341:22
FFLs [1] - 347:2
fide [2] - 340:5, 340:6
field [2] - 320:20, 320:22
fill [17] - 285:15, 285:25, 286:21, 287:6, 292:20, 292:25, 293:3, 293:7, 293:8, 296:5, 313:8, 313:13, 327:5, 328:20, 332:17, 337:21, 339:20
filled [10] - 285:14, 292:24, 296:12, 327:25, 330:15, 332:9, 335:6, 337:25, 348:13, 351:19
fills [3] - 328:17, 328:18, 334:22
finally [1] - 351:25
fine [5] - 308:13, 324:10, 331:21, 331:24, 332:3
finish [1] - 302:11
finished [1] - 315:5
fire [1] - 344:21
firearm [62] - 327:20, 327:23, 328:1,

328:6, 330:13,
331:19, 331:22,
332:11, 333:5,
333:24, 334:1,
335:21, 336:8,
336:20, 337:5,
337:8, 337:18,
338:9, 338:11,
338:13, 338:19,
339:25, 340:1,
340:2, 340:5, 340:8,
340:9, 340:11,
340:12, 340:13,
340:15, 340:16,
340:19, 340:20,
340:25, 341:1,
341:3, 341:9,
341:12, 341:13,
341:14, 341:19,
342:4, 342:5, 342:7,
342:8, 342:13,
342:15, 342:17,
342:20, 342:21,
342:22, 342:25,
343:1, 343:5, 343:6,
343:12, 343:21,
344:18, 344:22,
344:24, 345:21
**Firearms** [2] - 319:19,
322:8
**firearms** [78] - 297:1,
320:7, 320:14,
320:25, 321:14,
321:18, 321:19,
322:1, 323:9,
323:13, 323:21,
323:22, 323:23,
324:23, 324:24,
324:25, 325:3,
325:7, 325:18,
326:3, 326:10,
326:12, 326:16,
326:18, 326:25,
327:5, 327:8,
327:11, 327:12,
327:13, 327:14,
327:17, 327:24,
328:23, 329:16,
330:8, 333:3, 333:7,
334:8, 334:9, 335:7,
338:8, 339:13,
339:15, 340:3,
341:2, 341:4,
341:11, 341:24,
342:1, 342:19,
343:11, 343:19,
344:1, 344:2, 344:4,
344:5, 344:8,
344:10, 344:13,
345:10, 345:17,
346:12, 346:22,

348:9, 348:13,
348:16, 348:17,
348:19, 349:24,
351:8, 351:16,
351:20, 351:22,
351:25, 352:15
**fired** [2] - 344:18,
344:22
**fires** [1] - 344:25
**Firm** [1] - 279:19
**first** [13] - 281:21,
282:14, 284:16,
286:2, 295:17,
297:24, 298:2,
306:3, 331:13,
332:4, 336:12,
343:1, 345:25
**first-line** [1] - 343:1
**five** [4] - 335:2,
335:20, 337:20,
337:22
**five-day** [2] - 335:20,
337:20
**Floor** [2] - 279:20,
279:22
**Florida** [13] - 283:2,
322:23, 322:25,
323:5, 335:2,
335:17, 335:19,
336:17, 337:10,
346:17, 347:6, 348:3
**focused** [1] - 321:17
**follow** [1] - 305:12,
339:20
**follow-up** [1] - 305:12
**following** [1] - 332:21
**food** [4] - 288:19,
295:24, 296:2,
312:25
**FOR** [3] - 279:1,
282:1, 319:12
**Force** [2] - 320:2,
346:17
**force** [2] - 331:3,
346:2
**foregoing** [1] - 354:4
**forever** [2] - 330:3,
330:4
**form** [19] - 324:18,
328:8, 328:11,
328:19, 328:20,
329:16, 329:22,
331:1, 331:3, 332:2,
333:3, 334:22,
337:1, 337:21,
338:1, 339:16,
339:24, 340:7, 352:1
**Form** [12] - 327:25,
328:2, 328:17,
328:24, 329:15,

330:14, 333:4,
333:18, 338:24,
348:2, 349:24, 352:1
**forms** [5] - 297:11,
297:12, 327:6,
348:12, 351:19
**foundation** [3] -
301:12, 349:4,
349:10
**four** [1] - 311:12
**Four** [10] - 284:18,
293:13, 311:7,
311:10, 312:10,
313:1, 313:8,
313:16, 314:2,
315:15
**framing** [1] - 308:17
**fraud** [1] - 323:1
**front** [5] - 283:13,
296:14, 318:21,
349:18, 351:10
**full** [2] - 285:5, 286:6
**fully** [1] - 309:14

## G

**gate** [1] - 290:20
**gathering** [1] - 346:18
**gauge** [1] - 332:12
**gears** [1] - 346:5
**general** [5] - 286:8,
298:16, 315:11,
328:2, 345:8
**generally** [3] - 321:16,
327:2, 328:23
**Georgia** [1] - 321:24
**GERMINE** [1] - 279:6
**Germine** [4] - 281:4,
281:14, 281:17,
281:19
**gift** [3] - 340:5, 340:16
**glad** [1] - 319:8
**Glynco** [1] - 321:24
**goods** [2] - 300:3,
300:10
**gotta** [1] - 349:2
**govern** [1] - 323:9
**governing** [2] -
323:21, 326:10
**Government** [12] -
279:13, 280:11,
280:12, 280:12,
280:13, 280:14,
283:12, 293:16,
331:9, 350:8, 352:9,
353:15
**government** [5] -
281:7, 281:22,
321:2, 323:18,

352:12
**GOVERNMENT** [2] -
282:1, 319:12
**government's** [1] -
292:8
**Government's** [8] -
293:5, 297:23,
298:7, 309:25,
330:6, 331:6,
347:15, 353:12
**graduated** [1] - 323:5
**graduates** [1] - 324:22
**great** [2] - 307:25,
308:14
**green** [1] - 336:15
**grouping** [2] - 298:8,
298:9
**groups** [1] - 321:12
**guess** [4] - 310:8,
316:16, 324:14,
345:21
**Gun** [2] - 320:13,
331:19
**gun** [5] - 323:16,
324:18, 333:9,
339:4, 341:12
**GunBroker.com** [1] -
341:7
**Guns** [5] - 350:20,
350:22, 351:12,
351:15, 351:23

## H

**Haiti** [44] - 282:12,
283:6, 284:9,
284:24, 285:2,
285:8, 286:1, 286:7,
286:10, 286:12,
286:14, 288:10,
291:7, 291:23,
291:24, 298:21,
298:23, 299:1,
299:2, 300:21,
301:1, 301:5,
301:18, 301:21,
301:22, 302:6,
302:15, 302:18,
311:21, 312:6,
312:10, 312:14,
312:16, 312:19,
313:2, 313:22,
314:8, 314:16,
325:24, 326:4,
346:8, 346:15
**Haitien** [1] - 282:13
**half** [8] - 283:11,
286:4, 291:14,
291:21, 299:4,

314:15, 322:23,
323:1
**hand** [3] - 289:9,
319:4, 344:23
**handed** [1] - 351:4
**hands** [2] - 286:15,
344:19
**handwriting** [1] -
293:19
**happy** [1] - 353:20
**hard** [1] - 293:19
**he/she** [2] - 339:25,
340:21
**headquarters** [1] -
320:8
**hear** [1] - 349:7
**heard** [2] - 288:7,
305:9
**hearsay** [7] - 299:23,
305:8, 306:16,
306:20, 306:21,
306:22, 306:25
**height** [1] - 289:4
**held** [1] - 344:19
**help** [2] - 318:9, 342:7
**helped** [1] - 302:10
**higher** [1] - 346:1
**him/her** [1] - 340:8
**him/herself** [1] -
339:25
**Hobbs** [1] - 321:12
**hold** [2] - 320:15,
321:9
**home** [1] - 284:20
**Honor** [35] - 281:2,
281:9, 281:13,
281:18, 281:22,
283:25, 289:16,
291:25, 292:16,
293:12, 294:8,
296:1, 297:4,
305:22, 306:7,
307:8, 308:19,
309:19, 317:20,
317:22, 318:21,
323:18, 324:2,
326:6, 326:13,
331:5, 347:10,
347:13, 347:18,
348:22, 350:11,
350:15, 352:3,
352:11, 353:20
**HONORABLE** [1] -
279:10
**hostage** [2] - 346:7,
346:15
**house** [7] - 287:2,
290:10, 290:17,
290:18, 290:24,
293:9, 303:19

husband [2] - 302:9,
302:10
husband's [2] -
294:18, 294:24

**I**

idea [1] - 289:23
identification [8] -
323:23, 323:25,
326:11, 328:25,
329:3, 334:5,
339:10, 346:24
identified [1] - 339:16
identifiers [1] - 342:7
identifies [1] - 317:5
identify [1] - 342:7
identifying [1] -
321:19
identity [1] - 332:15
illegal [2] - 320:13,
321:14
immediately [1] -
341:23
immigration [1] -
335:11
impeach [3] - 306:17,
307:17, 308:7
impeaching [2] -
307:12, 308:15
impeachment [3] -
308:2, 308:5, 308:12
import [2] - 327:13,
327:14
important [1] - 330:20
importation [1] -
320:6
imported [1] - 342:9
importer [3] - 332:10,
342:8, 342:12
imprisonment [2] -
331:21, 331:25
inches [2] - 344:20,
345:13
include [1] - 325:23
included [1] - 297:1
includes [1] - 339:3
including [1] - 338:8
increase [1] - 346:1
incur [2] - 327:17,
329:9
indeed [1] - 283:23
indefinitely [1] - 330:1
indictment [1] -
324:20
individual [20] - 287:9,
287:20, 289:13,
294:5, 326:24,
327:2, 327:11,

329:3, 335:1,
335:18, 337:4,
337:6, 337:7,
337:12, 337:20,
338:19, 338:21,
341:9, 342:23, 344:3
individuals [9] -
284:22, 304:24,
305:6, 305:18,
324:17, 325:4,
325:5, 327:16,
349:21
indulgence [3] -
314:18, 315:18,
352:11
information [35] -
297:13, 303:13,
306:11, 306:18,
310:7, 328:8,
328:10, 328:12,
328:14, 328:19,
328:24, 330:19,
331:17, 332:8,
332:9, 332:10,
332:14, 332:15,
335:5, 335:6, 335:7,
335:9, 335:12,
335:13, 336:1,
337:16, 338:5,
338:8, 338:25,
342:11, 343:8,
345:9, 346:18,
346:24
informed [1] - 314:5
initial [2] - 338:2,
338:3
initiate [1] - 342:5
injunction [1] - 324:19
inside [5] - 297:12,
315:24, 315:25,
316:8, 317:1
Insta [1] - 336:7
instance [5] - 287:1,
291:12, 291:18,
314:13, 328:1
instances [1] - 343:17
instant [2] - 336:13,
336:15
instruction [1] -
339:22
instructions [5] -
290:20, 332:1,
333:18, 338:24,
339:19
instructor [1] - 322:1
instrument [1] -
316:23
Insurance [1] - 322:25
insurance [1] - 323:1
intelligence [2] -

320:17, 320:21
intended [1] - 301:4
interchangeable [1] -
345:5
international [4] -
321:13, 325:7,
325:18, 326:3
internationally [1] -
327:15
interpret [1] - 282:20
INTERPRETER [3] -
292:16, 305:1,
313:12
interpreter [7] -
282:16, 282:20,
292:14, 292:17,
305:1, 313:12,
313:17
interpreters [2] -
281:5, 313:10
interrupt [1] - 307:13
interruption [1] -
307:15
introduce [1] - 282:4
investigate [3] -
320:12, 324:21,
325:17
investigates [1] -
322:14
investigating [6] -
321:12, 322:25,
324:17, 324:21,
324:22, 344:10
investigation [10] -
321:1, 324:14,
344:8, 346:7,
346:10, 346:11,
346:15, 347:1,
347:8, 348:6
investigations [13] -
321:17, 323:16,
323:22, 324:15,
325:2, 325:5, 325:8,
326:2, 326:11,
342:1, 342:3,
343:15, 352:23
investigative [2] -
321:25, 343:4
investigator [6] -
320:1, 320:12,
321:11, 321:24,
324:14, 346:14
invoice [9] - 293:22,
295:7, 309:24,
310:3, 314:21,
317:5, 317:9
invoices [1] - 287:6
involved [2] - 321:19,
326:2
involvement [1] -

343:15
involving [4] - 321:17,
322:13, 323:22,
326:3
issuance [1] - 323:13
issue [1] - 335:22
issued [2] - 335:18,
336:22
items [32] - 283:6,
284:9, 288:12,
288:18, 290:24,
291:2, 291:5, 291:9,
295:11, 295:12,
295:21, 296:18,
298:21, 300:20,
300:23, 300:25,
301:2, 301:7,
301:17, 301:20,
301:23, 302:4,
302:22, 302:24,
304:6, 304:13,
304:16, 312:25,
313:22, 313:24,
340:7
iterations [1] - 330:18

**J**

Jaime [3] - 319:11,
319:17, 323:19
JAIME [3] - 280:6,
319:12, 319:17
January [1] - 279:6
JDB [1] - 279:4
Jewelry [1] - 348:3
job [5] - 283:5, 284:19,
286:21, 286:24,
322:24
JOHN [1] - 279:10
Joint [2] - 320:2,
346:16
Joly [1] - 281:4
JOLY [1] - 279:6
Jones [4] - 340:10,
340:12, 340:13,
340:15
Judge [1] - 318:20
JUDGE [1] - 279:10
July [5] - 291:15,
291:20, 292:5,
298:15, 314:14
June [5] - 291:20,
292:5, 298:15,
314:12, 314:14
jury [2] - 306:4, 319:8
Justice [1] - 279:16

**K**

Karen [1] - 281:9
KAREN [1] - 279:13
keep [5] - 292:15,
329:22, 329:23,
330:3, 344:15
kept [3] - 310:4,
310:18, 310:25
KIMBERLY [1] -
279:13
kind [3] - 335:8, 336:3,
343:11
kinds [1] - 312:21
knocked [1] - 304:8
knows [2] - 297:13,
340:21

**L**

language [2] - 282:14,
333:14
large [7] - 313:7,
315:1, 315:7, 315:8,
315:12, 315:16,
322:14
large-scale [1] -
322:14
larger [2] - 345:22,
345:24
last [14] - 282:9,
288:7, 288:9,
288:10, 294:25,
300:17, 323:24,
330:20, 330:23,
330:25, 342:14,
342:16, 343:12
last-line [1] - 343:12
law [27] - 302:21,
302:25, 303:3,
303:11, 303:15,
303:20, 303:23,
304:3, 304:23,
305:5, 305:17,
309:2, 320:24,
321:2, 322:1, 325:1,
331:18, 333:21,
333:22, 334:6,
334:7, 334:10,
339:13, 340:9, 342:4
Law [3] - 279:19,
321:23, 337:11
law's [1] - 303:19
lawyer [1] - 318:19
lead [2] - 308:12,
344:25
leading [7] - 291:25,
292:2, 297:4, 301:9,
304:17, 306:23,

308:6
**least** [2] - 291:21, 312:5
**leave** [2] - 290:18, 340:23
**leaving** [1] - 319:4
**left** [2] - 322:24, 338:14
**legal** [3] - 327:4, 327:16, 328:14
**legitimate** [1] - 342:17
**legitimately** [2] - 340:4, 341:4
**length** [3] - 313:18, 345:16, 345:20
**less** [1] - 286:13
**letter** [2] - 295:15, 336:24
**letters** [1] - 329:12
**level** [3] - 289:9, 289:13, 328:2
**liaison** [5] - 320:23, 321:1, 321:3, 325:10, 325:20
**license** [10] - 326:16, 326:17, 326:22, 326:23, 327:11, 327:14, 327:17, 329:18, 334:9, 350:3
**licensed** [2] - 339:2, 339:5
**licensee** [15] - 326:25, 327:20, 328:20, 329:16, 333:6, 335:7, 338:7, 338:8, 340:14, 341:2, 344:5, 344:6, 349:24, 350:2
**licensees** [7] - 328:23, 336:9, 343:13, 346:20, 348:9, 348:17, 351:17
**licenses** [1] - 323:13
**licensure** [2] - 329:13, 338:7
**lie** [1] - 324:18
**life** [1] - 319:5
**light** [1] - 336:15
**likeness** [1] - 329:2
**limits** [2] - 318:21, 318:25
**Limonade** [1] - 282:12
**line** [6] - 293:22, 295:17, 298:3, 343:1, 343:12, 344:21
**lines** [3] - 295:21, 327:13, 327:15
**listed** [4] - 294:17, 295:12, 333:3,

339:15
**lists** [1] - 335:7
**lived** [1] - 283:1
**livelihood** [1] - 334:9
**living** [1] - 283:3
**load** [7] - 286:2, 286:11, 288:17, 292:19, 302:5, 314:13, 346:1
**loaded** [2] - 286:11, 302:19
**loads** [2] - 284:20, 303:9
**local** [5] - 320:24, 321:2, 333:21, 334:7, 339:13
**locate** [2] - 296:8, 343:4
**located** [2] - 282:12, 339:5, 347:6
**location** [2] - 304:3, 332:18
**look** [11] - 283:13, 284:8, 295:1, 295:8, 310:9, 315:22, 316:6, 333:13, 339:19, 353:8, 353:9
**looked** [5] - 297:16, 297:20, 298:7, 315:24, 316:8
**looking** [3] - 283:22, 283:24, 331:1
**looks** [1] - 353:6
**lost** [1] - 305:2
**Lucky** [13] - 347:3, 347:5, 347:7, 347:14, 348:3, 348:5, 348:8, 349:19, 351:15, 352:15, 352:19, 353:3, 353:5
**lunch** [3] - 353:18, 353:19, 353:23
**Lunch** [1] - 353:25

## M

**M-O-R-A-L-E-S** [1] - 319:17
**ma'am** [1] - 309:23
**magnetometer** [1] - 316:22
**maintain** [3] - 329:17, 329:25, 341:20
**maintained** [3] - 327:19, 328:15, 348:3
**maintaining** [3] - 329:11, 343:10,

349:24
**maintains** [1] - 327:18
**man** [1] - 304:11
**management** [1] - 349:19
**manager** [5] - 317:5, 317:6, 317:11, 317:14, 317:16
**mandates** [1] - 343:18
**manner** [1] - 308:1
**manufacture** [2] - 320:6, 327:14
**manufacturer** [3] - 332:10, 342:12, 346:3
**March** [1] - 282:25
**marked** [2] - 292:10, 309:25
**market** [3] - 321:15, 324:23, 342:17
**matches** [1] - 329:3
**matter** [5] - 293:7, 296:9, 303:9, 316:1, 354:5
**MD** [1] - 279:20
**mean** [8] - 291:16, 296:19, 297:12, 306:14, 307:17, 334:20, 345:11
**meaning** [2] - 286:10, 296:13
**means** [2] - 295:10, 343:4
**meant** [1] - 306:1
**medic** [3] - 322:4, 322:7, 322:11
**medical** [3] - 322:11, 322:15, 322:18
**medium** [6] - 295:15, 295:16, 295:19, 314:23, 314:24
**meet** [5] - 292:19, 303:23, 304:1, 327:4, 341:8
**mention** [1] - 297:3
**mentioned** [11] - 284:8, 286:18, 287:25, 328:16, 329:14, 341:25, 343:7, 345:10, 346:19, 352:14, 352:15
**message** [3] - 290:22, 341:6, 341:8
**met** [2] - 308:23, 339:6
**method** [3] - 285:1, 308:5, 346:25
**metric** [2] - 345:14, 345:18
**Miami** [4] - 320:20,

349:24
320:22, 347:6, 348:3
**microphone** [2] - 292:15, 349:2
**mid** [1] - 298:25
**mid-May** [1] - 298:25
**middle** [1] - 304:20
**might** [5] - 290:2, 294:8, 305:11, 309:14, 349:9
**military** [5] - 321:6, 321:7, 325:11, 325:14, 325:15
**millimeter** [1] - 345:13
**million** [1] - 331:24
**mind** [1] - 293:20
**minute** [1] - 288:11
**Miramar** [1] - 346:17
**misrepresented** [1] - 334:4
**missed** [1] - 313:12
**missionaries** [1] - 346:8
**mistaken** [1] - 309:11
**model** [2] - 332:11, 342:8
**moment** [2] - 307:8, 351:14
**moments** [3] - 340:24, 348:10, 349:22
**money** [7] - 287:2, 287:5, 312:2, 312:6, 340:7, 340:12, 340:16
**monsieur** [1] - 310:1
**month** [11] - 291:13, 291:14, 291:21, 313:4, 313:5, 313:6, 314:15, 330:24
**months** [1] - 299:4
**Morales** [30] - 319:11, 319:17, 319:18, 320:5, 320:15, 321:21, 322:20, 323:3, 323:7, 323:15, 323:19, 326:8, 326:16, 327:22, 330:7, 331:15, 332:22, 333:8, 333:14, 334:11, 337:16, 338:17, 339:17, 340:23, 344:7, 346:5, 347:24, 349:17, 350:19, 352:14
**MORALES** [2] - 280:6, 319:12
**morning** [16] - 281:2, 281:9, 281:12, 281:13, 281:16,

281:18, 281:20, 297:20, 302:8, 302:9, 309:22, 309:23, 315:3, 318:13, 324:5, 324:12
**most** [5] - 288:22, 288:25, 292:4, 324:16, 331:3
**move** [7] - 293:12, 299:21, 307:16, 331:5, 348:22, 352:3, 353:11
**moving** [1] - 316:15
**MR** [48] - 281:13, 285:17, 289:16, 289:21, 291:25, 293:14, 295:25, 297:4, 300:4, 301:9, 301:12, 304:17, 305:8, 319:11, 319:14, 323:18, 323:25, 324:2, 324:4, 326:6, 326:13, 326:15, 331:5, 331:7, 331:11, 347:10, 347:13, 347:18, 347:20, 347:23, 348:22, 349:1, 349:3, 349:7, 349:11, 349:14, 349:16, 350:11, 350:15, 350:18, 352:3, 352:6, 352:11, 352:13, 353:11, 353:13, 353:20, 353:22
**MS** [74] - 281:9, 281:18, 281:22, 282:3, 283:25, 284:6, 284:7, 285:19, 285:23, 287:16, 287:19, 289:8, 289:10, 289:14, 290:1, 292:1, 292:6, 292:22, 293:12, 293:18, 294:8, 294:14, 296:4, 297:9, 299:20, 300:1, 300:7, 301:15, 301:16, 304:21, 304:22, 305:3, 305:4, 305:14, 305:22, 305:25, 306:3, 306:7, 306:15, 306:22, 307:2, 307:8, 307:11,

307:13, 307:19,
307:24, 307:25,
308:1, 308:7,
308:10, 308:11,
308:13, 308:14,
308:15, 308:19,
308:21, 309:16,
309:19, 309:21,
313:14, 313:19,
314:18, 314:20,
315:5, 315:6,
315:18, 315:20,
317:20, 317:22,
317:24, 318:6,
318:20, 318:24,
319:2
**Murray** [1] - 281:4
**must** [22] - 327:4,
327:19, 327:20,
327:25, 328:12,
328:13, 328:15,
328:25, 329:5,
335:1, 337:17,
337:20, 337:24,
338:12, 338:19,
338:21, 340:14,
343:19, 344:4,
344:5, 350:4

## N

**name** [23] - 282:6,
282:7, 282:9,
284:15, 284:17,
287:9, 294:1, 294:2,
294:18, 294:23,
294:25, 311:7,
311:10, 317:15,
319:15, 328:14,
334:14, 337:6,
337:13, 338:10,
345:19
**namely** [1] - 342:7
**names** [5] - 284:16,
347:7, 347:8,
350:22, 350:24
**narcotics** [2] - 325:2,
325:3
**National** [3] - 329:20,
336:7, 343:20
**national** [1] - 322:13
**nature** [2] - 296:20,
335:25
**near** [3] - 290:17,
348:13, 351:20
**necessarily** [1] -
341:23
**necessary** [2] - 285:9,
307:16, 349:9
**need** [6] - 306:17,

315:3, 335:19,
336:18, 341:22,
353:17
**needed** [9] - 302:22,
304:16, 304:24,
305:6, 305:18,
306:9, 306:10,
309:3, 309:10
**never** [8] - 296:21,
297:2, 297:6,
310:20, 315:24,
316:8, 316:25, 343:2
**new** [1] - 296:2
**next** [12] - 295:21,
298:7, 299:7,
318:16, 319:1,
319:10, 325:9,
327:10, 333:13,
337:15, 337:21,
350:12
**nice** [1] - 325:9
**NICS** [14] - 335:12,
335:13, 335:22,
336:1, 336:2, 336:6,
336:7, 336:18,
336:21, 337:2,
337:9, 337:10,
337:21, 339:7
**nonapproval** [1] -
337:5
**nonlicensee** [1] -
328:1
**Nos** [2] - 280:12,
280:13, 350:8, 352:9
**noted** [1] - 319:8
**nothing** [1] - 300:12
**notice** [1] - 342:24
**notices** [4] - 332:1,
333:18, 338:24,
343:17
**November** [3] -
291:15, 291:19,
293:25
**NTC** [1] - 329:25
**number** [29] - 283:8,
283:10, 283:14,
283:17, 283:18,
283:19, 283:21,
283:23, 284:2,
293:23, 295:2,
295:5, 295:7,
295:10, 298:1,
298:2, 298:3, 298:5,
327:6, 332:11,
336:22, 336:23,
336:25, 337:3,
338:8, 342:8, 342:10
**numbers** [2] - 295:9,
347:17
**NW** [3] - 279:14,

279:17, 279:25

## O

**object** [4] - 306:16,
307:12, 307:21,
308:1
**objecting** [1] - 349:3
**objection** [22] -
285:17, 285:21,
291:25, 293:14,
293:15, 295:25,
296:1, 297:4, 300:4,
301:9, 304:17,
305:8, 305:11,
306:25, 307:6,
331:7, 331:8, 350:5,
352:6, 352:7,
353:13, 353:14
**objection's** [1] -
301:11
**obligated** [1] - 307:17
**obligation** [1] - 306:11
**obtain** [2] - 344:3,
344:6
**obtained** [4] - 296:6,
349:8, 352:14,
352:16
**obtaining** [2] - 346:11,
349:17
**obtains** [1] - 342:12
**occasions** [2] - 309:1,
352:22
**occurred** [1] - 337:19
**occurs** [1] - 337:18
**October** [5] - 291:18,
299:6, 299:7, 299:11
**OF** [3] - 279:1, 279:3,
279:9
**offered** [1] - 340:6
**office** [3] - 287:4,
293:6
**Office** [1] - 279:14
**officer** [4] - 306:10,
320:17, 320:22,
322:22
**Official** [1] - 354:3
**often** [7] - 298:19,
326:24, 334:25,
341:11, 345:6,
345:18
**oftentimes** [1] -
345:17
**once** [13] - 285:5,
285:8, 285:13,
286:6, 286:9,
286:11, 286:14,
293:8, 313:4, 313:6,
336:1, 342:17,

342:19
**one** [40] - 284:22,
289:20, 289:24,
292:10, 292:20,
299:4, 300:24,
301:4, 301:8,
301:13, 303:18,
305:9, 306:8,
308:22, 309:1,
309:9, 309:12,
310:14, 310:16,
310:23, 310:25,
312:17, 316:15,
316:18, 316:20,
317:17, 317:22,
318:18, 323:24,
324:22, 330:16,
341:7, 344:20,
344:23, 349:5
**one-page** [1] - 292:10
**ones** [1] - 296:18
**open** [1] - 290:20
**opened** [2] - 304:10,
304:11
**operates** [1] - 345:21
**operating** [1] - 342:23
**operations** [6] - 321:7,
322:12, 322:13,
322:16, 322:17,
325:15
**opinion** [1] - 291:17
**opportunity** [1] -
307:15
**opposed** [2] - 308:5,
345:13
**oral** [1] - 334:3
**order** [2] - 285:10,
344:3
**ordered** [1] - 295:2
**ordinarily** [1] - 346:20
**ORENBERG** [24] -
279:18, 281:13,
285:17, 289:16,
289:21, 291:25,
293:14, 295:25,
297:4, 300:4, 301:9,
301:12, 304:17,
305:8, 324:2, 324:4,
326:6, 331:7, 349:1,
349:3, 349:7,
349:11, 352:6,
353:13
**Orenberg** [3] - 279:19,
281:14, 281:16
**organizations** [1] -
325:6
**original** [1] - 337:19
**originally** [1] - 337:25
**other..** [1] - 294:7
**otherwise** [1] - 339:15

342:19
**outside** [1] - 302:10
**over-the-counter** [1] -
327:24
**overruled** [7] - 285:22,
292:3, 297:5, 300:5,
301:11, 307:1, 350:5
**overseas** [1] - 322:16
**oversee** [1] - 341:10
**oversees** [1] - 321:7
**own** [3] - 306:17,
314:4, 340:16
**owner** [5] - 286:23,
297:13, 317:2,
317:7, 317:16

## P

**p.m** [1] - 353:25
**page** [11] - 292:10,
297:23, 298:7,
299:5, 332:5,
332:21, 333:13,
337:15, 339:21
**pages** [2] - 333:3,
354:4
**Pages** [1] - 279:7
**painted** [1] - 353:7
**paperwork** [6] -
286:21, 329:17,
339:18, 340:23,
341:20, 343:24
**Park** [1] - 279:19
**part** [6] - 283:5,
313:12, 321:22,
326:23, 346:15,
349:23
**part-time** [1] - 283:5
**parte** [1] - 305:24
**participate** [1] - 346:6
**particular** [8] - 292:23,
293:5, 315:10,
327:22, 332:18,
343:25, 344:3,
345:10
**party** [1] - 340:5
**PASCHALL** [1] -
279:13
**Paschall** [1] - 281:11
**pass** [1] - 309:16
**pause** [2] - 303:2,
335:14
**pawn** [1] - 340:2
**Pawn** [19] - 347:3,
347:5, 347:7,
347:14, 348:3,
348:5, 348:8,
349:19, 350:20,
350:22, 351:9,
351:12, 351:15,

351:23, 352:15,
352:19, 353:4, 353:6
**pawnshop** [7] -
341:14, 341:15,
341:19, 342:19,
343:2, 343:3
**pay** [3] - 287:3, 287:4,
327:6
**payment** [2] - 287:1,
346:25
**payments** [1] - 286:24
**PC** [1] - 279:19
**Pennsylvania** [1] -
279:17
**people** [10] - 312:6,
312:13, 312:21,
312:23, 313:21,
313:25, 315:12,
315:14, 322:19,
324:25
**per** [2] - 288:6, 295:15
**percent** [1] - 318:23
**performed** [1] -
336:19
**perhaps** [6] - 294:18,
294:24, 309:11,
336:6, 341:6, 343:16
**period** [12] - 283:8,
285:18, 285:20,
286:4, 291:10,
291:16, 298:15,
331:1, 335:1,
335:20, 336:14,
337:21
**permit** [4] - 335:10,
335:16, 335:19,
336:18
**person** [34] - 295:10,
303:6, 304:7, 304:8,
304:9, 304:11,
305:9, 314:13,
316:6, 316:9,
326:17, 326:22,
329:5, 331:21,
333:5, 333:22,
333:24, 334:1,
335:15, 336:17,
337:13, 339:16,
339:24, 340:3,
340:6, 340:8,
340:20, 340:25,
341:1, 341:2, 341:5,
343:25
**personally** [1] -
292:24
**persons** [1] - 321:15
**pertaining** [1] - 349:21
**pertains** [1] - 332:15
**phone** [16] - 283:8,
283:10, 283:14,

283:17, 283:18,
283:19, 283:21,
283:23, 284:2,
290:23, 297:17,
298:1, 298:3,
298:20, 310:7,
310:16
**photograph** [1] -
353:3
**phrases** [1] - 345:4
**pick** [12] - 284:20,
286:2, 290:9,
290:11, 290:24,
300:20, 300:23,
302:5, 302:7, 315:4,
316:12, 316:19
**picked** [5] - 291:2,
301:2, 314:7,
316:18, 316:21
**picking** [1] - 287:7
**picture** [4] - 290:4,
352:25, 353:2, 353:5
**pieces** [1] - 342:11
**pistol** [2] - 344:16,
344:22
**place** [4] - 284:22,
335:3, 335:9, 335:18
**placed** [1] - 297:6
**places** [4] - 283:23,
286:14, 336:2, 338:7
**Plaintiff** [1] - 279:4
**plane** [2] - 286:19
**pleasure** [1] - 318:9
**podium** [1] - 281:8
**point** [7] - 285:5,
296:24, 329:5,
329:7, 337:23,
341:13, 349:4
**police** [1] - 322:22
**Pompano** [2] - 303:22,
303:24
**pompano** [1] - 283:2
**porch** [1] - 290:18
**portion** [1] - 284:1
**position** [5] - 320:11,
320:15, 320:16,
321:9, 321:10
**possesses** [1] -
336:17
**possessing** [6] -
321:16, 327:5,
333:24, 334:1,
337:4, 340:9
**possession** [8] -
285:9, 335:20,
336:19, 337:8,
338:14, 342:13,
343:13
**possible** [3] - 300:2,
300:9, 311:2

**potential** [1] - 336:9
**Potomac** [2] - 279:19,
279:20
**power** [1] - 346:1
**practice** [8] - 293:2,
313:21, 316:3,
316:4, 316:5,
348:20, 352:1
**pre** [1] - 353:9
**pre-renovation** [1] -
353:9
**preliminarily** [1] -
281:21
**preliminary** [1] -
301:13
**premises** [2] - 339:2,
339:5
**premises'** [1] - 339:3
**prepare** [1] - 308:23
**prepared** [1] - 310:16
**present** [5] - 281:14,
290:13, 290:14,
290:15, 310:15
**previous** [1] - 337:19
**previously** [2] - 306:7,
323:15
**primarily** [3] - 284:22,
286:19, 290:21
**primary** [3] - 324:23,
341:13, 342:2
**privacy** [1] - 284:1
**private** [1] - 341:5
**problematic** [1] -
343:16
**proceed** [5] - 299:25,
308:18, 326:12,
336:4, 336:25
**proceeded** [1] -
302:11
**proceedings** [1] -
354:5
**process** [5] - 286:24,
296:11, 323:12,
327:2, 343:14
**produce** [2] - 328:13,
346:4
**produced** [2] - 342:9,
348:2
**products** [1] - 290:16
**proffer** [1] - 323:19
**profit** [1] - 334:9
**prohibited** [11] -
321:15, 327:5,
331:18, 333:23,
333:25, 337:4,
337:7, 337:13,
340:9, 340:21,
343:10
**prohibited)** [1] -
340:11

**projectile** [2] - 345:7,
345:12
**proper** [2] - 329:12,
331:22
**property** [3] - 311:4,
327:18, 350:1
**prosecution** [2] -
310:9, 311:4
**protect** [1] - 325:3
**provide** [15] - 293:6,
293:10, 296:15,
314:2, 314:3,
314:11, 322:11,
326:9, 327:7,
331:17, 342:6,
346:23, 346:25,
349:25, 350:25
**provided** [16] -
302:25, 303:13,
310:5, 310:6,
310:20, 320:24,
328:12, 329:1,
334:16, 340:17,
347:9, 347:13,
348:5, 350:12,
350:24, 351:11
**provides** [1] - 334:2
**providing** [2] - 316:7,
322:17, 329:11
**public** [1] - 284:2
**pull** [1] - 330:5
**punishable** [3] -
331:20, 333:20,
334:6
**purchase** [11] - 329:6,
329:7, 333:9,
333:12, 334:8,
334:24, 335:8,
340:10, 340:25,
341:1, 341:9
**purchased** [8] - 335:8,
342:15, 342:25,
343:5, 343:6, 344:1,
344:3
**purchaser** [7] -
328:12, 328:18,
329:1, 334:14,
334:22, 336:10,
336:12, 342:14,
342:16, 343:1,
343:13
**purchaser's** [1] -
335:9
**purchases** [4] -
341:10, 348:14,
351:9, 351:20
**purchasing** [3] -
339:25, 340:4,
341:12
**purpose** [5] - 312:2,

328:2, 328:5, 334:8,
335:23
**purposes** [2] - 339:24,
341:24
**pursuant** [3] - 346:12,
347:8, 351:8
**purview** [1] - 324:15
**put** [8] - 286:3, 286:9,
289:9, 294:19,
296:2, 302:10,
317:10, 322:18

---

**Q**

**qualified** [1] - 326:9
**qualifying** [1] - 339:4
**quantity** [2] - 295:2,
295:3
**questions** [17] -
308:23, 309:14,
309:17, 317:20,
318:6, 323:3, 326:6,
333:23, 335:23,
335:24, 335:25,
338:20, 338:21,
342:1, 344:15,
349:12, 351:14

---

**R**

**raffle** [1] - 340:3
**rather** [1] - 299:15
**re** [1] - 339:11
**re-verification** [1] -
339:11
**reach** [1] - 289:6
**read** [12] - 284:2,
294:9, 295:12,
295:18, 331:15,
332:1, 332:25,
333:14, 333:17,
334:18, 338:17,
338:23
**reading** [1] - 295:7
**reads** [1] - 333:2
**ready** [2] - 316:14,
318:16
**reason** [3] - 301:7,
301:10, 307:23
**reasonable** [1] -
340:21
**reasons** [1] - 337:2
**receipt** [25] - 292:18,
292:19, 292:23,
293:1, 293:5, 293:8,
293:10, 293:21,
293:24, 295:1,
295:13, 296:5,
296:9, 296:10,

296:13, 296:14, 296:18, 310:5, 310:16, 310:18, 310:20, 310:22, 311:7, 317:11, 317:15
**receipts** [7] - 293:3, 296:8, 296:12, 310:9, 310:12, 311:5, 346:24
**receive** [6] - 327:3, 327:17, 336:14, 337:5, 337:7, 337:22
**RECEIVED** [1] - 280:10
**received** [6] - 293:17, 331:10, 336:3, 350:10, 352:10, 353:16
**receiving** [6] - 327:10, 331:19, 333:23, 333:25, 340:9, 352:16
**recent** [1] - 331:4
**recently** [1] - 353:7
**recertifying** [1] - 338:3
**recess** [2] - 353:25
**Recess** [1] - 318:15
**recognize** [10] - 287:20, 292:11, 292:12, 330:7, 330:10, 347:24, 348:1, 351:4, 351:7, 352:25
**recollect** [1] - 298:12
**recollection** [4] - 287:13, 288:4, 300:6, 302:3
**record** [26] - 281:3, 281:6, 281:8, 284:5, 289:8, 293:13, 306:11, 306:19, 307:22, 308:6, 319:3, 319:16, 321:4, 327:24, 328:15, 328:17, 330:8, 330:13, 332:4, 333:1, 334:18, 338:9, 338:17, 339:1, 352:1, 354:5
**recorded** [5] - 335:12, 336:1, 337:1, 338:25, 339:11
**recordkeeping** [2] - 348:8, 351:16
**records** [25] - 297:17, 297:20, 298:6, 327:18, 329:12, 329:18, 329:19,

341:23, 342:15, 343:11, 343:20, 344:4, 344:6, 346:12, 346:22, 348:19, 349:8, 349:18, 349:20, 349:24, 350:1, 350:2, 351:8, 352:5, 352:15
**recovered** [1] - 342:4
**redact** [1] - 284:5
**redeeming** [1] - 340:1
**redirect** [2] - 317:21, 318:18
**Redirect** [1] - 280:5
**REDIRECT** [1] - 317:23
**refer** [5] - 326:22, 326:24, 345:2, 345:6, 345:7
**referred** [2] - 303:10, 326:19
**referring** [5] - 288:14, 294:4, 303:4, 317:7, 318:4
**refers** [1] - 326:23
**regard** [1] - 341:9
**Regine** [1] - 281:4
**regular** [3] - 293:2, 348:19, 352:1
**regularly** [2] - 348:17, 351:23
**regulate** [2] - 320:6, 328:4
**regulation** [2] - 327:19, 341:10
**regulations** [5] - 323:8, 323:16, 323:20, 326:10, 343:23
**related** [2] - 287:6, 352:22
**relevant** [1] - 285:20
**remainder** [1] - 328:20
**remains** [1] - 338:3
**remember** [8] - 288:3, 291:20, 299:12, 300:18, 302:8, 309:8, 310:10
**remotely** [1] - 329:4
**renovated** [1] - 353:7
**renovation** [1] - 353:9
**rented** [2] - 285:4, 285:13
**repeat** [4] - 298:24, 301:19, 305:2, 305:15
**repetitive** [1] - 334:8
**rephrase** [3] - 283:21, 304:2, 304:21

**report** [1] - 342:15
**reporter** [1] - 322:5
**Reporter** [2] - 279:24, 354:3
**reports** [1] - 343:3
**represented** [1] - 345:12
**request** [2] - 346:21, 351:1
**required** [23] - 327:23, 328:8, 328:10, 329:16, 329:17, 329:19, 329:22, 329:23, 330:2, 332:8, 332:9, 332:14, 332:17, 332:22, 334:2, 335:5, 337:16, 338:5, 341:20, 342:22, 342:24, 348:13, 349:25
**requirements** [8] - 327:4, 329:10, 339:6, 348:9, 348:12, 349:23, 351:16, 351:19
**resale** [1] - 334:8
**residential** [1] - 297:2
**resold** [1] - 341:14
**respect** [3] - 286:21, 288:8, 334:5
**response** [3] - 282:21, 322:13, 336:21
**Response** [1] - 322:8
**responses** [2] - 336:3, 339:9
**responsibilities** [6] - 320:11, 320:21, 321:5, 322:9, 322:10, 327:16
**responsibility** [1] - 297:10
**responsive** [1] - 350:25
**rest** [1] - 310:12
**resume** [2] - 318:14, 353:24
**retrieve** [3] - 285:10, 286:17, 287:5
**retrieving** [1] - 340:2
**return** [4] - 302:12, 302:24, 304:24, 337:22
**returned** [3] - 305:7, 305:19, 306:10
**returning** [1] - 307:23
**review** [3] - 328:25, 351:3
**reviewed** [3] - 298:6, 349:8, 349:9

**revised** [1] - 330:20
**revision** [1] - 331:4
**revocation** [1] - 329:13
**rifle** [2] - 344:16, 344:18
**risk** [2] - 336:5, 339:18
**robberies** [2] - 321:13, 325:4
**role** [5] - 319:25, 320:3, 322:10, 346:10, 346:11
**roles** [2] - 321:19, 322:3
**Room** [1] - 279:24
**round** [5] - 345:4, 345:6, 345:19, 346:2
**rounds** [1] - 345:1
**RPR** [1] - 279:24
**run** [1] - 337:22
**runs** [1] - 336:1

## S

**sake** [4] - 326:21, 329:15, 332:4, 334:17
**sale** [7] - 320:6, 326:18, 328:4, 335:21, 336:25, 341:5, 341:13
**sales** [6] - 323:9, 323:21, 324:25, 327:23, 327:25, 343:11
**sanctions** [1] - 329:11
**sandals** [2] - 296:3, 296:19
**saved** [1] - 319:5
**scale** [1] - 322:14
**scanned** [2] - 346:22, 349:20
**science** [1] - 323:6
**screen** [8] - 283:13, 283:15, 289:17, 289:22, 289:25, 298:2, 298:10, 300:8
**scroll** [1] - 298:8
**scrolling** [2] - 289:19, 289:24
**seal** [1] - 284:4
**sealed** [1] - 284:2
**search** [3] - 343:24, 347:7, 350:23
**seasons** [1] - 311:12
**Seasons** [10] - 284:18, 293:13, 311:8, 311:10, 312:10, 313:1, 313:8,

313:16, 314:3, 315:15
**seat** [1] - 306:3
**second** [1] - 335:14
**secondary** [2] - 321:15, 342:19
**section** [10] - 328:18, 331:13, 331:15, 332:8, 332:14, 335:5, 335:11, 337:16, 338:6, 338:7
**Section** [14] - 332:7, 332:13, 332:17, 332:21, 333:16, 335:4, 337:15, 337:17, 338:5, 338:21, 339:9, 339:12, 339:16
**sections** [1] - 339:20
**Sections** [1] - 338:25
**see** [14] - 283:14, 283:16, 298:10, 298:11, 299:6, 299:9, 310:1, 315:24, 316:7, 316:8, 317:15, 332:4, 353:24
**seeing** [1] - 296:14
**segue** [1] - 325:9
**SEIFERT** [55] - 279:13, 281:9, 281:22, 282:3, 283:25, 284:6, 284:7, 285:19, 285:23, 287:16, 287:19, 289:8, 289:10, 289:14, 290:1, 292:1, 292:6, 292:22, 293:12, 293:18, 294:8, 294:14, 296:4, 297:9, 299:20, 300:1, 300:7, 301:15, 301:16, 304:21, 304:22, 305:3, 305:4, 305:14, 305:22, 305:25, 306:3, 306:7, 306:15, 306:22, 307:2, 307:13, 307:25, 308:7, 308:11, 308:14, 308:19, 308:21, 309:16, 317:22, 317:24, 318:6, 318:20, 318:24, 319:2
**Seifert** [5] - 281:9, 307:6, 307:21, 308:18, 318:17

self/herself [1] - 340:1
**sell** [5] - 327:13, 327:14, 339:14, 342:21, 343:21
**seller** [1] - 328:21
**seller's** [1] - 338:10
**selling** [4] - 341:19, 343:19, 348:16, 351:22
**send** [16] - 284:23, 290:7, 291:9, 291:11, 291:14, 298:15, 298:19, 311:21, 312:10, 312:14, 312:19, 312:23, 313:1, 313:22, 313:24, 313:25
**sending** [7] - 284:22, 285:7, 288:13, 312:6, 312:9, 315:15
**sends** [2] - 291:13, 291:18
**senior** [4] - 320:1, 324:6, 324:7, 324:8
**Senior** [1] - 323:19
**sent** [11] - 285:6, 286:11, 291:7, 291:10, 291:19, 294:3, 298:25, 299:13, 312:23, 314:22, 319:6
**seq** [1] - 331:20
**serial** [3] - 332:11, 342:8, 342:10
**series** [1] - 347:14
**serve** [1] - 343:17
**service** [2] - 285:3, 340:17
**services** [1] - 340:7
**Services** [1] - 284:17
**set** [3] - 308:22, 312:9, 350:12
**setting** [1] - 324:25
**seven** [2] - 287:15, 288:1
**several** [4] - 287:1, 322:16, 334:25, 352:22
**ship** [11] - 285:14, 286:13, 286:20, 287:13, 293:23, 295:11, 297:8, 311:22, 312:21, 313:16
**shipment** [9] - 288:8, 296:6, 298:12, 298:22, 298:25, 299:1, 300:9, 300:14, 300:21

**shipments** [13] - 284:22, 285:1, 286:22, 286:25, 287:7, 288:2, 288:21, 290:9, 290:16, 296:25, 298:17, 299:10, 299:16
**shipped** [16] - 284:24, 285:1, 285:16, 286:1, 288:5, 291:5, 295:6, 296:17, 296:18, 298:22, 301:8, 301:17, 301:21, 301:22, 313:8, 316:7
**shipper** [3] - 294:1, 294:15
**shipping** [13] - 283:6, 284:9, 286:18, 288:1, 288:12, 290:6, 296:11, 298:21, 299:18, 300:3, 300:12, 311:11, 312:15
**Shipping** [3] - 293:13, 313:1, 315:15
**shoes** [4] - 288:19, 296:3
**shook** [1] - 319:4
**shot** [2] - 344:25, 345:1
**shotgun** [2] - 344:17, 344:24
**shoulder** [2] - 344:19, 344:21
**show** [3] - 294:9, 339:4, 352:24
**showing** [2] - 292:10, 309:25
**shown** [8] - 283:11, 287:16, 289:14, 289:17, 290:2, 292:7, 297:22, 299:14
**shows** [2] - 298:8, 338:13
**sights** [1] - 344:21
**signature** [1] - 338:10
**significance** [3] - 334:12, 335:15, 345:22
**signs** [2] - 334:14, 334:22
**similar** [4] - 296:13, 296:18, 337:6, 337:13
**similarly** [1] - 323:11
**SIMON** [3] - 280:4, 282:1, 282:9

**Simon** [15] - 281:23, 282:4, 282:6, 283:13, 285:24, 289:11, 290:4, 292:11, 297:24, 298:4, 308:22, 309:22, 317:25, 318:7, 319:3
**simple** [1] - 307:20
**simply** [2] - 343:24, 350:2
**sister** [16] - 302:21, 302:25, 303:3, 303:11, 303:15, 303:19, 303:20, 303:23, 304:3, 304:15, 304:18, 304:23, 305:5, 305:17, 309:2
**sister-in-law** [13] - 302:21, 302:25, 303:3, 303:11, 303:15, 303:20, 303:23, 304:3, 304:23, 305:5, 305:17, 309:2
**sister-in-law's** [1] - 303:19
**sit** [2] - 288:1, 309:6
**situation** [2] - 314:16, 341:18
**six** [3] - 287:15, 288:1, 349:5
**size** [3] - 289:2, 313:15
**sizes** [1] - 317:25
**skills** [1] - 322:15
**skip** [1] - 295:8
**slides** [1] - 289:16
**slightly** [1] - 339:18
**slow** [1] - 313:6
**slowly** [1] - 322:6
**slug** [1] - 344:25
**small** [2] - 290:17, 301:13
**Smith** [3] - 340:10, 340:11, 340:12
**smooth** [1] - 344:24
**sold** [4] - 342:18, 342:22, 343:2, 343:22
**someone** [4] - 304:7, 309:2, 314:10, 337:13
**sometimes** [8] - 287:4, 290:13, 291:14, 299:15, 314:14, 316:19, 325:5
**soon** [1] - 306:23

**sorry** [4] - 304:21, 322:5, 347:16, 349:3
**sort** [6] - 312:25, 326:21, 327:16, 332:7, 336:15, 344:14
**sought** [1] - 314:10
**South** [4] - 321:8, 325:12, 325:16
**Southern** [6] - 320:24, 321:3, 325:10, 325:14, 325:21, 325:23
**speaking** [3] - 282:16, 294:5, 345:17
**Special** [6] - 319:11, 319:18, 322:8, 323:19, 324:5, 326:8
**special** [5] - 320:1, 324:5, 324:7, 324:8, 324:9
**specialized** [2] - 321:21, 321:25
**specific** [2] - 288:23, 328:19
**specified** [1] - 337:1
**speculation** [1] - 300:4
**spell** [2] - 282:7, 319:15
**spelled** [1] - 282:9
**spent** [1] - 325:6
**SRT** [2] - 322:4, 322:12
**stand** [3] - 281:23, 289:3, 297:16
**standard** [1] - 345:15
**standing** [1] - 289:6
**stands** [3] - 295:15, 295:19, 336:7
**start** [3] - 288:16, 293:22, 337:3
**started** [3] - 311:14, 311:15, 311:17
**starting** [2] - 281:7, 322:20
**starts** [3] - 331:13, 331:15, 338:18
**State** [3] - 322:25, 323:5, 331:23
**state** [19] - 281:8, 302:22, 319:15, 320:24, 321:2, 327:12, 327:15, 331:18, 333:21, 334:7, 335:1, 335:17, 335:19, 336:17, 337:10, 339:4, 339:7, 339:12, 342:8

**statement** [5] - 308:3, 308:4, 308:8, 334:4, 334:18
**statements** [1] - 306:15
**States** [17] - 281:3, 281:10, 282:23, 282:24, 283:1, 311:21, 312:10, 312:16, 312:19, 318:10, 320:23, 321:3, 321:6, 322:17, 323:9, 323:21, 325:14
**STATES** [3] - 279:1, 279:3, 279:10
**stating** [1] - 324:18
**status** [5] - 328:14, 335:9, 335:11, 336:9, 337:24
**statutes** [1] - 323:8
**stay** [1] - 292:21
**stayed** [1] - 310:17
**stays** [1] - 310:23
**steal** [1] - 325:4
**step** [5] - 305:23, 306:3, 311:2, 318:7, 344:12
**steps** [2] - 318:12, 342:2
**still** [4] - 317:18, 320:23, 336:14, 341:22
**stock** [1] - 344:20
**stood** [1] - 289:8
**stop** [4] - 286:14, 332:3, 353:17, 353:20
**store** [10] - 324:18, 327:8, 329:7, 329:8, 341:12, 341:19, 343:9, 347:3, 350:19, 353:6
**stores** [4] - 347:2, 348:20, 351:22, 352:1
**straw** [1] - 333:12
**street** [1] - 322:24
**Street** [1] - 279:14
**strike** [2] - 287:12, 299:21
**stuff** [13] - 285:5, 291:10, 291:11, 298:15, 298:19, 302:7, 302:10, 302:19, 303:16, 303:19, 311:22, 316:14, 316:19
**subject** [3] - 331:24, 348:8, 351:15

**subjects** [1] - 326:10
**sufficient** [2] - 349:1, 349:4
**suitable** [1] - 327:7
**Suite** [1] - 279:22
**support** [5] - 322:11, 322:13, 322:15, 322:18, 346:11
**supporting** [1] - 322:17
**supposed** [4] - 302:6, 302:14, 303:1, 310:5
**surrender** [2] - 329:18, 350:3
**switching** [1] - 346:5
**sworn** [1] - 281:5
**SWORN** [2] - 282:1, 319:12
**System** [1] - 336:7
**system** [2] - 336:8, 345:14

## T

**table** [1] - 281:10
**tactical** [5] - 322:4, 322:7, 322:11, 322:12
**tall** [1] - 289:11
**Tallahassee** [2] - 322:22, 322:23
**tangible** [1] - 340:17
**Task** [2] - 320:2, 346:17
**Team** [2] - 322:4, 322:8
**team** [2] - 322:13, 322:14
**technical** [1] - 344:16
**techniques** [2] - 321:1, 343:24
**temporarily** [1] - 339:3
**tennis** [2] - 288:19, 296:3
**tent** [1] - 290:17
**term** [3] - 330:2, 333:8, 333:11
**terminology** [1] - 344:15
**terms** [1] - 314:6
**Terrorism** [2] - 320:2, 346:17
**testified** [3] - 293:6, 315:21, 323:15
**testimony** [5] - 306:12, 306:14, 307:18, 308:23, 326:9
**TESTIMONY** [1] -

280:3
**text** [1] - 290:22
**that'll** [1] - 324:9
**THE** [76] - 279:1, 279:10, 281:2, 281:12, 281:16, 281:20, 282:1, 284:4, 285:21, 287:18, 289:5, 289:6, 289:19, 289:23, 292:2, 292:4, 292:14, 292:16, 292:18, 293:15, 294:13, 296:2, 297:5, 297:6, 299:25, 300:5, 301:10, 301:13, 304:19, 305:1, 305:10, 305:24, 306:1, 306:14, 306:21, 306:25, 307:5, 307:9, 307:20, 308:17, 309:18, 313:12, 313:18, 314:19, 315:3, 317:21, 318:7, 318:9, 318:11, 318:13, 318:16, 318:22, 319:1, 319:8, 319:12, 323:24, 324:1, 326:8, 331:8, 347:12, 347:16, 347:19, 347:22, 348:24, 349:2, 349:6, 349:9, 349:12, 350:5, 350:14, 350:17, 352:7, 353:14, 353:17, 353:21, 353:23
**theft** [1] - 341:11
**themselves** [1] - 297:11
**they've** [2] - 343:25, 344:1
**third** [1] - 340:5
**three** [11] - 281:12, 286:16, 288:6, 295:21, 299:2, 335:2, 335:19, 337:23, 349:5, 351:3, 352:4
**throughout** [4] - 311:11, 311:12, 316:3, 330:19
**tied** [1] - 300:14
**Tobacco** [2] - 319:19, 322:8
**tobacco** [1] - 320:7

**today** [6] - 282:16, 288:1, 293:6, 297:16, 308:23, 309:6
**together** [1] - 298:6
**took** [7] - 291:4, 297:16, 303:14, 315:9, 315:22, 318:1, 335:17
**top** [2] - 331:13, 332:5
**topics** [3] - 299:23, 300:9, 323:20
**trace** [2] - 342:5, 342:15
**traced** [1] - 343:1
**traces** [2] - 342:15, 346:13
**Tracing** [2] - 329:20, 343:20
**tracing** [4] - 328:5, 341:24, 341:25, 343:12
**trafficking** [8] - 320:25, 321:14, 323:16, 325:7, 325:18, 326:3, 342:2, 344:8
**train** [1] - 322:18
**training** [4] - 320:24, 320:25, 321:22, 321:25
**Training** [1] - 321:23
**trainings** [1] - 322:18
**transaction** [16] - 327:24, 330:8, 330:13, 334:5, 335:3, 336:4, 339:1, 339:5, 339:7, 343:8, 346:12, 346:22, 348:19, 351:8, 351:25, 352:15
**transactions** [2] - 335:17, 338:20
**transcript** [2] - 284:3, 354:4
**TRANSCRIPT** [1] - 279:9
**transfer** [10] - 320:14, 329:19, 329:25, 333:7, 337:18, 339:12, 340:15, 340:20, 346:21, 350:4
**transferee** [4] - 328:18, 332:16, 333:2, 337:17
**transferee/buyer** [8] - 333:4, 333:6, 333:20, 339:23, 339:24, 340:4,

340:13, 340:18
**transferee/buyer's** [1] - 339:9
**transferor/seller** [1] - 340:20
**transferred** [4] - 328:1, 328:6, 338:9, 338:11
**transferring** [1] - 338:19
**translating** [1] - 313:17
**transport** [1] - 339:15
**travels** [1] - 291:12
**TRIAL** [1] - 279:9
**trial** [2] - 304:20, 306:18
**trip** [3] - 286:7, 288:9, 288:10
**truck** [1] - 316:17
**true** [4] - 333:16, 334:16, 334:23, 338:25
**try** [1] - 289:20
**Tuesday** [1] - 279:6
**Tunis** [45] - 287:10, 287:13, 287:25, 288:5, 288:7, 288:9, 288:12, 290:5, 290:9, 291:2, 291:5, 294:4, 294:6, 296:6, 296:17, 297:17, 298:12, 298:16, 299:10, 299:15, 300:18, 300:20, 302:12, 304:15, 304:23, 305:5, 305:17, 306:8, 306:25, 307:3, 309:2, 309:5, 310:6, 310:10, 310:15, 311:1, 313:20, 313:24, 315:14, 316:2, 316:6, 316:20, 318:4, 351:9
**Tunis's** [2] - 303:3, 318:3
**turmoil** [1] - 314:17
**turn** [4] - 332:25, 333:13, 335:4, 339:21
**turned** [2] - 296:10, 318:18
**turning** [5] - 332:7, 332:13, 335:22, 337:15, 338:5
**twice** [1] - 313:5
**two** [18] - 283:23, 284:16, 286:15, 288:6, 295:11,

295:14, 300:24, 301:7, 303:18, 304:24, 305:6, 310:22, 314:23, 318:19, 320:4, 344:19, 349:5
**type** [10] - 288:15, 288:16, 290:7, 290:25, 292:13, 296:5, 316:22, 327:14, 332:11, 333:8
**types** [4] - 288:12, 288:20, 290:5, 342:3
**typically** [2] - 285:14, 291:8

## U

**U.S** [6] - 279:14, 279:16, 279:24, 325:11, 325:15, 342:9
**U.S.C** [3] - 331:20, 339:6, 340:22
**under** [15] - 294:1, 295:3, 295:7, 298:3, 317:14, 324:15, 324:19, 325:20, 333:21, 334:6, 340:22, 342:23, 343:3, 343:9
**undercover** [1] - 324:24
**underneath** [4] - 294:20, 295:2, 295:8, 295:20
**understood** [1] - 310:21
**undertaken** [1] - 322:12
**underworld** [1] - 324:24
**UNITED** [3] - 279:1, 279:3, 279:10
**United** [17] - 281:3, 281:10, 282:23, 282:24, 283:1, 311:21, 312:10, 312:16, 312:19, 318:10, 320:23, 321:3, 321:6, 322:17, 323:9, 323:21, 325:14
**University** [1] - 323:5
**unknown** [1] - 304:7
**unlawful** [1] - 339:14
**unless** [7] - 301:25, 334:1, 339:5, 339:6,

342:23, 343:3, 343:8
**unrelated** [1] - 299:18
**unusual** [1] - 344:8
**up** [45] - 284:20, 286:2, 286:11, 287:7, 289:3, 289:6, 289:8, 289:16, 289:25, 290:9, 290:11, 290:24, 291:2, 292:15, 300:20, 300:23, 301:2, 301:8, 301:17, 301:20, 301:22, 302:5, 302:7, 305:12, 306:18, 312:9, 313:8, 313:13, 314:7, 316:12, 316:18, 316:19, 316:21, 317:10, 324:25, 329:13, 330:5, 331:20, 331:21, 331:25, 332:8, 338:15, 344:21
**update** [1] - 343:19
**updated** [2] - 330:21, 330:23
**urgently** [1] - 302:6
**user** [1] - 328:4

## V

**VA** [1] - 279:23
**vacation** [4] - 291:10, 291:16, 291:23, 292:4
**valid** [1] - 305:11
**value** [2] - 340:7, 340:17
**van** [1] - 291:1
**variability** [1] - 314:6
**varies** [1] - 314:9
**various** [7] - 321:11, 322:15, 330:18, 341:15, 342:6, 342:13
**vehicle** [1] - 290:25
**velocity** [1] - 346:1
**verification** [2] - 339:10, 339:11
**verify** [1] - 336:9
**vernacular** [1] - 326:24
**versus** [1] - 281:4
**vessel** [3] - 286:9, 286:13, 286:18
**violate** [2] - 333:21, 334:6

**violation** [1] - 334:10
**violations** [3] - 320:12, 324:17, 331:19
**violent** [3] - 321:13, 321:17, 325:3
**Virginia** [1] - 329:21
**visited** [1] - 344:5
**voice** [2] - 290:22, 292:15
**Voir** [1] - 280:6
**voir** [1] - 324:1
**VOIR** [1] - 324:3
**Vophsie** [1] - 281:5

## W

**W-I-L-F-R-I-D** [1] - 282:8
**wait** [10] - 282:19, 282:21, 283:22, 286:10, 335:19, 336:14, 336:18, 337:20
**waiting** [3] - 335:1, 335:20, 337:20
**warehouse** [4] - 285:6, 286:3, 291:4, 301:3
**warning** [3] - 329:13, 331:17, 333:4
**Warning** [2] - 331:14, 331:16
**Washington** [5] - 279:5, 279:15, 279:17, 279:25, 320:9
**Waters** [1] - 329:20
**WAYNE** [2] - 279:24, 354:3
**Wayne** [2] - 354:9, 354:9
**ways** [7] - 287:1, 340:24, 341:2, 341:5, 341:15, 341:16, 345:2
**weapon** [1] - 335:8
**weapons** [7] - 297:7, 325:18, 335:10, 335:16, 335:18, 336:18, 343:25
**wedding** [4] - 306:8, 307:7, 307:23, 309:3
**week** [5] - 286:3, 286:10, 286:11, 286:12
**weekly** [1] - 313:1
**weeks** [2] - 286:16, 299:2

**West** [1] - 329:20
**whole** [2] - 284:1, 311:11
**Wilfrid** [2] - 281:23, 282:6
**WILFRID** [2] - 280:4, 282:1
**Wilson** [1] - 279:22
**winner** [1] - 340:3
**wish** [3] - 343:18, 346:23, 346:25
**withdraw** [2] - 296:1, 299:25
**Witness** [2] - 306:5, 318:12
**witness** [32] - 281:21, 283:11, 285:19, 287:16, 289:8, 289:14, 289:17, 290:2, 292:7, 292:15, 297:22, 299:19, 305:12, 305:23, 306:7, 306:17, 307:12, 307:14, 307:15, 307:22, 308:2, 308:6, 308:16, 309:16, 318:17, 319:1, 319:10, 323:20, 333:14, 347:11, 347:13, 349:14
**WITNESS** [9] - 282:1, 289:6, 292:4, 292:18, 296:2, 297:6, 313:18, 318:9, 319:12
**witness's** [3] - 283:25, 299:21, 349:13
**woman** [2] - 304:11, 304:12
**word** [3] - 294:20, 331:13, 331:16
**words** [1] - 316:5
**works** [1] - 353:21
**world** [1] - 284:23
**would-be** [1] - 336:12
**written** [2] - 294:16, 334:3
**wrote** [1] - 316:9

## X

**x)** [1] - 340:22

## Y

**year** [12] - 288:5, 288:6, 291:8,

291:17, 291:23, 292:1, 298:18, 311:12, 311:17, 323:1, 330:25
**years** [14] - 311:18, 311:19, 311:24, 311:25, 312:5, 319:24, 320:4, 322:2, 322:23, 330:2, 330:19, 331:21, 331:25, 342:25
**yes-or-no** [1] - 299:22
**yourself** [3] - 282:4, 310:4, 315:21

## Z

**zoom** [1] - 331:12