UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          .
                                   .
          Plaintiff,               .    CR No. 21-0699-01 (JDB)
                                   .
     v.                            .
                                   .
                                   .    Washington, D.C.
JOLY GERMINE,                      .    Monday, January 29, 2024
                                   .    9:39 a.m.
          Defendant.               .
. . . . . . . . . . . . . . . . .  .    Pages 1409 through 1519


A.M. SESSION
TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:            KAREN P. SEIFERT, AUSA
                               KIMBERLY L. PASCHALL, AUSA
                               U.S. Attorney's Office
                               601 D Street NW
                               Washington, DC 20530

                               BEAUDRE D. BARNES, ESQ.
                               U.S. Department of Justice
                               950 Pennsylvania Avenue NW
                               Washington, DC 20530

For Defendant:                 ALLEN H. ORENBERG, ESQ.
                               The Orenberg Law Firm, PC
                               12505 Park Potomac Avenue
                               6th Floor
                               Potomac, MD 20854

                               ELITA AMATO, ESQ.
                               2111 Wilson Boulevard
                               Suite 8th Floor
                               Arlington, VA 22201

Court Reporter:                BRYAN A. WAYNE, RPR, CRR
                               U.S. Courthouse, Room 4704-A
                               333 Constitution Avenue NW
                               Washington, DC 20001

1410

# C O N T E N T S

### TESTIMONY

JEAN PELICE:        Direct Examination ................... 1416
                    Cross-Examination ................... 1432
                    Redirect Examination ................ 1457

NATASHA ANTOINE:    Direct Examination ................... 1459
                    Cross-Examination ................... 1481
                    Redirect Examination ................ 1498

\* \* \*

### EXHIBITS RECEIVED

Government Exhibit No. 600.1, p.21 ..................... 1431
Government Exhibit No. 600.1, p.1 ..................... 1431
Government Exhibit No. 485 ........................... 1469

\* \* \*

P R O C E E D I N G S

THE DEPUTY CLERK:  Good morning, Your Honor.  We're on the record in criminal case 21-699, United States of America versus Joly Germine.  We have the interpreters, Ms. Regine Duroska-Murray and Ms. Vophsie Cantave, who have been sworn in for the record.

Starting with government counsel, please approach the podium and state your appearance for the record.

MR. BARNES:  Good morning, Your Honor.  Beau Barnes for the government with co-counsel AUSA Karen Seifert, and Ms. Paschall is just outside the courtroom, but she'll be joining us shortly.

THE COURT:  Good morning.

MR. ORENBERG:  Good morning, Your Honor.  Allen Orenberg on behalf of Mr. Germine, who is present in the courtroom.

THE COURT:  Good morning.

MS. AMATO:  Good morning, Your Honor.  Elita Amato on behalf of Mr. Germine.

THE COURT:  Ms. Amato, good morning.

All right.  One quick preliminary matter, and then we'll get to the other matter we need to deal with.  I appreciate the fact that the government gives me new exhibit lists every day.  I've gone over not the one you gave me for this morning but the one from Friday, and compared it with my exhibit list,

1    and there are differences.  That's not unusual in a case with

2    this many exhibits.  I usually rely on my exhibit list, but

3    I'm not infallible; I make mistakes just as others do.  But at

4    some point we'll have to reconcile those.  And if we need to

5    go back to the transcript to reconcile them, we will.  But I

6    need to reconcile them with you before the government closes

7    its case.  So let's keep that in mind.

8        All right.  Now, the question of the morning is Mr. Pelice.

9    Let me make one observation that is in part dependent upon an

10   email exchange or an email receipt.  And that is that the

11   government has indicated that this may take most of or the

12   entire morning.  That seems to me inconsistent with what my

13   understanding and expectation was.  My understanding was that

14   this witness, who's not on the government's witness list, was

15   being produced by the government solely to address something

16   that came up in the defense's opening.  A fairly specific

17   subject.

18       I don't understand why that would take the whole morning.

19   That surprises me.  Maybe I have a misunderstanding with

20   respect to what the government's intention is, and that we'll

21   have to discuss.

22       MS. SEIFERT:  Your Honor, thank you for addressing

23   that.  The government certainly intends for it to be short.

24   In my experience in this trial, the length of the government's

25   direct does not necessarily dictate the length of the

1    cross-examination, which is why I was erring on the side of

2    caution.

3            THE COURT:  Let me say right now, the cross-examination

4    cannot go beyond the scope of the direct because of the

5    immunity issue involved.  And I will be strict with respect to

6    that.

7            MS. SEIFERT:  So I just wanted to give Your Honor what

8    I thought was the maximum amount of time that the witness will

9    be on the stand so that Judge Brandt is not disturbed and does

10   not expect the Court to deliver Mr. McDaniel to Superior Court

11   at an earlier time.  I certainly hope it will take the

12   government less than an hour to examine the witness.  And I do

13   think that the topics are certainly in scope with what the

14   government anticipated.

15       I also, prior to -- at the time I wrote the email was not

16   sure what the witness's attitude towards testifying would be.

17   So I was also prepared that if the attitude toward testifying

18   was not one that easily resulted in a direct examination, that

19   the government would be prepared to impeach the witness as

20   necessary, and that sometimes takes more time.  So that's what

21   went into the government's calculation.

22           THE COURT:  All right.  I share your hope that it won't

23   take nearly as long as that email flagged and worried me.

24           MS. SEIFERT:  And I'd also ask Your Honor with respect

25   to the sealed order from Friday afternoon, if I may, for the

1    purposes of this hearing, provide that order to defense

2    counsel.

3         THE COURT:  Absolutely.

4         MS. SEIFERT:  Thank you.

5         THE COURT:  Mr. Orenberg.

6         MR. ORENBERG:  Good segue, Your Honor.  Good morning.

7    Allen Orenberg.  The defense was aware that there was some

8    sort of letter immunity with Mr. Pelice, but we have not seen

9    it yet, and I understand the Court has just unsealed it in the

10   last 90 seconds or so, and that the government intends to call

11   Mr. Pelice as their first witness this morning.  But neither

12   myself or Ms. Amato have had an opportunity to review that

13   letter immunity agreement.

14        THE COURT:  Not a letter immunity agreement, statutory

15   immunity order that Ms. Amato now has in her hands.

16        MR. ORENBERG:  Oh, it's just a short....  Oh, it's only

17   two pages.  Oh, I apologize, Your Honor.  I was expecting

18   perhaps a much lengthier document that we would need time to

19   review and not just have it thrust upon us on the advent --

20        THE COURT:  If you need a couple minutes to look at

21   that and discuss it with Ms. Amato, please take that time.

22        MR. ORENBERG:  Thank you, Your Honor.

23      (Defense conferring.)

24        THE COURT:  While they're looking at that, let me

25   interrupt and ask Mr. Pelice's counsel, who is present here

1    today, if he needs any time with Mr. Pelice now, or has he had

2    the opportunity as needed to have a discussion with his

3    client?

4         MR. MCDANIEL:  Yes.  Good morning, Your Honor.  And

5    thank you for that.

6         THE COURT:  Good morning, Mr. McDaniel.

7         MR. MCDANIEL:  I did have an opportunity to talk to

8    Mr. Pelice on Friday evening regarding that document and some

9    other issues I thought might arise in his testimony or today.

10   So we had that opportunity on Friday and we've also had an

11   opportunity to speak this morning.  So I think he's prepared.

12   Thank you, Your Honor.

13        THE COURT:  Thank you, Mr. McDaniel.

14      Mr. Orenberg.

15        MR. ORENBERG:  Thank you, Your Honor.  We've had an

16   opportunity to review the report 150.

17        THE COURT:  That's docket No. 150 that Mr. Orenberg

18   referred to that has now been unsealed.  So with that, is the

19   government prepared to proceed with that witness?

20        MS. SEIFERT:  Yes, Your Honor.

21      And I just want to note, I did provide to counsel and

22   upload to USAfx a copy of 1210, which is Mr. Pelice's prior

23   testimony.  I have it here on the computer.  There was an

24   issue printing it this morning but Mr. Casillas is downstairs

25   as we speak printing new copies for everyone.

1    THE COURT:  So do we need to wait for that or do we --

2    MS. SEIFERT:  I don't think so.  I think we can get

3    started.  He will come in as we're going.  If we need it, it

4    will be here in printed form.

5    And with that, the government calls Jean Pelice to the

6    stand.

7    THE COURT:  And do we need to have Mr. Pelice with a

8    headset?

9    MS. SEIFERT:  He does.  Yes, Your Honor.

10    JEAN PELICE, WITNESS FOR THE GOVERNMENT, SWORN

11    THE COURT:  Good morning, Mr. Pelice.  You're here to

12    give testimony, and I understand you've had the opportunity to

13    discuss this with your counsel, Mr. McDaniel.  Is that

14    correct?

15    THE WITNESS:  Yes.

16    THE COURT:  And the government will now proceed.

17    Ms. Seifert?

18                        DIRECT EXAMINATION

19    BY MS. SEIFERT:

20    Q.   Mr. Pelice, could you please identify yourself for the

21    Court, your full name, please?

22    A.   My name is Jean Pelice.

23    Q.   Is that spelled J-E-A-N, P-E-L-I-C-E?

24    A.   P-E-L-I-C-E, J-E-A-N.

25    Yes.  Pelice.

1    Q.   Where do you come from?

2    A.   I came from Haiti.  I am married with two children,

3    and I am a Haitian national.

4    Q.   Do you know about a gang called 400 Mawozo?

5    A.   Yes.  This gang is in my area.

6    Q.   Who's the leader of that gang?

7    A.   The leader of the gang is called Joly Germine.

8    He is the king.

9    Q.   Do you call Mr. Germine by any other names?

10   A.   He is called DeKole.  And he's also called Yonyon.

11   Q.   How do you know Mr. Germine?

12   A.   He is my cousin.

13   Q.   Do you see him present in the courtroom today?

14   A.   Well, you know, I only have one eye.  Yes, it's him.

15   Q.   Could you tell me the -- a color of the clothing that

16   he's wearing?

17   A.   Yes.  He is wearing a navy blue suit, a tie, a shirt.

18   Yeah.  He has long hair.  He has hair.  Yeah.  It's Joly

19   Germine, the king.

20        MS. SEIFERT:  Your Honor, may the record reflect an

21   in-court identification of the defendant, Mr. Germine.

22        THE COURT:  The record will so reflect.

23   BY MS. SEIFERT:

24   Q.   I'm going to ask you a series of questions about 2021,

25   specifically the time period of July to October of 2021.

1    During that time, did you ever speak to Mr. Germine on the

2    phone?

3    A.    Could you please repeat the question?

4    Q.    During that time period, did you ever talk to Mr. Germine

5    on the phone?

6    A.    In 2021?

7    Q.    Yes.

8    A.    Yes.

9    Q.    And where was Mr. Germine located, to your knowledge?

10   A.    He was at the national prison in Haiti.

11   Q.    The phone that Mr. Germine spoke to you on, was it a

12   recorded line or a different type of phone?

13        MR. ORENBERG:  Objection.  Foundation.

14        THE COURT:  Overruled.  If he knows the answer, he can

15   answer.

16        THE WITNESS:  A special phone.  That as a matter of

17   fact, that was his phone, a cell phone, a phone that you could

18   register something on.

19     Actually, correction.  Record something on.

20   BY MS. SEIFERT:

21   Q.    When Mr. Germine was in jail, who was in charge of 400

22   Mawozo out on the streets in Haiti?

23   A.    Lanmo Sanjou.

24   Q.    And did you ever speak with Lanmo Sanjou?

25   A.    Yes.

1    Q.    Now, what was the relationship between Mr. Germine and

2    Lanmo Sanjou?

3    A.    He used to steal cars for him.  He stole cars, he kidnap

4    and kill people.

5    Q.    And who's the "for him"?

6    A.    What I'm saying is, Lanmo Sanjou worked for Joly Germine.

7    Q.    When did you join the gang 400 Mawozo?

8    A.    February 2020.

9    Q.    Did there come a time when you were not working with the

10    gang?

11    A.    In December 2021, I was involved in an accident where I

12    lost my eye.  I broke my arm and my leg.

13    Q.    You said December of 2021?

14         THE INTERPRETER:  Correction.  December 2020.  If the

15    interpreter said 2021, she apologizes.

16         MS. SEIFERT:  Okay.  Thank you.

17    BY MS. SEIFERT:

18    Q.    And after your injuries, when did you rejoin the gang?

19    A.    I went back to the gang in September 2021.  Well, I was

20    not feeling okay, and I went back to where my wife was living.

21    Q.    You said you came back to the gang in September of 2021?

22    A.    I am sorry.  June -- July.  July 2021.

23    Q.    When did you leave the gang?

24    A.    I left the gang on February 7, 2022.

25    Q.    When you were working for the gang, how much money were

1    you paid in a salary?

2    A.    Sometimes $1,500 per week, sometimes 1,000, sometimes

3    every two weeks.

4    Q.    And when you say $1,500, is that Haitian money or U.S.

5    dollars?

6    A.    Haitian dollars.

7    Q.    When you were working for the gang, what if any weapons

8    were you provided?

9          MR. ORENBERG:   Objection, Your Honor.   May we approach?

10         THE COURT:   If you need to, yes.

11     (Bench conference.)

12         MR. ORENBERG:   Your Honor, I think the question is

13    getting outside the scope of the subject matter, shall we call

14    it, that Ms. Seifert said that she was going to inquire of

15    this particular defendant.

16         MS. SEIFERT:   He's not a defendant here, he's a witness

17    here.

18         MR. ORENBERG:   I'm sorry.   Witness.

19         MS. SEIFERT:   And I believe the witness will testify

20    that he was provided weapons, and that as part of his work for

21    the gang, the gang committed kidnappings for ransom, and the

22    ransom payments were provided to Lanmo Sanjou.   That is

23    exactly what we told defense we were going to inquire about.

24    And this information is in the transcript we provided as well.

25         THE COURT:   Let's put on the record what the scope of

1    what you're inquiring about is.

2            MS. SEIFERT:  Sure.  I believe the witness will testify

3    that, and the witness will be asked questions that in July of

4    2021 Mr. Germine told him that he had began to engage in

5    kidnappings for ransom with another gang leader, that they

6    were splitting the profits of those ransom payments, the

7    ransom payments were going to Lanmo Sanjou, Lanmo Sanjou was

8    providing that money to Santia Jean.

9            MR. ORENBERG:  Okay.  That's fair, but she was

10   inquiring of him about his own connection to weapons, not I

11   guess sources of money used for the gang's activities.

12           THE COURT:  Why is it relevant at all?

13           MS. SEIFERT:  Well, the kidnappings for ransom are

14   conducted by the gangs using weapons, and I can --

15           THE COURT:  We're not going to --

16           MS. SEIFERT:  I can avoid -- fine, I will withdraw --

17           THE COURT:  We're not going to explore the entirety of

18   the kidnappings.  That's not why this witness is here.

19           MS. SEIFERT:  I know, Your Honor.  I will withdraw the

20   question.

21           THE COURT:  Okay, good.  Thanks.

22       (End of bench conference.)

23   BY MS. SEIFERT:

24   Q.  You mentioned that you came back to the gang in July of

25   2021.  What did Yonyon or Mr. Germine say about how the gang

1   had started making money in July of 2021?

2   A.   He told me that the situation had changed and we now

3   have an ally in Vitel'Homme.

4   Q.   Who is that person?

5   A.   Well, it was Vitel'Homme.  Vitel'Homme as a matter of

6   fact was or still is a leader of a neighborhood called

7   Pernier.  So Vitel'Homme entered the neighborhood, and he

8   spoke to Yonyon and he told Yonyon that they were now involved

9   in kidnapping.

10          MR. ORENBERG:  Objection, Your Honor.  Move to strike.

11  The answer is outside the scope of what we discussed at the

12  bench a few minutes ago.

13          THE COURT:  I don't think it's actually outside of it.

14  I'm going to deny the motion to strike and overrule the

15  objection.

16          THE INTERPRETER:  May the interpreter continue?

17     And he taught Yonyon how to kidnap people.

18  BY MS. SEIFERT:

19  Q.   And based on what Mr. Germine told you, how were

20  Vitel'Homme and Yonyon making money?

21  A.   So, whenever Vitel'Homme brings over four people they

22  have kidnapped, they split the profit.  So he will keep two

23  hostages and will give two to Yonyon.

24  Q.   And you said split the profit.  What is the money that

25  you're referring to?

1    A.    Kidnapping money.

2    Q.    Who in the gang was receiving the individuals that were

3    being kidnapped by Vitel'Homme?

4         MR. ORENBERG:    Objection, Your Honor.    Again, outside

5    the scope of what we discussed at the bench concerning the

6    parameters of this direct examination.

7         THE COURT:    My understanding is this is a preliminary

8    question to something within the scope.    So I'll allow the

9    question.

10        MS. SEIFERT:    The witness has shown a hand signal that

11   appears to me that he wants me to repeat the question.

12        THE COURT:    Repeat the question.

13        MS. SEIFERT:    Thank you.

14   BY MS. SEIFERT:

15   Q.    Who in the gang was receiving the people that Vitel'Homme

16   had kidnapped?

17   A.    He will hand them over to Koleg, and Koleg will take them

18   to Lanmo.

19   Q.    And who is Koleg?

20   A.    Koleg is a gang member who worked for Yonyon in a place

21   called Michaud.

22   Q.    I want to specifically talk about money made off the

23   kidnappings.    Did Mr. Germine tell you how money made at the

24   kidnappings would be divided between Vitel'Homme and 400

25   Mawozo?

1           MR. ORENBERG:  Objection.  Leading.

2           THE COURT:  Rephrase the question.

3    BY MS. SEIFERT:

4    Q.   How, according to Mr. Germine, was the money made off of

5    kidnappings to be divided between himself and Vitel'Homme?

6           MR. ORENBERG:  Same objection.

7           THE COURT:  Overruled.

8       You may answer.

9           THE WITNESS:  Okay.  Well, when Vitel'Homme kidnapped

10   the people, the ransom money supposed to be splitted in two

11   different ways.  So two people for Vitel'Homme and two people

12   for Yonyon.  The money will then go to Yonyon, of course, via

13   Santia.

14   BY MS. SEIFERT:

15   Q.   Who is Santia?

16   A.   Santia is Yonyon's sister-in-law.

17   Q.   Do you know her last name?

18   A.   Santia Jean.

19   Q.   Have you ever spoken to Santia?

20   A.   Yes.

21   Q.   How -- what if anything did you speak to her about?

22   A.    I talked to her about money that Yonyon will tell me to

23   get from Lanmo via Santia.

24   Q.   How have you seen Santia communicate with the defendant,

25   Mr. Germine?

1    MR. ORENBERG:  Objection, Your Honor.

2    THE COURT:  I think you have a foundational question to

3    ask for that.  Ask first whether he's ever -- is he aware of

4    any such communications.

5    BY MS. SEIFERT:

6    Q.  Are you aware of any times that Santia communicated with

7    Mr. Germine?

8    A.  Yes.  So say for instance I bring money, she, Santia,

9    will call Joly Germine and say something like, oh, Frè Shèlè

10   just brought some money here.

11   MS. SEIFERT:  I'm sorry.  Could the interpreter repeat

12   that, please?

13   THE INTERPRETER:  Yes.

14   The answer is:  Yes.  When I brought the money to Santia,

15   Santia would call Joly Germine and will tell him, I saw that

16   Frè Shèlè just brought some money here.  And that is in my

17   presence, in front of me.  She will call Yonyon.

18   MS. SEIFERT:  Was it Frè Shèlè?

19   THE INTERPRETER:  Yes, ma'am.  It's Frè Shèlè, and the

20   interpreter is not sure what that means.

21   BY MS. SEIFERT:

22   Q.  What is Frè Shèlè?

23   A.  This is a name that he/she gave me in the gang.

24   Q.  Who gave you that name?

25   A.  Joly Germine.

1    Q.   What, if anything, would Santia do -- let me rephrase.

2    Excuse me.  What, if anything, would Santia give you?

3    A.   She gave me money.

4    Q.   Did you ever see Santia keep track of the money that

5    she was managing?

6         MR. ORENBERG:  Objection.  Calls for speculation.

7         THE COURT:  The question was did he ever see.

8    That's not speculation.

9         MR. ORENBERG:  Well, as to what she was managing.

10   How does he know?

11        THE COURT:  He can answer the question.  It doesn't

12   call for speculation.

13        THE WITNESS:  This is how Santia managed the money.

14   She was in charge of payroll.  For instance, Yonyon would

15   instruct Santia to send, say, $100,000 to Lanmo Sanjou or

16   $50,000 to Lanmo Sanjou so that the latter can do payroll.

17     Secondly, Yonyon will buy weapons.  So he will talk to

18   Santia and tell Santia to send money to other people so they

19   can buy guns for him.

20   BY MS. SEIFERT:

21   Q.   How was Santia -- if any way, how was she keeping track

22   of these payments?

23        MR. ORENBERG:  Objection.  Foundation.

24        THE COURT:  Ask a preliminary question.

25

1    BY MS. SEIFERT:

2    Q.   Do you know whether Santia was keeping track of the

3    payments?

4    A.   Yes.  As a matter of fact, she kept record.  She had a

5    notebook in which she noted everything.

6    Q.   Did you ever see her write in the notebook?

7    A.   Yes.

8    Q.   What if anything did you ever bring to Santia?

9    A.   Money.

10   Q.   Who did you tell Santia that the money was from?

11   A.   The money came from Lanmo Sanjou.  Lanmo Sanjou gave me

12   the money.  I then gave that money to Santia, and Santia sent

13   that money to Yonyon.

14   Q.   The money that you brought to Santia, what was the form

15   of the money?

16   A.   It was cash in a bag.

17        MS. SEIFERT:  Could you repeat that, interpreter?

18        THE INTERPRETER:  Yes, ma'am.  Cash in a bag.

19        MS. SEIFERT:  A bag.

20        THE INTERPRETER:  Yes, ma'am.

21   BY MS. SEIFERT:

22   Q.   What was Santia told about whether the money came from

23   the gang's activities?

24   A.   For instance, Lanmo will say something like Frè Shèlè --

25   but keep in mind we're talking about 2021, okay, after my

1  accident.  Again, Lanmo will tell me, Frè Shèlè, this is money

2  that we negotiated and it's ransom money as a result of the

3  kidnapping.  So I'm giving this money to you.

4      And what I will do then, I will take the money to Santia

5  and I will tell Santia this is kidnapping money that I am

6  giving you for Yonyon.

7  Q.   You mentioned earlier in your testimony payroll?

8        MR. ORENBERG:  I'm sorry.  I didn't hear the question.

9        THE COURT:  Payroll.

10        MR. ORENBERG:  Okay.

11  BY MS. SEIFERT:

12  Q.   What was Santia's involvement in the actual paying of the

13  money to the gang members?

14        MR. ORENBERG:  Objection.  Again, outside the scope of

15  what was discussed at the bench.

16        MS. SEIFERT:  I'm just trying to clarify this,

17  Your Honor.

18        MR. ORENBERG:  Outside the scope of what was discussed

19  at the bench.

20        THE COURT:  Ms. Seifert, it does seem that it's a

21  little bit outside.

22        MS. SEIFERT:  He said she was involved in two things,

23  payroll and providing money for the sending of weapons.  I'm

24  just trying to clarify that point, Your Honor.

25        THE COURT:  I don't think any clarification of that is

1    really relevant.

2         MS. SEIFERT:  Okay.

3         THE COURT:  So the objection is sustained.

4         MS. SEIFERT:  Brief indulgence, Your Honor.

5         THE COURT:  Certainly.

6         MR. ORENBERG:  Your Honor, given the parameters the

7    Court has placed on the government as to the direct

8    examination of this witness, I would ask that the government

9    provide a proffer *in camera* or ex parte with counsel before

10   any exhibits are shown to the witness.

11        MS. SEIFERT:  I merely want to show a photo of

12   Ms. Santia.

13        MR. ORENBERG:  Okay.

14        MS. SEIFERT:  That the witness has already identified.

15        MR. ORENBERG:  If it's just Ms. Santia, I'm okay with

16   that.  Thank you, Your Honor.

17        THE COURT:  All right.  Thank you, Mr. Orenberg, and

18   Ms. Seifert.

19      No. 6 is in evidence if that's what you're after.

20        MS. SEIFERT:  This is not yet in evidence.  This is

21   Government's 600.1, page 21.

22        THE COURT:  600.1.  All right.

23        MS. SEIFERT:  Page 21.  And for the record, I'm just

24   showing the witness the portion of 601.21 that has the picture

25   on it with no other -- nothing else around it.

1   BY MS. SEIFERT:

2   Q.   Mr. Pelice, do you recognize the individual in

3   government's -- the individual on the screen in front of you?

4        THE COURT:  I think we're getting substantive testimony

5   about this exhibit.  Do we need to have it in evidence before

6   he testifies substantively?

7        MS. SEIFERT:  I'm just asking the foundation questions

8   now, Your Honor.

9        THE COURT:  All right.

10  BY MS. SEIFERT:

11  Q.   Do you recognize this individual?

12  A.   Yes.

13  Q.   Okay.  And how do you recognize them?

14  A.   Santia.

15  Q.   And does this picture that's Government's Exhibit 601, at

16  page 21, fairly and accurately depict Santia as you recall her

17  in 2021?

18  A.   Yes.

19       MS. SEIFERT:  Your Honor, I move to admit this portion

20  of the page that is 600.1, page 21.

21       THE COURT:  Page 21.  Is it the entirety of page 21?

22       MS. SEIFERT:  No.  It's just the photograph.

23       THE COURT:  Just the photograph from page 21 of Exhibit

24  600.1.

25       MR. ORENBERG:  No objection.

1         THE COURT:  Without objection, is admitted.

2                              (Government Exhibit No. 600.1, p.21

3                              received into evidence.)

4    BY MS. SEIFERT:

5    Q.   And now I have on the screen what has not yet been

6    admitted, but which is 600.1, page No. 1.  Mr. Pelice, do you

7    recognize the photograph in 600.1 page No. 1?

8    A.   Yes.

9    Q.   And how do you recognize it?

10   A.   Because this is someone who lives in my neighborhood.

11   Q.   Okay.  And who is this person?

12   A.   This is the individual named Lanmo Sanjou who works for

13   Yonyon.

14   Q.   And does this photo fairly and accurately depict

15   Mr. Sanjou at the time you knew him in 2021?

16   A.   Yes.

17        MS. SEIFERT:  Your Honor, I move to admit 600.1, page

18   1, just the photograph.

19        MR. ORENBERG:  No objection.

20        THE COURT:  Without objection, 600.1, page 1, the photo

21   only, is admitted.

22                              (Government Exhibit No. 600.1, p.1

23                              received into evidence.)

24        MS. SEIFERT:  And I have no other questions for this

25   witness.

```
 1              THE COURT:  Mr. Orenberg.
 2                        CROSS-EXAMINATION
 3    BY MR. ORENBERG:
 4    Q.   Good morning.
 5    A.   Good morning.
 6    Q.   Mr. Pelice, I'm the attorney for Mr. Germine.
 7         Now, you mentioned that -- what is your relationship to
 8    Mr. Germine?
 9    A.   Mr. Germine is my cousin.
10    Q.   Okay.  Did you grow up together?
11    A.   Yes.
12    Q.   Okay.  And did you play together as children?
13    A.   Yes.
14    Q.   And would you visit each other's family's homes?
15    A.   We ate together.  We slept together.
16    Q.   And you did so for years.
17    A.   Yes.
18    Q.   And so would you consider -- is it fair to say that you
19    and Mr. Germine are very close?
20    A.   Like two brothers.
21    Q.   At least up until early 2022.
22    A.   Well, since childhood up until February 2022.
23    Afterwards, I broke ties with him because I disagreed with
24    what he was doing.
25    Q.   Okay.  Now, when were you born?  What year?
```

```
 1    A.    I was born in 1994.
 2    Q.    So it's fair to say for some 20, 22 years you were --
 3    excuse me -- 30 or 32 years you were close to Mr. Germine?
 4    A.    Thirty years.
 5              MR. ORENBERG:  Do I have the math right, Your Honor?
 6              THE COURT:  You don't have it quite right, but that's
 7    all right.
 8              MR. ORENBERG:  I apologize.  Okay.
 9    BY MR. ORENBERG:
10    Q.    And you know that Mr. Germine lived outside of
11    Port-au-Prince.
12    A.    He was living in Port-au-Prince, in the prison of
13    Port-au-Prince.
14    Q.    Well, that was later in his life, but as children, where
15    did Mr. Germine grow up?
16    A.    Well, he was living in Thomazeau, second section of
17    Dubuisseau.
18    Q.    And is it fair to say that is a suburb of Port-au-Prince?
19    A.    Outside of Port-au-Prince.
20    Q.    Correct.  And is it also fair to say it was in the
21    country, in the countryside, not in the city?
22    A.    Yes.  It is called plains.
23    Q.    And Mr. Germine's immediate family had land in that area.
24    Correct?
25              MS. SEIFERT:  Objection.  Outside the scope.
```

1     THE COURT:  Approach.

2        (Bench conference.)

3     THE COURT:  Go ahead, Ms. Seifert.

4     MS. SEIFERT:  So this witness -- I have no problem

5  identifying the relationship between them, but now we're

6  looking for facts about Mr. Germine's life that the witness

7  might know from the relationship that are not relevant to his

8  I guess motive or -- like how is that *Giglio* with respect to

9  this witness, the fact that the defendant owned land?

10     THE COURT:  This is the reason that you called him,

11  because the defense had indicated in their opening that they

12  were going to argue, and perhaps produce evidence, about

13  Mr. Germine owning land.

14     MS. SEIFERT:  Of course.  And I assume they have a

15  witness they're ready to call for that point, but I don't

16  think they can take the government's witness when that's

17  outside the scope of the testimony he's providing today.

18     THE COURT:  I think the problem is, maybe you can do

19  this with Mr. Pelice, but you have to do it in your case.  If

20  you can call him in your case.

21     MR. ORENBERG:  I understand that, Your Honor.  But this

22  witness as I understand it was called to present evidence

23  about sources of income as to Mr. Germine, or to address

24  what --

25     THE COURT:  Sources of monies for the -- what's

1    relevant is the sources of money for the gun purchases.

2         MR. ORENBERG:  But in her opening Ms. Amato said

3    that -- referred to being a landowner and growing crops and so

4    forth as an alternative source of money for Mr. Germine.

5         THE COURT:  Okay.

6         MR. ORENBERG:  Now, I think I've established the

7    foundation that he knows him quite well, particularly

8    throughout their childhood.

9         THE COURT:  That you have.

10        MR. ORENBERG:  And he should be able to answer

11   questions about what Mr. Germine's immediate family was doing

12   with respect to income.

13        THE COURT:  Well, there's lots of things that perhaps

14   you could ask him questions on.  The question is what's the

15   scope of the examination that the government engaged in and

16   are you permitted to go beyond that scope.  The scope did not

17   include Mr. Germine's sources of money from his childhood or

18   his family, and I don't think in the government's case, with

19   the government's witness, you can expand the scope to include

20   that.  In your case you might be able to do that, but not in

21   the government's case with the government's witness.

22        MR. ORENBERG:  I understand, Your Honor.  Before I

23   resume my cross-examination, may I have a moment to consult

24   with co-counsel?

25        THE COURT:  Certainly.

1    MR. ORENBERG:  Thank you.

2    (End of bench conference.)

3    (Defense conferring.)

4    MR. ORENBERG:  Thank you, Your Honor.

5    THE COURT:  Certainly, Mr. Orenberg.

6  BY MR. ORENBERG:

7  Q.   Now, there came a time, and you told the Court that my

8  client, Mr. Germine, was in the national prison in Haiti.

9  Correct?

10  A.   Yeah.

11  Q.   And do you remember when that began?  Do you know when

12  Mr. Germine went to jail?

13  A.   I forgot.

14  Q.   Okay.  But as you sit here today, it would be -- do you

15  have any idea how long Mr. Germine has been in jail?

16  A.   I forgot, but it's been a while.

17  Q.   Okay.  When Ms. Seifert was asking you questions, she

18  asked you about conversations you had with Mr. Germine back

19  in the summer of 2021.  Do you remember that?

20  A.   In July?

21  Q.   June, July of 2021.

22  A.   Yes.

23  Q.   So you would agree with me that he was in jail at the

24  time.

25  A.   Yes.  He was in prison at that time.

1437

1      Q.    Okay.  So at least beginning in June or July of 2021,

2      you know that Mr. Germine was in the national prison.

3      A.    Yes.  2021.

4      Q.    Okay.  In fact, you know -- you would agree with me that

5      he was in the national prison prior to June or July of 2021.

6      A.    Yes.  He was there before that.

7      Q.    And you would agree with me that while Mr. Germine was

8      in the national prison, Lanmo Sanjou was in charge of the 400

9      Mawozo.

10     A.    Yes.  He was the leader, but Yonyon is the king.

11     Q.    But Mr. Lanmo Sanjou was the leader.

12     A.    Yes.  But Joly Germine is the king.

13     Q.    Now, you talked about being part of the gang.  Correct?

14     A.    Yes.

15     Q.    And then you talked about a period of time where you were

16     injured and you were out of the gang.

17     A.    Yes.

18     Q.    And then you talked about going back to the gang in --

19     well, when did you go back to the gang after being injured?

20     A.    I went back in July 2021, but I was not working back

21     then.  I had a very good relationship with Yonyon.  As a

22     matter of fact, he trusted me because I am an honest person.

23     Q.    While you were -- it's fair to say while you were in the

24     gang, Yonyon wasn't paying you, was he?

25     A.    Could you please repeat the question.

1438

1    Q.   Well, let me back up to another question first.  You told

2    us that while you were in the gang you would make between

3    1,000 and 1,500 Haitian dollars every week or every two weeks.

4    Would you agree with me?

5    A.   I agree with you.

6    Q.   And when you were paid that, you would agree with me that

7    that money did not come from Yonyon; it came from someone

8    else.

9    A.   Yes.  But he called the other person who was supposed to

10   pay me way before I went to see that person.  He called

11   beforehand.  He called Lanmo so that he could give it to me.

12   Q.   But you were not paid directly from Mr. Germine.  You

13   were paid by somebody else.

14   A.   Lanmo cannot give me any money without his approval

15   because he is the king.

16   Q.   Okay.  And you told Ms. Seifert that there came a time

17   when you were informed that the situation had changed and now

18   there was a relationship with a person named Vitel'Homme?

19   A.   Yes.

20   Q.   To be clear, that the gang had a relationship with

21   Vitel'Homme.

22   A.   The relationship came from Yonyon.

23   Q.   Did you ever meet Mr. Vitel'Homme?

24   A.   Yes.

25   Q.   In fact, you did work for him, didn't you?

1   A.    No.  I did not work for Vitel'Homme.  When I met

2   Vitel'Homme, I was sick.  That was in 2021.

3   Q.    Right.  That was during the time that you were injured.

4   Correct?

5   A.    Yes.

6   Q.    In fact, you would agree with me during the time you

7   were injured Mr. Vitel'Homme was giving you money.

8   A.    No.

9   Q.    Okay.  Now, Ms. Seifert asked you a lot of questions

10  about Santia Jean.  Remember?

11  A.    Yes.

12  Q.    And you would agree with me that you spent a lot of

13  time with Santia Jean.

14  A.    Yes.

15  Q.    In fact, you talked about being there when she had

16  communications with Mr. Germine, being in the presence of

17  Santia Jean when she had communications with Mr. Germine.

18  A.    Yes.

19  Q.    And you would agree with me that you I guess

20  characterized her as the bookkeeper for the gang.

21  A.    I agree with you.

22  Q.    Okay.  And so she was the bookkeeper for Mr. Germine.

23  Is that what you're telling the Court?

24  A.    Yes.  The truth is clear.

25  Q.    And in her role -- in your observation of her role as

1    being the bookkeeper for the gang or Mr. Germine, you were

2    able to observe, shall we say, transactions other than the

3    transactions that you talked about with Ms. Seifert.

4    A.    Yes.

5    Q.    And some of those transactions included the buying and

6    selling of crops, of commodities from Mr. Germine's land?

7              MS. SEIFERT:  Objection.  Lack of foundation.

8              MR. ORENBERG:  Okay.

9    BY MR. ORENBERG:

10   Q.    Were you --

11             THE COURT:  Sustained.  You may provide a foundation.

12             MR. ORENBERG:  I anticipated the objection being

13   sustained.

14   BY MR. ORENBERG:

15   Q.    Were you aware that Mr. Germine owned land?

16             MS. SEIFERT:  Same objection.

17             THE COURT:  I don't think that's the foundation for the

18   other question, and it may lack foundation too, but go ahead.

19   Try it again.

20             MR. ORENBERG:  Let me just ask the preliminary question

21   again.

22   BY MR. ORENBERG:

23   Q.    You and Mr. Germine had a very close relationship up

24   until early 2022.  You would agree with me.  You've already

25   told us you agreed with me.  Right?

1    A.    2021.

2    Q.    I'm sorry.  2021.  Okay.  And you said -- in fact, you

3    indicated at least twice with your fingers crossed like you

4    were together, indicating that you were very close.

5    A.    Yes.

6    Q.    And, in fact, you're cousins, but you would consider

7    yourself brothers.

8    A.    Well, he is my cousin.  We grew up in the same yard and

9    he loved me because I am honest.

10   Q.    Right.  So growing up, he knew about you, fair to say.

11   A.    Yes.

12   Q.    And you knew about him.

13   A.    Very well.

14   Q.    Okay.  And in addition to what you've talked about, his

15   role here today, being part of the gang, you knew that he had

16   other activities in his life.

17          MS. SEIFERT:  Objection.  Outside the scope.

18          THE COURT:  Sustained.  You were starting to ask

19   questions about Santia and bookkeeping, and I'll allow you to

20   ask questions about her bookkeeping.  That subject was

21   explored, and you can probe that.

22          MR. ORENBERG:  Thank you, Your Honor.

23   BY MR. ORENBERG:

24   Q.    Turning back to Santia Jean, were you aware that she was

25   doing bookkeeping activities for matters other than for the

1442

1    gang?

2    A.   She was the accountant, and under Yonyon's instructions

3    she sent money to other people, this woman in the

4    United States called Tunis, she was the one who purchased the

5    weapons for him.  She was the accountant, Santia.

6    Q.   My question, Mr. Pelice, was other than the activities of

7    the gang, were you aware that Santia Jean was doing

8    bookkeeping duties for other transactions?

9         THE COURT:  For Mr. Germine.

10        MR. ORENBERG:  For Mr. Germine.  Thank you, Your Honor.

11        THE WITNESS:  Santia is the bookkeeper for Joly

12   Germine.

13   BY MR. ORENBERG:

14   Q.   Okay.  So for financial transactions relating to --

15   she would do financial transactions relating to the gang.

16   Correct?

17   A.   Yes.

18   Q.   And she would also do financial transactions for

19   Mr. Germine relating to other matters.

20   A.   She's the one in charge.  As a matter of fact, she

21   controlled all aspects of what -- she controls all aspects

22   of Mr. Germine's financial situation.

23   Q.   Which included financial transactions that did not

24   involve the gang.  You would agree with me.

25   A.   Everything that has to do with Yonyon has to do with

1443

1    the gang because he is a gang member.

2    Q.   But being close to Mr. Germine, you were aware that

3    he had business activities other than the gang.

4         MS. SEIFERT:  Objection, Your Honor.  Lack of

5    foundation and outside the scope.

6         THE COURT:  Sustained.

7    BY MR. ORENBERG:

8    Q.   Did you ever have -- did you yourself ever see the books

9    that Ms. Santia Jean was keeping?

10   A.   Yes.

11   Q.   And it's fair to say that there were transactions in

12   there involving the gang?

13   A.   Yes.  Through Santia.  Yes.

14   Q.   You saw with your own eyes.

15   A.   Yes.  I saw them with my own two eyes.

16   Q.   And did you see other transactions, transactions that

17   involved activities other than related to the gang?

18   A.   Before becoming a gang member, Yonyon was nothing.

19   Everything that he has came from the gang.  Do you agree

20   with me?

21   Q.   Mr. Pelice, respectfully, I'm the one that asks the

22   questions.  Thank you.

23   A.   Thank you.  I'm sorry.

24   Q.   That's okay.  All right.

25        So, Mr. Pelice, you yourself have been -- you would agree

1    with me that you yourself have been arrested in connection

2    with the kidnappings in Haiti.

3    A.   I came here on my own accord in order for me to seek

4    justice for my country because there are way too many problems

5    in my country.

6    Q.   Well, you're currently under indictment in this court.

7    Correct?

8    A.   Because I spoke against kidnapping while I was in the

9    Dominican Republic, the FBI contacted me, they came over to me

10   and I went to them.

11   Q.   And you would agree with me that you've been detained for

12   the past several years in connection with the kidnappings in

13   Haiti in 2021.

14   A.   I was not kidnapping anyone.  As a matter of fact, I was

15   sick when the kidnappings occurred.  Seeing what was happening

16   and all this was, I called Yonyon and I told him this was

17   inacceptable.  I went to the Dominican Republic because I am

18   against kidnapping.

19   Q.   Okay.  But you agree with me, you have your own attorney

20   at this time?

21   A.   Are you asking if I had my own attorney by then?

22   Q.   No.  Now.  Do you have your own lawyer now?

23   A.   Yes.  I have my own attorney today.

24   Q.   In fact, he's here in the courtroom today with you.

25   A.   Yes.  Yes.

1    Q.   And you would agree with me that you are charged with

2    conspiracy to commit hostage taking.

3    A.   Yes.  I was indicted because -- yes, yes.  They indicted

4    me.  They indicted me.

5    Q.   And that case is pending before this court.

6    A.   Yes.  This matter is before the court, and that's the

7    reason why I came today.

8    Q.   Okay.  I'm going to get to that a little bit more.  But

9    that case, the case -- and to be fair, you're charged with

10   conspiracy to commit hostage taking and the actual act of

11   hostage taking in your case.  You would agree with me.

12   A.   No.  I never took anyone hostage.

13        MS. SEIFERT:  Your Honor, may I -- can we approach on

14   this topic, please?

15        THE COURT:  Come on up.

16      (Bench conference.)

17        THE COURT:  If you only want to establish that he's a

18   defendant in another case subject to those charges, I'll take

19   judicial notice of it.

20        MR. ORENBERG:  Okay.  Thank you, Your Honor.

21        MS. SEIFERT:  Any questions about the substance seem

22   improper.  He hasn't been convicted of those crimes and I

23   don't want him to start talking about them.

24        MR. ORENBERG:  No, no, no.

25        MS. SEIFERT:  We're also happy to agree or stipulate

1446

1    that he is charged.

2         THE COURT:  The government is agreeing, and I'm taking

3    judicial notice of it.

4         MR. ORENBERG:  If I could ask a couple of follow-up

5    questions, that his case hasn't been resolved and he's hoping

6    for a good outcome.

7         THE COURT:  I'll allow you to ask those two questions.

8         MR. ORENBERG:  Okay.  Thank you.

9      (End of bench conference.)

10        THE COURT:  I've taken judicial notice of the fact

11   that Mr. Pelice is subject to charges in another case that is

12   pending in this court.  And you may now proceed, Mr. Orenberg.

13   BY MR. ORENBERG:

14   Q.   Okay.  So Mr. Pelice, you would agree with me that with

15   respect to the charges -- to those charges that are pending

16   before the Court, you're hoping for a good outcome for

17   yourself.

18   A.   Well, I came here so that I can speak against the

19   kidnappings that are happening in Haiti.  And I am doing so

20   so that my people can breathe.  So that the Americans can

21   respect Haiti.

22   Q.   But you hope to be released from custody one day.

23   You would agree with me.

24   A.   Only God knows.

25   Q.   And you would agree with me that you would like to be

1    released from custody sooner rather than later.

2    A.    If they have proof that I have taken people hostage,

3    that's fine, no problem.  But I do know that I am not a

4    hostage-taker, I am not a kidnapper.  As a matter of fact,

5    Yonyon was the one who spoke to me about all that.  I came so

6    that I could speak against the missionaries who were kidnapped

7    in Haiti so this never happen again.  That's the reason why I

8    came here.

9        MR. ORENBERG:  Your Honor, I move to strike the answer

10    as being nonresponsive to the question.  The question was, you

11    hope to be released sooner rather than later.  Released from

12    custody sooner rather than later.

13        THE COURT:  Well, I think you were asking a question

14    about his motive for providing this testimony, and he's

15    answered with his motive for providing the testimony.  I'm not

16    going to strike that.

17    BY MR. ORENBERG:

18    Q.    So, prior to your coming to court here today, you have

19    come to court on other occasions.  You would agree --

20    A.    Yes.

21    Q.    And also, you would agree with me that prior to coming

22    to court today, you have met with the prosecution team in

23    connection with this case.

24    A.    Yes.

25    Q.    And how many times have you met with the prosecution team

1    prior to today?

2    A.    I sat down with them today and spoke to them.

3    Q.    But you've spoken with them on earlier occasions,

4    haven't you?

5    A.    Yes.  In different occasions, but briefly.

6    Q.    I'm sorry.  What was the last part?

7    A.    In different occasions, but briefly.

8    Q.    Oh, briefly.  Thank you.

9    A.    Briefly.  Briefly.  Not for long.  Briefly.

10   Q.    And you would agree with me that at some point you're

11   hoping to get a recommendation from the prosecution, to the

12   judge in your case, for a favorable sentence.

13        THE INTERPRETER:  Court's indulgence, Your Honor.

14   The interpreter needs to verify something.

15        (Pause.)

16        THE WITNESS:  Well, only God knows, and since the judge

17   represents God on Earth, I know that he possess the spirit of

18   discernment so that he can totally analyze this case.  I know

19   the judge has the spirit of God and God will help him so that

20   he can use discernment in order for him to judge this case

21   accordingly.  He is judging both Germine and myself.  God will

22   give him the spirit of discernment so that he, the judge, can

23   do everything.

24   BY MR. ORENBERG:

25   Q.    Now, you agreed to testify today in this trial of

1    Mr. Germine.

2    A.   I agree to testify in this case every single day

3    providing they agree with that.

4    Q.   And no one forced you to come here to testify.  You would

5    agree with me.

6    A.   I came here on my own accord to testify.

7    Q.   But as part of your appearance here today, the government

8    has given you immunity for your testimony today.  Do you

9    understand what that is?

10            MS. SEIFERT:  Objection to the form of the question.

11            MR. ORENBERG:  Sorry.

12            THE COURT:  Sustained.  Ask it again.

13            MR. ORENBERG:  Thank you, Your Honor.

14    BY MR. ORENBERG:

15    Q.   But coming here today, you would agree with me that the

16    government has given you immunity.

17            MS. SEIFERT:  Same objection.

18            THE COURT:  Same ruling.  The order issued was not

19    issued by the government.

20            MR. ORENBERG:  Oh.  Thank you, Your Honor.  I apologize.

21    BY MR. ORENBERG:

22    Q.   You would agree with me that the Court in this case has

23    issued an order granting you immunity for your testimony

24    today.

25    A.   I asked to testify.

1    Q.   But you would agree with me that you understand that your

2    testimony today, okay -- well, let me back up for a second.

3    Have you been shown an order of the Court with respect to your

4    testimony here today?

5    A.   I came here, and I surrendered totally to the Americans.

6    I don't know anything else.  Only God knows.

7    Q.   But you would agree with me that the prosecutor asked the

8    judge to issue an order granting you immunity for your

9    testimony today.

10        MS. SEIFERT:  Objection.  Lack of foundation about what

11   the government may or may not have done.

12        THE COURT:  Why do you think he knows exactly how that

13   transpired?  And if he does, you haven't asked the

14   foundational questions in order to get there.

15        MR. ORENBERG:  Thank you, Your Honor.

16        THE COURT:  And I'm not going to let you get into

17   the discussions between Mr. Pelice and his counsel.

18        MR. ORENBERG:  No, I understand that, Your Honor.

19   Thank you.

20   BY MR. ORENBERG:

21   Q.   So you would agree with me that your testimony here

22   today, unless you commit perjury, which -- you know what

23   perjury is?

24   A.   Unless I lie?

25   Q.   Right.  Unless you lie.  Unless you lie, then your

1    testimony today will not be used against you in any other

2    court proceeding.

3    A.    I am a servant of God.  I am a man of God, the father of

4    Jesus Christ who lives within me.  Everything that I have said

5    up to now is the truth and nothing but the truth.  However, if

6    anyone thinks that I am lying, may this person stand up right

7    now and discredit me.

8    Q.    But the question -- excuse me, Mr. Pelice.  You would

9    agree with me that whatever you say in court today cannot be

10   used against you in another court proceeding.

11   A.    Well, if they have anything that they can use against me,

12   so be it.  Go ahead and do it.  But I am testifying and

13   everything that I am saying is coming from the depth of my

14   heart and I'm testifying based on what I have seen and based

15   on what I have experienced.  I simply want justice everywhere.

16   I want to see justice everywhere.

17   Q.    Okay.  I'm going to move on.  I want to talk to you about

18   when you -- did there come a point when you made a decision to

19   leave Haiti?

20   A.    Yes.

21   Q.    And where did you go?

22   A.    I went to the Dominican Republic.

23   Q.    And why did you go to the Dominican Republic?

24   A.    Because I did not agree with what Yonyon was doing in

25   Haiti.

1452

1    Q.   And when you went to the Dominican Republic, where did
2    you go?
3    A.   I moved into an area called Boca Chica, in the
4    republic -- in the Dominican Republic.
5    Q.   And then you told us that at some point in time you gave
6    yourself up to the authorities?
7    A.   Yes, because prior to that I had asked the United States
8    to give me support because I'm a journalist from Haiti.
9    Q.   Now, wouldn't you agree with me that part of the reason
10   that you -- or the reason you left Haiti to go to the
11   Dominican Republic was because the gang found out that you
12   took ransom money without their permission?
13   A.   That was while I was in the Dominican Republic.  The
14   money came to me.  That is true.
15   Q.   Because you stole money from the gang.
16   A.   That was Yonyon's money.
17   Q.   And you stole that money.
18   A.   Yes.  Because I left.
19   Q.   And so when you fled to the Dominican Republic -- tell me
20   again, where did you go?
21   A.   Boca Chica.
22   Q.   And what is that?
23   A.   It's an area of the Dominican Republic that is near Jimaní.
24   Q.   And how did you get in touch with the authorities to turn
25   yourself in?

1    A.    Because I had sent a message on YouTube, and I was going

2    to come to the United States.

3    Q.    And they came and arrested you, didn't they?

4    A.    I was not arrested.  I was called, and I went because I

5    knew that I had no problems with the United States.

6    Q.    Well, you say you have no problems with the United

7    States, but yet you've been locked up for the last several

8    years.

9    A.    I agree.  I came here to plead against the kidnapping

10   that is occurring in Haiti.  I saw what happened to the

11   Americans that Yonyon had Koleg kidnap.  And I'm here to

12   prevent this from happening anymore.

13   Q.    Now, when you turned yourself in to the authorities, you

14   had a discussion with them.

15   A.    Yes.  I told them that I needed help regarding what was

16   happening in Haiti because I know a lot about what was

17   happening in Haiti.  And I was a part of it.  And you have to

18   understand that to fish, you have to get into the water.  And

19   when you get into the water, you turn into a fish as well.

20   Q.    I'm sorry.  Turn into a...

21   A.    A fish.

22   Q.    A fish.  Okay.

23   A.    You get me?

24   Q.    Okay.  And --

25            THE COURT:  We're not going to go too far with this,

1    Mr. Orenberg.

2         MR. ORENBERG:  I understand, Your Honor.  Just a few

3    more questions.

4         THE COURT:  Okay.

5    BY MR. ORENBERG:

6    Q.   Now, when you had that initial conversation with the

7    authorities, you told them that you had stolen that money from

8    the gang, didn't you?

9         MS. SEIFERT:  Objection.  Hearsay as to his prior

10   out-of-court statement.

11        THE COURT:  Well, we need the record completed, so

12   let's have the translation.

13        THE WITNESS:  While I was in the Dominican Republic,

14   the money came to me.  I had to keep it because I didn't have

15   any means to support myself and my family.  And Yonyon had

16   paid to have me killed.  So that's the reason why I had kept

17   the money.

18        THE COURT:  The objection is overruled based on the

19   answer.

20   BY MR. ORENBERG:

21   Q.   So the money you -- that money you stole from the gang

22   was money that was ransom money.  Correct?

23   A.   Yonyon's money.

24   Q.   Right.  But you stole money from Yonyon that could have

25   been used for the release of the hostages.

1    A.   Yes.  I agree with you.

2    Q.   So you didn't care about the hostages when you stole the

3    money.  You only cared about yourself.

4         MS. SEIFERT:  Objection.  Argumentative.

5         THE COURT:  I'll let the witness answer this, but we're

6    not going any further.  You may answer that question.

7         THE INTERPRETER:  May the interpreter ask for the

8    question to be repeated, please.

9         MR. ORENBERG:  Can you read back the last question?

10   Thank you.

11        COURT REPORTER:  "So you didn't care about the hostages

12   when you stole the money.  You only cared about yourself."

13        MS. SEIFERT:  Your Honor, actually I'm going to object

14   on the grounds that we're trying to elicit character evidence.

15        THE COURT:  I'm sorry, we're what?

16        MS. SEIFERT:  Character evidence about prior bad acts

17   with respect to this witness.  The way that the question is

18   asked, that it appears to be what we're trying to elicit.

19        THE COURT:  Overruled.  You may answer this question,

20   but that's the end of this line.  You may answer the question.

21        THE WITNESS:  Yes.

22        THE COURT:  He's answered yes to your question.

23        THE WITNESS:  The hostages were already in Yonyon's

24   hands.

25

1    BY MR. ORENBERG:

2    Q.   All right.  Now, you've testified here that you

3    surrendered yourself in some fashion to the authorities

4    because you wanted to expose, I guess to the world, what was

5    going on about the hostage taking in Haiti.  Is that a fair

6    statement?

7    A.   Yes.  I wanted support for Haiti and what was happening

8    in Haiti, and more specifically with the 17 missionaries who

9    were kidnapped.

10   Q.   But you would agree with me that once you were arrested,

11   you weren't able to communicate to the world yourself.  You

12   were not able to communicate to the world what was going on

13   with the hostage situation in Haiti.

14   A.   I did have problems because Yonyon had my mother and my

15   brother, and he had my wife's brother killed.  He burned my

16   house.  So I had to get out of the place.

17        MR. ORENBERG:  Your Honor, I move to strike -- I'm

18   sorry.  Was that the end of the answer?

19        THE INTERPRETER:  Yes.

20        MR. ORENBERG:  Move to strike as being nonresponsive

21   to the question.

22        THE COURT:  I'll strike the answer and the question,

23   and, Mr. Orenberg, I've given you a lot of latitude, but we

24   need to wrap this up in terms of this line of questioning.

25

```
 1    BY MR. ORENBERG:

 2    Q.   You didn't come to the United States voluntarily, did you?

 3    A.   I came to the United States voluntarily.  I came myself.

 4    Q.   You came here because you were arrested in the Dominican

 5    Republic and then the United States authorities brought you here.

 6         MS. SEIFERT:  Objection.  Lack of foundation.

 7         THE COURT:  Sustained.

 8    BY MR. ORENBERG:

 9    Q.   Where were you arrested?

10    A.   Florida.

11    Q.   Okay.

12         MR. ORENBERG:  I have no further questions, Your Honor.

13         THE COURT:  Ms. Seifert.  I'm going to let this

14    examination continue, and we're going to end it without taking

15    a break.  Let's finish it up.

16                      REDIRECT EXAMINATION

17    BY MS. SEIFERT:

18    Q.   Mr. Pelice, you were talking about Santia Jean as the

19    bookkeeper.  Could you clarify whether Ms. Jean operated as

20    the bookkeeper for the gang, the bookkeeper for Mr. Germine,

21    or both?

22    A.   For the gang and for Mr. Germine.

23    Q.   When you personally observed Santia Jean with money, was

24    the money in any forms other than cash?

25    A.   No checks.  Cash.
```

1    Q.   You mentioned on cross-examination that you had been on

2    YouTube.  Can you clarify what you meant by that?

3    A.   When I spoke on YouTube, I was giving information about

4    the way Yonyon, Lanmo Sanjou, FBI, and Koleg and their

5    activities in Haiti.  And Tunis.

6    Q.   When did the FBI contact you?

7    A.   The first time the FBI contacted me, I can't recall

8    exactly, but the second time was the end of April, beginning

9    of May.

10    Q.   Was that before or after you were on YouTube?

11    A.   While I was on YouTube.

12    Q.   When you left the Dominican Republic, were you in

13    handcuffs at that time?

14    A.   I was not handcuffed in the Dominican Republic.  I was

15    handcuffed in Florida.

16    MS. SEIFERT:  No other questions.

17    THE COURT:  All right.  Mr. Pelice is excused.  He may

18    step down.  Thank you for coming.

19    THE WITNESS:  Thank you very much.  God bless you.

20    (Witness steps down.)

21    THE COURT:  All right.  I think it's time for a morning

22    break.  I'll see you in -- I'll give you a good 15 minutes to

23    shake it all out and we'll continue at that point.  Thank you.

24    (Recess from 11:20 a.m. to 11:38 a.m.)

25    THE COURT:  While we're waiting for Mr. Germine, the

1    government should get its next witness ready to be in here.

2         (Defendant enters courtroom.)

3              MS. SEIFERT:  May we approach with counsel, Your Honor?

4              THE COURT:  Come on up.

5         (Sealed bench conference.)

6    ██████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████

8    ███████████████████████████████████████████████

9    █████████████████████████████████████████████████████████

10   █████████████

11        (End of bench conference.)

12            THE COURT:  And that bench conference will remain under

13   seal.

14            MS. SEIFERT:  Your Honor, for the record, the

15   government calls Natasha Antoine to the stand.

16        NATASHA ANTOINE, WITNESS FOR THE GOVERNMENT, SWORN

17                        DIRECT EXAMINATION

18   BY MS. SEIFERT:

19   Q.   Ms. Antoine, can you please introduce yourself to the

20   Court.

21   A.   Good morning.  My name is Natasha Antoine.

22   Q.   Where were you born?

23   A.   Haiti.

24   Q.   When did you come to the United States?

25   A.   I came to the United States 2001.

1460

```
 1      Q.   How old were you?

 2      A.   I'm 35.

 3      Q.   How old were you when you came?

 4      A.   I came when I was 12.

 5      Q.   Where in the United States did you arrive when you came?

 6      A.   New Jersey.

 7      Q.   How long did you live in New Jersey?

 8      A.   Since 2001, I would say almost 12 years.

 9      Q.   Where do you live now?

10      A.   I live in Florida.

11      Q.   In the time that you were in New Jersey, did you come to

12      know an individual by the name of Eliande Tunis?

13      A.   Yes.

14      Q.   How did you know her?

15      A.   Eliande Tunis, my father and her father used to be

16      friends, and I used to work with her.

17      Q.   Where did you work with her?

18      A.   McDonald.

19      Q.   And let's take the time period of 2021.  Okay?  What was

20      your relationship with Ms. Tunis like during that time period?

21      A.   She was my sister-in-law and was a good friend.

22      Q.   I'm sorry.  Can you say the last part?

23      A.   She was my sister-in-law.  I was dating her brother.

24      Q.   And how would you describe the relationship?

25      A.   Me and Eliande?
```

1    Q.    Yes.

2    A.    It was a good relationship to me, to my point of view.

3    Q.    How often would you talk with her?

4    A.    Twice a week.  It depends.

5    Q.    How often would you see her?

6    A.    It depends.  Sometimes I see her once a week or twice a

7    week.

8    Q.    Did there come a time in 2021 when Ms. Tunis asked you to

9    do something with respect to money?

10   A.    Correct.

11   Q.    Tell me about that, please.

12   A.    She just called me.  She said somebody going to send you

13   some money.  It's from Haiti.  And she already know my

14   information, my last name, my phone number.  I was at work.

15   I said okay.

16   Q.    Do you recall approximately when this took place?

17   A.    It was in 2020 but I don't know exactly what date was it.

18   Q.    You said it was in 2020 but I think --

19   A.    2021.  Correct.  I'm sorry.

20   Q.    That's fine.  What did you do after she told you this?

21   A.    And then when I got off from work she said you could pick

22   it up after work.  I said okay, I pick it up after work.  When

23   I went to the place at Amscot to pick up the money.  And then

24   I called her and then I told her they asking me where is the

25   money coming from, what is the money for.  She wasn't upfront

1    with me when I was telling all the information to the cashier.

2    Q.    What did Ms. Tunis tell you to tell the cashier?

3    A.    Tell the cashier that the money coming from some stuff --

4    like, she have a boutique in Haiti.  They paying her for the

5    stuff they bought from her, so they're sending the money to me

6    for her.

7    Q.    How was the money being sent?

8    A.    I think it was sent by MoneyGram or Western Union, I

9    think.

10   Q.    Were you able to get the money?

11   A.    Yes.  I did get the money for her.

12   Q.    What types of ID, if any, did you have to show --

13   A.    I gave my driver's license and my phone number.

14   Q.    Do you recall the name of the person who sent you the

15   money?

16   A.    No.  I don't know that person.

17   Q.    So let me clarify that.  As you sit here today, do you

18   remember what the name is?

19   A.    No, I don't.

20   Q.    And at the time in 2021, did you recognize the name?

21   A.    No.

22   Q.    What did you do with the money once you obtained it?

23   A.    Once I obtained it -- once they give me the money, she

24   was on the phone with me, and I told her they gave me the

25   money.  And she said okay, she going to meet me halfway to

1    my house by Dollar General to get the money.

2    Q.   And the "she" you're talking about is Ms. Tunis?

3    A.   What is it?

4    Q.   The "she" is Ms. Tunis?

5    A.   That is Ms. Tunis we're talking about, yes.

6    Q.   How much money do you recall obtaining?

7    A.   I believe it was 2,500 if I'm not -- I'm not sure.  I

8    don't remember exactly the number but I think it was around

9    that.

10   Q.   And I'd like to have shown to the witness -- this has not

11   been admitted, but just for authentication purposes, what is

12   Government's Exhibit 500.B at page 8.

13       And without stating the address, if you could just -- I'm

14   going to circle the address on this page.  Do you recognize

15   that address?

16   A.   Yes.

17   Q.   In 2021, how were you affiliated with this address?

18   A.   That is my address.

19   Q.   Where you lived.

20   A.   Yes.

21       THE COURT:  This is 104.B?

22       MS. SEIFERT:  Excuse me.  This is 500.B, copies of

23   which were placed up here with your clerk, Your Honor.

24       THE COURT:  500?

25       MS. SEIFERT:  B.

1    THE COURT:  So it's not on the exhibit list yet.

2    MS. SEIFERT:  It should be on the exhibit list from

3    Friday.

4    THE COURT:  I'm looking for 500.B -- maybe it's on the

5    new list you gave me over the weekend?

6    MS. SEIFERT:  I think it is, Your Honor.

7    THE COURT:  So 500.B.

8    MS. SEIFERT:  Yes, so for the record, we've just

9    updated it, so there an A and a B.  This is 500.B page 8, and

10    there's an address on that page.  That's the only thing we're

11    asking the witness about.

12    THE COURT:  All right.  So you're not moving to admit

13    it.

14    MS. SEIFERT:  Not at this time, Your Honor.

15    THE COURT:  All right.

16    BY MS. SEIFERT:

17    Q.    You said you met in the middle at the Dollar General.

18    A.    Correct.

19    Q.    What did you do with the money?

20    A.    I just handed her the money and then she drive off.

21    Q.    Did Ms. Tunis tell you what the money was for?

22    A.    No.  She did not tell me.  When I was at the cashier, she

23    told me when they asked me the questions at the cashier, and

24    why the money come from Haiti, what's the money for, what's

25    the reason they send it, and she told me exactly what to say

1   to them.  And then when they gave me the money, I told her

2   they gave me the money.  And then after that, she said okay,

3   I'll come and get it.

4   Q.   Okay.  But beyond that conversation while you were at the

5   cashier, did Ms. Tunis have any other conversations with you

6   about this money?

7   A.   No.

8   Q.   During 2021 when you were friends with Ms. Tunis, how

9   often did she go to Haiti?

10  A.   She would go to Haiti a lot.

11  Q.   Can you tell us what you mean by a lot?

12  A.   In a month I guess she could go twice --

13       MS. AMATO:  Your Honor, objection.  Speculative and

14  foundation.

15       THE COURT:  I think the question, can you tell us what

16  you mean by "a lot," those objections are overruled and the

17  witness can answer the question.

18       THE WITNESS:  She go to Haiti a lot.  Like in a month

19  she could go twice.  I don't know exactly.  I don't count how

20  many times she go to Haiti.

21  BY MS. SEIFERT:

22  Q.   Okay.  Do you recall Ms. Tunis telling you that she was

23  going to Haiti in 2021 in October?

24  A.   She did.

25  Q.   And when she returned from Haiti, do you recall having a

1    conversation with her upon her return?

2    A.    Correct.

3    Q.    Can you tell me about that conversation?

4    A.    That's when I guess when she came back and then she told

5    me she need a favor from me.  I didn't ask her what was going

6    on, nothing, because it's not my point to ask what's going on.

7    That's not my business.  And she just told me she need a favor

8    from me.  That's when she was waiting at my house.  I was at

9    work when she called me.

10    Q.    Let me just clarify.  You were at work?

11    A.    Yes.  When she called me, she said she need a favor from

12    me.

13    Q.    Where was Ms. Tunis?

14    A.    I don't know exactly where she was.  She say she was

15    going to wait for me.

16    Q.    Did you go meet her?

17    A.    Actually, when I get off from work she was at my parking

18    lot at my house.

19    Q.    Did you speak to her while she was there at your house in

20    the parking lot?

21    A.    Correct.

22    Q.    What did she say?

23        MS. AMATO:  Objection.  Hearsay.

24        MS. SEIFERT:  It's in furtherance of the conspiracy,

25    Your Honor.

```
 1              THE COURT:  Overruled.  You may testify.
 2              THE WITNESS:  Yes.  She told me I want you to call the
 3      guy that -- call the guy that take her stuff because she said
 4      she needed stuff from the box, the barrier, I guess you could
 5      call that, the barrier, so he could bring it back to her.
 6      BY MS. SEIFERT:
 7      Q.   I think I heard you say Papi --
 8      A.   Papi Box, correct, that's how we call it.
 9      Q.   Can you just wait till I finish my question for our court
10      reporter?
11      A.   Okay.
12      Q.   To clarify, I believe you said Papi Box.
13      A.   Correct.
14      Q.   And what is that name?
15      A.    It's Wilfrid.  That's his name.
16      Q.   And how do you know that person?
17      A.   He usually get stuff from me, pick up stuff from my
18      house.  From Eliande I know that person.
19      Q.   And you said he picked up things from your house.  What
20      types of things --
21      A.   Before.
22      Q.   What types of things did he ask -- excuse me.  What types
23      of things did you ask him to pick up for you?
24      A.   From me?  At a specific time or...
25      Q.   In general, for you?
```

1    A.   When he pick up for me from my house, it's like clothes,

2    food, and then stuff I don't use, so I send to my family.

3    Q.   Where did you ask Papi Box, Mr. Wilfrid, to send these

4    items?

5    A.   My item or?

6    Q.   Your items.

7    A.   To send to Haiti.

8    Q.   And when Ms. Tunis said call Papi Box, who did you think

9    she was referring to?

10   A.   Wilfrid.

11   Q.   And I'd like to show the witness -- this has not been

12   admitted, but Government's Exhibit 480.

13        Okay.  Apologies.  485, if I could have shown to the

14   witness, please.

15        485 is a single page, is a screenshot of a contact card.

16   Do you recognize this?

17   A.   Yes.

18   Q.   And how do you recognize it?

19   A.   By the name.

20   Q.   And have you seen this contact card before?

21   A.   Yes.

22   Q.   Where have you seen it?

23   A.   This is -- I have the number.

24   Q.   Okay.  Is this contact card from your phone?

25   A.   Correct.

1        MS. SEIFERT:  Your Honor, move to admit Government's

2    Exhibit 485.

3        MS. AMATO:  No objection.

4        THE COURT:  Without objection, 485 is admitted.

5                    (Government Exhibit No. 485

6                     received into evidence.)

7    BY MS. SEIFERT:

8    Q.   And we can publish.  And then there's this name here.

9    Could you read that for us?

10   A.   Wilfrid Bwat.

11   Q.   What does the name Wilfrid mean?

12   A.   Wilfrid is his name, and then --

13   Q.   What's the Bwat, B-W-A-T?

14   A.   That means box.

15   Q.   It means box?

16   A.   Yes.

17   Q.   So this person is stored in your phone as Wilfrid box.

18   A.   Yes.

19   Q.   Okay.  B-W-A-T, what language is that in?

20   A.   That's Creole.

21   Q.   Thank you.  Okay.  Is this the person that you called?

22   A.   Correct.

23   Q.   What did Ms. Tunis ask you to say to Mr. Wilfrid when you

24   called him?

25   A.   She told me to tell him she forgot the wedding dress in a

1    box, so he could bring it back so she could get the wedding

2    dress.  Because I believe at that time Ms. Tunis know that

3    Wilfrid know that Tunis was in Haiti.  Tunis wasn't back yet.

4             MS. AMATO:  Objection, Your Honor.  Speculative.  Lack

5    of foundation.

6             MS. SEIFERT:  I can clarify what she means by that.

7             THE COURT:  The lack of foundation to the question or

8    to the answer?  Don't usually object to the answer for a lack

9    of foundation, but we'll let Ms. Seifert clarify.

10   BY MS. SEIFERT:

11   Q.   So Ms. Tunis told you to call Mr. Wilfrid and say that

12   she needed something from the box.

13   A.   Correct.

14   Q.   And why did she ask you to make the call and not her?

15            MS. AMATO:  Objection.

16            THE COURT:  Basis?

17            MS. AMATO:  Speculative.  Excuse me.  Lack of

18   foundation.

19            THE COURT:  Sustained.

20   BY MS. SEIFERT:

21   Q.   Did she tell you why she wanted you to call instead of

22   calling herself?

23   A.   Because Wilfrid think that she was still in Haiti.  She's

24   not back yet.  So she want me to call.

25   Q.   And is that what she said to you?

1    A.    Yes.

2    Q.    Now, the boxes that Wilfrid had, what did Ms. Tunis tell

3    you about why Mr. Wilfrid had those boxes?

4    A.    She didn't tell me why.

5    Q.    Did she tell you that he had boxes?  What did she tell

6    you about the boxes in general?

7    A.    She just told me she gotta get something from the box.

8    Q.    Where did you understand from your conversation that the

9    boxes were at the time that you called Mr. Wilfrid?

10   A.    Where I think the box was?

11   Q.    Where did you understand the boxes were when you called

12   Mr. Wilfrid?

13   A.    I don't really recall that, where.

14   Q.    What were you asking Mr. Wilfrid to do?

15   A.    To bring the box back to her sister house.

16   Q.    And whose sister are you referring to?

17   A.    Eliande's sister.  That's Flor.

18   Q.    I'm sorry, say that again?

19   A.    Flor, that's Eliande's sister.

20   Q.    Is that F-L-O-R?

21   A.    Correct.

22   Q.    Do you know Ms. Flor?

23   A.    Yes.

24   Q.    Is she also the sister of your --

25   A.    Correct.

```
 1    Q.   Let me finish.

 2    A.   Okay.  Sorry.

 3    Q.   Is she also the sister of your boyfriend?

 4    A.   Yes.

 5    Q.   And I'm sorry.  You said he was your husband.

 6    A.   Not husband.  Boyfriend.

 7    Q.   Had you been to Ms. Flor's house before?

 8    A.   No.

 9    Q.   Did you know the address?

10    A.   No.

11    Q.   Who gave you the address for Ms. Flor's house?

12    A.   Eliande called Flor so Flor could send the address.

13    Q.   And did Ms. Tunis tell you the address for Flor?

14    A.   Flor sent the address to the phone, and then I sent the

15    address to Papi Box.

16    Q.   So Flor sent the address to you?

17    A.   Yes.

18    Q.   And you communicated that to Mr. --

19    A.   Correct.

20    Q.   Mr. Wilfrid.

21    A.   Yes.

22    Q.   What did Mr. Wilfrid say he would do?

23         MS. AMATO:  Objection.  Hearsay.

24         MS. SEIFERT:  It's not for the truth, Your Honor, just

25    the effect on the listener, because of what she then does
```

1    next.

2            THE COURT:  I'll allow the testimony and we'll see.  If

3    I have to strike it, I will.  But the objection is overruled.

4    You may answer.

5            THE WITNESS:  He said, okay, he going to bring it.

6    BY MS. SEIFERT:

7    Q.   I'm sorry.  Can you say it again?

8    A.   He said okay, he going to bring the box the address that

9    I sent him.

10   Q.   So then what did you do?

11   A.   I just wait, and then Eliande was in the car as well,

12   just waiting in the parking lot, a couple of minutes, and then

13   I said okay.  And then in 10 minutes -- and then Eliande say

14   call him to see if he drop it off yet.  And then I just call

15   him in 10 minute and then he say yes, he drop it off.

16   Q.   Then what did you do?

17   A.   Then Eliande said, go ahead, go get the stuff for me.  I

18   said okay.  I didn't ask what stuff.  So when I went there and

19   I see boxes and barrier and then I call her, I say I don't

20   know what you told me to look for.

21           MS. AMATO:  Objection to hearsay.

22   BY MS. SEIFERT:

23   Q.   Let's break this down a little bit, okay?  So you said

24   Ms. Tunis asked you to go there.  Where's the "there" she

25   asked you to go to?

```
 1      A.   Flor house.

 2      Q.   Did you go to Flor's house?

 3      A.   Yes, I did.

 4      Q.   Can you describe Flor's house for the Court?

 5      A.   All the stuff was in the living room --

 6      Q.   Sorry.  What does it look like from the outside?

 7      A.   It was an apartment she was living in.

 8      Q.   Where was it located?

 9      A.   It's located in Deerfield.

10      Q.   Is that Deerfield Beach, Florida?

11      A.   Correct.

12      Q.   Had you been to Flor's house before?

13      A.   No.  That was the first time.

14      Q.   When you went to Flor's house, how did you get inside?

15      A.   I knock on the door.

16      Q.   Who answered?

17      A.   Flor answer.

18      Q.   And where did you go?

19      A.   I just go stay in the living room.

20      Q.   So did you go inside?

21      A.   Yes, I did.

22      Q.   When you were in the living room of Flor's apartment,

23      what did you see in the living room?

24      A.   I see like three barriers and then couple box.

25      Q.   Now, you're saying the word "barriers."  Can you describe
```

1    to the Court what you mean?

2    A.    It's like it's blue and it's big, a little tall.  I don't

3    know how to describe that.

4    Q.    And have you previously seen a photo of what you're

5    talking about?

6    A.    I think.  Yes.

7    Q.    Did we meet yesterday?

8    A.    Yes.

9    Q.    And did you look at a photo?

10   A.    Yes.

11   Q.    Okay.  And was that photo the same type of item that

12   you're talking about now?

13   A.    Correct.

14         MS. SEIFERT:  Your Honor, if I could have shown to the

15   witness what's in evidence as Government's 430.06.  Oh, sorry.

16   No.  One second.

17      Thank you, Your Honor.  If I could have shown to the

18   witness what's in evidence as 108.83.

19         THE COURT:  108.83.

20   BY MS. SEIFERT:

21   Q.    Okay.  Is this the photo that we looked at before?

22   A.    Correct.

23   Q.    And how do these containers that we see in the photo

24   compare to what you saw in Ms. Flor's living room?

25   A.    That's exactly what I see when I went there.

1    Q.    Okay.  Now, besides the containers that we see in 108.83,

2    did you see any other types of boxes?

3    A.    I think I did see a box but I wasn't sure.  I think I did

4    see a box.

5    Q.    When you saw these containers, were they open or closed?

6    A.    They was closed.

7    Q.    And what did you understand you were supposed to do with

8    respect to the items inside the box and the containers?

9    A.    I didn't know if she wanted me to open it and then to dig

10   in it exactly -- I said when I go in there I open it, I see

11   juice, water, Gatorade, and clothes.  I say I don't know what

12   you want me to look for.

13   Q.    And when you said "I don't know what you want me to look

14   for," who did you say that to?

15   A.    Eliande, on the phone.

16   Q.    So was she present at that time?

17   A.    At that time when she told me to go look for it?

18   Q.    Yes.

19   A.    She wasn't at present.  But when I told her, what do you

20   ask me to look for, I didn't see anything, that's when she

21   came over.

22   Q.    How long did it take Ms. Tunis to get there?

23   A.    Five to 10 minute to get there.

24   Q.    When she arrived, what did you see her do with respect

25   to these barrels?

1    A.   She was digging in all of them.  So she said that's what

2    she was looking for.  I said okay and I just sat back.

3    Q.   And what, if anything, did you see her take out of the

4    barrels?

5    A.   She take guns out.  And then she put some of them in her

6    bag.

7    Q.   Okay.  The guns she took out, can you describe what they

8    looked like?

9    A.   I don't know gun like that, but I know she put some of

10   them in her purse, and then I think it was three or four, I'm

11   not sure, I don't know exactly the number she had put in her

12   purse.  And then it was a long one that was in a bag.  I can't

13   describe it because I don't know what it looked like.  I don't

14   know what the names.

15   Q.   Let's talk about the three or four that Ms. Tunis put in

16   her purse.  How big were they?

17   A.   It wasn't that big.  I believe the one that the cop --

18   Q.   I'm sorry.  I want to make sure I heard you.  The ones

19   that the cops usually carry?

20   A.   Yeah.  The small one.

21   Q.   So a gun you could carry in your hand.  Is that fair?

22   A.   Yeah, I think so.

23   Q.   And you saw her put them in a purse.  What color was the

24   purse?

25   A.   It was a black purse.

```
 1      Q.   And I'd like to have shown to the witness what's been
 2      admitted as Government's 450.58.
 3               THE COURT:   450 dot what?
 4               MS. SEIFERT:   450, page 58.   450 is a single exhibit,
 5      and I'm asking for page 58, please, to be shown.
 6      BY MS. SEIFERT:
 7      Q.   Do you recognize anything in this photo?
 8      A.   Yes.
 9      Q.   What do you recognize?
10      A.   The bag.
11      Q.   Could you circle it on your screen with your finger?
12               MS. SEIFERT:   For the record the witness has circled
13      the black bag in the photo.   There's only one bag in the
14      photo.
15      BY MS. SEIFERT:
16      Q.   Is this the bag that you're referring to?
17      A.   Yes.  It was a backpack.
18      Q.   Okay.  You can take that down, please.
19               Now, you mentioned there was another gun that was longer.
20      Can you describe what that looked like?
21      A.   I don't know how to describe it, but I know it's like --
22      it's a big one.
23      Q.   Okay.  And I can't see your hands so --
24      A.   I don't know how to explain it.  It was just long.
25      I don't know.
```

1    Q.    Okay.  And just for the record, the witness has taken her

2    hands and she's put them out to each side while she's saying

3    she doesn't know how to describe its size.

4         How was that gun packaged?

5    A.    It was in a trash bag.

6    Q.    And when you say it was in a trash bag, was it free

7    floating in a trash bag or was there anything --

8    A.    There was wrapping around with the trash bag.

9    Q.    If I could have shown to the witness what's been admitted

10    as 430.06.  And you see here the image in front of you?

11    A.    Yes.

12    Q.    How did this compare with the gun that you said you saw

13    at Ms. Flor's house in terms of the packaging?

14    A.    It was like -- it was that one.

15    Q.    So --

16         MS. AMATO:  Objection.

17    BY MS. SEIFERT:

18    Q.    My question is just is it similar or different in

19    general.

20    A.    I think it looks similar, but I didn't really pay

21    attention.  But it looked similar, yes.

22    Q.    Okay.  Thank you.  We can take this down.

23         Now, let's talk about the long gun.  How did you know

24    that it was a gun?

25    A.    How do I know?

1   Q.   Yeah.

2   A.   It's the way it looked and in the way it shaped, I

3   believe that's how I know it was.

4   Q.   What did Ms. Tunis do with the long gun?

5   A.   She said can you carry it, take it to her house, so her

6   husband won't know.

7   Q.   Did you do that?

8   A.   Yes.  She told me at that time I don't have no other

9   option, but yes, I did carry it to her house.

10  Q.   How did you carry it, just as it was wrapped?

11  A.   It was wrapped and then she just put it in my trunk and

12  then she take off and I was behind her.

13  Q.   What if any other bag did she use for that gun?

14  A.   What is it?

15  Q.   Did she use any other bag?

16  A.   No.

17  Q.   And I just want to clarify.  I think you -- when we met

18  last time, I think you told me you thought she put it in a

19  garbage bag?

20  A.   Trash bag.  Garbage bag.  Trash bag.

21  Q.   Okay.  And who took the gun, the long gun out of the

22  apartment?

23  A.   The apartment?  I take it -- she was in front, and I

24  carry it in the bag.  She just put it in my trunk.

25  Q.   Where did you go after that?

```
1    A.   Straight to her house.  Eliande house.

2    Q.   Did you drive together or separately?

3    A.   She drive her car and I drive my car.

4    Q.   And once you got to Ms. Tunis's house, what did you do?

5    A.   I just give it to her at the door.

6    Q.   Did Ms. Tunis tell you why she needed you to do this for

7    her?

8    A.   No, she did not.

9         MS. SEIFERT:  No other questions.

10        THE COURT:  Ms. Amato.

11        MS. AMATO:  Thank you.

12                    CROSS-EXAMINATION

13   BY MS. AMATO:

14   Q.   Good afternoon.

15   A.   Good afternoon.

16   Q.   All right.  So you told us that you've known Tunis for a

17   long time.  Correct?

18   A.   Correct.

19   Q.   In fact, as you said, you knew her back in New Jersey.

20   A.   Correct.

21   Q.   So that was before you lived in Florida.  Correct?

22   A.   Correct.

23   Q.   And that was before she lived in Florida.  Correct?

24   A.   Yes.

25   Q.   And when did you move from New Jersey to Florida?
```

1482

1    A.   I don't remember exactly but I've been in Florida for a
2    couple years.
3    Q.   Couple of years?
4    A.   Yes.
5    Q.   So you arrived here when you were 12 years old if I heard
6    you correctly?
7    A.   That was in New Jersey.
8    Q.   Okay.  So how old were you when you moved from New Jersey
9    to Florida?
10   A.   How old I was?
11   Q.   Yeah.
12   A.   I don't recall it.  Because I move -- I've been in
13   Florida for almost seven years now.
14   Q.   So how old are you now?
15   A.   I'm 35.
16   Q.   Okay.  So you're 35 and you've been in Florida for seven
17   years, so if I did the math correctly, you were about 22 years
18   old --
19   A.   Correct.
20   Q.   -- when you moved to Florida.  Okay.  And when you moved
21   to Florida, was Ms. Tunis already living in Florida?
22   A.   Yes.
23   Q.   Do you recall how long she had been living in Florida?
24   A.   No.
25   Q.   Did you move to Florida because she was living in

1    Florida?

2    A.    No.

3    Q.    So just by happenstance you all moved there --

4    A.    Correct.

5    Q.    Now, during that time period, did you lose contact with

6    her after she moved from Florida to --

7    A.    Did I do what?

8    Q.    Lose contact when she moved from New Jersey --

9    A.    No.

10    Q.    You continued to --

11    A.    Correct.

12    Q.    -- maintain your relationship with her.

13    A.    Yes.

14    Q.    Now, in 2021, you told us she asked you to pick up some

15    money for her?

16    A.    Correct.

17    Q.    And she asked you to do that just that one time.

18    Correct?

19    A.    Yes.

20    Q.    And you said to us when you were asked when in 2021 and

21    you said you couldn't recall.

22    A.    Correct.

23    Q.    All right.  So was it cold out?  Do you recall if it was

24    cold out when she asked you?  I mean --

25    A.    In Florida it's always hot.

1    Q.   It's always hot in Florida, okay.  Maybe not this year.
2         But let me ask you this, was it very hot out then when
3    she asked you to do this?
4    A.   Excuse me?
5    Q.   Was it very hot when she -- the climate, when she asked
6    you to pick up the money?
7    A.   Was it what?
8    Q.   Hot.  Warm.
9    A.   It was warm.  It wasn't cold.
10   Q.   Yes.  But -- okay.  Was it in the summer, then?
11   A.   I don't recall.  It was back in 2021.
12   Q.   So you have no idea when --
13   A.   In Florida it's always hot.
14   Q.   But it's hotter in certain months.  Correct?  In the
15   summer -- you would agree with me that it's much hotter in the
16   summer in Florida, right?
17   A.   Yeah.
18        THE COURT:  We've established that.
19        MS. AMATO:  All right.
20   BY MS. AMATO:
21   Q.   And she had told you -- she gave you instructions in case
22   there was any concern or any issue that might have come up
23   when you went to pick up the money.  Correct?
24   A.   Yes.
25   Q.   And she told you that she had a boutique in Haiti.

ANTOINE - CROSS

```
 1         Correct?
 2         A.    Yes.
 3         Q.    And she had a boutique in Haiti.  Correct?
 4         A.    Yes.
 5         Q.    And in the boutique in Haiti she sold clothing.  Correct?
 6         A.    Correct.
 7         Q.    So in your mind it made sense what she had told you to
 8         tell them.  Correct?
 9         A.    Yes.
10         Q.    And do you recall how long -- how many years she had had
11         that boutique in Haiti at that point?
12         A.    I don't recall it.
13         Q.    And you had even visited the boutique in Haiti?
14         A.    Once.
15         Q.    Was it in Port-au-Prince, or was it somewhere else?
16         A.    It was in Port-au-Prince.
17               MS. SEIFERT:  Objection.  Outside the scope.
18               THE COURT:  Overruled.
19         BY MS. AMATO:
20         Q.    So it was in the capital of Haiti.
21         A.    No, it wasn't.
22         Q.    Excuse me.  Did you not say it was in Port-au-Prince?
23         A.    Port-au-Prince and where she live is two different thing.
24         Q.    Okay.  I didn't ask where she lived.
25         A.    Where she built the boutique is two different thing from
```

1    Port-au-Prince.

2    Q.    And the boutique, I thought you said, was in

3    Port-au-Prince.

4    A.    It wasn't Port-au-Prince.  It was in Croix-des-Bouquets.

5    Q.    Okay.  So her boutique was in Croix-des-Bouquets.

6    A.    Correct.

7    Q.    Okay.  And in that boutique, did she sell both men and

8    women's clothing or just women's clothing?

9            MS. SEIFERT:  Same objection.

10           THE WITNESS:  I don't know.  I only been there once.

11           THE COURT:  Don't go too far with this because it's

12    pretty far off the subject matter of the direct testimony.

13           MS. AMATO:  All right.

14    BY MS. AMATO:

15    Q.    Okay.  So you were able to pick up the money for her.

16    A.    Yes.

17    Q.    And you gladly did this favor for her.

18    A.    Correct.

19    Q.    And then you gave her the money.

20    A.    Yes.

21    Q.    And did she pay you anything for this?

22    A.    No.

23    Q.    No?  Okay.  She didn't take you to lunch or do --

24    A.    No.

25    Q.    -- anything in return.  Okay.  But you had a relationship

1487

```
 1        in terms of you would do her favors and she would do you

 2        favors.

 3        A.   She don't do me no favor.

 4        Q.   She didn't do you any favors?

 5        A.   No.

 6        Q.   So it was a one-way relationship.

 7        A.   That's it.

 8        Q.   Okay.  All right.  You told us that she would go to Haiti

 9        every year.  Correct?

10        A.   Yes.

11        Q.   Okay.  And, in fact, you said that she would go twice in

12        a month.  Each month she would go about two times?

13        A.   Correct.

14        Q.   And again, that was you knew she had a boutique that she

15        would go to check on?

16        A.   That's not my business where she go, where she doesn't

17        go.  That's not my business.

18        Q.   All right.  Now, you said you were born in Haiti.

19        Correct?

20        A.   Correct.

21        Q.   And you still have family in Haiti?

22        A.   Yes.

23        Q.   And so even though you were living in the United States,

24        you would also go back to Haiti.  Correct?

25        A.   Correct.
```

1    Q.   Every year as well?

2    A.   No.

3    Q.   Every other year?

4    A.   No.

5    Q.   Okay.  How often do you go back?

6    A.   I could go like -- it could be five years, I don't go to

7    Haiti, it could be two years I don't go.

8    Q.   And you told us too that you send things to Haiti

9    yourself, and that's why you know this individual named Papi

10   Box, Wilfrid?

11   A.   Yes.

12   Q.   When did you start sending things to Haiti using Papi Box?

13   A.   I don't recall it when I start using him to send stuff to

14   Haiti.

15   Q.   But it was definitely before the year 2021?

16   A.   Correct.

17   Q.   So even though you wouldn't yourself always go to Haiti,

18   you would still send things.  Correct?

19   A.   Correct.

20   Q.   Okay.  And how often per year would you send things?

21   A.   I just told you I don't recall it.

22   Q.   You don't recall?  Do you still send things to Haiti?

23   A.   I don't send for years now.

24   Q.   Things are a little bit more difficult.  Correct?

25   A.   Correct.

1    Q.   And when you would send things to Haiti, would you also

2    use the barriers, the barrels --

3    A.   I use box.

4    Q.   You use boxes.  Okay.  But you've seen those barrels

5    before?

6    A.   Yes.

7    Q.   Besides what you saw in Tunis's house, you've seen other

8    people use those barrels --

9    A.   Yes.

10   Q.   -- to send things to Haiti?

11   A.   Correct.

12   Q.   And would your family in the United States use those

13   barrels to send things?

14          MS. SEIFERT:  Objection.  Hearsay.

15          THE COURT:  Overruled.

16          THE WITNESS:  Do I what?

17   BY MS. AMATO:

18   Q.   Your family.  You said you've seen people send things in

19   those barrels --

20   A.   I've seen friends, yes, use the barrels to send stuff to

21   Haiti.

22   Q.   So there's nothing unusual about using those barrels?

23   A.   No.

24   Q.   Now -- so on this particular day in October, and you

25   don't know the date, correct, when Tunis had asked you to do

1    this other favor for her?

2    A.   Can you repeat that again?

3    Q.   Sure.  So you don't recall the exact date that Tunis had

4    asked you to do this favor for her.

5    A.   Correct.

6    Q.   And when you called Papi Box, he recognized your voice.

7    Correct?

8    A.   Yes.

9    Q.   Because you had been dealing with him for some time.

10    A.   Yes.

11    Q.   And so when you made the request, he had no problem

12    complying and obliging your request.

13    A.   Correct.

14    Q.   And you had told us that you believed that Papi Box

15    thought that Tunis was in Haiti at the time.  Correct?

16    A.   Yes.

17    Q.   Okay.  Is that what you were instructed to tell him?

18    A.   Correct.

19    Q.   Now -- so it's your testimony here today that you were

20    not instructed to tell him that you were in New Jersey.

21    A.   Who was in New Jersey?

22    Q.   That Tunis was in New Jersey?

23    A.   Tunis was in Haiti at that time.  Let me repeat it again.

24    She told me Papi Box think that she was still in Haiti and not

25    New Jersey.

1491

1    Q.   Okay.  So it's your testimony today that Tunis did not

2    tell you to tell Papi Box that she was in New Jersey.

3    A.   Correct.

4    Q.   Now, you recall meeting -- I guess you just said that you

5    met with Ms. Seifert yesterday?  Is that correct?

6    A.   Yes.

7    Q.   But you had met with her and Agent Suarez in December --

8    on December 15, 2023.  Correct?

9    A.   Uh-huh.

10   Q.   Yes or no?

11   A.   Yes.

12   Q.   Okay.  And at that time you also were asked about what

13   Tunis had told you to tell Papi Box in terms of her location.

14   A.   Yes.

15   Q.   And at that time you wanted to tell law enforcement the

16   truth.  Correct?

17   A.   Yes.

18   Q.   And you wanted to be accurate in your statements to them.

19   Correct?

20   A.   Correct.

21   Q.   All right.  And at that time you told them that Tunis

22   had told you to tell Papi Box that she was in New Jersey.

23   A.   I didn't say New Jersey.

24   Q.   You did not.  Okay.

25        MS. AMATO:  All right.  Your Honor, I would like to --

1    strike that.

2    BY MS. AMATO:

3    Q.   Now -- okay.  So once you went to Flor's residence -- and

4    you said that you had never been there before.  Correct?

5    A.   Correct.

6    Q.   Did you know Flor -- did Flor ever live in New Jersey?

7    A.   Yes.

8    Q.   Did you know her in New Jersey?

9    A.   There's a whole family.  It's Tunis family.  Yes.

10   Q.   Okay.  All right.  But in Florida you had never been to

11   her apartment until this particular day.

12   A.   Correct.

13   Q.   And you were asked -- now, you told us that you saw boxes

14   and barriers or barrels, as you said, when you went into the

15   residence.  Correct?

16   A.   Correct.

17   Q.   You didn't see Papi Box at the residence, did you?

18   A.   No.

19   Q.   You didn't see Papi Box arrive.  Correct?

20   A.   No.

21   Q.   All right.  And you didn't see him leave either.

22   A.   No.

23   Q.   So you arrived and you enter and you see these barrels

24   and boxes.  Correct?

25   A.   Correct.

1    Q.   So you have no personal knowledge yourself as to actually
2    how they got there.
3    A.   Correct.
4    Q.   And you have no idea how long they had been there either.
5    A.   No.
6    Q.   And you told us that the barriers, the barrels were blue.
7    Correct?
8    A.   Yes.
9         MS. AMATO:  Can you provide me 108.83.
10   BY MS. AMATO:
11   Q.   You were asked by Ms. Seifert to look at Government's
12   Exhibit 108.83, and you were asked if the barrels in this
13   photo is what you saw in the residence.  Do you see that now?
14   A.   Yes.
15   Q.   And these again are the barriers/barrels that you've seen
16   friends of yours send things to Haiti in.  Correct?
17   A.   Correct.
18   Q.   And the two that we see in front here are actually --
19   this one that I'm going to circle and this one are actually
20   gray.  Correct?
21   A.   Yes.
22   Q.   Okay.  So there's actually only one barrel to the left
23   that's blue.  Correct?
24   A.   Yeah.
25   Q.   And the other two are gray.

1    A.    Basically they're all the same.  They're called barriers.

2    Q.    So they're all the same but they're different colors.

3    A.    I didn't look at the color but I know the first one, the

4    one I first saw was blue, so I just go by blue.

5    Q.    And you don't know anything about this photograph.

6    Correct?

7    A.    No.

8    Q.    You have no idea where it was taken?

9    A.    No.

10   Q.    You have no idea who these barrels belong to?

11   A.    No, I don't.

12   Q.    All right.  And then when Tunis arrived, she began to go

13   through the boxes.  Correct?

14   A.    Yes.

15   Q.    And the barrels.  Correct?

16   A.    Yes.

17   Q.    And after she went through that, you said -- you told us

18   that she put three or four weapons, which you've described as

19   being cops' small weapons into her purse.  Correct?

20   A.    Yes.

21   Q.    And you were shown a photograph of a bag at Government --

22        MS. AMATO:  Can we use Government's 450, page 58?

23   BY MS. AMATO:

24   Q.    Showing you what's been marked as Government's 450.80.

25   Now, you had never seen this bag before that date.  Correct?

1495

1    A.   That's the day she was carrying a black bag.

2    Q.   That day she was carrying a black bag.

3    A.   Yes.

4    Q.   Okay.  But before that day you had never seen her

5    carrying this bag.

6    A.   I don't see her very often like that.

7    Q.   So the answer is that no?

8    A.   No.

9    Q.   And after that you did not see her carrying that bag.

10   A.   What after?

11   Q.   You're saying that on that particular day you saw her --

12   you saw this bag.  That's what you've told us.  Correct?

13   A.   Yes.

14   Q.   And so you've just admitted that before that day you had

15   never seen her with this bag.  Correct?

16   A.   I don't pay attention what she carry, what she doesn't

17   carry.

18   Q.   Right.  And so your testimony is that you --

19   A.   At that time, that's the bag she was carrying, yes.

20   Q.   And so after this date you did not see her with this bag?

21   A.   No.

22   Q.   Now, you were shown a photograph of an item that was

23   covered in a black kind of garbage bag or something like that.

24   Correct?

25   A.   Yes.

1    Q.    And you said that that looked similar to another item

2    that she took out of the boxes or the barrels.  Correct?

3    A.    Correct.

4    Q.    But you yourself never opened and unravelled the

5    covering.  Correct?

6    A.    No.

7    Q.    So you yourself never actually saw what was underneath.

8    Correct?

9    A.    She was pulling out.

10   Q.    Sorry?

11   A.    When she was taking out from the barrel, yes.  I just sit

12   back when she was taking out and I see what looked like a gun,

13   yes.

14   Q.    Okay.  So you're saying she actually took off the

15   covering?

16   A.    She just took it out from the bag.  She took it out from

17   the bag --

18   Q.    Right.  She took the item out of the --

19   A.    Yes.  And then put it in a trash bag.

20   Q.    Okay.  But besides that -- the item was always covered.

21   Correct?

22   A.    Yes.

23   Q.    So you couldn't actually see what the item was.

24   A.    No, I couldn't see, but to me it looked like a gun.

25   Q.    Okay.  Well, you're making a guess.

```
1    A.    Yes.

2    Q.    Because you didn't actually see what it was?

3    A.    It looked like it.

4    Q.    I understand that, but she didn't actually open it for

5    you to see it.

6    A.    She was digging in the stuff.  So.

7    Q.    So the answer is no, you did not actually see it.

8    A.    Yes.

9    Q.    All right.  And she put that item in your car.  Correct?

10   A.    She make me carry it, yes.

11   Q.    And you -- she came with her car, correct?

12   A.    Correct.

13   Q.    And she got into her vehicle.  Correct?

14   A.    Yes.

15   Q.    And you got into your vehicle.

16   A.    Yes.

17   Q.    And in your vehicle in the trunk was this item that was

18   covered in this plastic bag.

19   A.    Yes.

20   Q.    And -- did she not have a trunk in her vehicle?

21   A.    Yes, she did.

22   Q.    I see.  Did you have any type of license to carry a

23   weapon?

24   A.    No, I don't.

25   Q.    Okay.  I see.  And then the two of you drove to some
```

1    other location.

2    A.   To her house.  Not other location.  To her house.

3    Q.   To her house.  Okay.  And then -- and so at that point

4    she then took whatever this item was that was covered out of

5    your trunk.  Correct?

6    A.   Correct.

7    Q.   And then you left.  Correct?

8    A.   I left where?

9    Q.   You left where you were.  Did you go in the house with

10   her?

11   A.   I drop her -- she was in front, I was in the back.

12   Q.   Right.  Okay.

13   A.   And then I drop it off to her house.  She took it and

14   then I took off to go to my house.

15   Q.   Okay.  And so after that you never saw that item again?

16   A.   I never seen it after that.

17   Q.   Okay.  And -- Court's indulgence.

18             THE COURT:  Certainly.

19             MS. AMATO:  Okay.  Thank you, Your Honor.

20             THE COURT:  Ms. Seifert.

21                           REDIRECT EXAMINATION

22   BY MS. SEIFERT:

23   Q.   Ms. Antoine, defense counsel asked you if you recall the

24   date that you picked up the money from Ms. Tunis?

25   A.   I don't recall it, the date.

1    Q.   Would looking at the records from MoneyGram potentially

2    help you remember what the date was?

3    A.   I can't recall the date.  I don't remember the date.

4    Sorry.

5    Q.   Okay.  Well, if I could have shown to the witness --

6         MS. AMATO:  Objection, Your Honor.  She did not state

7    that something would refresh her recollection.

8         MS. SEIFERT:  Let me ask it again.

9    BY MS. SEIFERT:

10   Q.   If you saw the receipt --

11        MS. AMATO:  Objection.  Asked and answered.

12        THE COURT:  It's overruled.  You may go ahead.

13   BY MS. SEIFERT:

14   Q.   If you saw the receipt or some other type of record from

15   MoneyGram that had the date on it, would that help you

16   remember the date?

17   A.   Yes.

18   Q.   Okay.  If I could have shown to the witness Exhibit 501,

19   please, which is in evidence.

20        THE COURT:  It is in fact in evidence.

21        MS. SEIFERT:  It is in evidence.

22        THE COURT:  It is in fact in evidence.

23        MS. SEIFERT:  Oh, thank you, Your Honor.

24        THE COURT:  I'm agreeing with you.

25

1   BY MS. SEIFERT:

2   Q.   Tab 1, line 5.  This is a spreadsheet.  It's very small

3   on my screen, if we could zoom in, please.

4        Okay.  And I'd like -- I don't want you to answer any

5   questions yet; we're just going to look at the document

6   together.  There is, in column C, there is a date.  And if we

7   could go to the right on this spreadsheet, please.  And then

8   in column AQ there is a name, and in column AS there is a

9   name.

10       Does seeing this record help you remember the date that

11  you picked up the money from Ms. Tunis?  Without telling me

12  what the date is, does it help you remember the date?

13  A.   Correct.

14  Q.   Okay.  Can we take the exhibit down?

15       Ms. Antoine, what was the date that you picked up the

16  money for Ms. Tunis?

17  A.   I think it was --

18            MS. AMATO:  Objection.  Speculative.

19            THE COURT:  Overruled.

20  BY MS. SEIFERT:

21  Q.   What do you recall was the date that you picked up the

22  money?

23  A.   The 9th -- what's the 9th?  September?  September is the

24  9th?

25  Q.   September?

1    A.    Yeah, September is the 9th.

2    Q.    Okay.

3         MS. AMATO:  Objection.  She's asking a question as to

4    whether the 9th is a certain month.

5         THE COURT:  Why don't you ask the question again, and

6    she can answer it.

7    BY MS. SEIFERT:

8    Q.    Let's just go with, do you recall the month of --

9    A.    September.

10   Q.    Let me just finish my question so we're really good for

11   the record, okay?  What was the month that you picked up the

12   money for Ms. Tunis?

13   A.    September.

14   Q.    And the year?

15   A.    2021.

16   Q.    And when you went to Ms. Flor's house and you saw the

17   barrels, were they open or closed at that time when you first

18   walked in the door?

19   A.    It was closed.

20   Q.    And how long was it from when you got the call from

21   Mr. Wilfrid saying that he had dropped off and when you

22   arrived at Ms. Flor's house?

23   A.    Five to 10 minute.

24   Q.    When you -- defense counsel asked you some questions

25   about whether you knew what was inside that bag, the bigger

1    bag.  Did you ask Ms. Tunis what was in that bigger bag?

2    A.   No, I did not.

3    Q.   And after this happened, when did you see Ms. Tunis

4    again?  After -- let me clarify.  After you went to Ms. Flor's

5    house, when did you see Ms. Tunis again?

6    A.   At her house to drop it off.  That's the time I see her.

7    Q.   And then after that, after you dropped it off, when did

8    you see her again?

9    A.   I think it was on Saturday I saw her.  I'm not sure.  I

10   think it was on Saturday that I seen her.

11   Q.   Is that the last time you saw her?

12   A.   Correct.

13   Q.   And you're saying the Saturday following when you went

14   to Ms. Flor's house.

15   A.   Correct.

16   Q.   And why did you not see her again after that Saturday?

17   A.   Busy working.

18   Q.   Thank you.

19        MS. SEIFERT:  No other questions.

20        THE COURT:  All right.  Thank you very much for coming.

21        THE WITNESS:  My pleasure.

22        THE COURT:  You're excused and you may step down.

23        THE WITNESS:  Thank you.

24      (Witness steps down.)

25        THE COURT:  All right.  It is just around 12:30, so we

1    will break for lunch.  The government anticipates three more

2    witnesses?

3        MS. SEIFERT:  That's correct, Your Honor.  However,

4    with the asterisk that if Mr. St. Louis is recalled we may

5    need to add a witness.

6        THE COURT:  I'm going to ask them that in a moment.

7        MS. SEIFERT:  What the government thinks would be most

8    efficient is if we have the two witnesses today, and then if

9    we finish with those, we wait to start with our last witness

10   until after Mr. St. Louis is recalled, because our last

11   witness is an agent and he would be able to deal with anything

12   we needed to address with respect to Mr. St. Louis.

13       THE COURT:  That schedule sounds fine.  Where are we

14   with respect to Mr. St. Louis?

15       MS. AMATO:  Oh.  I'm sorry.

16       THE COURT:  Are you going to ask that he be recalled?

17       MS. AMATO:  Your Honor, I have not had a chance to look

18   at the translations that had been provided to me.  I thought I

19   was given until later today to do that.  So if I get a chance

20   I will try to look at lunchtime to look at what I was provided

21   by my translator.

22       THE COURT:  Will we be able to decide whether to have a

23   come-up and bring him?

24       MS. AMATO:  Correct.

25       THE COURT:  All right.

1        MS. AMATO:  So one other thing, Your Honor, I just

2    wanted to state.  I don't know if the last witness is going to

3    be Agent Suarez, but I would ask that he be made available so

4    I can complete the impeachment of this last witness.

5        MS. SEIFERT:  If defense wants to call Agent Suarez in

6    their case, we can make him available.  As I think I mentioned

7    to the Court, he's on military duty.  So we will have to

8    arrange for that.  We can talk about it and figure out when he

9    can Zoom with the Court.

10       MS. AMATO:  That's fine.  Zoom is fine.

11       THE COURT:  We'll figure that out as need be.  In the

12   meantime, have a good lunch, and we'll see you all -- let's

13   start again at 1:45.  Who will the next witness be?

14       MS. PASCHALL:  Ana Recio from the Language Services.

15   She's a replacement to the witness who was Abigail on the

16   witness list.

17       THE COURT:  Okay.  A replacement, okay.  And then which

18   agent after that?

19       MS. PASCHALL:  Special Agent John "Fritz" Dugue.

20       THE COURT:  Okay.  See you at 1:45.

21     (Lunch recess taken at 12:34 p.m.)

22

23

24

25

1505

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify

that the foregoing pages are a correct transcript from the

record of proceedings in the above-entitled matter.

_/s/ Bryan A. Wayne_
Bryan A. Wayne

## $

**$1,500** [2] - 1420:2, 1420:4
**$100,000** [1] - 1426:15
**$50,000** [1] - 1426:16

## /

**/s** [1] - 1505:9

## 1

**1** [5] - 1431:6, 1431:7, 1431:18, 1431:20, 1500:2
**1,000** [2] - 1420:2, 1438:3
**1,500** [1] - 1438:3
**10** [4] - 1473:13, 1473:15, 1476:23, 1501:23
**104.B** [1] - 1463:21
**108.83** [5] - 1475:18, 1475:19, 1476:1, 1493:9, 1493:12
**11:20** [1] - 1458:24
**11:38** [1] - 1458:24
**12** [3] - 1460:4, 1460:8, 1482:5
**1210** [1] - 1415:22
**12505** [1] - 1409:19
**12:30** [1] - 1502:25
**12:34** [1] - 1504:21
**1409** [1] - 1409:7
**1416** [1] - 1410:4
**1431** [2] - 1410:11, 1410:12
**1432** [1] - 1410:4
**1457** [1] - 1410:5
**1459** [1] - 1410:6
**1469** [1] - 1410:12
**1481** [1] - 1410:6
**1498** [1] - 1410:7
**15** [2] - 1458:22, 1491:8
**150** [2] - 1415:16, 1415:17
**17** [1] - 1456:8
**1994** [1] - 1433:1
**1:45** [2] - 1504:13, 1504:20

## 2

**2,500** [1] - 1463:7
**20** [1] - 1433:2

**20001** [1] - 1409:25
**2001** [2] - 1459:25, 1460:8
**2020** [4] - 1419:8, 1419:14, 1461:17, 1461:18
**2021** [37] - 1417:24, 1417:25, 1418:6, 1419:11, 1419:13, 1419:15, 1419:19, 1419:21, 1419:22, 1421:4, 1421:25, 1422:1, 1427:25, 1430:17, 1431:15, 1436:19, 1436:21, 1437:1, 1437:3, 1437:5, 1437:20, 1439:2, 1441:1, 1441:2, 1444:13, 1460:19, 1461:8, 1461:19, 1462:20, 1463:17, 1465:8, 1465:23, 1483:14, 1483:20, 1484:11, 1488:15, 1501:15
**2022** [4] - 1419:24, 1432:21, 1432:22, 1440:24
**2023** [1] - 1491:8
**2024** [1] - 1409:6
**20530** [2] - 1409:15, 1409:17
**20854** [1] - 1409:20
**21** [7] - 1429:21, 1429:23, 1430:16, 1430:20, 1430:21, 1430:23
**21-0699-01** [1] - 1409:4
**21-699** [1] - 1411:3
**2111** [1] - 1409:22
**22** [2] - 1433:2, 1482:17
**22201** [1] - 1409:23
**29** [1] - 1409:6

## 3

**30** [1] - 1433:3
**32** [1] - 1433:3
**333** [1] - 1409:25
**35** [3] - 1460:2, 1482:15, 1482:16

## 4

**400** [5] - 1417:4, 1418:21, 1419:7, 1423:24, 1437:8

**430.06** [2] - 1475:15, 1479:10
**450** [4] - 1478:3, 1478:4, 1494:22
**450.58** [1] - 1478:2
**450.80** [1] - 1494:24
**4704-A** [1] - 1409:24
**480** [1] - 1468:12
**485** [6] - 1410:12, 1468:13, 1468:15, 1469:2, 1469:4, 1469:5

## 5

**5** [1] - 1500:2
**500** [1] - 1463:24
**500.B** [5] - 1463:12, 1463:22, 1464:4, 1464:7, 1464:9
**501** [1] - 1499:18
**58** [3] - 1478:4, 1478:5, 1494:22

## 6

**6** [1] - 1429:19
**600.1** [12] - 1410:11, 1410:12, 1429:21, 1429:22, 1430:20, 1430:24, 1431:2, 1431:6, 1431:7, 1431:17, 1431:20, 1431:22
**601** [2] - 1409:14, 1430:15
**601.21** [1] - 1429:24
**6th** [1] - 1409:20

## 7

**7** [1] - 1419:24

## 8

**8** [2] - 1463:12, 1464:9
**8th** [1] - 1409:22

## 9

**90** [1] - 1414:10
**950** [1] - 1409:17
**9:39** [1] - 1409:6
**9th** [5] - 1500:23, 1500:24, 1501:1, 1501:4

## A

**a..** [1] - 1453:20
**a.m** [3] - 1409:6, 1458:24
**Abigail** [1] - 1504:15
**able** [9] - 1435:10, 1435:20, 1440:2, 1456:11, 1456:12, 1462:10, 1486:15, 1503:11, 1503:22
**above-entitled** [1] - 1505:5
**absolutely** [1] - 1414:3
**accident** [2] - 1419:11, 1428:1
**accord** [2] - 1444:3, 1449:6
**according** [1] - 1424:4
**accordingly** [1] - 1448:21
**accountant** [2] - 1442:2, 1442:5
**accurate** [1] - 1491:18
**accurately** [2] - 1430:16, 1431:14
**act** [1] - 1445:10
**activities** [8] - 1421:11, 1427:23, 1441:16, 1441:25, 1442:6, 1443:3, 1443:17, 1458:5
**acts** [1] - 1455:16
**actual** [2] - 1428:12, 1445:10
**add** [1] - 1503:5
**addition** [1] - 1441:24
**address** [17] - 1412:15, 1434:23, 1463:13, 1463:14, 1463:15, 1463:17, 1463:18, 1464:10, 1472:9, 1472:11, 1472:12, 1472:13, 1472:14, 1472:15, 1472:16, 1473:8, 1503:12
**addressing** [1] - 1412:22
**admit** [4] - 1430:19, 1431:17, 1464:12, 1469:1
**admitted** [9] - 1431:1, 1431:6, 1431:21, 1463:11, 1468:12, 1469:4, 1478:2, 1479:9, 1495:14
**advent** [1] - 1414:19

**affiliated** [1] - 1463:17
**afternoon** [3] - 1413:25, 1481:14, 1481:15
**afterwards** [1] - 1432:23
**agent** [2] - 1503:11, 1504:18
**Agent** [4] - 1491:7, 1504:3, 1504:5, 1504:19
**ago** [1] - 1422:12
**agree** [40] - 1436:23, 1437:4, 1437:7, 1438:4, 1438:5, 1438:6, 1439:6, 1439:12, 1439:19, 1439:21, 1440:24, 1442:24, 1443:19, 1443:25, 1444:11, 1444:19, 1445:1, 1445:11, 1445:25, 1446:14, 1446:23, 1446:25, 1447:19, 1447:21, 1448:10, 1449:2, 1449:3, 1449:5, 1449:15, 1449:22, 1450:1, 1450:7, 1450:21, 1451:9, 1451:24, 1452:9, 1453:9, 1455:1, 1456:10, 1484:15
**agreed** [2] - 1440:25, 1448:25
**agreeing** [2] - 1446:2, 1499:24
**agreement** [2] - 1414:13, 1414:14
**ahead** [5] - 1434:3, 1440:18, 1451:12, 1473:17, 1499:12
**ALLEN** [1] - 1409:18
**Allen** [2] - 1411:14, 1414:7
**allow** [4] - 1423:8, 1441:19, 1446:7, 1473:2
**ally** [1] - 1422:3
**almost** [2] - 1460:8, 1482:13
**alternative** [1] - 1435:4
**AMATO** [35] - 1409:21, 1411:18, 1465:13, 1466:23, 1469:3, 1470:4, 1470:15, 1470:17, 1472:23, 1473:21, 1479:16, 1481:11, 1481:13,

1484:19, 1484:20, 1485:19, 1486:13, 1486:14, 1489:17, 1491:25, 1492:2, 1493:9, 1493:10, 1494:22, 1494:23, 1498:19, 1499:6, 1499:11, 1500:18, 1501:3, 1503:15, 1503:17, 1503:24, 1504:1, 1504:10

**Amato** [7] - 1411:18, 1411:20, 1414:12, 1414:15, 1414:21, 1435:2, 1481:10

**America** [1] - 1411:3

**AMERICA** [1] - 1409:3

**Americans** [3] - 1446:20, 1450:5, 1453:11

**amount** [1] - 1413:8

**Amscot** [1] - 1461:23

**Ana** [1] - 1504:14

**analyze** [1] - 1448:18

**answer** [24] - 1418:14, 1418:15, 1422:11, 1424:8, 1425:14, 1426:11, 1435:10, 1447:9, 1454:19, 1455:5, 1455:6, 1455:19, 1455:20, 1456:18, 1456:22, 1465:17, 1470:8, 1473:4, 1474:17, 1495:7, 1497:7, 1500:4, 1501:6

**answered** [4] - 1447:15, 1455:22, 1474:16, 1499:11

**anticipated** [2] - 1413:14, 1440:12

**anticipates** [1] - 1503:1

**Antoine** [5] - 1459:15, 1459:19, 1459:21, 1498:23, 1500:15

**ANTOINE** [2] - 1410:6, 1459:16

**apartment** [5] - 1474:7, 1474:22, 1480:22, 1480:23, 1492:11

**apologies** [1] - 1468:13

**apologize** [3] - 1414:17, 1433:8, 1449:20

**apologizes** [1] - 1419:15

**appearance** [2] -

1411:8, 1449:7

**APPEARANCES** [1] - 1409:12

**appreciate** [1] - 1411:22

**approach** [5] - 1411:7, 1420:9, 1434:1, 1445:13, 1459:3

**approval** [1] - 1438:14

**April** [1] - 1458:8

**AQ** [1] - 1500:8

**area** [4] - 1417:5, 1433:23, 1452:3, 1452:23

**argue** [1] - 1434:12

**argumentative** [1] - 1455:4

**arise** [1] - 1415:9

**Arlington** [1] - 1409:23

**arm** [1] - 1419:12

**arrange** [1] - 1504:8

**arrested** [6] - 1444:1, 1453:3, 1453:4, 1456:10, 1457:4, 1457:9

**arrive** [2] - 1460:5, 1492:19

**arrived** [5] - 1476:24, 1482:5, 1492:23, 1494:12, 1501:22

**AS** [1] - 1500:8

**aspects** [2] - 1442:21

**assume** [1] - 1434:14

**asterisk** [1] - 1503:4

**ate** [1] - 1432:15

**attention** [2] - 1479:21, 1495:16

**attitude** [2] - 1413:16, 1413:17

**attorney** [4] - 1432:6, 1444:19, 1444:21, 1444:23

**Attorney's** [1] - 1409:14

**au** [12] - 1433:11, 1433:12, 1433:13, 1433:18, 1433:19, 1485:15, 1485:16, 1485:22, 1485:23, 1486:1, 1486:3, 1486:4

**AUSA** [3] - 1409:13, 1409:13, 1411:10

**authentication** [1] - 1463:11

**authorities** [6] - 1452:6, 1452:24, 1453:13, 1454:7, 1456:3, 1457:5

available [2] - 1504:3, 1504:6

**Avenue** [3] - 1409:17, 1409:19, 1409:25

**avoid** [1] - 1421:16

**aware** [7] - 1414:7, 1425:3, 1425:6, 1440:15, 1441:24, 1442:7, 1443:2

## B

**backpack** [1] - 1478:17

**bad** [1] - 1455:16

**bag** [38] - 1427:16, 1427:18, 1427:19, 1477:6, 1477:12, 1478:10, 1478:13, 1478:16, 1479:5, 1479:6, 1479:7, 1479:8, 1480:13, 1480:15, 1480:19, 1480:20, 1480:24, 1494:21, 1494:25, 1495:1, 1495:2, 1495:5, 1495:9, 1495:12, 1495:15, 1495:19, 1495:20, 1495:23, 1496:16, 1496:17, 1496:19, 1497:18, 1501:25, 1502:1

**Barnes** [1] - 1411:9

**BARNES** [2] - 1409:16, 1411:9

**barrel** [2] - 1493:22, 1496:11

**barrels** [17] - 1476:25, 1477:4, 1489:2, 1489:4, 1489:8, 1489:13, 1489:19, 1489:20, 1489:22, 1492:14, 1492:23, 1493:6, 1493:12, 1494:10, 1494:15, 1496:2, 1501:17

**barrier** [3] - 1467:4, 1467:5, 1473:19

**barriers** [6] - 1474:24, 1474:25, 1489:2, 1492:14, 1493:6, 1494:1

**barriers/barrels** [1] - 1493:15

**based** [4] - 1422:19, 1451:14, 1454:18

**basis** [1] - 1470:16

**BATES** [1] - 1409:10

**Beach** [1] - 1474:10

**Beau** [1] - 1411:9

**BEAUDRE** [1] - 1409:16

**becoming** [1] - 1443:18

**BEFORE** [1] - 1409:10

**beforehand** [1] - 1438:11

**began** [3] - 1421:4, 1436:11, 1494:12

**beginning** [2] - 1437:1, 1458:8

**behalf** [2] - 1411:15, 1411:19

**behind** [1] - 1480:12

**belong** [1] - 1494:10

**Bench** [3] - 1420:11, 1434:2, 1445:16

**BENCH** [1] - 1409:9

**bench** [10] - 1421:22, 1422:12, 1423:5, 1428:15, 1428:19, 1436:2, 1446:9, 1459:5, 1459:11, 1459:12

**between** [6] - 1419:1, 1423:24, 1424:5, 1434:5, 1438:2, 1450:17

**beyond** [3] - 1413:4, 1435:16, 1465:4

**big** [4] - 1475:2, 1477:16, 1477:17, 1478:22

**bigger** [2] - 1501:25, 1502:1

**bit** [4] - 1428:21, 1445:8, 1473:23, 1488:24

**black** [5] - 1477:25, 1478:13, 1495:1, 1495:2, 1495:23

**bless** [1] - 1458:19

**blue** [6] - 1417:17, 1475:2, 1493:6, 1493:23, 1494:4

**Boca** [2] - 1452:3, 1452:21

**bookkeeper** [7] - 1439:20, 1439:22, 1440:1, 1442:11, 1457:19, 1457:20

**bookkeeping** [4] - 1441:19, 1441:20, 1441:25, 1442:8

**books** [1] - 1443:8

**born** [4] - 1432:25, 1433:1, 1459:22, 1487:18

**bought** [1] - 1462:5

**Boulevard** [1] - 1409:22

**Bouquets** [2] - 1486:4, 1486:5

**boutique** [11] - 1462:4, 1484:25, 1485:3, 1485:5, 1485:11, 1485:13, 1485:25, 1486:2, 1486:5, 1486:7, 1487:14

**box** [15] - 1467:4, 1469:14, 1469:15, 1469:17, 1470:1, 1470:12, 1471:7, 1471:10, 1471:15, 1473:8, 1474:24, 1476:3, 1476:4, 1476:8, 1489:3

**Box** [15] - 1467:8, 1467:12, 1468:3, 1468:8, 1472:15, 1488:10, 1488:12, 1490:6, 1490:14, 1490:24, 1491:2, 1491:13, 1491:22, 1492:17, 1492:19

**boxes** [13] - 1471:2, 1471:3, 1471:5, 1471:6, 1471:9, 1471:11, 1473:19, 1476:2, 1489:4, 1492:13, 1492:24, 1494:13, 1496:2

**boyfriend** [2] - 1472:3, 1472:6

**Brandt** [1] - 1413:9

**break** [4] - 1457:15, 1458:22, 1473:23, 1503:1

**breathe** [1] - 1446:20

**brief** [1] - 1429:4

**briefly** [6] - 1448:5, 1448:7, 1448:8, 1448:9

**bring** [8] - 1425:8, 1427:8, 1467:5, 1470:1, 1471:15, 1473:5, 1473:8, 1503:23

**brings** [1] - 1422:21

**broke** [2] - 1419:12, 1432:23

**brother** [3] - 1456:15, 1460:23

**brothers** [2] - 1432:20, 1441:7

**brought** [5] - 1425:10, 1425:14, 1425:16,

1508

1427:14, 1457:5
**Bryan** [2] - 1505:9, 1505:9
**BRYAN** [2] - 1409:24, 1505:3
**built** [1] - 1485:25
**burned** [1] - 1456:15
**business** [4] - 1443:3, 1466:7, 1487:16, 1487:17
**busy** [1] - 1502:17
**buy** [2] - 1426:17, 1426:19
**buying** [1] - 1440:5
**Bwat** [2] - 1469:10, 1469:13
**BWAT** [2] - 1469:13, 1469:19
**BY** [66] - 1416:19, 1417:23, 1418:20, 1419:17, 1421:23, 1422:18, 1423:14, 1424:3, 1424:14, 1425:5, 1425:21, 1426:20, 1427:1, 1427:21, 1428:11, 1430:1, 1430:10, 1431:4, 1432:3, 1433:9, 1436:6, 1440:9, 1440:14, 1440:22, 1441:23, 1442:13, 1443:7, 1446:13, 1447:17, 1448:24, 1449:14, 1449:21, 1450:20, 1454:5, 1454:20, 1456:1, 1457:1, 1457:8, 1457:17, 1459:18, 1464:16, 1465:21, 1467:6, 1469:7, 1470:10, 1470:20, 1473:6, 1473:22, 1475:20, 1478:6, 1478:15, 1479:17, 1481:13, 1484:20, 1485:19, 1486:14, 1489:17, 1492:2, 1493:10, 1494:23, 1498:22, 1499:9, 1499:13, 1500:1, 1500:20, 1501:7

## C

**calculation** [1] - 1413:21
**camera** [1] - 1429:9
**cannot** [3] - 1413:4, 1438:14, 1451:9

Cantave [1] - 1411:5
**capital** [1] - 1485:20
**car** [5] - 1473:11, 1481:3, 1497:9, 1497:11
**card** [3] - 1468:15, 1468:20, 1468:24
**care** [2] - 1455:2, 1455:11
**cared** [2] - 1455:3, 1455:12
**carry** [10] - 1477:19, 1477:21, 1480:5, 1480:9, 1480:10, 1480:24, 1495:16, 1495:17, 1497:10, 1497:22
**carrying** [5] - 1495:1, 1495:2, 1495:5, 1495:9, 1495:19
**cars** [2] - 1419:3
**case** [23] - 1411:3, 1412:1, 1412:7, 1434:19, 1434:20, 1435:18, 1435:20, 1435:21, 1445:5, 1445:9, 1445:11, 1445:18, 1446:5, 1446:11, 1447:23, 1448:12, 1448:18, 1448:20, 1449:2, 1449:22, 1484:21, 1504:6
**cash** [4] - 1427:16, 1427:18, 1457:24, 1457:25
**cashier** [6] - 1462:1, 1462:2, 1462:3, 1464:22, 1464:23, 1465:5
**Casillas** [1] - 1415:24
**caution** [1] - 1413:2
**cell** [1] - 1418:17
**certain** [2] - 1484:14, 1501:4
**certainly** [7] - 1412:23, 1413:11, 1413:13, 1429:5, 1435:25, 1436:5, 1498:18
**CERTIFICATE** [1] - 1505:2
**certify** [1] - 1505:3
**chance** [2] - 1503:17, 1503:19
**changed** [2] - 1422:2, 1438:17
**character** [2] - 1455:14, 1455:16
**characterized** [1] -

1439:20
**charge** [4] - 1418:21, 1426:14, 1437:8, 1442:20
**charged** [3] - 1445:1, 1445:9, 1446:1
**charges** [4] - 1445:18, 1446:11, 1446:15
**check** [1] - 1487:15
**checks** [1] - 1457:25
**Chica** [2] - 1452:3, 1452:21
**childhood** [3] - 1432:22, 1435:8, 1435:17
**children** [3] - 1417:2, 1432:12, 1433:14
**Christ** [1] - 1451:4
**circle** [3] - 1463:14, 1478:11, 1493:19
**circled** [1] - 1478:12
**city** [1] - 1433:21
**clarification** [1] - 1428:25
**clarify** [11] - 1428:16, 1428:24, 1457:19, 1458:2, 1462:17, 1466:10, 1467:12, 1470:6, 1470:9, 1480:17, 1502:4
**clear** [2] - 1438:20, 1439:24
**clerk** [1] - 1463:23
**CLERK** [1] - 1411:2
**client** [2] - 1415:3, 1436:8
**climate** [1] - 1484:5
**close** [5] - 1432:19, 1433:3, 1440:23, 1441:4, 1443:2
**closed** [4] - 1476:5, 1476:6, 1501:17, 1501:19
**closes** [1] - 1412:6
**clothes** [2] - 1468:1, 1476:11
**clothing** [4] - 1417:15, 1485:5, 1486:8
**co** [2] - 1411:10, 1435:24
**co-counsel** [2] - 1411:10, 1435:24
**cold** [3] - 1483:23, 1483:24, 1484:9
**color** [3] - 1417:15, 1477:23, 1494:3
**colors** [1] - 1494:2
**COLUMBIA** [1] - 1409:1
**column** [3] - 1500:6,

1500:8
**come-up** [1] - 1503:23
**coming** [8] - 1447:18, 1447:21, 1449:15, 1451:13, 1458:18, 1461:25, 1462:3, 1502:20
**commit** [3] - 1445:2, 1445:10, 1450:22
**committed** [1] - 1420:21
**commodities** [1] - 1440:6
**communicate** [3] - 1424:24, 1456:11, 1456:12
**communicated** [2] - 1425:6, 1472:18
**communications** [3] - 1425:4, 1439:16, 1439:17
**compare** [2] - 1475:24, 1479:12
**compared** [1] - 1411:25
**complete** [1] - 1504:4
**completed** [1] - 1454:11
**complying** [1] - 1490:12
**computer** [1] - 1415:23
**concern** [1] - 1484:22
**concerning** [1] - 1423:5
**conducted** [1] - 1421:14
**conference** [9] - 1420:11, 1421:22, 1434:2, 1436:2, 1445:16, 1446:9, 1459:5, 1459:11, 1459:12
**conferring** [2] - 1414:23, 1436:3
**connection** [4] - 1421:10, 1444:1, 1444:12, 1447:23
**consider** [2] - 1432:18, 1441:6
**conspiracy** [3] - 1445:2, 1445:10, 1466:24
**Constitution** [1] - 1409:25
**consult** [1] - 1435:23
**contact** [6] - 1458:6, 1468:15, 1468:20, 1468:24, 1483:5, 1483:8

**contacted** [2] - 1444:9, 1458:7
**containers** [4] - 1475:23, 1476:1, 1476:5, 1476:8
**continue** [3] - 1422:16, 1457:14, 1458:23
**continued** [1] - 1483:10
**controlled** [1] - 1442:21
**controls** [1] - 1442:21
**conversation** [5] - 1454:6, 1465:4, 1466:1, 1466:3, 1471:8
**conversations** [2] - 1436:18, 1465:5
**convicted** [1] - 1445:22
**cop** [1] - 1477:17
**copies** [2] - 1415:25, 1463:22
**cops** [1] - 1477:19
**cops'** [1] - 1494:19
**copy** [1] - 1415:22
**Correct** [17] - 1464:18, 1466:2, 1466:21, 1468:25, 1469:22, 1474:11, 1481:20, 1482:19, 1483:16, 1483:22, 1489:11, 1490:5, 1490:18, 1491:3, 1493:3, 1493:17, 1502:12
**correct** [93] - 1416:14, 1433:20, 1433:24, 1436:9, 1437:13, 1439:4, 1442:16, 1444:7, 1454:22, 1461:10, 1461:19, 1467:8, 1467:13, 1470:13, 1471:21, 1471:25, 1472:19, 1475:13, 1475:22, 1481:17, 1481:18, 1481:21, 1481:22, 1481:23, 1483:4, 1483:11, 1483:18, 1484:14, 1484:23, 1485:1, 1485:3, 1485:5, 1485:6, 1485:8, 1486:6, 1486:18, 1487:9, 1487:13, 1487:19, 1487:20, 1487:24, 1487:25, 1488:16, 1488:18, 1488:19, 1488:24, 1488:25,

1489:25, 1490:7, 1490:13, 1490:15, 1491:5, 1491:8, 1491:16, 1491:19, 1491:20, 1492:4, 1492:5, 1492:12, 1492:15, 1492:16, 1492:19, 1492:24, 1492:25, 1493:7, 1493:16, 1493:20, 1493:23, 1494:6, 1494:13, 1494:15, 1494:19, 1494:25, 1495:12, 1495:15, 1495:24, 1496:2, 1496:3, 1496:5, 1496:8, 1496:21, 1497:9, 1497:11, 1497:12, 1497:13, 1498:5, 1498:6, 1498:7, 1500:13, 1502:15, 1503:3, 1503:24, 1505:4

**correction** [2] - 1418:19, 1419:14

**correctly** [2] - 1482:6, 1482:17

**counsel** [12] - 1411:7, 1411:10, 1414:2, 1414:25, 1415:21, 1416:13, 1429:9, 1435:24, 1450:17, 1459:3, 1498:23, 1501:24

**count** [1] - 1465:19

**country** [3] - 1433:21, 1444:4, 1444:5

**countryside** [1] - 1433:21

**couple** [6] - 1414:20, 1446:4, 1473:12, 1474:24, 1482:2, 1482:3

**course** [2] - 1424:12, 1434:14

**COURT** [132] - 1409:1, 1411:13, 1411:17, 1411:20, 1413:3, 1413:22, 1414:3, 1414:5, 1414:14, 1414:20, 1414:24, 1415:6, 1415:13, 1415:17, 1416:1, 1416:7, 1416:11, 1416:16, 1417:22, 1418:14, 1420:10, 1420:25, 1421:12, 1421:15, 1421:17, 1421:21, 1422:13, 1423:7, 1423:12,

1424:2, 1424:7, 1425:2, 1426:7, 1426:11, 1426:24, 1428:9, 1428:20, 1428:25, 1429:3, 1429:5, 1429:17, 1429:22, 1430:4, 1430:9, 1430:21, 1430:23, 1431:1, 1431:20, 1432:1, 1433:6, 1434:1, 1434:3, 1434:10, 1434:18, 1434:25, 1435:5, 1435:9, 1435:13, 1435:25, 1436:5, 1440:11, 1440:17, 1441:18, 1442:9, 1443:6, 1445:15, 1445:17, 1446:2, 1446:7, 1446:10, 1447:13, 1449:12, 1449:18, 1450:12, 1450:16, 1453:25, 1454:4, 1454:11, 1454:18, 1455:5, 1455:11, 1455:15, 1455:19, 1455:22, 1456:22, 1457:7, 1457:13, 1458:17, 1458:21, 1458:25, 1459:4, 1459:12, 1463:21, 1463:24, 1464:1, 1464:4, 1464:7, 1464:12, 1464:15, 1465:15, 1467:1, 1469:4, 1470:7, 1470:16, 1470:19, 1473:2, 1475:19, 1478:3, 1481:10, 1484:18, 1485:18, 1486:11, 1489:15, 1498:18, 1498:20, 1499:12, 1499:20, 1499:22, 1499:24, 1500:19, 1501:5, 1502:20, 1502:22, 1502:25, 1503:6, 1503:13, 1503:16, 1503:22, 1503:25, 1504:11, 1504:17, 1504:20

**Court** [17] - 1409:24, 1413:10, 1414:9, 1416:21, 1429:7, 1436:7, 1439:23, 1446:16, 1449:22, 1450:3, 1459:20, 1474:4, 1475:1, 1504:7, 1504:9, 1505:3

**court** [13] - 1417:21, 1444:6, 1445:5, 1445:6, 1446:12, 1447:18, 1447:19, 1447:22, 1451:2, 1451:9, 1451:10, 1454:10, 1467:9

**Court's** [1] - 1498:17

**court's** [1] - 1448:13

**Courthouse** [1] - 1409:24

**courtroom** [5] - 1411:11, 1411:16, 1417:13, 1444:24, 1459:2

**cousin** [3] - 1417:12, 1432:9, 1441:8

**cousins** [1] - 1441:6

**covered** [4] - 1495:23, 1496:20, 1497:18, 1498:4

**covering** [2] - 1496:5, 1496:15

**CR** [1] - 1409:4

**Creole** [1] - 1469:20

**crimes** [1] - 1445:22

**criminal** [1] - 1411:3

**Croix** [2] - 1486:4, 1486:5

**Croix-des-Bouquets** [2] - 1486:4, 1486:5

**crops** [2] - 1435:3, 1440:6

**cross** [4] - 1413:1, 1413:3, 1435:23, 1458:1

**CROSS** [2] - 1432:2, 1481:12

**Cross** [2] - 1410:4, 1410:6

**cross-examination** [4] - 1413:1, 1413:3, 1435:23, 1458:1

**CROSS-EXAMINATION** [2] - 1432:2, 1481:12

**Cross-Examination** [2] - 1410:4, 1410:6

**crossed** [1] - 1441:3

**CRR** [1] - 1409:24

**custody** [3] - 1446:22, 1447:1, 1447:12

## D

**D.C** [1] - 1409:5

**date** [18] - 1461:17, 1489:25, 1490:3, 1494:25, 1495:20,

1498:24, 1498:25, 1499:2, 1499:3, 1499:15, 1499:16, 1500:6, 1500:10, 1500:12, 1500:15, 1500:21

**dating** [1] - 1460:23

**DC** [3] - 1409:15, 1409:17, 1409:25

**deal** [2] - 1411:22, 1503:11

**dealing** [1] - 1490:9

**December** [5] - 1419:11, 1419:13, 1419:14, 1491:7, 1491:8

**decide** [1] - 1503:22

**decision** [1] - 1451:18

**Deerfield** [2] - 1474:9, 1474:10

**Defendant** [2] - 1409:7, 1409:18

**defendant** [7] - 1417:21, 1420:15, 1420:16, 1424:24, 1434:9, 1445:18, 1459:2

**defense** [9] - 1414:1, 1414:7, 1414:23, 1420:23, 1434:11, 1436:3, 1498:23, 1501:24, 1504:5

**defense's** [1] - 1412:16

**definitely** [1] - 1438:15

**DeKole** [1] - 1417:10

**deliver** [1] - 1413:10

**deny** [1] - 1422:14

**Department** [1] - 1409:16

**dependent** [1] - 1412:9

**depict** [2] - 1430:16, 1431:14

**depth** [1] - 1451:13

**DEPUTY** [1] - 1411:2

**des** [2] - 1486:4, 1486:5

**describe** [9] - 1460:24, 1474:4, 1474:25, 1475:3, 1477:7, 1477:13, 1478:20, 1478:21, 1479:3

**described** [1] - 1494:18

**detained** [1] - 1444:11

**dictate** [1] - 1412:25

**differences** [1] -

1412:1

**different** [8] - 1418:12, 1424:11, 1448:5, 1448:7, 1479:18, 1485:23, 1485:25, 1494:2

**difficult** [1] - 1488:24

**dig** [1] - 1476:9

**digging** [2] - 1477:1, 1497:6

**Direct** [2] - 1410:4, 1410:6

**DIRECT** [2] - 1416:18, 1459:17

**direct** [6] - 1412:25, 1413:4, 1413:18, 1423:6, 1429:7, 1486:12

**directly** [1] - 1438:12

**disagreed** [1] - 1432:23

**discernment** [3] - 1448:18, 1448:20, 1448:22

**discredit** [1] - 1451:7

**discuss** [3] - 1412:21, 1414:21, 1416:13

**discussed** [4] - 1422:11, 1423:5, 1428:15, 1428:18

**discussion** [2] - 1415:2, 1453:14

**discussions** [1] - 1450:17

**DISTRICT** [3] - 1409:1, 1409:1, 1409:10

**disturbed** [1] - 1413:9

**divided** [2] - 1423:24, 1424:5

**docket** [1] - 1415:17

**document** [3] - 1414:18, 1415:8, 1500:5

**Dollar** [2] - 1463:1, 1464:17

**dollars** [3] - 1420:5, 1420:6, 1438:3

**Dominican** [14] - 1444:9, 1444:17, 1451:22, 1451:23, 1452:1, 1452:4, 1452:11, 1452:13, 1452:19, 1452:23, 1454:13, 1457:4, 1458:12, 1458:14

**done** [1] - 1450:11

**door** [3] - 1474:15, 1481:5, 1501:18

**dot** [1] - 1478:3

**down** [9] - 1448:2,

1458:18, 1458:20, 1473:23, 1478:18, 1479:22, 1500:14, 1502:22, 1502:24
**downstairs** [1] - 1415:24
**dress** [2] - 1469:25, 1470:2
**drive** [4] - 1464:20, 1481:2, 1481:3
**driver's** [1] - 1462:13
**drop** [5] - 1473:14, 1473:15, 1498:11, 1498:13, 1502:6
**dropped** [2] - 1501:21, 1502:7
**drove** [1] - 1497:25
**Dubuisseau** [1] - 1433:17
**Dugue** [1] - 1504:19
**during** [7] - 1418:1, 1418:4, 1439:3, 1439:6, 1460:20, 1465:8, 1483:5
**Duroska** [1] - 1411:5
**Duroska-Murray** [1] - 1411:5
**duties** [1] - 1442:8
**duty** [1] - 1504:7

# E

**early** [2] - 1432:21, 1440:24
**Earth** [1] - 1448:17
**easily** [1] - 1413:18
**effect** [1] - 1472:25
**efficient** [1] - 1503:8
**either** [2] - 1492:21, 1493:4
**Eliande** [10] - 1460:12, 1460:15, 1460:25, 1467:18, 1472:12, 1473:11, 1473:13, 1473:17, 1476:15, 1481:1
**Eliande's** [2] - 1471:17, 1471:19
**elicit** [2] - 1455:14, 1455:18
**Elita** [1] - 1411:18
**ELITA** [1] - 1409:21
**email** [4] - 1412:10, 1413:15, 1413:23
**End** [4] - 1421:22, 1436:2, 1446:9, 1459:11
**end** [4] - 1455:20, 1456:18, 1457:14,

1458:8
**enforcement** [1] - 1491:15
**engage** [1] - 1421:4
**engaged** [1] - 1435:15
**enter** [1] - 1492:23
**entered** [1] - 1422:7
**enters** [1] - 1459:2
**entire** [1] - 1412:12
**entirety** [2] - 1421:17, 1430:21
**entitled** [1] - 1505:5
**erring** [1] - 1413:1
**ESQ** [3] - 1409:16, 1409:18, 1409:21
**establish** [1] - 1445:17
**established** [2] - 1435:6, 1484:18
**evening** [1] - 1415:8
**everywhere** [2] - 1451:15, 1451:16
**evidence** [16] - 1429:19, 1429:20, 1430:5, 1431:3, 1431:23, 1434:12, 1434:22, 1455:14, 1455:16, 1469:6, 1475:15, 1475:18, 1499:19, 1499:20, 1499:21, 1499:22
**ex** [1] - 1429:9
**exact** [1] - 1490:3
**exactly** [12] - 1420:23, 1450:12, 1458:8, 1461:17, 1463:8, 1464:25, 1465:19, 1466:14, 1475:25, 1476:10, 1477:11, 1482:1
**EXAMINATION** [6] - 1416:18, 1432:2, 1457:16, 1459:17, 1481:12, 1498:21
**Examination** [6] - 1410:4, 1410:4, 1410:5, 1410:6, 1410:6, 1410:7
**examination** [9] - 1413:1, 1413:3, 1413:18, 1423:6, 1429:8, 1435:15, 1435:23, 1457:14, 1458:1
**examine** [1] - 1413:12
**exchange** [1] - 1412:10
**excuse** [8] - 1426:2, 1433:3, 1451:8, 1463:22, 1467:22,

1470:17, 1484:4, 1485:22
**excused** [2] - 1458:17, 1502:22
**exhibit** [8] - 1411:23, 1411:25, 1412:2, 1430:5, 1464:1, 1464:2, 1478:4, 1500:14
**Exhibit** [13] - 1410:11, 1410:12, 1410:12, 1430:15, 1430:23, 1431:2, 1431:22, 1463:12, 1468:12, 1469:2, 1469:5, 1493:12, 1499:18
**exhibits** [2] - 1412:2, 1429:10
**EXHIBITS** [1] - 1410:10
**expand** [1] - 1435:19
**expect** [1] - 1413:10
**expectation** [1] - 1412:13
**expecting** [1] - 1414:17
**experience** [1] - 1412:24
**experienced** [1] - 1451:15
**explain** [1] - 1478:24
**explore** [1] - 1421:17
**explored** [1] - 1441:21
**expose** [1] - 1456:4
**eye** [2] - 1417:14, 1419:12
**eyes** [2] - 1443:14, 1443:15

# F

**fact** [21] - 1411:23, 1418:17, 1422:6, 1427:4, 1434:9, 1437:4, 1437:22, 1438:25, 1439:6, 1439:15, 1441:2, 1441:6, 1442:20, 1444:14, 1444:24, 1446:10, 1447:4, 1481:19, 1487:11, 1499:20, 1499:22
**facts** [1] - 1434:6
**fair** [11] - 1421:9, 1432:18, 1433:2, 1433:18, 1433:20, 1437:23, 1441:10, 1443:11, 1445:9, 1456:5, 1477:21

**fairly** [3] - 1412:16, 1430:16, 1431:14
**family** [10] - 1433:23, 1435:11, 1435:18, 1454:15, 1468:2, 1487:21, 1489:12, 1489:18, 1492:9
**family's** [1] - 1432:14
**far** [3] - 1453:25, 1486:11, 1486:12
**fashion** [1] - 1453:3
**father** [3] - 1451:3, 1460:15
**favor** [7] - 1466:5, 1466:7, 1466:11, 1486:17, 1487:3, 1490:1, 1490:4
**favorable** [1] - 1448:12
**favors** [3] - 1487:1, 1487:2, 1487:4
**FBI** [4] - 1444:9, 1458:4, 1458:6, 1458:7
**February** [3] - 1419:8, 1419:24, 1432:22
**few** [2] - 1422:12, 1454:2
**figure** [2] - 1504:8, 1504:11
**financial** [5] - 1442:14, 1442:15, 1442:18, 1442:22, 1442:23
**fine** [6] - 1421:16, 1447:3, 1461:20, 1503:13, 1504:10
**finger** [1] - 1478:11
**fingers** [1] - 1441:3
**finish** [5] - 1457:15, 1467:9, 1472:1, 1501:10, 1503:9
**Firm** [1] - 1409:19
**first** [8] - 1414:11, 1425:3, 1438:1, 1458:7, 1474:13, 1494:3, 1494:4, 1501:17
**fish** [4] - 1453:18, 1453:19, 1453:21, 1453:22
**five** [3] - 1476:23, 1488:6, 1501:23
**flagged** [1] - 1413:23
**fled** [1] - 1452:19
**floating** [1] - 1479:7
**Floor** [2] - 1409:20, 1409:22
**Flor** [12] - 1471:17, 1471:19, 1471:22,

1472:12, 1472:13, 1472:14, 1472:16, 1474:1, 1474:17, 1492:6
**FLOR** [1] - 1471:20
**Flor's** [14] - 1472:7, 1472:11, 1474:2, 1474:4, 1474:12, 1474:14, 1474:22, 1475:24, 1479:13, 1492:3, 1501:16, 1501:22, 1502:4, 1502:14
**Florida** [23] - 1457:10, 1458:15, 1460:10, 1474:10, 1481:21, 1481:23, 1481:25, 1482:1, 1482:9, 1482:13, 1482:16, 1482:20, 1482:21, 1482:23, 1482:25, 1483:1, 1483:6, 1483:25, 1484:1, 1484:13, 1484:16, 1492:10
**follow** [1] - 1446:4
**follow-up** [1] - 1446:4
**following** [1] - 1502:13
**food** [1] - 1468:2
**FOR** [3] - 1409:1, 1416:10, 1459:16
**forced** [1] - 1449:4
**foregoing** [1] - 1505:4
**forgot** [3] - 1436:13, 1436:16, 1469:25
**form** [4] - 1416:4, 1427:14, 1449:10
**forms** [1] - 1457:24
**forth** [1] - 1435:4
**foundation** [16] - 1418:13, 1426:23, 1430:7, 1435:7, 1440:7, 1440:11, 1440:17, 1440:18, 1443:5, 1450:10, 1457:6, 1465:14, 1470:5, 1470:7, 1470:9, 1470:18
**foundational** [2] - 1425:2, 1450:14
**four** [4] - 1422:21, 1477:10, 1477:15, 1494:18
**free** [1] - 1479:6
**Friday** [5] - 1411:25, 1413:25, 1415:8, 1415:10, 1464:3
**friend** [1] - 1460:21
**friends** [4] - 1460:16,

1465:8, 1489:20, 1493:16

**Fritz** [1] - 1504:19

**front** [6] - 1425:17, 1430:3, 1479:10, 1480:23, 1493:18, 1498:11

**Frè** [7] - 1425:9, 1425:16, 1425:18, 1425:19, 1425:22, 1427:24, 1428:1

**full** [1] - 1416:21

**furtherance** [1] - 1466:24

# G

**gang** [50] - 1417:4, 1417:5, 1417:6, 1417:7, 1419:7, 1419:10, 1419:18, 1419:19, 1419:21, 1419:23, 1419:24, 1419:25, 1420:7, 1420:21, 1421:5, 1421:24, 1421:25, 1423:2, 1423:15, 1423:20, 1425:23, 1428:13, 1437:13, 1437:16, 1437:18, 1437:19, 1437:24, 1438:2, 1438:20, 1439:20, 1440:1, 1441:15, 1442:1, 1442:7, 1442:15, 1442:24, 1443:1, 1443:3, 1443:12, 1443:17, 1443:18, 1443:19, 1452:11, 1452:15, 1454:8, 1454:21, 1457:20, 1457:22

**gang's** [2] - 1421:11, 1427:23

**gangs** [1] - 1421:14

**garbage** [3] - 1480:19, 1480:20, 1495:23

**Gatorade** [1] - 1476:11

**General** [2] - 1463:1, 1464:17

**general** [3] - 1467:25, 1471:6, 1479:19

**GERMINE** [1] - 1409:6

**Germine** [59] - 1411:4, 1411:15, 1411:19, 1417:7, 1417:9, 1417:11, 1417:19, 1417:21, 1418:1, 1418:4, 1418:9,

1418:11, 1418:21, 1419:1, 1419:6, 1421:4, 1421:25, 1422:19, 1423:23, 1424:4, 1424:25, 1425:7, 1425:9, 1425:15, 1425:25, 1432:6, 1432:8, 1432:9, 1432:19, 1433:3, 1433:10, 1433:15, 1434:11, 1434:23, 1435:4, 1436:8, 1436:12, 1436:15, 1436:18, 1437:2, 1437:7, 1437:12, 1438:12, 1439:16, 1439:17, 1439:22, 1440:1, 1440:15, 1440:23, 1442:9, 1442:10, 1442:12, 1442:19, 1443:2, 1448:21, 1449:1, 1457:20, 1457:22, 1458:25

**Germine's** [6] - 1433:23, 1434:6, 1435:11, 1435:17, 1440:6, 1442:22

**Giglio** [1] - 1434:8

**given** [5] - 1429:6, 1449:8, 1449:16, 1456:23, 1503:19

**gladly** [1] - 1486:17

**God** [10] - 1446:24, 1448:16, 1448:17, 1448:19, 1448:21, 1450:6, 1451:3, 1458:19

**gotta** [1] - 1471:7

**Government** [8] - 1409:13, 1410:11, 1410:12, 1410:12, 1431:2, 1431:22, 1469:5, 1494:21

**government** [26] - 1411:7, 1411:10, 1411:23, 1412:6, 1412:11, 1412:15, 1412:23, 1413:12, 1413:14, 1413:19, 1414:10, 1415:19, 1416:5, 1416:16, 1429:7, 1429:8, 1435:15, 1446:2, 1449:7, 1449:16, 1449:19, 1450:11, 1459:1, 1459:15, 1503:1, 1503:7

**GOVERNMENT** [2] - 1416:10, 1459:16

**government's** [10] - 1412:14, 1412:20, 1412:24, 1413:21, 1430:3, 1434:16, 1435:18, 1435:19, 1435:21

**Government's** [10] - 1429:21, 1430:15, 1463:12, 1468:12, 1469:1, 1475:15, 1478:2, 1493:11, 1494:22, 1494:24

**granting** [2] - 1449:23, 1450:8

**gray** [2] - 1493:20, 1493:25

**grew** [1] - 1441:8

**grounds** [1] - 1455:14

**grow** [2] - 1432:10, 1433:15

**growing** [2] - 1435:3, 1441:10

**guess** [9] - 1421:11, 1434:8, 1439:19, 1456:4, 1465:12, 1466:4, 1467:4, 1491:4, 1496:25

**gun** [14] - 1435:1, 1477:9, 1477:21, 1478:19, 1479:4, 1479:12, 1479:23, 1479:24, 1480:4, 1480:13, 1480:21, 1496:12, 1496:24

**guns** [3] - 1426:19, 1477:5, 1477:7

**guy** [2] - 1467:3

# H

**hair** [2] - 1417:18

**Haiti** [57] - 1417:2, 1418:10, 1418:22, 1436:8, 1444:2, 1444:13, 1446:19, 1446:21, 1447:7, 1451:19, 1451:25, 1452:8, 1452:10, 1453:10, 1453:16, 1453:17, 1456:5, 1456:7, 1456:8, 1456:13, 1458:5, 1459:23, 1461:13, 1462:4, 1464:24, 1465:9, 1465:10, 1465:18, 1465:20, 1465:23, 1465:25, 1468:7, 1470:3, 1470:23, 1484:25, 1485:3, 1485:5,

1485:11, 1485:13, 1485:20, 1487:8, 1487:18, 1487:21, 1487:24, 1488:7, 1488:8, 1488:12, 1488:14, 1488:17, 1488:22, 1489:1, 1489:10, 1489:21, 1490:15, 1490:23, 1490:24, 1493:16

**Haitian** [4] - 1417:3, 1420:4, 1420:6, 1438:3

**halfway** [1] - 1462:25

**hand** [3] - 1423:10, 1423:17, 1477:21

**handcuffed** [2] - 1458:14, 1458:15

**handcuffs** [1] - 1458:13

**handed** [1] - 1464:20

**hands** [4] - 1414:15, 1455:24, 1478:23, 1479:2

**happenstance** [1] - 1483:3

**happy** [1] - 1445:25

**he/she** [1] - 1425:23

**headset** [1] - 1416:8

**hear** [1] - 1428:8

**heard** [3] - 1467:7, 1477:18, 1482:5

**hearing** [1] - 1414:1

**hearsay** [5] - 1454:9, 1466:23, 1472:23, 1473:21, 1489:14

**heart** [1] - 1451:14

**help** [6] - 1448:19, 1453:15, 1499:2, 1499:15, 1500:10, 1500:12

**herself** [1] - 1470:22

**himself** [1] - 1424:5

**homes** [1] - 1432:14

**honest** [2] - 1437:22, 1441:9

**Honor** [68] - 1411:2, 1411:9, 1411:14, 1411:18, 1412:22, 1413:7, 1413:24, 1414:6, 1414:17, 1414:22, 1415:4, 1415:12, 1415:15, 1415:20, 1416:9, 1417:20, 1420:9, 1420:12, 1421:19, 1422:10, 1423:4, 1425:1, 1428:17, 1428:24, 1429:4, 1429:6, 1429:16,

1430:8, 1430:19, 1431:17, 1433:5, 1434:21, 1435:22, 1436:4, 1441:22, 1442:10, 1443:4, 1445:13, 1445:20, 1447:9, 1448:13, 1449:13, 1449:20, 1450:15, 1450:18, 1454:2, 1455:13, 1456:17, 1457:12, 1459:3, 1459:14, 1463:23, 1464:6, 1464:14, 1465:13, 1466:25, 1469:1, 1470:4, 1472:24, 1475:14, 1475:17, 1491:25, 1498:19, 1499:6, 1499:23, 1503:3, 1503:17, 1504:1

**HONORABLE** [1] - 1409:10

**hope** [4] - 1413:11, 1413:22, 1446:22, 1447:11

**hoping** [3] - 1446:5, 1446:16, 1448:11

**hostage** [8] - 1445:2, 1445:10, 1445:11, 1445:12, 1447:2, 1447:4, 1456:5, 1456:25

**hostage-taker** [1] - 1447:4

**hostages** [5] - 1422:23, 1454:25, 1455:2, 1455:11, 1455:23

**hot** [6] - 1483:25, 1484:1, 1484:2, 1484:5, 1484:8, 1484:13

**hotter** [2] - 1484:14, 1484:15

**hour** [1] - 1413:12

**house** [34] - 1456:16, 1463:1, 1466:8, 1466:18, 1466:19, 1467:18, 1467:19, 1468:1, 1471:15, 1472:7, 1472:11, 1474:1, 1474:2, 1474:4, 1474:12, 1474:14, 1479:13, 1480:5, 1480:9, 1481:1, 1481:4, 1489:7, 1498:2, 1498:3, 1498:9, 1498:13, 1498:14,

1501:16, 1501:22, 1502:5, 1502:6, 1502:14
**husband** [3] - 1472:5, 1472:6, 1480:6

## I

**ID** [1] - 1462:12
**idea** [5] - 1436:15, 1484:12, 1493:4, 1494:8, 1494:10
**identification** [1] - 1417:21
**identified** [1] - 1429:14
**identify** [1] - 1416:20
**identifying** [1] - 1434:5
**image** [1] - 1479:10
**immediate** [2] - 1433:23, 1435:11
**immunity** [9] - 1413:5, 1414:8, 1414:13, 1414:14, 1414:15, 1449:8, 1449:16, 1449:23, 1450:8
**impeach** [1] - 1413:19
**impeachment** [1] - 1504:4
**improper** [1] - 1445:22
**in-court** [1] - 1417:21
**inacceptable** [1] - 1444:17
**include** [2] - 1435:17, 1435:19
**included** [2] - 1440:5, 1442:23
**income** [2] - 1434:23, 1435:12
**inconsistent** [1] - 1412:12
**indicated** [3] - 1412:11, 1434:11, 1441:3
**indicating** [1] - 1441:4
**indicted** [3] - 1445:3, 1445:4
**indictment** [1] - 1444:6
**individual** [6] - 1430:2, 1430:3, 1430:11, 1431:12, 1460:12, 1488:9
**individuals** [1] - 1423:2
**indulgence** [3] - 1429:4, 1448:13, 1498:17

**infallible** [1] - 1412:3
**information** [4] - 1420:24, 1458:3, 1461:14, 1462:1
**informed** [1] - 1438:17
**initial** [1] - 1454:6
**injured** [4] - 1437:16, 1437:19, 1439:3, 1439:7
**injuries** [1] - 1419:18
**inquire** [2] - 1420:14, 1420:23
**inquiring** [2] - 1421:1, 1421:10
**inside** [4] - 1474:14, 1474:20, 1476:8, 1501:25
**instance** [3] - 1425:8, 1426:14, 1427:24
**instead** [1] - 1470:21
**instruct** [1] - 1426:15
**instructed** [2] - 1490:17, 1490:20
**instructions** [2] - 1442:2, 1484:21
**intends** [2] - 1412:23, 1414:10
**intention** [1] - 1412:20
**INTERPRETER** [9] - 1419:14, 1422:16, 1425:13, 1425:19, 1427:18, 1427:20, 1448:13, 1455:7, 1456:19
**interpreter** [7] - 1419:15, 1422:16, 1425:11, 1425:20, 1427:17, 1448:14, 1455:7
**interpreters** [1] - 1411:4
**interrupt** [1] - 1414:25
**introduce** [1] - 1459:19
**involve** [1] - 1442:24
**involved** [5] - 1413:5, 1419:11, 1422:8, 1428:22, 1443:17
**involvement** [1] - 1428:12
**involving** [1] - 1443:12
**issue** [4] - 1413:5, 1415:24, 1450:8, 1484:22
**issued** [3] - 1449:18, 1449:19, 1449:23
**issues** [1] - 1415:9
**item** [11] - 1468:5, 1475:11, 1495:22,

1496:1, 1496:18, 1496:20, 1496:23, 1497:9, 1497:17, 1498:4, 1498:15
**items** [3] - 1468:4, 1468:6, 1476:8

## J

**J-E-A-N** [1] - 1416:24
**jail** [4] - 1418:21, 1436:12, 1436:15, 1436:23
**January** [1] - 1409:6
**JDB** [1] - 1409:4
**JEAN** [3] - 1410:4, 1416:10, 1416:23
**Jean** [13] - 1416:5, 1416:22, 1421:8, 1424:18, 1439:10, 1439:13, 1439:17, 1441:24, 1442:7, 1443:9, 1457:18, 1457:19, 1457:23
**Jersey** [17] - 1460:6, 1460:7, 1460:11, 1481:19, 1481:25, 1482:7, 1482:8, 1483:8, 1490:20, 1490:21, 1490:22, 1490:25, 1491:2, 1491:22, 1491:23, 1492:6, 1492:8
**Jesus** [1] - 1451:4
**Jimani** [1] - 1452:23
**JOHN** [1] - 1409:10
**John** [1] - 1504:19
**join** [1] - 1419:7
**joining** [1] - 1411:12
**JOLY** [1] - 1409:6
**Joly** [9] - 1411:4, 1417:7, 1417:18, 1419:6, 1425:9, 1425:15, 1425:25, 1437:12, 1442:11
**journalist** [1] - 1452:8
**Judge** [1] - 1413:9
**judge** [6] - 1448:12, 1448:16, 1448:19, 1448:20, 1448:22, 1450:8
**JUDGE** [1] - 1409:10
**judging** [1] - 1448:21
**judicial** [3] - 1445:19, 1446:3, 1446:10
**juice** [1] - 1476:11
**July** [11] - 1417:25, 1419:22, 1421:3, 1421:24, 1422:1,

1436:20, 1436:21, 1437:1, 1437:5, 1437:20
**June** [4] - 1419:22, 1436:21, 1437:1, 1437:5
**justice** [3] - 1444:4, 1451:15, 1451:16
**Justice** [1] - 1409:16

## K

**Karen** [1] - 1411:10
**KAREN** [1] - 1409:13
**keep** [5] - 1412:7, 1422:22, 1426:4, 1427:25, 1454:14
**keeping** [3] - 1426:21, 1427:2, 1443:9
**kept** [2] - 1427:4, 1454:16
**kidnap** [3] - 1419:3, 1422:17, 1453:11
**kidnapped** [6] - 1422:22, 1423:3, 1423:16, 1424:9, 1447:6, 1456:9
**kidnapper** [1] - 1447:4
**kidnapping** [8] - 1422:9, 1423:1, 1428:3, 1428:5, 1444:8, 1444:14, 1444:18, 1453:9
**kidnappings** [11] - 1420:21, 1421:5, 1421:13, 1421:18, 1423:23, 1423:24, 1424:5, 1444:2, 1444:12, 1444:15, 1446:19
**kill** [1] - 1419:4
**killed** [2] - 1454:16, 1456:15
**KIMBERLY** [1] - 1409:13
**kind** [1] - 1495:23
**king** [5] - 1417:8, 1417:19, 1437:10, 1437:12, 1438:15
**knock** [1] - 1474:15
**knowledge** [2] - 1418:9, 1493:1
**known** [1] - 1481:16
**knows** [6] - 1418:14, 1435:7, 1446:24, 1448:16, 1450:6, 1450:12
**Koleg** [6] - 1423:17, 1423:19, 1423:20,

1453:11, 1458:4

## L

**lack** [9] - 1440:7, 1440:18, 1443:4, 1450:10, 1457:6, 1470:4, 1470:7, 1470:8, 1470:17
**land** [5] - 1433:23, 1434:9, 1434:13, 1440:6, 1440:15
**landowner** [1] - 1435:3
**language** [1] - 1469:19
**Language** [1] - 1504:14
**Lanmo** [21] - 1418:23, 1418:24, 1419:2, 1419:6, 1420:22, 1421:7, 1423:18, 1424:23, 1426:15, 1426:16, 1427:11, 1427:24, 1428:1, 1431:12, 1437:8, 1437:11, 1438:11, 1438:14, 1458:4
**last** [13] - 1414:10, 1424:17, 1448:6, 1453:7, 1455:9, 1460:22, 1461:14, 1480:18, 1502:11, 1503:9, 1503:10, 1504:2, 1504:4
**latitude** [1] - 1456:23
**latter** [1] - 1426:16
**Law** [1] - 1409:19
**law** [4] - 1424:16, 1460:21, 1460:23, 1491:15
**lawyer** [1] - 1444:22
**leader** [6] - 1417:6, 1417:7, 1421:5, 1422:6, 1437:10, 1437:11
**leading** [1] - 1424:1
**least** [3] - 1432:21, 1437:1, 1441:3
**leave** [3] - 1419:23, 1451:19, 1492:21
**left** [8] - 1419:24, 1452:10, 1452:18, 1458:12, 1493:22, 1498:7, 1498:8, 1498:9
**leg** [1] - 1419:12
**length** [2] - 1412:24, 1412:25

**lengthier** [1] - 1414:18
**less** [1] - 1413:12
**letter** [3] - 1414:8, 1414:13, 1414:14
**license** [2] - 1462:13, 1497:22
**lie** [3] - 1450:24, 1450:25
**life** [3] - 1433:14, 1434:6, 1441:16
**line** [4] - 1418:12, 1455:20, 1456:24, 1500:2
**list** [7] - 1411:25, 1412:2, 1412:14, 1464:1, 1464:2, 1464:5, 1504:16
**listener** [1] - 1472:25
**lists** [1] - 1411:23
**live** [5] - 1460:7, 1460:9, 1460:10, 1485:23, 1492:6
**lived** [5] - 1433:10, 1463:19, 1481:21, 1481:23, 1485:24
**lives** [2] - 1431:10, 1451:4
**living** [13] - 1419:20, 1433:12, 1433:16, 1474:5, 1474:7, 1474:19, 1474:22, 1474:23, 1475:24, 1482:21, 1482:23, 1482:25, 1487:23
**located** [3] - 1418:9, 1474:8, 1474:9
**location** [3] - 1491:13, 1498:1, 1498:2
**locked** [1] - 1453:7
**look** [14] - 1414:20, 1473:20, 1474:6, 1475:9, 1476:12, 1476:13, 1476:17, 1476:20, 1493:11, 1494:3, 1500:5, 1503:17, 1503:20
**looked** [10] - 1475:21, 1477:8, 1477:13, 1478:20, 1479:21, 1480:2, 1496:1, 1496:12, 1496:24, 1497:3
**looking** [5] - 1414:24, 1434:6, 1464:4, 1477:2, 1499:1
**looks** [1] - 1479:20
**lose** [2] - 1483:5, 1483:8
**lost** [1] - 1419:12
**Louis** [4] - 1503:4,

1503:10, 1503:12, 1503:14
**loved** [1] - 1441:9
**lunch** [3] - 1486:23, 1503:1, 1504:12
**Lunch** [1] - 1504:21
**lunchtime** [1] - 1503:20
**lying** [1] - 1451:6

# M

**ma'am** [3] - 1425:19, 1427:18, 1427:20
**maintain** [1] - 1483:12
**man** [1] - 1451:3
**managed** [1] - 1426:13
**managing** [2] - 1426:5, 1426:9
**marked** [1] - 1494:24
**married** [1] - 1417:2
**math** [2] - 1433:5, 1482:17
**matter** [13] - 1411:21, 1411:22, 1418:16, 1420:13, 1422:5, 1427:4, 1437:22, 1442:20, 1444:14, 1445:6, 1447:4, 1486:12, 1505:5
**matters** [2] - 1441:25, 1442:19
**Mawozo** [5] - 1417:4, 1418:22, 1419:7, 1423:25, 1437:9
**maximum** [1] - 1413:8
**MCDANIEL** [2] - 1415:4, 1415:7
**McDaniel** [4] - 1413:10, 1415:6, 1415:13, 1416:13
**McDonald** [1] - 1460:18
**MD** [1] - 1409:20
**mean** [5] - 1465:11, 1465:16, 1469:11, 1475:1, 1483:24
**means** [5] - 1425:20, 1454:15, 1469:14, 1469:15, 1470:6
**meant** [1] - 1458:2
**meantime** [1] - 1504:12
**meet** [4] - 1438:23, 1462:25, 1466:16, 1475:7
**meeting** [1] - 1491:4
**member** [3] - 1423:20,

1443:1, 1443:18
**members** [1] - 1428:13
**men** [1] - 1486:7
**mentioned** [6] - 1421:24, 1428:7, 1432:7, 1458:1, 1478:19, 1504:6
**merely** [1] - 1429:11
**message** [1] - 1453:1
**met** [7] - 1439:1, 1447:22, 1447:25, 1464:17, 1480:17, 1491:5, 1491:7
**Michaud** [1] - 1423:21
**middle** [1] - 1464:17
**might** [4] - 1415:9, 1434:7, 1435:20, 1484:22
**military** [1] - 1504:7
**mind** [3] - 1412:7, 1427:25, 1485:7
**minute** [3] - 1473:15, 1476:23, 1501:23
**minutes** [5] - 1414:20, 1422:12, 1458:22, 1473:12, 1473:13
**missionaries** [2] - 1447:6, 1456:8
**mistakes** [1] - 1412:3
**misunderstanding** [1] - 1412:19
**moment** [2] - 1435:23, 1503:6
**Monday** [1] - 1409:6
**money** [97] - 1419:25, 1420:4, 1421:8, 1421:11, 1422:1, 1422:20, 1422:24, 1423:1, 1423:22, 1423:23, 1424:4, 1424:10, 1424:12, 1424:22, 1425:8, 1425:10, 1425:14, 1425:16, 1426:3, 1426:4, 1426:13, 1426:18, 1427:9, 1427:10, 1427:11, 1427:12, 1427:13, 1427:14, 1427:15, 1427:22, 1428:1, 1428:2, 1428:3, 1428:4, 1428:5, 1428:13, 1428:23, 1435:1, 1435:4, 1435:17, 1438:7, 1438:14, 1439:7, 1442:3, 1452:12, 1452:14, 1452:15, 1452:16, 1452:17,

1454:7, 1454:14, 1454:17, 1454:21, 1454:22, 1454:23, 1454:24, 1455:3, 1455:12, 1457:23, 1457:24, 1461:9, 1461:13, 1461:23, 1461:25, 1462:3, 1462:5, 1462:7, 1462:10, 1462:11, 1462:15, 1462:22, 1462:23, 1462:25, 1463:1, 1463:6, 1464:19, 1464:20, 1464:21, 1464:24, 1465:1, 1465:2, 1465:6, 1483:15, 1484:6, 1484:23, 1486:15, 1486:19, 1498:24, 1500:11, 1500:16, 1500:22, 1501:12
**MoneyGram** [3] - 1462:8, 1499:1, 1499:15
**monies** [1] - 1434:25
**month** [7] - 1465:12, 1465:18, 1487:12, 1501:4, 1501:8, 1501:11
**months** [1] - 1484:14
**morning** [22] - 1411:2, 1411:9, 1411:13, 1411:14, 1411:17, 1411:18, 1411:20, 1411:24, 1412:8, 1412:12, 1412:18, 1414:6, 1414:11, 1415:4, 1415:6, 1415:11, 1415:24, 1416:11, 1432:4, 1432:5, 1458:21, 1459:21
**most** [2] - 1412:11, 1503:7
**mother** [1] - 1456:14
**motion** [1] - 1422:14
**motive** [3] - 1434:8, 1447:14, 1447:15
**move** [11] - 1422:10, 1430:19, 1431:17, 1447:9, 1451:17, 1456:17, 1456:20, 1469:1, 1481:25, 1482:12, 1482:25
**moved** [7] - 1452:3, 1482:8, 1482:20, 1483:3, 1483:6, 1483:8
**moving** [1] - 1464:12

**MR** [79] - 1411:9, 1411:14, 1414:6, 1414:16, 1414:22, 1415:4, 1415:7, 1415:15, 1418:13, 1420:9, 1420:12, 1420:18, 1421:9, 1422:10, 1423:4, 1424:1, 1424:6, 1425:1, 1426:6, 1426:9, 1426:23, 1428:8, 1428:10, 1428:14, 1428:18, 1429:6, 1429:13, 1429:15, 1430:25, 1431:19, 1432:3, 1433:5, 1433:8, 1433:9, 1434:21, 1435:2, 1435:6, 1435:10, 1435:22, 1436:1, 1436:4, 1436:6, 1440:8, 1440:9, 1440:12, 1440:14, 1440:20, 1440:22, 1441:22, 1441:23, 1442:10, 1442:13, 1443:7, 1445:20, 1445:24, 1446:4, 1446:8, 1446:13, 1447:9, 1447:17, 1448:24, 1449:11, 1449:13, 1449:14, 1449:20, 1449:21, 1450:15, 1450:18, 1450:20, 1454:2, 1454:5, 1454:20, 1455:9, 1456:1, 1456:17, 1456:20, 1457:1, 1457:8, 1457:12
**MS** [152] - 1411:18, 1412:22, 1413:7, 1413:24, 1414:4, 1415:20, 1416:2, 1416:9, 1416:19, 1417:20, 1417:23, 1418:20, 1419:16, 1419:17, 1420:16, 1420:19, 1421:2, 1421:13, 1421:16, 1421:19, 1421:23, 1422:18, 1423:10, 1423:13, 1423:14, 1424:3, 1424:14, 1425:5, 1425:11, 1425:18, 1425:21, 1426:20, 1427:1, 1427:17, 1427:19, 1427:21, 1428:11, 1428:16, 1428:22, 1429:2, 1429:4,

1429:11, 1429:14, 1429:20, 1429:23, 1430:1, 1430:7, 1430:10, 1430:19, 1430:22, 1431:4, 1431:17, 1431:24, 1433:25, 1434:4, 1434:14, 1440:7, 1440:16, 1441:17, 1443:4, 1445:13, 1445:21, 1445:25, 1449:10, 1449:17, 1450:10, 1454:9, 1455:4, 1455:13, 1455:16, 1457:6, 1457:17, 1458:16, 1459:3, 1459:14, 1459:18, 1463:22, 1463:25, 1464:2, 1464:6, 1464:8, 1464:14, 1464:16, 1465:13, 1465:21, 1466:23, 1466:24, 1467:6, 1469:1, 1469:3, 1469:7, 1470:4, 1470:6, 1470:10, 1470:15, 1470:17, 1470:20, 1472:23, 1472:24, 1473:6, 1473:21, 1473:22, 1475:14, 1475:20, 1478:4, 1478:6, 1478:12, 1478:15, 1479:16, 1479:17, 1481:9, 1481:11, 1481:13, 1484:19, 1484:20, 1485:17, 1485:19, 1486:9, 1486:13, 1486:14, 1489:14, 1489:17, 1491:25, 1492:2, 1493:9, 1493:10, 1494:22, 1494:23, 1498:19, 1498:22, 1499:6, 1499:8, 1499:9, 1499:11, 1499:13, 1499:21, 1499:23, 1500:1, 1500:18, 1500:20, 1501:3, 1501:7, 1502:19, 1503:3, 1503:7, 1503:15, 1503:17, 1503:24, 1504:1, 1504:5, 1504:10, 1504:14

**Murray** [1] - 1411:5

# N

**name** [19] - 1416:21, 1416:22, 1424:17, 1425:23, 1425:24, 1459:21, 1460:12, 1461:14, 1462:14, 1462:18, 1462:20, 1467:14, 1467:15, 1468:19, 1469:8, 1469:11, 1469:12, 1500:8, 1500:9
**named** [3] - 1431:12, 1438:18, 1488:9
**names** [2] - 1417:9, 1477:14
**NATASHA** [2] - 1410:6, 1459:16
**Natasha** [1] - 1459:15, 1459:21
**national** [6] - 1417:3, 1418:10, 1436:8, 1437:2, 1437:5, 1437:8
**navy** [1] - 1417:17
**near** [1] - 1452:23
**nearly** [1] - 1413:23
**necessarily** [1] - 1412:25
**necessary** [1] - 1413:20
**need** [17] - 1411:22, 1412:4, 1412:6, 1414:18, 1414:20, 1416:1, 1416:3, 1416:7, 1420:10, 1430:5, 1456:11, 1456:24, 1466:5, 1466:7, 1466:11, 1503:5, 1504:11
**needed** [6] - 1415:2, 1453:15, 1467:4, 1470:12, 1481:6, 1503:12
**needs** [2] - 1415:1, 1448:14
**negotiated** [1] - 1428:2
**neighborhood** [3] - 1422:6, 1422:7, 1431:10
**never** [11] - 1445:12, 1447:7, 1492:4, 1492:10, 1494:25, 1495:4, 1495:15, 1496:4, 1496:7, 1498:15, 1498:16
**New** [17] - 1460:6, 1460:7, 1460:11,

1481:19, 1481:25, 1482:7, 1482:8, 1483:8, 1490:20, 1490:21, 1490:22, 1490:25, 1491:2, 1491:22, 1491:23, 1492:6, 1492:8
**new** [3] - 1411:23, 1415:25, 1464:5
**next** [3] - 1459:1, 1473:1, 1504:13
**nonresponsive** [2] - 1447:10, 1456:20
**note** [1] - 1415:21
**notebook** [2] - 1427:5, 1427:6
**noted** [1] - 1427:5
**nothing** [5] - 1429:25, 1443:18, 1451:5, 1466:6, 1489:22
**notice** [3] - 1445:19, 1446:3, 1446:10
**number** [6] - 1461:14, 1462:13, 1463:8, 1468:23, 1477:11
**NW** [3] - 1409:14, 1409:17, 1409:25

# O

**object** [2] - 1455:13, 1470:8
**objection** [46] - 1418:13, 1420:9, 1422:10, 1422:15, 1423:4, 1424:1, 1424:6, 1425:1, 1426:6, 1426:23, 1428:14, 1429:3, 1430:25, 1431:1, 1431:19, 1431:20, 1433:25, 1440:7, 1440:12, 1440:16, 1441:17, 1443:4, 1449:10, 1449:17, 1450:10, 1454:9, 1454:18, 1455:4, 1457:6, 1465:13, 1466:23, 1469:3, 1469:4, 1470:4, 1470:15, 1472:23, 1473:3, 1473:21, 1479:16, 1485:17, 1486:9, 1489:14, 1499:6, 1499:11, 1500:18, 1501:3
**objections** [1] - 1465:16
**obliging** [1] - 1490:12
**observation** [2] -

1412:9, 1439:25
**observe** [1] - 1440:2
**observed** [1] - 1457:23
**obtained** [2] - 1462:22, 1462:23
**obtaining** [1] - 1463:6
**occasions** [4] - 1447:19, 1448:3, 1448:5, 1448:7
**occurred** [1] - 1444:15
**occurring** [1] - 1453:10
**October** [3] - 1417:25, 1465:23, 1489:24
**OF** [3] - 1409:1, 1409:3, 1409:9
**Office** [1] - 1409:14
**Official** [1] - 1505:3
**often** [6] - 1461:3, 1461:5, 1465:9, 1488:5, 1488:20, 1495:6
**old** [7] - 1460:1, 1460:3, 1482:5, 1482:8, 1482:10, 1482:14, 1482:18
**once** [9] - 1456:10, 1461:6, 1462:22, 1462:23, 1481:4, 1485:14, 1486:10, 1492:3
**one** [27] - 1411:21, 1411:24, 1411:25, 1412:9, 1413:18, 1417:14, 1442:4, 1442:20, 1443:21, 1446:22, 1447:5, 1449:4, 1475:16, 1477:12, 1477:17, 1477:20, 1478:13, 1478:22, 1479:14, 1483:17, 1487:6, 1493:19, 1493:22, 1494:3, 1494:4, 1504:1
**one-way** [1] - 1487:6
**ones** [1] - 1477:18
**open** [5] - 1476:5, 1476:9, 1476:10, 1497:4, 1501:17
**opened** [1] - 1496:4
**opening** [3] - 1412:16, 1434:11, 1435:2
**operated** [1] - 1457:19
**opportunity** [7] - 1414:12, 1415:2, 1415:7, 1415:10, 1415:11, 1415:16, 1416:12

**option** [1] - 1480:9
**or..** [1] - 1467:24
**order** [10] - 1413:25, 1414:1, 1414:15, 1444:3, 1448:20, 1449:18, 1449:23, 1450:3, 1450:8, 1450:14
**ORENBERG** [77] - 1409:18, 1411:14, 1414:6, 1414:16, 1414:22, 1415:15, 1418:13, 1420:9, 1420:12, 1420:18, 1421:9, 1422:10, 1423:4, 1424:1, 1424:6, 1425:1, 1426:6, 1426:9, 1426:23, 1428:8, 1428:10, 1428:14, 1428:18, 1429:6, 1429:13, 1429:15, 1430:25, 1431:19, 1432:3, 1433:5, 1433:8, 1433:9, 1434:21, 1435:2, 1435:6, 1435:10, 1435:22, 1436:1, 1436:4, 1436:6, 1440:8, 1440:9, 1440:12, 1440:14, 1440:20, 1440:22, 1441:22, 1441:23, 1442:10, 1442:13, 1443:7, 1445:20, 1445:24, 1446:4, 1446:8, 1446:13, 1447:9, 1447:17, 1448:24, 1449:11, 1449:13, 1449:14, 1449:20, 1449:21, 1450:15, 1450:18, 1450:20, 1454:2, 1454:5, 1454:20, 1455:9, 1456:1, 1456:17, 1456:20, 1457:1, 1457:8, 1457:12
**Orenberg** [12] - 1409:19, 1411:15, 1414:5, 1414:7, 1415:14, 1415:17, 1429:17, 1432:1, 1436:5, 1446:12, 1454:1, 1456:23
**out-of-court** [1] - 1454:10
**outcome** [2] - 1446:6, 1446:16
**outside** [16] - 1411:11,

1420:13, 1422:11, 1422:13, 1423:4, 1428:14, 1428:18, 1428:21, 1433:10, 1433:19, 1433:25, 1434:17, 1441:17, 1443:5, 1474:6, 1485:17
**overrule** [1] - 1422:14
**overruled** [11] - 1418:14, 1424:7, 1454:18, 1455:19, 1465:16, 1467:1, 1473:3, 1485:18, 1489:15, 1499:12, 1500:19
**own** [9] - 1421:10, 1443:14, 1443:15, 1444:3, 1444:19, 1444:21, 1444:22, 1444:23, 1449:6
**owned** [2] - 1434:9, 1440:15
**owning** [1] - 1434:13

## P

**p.1** [2] - 1410:12, 1431:22
**p.21** [2] - 1410:11, 1431:2
**p.m** [1] - 1504:21
**packaged** [1] - 1479:4
**packaging** [1] - 1479:13
**page** [20] - 1429:21, 1429:23, 1430:16, 1430:20, 1430:21, 1430:23, 1431:6, 1431:7, 1431:17, 1431:20, 1463:12, 1463:14, 1464:9, 1464:10, 1468:15, 1478:4, 1478:5, 1494:22
**pages** [2] - 1414:17, 1505:4
**Pages** [1] - 1409:7
**paid** [5] - 1420:1, 1438:6, 1438:12, 1438:13, 1454:16
**Papi** [16] - 1467:7, 1467:8, 1467:12, 1468:3, 1468:8, 1472:15, 1488:9, 1488:12, 1490:6, 1490:14, 1490:24, 1491:2, 1491:13, 1491:22, 1492:17, 1492:19

**parameters** [2] - 1423:6, 1429:6
**Park** [1] - 1409:19
**parking** [3] - 1466:17, 1466:20, 1473:12
**part** [9] - 1412:9, 1420:20, 1437:13, 1441:15, 1448:6, 1449:7, 1452:9, 1453:17, 1460:22
**parte** [1] - 1429:9
**particular** [4] - 1420:15, 1489:24, 1492:11, 1495:11
**particularly** [1] - 1435:7
**Paschall** [1] - 1411:11
**PASCHALL** [3] - 1409:13, 1504:14, 1504:19
**past** [1] - 1444:12
**Pause** [1] - 1448:15
**pay** [4] - 1438:10, 1479:20, 1486:21, 1495:16
**paying** [3] - 1428:12, 1437:24, 1462:4
**payments** [5] - 1420:22, 1421:6, 1421:7, 1426:22, 1427:3
**payroll** [5] - 1426:14, 1426:16, 1428:7, 1428:9, 1428:23
**PC** [1] - 1409:19
**Pelice** [22] - 1414:11, 1415:1, 1415:8, 1416:5, 1416:7, 1416:11, 1416:20, 1416:22, 1416:25, 1420:2, 1431:6, 1432:6, 1434:19, 1442:6, 1443:21, 1443:25, 1446:11, 1446:14, 1450:17, 1451:8, 1457:18, 1458:17
**PELICE** [4] - 1410:4, 1416:10, 1416:23, 1416:24
**pelice** [2] - 1412:8, 1414:8
**Pelice's** [2] - 1414:25, 1415:22
**pending** [3] - 1445:5, 1446:12, 1446:15
**Pennsylvania** [1] - 1409:17
**people** [13] - 1419:4, 1422:17, 1422:21,

1423:15, 1424:10, 1424:11, 1426:18, 1442:3, 1446:20, 1447:2, 1489:8, 1489:18
**per** [2] - 1420:2, 1488:20
**perhaps** [3] - 1414:18, 1434:12, 1435:13
**period** [6] - 1417:25, 1418:4, 1437:15, 1460:19, 1460:20, 1483:5
**perjury** [2] - 1450:22, 1450:23
**permission** [1] - 1452:12
**permitted** [1] - 1435:16
**Pernier** [1] - 1422:7
**person** [13] - 1422:4, 1431:11, 1437:22, 1438:9, 1438:10, 1438:18, 1451:6, 1462:14, 1462:16, 1467:16, 1467:18, 1469:17, 1469:21
**personal** [1] - 1493:1
**personally** [1] - 1457:23
**phone** [15] - 1418:2, 1418:5, 1418:11, 1418:12, 1418:16, 1418:17, 1461:14, 1462:13, 1462:24, 1468:24, 1469:17, 1472:14, 1476:15
**photo** [12] - 1429:11, 1431:14, 1431:20, 1475:4, 1475:9, 1475:11, 1475:21, 1475:23, 1478:7, 1478:13, 1478:14, 1493:13
**photograph** [7] - 1430:22, 1430:23, 1431:7, 1431:18, 1494:5, 1494:21, 1495:22
**pick** [10] - 1461:21, 1461:22, 1461:23, 1467:17, 1467:23, 1468:1, 1483:14, 1484:6, 1484:23, 1486:15
**picked** [6] - 1467:19, 1498:24, 1500:11, 1500:15, 1500:21, 1501:11
**picture** [2] - 1429:24,

1430:15
**place** [4] - 1423:20, 1456:16, 1461:16, 1461:23
**placed** [2] - 1429:7, 1463:23
**plains** [1] - 1433:22
**Plaintiff** [1] - 1409:4
**plastic** [1] - 1497:18
**play** [1] - 1432:12
**plead** [1] - 1453:9
**pleasure** [1] - 1502:21
**podium** [1] - 1411:8
**point** [12] - 1412:4, 1428:24, 1434:15, 1448:10, 1451:18, 1452:5, 1458:23, 1461:2, 1466:6, 1485:11, 1498:3
**Port** [12] - 1433:11, 1433:12, 1433:13, 1433:18, 1433:19, 1485:15, 1485:16, 1485:22, 1485:23, 1486:1, 1486:3, 1486:4
**Port-au-Prince** [12] - 1433:11, 1433:12, 1433:13, 1433:18, 1433:19, 1485:15, 1485:16, 1485:22, 1485:23, 1486:1, 1486:3, 1486:4
**portion** [2] - 1429:24, 1430:19
**possess** [1] - 1448:17
**potentially** [1] - 1499:1
**Potomac** [2] - 1409:19, 1409:20
**preliminary** [4] - 1411:21, 1423:7, 1426:24, 1440:20
**prepared** [4] - 1413:7, 1413:19, 1415:11, 1415:19
**presence** [2] - 1425:17, 1439:16
**present** [6] - 1411:15, 1414:25, 1417:13, 1434:22, 1476:16, 1476:19
**pretty** [1] - 1486:12
**prevent** [1] - 1453:12
**previously** [1] - 1475:4
**Prince** [12] - 1433:11, 1433:12, 1433:13, 1433:18, 1433:19, 1485:15, 1485:16,

1485:22, 1485:23, 1486:1, 1486:3, 1486:4
**printed** [1] - 1416:4
**printing** [2] - 1415:24, 1415:25
**prison** [7] - 1418:10, 1433:12, 1436:8, 1436:25, 1437:2, 1437:5, 1437:8
**probe** [1] - 1441:21
**problem** [4] - 1434:4, 1434:18, 1447:3, 1490:11
**problems** [4] - 1444:4, 1453:5, 1453:6, 1456:14
**proceed** [3] - 1415:19, 1416:16, 1446:12
**proceeding** [2] - 1451:2, 1451:10
**proceedings** [1] - 1505:5
**produce** [1] - 1434:12
**produced** [1] - 1412:15
**proffer** [1] - 1429:9
**profit** [2] - 1422:22, 1422:24
**profits** [1] - 1421:6
**proof** [1] - 1447:2
**prosecution** [3] - 1447:22, 1447:25, 1448:11
**prosecutor** [1] - 1450:7
**provide** [5] - 1414:1, 1415:21, 1429:9, 1440:11, 1493:9
**provided** [6] - 1420:8, 1420:20, 1420:22, 1420:24, 1503:18, 1503:20
**providing** [6] - 1421:8, 1428:23, 1434:17, 1447:14, 1447:15, 1449:3
**publish** [1] - 1469:8
**pulling** [1] - 1496:9
**purchased** [1] - 1442:4
**purchases** [1] - 1435:1
**purposes** [2] - 1414:1, 1463:11
**purse** [7] - 1477:10, 1477:12, 1477:16, 1477:23, 1477:24, 1477:25, 1494:19
**put** [13] - 1420:25,

1477:5, 1477:9,
1477:11, 1477:15,
1477:23, 1479:2,
1480:11, 1480:18,
1480:24, 1494:18,
1496:19, 1497:9

## Q

questioning [1] -
1456:24
questions [23] -
1417:24, 1421:3,
1430:7, 1431:24,
1435:11, 1435:14,
1436:17, 1439:9,
1441:19, 1441:20,
1443:22, 1445:21,
1446:5, 1446:7,
1450:14, 1454:3,
1457:12, 1458:10,
1464:23, 1481:9,
1500:5, 1501:24,
1502:19
quick [1] - 1411:21
quite [2] - 1433:6,
1435:7

## R

ransom [10] - 1420:21,
1420:22, 1421:5,
1421:6, 1421:7,
1421:13, 1424:10,
1428:2, 1452:12,
1454:22
rather [3] - 1447:1,
1447:11, 1447:12
read [2] - 1455:9,
1469:9
ready [2] - 1434:15,
1459:1
really [4] - 1429:1,
1471:13, 1479:20,
1501:10
reason [7] - 1434:10,
1445:7, 1447:7,
1452:9, 1452:10,
1454:16, 1464:25
recalled [3] - 1503:4,
1503:10, 1503:16
receipt [3] - 1412:10,
1499:10, 1499:14
received [3] - 1431:3,
1431:23, 1469:6
RECEIVED [1] -
1410:10
receiving [2] - 1423:2,
1423:15

Recess [1] - 1458:24
recess [1] - 1504:21
Recio [1] - 1504:14
recognize [11] -
1430:2, 1430:11,
1430:13, 1431:7,
1431:9, 1462:20,
1463:14, 1468:16,
1468:18, 1478:7,
1478:9
recognized [1] -
1490:6
recollection [1] -
1499:7
recommendation [1] -
1448:11
reconcile [3] - 1412:4,
1412:5, 1412:6
record [18] - 1411:3,
1411:6, 1411:8,
1417:20, 1417:22,
1418:19, 1420:25,
1427:4, 1429:23,
1454:11, 1459:14,
1464:8, 1478:12,
1479:1, 1499:14,
1500:10, 1501:11,
1505:5
recorded [1] - 1418:12
records [1] - 1499:1
Redirect [2] - 1410:5,
1410:7
REDIRECT [2] -
1457:16, 1498:21
referred [2] - 1415:18,
1435:3
referring [4] -
1422:25, 1468:9,
1471:16, 1478:16
reflect [2] - 1417:20,
1417:22
refresh [1] - 1499:7
regarding [2] -
1415:8, 1453:15
Regine [1] - 1411:4
register [1] - 1418:18
rejoin [1] - 1419:18
related [1] - 1443:17
relating [3] - 1442:14,
1442:15, 1442:19
relationship [15] -
1419:1, 1432:7,
1434:5, 1434:7,
1437:21, 1438:18,
1438:20, 1438:22,
1440:23, 1460:20,
1460:24, 1461:2,
1483:12, 1486:25,
1487:6
release [1] - 1454:25

released [4] - 1446:22,
1447:1, 1447:11
relevant [4] - 1421:12,
1429:1, 1434:7,
1435:1
rely [1] - 1412:2
remain [1] - 1459:12
remember [11] -
1436:11, 1436:19,
1439:10, 1462:18,
1463:8, 1482:1,
1499:2, 1499:3,
1499:16, 1500:10,
1500:12
repeat [8] - 1418:3,
1423:11, 1423:12,
1425:11, 1427:17,
1437:25, 1490:2,
1490:23
repeated [1] - 1455:8
rephrase [2] - 1424:2,
1426:1
replacement [2] -
1504:15, 1504:17
report [1] - 1415:16
Reporter [2] -
1409:24, 1505:3
REPORTER [1] -
1455:11
reporter [1] - 1467:10
represents [1] -
1448:17
Republic [14] -
1444:9, 1444:17,
1451:22, 1451:23,
1452:1, 1452:4,
1452:11, 1452:13,
1452:19, 1452:23,
1454:13, 1457:5,
1458:12, 1458:14
republic [1] - 1452:4
request [2] - 1490:11,
1490:12
residence [4] -
1492:3, 1492:15,
1492:17, 1493:13
resolved [1] - 1446:5
respect [14] - 1412:20,
1413:5, 1413:24,
1434:8, 1435:12,
1446:15, 1446:21,
1450:3, 1455:17,
1461:9, 1476:8,
1476:24, 1503:12,
1503:14
respectfully [1] -
1443:21
result [1] - 1428:2
resulted [1] - 1413:18
resume [1] - 1435:23

return [2] - 1466:1,
1486:25
returned [1] - 1465:25
review [3] - 1414:12,
1414:19, 1415:16
role [3] - 1439:25,
1441:15
room [5] - 1474:5,
1474:19, 1474:22,
1474:23, 1475:24
Room [1] - 1409:24
RPR [1] - 1409:24
ruling [1] - 1449:18

## S

salary [1] - 1420:1
Sanjou [16] - 1418:23,
1418:24, 1419:2,
1419:6, 1420:22,
1421:7, 1426:15,
1426:16, 1427:11,
1431:12, 1431:15,
1437:8, 1437:11,
1458:4
Santia [45] - 1421:8,
1424:13, 1424:15,
1424:16, 1424:18,
1424:19, 1424:23,
1424:24, 1425:6,
1425:8, 1425:14,
1425:15, 1426:1,
1426:2, 1426:4,
1426:13, 1426:15,
1426:18, 1426:21,
1427:2, 1427:8,
1427:10, 1427:12,
1427:14, 1427:22,
1428:4, 1428:5,
1429:12, 1429:15,
1430:14, 1430:16,
1439:10, 1439:13,
1439:17, 1441:19,
1441:24, 1442:5,
1442:7, 1442:11,
1443:9, 1443:13,
1457:18, 1457:23
Santia's [1] - 1428:12
sat [2] - 1448:2,
1477:2
Saturday [4] - 1502:9,
1502:10, 1502:13,
1502:16
saw [21] - 1425:15,
1443:14, 1443:15,
1453:10, 1475:24,
1476:5, 1477:23,
1479:12, 1489:7,
1492:13, 1493:13,
1494:4, 1495:11,

1495:12, 1496:7,
1498:15, 1499:10,
1499:14, 1501:16,
1502:9, 1502:11
schedule [1] -
1503:13
scope [18] - 1413:4,
1413:13, 1420:13,
1420:25, 1422:11,
1423:5, 1423:8,
1428:14, 1428:18,
1433:25, 1434:17,
1435:15, 1435:16,
1435:19, 1441:17,
1443:5, 1485:17
screen [4] - 1430:3,
1431:5, 1478:11,
1500:3
screenshot [1] -
1468:15
seal [1] - 1459:13
sealed [1] - 1413:25
Sealed [1] - 1459:5
second [4] - 1433:16,
1450:2, 1458:8,
1475:16
secondly [1] - 1426:17
seconds [1] - 1414:10
section [1] - 1433:16
see [52] - 1417:13,
1426:4, 1426:7,
1427:6, 1438:10,
1443:8, 1443:16,
1451:16, 1458:22,
1461:5, 1461:6,
1473:2, 1473:14,
1473:19, 1474:23,
1474:24, 1475:23,
1475:25, 1476:1,
1476:2, 1476:3,
1476:4, 1476:10,
1476:20, 1476:24,
1477:3, 1478:23,
1479:10, 1492:17,
1492:19, 1492:21,
1492:23, 1493:13,
1493:18, 1495:6,
1495:9, 1495:20,
1496:12, 1496:23,
1496:24, 1497:2,
1497:5, 1497:7,
1497:22, 1497:25,
1502:3, 1502:5,
1502:6, 1502:8,
1502:16, 1504:12,
1504:20
seeing [2] - 1444:15,
1500:10
seek [1] - 1444:3
seem [2] - 1428:20,

1445:21

**segue** [1] - 1414:6

**SEIFERT** [118] - 1409:13, 1412:22, 1413:7, 1413:24, 1414:4, 1415:20, 1416:2, 1416:9, 1416:19, 1417:20, 1417:23, 1418:20, 1419:16, 1419:17, 1420:16, 1420:19, 1421:2, 1421:13, 1421:16, 1421:19, 1421:23, 1422:18, 1423:10, 1423:13, 1423:14, 1424:3, 1424:14, 1424:5, 1425:11, 1425:18, 1425:21, 1426:20, 1427:1, 1427:17, 1427:19, 1427:21, 1428:11, 1428:16, 1428:22, 1429:2, 1429:4, 1429:11, 1429:14, 1429:20, 1429:23, 1430:1, 1430:7, 1430:10, 1430:19, 1430:22, 1431:4, 1431:17, 1431:24, 1433:25, 1434:4, 1434:14, 1440:7, 1440:16, 1441:17, 1443:4, 1445:13, 1445:21, 1445:25, 1449:10, 1449:17, 1450:10, 1454:9, 1455:4, 1455:13, 1455:16, 1457:6, 1457:17, 1458:16, 1459:3, 1459:14, 1459:18, 1463:22, 1463:25, 1464:2, 1464:6, 1464:8, 1464:14, 1464:16, 1465:21, 1466:24, 1467:6, 1469:1, 1469:7, 1470:6, 1470:10, 1470:20, 1472:24, 1473:6, 1473:22, 1475:14, 1475:20, 1478:4, 1478:6, 1478:12, 1478:15, 1479:17, 1481:9, 1485:17, 1486:9, 1489:14, 1498:22, 1499:8, 1499:9, 1499:13, 1499:21, 1499:23, 1500:1, 1500:20, 1501:7, 1502:19, 1503:3,

1503:7, 1504:5

**Seifert** [15] - 1411:10, 1416:17, 1420:14, 1428:20, 1429:18, 1434:3, 1436:17, 1438:16, 1439:9, 1440:3, 1457:13, 1470:9, 1491:5, 1493:11, 1498:20

**sell** [1] - 1486:7

**selling** [1] - 1440:6

**send** [20] - 1426:15, 1426:18, 1461:12, 1464:25, 1468:2, 1468:3, 1468:7, 1472:12, 1488:8, 1488:13, 1488:18, 1488:20, 1488:22, 1488:23, 1489:1, 1489:10, 1489:13, 1489:18, 1489:20, 1493:16

**sending** [3] - 1428:23, 1462:5, 1488:12

**sense** [1] - 1485:7

**sent** [10] - 1427:12, 1442:3, 1453:1, 1462:7, 1462:8, 1462:14, 1472:14, 1472:16, 1473:9

**sentence** [1] - 1448:12

**separately** [1] - 1481:2

**September** [8] - 1419:19, 1419:21, 1500:23, 1500:25, 1501:1, 1501:9, 1501:13

**series** [1] - 1417:24

**servant** [1] - 1451:3

**Services** [1] - 1504:14

**seven** [2] - 1482:13, 1482:16

**several** [2] - 1444:12, 1453:7

**shake** [1] - 1458:23

**shall** [2] - 1420:13, 1440:2

**shaped** [1] - 1480:2

**share** [1] - 1413:22

**shirt** [1] - 1417:17

**short** [1] - 1412:23

**short...** [1] - 1414:16

**shortly** [1] - 1411:12

**show** [3] - 1429:11, 1462:12, 1468:11

**showing** [2] - 1429:24, 1494:24

**shown** [14] - 1423:10, 1429:10, 1450:3,

1463:10, 1468:13, 1475:14, 1475:17, 1478:1, 1478:5, 1479:9, 1494:21, 1495:22, 1499:5, 1499:18

**Shèlè** [7] - 1425:9, 1425:16, 1425:18, 1425:19, 1425:22, 1427:24, 1428:1

**sick** [2] - 1439:2, 1444:15

**side** [2] - 1413:1, 1479:2

**signal** [1] - 1423:10

**similar** [4] - 1479:18, 1479:20, 1479:21, 1496:1

**simply** [1] - 1451:15

**single** [3] - 1449:2, 1468:15, 1478:4

**sister** [9] - 1424:16, 1460:21, 1460:23, 1471:15, 1471:16, 1471:17, 1471:19, 1471:24, 1472:3

**sister-in-law** [3] - 1424:16, 1460:21, 1460:23

**sit** [3] - 1436:14, 1462:17, 1496:11

**situation** [4] - 1422:2, 1438:17, 1442:22, 1456:13

**size** [1] - 1479:3

**slept** [1] - 1432:15

**small** [3] - 1477:20, 1494:19, 1500:2

**sold** [1] - 1485:5

**solely** [1] - 1412:15

**someone** [2] - 1431:10, 1438:7

**sometimes** [5] - 1413:20, 1420:2, 1461:6

**somewhere** [1] - 1485:15

**sooner** [3] - 1447:1, 1447:11, 1447:12

**sorry** [23] - 1419:22, 1420:18, 1425:11, 1428:8, 1441:2, 1443:23, 1448:6, 1449:11, 1453:20, 1455:15, 1456:18, 1460:22, 1461:19, 1471:18, 1472:2, 1472:5, 1473:7, 1474:6, 1475:15, 1477:18, 1496:10,

1499:4, 1503:15

**sort** [1] - 1414:8

**sounds** [1] - 1503:13

**source** [1] - 1435:4

**sources** [5] - 1421:11, 1434:23, 1434:25, 1435:1, 1435:17

**special** [1] - 1418:16

**Special** [1] - 1504:19

**specific** [2] - 1412:16, 1467:24

**specifically** [3] - 1417:25, 1423:22, 1456:8

**speculation** [3] - 1426:6, 1426:8, 1426:12

**speculative** [4] - 1465:13, 1470:4, 1470:17, 1500:18

**spelled** [1] - 1416:23

**spent** [1] - 1439:12

**spirit** [3] - 1448:17, 1448:19, 1448:22

**split** [2] - 1422:22, 1422:24

**splitted** [1] - 1424:10

**splitting** [1] - 1421:6

**spoken** [2] - 1424:19, 1448:3

**spreadsheet** [2] - 1500:2, 1500:7

**St** [4] - 1503:4, 1503:10, 1503:12, 1503:14

**stand** [4] - 1413:9, 1416:6, 1451:6, 1459:15

**start** [5] - 1445:23, 1488:12, 1488:13, 1503:9, 1504:13

**started** [2] - 1416:3, 1422:1

**starting** [2] - 1411:7, 1441:18

**state** [3] - 1411:8, 1499:6, 1504:2

**statement** [2] - 1454:10, 1456:6

**statements** [1] - 1491:18

**STATES** [3] - 1409:1, 1409:3, 1409:10

**States** [14] - 1411:3, 1442:4, 1452:7, 1453:2, 1453:5, 1453:7, 1457:2, 1457:3, 1457:7, 1459:24, 1459:25, 1460:5, 1487:23,

1489:12

**stating** [1] - 1463:13

**statutory** [1] - 1414:14

**stay** [1] - 1474:19

**steal** [1] - 1419:3

**step** [2] - 1458:18, 1502:22

**steps** [2] - 1458:20, 1502:24

**still** [6] - 1422:6, 1470:23, 1487:21, 1488:18, 1488:22, 1490:24

**stipulate** [1] - 1445:25

**stole** [7] - 1419:3, 1452:15, 1452:17, 1454:21, 1454:24, 1455:2, 1455:12

**stolen** [1] - 1454:7

**stored** [1] - 1469:17

**straight** [1] - 1481:1

**Street** [1] - 1409:14

**streets** [1] - 1418:22

**strict** [1] - 1413:5

**strike** [9] - 1422:10, 1422:14, 1447:9, 1447:16, 1456:17, 1456:20, 1456:22, 1473:3, 1492:1

**stuff** [13] - 1462:3, 1462:5, 1467:3, 1467:4, 1467:17, 1468:2, 1473:17, 1473:18, 1474:5, 1488:13, 1489:20, 1497:6

**Suarez** [3] - 1491:7, 1504:3, 1504:5

**subject** [6] - 1412:17, 1420:13, 1441:20, 1445:18, 1446:11, 1486:12

**substance** [1] - 1445:21

**substantive** [1] - 1430:4

**substantively** [1] - 1430:6

**suburb** [1] - 1433:18

**suit** [1] - 1417:17

**Suite** [1] - 1409:22

**summer** [4] - 1436:19, 1484:10, 1484:15, 1484:16

**Superior** [1] - 1413:10

**support** [3] - 1452:8, 1454:15, 1456:7

**supposed** [3] - 1424:10, 1438:9, 1476:7

**surprises** [1] - 1412:19
**surrendered** [2] - 1450:5, 1456:3
**sustained** [8] - 1429:3, 1440:11, 1440:13, 1441:18, 1443:6, 1449:12, 1457:7, 1470:19
**SWORN** [2] - 1416:10, 1459:16
**sworn** [1] - 1411:5

# T

**tab** [1] - 1500:2
**taker** [1] - 1447:4
**tall** [1] - 1475:2
**taught** [1] - 1422:17
**team** [2] - 1447:22, 1447:25
**terms** [4] - 1456:24, 1479:13, 1487:1, 1491:13
**testified** [1] - 1456:2
**testifies** [1] - 1430:6
**testify** [8] - 1420:19, 1421:2, 1448:25, 1449:2, 1449:4, 1449:6, 1449:25, 1467:1
**testifying** [4] - 1413:16, 1413:17, 1451:12, 1451:14
**testimony** [20] - 1415:9, 1415:23, 1416:12, 1428:7, 1430:4, 1434:17, 1447:14, 1447:15, 1449:8, 1449:23, 1450:2, 1450:4, 1450:9, 1450:21, 1451:1, 1473:2, 1486:12, 1490:19, 1491:1, 1495:18
**TESTIMONY** [1] - 1410:3
**THE** [161] - 1409:1, 1409:10, 1411:2, 1411:13, 1411:17, 1411:20, 1413:3, 1413:22, 1414:3, 1414:5, 1414:14, 1414:20, 1414:24, 1415:6, 1415:13, 1415:17, 1416:1, 1416:7, 1416:10, 1416:11, 1416:15, 1416:16, 1417:22,

1418:14, 1418:16, 1419:14, 1420:10, 1420:25, 1421:12, 1421:15, 1421:17, 1421:21, 1422:13, 1422:16, 1423:7, 1423:12, 1424:2, 1424:7, 1424:9, 1425:2, 1425:13, 1425:19, 1426:7, 1426:11, 1426:13, 1426:24, 1427:18, 1427:20, 1428:9, 1428:20, 1428:25, 1429:3, 1429:5, 1429:17, 1429:22, 1430:4, 1430:9, 1430:21, 1430:23, 1431:1, 1431:20, 1432:1, 1433:6, 1434:1, 1434:3, 1434:10, 1434:18, 1434:25, 1435:5, 1435:9, 1435:13, 1435:25, 1436:5, 1440:11, 1440:17, 1441:18, 1442:9, 1442:11, 1443:6, 1445:15, 1445:17, 1446:2, 1446:7, 1446:10, 1447:13, 1448:13, 1448:16, 1449:12, 1449:18, 1450:12, 1450:16, 1453:25, 1454:4, 1454:11, 1454:13, 1454:18, 1455:5, 1455:7, 1455:15, 1455:19, 1455:21, 1455:22, 1455:23, 1456:19, 1456:22, 1457:7, 1457:13, 1458:17, 1458:19, 1458:21, 1458:25, 1459:4, 1459:12, 1459:16, 1463:21, 1463:24, 1464:1, 1464:4, 1464:7, 1464:12, 1464:15, 1465:15, 1465:18, 1467:1, 1467:2, 1469:4, 1470:7, 1470:16, 1470:19, 1473:2, 1473:5, 1475:19, 1478:3, 1481:10, 1484:18, 1485:18, 1486:10, 1486:11, 1489:15, 1489:16, 1498:18, 1498:20, 1499:12, 1499:20, 1499:22,

1499:24, 1500:19, 1501:5, 1502:20, 1502:21, 1502:22, 1502:23, 1502:25, 1503:6, 1503:13, 1503:16, 1503:22, 1503:25, 1504:11, 1504:17, 1504:20
**thinks** [2] - 1451:6, 1503:7
**thirty** [1] - 1433:4
**Thomazeau** [1] - 1433:16
**three** [5] - 1474:24, 1477:10, 1477:15, 1494:18, 1503:1
**throughout** [1] - 1435:8
**thrust** [1] - 1414:19
**tie** [1] - 1417:17
**ties** [1] - 1432:23
**today** [29] - 1415:1, 1415:9, 1417:13, 1434:17, 1436:14, 1441:15, 1444:23, 1444:24, 1445:7, 1447:18, 1447:22, 1448:1, 1448:2, 1448:25, 1449:7, 1449:8, 1449:15, 1449:24, 1450:2, 1450:4, 1450:9, 1450:22, 1451:1, 1451:9, 1462:17, 1490:19, 1491:1, 1503:8, 1503:19
**together** [7] - 1432:10, 1432:12, 1432:15, 1441:4, 1481:2, 1500:6
**took** [13] - 1445:12, 1452:12, 1461:16, 1477:7, 1480:21, 1496:2, 1496:14, 1496:16, 1496:18, 1498:4, 1498:13, 1498:14
**topic** [1] - 1445:14
**topics** [1] - 1413:13
**totally** [2] - 1448:18, 1450:5
**touch** [1] - 1452:24
**toward** [1] - 1413:17
**towards** [1] - 1413:16
**track** [3] - 1426:4, 1426:21, 1427:2
**transactions** [11] - 1440:2, 1440:3, 1440:5, 1442:8, 1442:14, 1442:15,

1442:18, 1442:23, 1443:11, 1443:16
**TRANSCRIPT** [1] - 1409:9
**transcript** [3] - 1412:5, 1420:24, 1505:4
**translation** [1] - 1454:12
**translations** [1] - 1503:18
**translator** [1] - 1503:21
**transpired** [1] - 1450:13
**trash** [7] - 1479:5, 1479:6, 1479:7, 1479:8, 1480:20, 1496:19
**trial** [2] - 1412:24, 1448:25
**TRIAL** [1] - 1409:9
**true** [1] - 1452:14
**trunk** [5] - 1480:11, 1480:24, 1497:17, 1497:20, 1498:5
**trusted** [1] - 1437:22
**truth** [5] - 1439:24, 1451:5, 1472:24, 1491:16
**try** [2] - 1440:19, 1503:20
**trying** [4] - 1428:16, 1428:24, 1455:14, 1455:18
**Tunis** [47] - 1442:4, 1458:5, 1460:12, 1460:15, 1460:20, 1461:8, 1462:2, 1463:2, 1463:4, 1463:5, 1464:21, 1465:5, 1465:8, 1465:22, 1466:13, 1468:8, 1469:23, 1470:2, 1470:3, 1470:11, 1471:2, 1472:13, 1473:24, 1476:22, 1477:15, 1480:4, 1481:6, 1481:16, 1482:21, 1489:25, 1490:3, 1490:15, 1490:22, 1490:23, 1491:1, 1491:13, 1491:21, 1492:9, 1494:12, 1498:24, 1500:11, 1500:16, 1501:12, 1502:1, 1502:3, 1502:5
**Tunis's** [2] - 1481:4, 1489:7

**turn** [3] - 1452:24, 1453:19, 1453:20
**turned** [1] - 1453:13
**turning** [1] - 1441:24
**twice** [6] - 1441:3, 1461:4, 1461:6, 1465:12, 1465:19, 1487:11
**two** [21] - 1414:17, 1417:2, 1420:3, 1422:22, 1422:23, 1424:10, 1424:11, 1428:22, 1432:20, 1438:3, 1443:15, 1446:7, 1485:23, 1485:25, 1487:12, 1488:7, 1493:18, 1493:25, 1497:25, 1503:8
**type** [4] - 1418:12, 1475:11, 1497:22, 1499:14
**types** [5] - 1462:12, 1467:20, 1467:22, 1476:2

# U

**U.S** [4] - 1409:14, 1409:16, 1409:24, 1420:4
**under** [3] - 1442:2, 1444:6, 1459:12
**underneath** [1] - 1496:7
**Union** [1] - 1462:8
**UNITED** [3] - 1409:1, 1409:3, 1409:10
**United** [14] - 1411:3, 1442:4, 1452:7, 1453:2, 1453:5, 1453:6, 1457:2, 1457:3, 1457:5, 1459:24, 1459:25, 1460:5, 1487:23, 1489:12
**unless** [4] - 1450:22, 1450:24, 1450:25
**unravelled** [1] - 1496:4
**unsealed** [2] - 1414:9, 1415:18
**unusual** [2] - 1412:1, 1489:22
**up** [38] - 1412:16, 1432:10, 1432:21, 1432:22, 1433:15, 1438:1, 1440:23, 1441:8, 1441:10,

1445:15, 1446:4,
1450:2, 1451:5,
1451:6, 1452:6,
1453:7, 1456:24,
1457:15, 1459:4,
1461:22, 1461:23,
1463:23, 1467:17,
1467:19, 1467:23,
1468:1, 1483:14,
1484:6, 1484:22,
1484:23, 1486:15,
1498:24, 1500:11,
1500:15, 1500:21,
1501:11, 1503:23
**updated** [1] - 1464:9
**upfront** [1] - 1461:25
**upload** [1] - 1415:22
**USAfx** [1] - 1415:22

### V

**VA** [1] - 1409:23
**vehicle** [4] - 1497:13,
1497:15, 1497:17,
1497:20
**verify** [1] - 1448:14
**versus** [1] - 1411:4
**via** [2] - 1424:12,
1424:23
**view** [1] - 1461:2
**visit** [1] - 1432:14
**visited** [1] - 1485:13
**Vitel'Homme** [18] -
1422:3, 1422:5,
1422:7, 1422:20,
1422:21, 1423:3,
1423:15, 1423:24,
1424:5, 1424:9,
1424:11, 1438:18,
1438:21, 1438:23,
1439:1, 1439:2,
1439:7
**voice** [1] - 1490:6
**voluntarily** [2] -
1457:2, 1457:3
**Vophsie** [1] - 1411:5

### W

**wait** [5] - 1416:1,
1466:15, 1467:9,
1473:11, 1503:9
**waiting** [3] - 1458:25,
1466:8, 1473:12
**walked** [1] - 1501:18
**wants** [2] - 1423:11,
1504:5
**warm** [2] - 1484:8,
1484:9

**Washington** [4] -
1409:5, 1409:15,
1409:17, 1409:25
**water** [3] - 1453:18,
1453:19, 1476:11
**Wayne** [2] - 1505:9,
1505:9
**WAYNE** [2] - 1409:24,
1505:3
**ways** [1] - 1424:11
**weapon** [1] - 1497:23
**weapons** [9] - 1420:7,
1420:20, 1421:10,
1421:14, 1426:17,
1428:23, 1442:5,
1494:18, 1494:19
**wearing** [2] - 1417:16,
1417:17
**wedding** [2] -
1469:25, 1470:1
**week** [5] - 1420:2,
1438:3, 1461:4,
1461:6, 1461:7
**weekend** [1] - 1464:5
**weeks** [2] - 1420:3,
1438:3
**Western** [1] - 1462:8
**whole** [2] - 1412:18,
1492:9
**wife** [1] - 1419:20
**wife's** [1] - 1456:15
**Wilfrid** [20] - 1467:15,
1468:3, 1468:10,
1469:10, 1469:11,
1469:12, 1469:17,
1469:23, 1470:3,
1470:11, 1470:23,
1471:2, 1471:3,
1471:9, 1471:12,
1471:14, 1472:20,
1472:22, 1488:10,
1501:21
**Wilson** [1] - 1409:22
**withdraw** [2] -
1421:16, 1421:19
**Witness** [2] - 1458:20,
1502:24
**witness** [51] -
1412:14, 1413:8,
1413:12, 1413:19,
1414:11, 1415:19,
1420:16, 1420:18,
1420:19, 1421:2,
1421:3, 1421:18,
1423:10, 1429:8,
1429:10, 1429:14,
1429:24, 1431:25,
1434:4, 1434:6,
1434:9, 1434:15,
1434:16, 1434:22,

1435:19, 1435:21,
1455:5, 1455:17,
1459:1, 1463:10,
1464:11, 1465:17,
1468:11, 1468:14,
1475:15, 1475:18,
1478:1, 1478:12,
1479:1, 1479:9,
1499:5, 1499:18,
1503:5, 1503:9,
1503:11, 1504:2,
1504:4, 1504:13,
1504:15, 1504:16
**WITNESS** [19] -
1416:10, 1416:15,
1418:16, 1424:9,
1426:13, 1442:11,
1448:16, 1454:13,
1455:21, 1455:23,
1458:19, 1459:16,
1465:18, 1467:2,
1473:5, 1486:10,
1489:16, 1502:21,
1502:23
**witness's** [1] -
1413:16
**witnesses** [2] -
1503:2, 1503:8
**woman** [1] - 1442:3
**women's** [2] - 1486:8
**word** [1] - 1474:25
**works** [1] - 1431:12
**world** [3] - 1456:4,
1456:11, 1456:12
**worried** [1] - 1413:23
**wrap** [1] - 1456:24
**wrapped** [2] -
1480:10, 1480:11
**wrapping** [1] - 1479:8
**write** [1] - 1427:6
**wrote** [1] - 1413:15

### Y

**yard** [1] - 1441:8
**year** [8] - 1432:25,
1484:1, 1487:9,
1488:1, 1488:3,
1488:15, 1488:20,
1501:14
**years** [17] - 1432:16,
1433:2, 1433:3,
1433:4, 1444:12,
1453:8, 1460:8,
1482:2, 1482:3,
1482:5, 1482:13,
1482:17, 1485:10,
1488:6, 1488:7,
1488:23

**yesterday** [2] -
1475:7, 1491:5
**Yonyon** [32] -
1417:10, 1421:25,
1422:8, 1422:17,
1422:20, 1422:23,
1423:20, 1424:12,
1424:22, 1425:17,
1426:14, 1426:17,
1427:13, 1428:6,
1431:13, 1437:10,
1437:21, 1437:24,
1438:7, 1438:22,
1442:25, 1443:18,
1444:16, 1447:5,
1451:24, 1453:11,
1454:15, 1454:24,
1456:14, 1458:4
**Yonyon's** [5] -
1424:16, 1442:2,
1452:16, 1454:23,
1455:23
**yourself** [19] -
1416:20, 1441:7,
1443:8, 1443:25,
1444:1, 1446:17,
1452:6, 1452:25,
1453:13, 1455:3,
1455:12, 1456:3,
1456:11, 1459:19,
1488:9, 1488:17,
1493:1, 1496:4,
1496:7
**YouTube** [5] - 1453:1,
1458:2, 1458:3,
1458:10, 1458:11

### Z

**Zoom** [2] - 1504:9,
1504:10
**zoom** [1] - 1500:3