```
1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA,
                                     CR No. 21-0699-01 (JDB)
4              Plaintiff,

5         vs.                        Washington, D.C.
                                     January 30, 2024
6    JOLY GERMINE,                   2:10 p.m.

7              Defendant.            Pages 1751 through 1820
     _____
8

9                         P.M. SESSION
              TRANSCRIPT OF THE BENCH TRIAL
10        BEFORE THE HONORABLE JOHN D. BATES
                 UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   For the Government:

14          KAREN P. SEIFERT, AUSA
            KIMBERLY L. PASCHALL, AUSA
15          U.S. Attorney's Office
            601 D Street NW
16          Washington, DC 20530

17          BEAUDRE D. BARNES, ESQ
            U.S. Department of Justice
18          950 Pennsylvania Avenue NW
            Washington, DC 20530
19
     For the Defendant:
20
            ALLEN HOWARD ORENBERG, ESQ.
21          The Orenberg Law Firm, PC
            12505 Park Potomac Avenue
22          6th Floor
            Potomac, MD 20854
23

24

25
```

```
 1   (APPEARANCES CONTINUED:)

 2
              ELITA AMATO, ESQ.
 3            2111 Wilson Boulevard
              Suite 8th Floor
 4            Arlington, VA 22201

 5
     Court Reporter:
 6
              Stacy Johns, RPR
 7            Official Court Reporter

 8            Proceedings recorded by mechanical stenography,
              transcript produced by computer-aided transcription
 9

10                          I N D E X

11   GOVERNMENT WITNESSES                                       PAGE

12   SPECIAL AGENT ZACHARY HARRISON

13       Direct Examination By Ms. Seifert                      1756

14

15                         E X H I B I T S

16   GOVERNMENT EXHIBITS                                        ADMIT

17   480                                                        1767

18   600.1, Page 1                                              1777

19   600.1, Page 5                                              1778

20   600.1, Page 13                                             1779

21   600.1, Page 38                                             1781

22   600.1, Page 21                                             1784

23   600.2, 600.2T                                              1789

24   600.3T, 600.3                                              1790

25   600.4T                                                     1777
```

```
1   (EXHIBITS CONTINUED)

2   GOVERNMENT EXHIBITS                            ADMIT

3   600.5T                                          1778

4   600.6T                                          1780

5   600.7T                                          1785

6   600.8T, 600.8                                   1792

7   600.9, 600.9T                                   1791

8   600.10T                                         1786

9   600.11A, 600.11B, 600.11T                       1794

10  600.12T                                         1782

11  601, 601.T                                      1770

12  901                                             1787

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              P R O C E E D I N G S
2         MR. ORENBERG:  Judge, may we approach ex parte?
3         THE COURT:  Okay.
4         MR. ORENBERG:  I'd like to have this sealed until
5    further order of the Court.
6         THE COURT:  Okay.
7       (Sealed Bench Conference.)
```





(Sealed Bench Conference Concluded.)

THE COURT:  Give me one second, Ms. Seifert.

MS. SEIFERT:  Sure.

THE COURT:  Ms. Seifert, the materials I have that are in the 600 series, I have two comments.  There's no 600.1.

MS. SEIFERT:  There is.

THE COURT:  There's two 600.10s.

MS. SEIFERT:  Oh, I think you got two copies of the same thing.  We realized we were the missing one of the .10s and we weren't sure where it went, but it looks like it ended up with the Court.

THE COURT:  I've got 600.10 and .2 and .3 and .4 and .5 and .6 and .7 and .8 and .9 and another .10, which appears to have the same materials, or material, that the first .10

1     has.  Then .11, then .12.  So I don't have a .1.

2              MS. SEIFERT:  That's correct, Your Honor.  You should

3     have a .1 in the book.

4              THE COURT:  .1 is in the book?

5              MS. SEIFERT:  Yes.

6              THE COURT:  Do I have two copies of .10 for any

7     particular reason?

8              MS. SEIFERT:  Just an error on our part.  May I

9     retrieve the other copy?

10             THE COURT:  Yes.  I'll give you back .10, so I can

11    pretend to keep myself straight.  Thank you.

12             MS. SEIFERT:  May I proceed?

13             THE COURT:  Yes, please.

14             And Agent Harrison, I'll remind you you're still under

15    oath.

16             THE WITNESS:  Yes, sir.

17             THE COURT:  Please proceed.

18                       DIRECT EXAMINATION (Continued)

19    BY MS. SEIFERT:

20    Q.  Special Agent Harrison, before we broke for the break for

21    lunch, we were on Government's Exhibit 500B, which is in

22    evidence.  And we'll start on Page 31, which is where we left

23    off, for information related to October 10th of 2021.  And I'll

24    direct you to Page 32, please.

25        If you could tell the Court what we see on Page 32.

1  A.  Certainly.  We're looking at WhatsApp messages from October

2  the 10th of 2021, sent between Eliande Tunis and

3  Walder St. Louis.  Walder St. Louis sends an image and the next

4  text message is his name, Walder St. Louis.

5  Q.  And what do we see on Page 33?

6  A.  It's a zoomed-in photo of the picture that was sent in the

7  text message, and it appears to be a receipt from Lucky Pawn

8  and Jewelry.

9  Q.  And the total number on the --

10  A.  The total amount due?

11  Q.  If you can see, I'm going to circle the total bill.

12  A.  If you can get rid of the circle because it goes through

13  the number.

14  Q.  I apologize.

15  A.  It appears to be $2,894.90.

16  Q.  Is what's on the receipt?

17  A.  Is what's on the receipt for the amount due, yes.

18  Q.  Let's go to the next day October 11th of 2021.  This is

19  Page 34 with the date.  And we'll go to Page 35, please.

20      What do we see here?

21  A.  It's a series of text messages sent on October the 11th of

22  2021 between Eliande Tunis and Santia Jean.  Eliande Tunis

23  sends a message reading:  Walder St. Louis.

24      Santia Jean responds:  Which office?

25      Ms. Tunis responds:  Western.

Harrison - DIRECT

1    Santia Jean responds:  Send me Walder's telephone number,

2  Sandal.

3    Ms. Tunis responds with a series of numbers:  9547095735.

4    Then Ms. Tunis says:  Send the picture of the receipt,

5  Sandal.

6    Santia Jean responds:  I sent it to you on WhatsApp on my

7  name.  2,500.  Okay?

8    She continues and adds:  I keep trying to call you.  I keep

9  telling -- they keep telling me your line is busy.  Here is the

10  other number.  53862186 in MoneyGram.

11  Q.  Okay.  And we'll pivot to 500A, where we were when we left

12  off, which is Page 11, which is on the ELMO and is now shown to

13  you.

14    So let's start with the Western Union records, actually,

15  which are on the bottom half.  If you could -- let's take this

16  bottom line of the Western Union records.  If you could explain

17  to the Court what we see there.

18  A.  So you're looking at a Western Union transfer that was sent

19  October 11th from Chesly Jean to Walder St. Louis for a total

20  amount of $3,000.

21  Q.  The phone number for Mr. St. Louis which was listed in the

22  text messages, do you see that?

23  A.  I do.  It's (954)709-5735.

24  Q.  Could you circle it so the Court knows which number you're

25  reading?

Harrison - DIRECT

1    A.  (Witness complies.)

2    Q.  For the record, the witness has circled the phone number to

3    the right of Mr. St. Louis's name on the bottom row of the

4    Western Union records in the column marked "P phone."

5        And let's look at the MoneyGram records.

6        If you could please explain to the Court what we see on the

7    first line of the MoneyGram records.

8    A.  The first line is a MoneyGram transfer sent on

9    October 11th, 2021, for $2,000.  The same individual, Chesly

10   Jean, sends Walder St. Louis the $2,000.

11   Q.  Now, could you explain what's in the receiver address,

12   receiver state and receiver phone number.

13   A.  Sure.  It's just the phone number and address and state of

14   the person receiving the transfers.

15   Q.  Sure.  But in the first line of the MoneyGram records, is

16   there any receiver address, receiver state or receiver phone

17   number --

18   A.  No, there's not.

19   Q.  I'm sorry, let me finish my question.

20   A.  Sorry.

21   Q.  Inside the MoneyGram records?

22   A.  No.

23   Q.  We'll pivot back to 500.B at Page 36.  What do we see now?

24   A.  That's WhatsApp messages sent October 11, 2021, between

25   Eliande Tunis and Santia Jean.  The first message from Santia

Harrison - DIRECT

1    Jean is an image followed by a text message:  It's not Walder.
2    It's Chesly Jean who did it.
3        And then she also sends another image.
4    Q.  And the name Chesly Jean that you see in the middle text
5    message?
6    A.  Yes.
7    Q.  C-H-E-S-L-Y, Jean, J-E-A-N.
8        We can pivot back to 500.A on Page 11.
9        In the last row of Western Union, do you recognize that
10   name?
11   A.  Yes.  It's the same name, Chesly Jean.
12   Q.  In the first two rows of the MoneyGram records, do you see
13   that name?
14   A.  Yes.  Chesly Jean.  It's the sender.
15   Q.  Both the MoneyGram and the Western Union records displayed
16   on 500.A at Page 11, Chesly Jean is the sender in the three
17   lines we discussed?
18   A.  That's correct, yes.
19   Q.  We're back on 500B.  And this is Page 37.  What do we see?
20   A.  So it's a blown-up photo of the message that was sent via
21   WhatsApp on October 11th.  It's a Western Union confirmation
22   receipt.  And it's a highlighted number in there is 0561129628.
23   Q.  And pivoting over to 500A at Page 11 in the Western Union
24   records.  That number ending in 9628, do you see that in the
25   control number field?

Harrison - DIRECT

1  A.  I do.  It's the second transaction listed for 2,500.

2  Q.  Could you tell the Court about this transaction, the second

3  transaction on the Western Union records for $2,500.

4  A.  It's a Western Union transfer sent October 11th between

5  Santia Jean and Eliande Tunis for $2,500.

6  Q.  Pivoting back to 500B.  We're now at Page 38.  What do we

7  see here?

8  A.  It's a Western Union confirmation receipt.  It's got a

9  highlighted confirmation number of 9152661414.  It's sent

10  between Santia Jean and Eliande Tunis.

11  Q.  And is this another one of the blow-up pictures from

12  slide 36?

13  A.  It is.

14  Q.  And this number ending in 1414, pivoting over to

15  Government's 500A at Page 11.  That number ending in 1414, do

16  you see that present in the Western Union records?

17  A.  I do.  It's on the last line under the Western Union

18  records.

19  Q.  Could you circle it for the Court.

20  A.  (Witness complies.)

21  Q.  And for the record, the witness has circled the control

22  number on the third line down of the Western Union records

23  ending in 1414, for the payment on October the 11th.

24      Now we're on Page 39 of Government's Exhibit 500B.  If you

25  could please tell the Court what we see here.

1    A.  It's a WhatsApp exchange from October the 11th, 2021.  It's

2    between Eliande Tunis and Walder St. Louis.  The first message

3    sent from Eliande Tunis is an image.

4        Walder St. Louis sends a voice message, and the

5    transcription reads:  Do I send it via MoneyGram?  I know that

6    Western Union is everywhere.  MoneyGram is a bit -- do you do

7    two money transfers or three?  Did you do two transactions

8    $2,500 at Western Union, $3,000 at MoneyGram?

9        Ms. Tunis responds:  Chesly Jean.

10        And Walder St. Louis's transcribed voice message reads:

11    It's the same Charlie Jean.  It's the Charlie Jean for

12    MoneyGram, same Charlie Jean for Western Union.  You need to be

13    clearer to avoid confusion.  For this name alone, the money is

14    both in Western Union and MoneyGram.  Perfect.

15    Q.  What do we see on Page 40 of this -- I'm sorry, 500.B?

16    A.  It's a blown-up Western Union confirmation from the message

17    before.  There's a highlighted confirmation number, 9152661414.

18    Q.  Is this the same photo that we saw in slide 38 that

19    Ms. Jean sent to Ms. Tunis?

20    A.  Yes.

21    Q.  And then pivoting briefly back to Government's 500A at

22    Page 11.  Again, that 1414, did that line up -- I think you

23    identified that in the third box.  Who was the payee of that

24    payment?

25    A.  Walder St. Louis.

Harrison - DIRECT

1    Q.   Okay.  Now pivoting back to 500B at Page 41.

2    A.   It's a WhatsApp message sent from Eliande Tunis to

3    Mr. Germine, October 11th, 2021.  The message reads:  Baby,

4    Walder went to get the money.  I told him to go get the thing

5    from Patrick.

6    Q.   And we're still in 500.B.  This is Page 42, October 12th of

7    2021.  This is Page 43.  If you could please read for the Court

8    the messages listed on October 12th.

9    A.   The messages listed on October 12th are between Eliande

10   Tunis and Mr. Germine.  Ms. Tunis sends a voice message, which

11   reads:  Daddy, can you have Santia call me?  I called Santia.

12   I didn't get her.  I got her voicemail.  I need Santia to call

13   me because everywhere Walder goes, they won't give him the

14   money.  But it's not Santia's fault or mistake.  I don't get

15   it.  They didn't want to give Walder the money.  I'm looking

16   forward to talking to Santia to see if she could change --

17   change the stuff from under my name.  To see if Santia could

18   change the stuff under my name.  Can you hear me?

19       Mr. Germine sends a series of numbers:  43983854.

20       And then he sends a message:  Here is the number to call

21   Santia on her NATCOM number.  Call her on this number.

22   Q.   Okay.  And on October 14th, this is Page 44.  Please -- now

23   we're on Page 45.  Please describe for the Court the messages

24   sent on October 14th of 2021.

25   A.   It's a WhatsApp exchange between Santia Jean and Eliande

Harrison - DIRECT

1   Tunis.  The first is an image sent from Santia Jean to Eliande
2   Tunis.  And then Eliande Tunis responds:  Got it.
3   Q.  And on Page 46?
4   A.  It's a blown-up photo from the message that was sent that
5   we saw in the previous slide.  There's a number written at the
6   top.  The number is 85240310.
7   Q.  And pivoting back to Government's Exhibit 500A.  If you
8   could look at the MoneyGram transfer.  That is the second line
9   of the MoneyGram chart.
10  A.  Yes.  So that is the reference number that is listed for
11  the $2,000 transaction on October 14th, 2021, between Chesly
12  Jean and Eliande Tunis.
13  Q.  So the reference number, just to be clear, that's in the
14  photo of 500B?
15  A.  Yes.
16  Q.  Where is that found in Government's 500A, Page 11?
17  A.  So it is under "reference number," the second line of the
18  MoneyGram transactions.
19  Q.  And that's the first box?
20  A.  Yes.
21  Q.  Okay.  And if you could just look for me between the two
22  MoneyGram payments that we see, the first one that goes from
23  Chesly Jean to Walder St. Louis, and the second one that goes
24  from Chesly Jean to Eliande Tunis, is the money the same
25  between those two?

Harrison - DIRECT

1    A.  Yes.

2    Q.  And the sender is the same?

3    A.  Yes.

4    Q.  And for the record, that is the end of both 500A and 500B.

5    BY MS. SEIFERT:

6    Q.  So Special Agent Harrison, did you participate in the

7    arrest of an individual known as Joly Germine on May 3rd, 2022?

8    A.  I did.

9    Q.  Do you see him present in the courtroom today?

10   A.  I do.

11   Q.  Where is he located?

12   A.  He's sitting in front of me at the defendant's table.

13   Q.  What is a piece of clothing he's wearing?

14   A.  He's wearing a blue suit, blue shirt with a tie.

15          MS. SEIFERT:  Your Honor, may the record reflect an

16   in-court identification of Mr. Germine.

17          THE COURT:  The record will so reflect.

18          MS. SEIFERT:  If I can have shown to the witness

19   what's been admitted as Government's Exhibit 1.

20          Apologies, Ms. Duncan.  Mr. Casillas is back in

21   control of the computer.

22   BY MS. SEIFERT:

23   Q.  Can you see the image on the screen?

24   A.  Yes.

25   Q.  Do you recognize this person?

Harrison - DIRECT

1    A.   I do.

2    Q.   Who is it?

3    A.   It's Joly Germine.

4    Q.   Is that the way he appeared to you in 2022 when you met

5    him?

6    A.   He looked a little bit different but more or less.

7              MS. SEIFERT:   If we can take down the exhibit.

8    BY MS. SEIFERT:

9    Q.   Tell me about who was present at the arrest of Mr. Germine.

10   A.   Certainly.   So on -- arriving on the plane with me was

11   myself, Special Agent Martin Suarez, Special Agent Jean Fritz

12   Dugue, and then we also had a flight crew manned by FBI agents,

13   and then two SWAT agents were also.

14   Q.   What type of aircraft did you take?

15   A.   It was a private plane owned by the FBI.

16   Q.   Where did you go to and from?

17   A.   We departed from Manassas, Virginia, and flew to

18   Port-au-Prince, Haiti.

19   Q.   When you arrived in Port-au-Prince, what did you do there?

20   A.   After arriving, we liaised with the local law enforcement.

21   At which point, we took custody of Mr. Germine.

22   Q.   And how long would you say the plane from the FBI was on

23   the ground in Port-au-Prince?

24   A.   It's hard to say.   Probably less than an hour.

25   Q.   After the FBI took custody of Mr. Germine, where did you

Harrison - DIRECT

1   take him?

2   A.   We took him to -- we flew back to Manassas.

3   Q.   In the same plane?

4   A.   In the same plane.

5        MS. SEIFERT:  If I might have shown to the witness

6   what's been marked as Government's 480.

7        MR. ORENBERG:  I'm sorry, what is it?

8        MS. SEIFERT:  Government's 480.

9        And this is 480 Page 1.

10  BY MS. SEIFERT:

11  Q.   Do you recognize this photo?

12  A.   I do.

13  Q.   How do you recognize it?

14  A.   This is the plane that we returned Mr. Germine from Haiti

15  in.  This is our return to Manassas.

16  Q.   And does this photo fairly and accurately depict the plane

17  on the day that Mr. Germine was arrested?

18  A.   Yes, it does.

19       MS. SEIFERT:  Move to admit 480.

20       MR. ORENBERG:  No objection.

21       THE COURT:  480 is admitted.

22    (Government's Exhibit 480 received in evidence.)

23       MS. SEIFERT:  Just the one page.

24       THE COURT:  All right.

25       MS. SEIFERT:  If we could take that down, please.

Harrison - DIRECT

1   BY MS. SEIFERT:

2   Q.  While you were on the plane in Haiti, did you have an

3   opportunity to speak with Mr. Germine?

4   A.  Yes, we did.

5   Q.  And before you took custody, what, if any, plan did you and

6   the other agents have about your interview?

7   A.  So in general and then specifically with this, our primary

8   objective was just to get Mr. Germine comfortable talking with

9   us.  We had a series of questions that we wanted to ask him

10  related to ongoing investigations.  And usually, after

11  establishing a little bit of rapport and getting the person

12  willing to talk, we'd start to go into our more pointed

13  questions.

14  Q.  Had you met Mr. Germine before?

15  A.  I had.

16  Q.  What was the total amount of time that you were on the

17  flight, if you recall?

18  A.  I want to say the flight lasted about two and a half hours.

19  Q.  And after you landed in -- you landed back in Virginia?

20  A.  Yes.

21  Q.  After you landed in Virginia, where was Mr. Germine taken?

22  A.  He was taken to D.C. and he was transferred to Metropolitan

23  Police.

24  Q.  Let's talk a little bit about the interview.  You mentioned

25  that Mr. Germine was on the plane with you.  How was everyone

Harrison - DIRECT

1    arranged on the plain?

2    A.  So I guess the best way to describe it is the way the plane

3    was configured, it was kind of like sitting at a dining room

4    table.  There were two seats on one side, two seats facing the

5    table on the other side, and then there was like a bench off on

6    one side of the plane.

7       Mr. Germine was sitting towards the window.  There was an

8    agent sitting next to him.  I was sitting across from him.  And

9    I believe Agent Suarez was sitting on the bench that I guess

10   would have been off to my left.

11   Q.  You said there was an agent sitting next to the defendant.

12   Who was that?

13   A.  Agent Dugue.

14   Q.  What was everyone's roles?

15   A.  So I was the primary interviewer.  Agent Suarez was our

16   secondary and Agent Dugue was interpreting and fielding

17   questions as necessary.

18   Q.  And prior to your testimony today, have you reviewed

19   documents related to the interview?

20   A.  I have.

21   Q.  Let's start with Government's Exhibit 601.T.

22      Do you recognize 601T?

23   A.  I do.  It's an advice of rights form.

24   Q.  Is this a standard FBI form?

25   A.  Yes.

Harrison - DIRECT

1              MS. SEIFERT:  If we could see Government's 601.

2    BY MS. SEIFERT:

3    Q.  What do you see here?

4    A.  It's the same form, except it's in Haitian-Creole.

5    Q.  How do you -- do you recognize this form from -- there's

6    some wording filled out on it.  Do you recognize it?

7    A.  Yes.  This is the advice of rights form that we presented

8    to Mr. Germine.  He signed.  The signatures present are Agent

9    Dugue and my signature, as well as Mr. Germine's.

10   Q.  Do Government's 601 and 601T fairly and accurately depict

11   both the Haitian-Creole advice of rights signed by the

12   defendant, and also the translation?

13   A.  Yes, they do.

14              MS. SEIFERT:  Your Honor, move to admit 601 and 601T.

15              MR. ORENBERG:  No objection.

16              THE COURT:  Without objection, 601 and 601T are

17   admitted.

18        (Government's Exhibits 601, 601T received in evidence.)

19              MS. SEIFERT:  If I might also have shown to the

20   witness Government's Exhibit 600.

21   BY MS. SEIFERT:

22   Q.  And prior to taking the stand today, did you have an

23   opportunity to review Government's Exhibit 600?

24   A.  I have.

25   Q.  And what is it?

Harrison - DIRECT

1    A.   It's the recording of the interview that we did of

2    Mr. Germine.

3    Q.   And Government's 600, for the record, is an audio file.

4    And it purports to be two hours, 15 minutes and 49 seconds

5    long.  Did you recognize yourself on this audio file?

6    A.   I did.

7    Q.   Did you recognize Agent Dugue's voice?

8    A.   I did.

9    Q.   Did you recognize the defendant's voice?

10   A.   I did.

11         MS. SEIFERT:  If I can have shown to the witness

12   Government's Exhibit 600T.

13         THE COURT:  I'm sorry, 600T?

14         MS. SEIFERT:  Dot T.

15         THE COURT:  I've got to add that to my version of the

16   exhibit list.

17   BY MS. SEIFERT:

18   Q.   Do you see 600.T on the screen?

19   A.   I do.

20   Q.   And 600.T is a 57-page document.  Are you familiar with

21   this document?

22   A.   I am.

23   Q.   How are you familiar with it?

24   A.   I reviewed it in preparation.

25   Q.   What does it contain?

Harrison - DIRECT

1    A.  It's the transcription of the audio recording that we did
2    of the interview.
3         MS. SEIFERT:  We can take this down, please.
4    BY MS. SEIFERT:
5    Q.  We'll get into the substance of what happened in the
6    interview in a minute, but first I want to ask you a little bit
7    more about what your approach was with respect to how you
8    engaged with Mr. Germine.
9    A.  Sure.  I think the best way to describe it is walking into
10   this, we wanted this to be a conversation.  Like I said, one of
11   the -- the most important thing is getting anybody that you're
12   talking to comfortable with talking to you.
13       So we start with rapport.  We offered Mr. Germine, if he
14   wanted anything to eat, if he wanted anything to drink.  And
15   then we just asked open-ended questions and let him talk.  And
16   he was willing to talk.
17   Q.  What, if anything, did you do to prepare for the interview
18   in terms of reviewing any evidence that you developed in the
19   case?
20   A.  So we reviewed a lot of stuff.  We reviewed what we had
21   previously obtained from other witness interviews, what we
22   obtained from cell phone records, photos we brought with us of
23   other people we had identified in our cases.  And we reviewed a
24   lot of information that we had previously gone over for the
25   missionaries' kidnapping.

Harrison - DIRECT

1    Q.   Did you bring any of that evidence with you?

2    A.   We did.

3    Q.   Why?

4    A.   Because it's helpful to present some of the evidence to the

5    people that we're talking to, A, to have -- if they're fully

6    cooperative, have them confirm what -- you know, what we

7    believe or what they're telling us.  And, two, if they're being

8    less than honest or less than forthcoming, we can confront them

9    on things we believe not to be honest.

10   Q.   What was Mr. Germine's attitude towards you and the other

11   interviewers?

12   A.   He was generally willing to speak to us.  But he was

13   minimizing his involvement in everything we asked him

14   initially.

15   Q.   So initially -- when you say "initially," what does that

16   mean or how does that change?

17   A.   So initially, Mr. Germine would tell us things that were

18   publicly available, things that we already knew, things that

19   were fairly well known in the Haitian press.  He would talk to

20   us about known -- publicly known gang members and publicly

21   known events that were going on in Haiti.

22   Q.   Were there any topics that you brought up or individuals

23   that you brought up that he didn't volunteer about?

24   A.   Yes.  We were and are particularly interested in political

25   corruption and how that corruption can feed into criminal

Harrison - DIRECT

1    activity that affects U.S. citizens in Haiti.  And also we were

2    particularly interested in the missionaries' kidnapping and the

3    people responsible for it and how it was orchestrated, who was

4    a part of it and everything.  And he was unwilling to talk

5    about both of those.

6    Q.  What about any individuals involved in the movement of

7    money for the gang?  Did you bring any of those individuals up

8    to him?

9    A.  We did.  Specifically, we brought up Santia Jean.  And I

10   think the best characterization of how he presented her to us

11   was minimizing her involvement.

12   Q.  Did that change as the interview went on?

13   A.  It -- it changed significantly.  She went from, you know,

14   my brother's ex-girlfriend, to a lady who does favors for me,

15   to admitting that, yes, gang members give her money.  She gives

16   it to me.  I give it to Eliande Tunis, and she buys guns.

17   Q.  Okay.  Well, let's talk about a few of the individuals that

18   the defendant identified in his statement to you.

19         MS. SEIFERT:  If I could have shown to the witness

20   Government's 600.1, Page 1, please.

21   BY MS. SEIFERT:

22   Q.  Let me ask you, are you familiar with Government's 601?

23   A.  Yes.

24   Q.  Specifically, 601, Page 1.  Are you familiar with this

25   photograph?

Harrison - DIRECT

1   A.  I am.

2   Q.  Is this one of the photographs that you showed the

3   defendant?

4   A.  Yes, it is.

5   Q.  And in the transcript, if I might have --

6           MS. SEIFERT:  If we can have a portion of the

7   transcript marked for this identification, which is 600.4T.

8   BY MS. SEIFERT:

9   Q.  So 600.4T.  And this is Page 28 of the transcript, Lines 9

10  to 10.

11      Agent Harrison, can you please read for the record what

12  defendant stated with respect to the photo seen in

13  Exhibit 601.1, Page 1?

14  A.  So his answer says:  That's Lanmo.

15  Q.  601.1, is that the same picture the defendant identified?

16  A.  Yes, it is.

17          MS. SEIFERT:  Your Honor, move to admit 601.1, Page 1,

18  and 600.4T.

19          THE COURT:  600.1, Page 1 is already in evidence.

20          MS. SEIFERT:  So the picture is already in evidence.

21  And now if we can pivot back to the laptop, I'm moving in the

22  whole page because there's also markings on the page.

23          COURTROOM DEPUTY:  Which laptop is this?

24          MS. SEIFERT:  It's his.

25  BY MS. SEIFERT:

Harrison - DIRECT

1    Q.  So previously another witness identified just the

2    photograph and not the whole page, and authenticated that

3    photograph.  But the whole page also has markings, which if the

4    whole page is admitted, I will ask the witness about.

5            THE COURT:  You're going to ask the witness about the

6    marking?

7            MS. SEIFERT:  Yes.  But I need the whole page to come

8    into evidence first.

9            THE COURT:  No.  You need to do something to get the

10   markings in first.

11           MS. SEIFERT:  Sure.

12   BY MS. SEIFERT:

13   Q.  Well, let me ask again:  Is this the page with the

14   photograph on it that you showed to Mr. Germine?

15   A.  It is.

16   Q.  And did you ask him to mark the page?

17   A.  We did.

18   Q.  And did he make a marking?

19   A.  He did.

20   Q.  Can you see that on 600.1?

21   A.  I do.  It's the bottom left-hand corner of the page.

22   Q.  Does the photo of this page fairly and accurately depict

23   the ID that you had Mr. Germine make of Lanmo San Jou?

24   A.  Yes, it does.

25           MS. SEIFERT:  Move to admit 600.1 in its entirety.

Harrison - DIRECT

1           MR. ORENBERG:  No objection.

2           THE COURT:  Without objection, 600.1 --

3           MS. SEIFERT:  Page 1.

4           THE COURT:  Page 1 is admitted in its entirety.

5       (Government's Exhibit 600.1, Page 1 received in evidence.)

6           MS. SEIFERT:  I also move to admit 600.4T, the portion

7   of the transcript with the identification.

8           MR. ORENBERG:  No objection.

9           THE COURT:  600.4T is admitted.

10      (Government's Exhibit 600.4T received in evidence.)

11          MS. SEIFERT:  Page 5, please, of 600.1.

12  BY MS. SEIFERT:

13  Q.  Do you recognize the individual depicted in Page 5?

14  A.  I do.

15  Q.  And did the defendant make an identification of this

16  individual?

17  A.  He did.

18  Q.  And did you ask the defendant to mark the identification

19  with his initials?

20  A.  Yes.

21  Q.  Do you see the markings on the page?

22  A.  I do.  Again, it's in the lower left-hand corner.

23  Q.  Does this picture that is 600.1, Page 5 fairly and

24  accurately depict the identification the defendant made on the

25  plane?

Harrison - DIRECT

1    A.  Yes, it does.

2            MS. SEIFERT:  Your Honor, move to admit

3    Government's 600.1, Page 5.

4            MR. ORENBERG:  No objection.

5            THE COURT:  Without objection, it is admitted.

6        (Government's Exhibit 600.1, Page 5 received in evidence.)

7            MS. SEIFERT:  And on the transcript, this is the

8    portion of the transcript which I've marked as 600.5T, which is

9    on Page 29.

10   BY MS. SEIFERT:

11   Q.  And if you could please read from Lines 20 to 25 the text

12   of the transcript.

13   A.  It says, A, that's Koleg.  The question is:  "Koleg" is

14   with a "K," right?

15       Answer:  Yeah, K-O-L-E-G.  He's one of Lanmo's soldiers

16   too.  And he's from Micho.  That's M-I-C-H-O.

17   Q.  Is this the identification made with respect to the exhibit

18   just admitted, Page 5?

19   A.  Yes, it is.

20   Q.  Thank you.

21           MS. SEIFERT:  Your Honor, move to admit 600.5T.

22           MR. ORENBERG:  No objection.

23           THE COURT:  Without objection, 600.5T is admitted.

24       (Government's Exhibit  received in evidence.)

25           MS. SEIFERT:  If I could have shown to the witness,

Harrison - DIRECT

1    please, Page 13 of Government's Exhibit 600.1.

2    BY MS. SEIFERT:

3    Q.  Do you recognize the picture that is Page 13 of

4    Government's 600.1?

5    A.  Yes, I do.

6    Q.  How do you recognize it?

7    A.  That's one of the images that we had shown to Mr. Germine

8    during our interview.

9    Q.  Did he make an identification of this individual?

10   A.  He did.

11   Q.  Did he sign the record in any way?

12   A.  He initialed it in the lower left-hand corner.

13   Q.  And does this photo of the picture fairly and accurately

14   depict the identification that the defendant made of this

15   individual?

16   A.  Yes, it does.

17          MS. SEIFERT:  And Your Honor, move to admit

18   Government's 600.1, Page 13.

19          MR. ORENBERG:  No objection.

20          THE COURT:   600.1, Page 13 is admitted in its

21   entirety.

22      (Government's Exhibit 600.1, Page 13 received in evidence.)

23   BY MS. SEIFERT:

24   Q.  Now I'm showing you the transcript of the interview.  This

25   portion I've marked as 600.6T.  We're on Page 33 of the

Harrison - DIRECT

1   transcript.

2        If you could please read the text that's listed on Page 33,

3   Lines 18 to 21.

4   A.   Sure.

5        That's Gaspiay, number 13.  He's my cousin.

6        Question:  What's his name?

7        The answer:  First name is Stevenson.  Just thinking about

8   what the last name could be.

9   Q.   Is this the same identification that the defendant made of

10  the prior photograph, which was Page 13 of Page 600.1?

11  A.   Yes.

12       MS. SEIFERT:  Your Honor, move to admit Government's

13  Exhibit 600.6T.

14       MR. ORENBERG:  No objection.

15       THE COURT:  600.6T is admitted.

16  (Government's Exhibit 600.6T received in evidence.)

17       MS. SEIFERT:  If I may have shown to the witness,

18  please, Government's Exhibit 600.12 -- sorry, first,

19  Government's 600.1, Page 38.

20  BY MS. SEIFERT:

21  Q.   Is this a photo that you showed the defendant?

22  A.   Yes, it is.

23  Q.   Can you tell the Court how you recognize it?

24  A.   Again, this is one of the photos that we showed Mr. Germine

25  on the plane.  We obtained this photo from our investigation

Harrison - DIRECT

1   into the missionaries.

2   Q.  Did he make any identifications on it?

3   A.  He did.

4   Q.  And did he make any markings?

5   A.  He did.  He initialed the photograph in the lower left-hand

6   corner.

7   Q.  Does this photo fairly and accurately depict the

8   identification that Mr. Germine made on the plane?

9   A.  Yes, it does.

10          MS. SEIFERT:  Your Honor, move to admit

11  Government's 600.1, Page 38.

12          MR. ORENBERG:  No objection.

13          THE COURT:  Without objection, 600.1, Page 38 is

14  admitted.

15     (Government's Exhibit 600.1, Page 38 received in evidence.)

16  BY MS. SEIFERT:

17  Q.  I'm showing you the portion of the transcript that I've

18  marked 600.12T.  And we're on Page 8.  If you could start at

19  the bottom of Page 8 on Line 22.

20  A.  All right.  The question:  What about Zo?

21     Answer:  Cousins.

22     Question:  And is he involved in the gang as well?

23     The answer:  Yes, he's part of it.

24  Q.  And we're on the top of Page 9 starting at Line 1.

25  A.  The question:  And what is or was his role?

Harrison - DIRECT

1      Answer:  He was the third -- sorry, he was the third one in

2   charge.

3      Question:  He was the third one in charge?  So how does the

4   structure --

5      And then the answer:  Lanmo, Gaspiay, then Zo.

6   Q.  So does this identification at 600.12T correspond with the

7   picture that was 600.1, Page 38?

8   A.  Yes, it does.

9          MS. SEIFERT:  If we could pull that back up.  Just

10   because there are multiple names.  601.38, please.

11         THE COURT:  601.38?  I don't think that's what you

12   mean.

13         MS. SEIFERT:  600.1, excuse me, Page 38.

14         THE COURT:  Okay.

15         MS. SEIFERT:  Thank you.

16   BY MS. SEIFERT:

17   Q.  This photograph of the individuals who were just discussed,

18   which one is this that the defendant identified?

19   A.  He identified Zo.

20   Q.  Do you know this individual's true name?

21   A.  Yes.  Jean Pelice.

22         MS. SEIFERT:  Your Honor, move to admit 600.12T.

23         MR. ORENBERG:  No objection.

24         THE COURT:  600.12T is admitted.

25      (Government's Exhibit 600.12T received in evidence.)

Harrison - DIRECT

```
 1   BY MS. SEIFERT:
 2   Q.  This is our last identification, which is 600.1, Page 21.
 3          THE COURT:  Twenty-one?
 4          MS. SEIFERT:  Yes.
 5   BY MS. SEIFERT:
 6   Q.  Do you recognize the page on 600.1, Page 21?
 7   A.  Yes, I do.
 8   Q.  How do you recognize it?
 9   A.  This is one of the photos that we showed Mr. Germine during
10   our interview.
11   Q.  And who did he -- did he make an identification of this
12   photo?
13   A.  He did.
14   Q.  And how do you know?
15   A.  He -- just like the other photographs, he marked it --
16   Q.  Thank you.  Go ahead.  He marked this photo?
17   A.  Yes, he did.
18   Q.  Do you see that present on the photo?
19   A.  Yes.  His initials are in the lower left-hand corner.
20   Q.  Does this photograph that is 600.1, Page 21 fairly and
21   accurately depict the identification that Mr. Germine made on
22   the plane?
23   A.  Yes, it does.
24          MS. SEIFERT:  Move to admit 600.1, Page 21.
25          MR. ORENBERG:  No objection.
```

Harrison - DIRECT

```
1              MS. SEIFERT:  I'm now somehow showing you --
2              THE COURT:  Wait a minute.  600.1, Page 21 is
3      admitted.
4          (Government's Exhibit 600.1, Page 21 received in evidence.)
5              MS. SEIFERT:  I'm sorry, Your Honor.
6      BY MS. SEIFERT:
7      Q.  We're showing you a portion of the transcript which is
8      600.7T.  And we're at Page 36.  If you could please read the
9      transcript, starting at Line 2, as laid out on the paper.
10     A.  Sure.
11         That's Santia.
12         Question:  Okay.
13         Answer:  She's in a relationship with my younger brother.
14         Question:  Okay.  Younger brother, which one is it?
15         And then Germine:  Stevenson.
16     Q.  So just to be clear, the record says "Germine:  Stevenson"?
17     A.  Yes.
18     Q.  So the witness's answer was Stevenson?
19     A.  Right, Germine:  Stevenson.
20     Q.  Let me just clarify.  The witness is Mr. Germine and his
21     answer was Stevenson --
22     A.  Stevenson, yes.
23     Q.  Great.
24             MS. SEIFERT:  Your Honor, move to admit 600.7T.
25             MR. ORENBERG:  No objection.
```

Harrison - DIRECT

1        THE COURT:  Without objection, 600.7T is admitted.

2        (Government's Exhibit 600.7T received in evidence.)

3   BY MS. SEIFERT:

4   Q.  And does that identification correspond with the picture we

5   just saw on Page 21 of the ID packet?

6   A.  Yes.

7   Q.  You previously mentioned Ms. Santia.  Do you recall --

8   specifically, you mentioned that the defendant talked about

9   money with respect to Ms. Santia?

10  A.  Yes.

11  Q.  I'm showing you what I've marked in the transcript, the

12  excerpt, which is 600.10T.  This is Page 48.  And on Line 25,

13  if you could start by reading the question.

14  A.  So, listen, before we get to the why because --

15  Q.  This is the next page.

16  A.  So let's go back to this before we get into where the money

17  is from.  If she's just a girl, she's just a woman, why would

18  you give just a woman -- I mean, I guess we're up to over

19  75,000 U.S. dollars at this point.  I can't think of --

20      The answer:  Because she's with my brother, right?  That's

21  why I trust her.

22  Q.  And who was the defendant talking about when you and he are

23  engaging in this question and answer?

24  A.  He was talking about Santia Jean.

25        MS. SEIFERT:  Your Honor, move to admit Government's

```
 1    Exhibit 600.10T.
 2              MR. ORENBERG:  No objection.
 3              THE COURT:  600.10T is admitted.
 4         (Government Exhibit 600.10T received in evidence.)
 5    BY MS. SEIFERT:
 6    Q.  Did you have some conversations about the defendant's life
 7    in jail?
 8    A.  Yes, we did.
 9    Q.  And you mentioned that you brought some things with you
10    when you -- pieces of evidence with you when you were
11    interviewing him.  And did you bring any videos relevant to his
12    time in jail?
13    A.  Yes, we did.
14              MS. SEIFERT:  Could I have shown to the witness
15    Government's 901.
16    BY MS. SEIFERT:
17    Q.  Do you recognize this video in 901?
18    A.  Yes, I do.
19    Q.  How do you recognize it?
20    A.  This is a video that we first saw when we were in Haiti
21    trying to recover the kidnapped missionaries.  It was released
22    on social media, and it's of Mr. Germine in prison during his
23    birthday.
24    Q.  And did you play this for Mr. Germine?
25    A.  Yes, I did.
```

Harrison - DIRECT

1    Q.  During your interview?

2    A.  Yes.

3    Q.  Does Government's 901, the video that's on the screen, is

4    this the same video that you played for him?

5    A.  Yes.

6    Q.  Did you ask him some questions about this?

7    A.  I did.

8          MS. SEIFERT:  Your Honor, move to admit 901.

9          MR. ORENBERG:  No objection.

10         THE COURT:  Without objection, 901 is admitted.

11      (Government's Exhibit 901 received in evidence.)

12         MS. SEIFERT:  If we could play the first 15 seconds or

13   so.

14      (Video played.)

15         MS. SEIFERT:  We're stopping at 21 seconds.

16   BY MS. SEIFERT:

17   Q.  Special Agent Harrison, have you reviewed the whole video?

18   A.  Yes.

19   Q.  It's about a minute and a half long.  Can you describe for

20   the Court the rest of the video?

21   A.  It continues in a similar manner.  Mr. Germine is dancing,

22   consuming a beverage while in prison, celebrating his birthday.

23   Q.  Okay.

24         MS. SEIFERT:  And let me ask if you could have pulled

25   up the audio of when you asked him about this video.  So if we

Harrison - DIRECT

1   could take this down, please.

2           And for the benefit of counsel, we're in

3   Government's 600 at minute 41.  I've made a clip of this, which

4   we will call 600.2.  And this is, for the record, minute 41 to

5   minute 41:44.

6           And correspondingly, I'd like to show you what's been

7   marked as 600.2T.

8   BY MS. SEIFERT:

9   Q.  Have you reviewed 600.2T?

10  A.  Yes, I have.

11  Q.  Is that the transcript that goes with this audio?

12  A.  Yes.

13  Q.  And when you reviewed the transcript and the audio

14  together, were they fair and accurate as to each other?

15  A.  Yes, they were.

16          MS. SEIFERT:  Your Honor, move to admit 600.2 and

17  600.2T.

18          MR. ORENBERG:  No objection.

19          THE COURT:  Just a second.  So we need a 600.2, as

20  well as 2T.  600.2T is admitted.  And 600.2 is the video

21  itself?

22          MS. SEIFERT:  It's a portion of the audio from minutes

23  41 to 41:44.

24          THE COURT:  Just a second.  600.2.  Any objection?

25          MR. ORENBERG:  No objection.

Harrison - DIRECT

1            THE COURT:  600.2 is admitted, as well as 600.2T.

2        (Government's Exhibits 600.2, 600.2T received in evidence.)

3            MS. SEIFERT:  Okay.  I have up on the screen the

4    relevant portion of the transcript that corresponds to the

5    video, and I'll ask Mr. Casillas to please play the audio clip

6    that is 600.2.

7        (Audio played.)

8    BY MS. SEIFERT:

9    Q.  Special Agent Harrison, is it fair to say that based on

10   your conversation, you determined that Mr. Germine had

11   self-identified him in this video?

12   A.  Yes.

13   Q.  Did you also have a conversation about phones in jail with

14   Mr. Germine?

15   A.  Yes, we did.

16   Q.  And I've marked a portion of this transcript as 600.3T.

17            MS. SEIFERT:  And Counsel, on the audio I'm going to

18   ask to be played, Exhibit 600 at 49:34 to 51:53, which will be

19   the clip of which we'll mark as Exhibit 600.3.

20   BY MS. SEIFERT:

21   Q.  Special Agent Harrison, did you review the transcript of

22   600.3T, along with the audio that is 600.3 together?

23   A.  Yes, I did.

24   Q.  And do they correspond to each other?

25   A.  They do.

Harrison - DIRECT

1            MS. SEIFERT:  Your Honor, move to admit

2     Government's 600.3T and the clip of the interview that is

3     600.3.

4            MR. ORENBERG:  No objection.

5            THE COURT:  Without objection, 600.3T and 600.3 are

6     admitted.

7        (Government's Exhibits 600.3T, 600.3 received in evidence.)

8        (Audio played.)

9     BY MS. SEIFERT:

10    Q.  And Agent Harrison, since there's multiple voices, let's

11    just run down who's who.  Who's asking the questions in that

12    clip?

13    A.  That's me asking the questions.

14    Q.  Who's speaking in English the answers back to you?

15    A.  That's Agent Dugue.

16    Q.  Do you hear the defendant speaking?

17    A.  I do.

18    Q.  What language was he speaking in?

19    A.  Haitian-Creole?

20           MS. SEIFERT:  If we could now have brought up

21    Government's Exhibit 600.9, which, for counsel's reference, is

22    a clip from Government's 600, at 1:40:36 to 1:43:56.  And

23    Government's Exhibit 600.9T.

24    BY MS. SEIFERT:

25    Q.  Special Agent Harrison, did you review the clip and also

Harrison - DIRECT

1    the transcript portion that are marked 600.9 and 600.9T?

2    A.   Yes.

3    Q.   Do they correspond to each other?

4    A.   They do.

5    Q.   Are these both from your interview?

6    A.   They are.

7         MS. SEIFERT:  Your Honor, move to admit

8    Government's 600.9T and 600.9.

9         THE COURT:  Mr. Orenberg?

10        MR. ORENBERG:  Excuse me, Your Honor.  No objection.

11        THE COURT:  Thank you.

12        Without objection, 600.9 and 600.9T are admitted.

13      (Government's Exhibits 600.9, 600.9T received in evidence.)

14   BY MS. SEIFERT:

15   Q.   Just for context for the Court, did you ask Mr. Germine

16   some questions about whether he could influence the gang to

17   release a hostage?

18   A.   Yes, I did.

19        MS. SEIFERT:  If we could go to the second page of

20   609.  And we can start playing -- thank you.  Let's make it

21   easier on everyone's eyes if we zoom in a little bit and play

22   600.9, the clip, at the same time as the transcript is on the

23   screen, please.

24      (Audio played.)

25   BY MS. SEIFERT:

Harrison - DIRECT

1   Q.  And finally, Special Agent Harrison, did you also ask the

2   defendant questions about where the money for purchasing

3   weapons from Ms. Tunis was coming from?

4   A.  Yes, I did.

5   Q.  And did the defendant, in your interview, have a name for

6   Ms. Tunis, a nickname?

7   A.  Yes.

8   Q.  What was that?

9   A.  Sandal.

10  Q.  And did she also use -- well, I'm getting ahead of myself.

11          MS. SEIFERT:  Let's start with Government's

12  Exhibit 600.8 as the audio and, for counsel's reference, this

13  is a clip from 600 at 1:36:13 to 1:37:26.  And the

14  transcription portion is 600.8T, which is on Pages 38 and 39.

15  BY MS. SEIFERT:

16  Q.  Special Agent Harrison, did you review those two exhibits

17  before you got on the stand?

18  A.  I did, yes.

19  Q.  Do they correspond to each other?

20  A.  They do.

21          MS. SEIFERT:  Your Honor, move to admit 600.8T and

22  600.8.

23          MR. ORENBERG:  No objection.

24          THE COURT:  600.8T and 600.8 are admitted.

25          (Government's Exhibits 600.8T, 600.8 received in evidence.)

Harrison - DIRECT

1          MS. SEIFERT:  Brief indulgence, Your Honor.

2      (Pause in the proceedings.)

3          MS. SEIFERT:  And if I could have shown on the screen

4  600.8T at Page 2.  And the transcript starts at Line 21.  You

5  can zoom in a little bit.  And then if we could play, while

6  this is up on screen, the audio, which is at 600.8.

7      (Audio played.)

8  BY MS. SEIFERT:

9  Q.  And just one more passage I'd like you to look at, Special

10  Agent Harrison.  So this is in the audio, two clips.  So the

11  first I will mark as 600.11A, and that's 2:01:02 to 2:01:37.

12          MS. SEIFERT:  And then the second is 600.11B, and that

13  is 2:04:08 to 2:04:43.  So I've marked those as 600.11A and

14  600.11B.  And in the transcript there's an Exhibit 600.11T that

15  has both of those passages listed.

16  BY MS. SEIFERT:

17  Q.  And Special Agent Harrison, did you review those exhibits?

18  A.  Yes, I did.

19  Q.  And did the transcript in 600.11T correspond to the audio

20  of the two clips we're discussing, 600.11A and B?

21  A.  Yes.

22          MS. SEIFERT:  I move to admit 600.11A and B and the

23  transcript 600.11T.

24          MR. ORENBERG:  No objection.

25          THE COURT:  600.11A, 600.11B and 600.11T are all

Harrison - DIRECT

1  admitted.

2       (Government's Exhibits 600.11A, 600.11B, 600.11T received

3  in evidence.)

4          MS. SEIFERT:  If we could go start on the first page

5  and zoom in a little bit, please.  And then we'll start with

6  600.11A.

7       (Audio played.)

8          MS. SEIFERT:  Okay.  Now if we could play 600.11B, and

9  move to Page 3 of the transcript exhibit, please.

10      (Audio played.)

11  BY MS. SEIFERT:

12  Q.  Special Agent Harrison, when the defendant referred to the

13  individual named Tise, did you understand who he was referring

14  to?

15  A.  Yes, I did.

16  Q.  Who was that?

17  A.  He was referring to Eliande Tunis.

18  Q.  We also heard, just for clarity, another voice of another

19  interviewer or someone else asking questions.  Who was that?

20  A.  That was Agent Suarez.

21          MS. SEIFERT:  I have no other questions for this

22  witness.

23          THE COURT:  All right.  We're going to take a break

24  now.  But first let me have defense counsel come up ex parte to

25  the bench.

Harrison - DIRECT

```
 1        (Sealed Bench Conference.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14        (Sealed Bench Conference Concluded.)
15             THE COURT:  All right.  Could I see one of the
16   marshals up here for a second.
17        (Off-the-record discussion.)
18        (Sealed Bench Conference.)
19
20
21
22
23        (Sealed Bench Conference Concluded.)
24             THE COURT:  All right.  We've got surprises every day
25   in terms of what we're going to do.  Here's what we're going to
```



1    do.  We're going to take a five-minute break, so the

2    interpreters can take a break.  Then I'm clearing the courtroom

3    and defense counsel are going to talk with their client,

4    Mr. Germine, here in the courtroom with the interpreters

5    present.  And marshals will be present, obviously, not hearing

6    the conversation but they will be present.

7            But I need the courtroom cleared so they can do that.

8    And that may take a while.  It may take as much as an hour.

9    I'm going to have them back here opening up by 4:25.  All

10   right.

11           But first, interpreters have time for a break before

12   you begin that process, but in the meantime we need to clear

13   the courtroom.

14           Any questions?

15           MS. PASCHALL:  Yes.  What time would you like the

16   government to return?

17           THE COURT:  I'd like you to be available to return, if

18   we call you, in 20 minutes.  But I'd like you to return by

19   4:20.  Thank you.

20       (A recess was taken at 3:26 PM)

21           MR. ORENBERG:  May we approach ex parte?

22           THE COURT:  Do you still need this under seal?

23           MR. ORENBERG:  Probably not.

24           THE COURT:  That's what I thought.  But we can start

25   under seal.

```
1          (Sealed Bench Conference.)
2
3
4
5
6
7
8
9
10         (Sealed Bench Conference Concluded.)
```

11          THE COURT:  All right.  I'm going to ask Mr. Orenberg

12   to come up to the lectern.

13          MR. ORENBERG:  Thank you, Your Honor.

14          THE COURT:  You have something to inform me and the

15   government on.

16          MR. ORENBERG:  Yes, Your Honor.  At this point,

17   Mr. Germine has decided to plead guilty to the indictment.

18          THE COURT:  And he's done so, from your perspective,

19   after thorough discussions with his counsel and consideration

20   of the issues?

21          MR. ORENBERG:  Yes, Your Honor.  And with the

22   assistance of two Haitian-Creole translators -- or

23   interpreters, excuse me.  And translators; we looked at some

24   documents.

25          THE COURT:  So the first thing I'll do is I'll ask the



1    government whether they have anything they would like to say

2    with respect to this.  I doubt we're going to do this this

3    afternoon because the Statement of Facts, if you will, issue is

4    a big issue that I think defense counsel are going to have to

5    talk to their client on and get something that can lead to the

6    plea being accepted.

7           Ms. Seifert.

8           MS. SEIFERT:  That was our same request, Your Honor,

9    is that if in advance of any plea being taken, the government

10   can review the Statement of Facts to which the defendant is

11   pleading, so that we can contest if we don't think there are

12   enough facts to support a plea to the indictment.

13          THE COURT:  All right.  First question -- Agent

14   Harrison is in the courtroom.  That's all right.

15          I want to know, in case this doesn't occur, whether

16   he's all right being here tomorrow or does he have a flight

17   that he's catching tonight or anything?

18          MS. SEIFERT:  Well, no, he -- although the Court

19   brings up a good point.  I think our preference would be -- as

20   the Court is aware, Agent Harrison is the last witness for the

21   government.  And after Agent Harrison testified, we were

22   anticipating that we would rest.

23          I am concerned that if the plea breaks down or doesn't

24   go through or a portion of it doesn't go through, then we would

25   have to recall Agent Harrison, which would be challenging,

1    because, of course, now he's having to remember his testimony

2    from days prior.

3         So I certainly understand defendant's wish, but my --

4    I don't know how the Court wants to resolve that.  I also don't

5    want to put Agent Harrison in the predicament if in two days he

6    gets recalled, that we have a defense counsel saying, now,

7    didn't you say on direct.  So it's up to Your Honor to decide.

8         THE COURT:  Does the government have a request or a

9    suggestion?

10         MS. SEIFERT:  I think our preference would be that we

11    finish the witness.  If after we finish this witness, the Court

12    wants to entertain that motion to stop the trial to work on the

13    plea, that we do that.  But I would like to --

14         THE COURT:  That's what I tried to do this afternoon

15    already, but it didn't quite work out because you didn't finish

16    the witness soon enough.  I was hopeful.  I'm not blaming you.

17    I'm just saying I was hopeful.

18         MS. SEIFERT:  It does put the -- perhaps it will go

19    through and it won't be an issue.  But if it is an issue, then

20    it gets challenging.

21         THE COURT:  Let me get Ms. Amato and Mr. Orenberg's

22    reaction to that, which is basically a request that we continue

23    on and complete Agent Harrison's examination.

24         MR. ORENBERG:  Your Honor, if I understand Ms. Seifert

25    correctly, her concern -- I guess if we stop here and we

1    proceed to a plea hearing, her concern is that the Court, being

2    the finder of fact, may not be able to recall whether it -- if

3    the plea breaks down, whether tomorrow or sometime or on

4    Thursday or on Friday, the direct examination of Special Agent

5    Harrison.

6        I would just say the court reporters in this case all

7    have been exemplary in getting us daily transcripts, and I

8    think the daily transcripts have also been sent to chambers.

9    If they haven't, I'm sure we can get it to chambers tonight or

10   tomorrow so that the Court does have the transcript, if

11   necessary, to review.

12       THE COURT:  I'll underscore if necessary.  I don't

13   think anyone is saying, Judge, you're not going to be able to

14   remember Agent Harrison's testimony --

15       MR. ORENBERG:  I'm not saying that.

16       THE COURT:  -- from this afternoon if we have to

17   resume tomorrow.

18       MR. ORENBERG:  I would suggest, I think the time --

19   given where we are and given what we requested or what

20   Mr. Germine is requesting at this point in time, that our time

21   is better spent preparing, as Ms. Seifert has said, a Statement

22   of Facts, that that we have opportunity to go over it and

23   reconvene sometime mid to late morning tomorrow.

24       THE COURT:  All right.  So your suggestion is that we

25   conclude things for the day, that you work on getting a

1    proposed change of plea from Mr. Germine in shape, and that the

2    plan would be to resume and take that plea, let's say, late

3    tomorrow morning.  Is that your request?

4         THE WITNESS:  Correct, because we may need some time

5    to discuss it with him tomorrow morning.

6         THE COURT:  All right.  Anything further from the

7    government on that suggestion in terms of a schedule?

8         MS. SEIFERT:  I'd certainly defer to the Court.  It's

9    not the Court's memory that I think I was worried about but

10   rather the fairness to Agent Harrison, for everyone else to

11   have the transcript except for him.

12        But in any event, should we tell him to be available

13   at the call of the Court for tomorrow afternoon if this doesn't

14   work out?

15        THE COURT:  See, I think we have to do that just in

16   case things don't work out.  But if we need to check with Agent

17   Harrison, if he's on a flight and needs to get back --

18        MS. SEIFERT:  He's stationed at the State Department

19   headquarters.  So I think it should be fine.

20        THE COURT:  Okay.  I thought he had to go back to

21   Miami.  All right.  Then I don't care about you, Agent

22   Harrison.

23        MS. SEIFERT:  He means that in the nicest way.

24        So we'll call him at lunch if he needs to come back

25   over.

```
1              THE COURT:  So let's plan on -- the latest I could do
2    tomorrow morning would be 11:30.  It may take a little over an
3    hour to do a plea, if there's going to be a plea.  That's
4    assuming that the Statement of Facts is in shape to proceed
5    with the plea.  So would 11:30 make sense?
6              MS. SEIFERT:  It's fine for the government, Your
7    Honor.
8              THE COURT:  Mr. Orenberg.
9              MR. ORENBERG:  Yeah, that's fine.
10             THE COURT:  You're going to have to devote some of
11   that time tomorrow morning, obviously, to working with your
12   client, but some of that time is going to be working with the
13   government too.  You've got to provide the government with what
14   you're proposing in terms of the Statement of Facts, and
15   receive their reaction to it.  Because otherwise, we're going
16   to be doing it in Court, like we did the other day with a
17   different defendant.
18             MR. ORENBERG:  I understand, Your Honor.  I'm just
19   wondering if it might be more productive, shall I say -- I want
20   to make sure -- I'm sure there's a come up in for tomorrow, but
21   if it would be possible, because we have at least five of us,
22   when you include myself, Ms. Amato, Mr. Germine and the
23   translators, if we could meet here in the courtroom, unless the
24   Court has other business tomorrow, of course.
25             THE COURT:  The only business I had tomorrow in this
```

1    courtroom is standing before me.  But again, I would have to

2    look at the Marshals and see if they think they can

3    accommodate.  Because of the interpreters, particularly, it

4    makes it a little cumbersome.

5            U.S. MARSHAL:  That's fine.

6            THE COURT:  If you can do it, I will give you the

7    courtroom tomorrow.  Starting at what time?

8            MR. ORENBERG:  10:00 a.m.  Or I can contact Ms. Duncan

9    and let her know.

10           THE COURT:  Let's plan on it for 10:00 a.m.  You

11   better be pretty far along in your work by 10:00 a.m.

12           MR. ORENBERG:  10:30.

13           MS. AMATO:  No, not 10:30.

14           MR. ORENBERG:  10:00 a.m., Your Honor.  Thank you.

15           THE COURT:  You've got it at 10:00 a.m.

16           All right, Ms. Duncan?

17           And thank you, Marshals.  We appreciate your

18   flexibility and accommodation.

19           Ms. Seifert.

20           MS. SEIFERT:  Your Honor, as we're reviewing the

21   Statement of Facts, may we rely on your -- what were considered

22   draft statement of what the elements are that the Court had

23   circulated before trial?

24           THE COURT:  As far as I'm concerned, you may rely on

25   it.

```
1              MS. SEIFERT:  Thank you, Your Honor.

2              MR. ORENBERG:  Rely on what?

3              THE COURT:  The draft of the jury instructions on the

4    substantive charges that I gave to each side.

5              MR. ORENBERG:  Right.

6              THE COURT:  She's asking if they can rely on that in

7    terms of the elements and so forth.

8              MR. ORENBERG:  Of course.

9              THE COURT:  All right.  The other question is the

10   sentencing guidelines.  I assume that the government's position

11   is probably identical to the position that they have with

12   respect to Ms. Tunis.

13             MS. SEIFERT:  It is, Your Honor.  Though we think

14   there might be an additional enhancement.  I believe

15   Ms. Tunis's guidelines calculation was a plus-two for a leader

16   organizer.  Here we think the defendant would be a plus-four.

17   We will prepare that and file it this evening.

18             THE COURT:  You don't have to do anything too

19   extensive.  You can just say what the change is.  And for the

20   defense, you need to give me what you think the sentencing

21   guideline calculation is.  You can look at that which was

22   submitted on behalf of Ms. Tunis, but I at least need to know

23   what your position is.

24             In all likelihood, as I did in that matter, I will not

25   make a guideline calculation.  But I need to make sure that the
```

```
1   defendant is aware of the positions of the government on his
2   behalf with respect to a guideline calculation.
3          MR. ORENBERG:  My question is a procedural one.  Would
4   the Court like it submitted by email to chambers, or does it
5   need to be filed on Pacer?
6          THE COURT:  The way -- did you get some information
7   from Ms. Seifert?
8          MR. ORENBERG:  I forget how it was done with
9   Mr. Bonset's (ph.) client.
10         MS. SEIFERT:  We filed it with Mr. Bonset's client.
11         THE COURT:  That's what I thought.  Why don't you do
12  that.  I don't need it tonight, but I do need it, let's say, by
13  the 10:00 hour tomorrow morning so that I can then incorporate
14  it into my discussion with the defendant.
15         MR. ORENBERG:  Okay.  Thank you, Your Honor.
16         THE COURT:  Anything else we should address here
17  today?
18         MS. SEIFERT:  Maybe just one request.  I believe that
19  defense had asked the government to make available a couple of
20  witnesses.  And I'd like either the defense or the Court to
21  instruct the government if we want to keep them on hold for
22  tomorrow afternoon or what we would like to tell them, for now.
23         THE COURT:  There was a couple of witnesses?  I was
24  aware of one, an interpreter.  I wasn't aware of anyone else.
25         MS. SEIFERT:  I think also a Special Agent that we had
```

1    said we could potentially stipulate to what the Special Agent

2    would testify to.

3           Did we hear back?

4           I don't think we received the stipulation but we had

5    said we would be willing to stipulate.

6           THE COURT:  Ms. Amato has something to say on that.

7           MS. AMATO:  Yeah.  I just wanted to clarify, Your

8    Honor.  So the one witness is the translator, which she's been

9    on call today.  The other one we hope to go through just with

10   the stipulation at this point, and it would just be to complete

11   the impeachment of Ms. Antoin (ph.), I believe.  So I don't

12   think we'll need to call her.

13          THE COURT:  Okay.  But you do need, from your

14   perspective, in case your case goes forward, you would like the

15   translator from ISL to be available tomorrow as well?

16          MS. AMATO:  Right.  And we would be doing her

17   testimony via Zoom.  Which is fine.  We have no objection to

18   that.

19          MS. SEIFERT:  We will inquire about the witness's

20   availability.

21          THE COURT:  Thank you very much.  I appreciate it.

22   And I appreciate the quality and the flexibility that has been

23   exhibited in this courtroom over the past two weeks.  So thank

24   you very much.  And I'll see you tomorrow.

25          Let me know as soon as I need to know something with

```
1   respect to the scheduled 11:30 change of plea proceeding.

2             All right.  Thank you, again, to everyone.  In this

3   instance, particularly to the Marshals.  Thank you.  And to the

4   interpreters, because you need to be here at 10:00 as well.

5             Does the government intend to submit another updated

6   exhibit list overnight?

7             MS. PASCHALL:  Yes, Your Honor, I think so.  We also

8   had maybe six additional things to move in as the close of our

9   case.

10            THE COURT:  We can save that in case you need it.

11            MS. PASCHALL:  We will send the updated exhibit list.

12            THE COURT:  That way I can try to make sense of the

13  last couple of hours.  Thank you.

14       (Proceedings concluded at 4:43 PM)

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, Stacy Johns, certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.


/s/ Stacy Johns                 Date: January 30, 2024

Stacy Johns, RPR
Official Court Reporter

**BY MS. SEIFERT: [39]**
1756/19 1765/5
1765/22 1766/8
1767/10 1768/1 1770/2
1770/21 1771/17
1772/4 1774/21 1775/8
1775/25 1776/12
1777/12 1778/10
1779/2 1779/23
1780/20 1781/16
1782/16 1783/1 1783/5
1784/6 1785/3 1786/5
1786/16 1787/16
1788/8 1789/8 1789/20
1790/9 1790/24
1791/14 1791/25
1792/15 1793/8
1793/16 1794/11

**COURTROOM DEPUTY: [1]** 1775/3

**MR. ORENBERG: [53]**
1754/2 1754/4 1754/8
1754/11 1754/15
1755/9 1755/11 1767/7
1767/20 1770/15
1777/1 1777/8 1778/4
1778/22 1779/19
1780/14 1781/12
1782/23 1783/25
1784/25 1786/2 1787/9
1788/18 1788/25
1790/4 1791/10
1792/23 1793/24
1795/2 1795/7 1795/13
1795/19 1796/21
1796/23 1797/2 1797/7
1797/13 1797/16
1797/21 1799/24
1800/15 1800/18
1802/9 1802/18 1803/8
1803/12 1803/14
1804/2 1804/5 1804/8
1805/3 1805/8 1805/15

**MS. AMATO: [5]**
1754/16 1755/6
1803/13 1806/7
1806/16

**MS. PASCHALL: [3]**
1796/15 1807/7
1807/11

**MS. SEIFERT: [87]**
**THE COURT: [94]**
**THE WITNESS: [2]**
1756/16 1801/4

**U.S. MARSHAL: [1]**
1803/5

**$**

**$2,000 [3]** 1759/9
1759/10 1764/11
**$2,500 [3]** 1761/3
1761/5 1762/8
**$2,894.90 [1]** 1757/15
**$3,000 [2]** 1758/20
1762/8

**-- from [1]** 1800/16

**.**

**.1 [3]** 1756/1 1756/3
1756/4
**.10 [4]** 1755/24 1755/25
1756/6 1756/10
**.10s [1]** 1755/20
**.11 [1]** 1756/1
**.12 [1]** 1756/1
**.2 [1]** 1755/23
**.3 [1]** 1755/23
**.4 [1]** 1755/23
**.5 [1]** 1755/24
**.6 [1]** 1755/24
**.7 [1]** 1755/24
**.8 [1]** 1755/24
**.9 [1]** 1755/24

**/**

**/s [1]** 1808/8

**0**

**01 [1]** 1751/3
**0561129628 [1]**
1760/22

**1**

**10 [1]** 1775/10
**10:00 [4]** 1803/8
1803/10 1803/14
1803/15
**10:00 a.m [1]** 1803/11
**10:00 as [1]** 1807/4
**10:00 hour [1]** 1805/13
**10:30 [2]** 1803/12
1803/13
**10th [2]** 1756/23
1757/2
**11 [8]** 1758/12 1759/24
1760/8 1760/16
1760/23 1761/15
1762/22 1764/16
**11:30 [2]** 1802/2
1807/1
**11:30 make [1]** 1802/5
**11th [8]** 1757/18
1758/19 1759/9
1760/21 1761/4
1761/23 1762/1 1763/3
**11th of [1]** 1757/21
**12505 [1]** 1751/21
**12th [2]** 1763/8 1763/9
**13 [8]** 1752/20 1779/1
1779/3 1779/18
1779/20 1779/22
1780/5 1780/10
**1414 [4]** 1761/14
1761/15 1761/23
1762/22
**14th [2]** 1763/22
1764/11
**15 minutes [1]** 1771/4
**15 seconds [1]**
1787/12
**1751 [1]** 1751/7

**18 [1]** 1780/3
**1820 [1]** 1751/7
**1:36:13 [1]** 1792/13
**1:37:26 [1]** 1792/13
**1:40:36 to [1]** 1790/22
**1:43:56 [1]** 1790/22

**2**

**2,500 [2]** 1758/7 1761/1
**20 [1]** 1778/11
**20 minutes [1]** 1796/18
**2021 [11]** 1756/23
1757/2 1757/18
1757/22 1759/9
1759/24 1762/1 1763/3
1763/7 1763/24
1764/11
**2022 [2]** 1765/7 1766/4
**2024 [2]** 1751/5 1808/8
**20530 [2]** 1751/16
1751/18
**20854 [1]** 1751/22
**21 [10]** 1752/22 1780/3
1783/2 1783/6 1783/20
1783/24 1784/2 1784/4
1785/5 1793/4
**21 seconds [1]**
1787/15
**21-0699-01 [1]** 1751/3
**2111 [1]** 1752/3
**22 [1]** 1781/19
**22201 [1]** 1752/4
**25 [2]** 1778/11 1785/12
**28 [1]** 1775/9
**29 [1]** 1778/9
**2:01:02 [1]** 1793/11
**2:01:37 [1]** 1793/11
**2:04:08 [1]** 1793/13
**2:04:43 [1]** 1793/13
**2:10 [1]** 1751/6
**2T [1]** 1788/20

**3**

**30 [2]** 1751/5 1808/8
**31 [1]** 1756/22
**32 [2]** 1756/24 1756/25
**33 [3]** 1757/5 1779/25
1780/2
**34 [1]** 1757/19
**35 [1]** 1757/19
**36 [3]** 1759/23 1761/12
1784/8
**37 [1]** 1760/19
**38 [10]** 1752/21 1761/6
1762/18 1780/19
1781/11 1781/13
1781/15 1782/7
1782/13 1792/14
**39 [2]** 1761/24 1792/14
**3:26 [1]** 1796/20
**3rd [1]** 1765/7

**4**

**40 [1]** 1762/15
**41 [4]** 1763/1 1788/3
1788/4 1788/23
**41:44 [2]** 1788/5

**1768/23**

**42 [1]** 1763/6
**43 [1]** 1763/7
**43983854 [1]** 1763/19
**44 [1]** 1763/22
**45 [1]** 1763/23
**46 [1]** 1764/3
**48 [1]** 1785/12
**480 [7]** 1752/17 1767/6
1767/8 1767/9 1767/19
1767/21 1767/22
**49 seconds [1]** 1771/4
**49:34 [1]** 1789/18
**4:20 [1]** 1796/19
**4:25 [1]** 1796/9
**4:43 [1]** 1807/14

**5**

**500.A [2]** 1760/8
1760/16
**500.B [3]** 1759/23
1762/15 1763/6
**500A [7]** 1758/11
1760/23 1761/15
1762/21 1764/7
1764/16 1765/4
**500B [7]** 1756/21
1760/19 1761/6
1761/24 1763/1
1764/14 1765/4
**51:53 [1]** 1789/18
**53862186 [1]** 1758/10
**57-page [1]** 1771/20
**5735 [1]** 1758/23

**6**

**6 [8]** 1755/16
1770/20 1770/23
1771/3 1788/3 1789/18
1790/22 1792/13
**600.1 [34]** 1752/18
1752/19 1752/20
1752/21 1752/22
1755/16 1774/20
1775/19 1776/20
1776/25 1777/2 1777/5
1777/11 1777/23
1778/3 1778/6 1779/1
1779/4 1779/18
1779/20 1779/22
1780/10 1780/19
1781/11 1781/13
1781/15 1782/7
1782/13 1783/2 1783/6
1783/20 1783/24
1784/2 1784/4
**600.10 [1]** 1755/23
**600.10s [1]** 1755/18
**600.10T [5]** 1753/8
1785/12 1786/1 1786/3
1786/4
**600.11A [8]** 1753/9
1793/11 1793/13
1793/20 1793/22
1793/25 1794/2 1794/6
**600.11B [6]** 1753/9
1793/12 1793/14
1793/25 1794/2 1794/8

**600.11T [6]** 1753/9
1793/14 1793/19
1793/23 1793/25
1794/2
**600.12 [1]** 1780/18
**600.12T [6]** 1753/10
1781/18 1782/6
1782/22 1782/24
1782/25
**600.2 [9]** 1752/23
1788/4 1788/16
1788/19 1788/20
1788/24 1789/1 1789/2
1789/6
**600.2T [7]** 1752/23
1788/7 1788/9 1788/17
1788/20 1789/1 1789/2
**600.3 [6]** 1752/24
1789/19 1789/22
1790/3 1790/5 1790/7
**600.3T [6]** 1752/24
1789/16 1789/22
1790/2 1790/5 1790/7
**600.4T [7]** 1752/25
1775/7 1775/9 1775/18
1777/6 1777/9 1777/10
**600.5T [4]** 1753/3
1778/8 1778/21
1778/23
**600.6T [5]** 1753/4
1779/25 1780/13
1780/15 1780/16
**600.7T [5]** 1753/5
1784/8 1784/24 1785/1
1785/2
**600.8 [6]** 1753/6
1792/22 1792/23
1792/24 1792/25
1793/6
**600.8T [6]** 1753/6
1792/14 1792/21
1792/24 1792/25
1793/4
**600.9 [7]** 1753/7
1790/21 1791/1 1791/8
1791/12 1791/13
1791/22
**600.9T [6]** 1753/7
1790/23 1791/1 1791/8
1791/12 1791/13
1791/22
**600.T [2]** 1771/18
1771/20
**600T [2]** 1771/12
1771/13
**601 [9]** 1751/15
1753/11 1770/1
1770/10 1770/14
1770/16 1770/18
1774/22 1774/24
**601.1 [3]** 1775/13
1775/15 1775/17
**601.38 [2]** 1782/10
1782/11
**601.T [2]** 1753/11
1769/21
**601T [5]** 1769/22
1770/10 1770/14
1770/16 1770/18

Case 1:21-cr-00699-JDB   Document 194   Filed 03/12/24   Page 60 of 70

**6**

**609** [1] 1791/20
**6th** [1] 1751/22

**7**

**709-5735** [1] 1758/23
**75,000** [1] 1785/19

**8**

**85240310** [1] 1764/6
**8th** [1] 1752/3

**9**

**901** [7] 1753/12
1786/15 1786/17
1787/3 1787/8 1787/10
1787/11
**9152661414** [2] 1761/9
1762/17
**950** [1] 1751/18
**954** [1] 1758/23
**9547095735** [1] 1758/3
**9628** [1] 1760/24

**A**

**a.m** [5] 1803/8 1803/10
1803/11 1803/14
1803/15
**able** [2] 1800/2
1800/13
**about** [28] 1761/2
1766/9 1768/6 1768/18
1768/24 1772/7
1773/20 1773/23
1774/5 1774/6 1774/17
1776/4 1776/5 1780/7
1781/20 1785/8
1785/22 1785/24
1786/6 1787/6 1787/19
1787/25 1789/13
1791/16 1792/2 1801/9
1801/21 1806/19
**above** [1] 1808/5
**above-entitled** [1]
1808/5
**accepted** [1] 1798/6
**accommodate** [1]
1803/3
**accommodation** [1]
1803/18
**accurate** [2] 1788/14
1808/4
**accurately** [7] 1767/16
1770/10 1776/22
1777/24 1779/13
1781/7 1783/21
**across** [1] 1769/8
**activity** [1] 1774/1
**actually** [3] 1758/14
**add** [1] 1771/15
**additional** [2] 1804/14
1807/8
**address** [4] 1759/11
1759/13 1759/16
1805/16
**adds** [1] 1758/8
**admit** [22] 1752/16

1753/2 1767/19
1770/14 1775/17
1776/25 1777/6 1778/2
1778/21 1779/17
1780/12 1781/10
1782/22 1783/24
1784/24 1785/25
1787/8 1788/16 1790/1
1791/7 1792/21
1793/22
**admitted** [23] 1765/19
1767/21 1770/17
1776/4 1777/4 1777/9
1778/5 1778/18
1778/23 1779/20
1780/15 1781/14
1782/24 1784/3 1785/1
1786/3 1787/10
1788/20 1789/1 1790/6
1791/12 1792/24
1794/1
**admitting** [1] 1774/15
**advance** [1] 1798/9
**advice** [3] 1769/23
1770/7 1770/11
**affects** [1] 1774/1
**after** [8] 1766/20
1766/25 1768/10
1768/19 1768/21
1797/19 1798/21
1799/11
**afternoon** [5] 1798/3
1799/14 1800/16
1801/13 1805/22
**again** [6] 1762/22
1776/13 1777/22
1780/24 1803/1 1807/2
**agent** [40] 1752/12
1756/14 1756/20
1765/6 1766/11
1766/11 1769/8 1769/9
1769/11 1769/13
1769/15 1769/16
1770/8 1771/7 1775/11
1787/17 1789/9
1789/21 1790/10
1790/15 1790/25
1792/1 1792/16
1793/10 1793/17
1794/12 1794/20
1798/13 1798/20
1798/21 1798/25
1799/5 1799/23 1800/4
1800/14 1801/10
1801/16 1801/21
1805/25 1806/1
**agents** [3] 1766/12
1766/13 1768/6
**ahead** [2] 1783/16
1792/10
**aided** [1] 1752/8
**aircraft** [1] 1766/14
**all** [19] 1767/24
1781/20 1793/25
1794/23 1795/15
1795/24 1796/9
1797/11 1798/13
1798/14 1798/16

1800/6 1800/24 1801/9
1801/21 1803/16
1804/9 1804/24 1807/2
**ALLEN** [1] 1751/20
**alone** [1] 1762/13
**along** [2] 1789/22
1803/11
**already** [4] 1773/18
1775/19 1775/20
1799/15
**also** [18] 1760/3
1766/12 1766/13
1770/12 1770/19
1774/1 1775/22 1776/3
1777/6 1789/13
1790/25 1792/1
1792/10 1794/18
1799/4 1800/8 1805/25
1807/7
**although** [1] 1798/18
**am** [3] 1771/22 1775/1
1798/23
**AMATO** [4] 1752/2
1799/21 1802/22
1806/6
**AMERICA** [1] 1751/3
**amount** [4] 1757/3
1757/17 1758/20
1768/16
**another** [7] 1755/24
1760/3 1761/11 1776/1
1794/18 1794/18
1807/5
**answer** [12] 1775/14
1778/15 1780/7
1781/21 1781/23
1782/1 1782/5 1784/13
1784/18 1784/21
1785/20 1785/23
**answers** [1] 1790/14
**anticipating** [1]
1798/22
**Antoin** [1] 1806/11
**any** [16] 1756/6
1759/16 1768/5
1772/18 1773/1
1773/22 1774/6 1774/7
1779/11 1781/2 1781/4
1786/11 1788/24
1796/14 1798/9
1801/12
**anybody** [1] 1772/11
**anyone** [2] 1800/13
1805/24
**anything** [8] 1772/14
1772/14 1772/17
1798/1 1798/17 1801/6
1804/18 1805/16
**Apologies** [1] 1765/20
**apologize** [1] 1757/14
**APPEARANCES** [2]
1751/12 1752/1
**appeared** [1] 1766/4
**appears** [3] 1755/24
1757/7 1757/15
**appreciate** [3] 1803/17
1806/21 1806/22
**approach** [3] 1754/2

1776/2
**are** [25] 1755/15
1758/15 1763/9 1770/8
1770/16 1771/20
1771/23 1773/24
1774/22 1774/24
1782/10 1783/19
1785/22 1790/5 1791/1
1791/5 1791/6 1791/12
1792/24 1793/25
1796/3 1798/4 1798/11
1800/19 1803/22
**Arlington** [1] 1752/4
**arranged** [1] 1769/1
**arrest** [2] 1765/7
1766/9
**arrested** [1] 1767/17
**arrived** [1] 1766/19
**arriving** [2] 1766/10
1766/20
**as** [36] 1765/7 1765/19
1767/6 1769/17 1770/9
1770/9 1774/12 1778/8
1779/25 1781/22
1784/9 1788/7 1788/14
1788/19 1788/20
1789/1 1789/1 1789/16
1789/19 1791/22
1792/12 1793/11
1793/13 1796/8 1796/8
1798/19 1800/21
1803/20 1803/24
1803/24 1804/24
1806/15 1806/25
1806/25 1807/4 1807/8
**ask** [16] 1768/9 1772/6
1774/22 1776/4 1776/5
1776/13 1776/16
1777/18 1787/6
1787/24 1789/5
1789/18 1791/15
1792/1 1797/11
1797/25
**asked** [4] 1772/15
1773/13 1787/25
1805/19
**asking** [4] 1790/11
1790/13 1794/19
1804/6
**assistance** [1] 1797/22
**assume** [1] 1804/10
**assuming** [1] 1802/4
**attitude** [1] 1773/10
**Attorney's** [1] 1751/15
**au** [3] 1766/18 1766/19
1766/23
**audio** [20] 1771/3
1771/5 1772/1 1787/25
1788/11 1788/13
1788/22 1789/5 1789/7
1789/17 1789/22
1790/8 1791/24
1792/12 1793/6 1793/7
1793/10 1793/19
1794/7 1794/10
**AUSA** [2] 1751/14
1751/14
**authenticated** [1]

1776/2
**availability** [1] 1806/20
**available** [5] 1773/18
1796/17 1801/12
1805/19 1806/15
**Avenue** [2] 1751/18
1751/21
**avoid** [1] 1762/13
**aware** [4] 1798/20
1805/1 1805/24
1805/24

**B**

**Baby** [1] 1763/3
**back** [20] 1756/10
1759/23 1760/8
1760/19 1761/6
1762/21 1763/1 1764/7
1765/20 1767/2
1768/19 1775/21
1782/9 1785/16
1790/14 1796/9
1801/17 1801/20
1801/24 1806/3
**BARNES** [1] 1751/17
**based** [1] 1789/9
**basically** [1] 1799/22
**BATES** [1] 1751/10
**be** [38] 1757/7 1757/15
1762/12 1764/13
1771/4 1772/10 1773/9
1780/8 1784/16
1789/18 1789/18
1796/5 1796/6 1796/17
1798/19 1798/25
1799/10 1799/19
1800/2 1800/13 1801/2
1801/12 1801/19
1802/2 1802/3 1802/12
1802/16 1802/19
1802/21 1803/11
1804/14 1804/16
1805/5 1806/5 1806/10
1806/15 1806/16
1807/4
**BEAUDRE** [1] 1751/17
**because** [15] 1757/12
1763/13 1773/4
1775/22 1782/10
1785/14 1785/20
1798/3 1799/1 1799/15
1801/4 1802/15
1802/21 1803/3 1807/4
**been** [8] 1765/19
1767/6 1769/10 1788/6
1800/7 1800/8 1806/8
1806/22
**before** [11] 1751/10
1756/20 1762/17
1768/5 1768/14
1785/14 1785/16
1792/17 1796/11
1803/1 1803/23
**begin** [1] 1796/12
**behalf** [2] 1804/22
1805/2
**being** [5] 1773/7
1798/6 1798/9 1798/16

**B**

**being... [1]** 1800/1
**believe [6]** 1769/9
1773/7 1773/9 1804/14
1805/18 1806/11
**bench [12]** 1751/9
1754/7 1755/12 1769/5
1769/9 1794/25 1795/1
1795/14 1795/18
1795/23 1797/1
1797/10
**benefit [1]** 1788/2
**best [3]** 1769/2 1772/9
1774/10
**better [2]** 1800/21
1803/11
**between [11]** 1757/2
1757/22 1759/24
1761/4 1761/10 1762/2
1763/9 1763/25
1764/11 1764/21
1764/25
**beverage [1]** 1787/22
**big [1]** 1798/4
**bill [1]** 1757/11
**birthday [2]** 1786/23
1787/22
**bit [8]** 1762/6 1766/6
1768/11 1768/24
1772/6 1791/21 1793/5
1794/5
**blaming [1]** 1799/16
**blow [1]** 1761/11
**blow-up [1]** 1761/11
**blown [3]** 1760/20
1762/16 1764/4
**blown-up [3]** 1760/20
1762/16 1764/4
**blue [2]** 1765/14
1765/14
**Bonset's [2]** 1805/9
1805/10
**book [2]** 1756/3 1756/4
**both [7]** 1760/15
1762/14 1765/4
1770/11 1774/5 1791/5
1793/15
**bottom [5]** 1758/15
1758/16 1759/3
1776/21 1781/19
**Boulevard [1]** 1752/3
**box [2]** 1762/23
1764/19
**break [5]** 1756/20
1794/23 1796/1 1796/2
1796/11
**breaks [2]** 1798/23
1800/3
**Brief [1]** 1793/1
**briefly [1]** 1762/21
**bring [3]** 1773/1 1774/7
1786/11
**brings [1]** 1798/19
**broke [1]** 1756/20
**brother [3]** 1784/13
1784/14 1785/20
**brother's [1]** 1774/14

**brought [6]** 1772/22
1773/22 1773/23
1774/9 1786/9 1790/20
**business [2]** 1802/24
1802/25
**busy [1]** 1758/9
**buys [1]** 1774/16

**C**

**C-H-E-S-L-Y [1]** 1760/7
**calculation [4]** 1804/15
1804/21 1804/25
1805/2
**call [11]** 1758/8
1763/11 1763/12
1763/20 1763/21
1788/4 1796/18
1801/13 1801/24
1806/9 1806/12
**called [1]** 1763/11
**can [37]** 1756/10
1757/11 1757/12
1760/8 1763/11
1763/18 1765/18
1765/23 1766/7
1771/11 1772/3 1773/8
1773/25 1775/6
1775/11 1775/21
1776/20 1780/23
1787/19 1791/20
1793/5 1796/2 1796/7
1796/24 1798/5
1798/10 1798/11
1800/9 1803/2 1803/6
1803/8 1804/6 1804/19
1804/21 1805/13
1807/10 1807/12
**can't [1]** 1785/19
**care [1]** 1801/21
**case [8]** 1772/19
1798/15 1800/6
1801/16 1806/14
1806/14 1807/9
1807/10
**cases [1]** 1772/23
**Casillas [2]** 1765/20
1789/5
**catching [1]** 1798/17
**celebrating [1]**
1787/22
**cell [1]** 1772/22
**certainly [4]** 1757/1
1766/10 1799/3 1801/8
**certify [1]** 1808/3
**challenging [2]**
1798/25 1799/20
**chambers [3]** 1800/8
1800/9 1805/4
**change [8]** 1763/16
1763/17 1763/18
1773/16 1774/12
1801/1 1804/19 1807/1
**changed [1]** 1774/13
**characterization [1]**
1774/10
**charge [2]** 1782/2
1782/3
**charges [1]** 1804/4

**Charlie [3]** 1762/11
1762/11 1762/12
**chart [1]** 1764/9
**check [1]** 1801/16
**Chesly [11]** 1758/19
1759/9 1760/2 1760/4
1760/11 1760/14
1760/16 1762/9
1764/11 1764/23
1764/24
**circle [4]** 1757/11
1757/12 1758/24
1761/19
**circled [2]** 1759/2
1761/21
**circulated [1]** 1803/23
**citizens [1]** 1774/1
**clarify [2]** 1784/20
1806/7
**clarity [1]** 1794/18
**clear [3]** 1764/13
1784/16 1796/12
**cleared [1]** 1796/7
**clearer [1]** 1762/13
**clearing [1]** 1796/2
**client [5]** 1796/3
1798/5 1802/12 1805/9
1805/10
**clip [9]** 1788/3 1789/5
1789/19 1790/2
1790/12 1790/22
1790/25 1791/22
1792/13
**clips [2]** 1793/10
1793/20
**close [1]** 1807/8
**clothing [1]** 1765/13
**COLUMBIA [1]** 1751/1
**column [1]** 1759/4
**come [5]** 1776/7
1794/24 1797/12
1801/24 1802/20
**comfortable [2]** 1768/8
1772/12
**coming [1]** 1792/3
**comments [1]** 1755/16
**complete [2]** 1799/23
1806/10
**complies [2]** 1759/1
1761/20
**computer [2]** 1752/8
1765/21
**computer-aided [1]**
1752/8
**concern [2]** 1799/25
1800/1
**concerned [2]** 1798/23
1803/24
**conclude [1]** 1800/25
**concluded [5]** 1755/12
1795/14 1795/23
1797/10 1807/14
**Conference [8]** 1754/7
1755/12 1795/1
1795/14 1795/18
1795/23 1797/1
1797/10
**configured [1]** 1769/3

**confirm [1]** 1797/6
**confirmation [5]**
1760/21 1761/8 1761/9
1762/16 1762/17
**confront [1]** 1773/8
**confusion [1]** 1762/13
**consideration [1]**
1797/19
**considered [1]**
1803/21
**consuming [1]**
1787/22
**contact [1]** 1803/8
**contain [1]** 1771/25
**contest [1]** 1798/11
**context [1]** 1791/15
**continue [1]** 1799/22
**CONTINUED [3]**
1752/1 1753/1 1756/18
**continues [1]** 1758/8
1787/21
**control [3]** 1760/25
1761/21 1765/21
**conversation [4]**
1772/10 1789/10
1789/13 1796/6
**conversations [1]**
1786/6
**cooperative [1]** 1773/6
**copies [1]** 1755/19
1756/6
**copy [1]** 1756/9
**corner [5]** 1776/21
1777/22 1779/12
1781/6 1783/19
**correct [3]** 1756/2
1760/18 1801/4
**correctly [1]** 1799/25
**correspond [6]** 1782/6
1785/4 1789/24 1791/3
1792/19 1793/19
**correspondingly [1]**
1788/6
**corresponds [1]**
1789/4
**corruption [2]** 1773/25
1773/25
**could [40]** 1756/25
1758/15 1758/16
1758/24 1759/6
1759/11 1761/2
1761/19 1761/25
1763/7 1763/16
1763/17 1764/8
1764/21 1767/25
1770/1 1774/19
1778/11 1778/25
1780/2 1780/8 1781/18
1782/9 1784/8 1785/13
1786/14 1787/12
1787/24 1788/1
1790/20 1791/16
1791/19 1793/3 1793/5
1794/4 1794/8 1795/15
1802/1 1802/23 1806/1
**counsel [7]** 1788/2
1789/17 1794/24
1796/3 1797/19 1798/4

**confirm [1]** 1799/6
**counsel's [2]** 1790/21
1792/12
**couple [3]** 1805/19
1805/23 1807/13
**course [3]** 1799/1
1802/24 1804/8
**court [33]** 1751/1
1752/5 1752/7 1754/5
1755/22 1756/25
1758/17 1758/24
1759/6 1761/2 1761/19
1761/25 1763/7
1763/23 1765/16
1780/23 1787/20
1791/15 1798/18
1798/20 1799/4
1799/11 1800/1 1800/6
1800/10 1801/8
1801/13 1802/16
1802/24 1803/22
1805/4 1805/20 1808/9
**Court's [1]** 1801/9
**courtroom [10]** 1765/9
1796/2 1796/4 1796/7
1796/13 1798/14
1802/23 1803/1 1803/7
1806/23
**cousin [1]** 1780/5
**Cousins [1]** 1781/21
**CR [1]** 1751/3
**Creole [4]** 1770/4
1770/11 1790/19
1797/22
**crew [1]** 1766/12
**criminal [1]** 1773/25
**cumbersome [1]**
1803/4
**custody [3]** 1766/21
1766/25 1768/5

**D**

**D.C [2]** 1751/5 1768/22
**Daddy [1]** 1763/11
**daily [2]** 1800/7 1800/8
**dancing [1]** 1787/21
**date [2]** 1757/19
1808/8
**day [5]** 1757/18
1767/17 1795/24
1800/25 1802/16
**days [2]** 1799/2 1799/5
**DC [2]** 1751/16 1751/18
**decide [1]** 1799/7
**decided [1]** 1797/17
**defendant [26]** 1751/7
1751/19 1769/11
1770/12 1774/18
1775/3 1775/12
1775/15 1777/15
1777/18 1777/24
1779/14 1780/9
1780/21 1782/18
1785/8 1785/22
1790/16 1792/2 1792/5
1794/12 1798/10
1802/17 1804/16
1805/1 1805/14

**D**

**defendant's [4]**
1765/12 1771/9 1786/6
1799/3
**defense [7]** 1794/24
1796/3 1798/4 1799/6
1804/20 1805/19
1805/20
**defer [1]** 1801/8
**departed [1]** 1766/17
**Department [2]**
1751/17 1801/18
**depict [7]** 1767/16
1770/10 1776/22
1777/24 1779/24
1781/7 1783/21
**depicted [1]** 1777/13
**describe [4]** 1763/23
1769/2 1772/9 1787/19
**determined [1]**
1789/10
**developed [1]** 1772/18
**devote [1]** 1802/10
**did [75]**
**didn't [6]** 1763/12
1763/15 1773/23
1799/7 1799/15
1799/15
**different [2]** 1766/6
1802/17
**dining [1]** 1769/3
**direct [4]** 1756/18
1756/24 1799/7 1800/4
**discuss [1]** 1801/5
**discussed [2]** 1760/17
1782/17
**discussing [1]** 1793/20
**discussion [2]** 1795/17
1805/14
**discussions [1]**
1797/19
**displayed [1]** 1760/15
**DISTRICT [3]** 1751/1
1751/1 1751/10
**do [81]**
**document [2]** 1771/20
1771/21
**documents [2]**
1769/19 1797/24
**does [21]** 1767/16
1767/18 1771/25
1773/15 1773/16
1774/14 1776/22
1776/24 1777/23
1778/1 1779/13
1779/16 1781/7 1781/9
1782/3 1782/6 1782/8
1783/20 1783/23
1785/4 1787/3 1798/16
1799/8 1799/18
1800/10 1805/4 1807/5
**doesn't [4]** 1798/15
1798/23 1798/24
1801/13
**doing [2]** 1802/16
1806/16
**dollars [1]** 1785/19

**don't [14]** 1756/1
1763/14 1782/11
1798/11 1799/4 1799/4
1800/12 1801/16
1801/21 1804/18
1805/11 1805/12
1806/4 1806/11
**done [2]** 1797/18
1805/8
**Dot [1]** 1771/14
**doubt [1]** 1798/2
**down [8]** 1761/22
1766/7 1767/25 1772/3
1788/1 1790/11
1798/23 1800/3
**draft [2]** 1803/22
1804/3
**drink [1]** 1772/14
**due [2]** 1757/10
1757/17
**Dugue [5]** 1766/12
1769/13 1769/16
1770/9 1790/15
**Dugue's [1]** 1771/7
**Duncan [3]** 1765/20
1803/8 1803/16
**during [1]** 1779/8
1783/9 1786/22 1787/1

**E**

**each [5]** 1788/14
1789/24 1791/3
1792/19 1804/4
**easier [1]** 1791/21
**eat [1]** 1772/14
**either [1]** 1805/20
**elements [2]** 1803/22
1804/7
**Eliande [17]** 1757/2
1757/22 1757/22
1759/25 1761/5
1761/10 1762/2 1762/3
1763/2 1763/9 1763/25
1764/1 1764/2 1764/12
1764/24 1774/16
1794/17
**ELITA [1]** 1752/2
**ELMO [1]** 1758/12
**else [4]** 1794/19
1801/10 1805/16
1805/24
**email [1]** 1805/4
**end [1]** 1765/4
**ended [2]** 1755/21
1772/15
**ending [4]** 1760/24
1761/14 1761/15
1761/23
**enforcement [1]**
1766/20
**engaged [1]** 1772/8
**engaging [1]** 1785/23
**English [1]** 1790/14
**enhancement [1]**
1804/14
**enough [2]** 1798/12
1799/16
**entertain [1]** 1799/12

**entirely [1]** 1776/25
1777/4 1779/21
**entitled [1]** 1808/5
**error [1]** 1756/8
**ESQ [3]** 1751/17
1751/20 1752/2
**establishing [1]**
1768/11
**evening [1]** 1804/17
**event [1]** 1801/12
**events [1]** 1773/21
**every [1]** 1795/24
**everyone [3]** 1768/25
1770/10 1807/2
**everyone's [2]** 1769/14
1791/21
**everything [2]** 1773/13
1774/4
**everywhere [2]** 1762/6
1763/13
**evidence [27]** 1756/22
1767/22 1770/18
1772/18 1773/1 1773/4
1775/19 1775/20
1776/8 1777/5 1777/10
1778/6 1778/24
1779/22 1780/16
1781/15 1782/25
1784/4 1785/2 1786/4
1786/10 1787/11
1789/2 1790/7 1791/13
1792/25 1794/3
**ex [4]** 1754/2 1774/14
1794/24 1794/24
**ex-girlfriend [1]**
1774/14
**examination [3]**
1756/18 1799/23
1800/4
**except [2]** 1770/4
1801/11
**excerpt [1]** 1785/12
**exchange [2]** 1762/1
1763/25
**excuse [3]** 1782/13
1791/10 1797/23
**exemplary [1]** 1800/7
**exhibit [38]** 1756/21
1761/24 1764/7
1765/19 1766/7
1767/22 1769/21
1770/20 1770/23
1771/12 1771/16
1775/13 1777/5
1777/10 1778/6
1778/17 1778/24
1779/1 1779/22
1780/13 1780/16
1780/18 1781/15
1782/25 1784/4 1785/2
1786/1 1786/4 1787/11
1789/18 1789/19
1790/21 1790/23
1792/12 1793/14
1794/9 1807/6 1807/11
**Exhibit 1 [1]** 1765/19
**Exhibit 500A [1]**
1764/7

**Exhibit 500B [2]**
1756/21 1761/24
**Exhibit 600 [3]** 1770/20
1770/23 1789/18
**Exhibit 600.1 [1]**
1779/1
**Exhibit 600.10T [1]**
1786/1
**Exhibit 600.11T [1]**
1793/14
**Exhibit 600.12 [1]**
1780/18
**Exhibit 600.3 [1]**
1789/19
**Exhibit 600.6T [1]**
1780/13
**Exhibit 600.8 [1]**
1792/12
**Exhibit 600.9 [1]**
1790/21
**Exhibit 600.9T [1]**
1790/23
**Exhibit 600T [1]**
1771/12
**Exhibit 601.1 [1]**
1775/13
**Exhibit 601.T [1]**
1769/21
**exhibited [1]** 1806/23
**exhibits [11]** 1752/16
1753/1 1753/2 1770/18
1789/2 1790/7 1791/13
1792/16 1792/25
1793/17 1794/2
**explain [3]** 1758/16
1759/6 1759/11
**extensive [1]** 1804/19
**eyes [1]** 1791/21

**F**

**facing [1]** 1769/4
**fact [1]** 1800/2
**facts [7]** 1798/3
1798/10 1798/12
1800/22 1802/4
1802/14 1803/21
**fair [2]** 1788/14 1789/9
**fairly [8]** 1767/16
1770/10 1773/19
1776/22 1777/23
1779/13 1781/7
1783/20
**fairness [1]** 1801/10
**familiar [1]** 1771/20
1771/23 1774/22
1774/24
**far [2]** 1803/11 1803/24
**fault [1]** 1763/14
**favors [1]** 1774/14
**FBI [5]** 1766/12
1766/15 1766/22
1766/25 1769/24
**feed [1]** 1773/25
**few [1]** 1774/17
**field [1]** 1760/25
**fielding [1]** 1769/16
**file [3]** 1771/3 1771/5
1804/17

**filed [2]** 1805/5
1805/10
**filled [1]** 1770/6
**finally [1]** 1792/1
**finder [1]** 1800/2
**fine [5]** 1801/19 1802/6
1802/9 1803/5 1806/17
**finish [4]** 1759/19
1799/11 1799/11
1799/15
**Firm [1]** 1751/21
**first [23]** 1755/25
1759/7 1759/8 1759/15
1759/25 1760/12
1762/2 1764/1 1764/19
1764/22 1772/6 1776/8
1776/10 1780/7
1780/18 1786/20
1787/12 1793/11
1794/4 1794/24
1796/11 1797/25
1798/13
**five [2]** 1796/1 1802/21
**five-minute [1]** 1796/1
**flew [2]** 1766/17 1767/2
**flexibility [2]** 1803/18
1806/22
**flight [5]** 1766/12
1768/17 1768/18
1798/16 1801/17
**Floor [2]** 1751/22
1752/3
**followed [1]** 1760/1
**foregoing [1]** 1808/3
**forget [1]** 1805/8
**form [5]** 1769/23
1769/24 1770/4 1770/5
1770/7
**forth [1]** 1804/7
**forthcoming [1]** 1773/8
**forward [2]** 1763/16
1806/14
**found [2]** 1764/16
**four [1]** 1804/16
**Friday [1]** 1800/4
**Fritz [1]** 1766/11
**front [1]** 1765/12
**fully [1]** 1773/5
**further [2]** 1754/5
1801/6

**G**

**gang [5]** 1773/20
1774/7 1774/15
1781/22 1791/16
**Gaspiay [2]** 1780/5
1782/5
**gave [1]** 1804/4
**general [1]** 1768/7
**generally [1]** 1773/12
**GERMINE [45]** 1751/6
1763/3 1763/10
1763/19 1765/7
1765/16 1766/3 1766/9
1766/21 1766/25
1767/14 1767/17
1768/3 1768/8 1768/14
1768/21 1768/25

**G**

**GERMINE... [28]**
1769/7 1770/8 1771/2
1772/8 1772/13
1773/17 1776/14
1776/23 1779/7
1780/24 1781/8 1783/9
1783/21 1784/15
1784/16 1784/19
1784/20 1786/22
1786/24 1787/2
1789/10 1789/14
1791/15 1796/4
1797/17 1800/20
1801/1 1802/22
**Germine's [2]** 1770/9
1773/10
**get [15]** 1757/12
1763/4 1763/4 1763/12
1763/14 1768/8 1772/5
1776/9 1785/14
1785/16 1798/5
1799/21 1800/9
1801/17 1805/6
**gets [2]** 1799/6
1799/20
**getting [5]** 1768/11
1772/11 1792/10
1800/7 1800/25
**girl [1]** 1785/17
**girlfriend [1]** 1774/14
**give [9]** 1755/13
1756/10 1763/13
1763/15 1774/15
1774/16 1785/18
1803/6 1804/20
**given [2]** 1800/19
1800/19
**gives [1]** 1774/15
**go [15]** 1757/18
1757/19 1763/4
1766/16 1768/12
1783/16 1785/16
1791/19 1794/4
1798/24 1798/24
1799/18 1800/22
1801/20 1806/9
**goes [6]** 1757/12
1763/13 1764/22
1764/23 1788/11
1806/24
**going [18]** 1757/11
1773/21 1776/5
1789/17 1794/23
1795/25 1795/25
1796/1 1796/3 1796/9
1797/11 1798/2 1798/4
1800/13 1802/3
1802/10 1802/12
1802/15
**gone [1]** 1772/24
**good [1]** 1798/19
**got [10]** 1755/19
1755/23 1761/8
1763/12 1764/2
1771/15 1792/17
1795/24 1802/13

**government [19]**
1751/13 1752/11
1752/16 1753/2 1786/4
1796/16 1797/15
1798/1 1798/9 1798/21
1799/8 1801/7 1802/6
1802/13 1802/13
1805/1 1805/19
1805/21 1807/5
**government's [55]**
1756/21 1761/15
1761/24 1762/21
1764/7 1764/16
1765/19 1767/6 1767/8
1767/22 1769/21
1770/1 1770/10
1770/18 1770/20
1770/23 1771/3
1771/12 1774/20
1774/22 1777/5
1777/10 1778/3 1778/6
1778/24 1779/1 1779/4
1779/18 1779/22
1780/12 1780/16
1780/18 1780/19
1781/11 1781/15
1782/25 1784/4 1785/2
1785/25 1786/15
1787/3 1787/11 1788/3
1789/2 1790/2 1790/7
1790/21 1790/22
1790/23 1791/8
1791/13 1792/11
1792/25 1794/2
1804/10
**Government's 480 [2]**
1767/6 1767/8
**Government's 500A [3]**
1761/15 1762/21
1764/16
**Government's 600 [2]**
1788/3 1790/22
**Government's 600.1 [3]**
1774/20 1778/3
1781/11
**Government's 600.3T
[1]** 1790/2
**Government's 600.9T
[1]** 1791/8
**Government's 601 [3]**
1770/1 1770/10
1774/22
**Government's 901 [2]**
1786/15 1787/3
**Great [1]** 1784/23
**ground [1]** 1766/23
**guess [4]** 1769/2
1769/9 1785/18
1799/25
**guideline [3]** 1804/21
1804/25 1805/2
**guidelines [2]** 1804/10
1804/15
**guilty [1]** 1797/17
**guns [1]** 1774/16

**H**

**had [17]** 1766/12
1768/9 1768/14
1768/15 1772/20
1772/23 1772/24
1776/23 1779/7
1789/10 1801/20
1802/25 1803/22
1805/19 1805/25
1806/4 1807/8
**Haiti [6]** 1766/18
1767/14 1768/2
1773/21 1774/1
1786/20
**Haitian [5]** 1770/4
1770/11 1773/19
1790/19 1797/22
**Haitian-Creole [4]**
1770/4 1770/11
1790/19 1797/22
**half [3]** 1758/15
1768/18 1787/19
**hand [5]** 1776/21
1777/22 1779/12
1781/5 1783/19
**happened [1]** 1772/5
**hard [1]** 1766/24
**HARRISON [24]**
1752/12 1756/14
1756/20 1765/6
1775/11 1787/17
1789/9 1789/21
1790/10 1790/25
1792/1 1792/16
1793/10 1793/17
1794/12 1798/14
1798/20 1798/21
1798/25 1799/5 1800/5
1801/10 1801/17
1801/22
**Harrison's [2]** 1799/23
1800/14
**has [10]** 1756/1 1759/2
1761/21 1776/3
1793/15 1797/17
1800/21 1802/24
1806/6 1806/22
**have [61]**
**haven't [1]** 1800/9
**having [1]** 1799/1
**he [52]** 1763/20
1765/11 1766/4 1766/6
1768/22 1768/22
1770/8 1772/13
1772/14 1772/16
1773/12 1773/12
1773/19 1773/23
1774/4 1774/10
1776/18 1776/19
1777/17 1779/9
1779/10 1779/11
1779/12 1781/2 1781/3
1781/4 1781/5 1781/5
1781/22 1782/1 1782/1
1782/3 1782/9
1783/11 1783/11
1783/13 1783/15

1783/15 1783/16
1783/17 1785/22
1785/24 1790/18
1791/16 1794/13
1794/17 1798/16
1798/18 1799/5
1801/20 1801/23
1801/24
**he's [13]** 1765/12
1765/13 1765/14
1778/15 1778/16
1780/5 1781/23
1797/18 1798/16
1798/17 1799/1
1801/17 1801/18
**headquarters [1]**
1801/19
**hear [3]** 1763/18
1790/16 1806/3
**heard [1]** 1794/18
**hearing [2]** 1796/5
1800/1
**helpful [1]** 1773/4
**her [13]** 1763/12
1763/12 1763/21
1763/21 1774/10
1774/11 1774/15
1785/21 1799/25
1800/1 1803/9 1806/12
1806/16
**here [15]** 1757/20
1758/9 1761/7 1761/25
1763/20 1770/3
1795/16 1796/4 1796/9
1798/16 1799/25
1802/23 1804/16
1805/16 1807/4
**Here's [1]** 1795/25
**highlighted [3]**
1760/22 1761/9
1762/17
**him [22]** 1763/4
1763/13 1765/9 1766/5
1767/1 1767/2 1768/9
1769/8 1769/8 1772/15
1773/13 1774/8
1776/16 1786/11
1787/4 1787/6 1787/25
1789/11 1801/5
1801/11 1801/12
1801/24
**his [16]** 1757/4
1773/13 1774/18
1775/14 1775/24
1777/19 1780/6
1781/25 1783/19
1784/20 1786/11
1786/22 1787/22
1797/19 1799/1 1805/1
**hold [1]** 1805/21
**honest [2]** 1773/8
1773/9
**Honor [35]** 1756/2
1765/15 1770/14
1775/17 1778/2
1778/21 1779/17
1780/12 1781/10
1782/22 1784/5

1784/24 1785/25
1787/8 1788/16 1790/1
1791/7 1791/10
1792/21 1793/1
1797/13 1797/16
1797/21 1798/8 1799/7
1799/24 1802/7
1802/18 1803/14
1803/20 1804/1
1804/13 1805/15
1806/8 1807/7
**HONORABLE [1]**
1751/10
**hope [1]** 1806/9
**hopeful [2]** 1799/16
1799/17
**hostage [1]** 1791/17
**hour [4]** 1766/24
1796/8 1802/3 1805/13
**hours [3]** 1768/18
1771/4 1807/13
**how [18]** 1766/22
1767/13 1768/25
1770/5 1771/23 1772/7
1773/16 1773/25
1774/3 1774/10 1779/6
1780/23 1782/3 1783/8
1783/14 1786/19
1799/4 1805/8
**HOWARD [1]** 1751/20

**I**

**I'd [7]** 1754/4 1788/6
1793/9 1796/17
1796/18 1801/8
1805/20
**I'll [8]** 1756/10 1756/14
1756/23 1789/5
1797/25 1797/25
1800/12 1806/24
**I'm [24]** 1757/11
1759/19 1762/15
1763/15 1767/7
1771/13 1775/21
1779/24 1781/17
1784/1 1784/5 1785/11
1789/17 1792/10
1796/2 1796/9 1797/11
1799/16 1799/17
1800/9 1800/15
1802/18 1802/20
1803/24
**I've [9]** 1755/23
1771/15 1778/8
1779/25 1781/17
1785/11 1788/3
1789/16 1793/13
**ID [2]** 1776/23 1785/5
**identical [1]** 1804/11
**identification [16]**
1765/16 1775/7 1777/7
1777/15 1777/18
1777/24 1778/17
1779/9 1779/14 1780/9
1781/8 1782/6 1783/2
1783/11 1783/21
1785/4
**identifications [1]**

**I**

**identifications... [1]**
1781/2
**identified [8]** 1762/23
1772/23 1774/18
1775/15 1776/1
1782/18 1782/19
1789/11
**image [6]** 1757/3
1760/1 1760/3 1762/3
1764/1 1765/23
**images [1]** 1779/7
**impeachment [1]**
1806/11
**important [1]** 1772/11
1798/12
**include [1]** 1802/22
**incorporate [1]**
1805/13
**indictment [2]** 1797/17
1798/12
**individual [7]** 1759/9
1765/7 1777/13
1777/16 1779/9
1779/15 1794/13
**individual's [1]**
1782/20
**individuals [5]** 1773/22
1774/6 1774/7 1774/17
1782/17
**indulgence [1]** 1793/1
**influence [1]** 1791/6
**inform [1]** 1797/14
**information [3]**
1756/23 1772/24
1805/6
**initialed [2]** 1779/12
1781/5
**initially [4]** 1773/14
1773/15 1773/15
1773/17
**initials [2]** 1777/19
1783/19
**inquire [1]** 1806/19
**Inside [1]** 1759/21
**instance [1]** 1807/3
**instruct [1]** 1805/21
**instructions [1]** 1804/3
**intend [1]** 1807/5
**interested [2]** 1773/24
1774/2
**interpreter [1]** 1805/24
**interpreters [6]** 1796/2
1796/4 1796/11
1797/23 1803/3 1807/4
**interpreting [1]**
1769/16
**interview [15]** 1768/6
1768/24 1769/19
1771/1 1772/2 1772/6
1772/17 1774/12
1779/8 1779/24
1783/10 1787/1 1790/2
1791/5 1792/5
**interviewer [2]** 1769/15
1794/19
**interviewers [1]**
1773/11

**interviewing [1]**
1786/11
**interviews [1]** 1772/21
**investigation [1]**
1780/25
**investigations [1]**
1768/10
**involved [2]** 1774/6
1781/22
**involvement [2]**
1773/13 1774/11
**is [160]**
**ISL [1]** 1806/15
**issue [4]** 1798/3
1798/4 1799/19
1799/19
**issues [1]** 1797/20
**it [100]**
**it's [43]** 1757/6 1757/21
1758/23 1759/13
1760/1 1760/2 1760/11
1760/14 1760/20
1760/21 1760/22
1761/1 1761/4 1761/8
1761/8 1761/9 1761/17
1762/1 1762/1 1762/11
1762/11 1762/16
1763/2 1763/14
1763/25 1764/4 1766/3
1766/24 1769/23
1770/4 1770/4 1771/1
1772/1 1773/4 1775/24
1776/21 1777/22
1786/22 1787/19
1788/22 1799/7 1801/8
1802/6
**its [3]** 1776/25 1777/4
1779/20
**itself [1]** 1788/21

**J**

**jail [3]** 1786/7 1786/12
1789/13
**January [2]** 1751/5
1808/8
**JDB [1]** 1751/3
**Jean [30]** 1757/22
1757/24 1758/1 1758/6
1758/19 1759/10
1759/25 1760/1 1760/2
1760/4 1760/7 1760/11
1760/14 1760/16
1761/5 1761/10 1762/9
1762/11 1762/11
1762/12 1762/19
1763/25 1764/1
1764/12 1764/23
1764/24 1766/11
1774/9 1782/21
1785/24
**Jewelry [1]** 1757/8
**JOHN [1]** 1751/10
**Johns [4]** 1752/6
1808/3 1808/8 1808/9
**JOLY [3]** 1751/6
1765/7 1766/3
**Jou [1]** 1776/23
**JUDGE [3]** 1751/10

**I** 1754/2 1800/15
**jury [1]** 1804/3
**just [34]** 1756/8
1759/13 1764/13
1764/21 1767/23
1768/8 1772/15 1776/1
1778/18 1780/7 1782/9
1782/17 1783/15
1784/16 1784/20
1785/5 1785/17
1785/17 1785/18
1788/19 1788/24
1790/11 1791/15
1793/9 1794/18
1799/17 1800/6
1801/15 1802/18
1804/19 1805/18
1806/7 1806/9 1806/10
**Justice [1]** 1751/17

**K**

**K-O-L-E-G [1]** 1778/15
**KAREN [1]** 1751/14
**keep [5]** 1756/11
1758/8 1758/8 1758/9
1805/21
**kidnapped [1]** 1786/21
**kidnapping [2]**
1772/25 1774/2
**KIMBERLY [1]** 1751/14
**kind [1]** 1769/3
**knew [1]** 1773/18
**know [11]** 1762/5
1773/6 1774/13
1782/20 1783/14
1798/15 1799/4 1803/9
1804/22 1806/25
1806/25
**known [5]** 1765/7
1773/19 1773/20
1773/20 1773/21
**knows [1]** 1758/24
**Koleg [2]** 1778/13
1778/13

**L**

**lady [1]** 1774/14
**laid [1]** 1784/9
**landed [3]** 1768/19
1768/19 1768/21
**language [1]** 1790/18
**Lanmo [3]** 1775/14
1776/23 1782/5
**Lanmo's [1]** 1778/15
**laptop [2]** 1775/21
1775/23
**last [6]** 1760/9 1761/17
1780/8 1783/2 1798/20
1807/13
**lasted [1]** 1768/18
**late [2]** 1800/23 1801/2
**latest [1]** 1802/1
**law [2]** 1751/21
1766/20
**lead [1]** 1798/5
**leader [1]** 1804/15
**least [2]** 1802/21
1804/22

**lectern [1]** 1799/17
**left [8]** 1756/22
1758/11 1769/10
1776/21 1777/22
1779/12 1781/5
1783/19
**left-hand [5]** 1776/21
1777/22 1779/12
1781/5 1783/19
**less [4]** 1766/6 1766/24
1773/8 1773/8
**let [10]** 1759/19
1772/15 1774/22
1776/13 1784/20
1787/24 1794/24
1799/21 1803/9
1806/25
**let's [15]** 1757/18
1758/14 1758/15
1759/5 1768/24
1769/21 1774/17
1785/16 1790/10
1791/20 1792/11
1801/2 1802/1 1803/10
1805/12
**liaised [1]** 1766/20
**life [1]** 1786/6
**like [18]** 1754/4
1755/21 1769/3 1769/5
1772/10 1783/15
1788/6 1793/9 1796/15
1796/17 1796/18
1798/1 1799/13
1802/16 1805/4
1805/20 1805/22
1806/14
**likelihood [1]** 1804/24
**line [15]** 1758/9
1758/16 1759/7 1759/8
1759/15 1761/17
1761/22 1762/22
1764/8 1764/17
1781/19 1781/24
1784/9 1785/12 1793/4
**Line 1 [1]** 1781/24
**Line 2 [1]** 1784/9
**Line 21 [1]** 1793/4
**Line 22 [1]** 1781/19
**Line 25 [1]** 1785/12
**lines [4]** 1760/17
1775/9 1778/11 1780/3
**Lines 18 [1]** 1780/3
**Lines 20 [1]** 1778/11
**Lines 9 [1]** 1775/9
**list [3]** 1771/16 1807/6
1807/11
**listed [7]** 1758/21
1761/1 1763/8 1763/9
1764/10 1780/2
1793/15
**listen [1]** 1785/14
**little [9]** 1766/6
1768/11 1768/24
1772/6 1791/21 1793/5
1794/5 1802/2 1803/4
**local [1]** 1766/20
**located [1]** 1765/11
**long [3]** 1766/22

**I** 1771/5 1787/19
**look [6]** 1759/5 1764/8
1764/21 1793/9 1803/2
1804/21
**looked [2]** 1766/6
1797/23
**looking [3]** 1757/1
1758/18 1763/15
**looks [1]** 1755/21
**lot [2]** 1772/20 1772/24
**Louis [11]** 1757/3
1757/3 1757/4 1757/23
1758/19 1758/21
1759/10 1762/2 1762/4
1762/25 1764/23
**Louis's [2]** 1759/3
1762/10
**lower [4]** 1777/22
1779/12 1781/5
1783/19
**Lucky [1]** 1757/7
**lunch [2]** 1756/21
1801/24

**M**

**M-I-C-H-O [1]** 1778/16
**made [14]** 1777/24
1778/17 1779/14
1780/9 1781/8 1783/21
1788/3
**make [14]** 1776/18
1776/23 1777/15
1779/9 1781/2 1781/4
1783/11 1791/20
1802/5 1802/20
1804/25 1804/25
1805/19 1807/12
**makes [1]** 1803/4
**Manassas [3]** 1766/17
1767/2 1767/15
**manned [1]** 1766/12
**manner [1]** 1787/21
1793/11
**mark [4]** 1776/16
1777/18 1789/19
1793/11
**marked [13]** 1759/4
1767/6 1775/7 1778/8
1779/25 1781/18
1783/15 1783/16
1785/11 1788/7
1789/16 1791/1
1793/13
**marking [2]** 1776/6
1776/18
**markings [5]** 1775/22
1776/3 1776/10
1777/21 1781/4
**marshals [1]** 1795/16
1796/5 1803/2 1803/17
1807/3
**Martin [1]** 1766/11
**material [1]** 1755/25
**materials [2]** 1755/15
1755/25
**matter [2]** 1804/24
1808/5
**may [14]** 1754/2 1756/8
1756/12 1765/7

**M**

**may... [10]** 1765/15
1780/17 1796/8 1796/8
1796/21 1800/2 1801/4
1802/2 1803/21
1803/24
**May 3rd [1]** 1765/7
**maybe [2]** 1805/18
1807/8
**MD [1]** 1751/22
**me [27]** 1755/13 1758/1
1758/9 1759/19
1763/11 1763/13
1763/18 1764/21
1765/12 1766/9
1766/10 1774/14
1774/16 1774/22
1776/13 1782/13
1784/20 1787/24
1790/13 1791/10
1794/24 1797/14
1797/23 1799/21
1803/1 1804/20
1806/25
**mean [3]** 1773/16
1782/12 1785/18
**means [1]** 1801/23
**meantime [1]** 1796/12
**mechanical [1]** 1752/8
**media [1]** 1786/22
**meet [1]** 1802/23
**members [2]** 1773/20
1774/15
**memory [1]** 1801/9
**mentioned [4]** 1768/24
1785/7 1785/8 1786/9
**message [16]** 1757/4
1757/7 1757/23
1759/25 1760/1 1760/5
1760/20 1762/2 1762/4
1762/10 1762/16
1763/2 1763/3 1763/10
1763/20 1764/4
**messages [7]** 1757/1
1757/21 1758/22
1759/24 1763/8 1763/9
1763/23
**met [2]** 1766/4 1768/14
**Metropolitan [1]**
1768/22
**Miami [1]** 1801/21
**Micho [1]** 1778/16
**mid [1]** 1800/23
**middle [1]** 1760/4
**might [5]** 1767/5
1770/19 1775/5
1802/19 1804/14
**minimizing [2]** 1773/13
1774/11
**minute [7]** 1772/6
1784/2 1787/19 1788/3
1788/4 1788/5 1796/1
**minutes [3]** 1771/4
1788/22 1796/18
**missing [1]** 1755/20
**missionaries [2]**
1781/1 1786/21

**missionaries [2]**
1772/25 1774/2
**mistake [1]** 1763/14
**money [11]** 1762/7
1762/13 1763/4
1763/14 1763/15
1764/24 1774/7
1774/15 1785/9
1785/16 1792/2
**MoneyGram [17]**
1758/10 1759/5 1759/7
1759/8 1759/15
1759/21 1760/12
1760/15 1762/5 1762/6
1762/8 1762/12
1762/14 1764/8 1764/9
1764/18 1764/22
**more [5]** 1766/6
1768/12 1772/7 1793/9
1802/19
**morning [6]** 1800/23
1801/3 1801/5 1802/2
1802/11 1805/13
**most [1]** 1772/11
**motion [1]** 1799/12
**move [22]** 1767/19
1770/14 1775/17
1776/25 1777/6 1778/2
1778/21 1779/17
1780/12 1781/10
1782/22 1783/24
1784/24 1785/25
1787/8 1788/16 1790/1
1791/7 1792/21
1793/22 1794/9 1807/8
**movement [1]** 1774/6
**moving [1]** 1775/21
**Mr. [51]** 1758/21
1759/3 1763/3 1763/10
1763/19 1765/16
1765/20 1766/9
1766/21 1766/25
1767/14 1767/17
1768/3 1768/8 1768/14
1768/21 1768/25
1769/7 1770/8 1770/9
1771/2 1772/8 1772/13
1773/10 1773/17
1776/14 1776/23
1779/7 1780/24 1781/8
1783/9 1783/21
1784/20 1786/22
1786/24 1787/21
1789/5 1789/10
1789/14 1791/9
1791/15 1796/4
1797/11 1797/17
1799/21 1800/20
1801/1 1802/8 1802/22
1805/9 1805/10
**Mr. Bonset's [2]**
1805/9 1805/10
**Mr. Casillas [2]**
1765/20 1789/5
**Mr. Germine [39]**
1763/3 1763/10
1763/19 1765/16
1766/9 1766/21

**missionaries [2]**
1766/25 1767/14 1767/17
1767/17 1768/3 1768/8
1768/14 1768/21
1768/25 1769/7 1770/8
1770/9 1771/2 1772/8 1772/13
1773/17 1776/14
1776/23 1779/7
1780/24 1781/8 1783/9
1783/21 1786/24
1786/22 1786/24
1787/21 1789/10
1789/14 1791/15
1796/4 1797/17
1796/4 1797/17
1799/21 1800/20
1800/20 1801/1
1802/22
**Mr. Germine's [2]**
1770/9 1773/10
**Mr. Orenberg [3]**
1791/9 1797/11 1802/8
**Mr. Orenberg's [1]**
1799/21
**Mr. St. Louis [1]**
1758/21
**Mr. St. Louis's [1]**
1759/3
**Ms [1]** 1803/19
**Ms. [27]** 1755/13
1755/15 1757/25
1758/3 1758/4 1762/9
1762/19 1762/19
1763/10 1765/20
1785/7 1785/9 1792/3
1792/6 1798/7 1799/1
1799/24 1800/21
1802/22 1803/8
1803/16 1804/12
1804/15 1804/22
1805/7 1806/6 1806/11
**Ms. Amato [2]** 1799/21
1802/22 1806/6
**Ms. Antoin [1]** 1806/11
**Ms. Duncan [3]**
1765/20 1803/8
1803/16
**Ms. Jean [1]** 1762/19
**Ms. Santia [2]** 1785/7
1785/9
**Ms. Seifert [6]** 1755/13
1755/15 1798/7
1799/24 1800/21
1805/7
**Ms. Tunis [10]** 1757/25
1758/3 1758/4 1762/9
1762/19 1763/10
1792/3 1792/6 1804/12
1804/22
**Ms. Tunis's [1]**
1804/15
**much [3]** 1796/8
1806/21 1806/24
**multiple [2]** 1782/10
1790/10
**my [14]** 1758/6 1759/19
1763/17 1763/18
1769/10 1770/9
1771/15 1774/14
1780/5 1784/13
1785/20 1799/3 1805/3

**missionaries [2]**
1767/1 1767/6
1767/17 1768/3 1768/8
1768/14 1768/21
1768/25 1769/7 1770/8
1771/2 1772/8 1772/13
1773/7 1779/7
1780/24 1781/8 1783/9
1786/22 1786/24
1787/21 1789/5
1789/14 1791/15
1796/4 1797/17
1800/1 1801/7
1802/22
**myself [4]** 1756/11
1766/11 1792/10
1802/22

**N**

**name [15]** 1757/4
1758/7 1759/3 1760/4
1760/10 1760/11
1760/13 1762/13
1763/17 1763/18
1780/6 1780/7 1780/8
1782/20 1792/5
**named [1]** 1794/13
**names [1]** 1782/10
**NATCOM [1]** 1763/21
**necessary [3]** 1769/17
1800/11 1800/12
**need [21]** 1762/12
1763/12 1776/7 1776/9
1788/19 1796/7
1796/12 1796/22
1801/4 1801/16
1804/20 1804/22
1804/25 1805/5
1805/12 1805/12
1806/12 1806/13
1806/25 1807/4
1807/10
**needs [2]** 1801/17
1801/24
**next [5]** 1757/3
1757/18 1769/8
1769/11 1785/15
**nicest [1]** 1801/23
**nickname [1]** 1792/6
**no [29]** 1751/3 1755/16
1759/18 1759/22
1767/20 1770/15
1776/9 1777/1 1777/8
1778/4 1778/22
1779/19 1780/14
1781/12 1782/23
1783/25 1784/25
1786/2 1787/9 1788/18
1788/25 1790/4
1791/10 1792/23
1793/24 1794/21
1798/18 1803/13
1806/17
**not [14]** 1759/18
1760/1 1763/14 1773/9
1776/2 1796/5 1796/23
1799/16 1800/2
1800/13 1800/15
1801/9 1803/13
1804/24
**now [16]** 1758/12
1759/11 1759/23
1761/6 1761/24 1763/1
1763/22 1775/21
1779/24 1784/1
1790/20 1794/8
1794/24 1799/1 1799/6
1805/22
**number [27]** 1757/9
1757/13 1758/1
1758/10 1758/21

**missionaries [2]**
1758/24 1759/2
1759/12 1759/13
1759/19 1760/22
1760/24 1760/25
1761/9 1761/14
1761/15 1761/22
1762/17 1763/20
1763/21 1763/21
1764/5 1764/6 1764/10
1764/13 1764/17
1780/5
**number 13 [1]** 1780/5
**numbers [2]** 1758/3
1763/19
**NW [2]** 1751/15
1751/18

**O**

**oath [1]** 1756/15
**objection [31]** 1767/20
1770/15 1770/16
1777/1 1777/2 1777/8
1778/4 1778/5 1778/22
1778/23 1779/19
1780/14 1781/12
1781/13 1782/23
1783/25 1784/25
1785/1 1786/2 1787/9
1787/10 1788/18
1788/24 1788/25
1790/4 1790/5 1791/10
1791/12 1792/23
1793/24 1806/17
**objective [1]** 1768/8
**obtained [3]** 1772/21
1772/22 1780/25
**obviously [2]** 1796/5
1802/11
**occur [1]** 1798/15
**October [18]** 1756/23
1757/1 1757/18
1757/21 1758/19
1759/9 1759/24
1760/1 1761/4
1761/23 1762/1 1763/3
1763/6 1763/8 1763/9
1763/22 1763/24
1764/11
**October 10th [1]**
1756/23
**October 11 [1]** 1759/24
**October 11th [6]**
1757/18 1758/19
1759/9 1760/21 1761/4
1763/3
**October 12th [2]**
1763/8 1763/9
**October 12th of [1]**
1763/6
**October 14th [2]**
1763/22 1764/11
**October 14th of [1]**
1763/24
**off [5]** 1756/23 1758/12
1769/5 1769/10
1795/17
**offered [1]** 1772/13
**office [2]** 1751/15

**O**

office... [1] 1757/24
Official [2] 1752/7
1808/9
Oh [1] 1755/19
Okay [17] 1754/3
1754/6 1758/7 1758/11
1763/1 1763/22
1764/21 1774/17
1782/14 1784/12
1784/14 1787/23
1789/3 1794/8 1801/20
1805/15 1806/13
one [26] 1755/13
1755/20 1761/11
1764/22 1764/23
1767/23 1769/4 1769/6
1772/10 1775/2
1778/15 1779/7
1780/24 1782/1 1782/3
1782/18 1783/3 1783/9
1784/14 1793/9
1795/15 1805/3
1805/18 1805/24
1806/8 1806/9
ongoing [1] 1768/10
only [1] 1802/25
open [1] 1772/15
open-ended [1]
1772/15
opening [1] 1796/9
opportunity [3] 1768/3
1770/23 1800/22
orchestrated [1]
1774/3
order [1] 1754/5
ORENBERG [5]
1751/20 1751/21
1791/9 1797/11 1802/8
Orenberg's [1] 1799/21
organizer [1] 1804/16
other [17] 1756/9
1758/10 1768/6 1769/5
1772/21 1772/23
1773/10 1783/15
1788/14 1789/24
1791/3 1792/19
1794/21 1802/16
1802/24 1804/9 1806/9
otherwise [1] 1802/15
our [15] 1756/8
1767/15 1768/7
1768/12 1769/15
1772/23 1779/8
1780/25 1783/2
1783/10 1798/8
1798/19 1799/10
1800/20 1807/8
out [5] 1770/6 1784/9
1799/15 1801/14
1801/16
over [8] 1760/23
1761/14 1772/24
1785/18 1800/22
1801/25 1802/2
1806/23
overnight [1] 1807/6

**P**

**P**

p.m [2] 1751/6 1751/9
Pacer [1] 1805/5
packet [1] 1785/5
page [93]
Page 1 [7] 1767/9
1774/20 1774/24
1775/13 1775/17
1775/19 1777/4
Page 11 [1] 1758/12
1760/8 1760/16
1760/23 1761/15
1762/22 1764/16
Page 13 [5] 1779/1
1779/3 1779/18
1779/20 1780/10
Page 2 [1] 1793/4
Page 21 [6] 1783/2
1783/6 1783/20
1783/24 1784/2 1785/5
Page 28 [1] 1775/9
Page 29 [1] 1778/9
Page 3 [1] 1794/9
Page 31 [1] 1756/22
Page 32 [1] 1756/24
1756/25
Page 33 [3] 1757/5
1779/25 1780/2
Page 34 [1] 1757/19
Page 35 [1] 1757/19
Page 36 [2] 1759/23
1784/8
Page 37 [1] 1760/19
Page 38 [6] 1761/6
1780/19 1781/11
1781/13 1782/7
1782/13
Page 39 [1] 1761/24
Page 40 [1] 1762/15
Page 41 [1] 1763/1
Page 42 [1] 1763/6
Page 43 [1] 1763/7
Page 44 [1] 1763/22
Page 45 [1] 1763/23
Page 46 [1] 1764/3
Page 48 [1] 1785/12
Page 5 [5] 1777/11
1777/13 1777/23
1778/3 1778/18
Page 600.1 [1] 1780/10
Page 8 [2] 1781/18
1781/19
Page 9 [1] 1781/24
Pages [2] 1751/7
1792/14
Pages 38 [1] 1792/14
paper [1] 1784/9
Park [1] 1751/21
part [3] 1756/8 1774/4
1781/23
parte [3] 1754/2
1794/24 1796/21
participate [1] 1765/6
particular [1] 1756/7
particularly [4]
1773/24 1774/2 1803/3

1807/3

PASCHALL [1]
1751/14
passage [1] 1793/9
passages [1] 1793/15
past [1] 1806/23
Patrick [1] 1763/5
Pause [1] 1793/2
Pawn [1] 1757/7
payee [1] 1762/23
payment [2] 1761/23
1762/24
payments [1] 1764/22
PC [1] 1751/21
Pelice [1] 1782/21
Pennsylvania [1]
1751/18
people [3] 1772/23
1773/5 1774/3
Perfect [1] 1762/14
perhaps [1] 1799/18
person [3] 1759/14
1765/25 1768/11
perspective [2]
1797/18 1806/14
ph [2] 1805/9 1806/11
phone [7] 1758/21
1759/2 1759/4 1759/12
1759/13 1759/16
1772/22
phones [1] 1789/13
photo [16] 1757/6
1760/20 1762/18
1764/4 1764/14
1767/11 1767/16
1775/12 1776/22
1779/13 1780/21
1780/25 1781/7
1783/12 1783/16
1783/18
photograph [8]
1774/25 1776/2 1776/3
1776/14 1780/10
1781/5 1782/17
1783/20
photographs [2]
1775/2 1783/15
photos [3] 1772/22
1780/24 1783/9
picture [9] 1757/6
1758/4 1775/15
1775/20 1777/23
1779/3 1779/13 1782/7
1785/4
pictures [1] 1761/11
piece [1] 1765/13
pieces [1] 1786/10
pivot [4] 1758/11
1759/23 1760/8
1775/21
pivoting [6] 1760/23
1761/6 1761/14
1762/21 1763/1 1764/7
plain [1] 1769/1
Plaintiff [1] 1751/4
plan [4] 1768/5 1801/2
1802/1 1803/10
plane [15] 1766/10

1766/15 1766/22

1767/15 1767/4 1767/14
1767/16 1768/2
1768/25 1769/2 1769/6
1777/25 1780/25
1781/8 1783/22
play [6] 1786/24
1787/12 1789/5
1791/21 1793/5 1794/8
1787/14 1789/7
1789/18 1790/8
1791/24 1793/7 1794/7
1794/10
playing [1] 1791/20
plea [13] 1798/6
1798/9 1798/12
1798/23 1799/13
1800/1 1800/3 1801/1
1801/2 1802/3 1802/3
1802/5 1807/1
plead [1] 1797/17
pleading [1] 1798/11
please [25] 1756/13
1756/17 1756/24
1757/19 1759/6
1761/25 1763/7
1763/22 1763/23
1767/25 1772/3
1774/20 1775/11
1777/11 1778/11
1779/1 1780/2 1780/18
1782/10 1784/8 1788/1
1789/5 1791/23 1794/5
1794/9
plus [2] 1804/15
1804/16
plus-four [1] 1804/16
plus-two [1] 1804/15
PM [2] 1796/20
1807/14
point [6] 1766/21
1785/19 1797/16
1798/19 1800/20
1806/10
pointed [1] 1768/12
Police [1] 1768/23
political [1] 1773/24
Port [3] 1766/18
1766/19 1766/23
Port-au-Prince [3]
1766/18 1766/19
1766/23
portion [12] 1775/6
1777/6 1778/8 1779/25
1781/17 1784/7
1788/22 1789/4
1789/16 1791/1
1792/14 1798/24
position [3] 1804/10
1804/11 1804/23
positions [1] 1805/1
possible [1] 1802/21
potentially [1] 1806/1
Potomac [2] 1751/21
1751/22
predicament [1]
1799/5

preference [2] 1798/19
1799/10
preparation [1]
1771/24
prepare [2] 1772/17
1804/17
preparing [1] 1800/21
present [9] 1761/16
1765/9 1766/9 1770/8
1773/4 1783/18 1796/5
1796/5 1796/6
presented [2] 1770/7
1774/10
press [1] 1773/19
pretend [1] 1756/11
pretty [1] 1803/11
previous [1] 1764/5
previously [4] 1772/21
1772/24 1776/1 1785/7
primary [2] 1768/7
1769/15
Prince [3] 1766/18
1766/19 1766/23
prior [4] 1769/18
1770/22 1780/10
1799/2
prison [2] 1786/22
1787/22
private [1] 1766/15
probably [3] 1766/24
1796/23 1804/11
procedural [1] 1805/3
proceed [4] 1756/12
1756/17 1800/1 1802/4
proceeding [1] 1807/1
proceedings [4]
1752/8 1793/2 1807/14
1808/4
process [1] 1796/12
produced [1] 1752/8
productive [1] 1802/19
proposed [1] 1801/1
proposing [1] 1802/14
provide [1] 1802/13
publicly [3] 1773/18
1773/20 1773/20
pull [1] 1782/9
pulled [1] 1787/24
purchasing [1] 1792/2
purports [1] 1771/4
put [2] 1799/5 1799/18

**Q**

quality [1] 1806/22
question [14] 1759/19
1778/13 1780/6
1781/20 1781/22
1781/25 1782/3
1784/12 1784/14
1785/13 1785/23
1798/13 1804/9 1805/3
questions [12] 1758/9
1768/13 1769/17
1772/15 1787/6
1790/11 1790/13
1791/16 1792/2
1794/19 1794/21
1796/14

**Q**

quite [1] 1799/15

**R**

rapport [2] 1768/11 1772/13
rather [1] 1801/10
reaction [2] 1799/22 1802/15
read [5] 1763/7 1775/11 1778/11 1780/2 1784/8
reading [3] 1757/23 1758/25 1785/13
reads [4] 1762/5 1762/10 1763/3 1763/11
realized [1] 1755/20
reason [1] 1756/7
recall [2] 1768/17 1785/7 1798/25 1800/2
recalled [1] 1799/6
receipt [6] 1757/7 1757/16 1757/17 1758/4 1760/22 1761/8
receive [1] 1802/15
received [20] 1767/22 1770/18 1777/5 1777/10 1778/6 1778/24 1779/22 1780/16 1781/15 1782/25 1784/4 1785/2 1786/4 1787/11 1789/2 1790/7 1791/13 1792/25 1794/2 1806/4
receiver [6] 1759/11 1759/12 1759/12 1759/16 1759/16 1759/16
receiving [1] 1759/14
recess [1] 1796/20
recognize [18] 1760/9 1765/25 1767/11 1767/13 1769/22 1770/5 1770/6 1771/5 1771/7 1771/9 1777/13 1779/3 1779/6 1780/23 1783/6 1783/8 1786/17 1786/19
reconvene [1] 1800/23
record [11] 1759/2 1761/21 1765/4 1765/15 1765/17 1771/3 1775/11 1779/11 1784/16 1788/4 1795/17
recorded [1] 1752/8
recording [2] 1771/1 1772/1
records [15] 1758/14 1758/16 1759/4 1759/5 1759/7 1759/15 1759/21 1760/12 1760/15 1760/24 1761/3 1761/16 1761/18 1762/21 1772/22

recover [1] 1786/20
reference [5] 1764/10 1764/13 1764/17 1790/21 1792/12
referred [1] 1794/12
referring [2] 1794/13 1794/17
reflect [2] 1765/15 1765/17
related [3] 1756/23 1768/10 1769/19
relationship [1] 1784/13
release [1] 1791/17
released [1] 1786/21
relevant [2] 1786/11 1789/4
rely [4] 1803/21 1803/24 1804/2 1804/6
remember [2] 1799/1 1800/14
remind [1] 1756/14
Reporter [3] 1752/5 1752/7 1808/9
reporters [1] 1800/6
request [5] 1798/8 1799/8 1799/22 1801/3 1805/18
requested [1] 1800/19
requesting [1] 1800/20
resolve [1] 1799/4
respect [8] 1772/7 1775/12 1778/17 1785/9 1798/2 1804/12 1805/2 1807/1
responds [7] 1757/24 1757/25 1758/1 1758/3 1758/6 1762/9 1764/2
responsible [1] 1774/3
rest [2] 1787/20 1798/22
resume [2] 1800/17 1801/2
retrieve [1] 1756/9
return [4] 1767/15 1796/16 1796/17 1796/18
returned [1] 1767/14
review [7] 1770/23 1789/21 1790/25 1792/16 1793/17 1798/10 1800/11
reviewed [8] 1769/18 1771/24 1772/20 1772/20 1772/22 1787/17 1788/9 1788/13
reviewing [2] 1772/18 1803/20
rid [1] 1757/12
right [22] 1759/3 1767/24 1778/14 1781/20 1784/19 1785/20 1794/23 1795/15 1795/24 1796/10 1797/11 1798/13 1798/14 1798/16 1800/24

1801/2 1801/3
1803/6 1804/5 1804/9
1806/16 1807/2
rights [3] 1769/23 1770/7 1770/11
role [1] 1781/25
roles [1] 1769/14
room [1] 1769/3
row [2] 1759/3 1760/9
rows [1] 1760/12
RPR [2] 1752/6 1808/9
run [2] 1790/11

**S**

said [5] 1769/11 1772/10 1800/21 1806/1 1806/5
same [17] 1755/20 1755/25 1759/9 1760/11 1762/11 1762/12 1762/18 1764/24 1765/2 1767/3 1767/4 1770/4 1775/15 1780/9 1787/4 1791/22 1798/8
San [1] 1776/23
Sandal [3] 1758/2 1758/5 1792/9
Santia [21] 1757/22 1757/24 1758/1 1758/6 1759/25 1759/25 1761/5 1761/10 1763/11 1763/11 1763/12 1763/16 1763/17 1763/21 1763/25 1764/1 1774/9 1784/11 1785/7 1785/9 1785/24
Santia's [1] 1763/14
save [1] 1807/10
saw [4] 1762/18 1764/5 1785/5 1786/20
say [13] 1766/22 1766/24 1768/18 1773/15 1789/9 1798/1 1799/7 1800/6 1801/2 1802/19 1804/19 1805/12 1806/6
saying [4] 1799/6 1799/17 1800/13 1800/15
says [4] 1758/4 1775/14 1778/13 1784/16
schedule [1] 1801/7
scheduled [1] 1807/1
screen [7] 1765/23 1771/18 1787/3 1789/3 1791/23 1793/3 1793/6
seal [2] 1796/22 1796/25
sealed [9] 1754/4 1754/7 1755/12 1795/1 1795/14 1795/18 1795/23 1797/1 1797/10
seats [2] 1769/4 1769/4
second [11] 1755/13

recorded [1] 1761/1 1761/2
1764/11 1764/23
1788/19 1788/24
1791/19 1793/12
1795/16
secondary [1] 1769/16
seconds [3] 1771/4 1787/12 1787/15
see [31] 1756/25 1757/5 1757/11 1757/20 1758/17 1758/22 1759/6 1759/23 1760/4 1760/12 1760/19 1760/24 1761/7 1761/16 1761/25 1762/15 1763/16 1763/17 1764/22 1765/9 1765/23 1770/1 1770/3 1771/18 1776/20 1777/21 1783/18 1795/15 1801/15 1803/2 1806/24
seen [1] 1775/12
SEIFERT [8] 1751/14 1755/13 1755/15 1798/7 1799/24 1800/21 1803/19 1805/7
self [1] 1789/11
self-identified [1] 1789/11
send [4] 1758/1 1758/4 1762/5 1807/11
sender [3] 1760/14 1760/16 1765/2
sends [8] 1757/3 1757/23 1759/10 1760/3 1762/4 1763/10 1763/19 1763/20
sense [2] 1802/5 1807/12
sent [17] 1757/2 1757/6 1757/21 1758/6 1758/18 1759/8 1759/24 1760/20 1761/4 1761/9 1762/3 1762/19 1763/2 1763/24 1764/1 1764/4 1800/8
sentencing [2] 1804/10 1804/20
series [5] 1755/16 1757/21 1758/3 1763/19 1768/9
SESSION [1] 1751/9
shall [1] 1802/19
shape [1] 1801/1 1802/4
she [7] 1758/8 1760/3 1763/16 1774/13 1774/15 1774/16 1792/10
she's [6] 1784/13 1785/17 1785/17 1785/20 1804/6 1806/8
shirt [1] 1765/14

should [4] 1756/2 1801/12 1801/19 1805/16
show [1] 1788/6
showed [5] 1775/2 1776/14 1780/21 1780/24 1783/9
showing [5] 1779/24 1781/17 1784/1 1784/7 1785/11
shown [11] 1758/12 1765/18 1767/5 1770/19 1771/11 1774/19 1778/25 1779/7 1780/17 1786/14 1793/3
side [4] 1769/4 1769/5 1769/6 1804/4
sign [1] 1779/11
signature [1] 1770/9
signatures [1] 1770/8
signed [2] 1770/8 1770/11
significantly [1] 1774/13
similar [1] 1787/21
since [1] 1790/10
sir [1] 1756/16
sitting [7] 1765/12 1769/3 1769/7 1769/8 1769/8 1769/9 1769/11
six [1] 1807/8
slide [3] 1761/12 1762/18 1764/5
slide 36 [1] 1761/12
slide 38 [1] 1762/18
so [54] 1756/1 1756/10 1758/14 1758/18 1758/24 1760/20 1764/10 1764/13 1764/17 1765/6 1765/17 1766/10 1768/7 1769/2 1769/15 1772/13 1772/20 1773/15 1773/17 1775/9 1775/14 1775/20 1776/1 1782/3 1782/6 1784/16 1784/18 1785/14 1785/16 1787/13 1787/25 1788/9 1793/10 1793/10 1793/13 1796/1 1796/7 1797/18 1797/25 1798/11 1799/3 1799/7 1800/10 1800/24 1801/19 1801/24 1802/1 1802/5 1804/7 1805/13 1806/8 1806/11 1806/23 1807/7
social [1] 1786/22
soldiers [1] 1778/15
some [11] 1770/6 1773/4 1786/6 1786/9 1787/6 1791/16 1797/23 1801/4 1802/10 1802/12

**S**

some... [1] 1805/6
somehow [1] 1784/1
someone [1] 1794/19
something [5] 1776/9
1797/14 1798/5 1806/6
1806/25
sometime [2] 1800/3
1800/23
soon [2] 1799/16
1806/25
sorry [8] 1759/19
1759/20 1762/15
1767/7 1771/13
1780/18 1782/1 1784/5
speak [2] 1768/3
1773/12
speaking [3] 1790/14
1790/16 1790/18
SPECIAL [17] 1752/12
1756/20 1765/6
1766/11 1766/11
1787/17 1789/9
1789/21 1790/25
1792/1 1792/16 1793/9
1793/17 1794/12
1800/4 1805/25 1806/1
specifically [4] 1768/7
1774/9 1774/24 1785/8
spent [1] 1800/21
St. [13] 1757/3 1757/3
1757/4 1757/23
1758/19 1758/21
1759/3 1759/10 1762/2
1762/4 1762/10
1762/25 1764/23
Stacy [4] 1752/6
1808/3 1808/8 1808/9
stand [2] 1770/22
1792/17
standard [1] 1769/24
standing [1] 1803/1
start [12] 1756/22
1758/14 1768/12
1769/21 1772/13
1781/18 1785/13
1791/20 1792/11
1794/4 1794/5 1796/24
starting [3] 1781/24
1784/9 1803/7
starts [1] 1793/4
state [4] 1759/12
1759/13 1759/16
1801/18
stated [1] 1775/12
statement [8] 1774/18
1798/3 1798/10
1800/21 1802/4
1802/14 1803/21
1803/22
STATES [3] 1751/1
1751/3 1751/10
stationed [1] 1801/18
stenography [1]
1752/8
Stevenson [7] 1780/7
1784/15 1784/16

1784/18 1784/19
1784/21 1784/22
still [3] 1756/14 1763/6
1796/22
stipulate [2] 1806/1
1806/5
stipulation [2] 1806/4
1806/10
stop [2] 1799/12
1799/25
stopping [1] 1787/15
straight [1] 1756/11
Street [1] 1751/15
structure [1] 1782/4
stuff [3] 1763/17
1763/18 1772/20
Suarez [4] 1766/11
1769/9 1769/15
1794/20
submit [1] 1807/5
submitted [2] 1804/22
1805/4
substance [1] 1772/5
substantive [1] 1804/4
suggest [1] 1800/18
suggestion [2] 1799/9
1800/24 1801/7
suit [1] 1765/14
Suite [1] 1752/3
support [1] 1798/12
sure [12] 1755/14
1755/21 1759/13
1759/15 1772/9
1776/11 1780/4
1784/10 1800/9
1802/20 1802/20
1804/25
surprises [1] 1795/24
SWAT [1] 1766/13

**T**

table [3] 1765/12
1769/4 1769/5
take [14] 1758/15
1766/7 1766/14 1767/1
1767/25 1772/3 1788/1
1794/23 1796/1 1796/2
1796/8 1796/8 1801/2
1802/2
taken [4] 1768/21
1768/22 1796/20
1798/9
taking [1] 1770/22
talk [9] 1768/12
1768/24 1772/15
1772/16 1773/19
1774/4 1774/17 1796/3
1798/5
talked [1] 1785/8
talking [7] 1763/16
1768/8 1772/12
1772/12 1773/5
1785/22 1785/24
telephone [1] 1758/1
tell [8] 1756/25 1761/2
1761/25 1766/9
1773/17 1780/23
1801/12 1805/22

telling [3] 1758/9
1758/9 1773/7
terms [5] 1772/18
1795/25 1801/7
1802/14 1804/7
testified [1] 1798/21
testify [1] 1806/2
testimony [4] 1769/18
1799/1 1800/14
1806/17
text [8] 1757/4 1757/7
1757/21 1758/22
1760/1 1760/4 1778/11
1780/2
than [3] 1766/24
1773/8 1773/8
thank [17] 1756/11
1778/20 1782/15
1783/16 1791/11
1791/20 1796/19
1797/13 1803/14
1803/17 1804/1
1805/15 1806/21
1806/23 1807/2 1807/3
1807/13
that [161]
that's [25] 1756/2
1759/24 1760/18
1764/13 1764/19
1775/14 1778/13
1778/16 1779/7 1780/2
1780/5 1782/11
1784/11 1785/20
1787/3 1790/13
1790/15 1793/11
1796/24 1798/14
1799/14 1802/3 1802/9
1803/5 1805/11
their [3] 1796/3 1798/5
1802/15
them [5] 1773/6 1773/8
1796/9 1805/21
1805/22
then [23] 1756/1
1756/1 1758/4 1760/3
1762/21 1763/20
1764/2 1766/12
1766/13 1768/7 1769/5
1772/15 1782/5 1782/5
1784/15 1793/5
1793/12 1794/5 1796/2
1798/24 1799/19
1801/21 1805/13
there [14] 1755/17
1758/17 1759/16
1760/22 1766/19
1769/4 1769/5 1769/7
1769/11 1773/22
1782/10 1798/11
1804/14 1805/23
there's [11] 1755/16
1755/18 1759/18
1762/17 1764/5 1770/5
1775/22 1790/10
1793/14 1802/3
1802/20
these [1] 1791/5
they [22] 1758/9

1763/18 1763/18
1770/13 1788/14
1788/15 1789/24
1789/25 1791/3 1791/4
1791/6 1792/19
1792/20 1796/6 1796/7
1798/1 1798/1 1800/9
1803/2 1803/2 1804/6
1804/11
they're [3] 1773/5
1773/7 1773/7
thing [4] 1755/20
1763/4 1772/11
1797/25
things [8] 1773/9
1773/17 1773/18
1773/18 1786/9
1800/25 1801/16
1807/8
think [24] 1755/19
1762/22 1772/9
1774/10 1782/11
1785/19 1798/4
1798/11 1798/19
1799/10 1800/8
1800/13 1800/18
1801/9 1801/15
1801/19 1803/2
1804/13 1804/16
1804/20 1805/25
1806/4 1806/12 1807/7
thinking [1] 1780/7
third [5] 1761/22
1762/23 1782/1 1782/1
1782/3
this [96]
thorough [1] 1797/19
those [7] 1764/25
1774/5 1774/7 1792/16
1793/13 1793/15
1793/17
Though [1] 1804/13
thought [3] 1796/24
1801/20 1805/11
three [2] 1760/16
1762/7
through [6] 1751/7
1757/12 1798/24
1798/24 1799/19
1806/9
Thursday [1] 1800/4
tie [1] 1765/14
time [12] 1768/16
1786/12 1791/22
1796/11 1796/15
1800/18 1800/20
1800/20 1801/4
1802/11 1802/12
1803/7
Tise [1] 1794/13
today [5] 1765/9
1769/18 1770/22
1805/17 1806/9
together [2] 1788/14
1789/22
told [1] 1763/4
tomorrow [18] 1798/16
1800/3 1800/10

1800/17 1800/23
1801/3 1801/5 1801/13
1802/2 1802/11
1802/20 1802/24
1802/25 1803/7
1805/13 1805/22
1806/15 1806/24
tonight [3] 1798/17
1800/9 1805/12
too [3] 1778/16
1802/13 1804/18
took [4] 1766/21
1766/25 1767/2 1768/5
top [2] 1764/6 1781/24
topics [1] 1773/22
total [5] 1757/9
1757/10 1757/11
1758/19 1768/16
towards [2] 1769/7
1773/10
transaction [4] 1761/1
1761/2 1761/3 1764/11
transactions [2]
1762/7 1764/18
transcribed [1]
1762/10
transcript [29] 1751/9
1752/8 1775/5 1775/7
1775/9 1777/7 1778/7
1778/8 1778/12
1779/24 1780/1
1781/17 1784/7 1784/9
1785/11 1788/11
1788/13 1789/4
1789/16 1789/21
1791/1 1791/22 1793/4
1793/14 1793/19
1793/23 1794/9
1800/10 1801/11
transcription [5]
1752/8 1762/5 1772/1
1792/14 1808/4
transcripts [2] 1800/7
1800/8
transfer [4] 1758/18
1759/8 1761/4 1764/8
transferred [1] 1768/2
transfers [2] 1759/14
1762/7
translation [1] 1770/12
translator [2] 1806/8
1806/15
translators [3] 1797/22
1797/23 1802/23
trial [3] 1751/9 1799/12
1803/23
tried [1] 1799/14
true [1] 1782/20
trust [1] 1785/21
try [1] 1807/12
trying [2] 1758/8
1786/21
Tunis [27] 1757/2
1757/22 1757/22
1757/25 1758/3 1758/4
1759/25 1761/5
1761/10 1762/2 1762/3
1762/9 1762/19 1763/2

**T**

Tunis... [13]  1763/10
1763/10 1764/1 1764/2
1764/2 1764/12
1764/24 1774/16
1792/3 1792/6 1794/17
1804/12 1804/22
Tunis's [1]  1804/15
Twenty [1]  1783/3
Twenty-one [1]  1783/3
two [22]  1755/16
1755/18 1755/19
1756/6 1760/12 1762/7
1762/7 1764/21
1764/25 1766/13
1768/18 1769/4 1769/4
1771/4 1773/7 1792/16
1793/10 1793/20
1797/22 1799/5
1804/15 1806/23
two days [1]  1799/5
two hours [1]  1771/4
two weeks [1]  1806/23
type [1]  1766/14

**U**

U.S [4]  1751/15
1751/17 1774/1
1785/19
under [7]  1756/14
1761/17 1763/23
1763/18 1764/17
1796/22 1796/25
underscore [1]
1800/12
understand [4]
1794/13 1799/3
1799/24 1802/18
Union [19]  1758/14
1758/16 1758/18
1759/4 1760/9 1760/15
1760/21 1760/23
1761/3 1761/4 1761/8
1761/16 1761/17
1761/22 1762/6 1762/8
1762/12 1762/14
1762/16
UNITED [3]  1751/1
1751/3 1751/10
unless [1]  1802/23
until [1]  1754/4
unwilling [1]  1774/4
up [23]  1755/22
1760/20 1761/11
1762/16 1762/22
1764/4 1773/22
1773/23 1774/7 1774/9
1782/9 1785/18
1787/25 1789/3
1790/20 1793/6
1794/24 1795/16
1796/9 1797/12
1798/19 1799/7
1802/20
updated [2]  1807/5
1807/11
us [9]  1768/9 1772/22

1773/7 1775/12
1773/17 1773/20
1774/10 1800/7
1802/21
use [1]  1792/10
usually [1]  1768/10

**V**

VA [1]  1752/4
version [1]  1771/15
very [2]  1806/21
1806/24
via [3]  1760/20 1762/5
1806/17
video [11]  1786/17
1786/20 1787/3 1787/4
1787/14 1787/17
1787/20 1787/25
1788/20 1789/5
1789/11
videos [1]  1786/11
Virginia [3]  1766/17
1768/19 1768/21
voice [6]  1762/4
1762/10 1763/10
1771/7 1771/9 1794/18
voicemail [1]  1763/12
voices [1]  1790/10
volunteer [1]  1773/23
vs [1]  1751/5

**W**

Wait [1]  1784/2
Walder [15]  1757/3
1757/3 1757/4 1757/23
1758/19 1759/10
1760/1 1762/2 1762/4
1762/10 1762/25
1763/4 1763/13
1763/15 1764/23
Walder St. Louis [10]
1757/3 1757/3 1757/4
1757/23 1758/19
1759/10 1762/2 1762/4
1762/25 1764/23
Walder St. Louis's [1]
1762/10
Walder's [1]  1758/1
walking [1]  1772/9
want [7]  1763/15
1768/18 1772/6
1798/15 1799/5
1802/19 1805/21
wanted [5]  1768/9
1772/10 1772/14
1772/14 1806/7
wants [2]  1799/4
1799/12
was [69]
Washington [3]  1751/5
1751/16 1751/18
wasn't [1]  1805/24
way [8]  1766/4 1769/2
1769/2 1772/9 1779/11
1801/23 1805/6
1807/12
we [143]
we'd [1]  1768/12

We'll [9]  1756/22
1757/19 1758/11
1759/23 1772/5
1789/19 1794/5
1801/24 1806/12
we're [23]  1757/1
1760/19 1761/6
1761/24 1763/6
1763/23 1773/5
1779/25 1781/18
1781/24 1784/7 1784/8
1785/18 1787/15
1788/2 1793/20
1794/23 1795/25
1795/25 1796/1 1798/2
1802/15 1803/20
We've [1]  1795/24
weapons [1]  1792/3
wearing [2]  1765/13
1765/14
weeks [1]  1806/23
well [11]  1770/9
1773/19 1774/17
1776/13 1781/22
1788/20 1789/1
1792/10 1798/18
1806/15 1807/4
went [4]  1755/21
1763/4 1774/12
1774/13
were [20]  1755/20
1756/21 1758/11
1766/13 1768/2
1768/16 1769/4
1773/17 1773/19
1773/21 1773/22
1773/24 1774/1
1782/17 1786/10
1786/20 1788/14
1788/15 1798/21
1803/21
weren't [1]  1755/21
Western [20]  1757/25
1758/14 1758/16
1758/18 1759/4 1760/9
1760/15 1760/21
1760/23 1761/3 1761/4
1761/8 1761/16
1761/17 1761/22
1762/6 1762/8 1762/12
1762/14 1762/16
what [57]  1756/25
1757/5 1757/20
1758/17 1759/6
1759/23 1760/19
1761/6 1761/25
1762/15 1765/13
1766/14 1766/19
1767/7 1768/5 1768/16
1769/14 1770/3
1770/25 1771/25
1772/5 1772/7 1772/17
1772/20 1772/21
1773/6 1773/6 1773/7
1773/10 1773/15
1774/6 1775/11 1780/8
1781/20 1781/25
1782/11 1785/11

1750/18 1750/24
1795/25 1795/25
1796/15 1796/24
1799/14 1800/19
1800/19 1802/13
1803/7 1803/21
1803/22 1804/2
1804/19 1804/20
1804/23 1805/11
1805/22 1806/1
what's [7]  1757/16
1757/17 1759/11
1765/19 1767/6 1780/6
1788/6
WhatsApp [7]  1757/1
1758/6 1759/24
1760/21 1762/1 1763/2
1763/25
when [12]  1758/11
1766/4 1766/19
1773/15 1785/22
1786/10 1786/10
1786/20 1787/25
1788/13 1794/12
1802/22
where [11]  1755/21
1756/22 1758/11
1764/16 1765/11
1766/16 1766/25
1768/21 1785/16
1792/2 1800/19
whether [5]  1791/16
1798/1 1798/15 1800/2
1800/3
which [34]  1755/24
1756/21 1756/22
1757/24 1758/12
1758/12 1758/15
1758/21 1758/24
1763/10 1766/21
1775/7 1775/23 1776/3
1778/8 1778/8 1780/10
1782/18 1783/2 1784/7
1784/14 1785/12
1788/3 1789/18
1789/19 1790/21
1792/14 1793/6
1798/10 1798/25
1799/22 1804/21
1806/8 1806/17
while [4]  1768/2
1787/22 1793/5 1796/8
who [14]  1760/2
1762/23 1766/2 1766/9
1769/12 1774/3
1774/14 1782/17
1783/11 1785/22
1790/11 1794/13
1794/16 1794/19
who's [3]  1790/11
1790/11 1790/14
whole [6]  1775/22
1776/2 1776/3 1776/4
1776/7 1787/17
why [5]  1773/3 1785/14
1785/17 1785/21
1805/11
will [14]  1765/17

1776/4 1788/4 1789/18
1793/11 1796/5 1796/6
1798/3 1799/18 1803/6
1804/17 1804/24
1806/19 1807/11
willing [4]  1768/12
1772/16 1773/12
1806/5
Wilson [1]  1752/3
window [1]  1769/7
wish [1]  1799/3
Without [9]  1770/16
1777/2 1778/5 1778/23
1781/13 1785/1
1787/10 1790/5
1791/12
witness [23]  1759/1
1759/2 1761/20
1761/21 1765/18
1767/5 1770/20
1771/11 1772/21
1774/19 1776/1 1776/4
1776/5 1778/25
1780/17 1784/20
1786/14 1794/22
1798/20 1799/11
1799/11 1799/16
1806/8
witness's [2]  1784/18
1806/19
witnesses [3]  1752/11
1805/20 1805/23
woman [2]  1785/17
1785/18
won't [2]  1763/13
1799/19
wondering [1]  1802/19
wording [1]  1770/6
work [6]  1799/12
1799/15 1800/25
1801/14 1801/16
1803/11
working [2]  1802/11
1802/12
worried [1]  1801/9
would [28]  1766/22
1769/10 1773/17
1773/19 1785/17
1796/15 1798/1
1798/19 1798/22
1798/24 1798/25
1799/10 1799/19
1800/6 1800/18 1801/2
1802/2 1802/5 1802/21
1803/1 1804/16 1805/3
1805/22 1806/2 1806/5
1806/10 1806/14
1806/16
written [1]  1764/5

**Y**

Yeah [3]  1778/15
1802/9 1806/7
yes [74]
you [209]
you're [8]  1756/14
1758/18 1758/24
1772/11 1776/5

**Y**

**you're... [3]**  1800/13
 1802/10 1802/14
**You've [2]**  1802/13
 1803/15
**younger [2]**  1784/13
 1784/14
**your [53]**  1756/2
 1758/9 1765/15 1768/6
 1769/18 1770/14
 1772/7 1775/17 1778/2
 1778/21 1779/17
 1780/12 1781/10
 1782/22 1784/5
 1784/24 1785/25
 1787/1 1787/8 1788/16
 1789/10 1790/1 1791/5
 1791/7 1791/10 1792/5
 1792/21 1793/1
 1797/13 1797/16
 1797/18 1797/21
 1798/8 1799/7 1799/24
 1800/24 1801/3 1802/6
 1802/11 1802/18
 1803/11 1803/14
 1803/17 1803/20
 1803/21 1804/1
 1804/13 1804/23
 1805/15 1806/7
 1806/13 1806/14
 1807/7
**yourself [1]**  1771/5

**Z**

**ZACHARY [1]**  1752/12
**Zo [3]**  1781/20 1782/5
 1782/19
**zoom [4]**  1791/21
 1793/5 1794/5 1806/17
**zoomed [1]**  1757/6
**zoomed-in [1]**  1757/6