THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 1:21-cr-00699-JDB |
| : | |
| JOLY GERMINE, et. al., : | |
|     Defendant. : | |

**CONSENT MOTION TO CONTINUE THE JUNE 7, 2024,
SENTENCING HEARING AND EXTEND RELATED DEADLINES**

Comes now Defendant, Joly Germine by and through his attorneys Allen Orenberg and Elita Amato, to respectfully request the entry of an Order continuing the June 7,2024, sentencing hearing and to extend all related deadlines as more fully described herein. As grounds, the following is stated:

1. This motion is consented to per AUSA Kimberly Paschall.

2. A sentencing hearing is currently scheduled for June 7, 2024, at 10:00 a.m.

3. The draft version of the Pre-Sentence Investigation Report (PSR) was disclosed on April 11, 2024. [206] On the same day, undersigned counsel forwarded the PSR to the Haitian Creole translator since Mr. Germine does not read/speak English. At this time it is uncertain when the translation will be completed, but it is expected it will be done in the near future. The Haitian Creole PSR translation is necessary in order for counsel to properly review the document with Mr. Germine.

1

4. Presently, Attorney Elita C. Amato is in a multi-co-defendant trial before U.S. District Judge Trevor N. McFadden. (23-cr-43-TNM) That trial is expected to be completed sometime before May 15, 2024. Furthermore, attorney Allen H. Orenberg will be on a family vacation (and out of the country) beginning April 28, 2024, through May 12, 2024.

5. The parties have conferred with the Court Room Deputy and are jointly proposing June 24, 2024, (late morning or early afternoon) for the sentencing hearing.

6. If the Court grants this motion and schedules the sentencing hearing for June 24, 2024, then it is respectfully suggested the parties may file sentencing memorandum on or before June 17, 2024.

Furthermore, since the defendant has not yet had an opportunity to review the draft PSR (in Haitian Creole) with counsel, it is respectfully suggested the parties may file objections to the draft PSR by June 3, 2024, and that the final PSR shall issue no later than June 12, 2024.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, the parties jointly request the entry of an Order continuing the sentencing hearing scheduled for June 7, 2024, to June 24, 2024, or to any other date convenient to the Court and to the parties, and to extend all related deadlines as described herein.

Respectfully submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. (301) 807-3847
Fax No. (240) 238-6701
aorenberg@orenberglaw.com
Counsel for Joly Germine


_____*-s-*_____
Elita C. Amato, # 442797
2111 Wilson Blvd.
Suite 8th Floor
Arlington, VA 22201
(703) -522-5900
Fax: (703) 997-7775
amato.law@comcast.net

Counsel for Joly Germine

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April 2024, I electronically filed the Foregoing Consent Motion to Continue the June 7, 2024, Sentencing Hearing and Extend Related Deadlines, and a proposed Order, with the Clerk of the Court. Participants in the case who are registered CM/ECF users will be served by the District Court's CM/ECF system.

_____

Allen H. Orenberg