```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


   UNITED STATES OF AMERICA,    .
                                .
          Plaintiff,            .  CR No. 21-0699 (JDB)
                                .
      v.                        .
                                .
   01 JOLIE GERMINE,            .  Washington, D.C.
   02 ELIANDE TUNIS,            .  Tuesday, November 21, 2023
                                .  10:17 a.m.
          Defendants.           .
   . . . . . . . . . . . . . . .


                    ARRAIGNMENT/STATUS HEARING
               BEFORE THE HONORABLE JOHN D. BATES
                   UNITED STATES DISTRICT JUDGE
```

   **APPEARANCES:**

| | |
|---|---|
| For the Government: | KIMBERLY PASCHALL, AUSA<br>U.S. Attorney's Office<br>601 D Street NW<br>Washington, DC 20530<br><br>BEAUDRE D. BARNES, ESQ.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| For Defendant Germine: | ALLEN H. ORENBERG, ESQ.<br>The Orenberg Law Firm, PC<br>12505 Park Potomac Avenue<br>6th Floor<br>Potomac, MD 20854<br><br>ELITA AMATO, ESQ.<br>2111 Wilson Boulevard<br>Suite 8th Floor<br>Arlington, VA 22201 |

```
For Defendant Tunis:         ROBERT C. BONSIB, ESQ.
                             MarcusBonsib LLC
                             6411 Ivy Lane
                             Suite 116
                             Greenbelt, MD 20770

Court Reporter:              BRYAN A. WAYNE, RPR, CRR
                             U.S. Courthouse, Room 4704-A
                             333 Constitution Avenue NW
                             Washington, DC 20001
```

Proceedings reported by stenotype shorthand.
Transcript produced by computer-aided transcription.

P R O C E E D I N G S

THE DEPUTY CLERK: Criminal case 21-699, United States of America versus Joly Germine and Eliande Tunis. Starting with government counsel, will you please approach the podium and state your appearance for the record.

MS. PASCHALL: Good morning, Your Honor. Kimberly Paschall for the United States with my co-counsel Beau Barnes.

THE COURT: Good morning both of you.

MR. ORENBERG: Good morning, Your Honor. Allen Orenberg and Elita Amato.

MR. BONSIB: And good morning, Your Honor. Robert Bonsib on behalf of Eliande Tunis.

THE DEPUTY CLERK: Your Honor, we also have an interpreter, Ms. Regine Duroska-Murray, who has been sworn in as the interpreter.

THE INTERPRETER: Good morning, Your Honor.

THE COURT: Good morning. All right. We're here pause we need to arraign the defendants on the second superseding indictment. Correct?

MS. PASCHALL: Yes, Your Honor.

THE COURT: All right. Ms. Duncan, let's proceed with the arraignment of the defendants on the second superseding indictment.

THE DEPUTY CLERK: Okay. I'm going to do one by one, Your Honor.

1            THE COURT:  That's fine.
2            THE DEPUTY CLERK:  Okay.
3       All right.  Mr. Joly Germine, you are charged in a 48-count
4    superseding indictment with the following charges:
5       Conspiracy to violate the expert control reform act;
6    conspiracy to commit smuggling and to defraud the
7    United States; Export Control Reform Act aiding and abetting
8    causing an act to be done; smuggling aiding and abetting
9    causing an act to be done; laundry of monetary instruments
10   aiding and abetting causing an act to be done; laundering of
11   monetary instruments aiding and abetting causing an act to be
12   done.  Do you waive formal reading of the indictment, and if
13   so, how do you wish to plead?
14           MS. AMATO:  Thank you.  On behalf of Mr. Germine, we
15   waive formal reading of the indictment, enter a plea of not
16   guilty on all counts, and of course continue to assert all of
17   his constitutional rights.
18           THE COURT:  Thank you, Ms. Amato.
19           THE DEPUTY CLERK:  Ms. Eliande Tunis, you are charged
20   in a four-count superseding indictment with the following
21   charges:  Conspiracy to violate the Export Control Reform Act,
22   conspiracy to commit smuggling and to defraud the
23   United States, Export Control Reform Act aiding and abetting
24   causing an act to be done, smuggling aiding and abetting
25   causing an act to be done, laundering of monetary instruments

1     aiding and abetting causing an act to be done, laundering of
2     money instrument aiding and abetting causing an act to be
3     done.  Do you waive the formal reading of the indictment, and
4     if so, how do you wish to plea.
5           MR. BONSIB:  On behalf of Ms. Tunis, we waive formal
6     reading of the indictment and enter a plea of not guilty to
7     all counts and demand a speedy jury.
8           THE COURT:  Thank you, Mr. Bonsib.  We've accomplished
9     the primary reason we were here for.  Is there anything else
10    we can benefit from discussing?
11       I think the one thing I would like to say is, I've done a
12    quick review of the motions that have been filed.  It does
13    seem to me that we should be planning on a hearing on December
14    21, particularly because we have suppression motions that may
15    require the testimony on behalf of the government.  But if
16    there's anything anybody wants to talk about with respect to
17    the schedule or where we're headed, by all means, take this
18    opportunity.
19       Mr. Bonsib, never one to be shy with the microphone.
20          MR. BONSIB:  Thank you, Your Honor.  The only thing
21    I would note is that the government has advised us that, with
22    respect to the group-related issues on severance, that at some
23    point they were going to present to us what they propose in
24    terms of redacted statements to meet the cases that deal with
25    that issue.  It would be helpful if we could have an

1          understanding as to when we might get that --
2                  THE COURT:  You want sooner rather than later.
3                  MR. BONSIB:  Yes.  I don't want to press them too much,
4          but I want to press them a little bit because we're getting
5          close and we need an opportunity to --
6                  THE COURT:  You don't want to press them too much, but
7          you want to press them through me, which --
8                  MR. BONSIB:  That would be wonderful.
9                  THE COURT:  -- is a unique way of pressing.
10                 MR. BONSIB:  That would be a Thanksgiving gift.  Yes,
11         Your Honor.
12                 THE COURT:  All right.  Ms. Paschall, anything you
13         would like to say in reaction to that in terms of when you
14         might be providing the redacted statements for the examination
15         purposes?
16                 MS. PASCHALL:  Sooner rather than later, Your Honor.
17         I believe we have a deadline of first week of December with
18         respect to hearsay, and I think we were hoping to make that
19         production in the same time frame.
20                 THE COURT:  So what's the time frame again?
21                 MS. PASCHALL:  I think there was maybe December 4th
22         deadline we had to give notice of any residual hearsay
23         exceptions?  I apologize.  I don't --
24                 THE COURT:  That's a more sooner deadline than I've set.
25                 MS. PASCHALL:  All right.  I have another trial coming

1   up in the spring, so it's possible I have them --
2           THE COURT:  December 8 is your response date to the
3   motions.  I would think that you need to do it at least by
4   then.
5           MS. PASCHALL:  Yes.
6           THE COURT:  Because they're going to have to be
7   replying to what you say.
8           MS. PASCHALL:  I absolutely agree, Your Honor, and we
9   will endeavor to have it to them before that point.
10          THE COURT:  Well, you had said December 4 a moment ago.
11  Do you think can you stick with December 4?
12          MS. PASCHALL:  I think we can, Your Honor.  Yes.
13          THE COURT:  All right.  Why don't we expect that to be
14  accomplished no later than December 4.
15          MS. PASCHALL:  Yes, Your Honor.
16          THE COURT:  Mr. Bonsib, anything else you would like to
17  utilize me for?
18          MR. BONSIB:  No, Your Honor, if I can reserve.
19          THE COURT:  Can you reserve that possibility?
20          MR. BONSIB:  Yes.
21          THE COURT:  Mr. Orenberg?
22          MR. ORENBERG:  Thank you, Your Honor.  We obviously are
23  in the same position as Mr. Bonsib regarding the pending
24  motion, so we join the request, and the Court has resolved
25  that.

1       THE COURT:  All right.  So we'll hope that that will
2  all be accomplished as of now-promised not later than December
3  4, and then I'll look for the responses to the motions by
4  December 8 and replies by the 15th, which will keep me busy in
5  the holiday period getting ready for the hearing on the 21st.
6  But I suppose that's what we have to do when we have a trial
7  scheduled in January.
8     With that, if there's nothing else, Ms. Paschall?
9       MS. PASCHALL:  With respect to trial scheduling, we've
10 noted that Your Honor intends to begin at 9:30.  Is that Your
11 Honor's typical practice, to begin at 9:30?
12      THE COURT:  That is my typical trial practice, yes.
13      MS. PASCHALL:  And does Your Honor sit on Fridays for
14 trial?
15      THE COURT:  We will sit that first Friday.  The second
16 Friday -- let's see where we are after all the motions and how
17 I see this case proceeding in terms of trial.  I'll let you
18 know before we actually start the trial whether we'll be
19 sitting on that second Friday.  That may be the only Friday,
20 possibly.
21      MS. PASCHALL:  Could be.
22      THE COURT:  I'm hoping that the three-week estimate is
23 a comfortable estimate.
24      MS. PASCHALL:  I think so, too, Your Honor.  We also
25 intend to meet and confer with defense about possible

1    stipulations that could also move the trial along.
2            THE COURT:  Okay.  But we will definitely sit that
3    first Friday.  And Mr. Orenberg, I won't give my apologies,
4    but I'll say that the reason I opted for the 17th rather than
5    the 18th is, you know, I have limited time because of other
6    things behind this trial, and I was just afraid if we lose too
7    many days during that week, don't start till Thursday, we
8    won't be getting into the evidence until the second week of
9    the trial.  And that didn't seem like a good idea to me.  So I
10   hope we all can live with the 17th, and I will see you on, in
11   all likelihood, the next time, December 21.  Ms. Amato.
12           MS. AMATO:  Your Honor, I would prefer the 18th, but
13   I'm happy we're not sitting on my birthday, which is January
14   16th, so I'm grateful.
15           THE COURT:  Well, I'm grateful, too.  That way I don't
16   have to wish you happy birthday.
17      (Laughter.)
18           THE COURT:  Thank you all.
19      (Proceedings adjourned at 10:26 a.m.)

\* \* \* \* \* \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

*/s/ Bryan A. Wayne*
Bryan A. Wayne